

03/09/2017













03/07/2017







03/07/2017



03/07/2017









03/07/2017





## ATTACHMENT B

Photographs of prescription medication utilized during the
interview of Brenda Fisher conducted on August 3, 2017







