
```
CLERK'S OFFICE U.S. DIST. COURT
       AT ABINGDON, VA
            FILED

      SEP 12 2017

JULIA C. DUDLEY, CLERK
BY: /s/
       DEPUTY CLERK
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

UNITED STATES OF AMERICA :
:
v. : No. 1:17CR27
:
JOEL A. SMITHERS :

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about March 7, 2017, in the Western District of Virginia and elsewhere, JOEL A. SMITHERS knowingly and intentionally possessed with intent to distribute the following Schedule II controlled substances (quantities are estimates):

    a. 2 dosage units of hydrocodone;
    b. 92 dosage units of hydromorphone;
    c. 19 dosage units of oxycodone;
    d. 353 dosage units of oxymorphone;
    e. 1 dosage unit of methadone; and
    f. 102 dosage units of morphine.

2. All in violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A true bill this 12th day of September, 2017.

/s/Grand Jury Foreperson

/s/
ACTING UNITED STATES ATTORNEY