CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

DEC 1 8 2017

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### ABINGDON

UNITED STATES OF AMERICA      :
     :
v.      :    No. 1:17CR27
     :
JOEL A. SMITHERS      :

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1.      On or about March 7, 2017, in the Western District of Virginia and elsewhere, JOEL A. SMITHERS knowingly and intentionally possessed with intent to distribute the following Schedule II controlled substances (quantities are estimates):

     a.   2 dosage units of hydrocodone;
     b.   92 dosage units of hydromorphone;
     c.   19 dosage units of oxycodone;
     d.   353 dosage units of oxymorphone;
     e.   1 dosage unit of methadone; and
     f.   102 dosage units of morphine.

2.      All in violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT TWO

The Grand Jury charges that:

1.      The Introduction is realleged and incorporated by reference.

2.      From in or about 2015 through in or about August 2017, in the Western District of Virginia, JOEL A. SMITHERS, as a principal and aider and abettor, knowingly and intentionally maintained a place, 445 Commonwealth Blvd East, Ste A, Martinsville, Virginia, for the purpose of unlawfully distributing controlled substances.

3.     All in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Section 856.

## COUNTS THREE THROUGH SEVEN HUNDRED SIXTEEN

The Grand Jury charges that:

1.     The Introduction is realleged and incorporated by reference.

2.     On or about the dates set forth below, in the Western District of Virginia and elsewhere, JOEL A. SMITHERS, as a principal and aider and abettor, knowingly, intentionally, and unlawfully distributed and dispensed and caused the intentional and unlawful distribution and dispensing of the below-listed schedule II controlled substances, without a legitimate medical purpose and beyond the bounds of medical practice, by issuing prescriptions in the name of individuals set forth below:

| COUNT | INITIALS OF PERSON IN WHOSE NAME PRESCRIPTION IS WRITTEN | DATE | DRUG PRESCRIBED | QTY |
|-------|-------------------|------------|--------------------------|-----|
| 3 | RB | 9/3/2015 | MS CONTIN / 15MG | 60 |
| 4 | RB | 9/3/2015 | OXYCODONE / 30MG | 120 |
| 5 | RB | 10/1/2015 | OXYCODONE / 20MG | 90 |
| 6 | RB | 10/1/2015 | OXYCONTIN / 60MG | 60 |
| 7 | RB | 10/29/2015 | OXYCODONE / 20MG | 90 |
| 8 | RB | 10/29/2015 | OXYCONTIN / 60MG | 60 |
| 9 | RB | 11/17/2015 | OXYCONTIN / 60MG | 60 |
| 10 | RB | 11/30/2015 | OXYCODONE / 30MG | 90 |
| 11 | RB | 11/30/2015 | OXYCONTIN / 60MG | 60 |
| 12 | RB | 1/6/2016 | OXYCODONE / 30MG | 90 |
| 13 | RB | 2/5/2016 | FENTANYL PATCH / 25MCG/HR | 10 |
| 14 | RB | 2/5/2016 | OXYCODONE / 30MG | 75 |
| 15 | RB | 3/9/2016 | OPANA ER / 20MG | 90 |
| 16 | RB | 3/9/2016 | OXYCODONE / 30MG | 75 |
| 17 | RB | 4/11/2016 | OPANA ER / 20MG | 90 |
| 18 | RB | 4/11/2016 | OXYCODONE / 30MG | 75 |
| 19 | RB | 5/11/2016 | OXYCODONE / 20MG | 90 |

| COUNT | INITIALS OF PERSON IN WHOSE NAME PRESCRIPTION IS WRITTEN | DATE | DRUG PRESCRIBED | QTY |
|---|---|---|---|---|
| 20 | RB | 5/11/2016 | OXYMORPHONE / 30MG | 60 |
| 21 | FB | 8/10/2015 | OXYCODONE / 20MG | 60 |
| 22 | FB | 9/10/2015 | OXYCODONE / 20MG | 120 |
| 23 | FB | 9/10/2015 | OXYMORPHONE / 20MG | 60 |
| 24 | FB | 10/8/2015 | OXYCODONE / 20MG | 90 |
| 25 | FB | 10/8/2015 | OXYMORPHONE / 30MG | 60 |
| 26 | FB | 11/9/2015 | OXYCODONE / 20MG | 75 |
| 27 | FB | 11/9/2015 | OXYMORPHONE / 40MG | 60 |
| 28 | FB | 12/14/2015 | OXYCODONE / 20MG | 60 |
| 29 | FB | 12/14/2015 | OXYMORPHONE / 40MG | 90 |
| 30 | FB | 1/12/2016 | OXYCODONE / 20MG | 60 |
| 31 | FB | 1/12/2016 | OXYMORPHONE / 30MG | 90 |
| 32 | FB | 2/9/2016 | OXYCODONE / 20MG | 45 |
| 33 | FB | 2/27/2016 | OXYMORPHONE / 30MG | 90 |
| 34 | FB | 3/10/2016 | OPANA ER / 40MG | 90 |
| 35 | FB | 3/10/2016 | OXYCODONE / 20MG | 30 |
| 36 | FB | 4/7/2016 | OPANA ER / 40MG | 90 |
| 37 | FB | 4/7/2016 | OXYCODONE / 20MG | 45 |
| 38 | FB | 4/27/2016 | OPANA ER / 40MG | 90 |
| 39 | FB | 4/27/2016 | OXYCODONE / 20MG | 45 |
| 40 | FB | 5/25/2016 | OXYCODONE / 20MG | 45 |
| 41 | FB | 5/25/2016 | OXYMORPHONE / 40MG | 90 |
| 42 | FB | 6/23/2016 | OXYCODONE / 20MG | 45 |
| 43 | FB | 6/23/2016 | OXYMORPHONE / 40MG | 90 |
| 44 | FB | 7/21/2016 | OXYCODONE / 20MG | 45 |
| 45 | FB | 7/21/2016 | OXYMORPHONE / 40MG | 90 |
| 46 | FB | 8/18/2016 | OXYCODONE / 20MG | 30 |
| 47 | FB | 8/18/2016 | OXYMORPHONE / 40MG | 90 |
| 48 | FB | 10/10/2016 | OXYCODONE / 20MG | 20 |
| 49 | FB | 10/10/2016 | OXYMORPHONE / 40MG | 90 |
| 50 | FB | 11/10/2016 | OXYCODONE / 20MG | 20 |
| 51 | FB | 11/10/2016 | OXYMORPHONE / 40MG | 90 |
| 52 | FB | 12/12/2016 | OXYCODONE / 20MG | 20 |
| 53 | FB | 12/12/2016 | OXYMORPHONE / 40MG | 90 |
| 54 | FB | 1/6/2017 | OXYCODONE / 20MG | 20 |
| 55 | FB | 1/6/2017 | OXYMORPHONE / 40MG | 90 |

| COUNT | INITIALS OF PERSON IN WHOSE NAME PRESCRIPTION IS WRITTEN | DATE | DRUG PRESCRIBED | QTY |
|---|---|---|---|---|
| 56 | FB | 2/2/2017 | OXYCODONE / 20MG | 20 |
| 57 | FB | 2/2/2017 | OXYMORPHONE / 40MG | 90 |
| 58 | FB | 3/2/2017 | OXYCODONE / 20MG | 15 |
| 59 | FB | 3/2/2017 | OXYMORPHONE / 40MG | 90 |
| 60 | FB | 3/29/2017 | OXYCODONE / 20MG | 120 |
| 61 | FB | 3/29/2017 | OXYMORPHONE / 40MG | 60 |
| 62 | GB | 9/16/2015 | MORPHINE SULFATE / 30MG | 90 |
| 63 | GB | 9/16/2015 | OXYCODONE / 20MG | 60 |
| 64 | GB | 10/27/2015 | OXYCODONE / 15MG | 60 |
| 65 | GB | 10/27/2015 | OXYMORPHONE / 20MG | 90 |
| 66 | GB | 11/30/2015 | OXYCODONE / 15MG | 60 |
| 67 | GB | 11/30/2015 | OXYMORPHONE / 20MG | 90 |
| 68 | GB | 1/4/2016 | OXYCODONE / 15MG | 45 |
| 69 | GB | 1/4/2016 | OXYMORPHONE / 20MG | 90 |
| 70 | GB | 1/20/2016 | OXYCODONE / 15MG | 30 |
| 71 | GB | 1/20/2016 | OXYMORPHONE / 40MG | 60 |
| 72 | GB | 2/3/2016 | OXYCODONE / 15MG | 20 |
| 73 | GB | 2/3/2016 | OXYMORPHONE / 40MG | 60 |
| 74 | GB | 3/22/2016 | OXYCODONE / 30MG | 150 |
| 75 | GB | 4/21/2016 | OPANA ER / 40MG | 60 |
| 76 | GB | 4/21/2016 | OXYCODONE / 30MG | 60 |
| 77 | GB | 5/18/2016 | OXYCODONE / 30MG | 60 |
| 78 | GB | 5/18/2016 | OXYMORPHONE / 40MG | 60 |
| 79 | GB | 6/21/2016 | OXYCODONE / 30MG | 60 |
| 80 | GB | 6/21/2016 | OXYMORPHONE / 40MG | 60 |
| 81 | GB | 7/18/2016 | OXYCODONE / 30MG | 55 |
| 82 | GB | 7/18/2016 | OXYMORPHONE / 40MG | 60 |
| 83 | JB | 9/11/2015 | MORPHINE SULFATE / 15MG | 90 |
| 84 | JB | 9/11/2015 | OXYCODONE / 30MG | 90 |
| 85 | JB | 10/20/2015 | OXYCODONE / 20MG | 60 |
| 86 | JB | 10/20/2015 | OXYMORPHONE / 30MG | 60 |
| 87 | JB | 11/12/2015 | OXYCODONE / 15MG | 60 |
| 88 | JB | 11/12/2015 | OXYMORPHONE / 30MG | 90 |
| 89 | JB | 12/14/2015 | OXYCODONE / 15MG | 30 |
| 90 | JB | 12/14/2015 | OXYMORPHONE / 40MG | 90 |
| 91 | JB | 1/6/2016 | OXYCODONE / 15MG | 20 |

| COUNT | INITIALS OF PERSON IN WHOSE NAME PRESCRIPTION IS WRITTEN | DATE | DRUG PRESCRIBED | QTY |
|---|---|---|---|---|
| 92 | JB | 1/6/2016 | OXYMORPHONE / 40MG | 90 |
| 93 | JB | 2/3/2016 | OXYCODONE / 15MG | 15 |
| 94 | JB | 2/3/2016 | OXYMORPHONE / 40MG | 90 |
| 95 | JB | 3/2/2016 | OPANA ER / 40MG | 90 |
| 96 | JB | 3/2/2016 | OXYCODONE / 15MG | 10 |
| 97 | JB | 4/7/2016 | OPANA ER / 40MG | 90 |
| 98 | JB | 4/7/2016 | OXYCODONE / 20MG | 15 |
| 99 | JB | 5/9/2016 | OXYCODONE / 20MG | 10 |
| 100 | JB | 5/9/2016 | OXYMORPHONE / 40MG | 90 |
| 101 | JB | 6/14/2016 | OXYCODONE / 20MG | 10 |
| 102 | JB | 6/14/2016 | OXYMORPHONE / 40MG | 90 |
| 103 | JB | 7/12/2016 | OXYCODONE / 20MG | 45 |
| 104 | JB | 7/12/2016 | OXYMORPHONE / 40MG | 60 |
| 105 | JB | 8/11/2016 | OXYCODONE / 20MG | 60 |
| 106 | JB | 8/11/2016 | OXYMORPHONE / 20MG | 60 |
| 107 | CC | 4/7/2016 | OXYCODONE / 20MG | 60 |
| 108 | CC | 4/7/2016 | OXYMORPHONE / 20MG | 60 |
| 109 | CC | 5/3/2016 | OPANA ER / 30MG | 60 |
| 110 | CC | 5/3/2016 | OXYCODONE / 20MG | 60 |
| 111 | CC | 6/6/2016 | OXYCODONE / 20MG | 60 |
| 112 | CC | 6/6/2016 | OXYMORPHONE / 30MG | 60 |
| 113 | CC | 7/5/2016 | OXYCODONE / 20MG | 60 |
| 114 | CC | 7/5/2016 | OXYMORPHONE / 30MG | 60 |
| 115 | CC | 8/5/2016 | OXYCODONE / 20MG | 30 |
| 116 | CC | 8/5/2016 | OXYMORPHONE / 30MG | 30 |
| 117 | CC | 11/7/2016 | OXYCODONE / 15MG | 30 |
| 118 | HD | 3/31/2016 | OPANA ER / 10MG | 60 |
| 119 | HD | 3/31/2016 | PERCOCET / 5/325MG | 60 |
| 120 | HD | 4/28/2016 | OPANA ER / 20MG | 60 |
| 121 | HD | 4/28/2016 | OXYCODONE / 10MG | 45 |
| 122 | HD | 6/2/2016 | OXYCODONE / 20MG | 30 |
| 123 | HD | 6/2/2016 | OXYMORPHONE / 20MG | 60 |
| 124 | HD | 6/30/2016 | OXYCODONE / 20MG | 30 |
| 125 | HD | 6/30/2016 | OXYMORPHONE / 20MG | 60 |
| 126 | HD | 8/4/2016 | OXYCODONE / 15MG | 45 |
| 127 | HD | 8/4/2016 | OXYMORPHONE / 20MG | 60 |

| COUNT | INITIALS OF PERSON IN WHOSE NAME PRESCRIPTION IS WRITTEN | DATE | DRUG PRESCRIBED | QTY |
|---|---|---|---|---|
| 128 | HD | 9/5/2016 | OXYCODONE / 15MG | 45 |
| 129 | HD | 9/5/2016 | OXYMORPHONE / 20MG | 60 |
| 130 | HD | 11/14/2016 | OXYMORPHONE / 30MG | 60 |
| 131 | HD | 12/14/2016 | OXYMORPHONE / 30MG | 60 |
| 132 | HD | 1/11/2017 | OXYMORPHONE / 30MG | 60 |
| 133 | HD | 2/7/2017 | OXYMORPHONE / 30MG | 60 |
| 134 | HD | 3/9/2017 | OXYMORPHONE / 30MG | 60 |
| 135 | HD | 3/9/2017 | PERCOCET / 10/325MG | 30 |
| 136 | HD | 3/31/2017 | OXYMORPHONE / 30MG | 60 |
| 137 | HD | 3/31/2017 | PERCOCET / 10/325MG | 30 |
| 138 | HD | 4/24/2017 | OXYMORPHONE / 30MG | 60 |
| 139 | HD | 4/24/2017 | PERCOCET / 10/325MG | 30 |
| 140 | HD | 5/31/2017 | OXYMORPHONE / 30MG | 60 |
| 141 | HD | 6/27/2017 | OXYMORPHONE / 30MG | 60 |
| 142 | HD | 7/27/2017 | OXYMORPHONE / 30MG | 60 |
| 143 | RD | 9/25/2015 | OXYCODONE / 20MG | 90 |
| 144 | RD | 9/25/2015 | OXYMORPHONE / 30MG | 60 |
| 145 | RD | 10/27/2015 | OXYCODONE / 15MG | 60 |
| 146 | RD | 10/27/2015 | OXYMORPHONE / 30MG | 90 |
| 147 | RD | 11/23/2015 | OXYCODONE / 15MG | 30 |
| 148 | RD | 11/23/2015 | OXYMORPHONE / 40MG | 90 |
| 149 | RD | 12/21/2015 | OXYCODONE / 15MG | 20 |
| 150 | RD | 12/21/2015 | OXYMORPHONE / 40MG | 90 |
| 151 | RD | 1/19/2016 | OXYCODONE / 15MG | 20 |
| 152 | RD | 1/19/2016 | OXYMORPHONE / 40MG | 90 |
| 153 | RD | 2/3/2016 | OXYCODONE / 15MG | 10 |
| 154 | RD | 2/3/2016 | OXYMORPHONE / 40MG | 90 |
| 155 | RD | 3/24/2016 | OXYCODONE / 30MG | 150 |
| 156 | RD | 4/21/2016 | OPANA ER / 40MG | 60 |
| 157 | RD | 4/21/2016 | OXYCODONE / 20MG | 60 |
| 158 | RD | 5/18/2016 | OXYCODONE / 20MG | 60 |
| 159 | RD | 5/18/2016 | OXYMORPHONE / 40MG | 60 |
| 160 | RD | 6/27/2016 | OXYCODONE / 20MG | 55 |
| 161 | RD | 6/27/2016 | OXYMORPHONE / 40MG | 60 |
| 162 | RD | 8/4/2016 | OXYCODONE / 20MG | 50 |
| 163 | RD | 8/4/2016 | OXYMORPHONE / 30MG | 60 |

| COUNT | INITIALS OF PERSON IN WHOSE NAME PRESCRIPTION IS WRITTEN | DATE | DRUG PRESCRIBED | QTY |
|---|---|---|---|---|
| 164 | RD | 9/5/2016 | OXYCODONE / 20MG | 45 |
| 165 | RD | 9/5/2016 | OXYMORPHONE / 30MG | 60 |
| 166 | DD | 4/5/2016 | OPANA ER / 20MG | 60 |
| 167 | DD | 4/5/2016 | OXYCODONE / 20MG | 75 |
| 168 | DD | 5/4/2016 | OPANA ER / 30MG | 60 |
| 169 | DD | 5/4/2016 | OXYCODONE / 20MG | 60 |
| 170 | DD | 6/1/2016 | OXYCODONE / 20MG | 60 |
| 171 | DD | 6/1/2016 | OXYMORPHONE / 30MG | 60 |
| 172 | DD | 6/29/2016 | OXYCODONE / 20MG | 75 |
| 173 | DD | 6/29/2016 | OXYMORPHONE / 30MG | 60 |
| 174 | DD | 7/28/2016 | OXYCODONE / 20MG | 75 |
| 175 | DD | 7/28/2016 | OXYMORPHONE / 40MG | 60 |
| 176 | DD | 8/25/2016 | OXYCODONE / 20MG | 60 |
| 177 | DD | 8/25/2016 | OXYMOPHONE / 40MG | 60 |
| 178 | DD | 9/26/2016 | OXYCODONE / 30MG | 30 |
| 179 | DD | 9/26/2016 | OXYMORPHONE / 40MG | 60 |
| 180 | DD | 10/26/2016 | OXYCODONE / 30MG | 60 |
| 181 | DD | 10/26/2016 | OXYMORPHONE / 40MG | 60 |
| 182 | DD | 11/21/2016 | OXYCODONE / 15MG | 60 |
| 183 | DD | 11/21/2016 | OXYCODONE / 30MG | 30 |
| 184 | DD | 11/21/2016 | OXYMORPHONE / 40MG | 60 |
| 185 | DD | 12/19/2016 | OXYCODONE / 30MG | 30 |
| 186 | DD | 12/19/2016 | OXYMORPHONE / 40MG | 60 |
| 187 | DD | 1/16/2017 | OXYCODONE / 30MG | 30 |
| 188 | DD | 1/16/2017 | OXYMORPHONE / 40MG | 60 |
| 189 | DD | 2/13/2017 | OXYCODONE / 30MG | 30 |
| 190 | DD | 2/13/2017 | OXYMORPHONE / 40MG | 60 |
| 191 | DD | 3/13/2017 | OXYCODONE / 30MG | 30 |
| 192 | DD | 3/13/2017 | OXYMORPHONE / 40MG | 60 |
| 193 | DD | 4/11/2017 | OXYCODONE / 30MG | 30 |
| 194 | DD | 4/11/2017 | OXYMORPHONE / 40MG | 60 |
| 195 | DD | 5/9/2017 | OXYCODONE / 30MG | 30 |
| 196 | DD | 5/9/2017 | OXYMORPHONE / 40MG | 60 |
| 197 | DD | 6/12/2017 | OXYCODONE / 20MG | 60 |
| 198 | DD | 6/12/2017 | OXYMORPHONE / 40MG | 60 |
| 199 | BF | 11/17/2016 | OXYCODONE / 30MG | 90 |

| COUNT | INITIALS OF PERSON IN WHOSE NAME PRESCRIPTION IS WRITTEN | DATE | DRUG PRESCRIBED | QTY |
|---|---|---|---|---|
| 200 | BF | 11/17/2016 | OXYMORPHONE / 5MG | 30 |
| 201 | BF | 12/15/2016 | OXYCODONE / 30MG | 75 |
| 202 | BF | 12/15/2016 | OXYMORPHONE / 10MG | 60 |
| 203 | BF | 1/12/2017 | OXYCODONE / 30MG | 75 |
| 204 | BF | 1/12/2017 | OXYMORPHONE / 10MG | 60 |
| 205 | BF | 2/7/2017 | OXYCODONE / 30MG | 75 |
| 206 | BF | 2/7/2017 | OXYCONTIN / 10MG | 60 |
| 207 | BF | 3/9/2017 | OXYCODONE / 30MG | 75 |
| 208 | BF | 3/9/2017 | XTAMPZA ER / 9MG | 60 |
| 209 | BF | 3/31/2017 | OXYCODONE / 30MG | 75 |
| 210 | BF | 3/31/2017 | XTAMPZA ER / 9MG | 60 |
| 211 | BF | 4/26/2017 | OXYCODONE / 30MG | 75 |
| 212 | BF | 4/26/2017 | XTAMPZA ER / 13.5MG | 60 |
| 213 | BF | 5/24/2017 | OXYCODONE / 30MG | 75 |
| 214 | BF | 5/24/2017 | XTAMPZA ER / 13.5MG | 60 |
| 215 | BF | 6/15/2017 | OXYCODONE / 20MG | 90 |
| 216 | BF | 6/15/2017 | XTAMPZA ER / 18MG | 60 |
| 217 | BF | 7/14/2017 | OXYCODONE / 20MG | 60 |
| 218 | BF | 7/14/2017 | XTAMPZA ER / 27MG | 60 |
| 219 | BH | 9/8/2015 | OXYCODONE / 15MG | 240 |
| 220 | BH | 9/16/2015 | MORPHINE SULFATE / 15MG | 60 |
| 221 | BH | 10/1/2015 | OXYCODONE / 30MG | 60 |
| 222 | BH | 10/1/2015 | OXYMORPHONE / 40MG | 60 |
| 223 | BH | 10/29/2015 | OXYCODONE / 30MG | 60 |
| 224 | BH | 10/29/2015 | OXYMORPHONE / 40MG | 90 |
| 225 | BH | 11/30/2015 | OXYCODONE / 30MG | 30 |
| 226 | BH | 11/30/2015 | OXYMORPHONE / 40MG | 90 |
| 227 | BH | 1/4/2016 | OPANA ER / 40MG | 60 |
| 228 | BH | 1/4/2016 | OXYCODONE / 30MG | 20 |
| 229 | BH | 1/29/2016 | OXYCODONE / 30MG | 15 |
| 230 | BH | 1/29/2016 | OXYMORPHONE / 40MG | 60 |
| 231 | BH | 2/26/2016 | OXYCODONE / 30MG | 15 |
| 232 | BH | 2/26/2016 | OXYMORPHONE / 40MG | 60 |
| 233 | BH | 3/24/2016 | OXYCODONE / 30MG | 150 |
| 234 | BH | 4/25/2016 | OPANA ER / 40MG | 60 |
| 235 | BH | 4/25/2016 | OXYCODONE / 30MG | 90 |

| COUNT | INITIALS OF PERSON IN WHOSE NAME PRESCRIPTION IS WRITTEN | DATE | DRUG PRESCRIBED | QTY |
|---|---|---|---|---|
| 236 | BH | 5/23/2016 | OXYCODONE / 20MG | 90 |
| 237 | BH | 5/23/2016 | OXYMORPHONE / 40MG | 60 |
| 238 | BH | 6/21/2016 | OXYCODONE / 30MG | 60 |
| 239 | BH | 6/21/2016 | OXYMORPHONE / 40MG | 60 |
| 240 | BH | 7/18/2016 | OXYCODONE / 30MG | 55 |
| 241 | BH | 7/18/2016 | OXYMORPHONE / 40MG | 60 |
| 242 | JH | 10/1/2015 | OXYCODONE / 20MG | 60 |
| 243 | JH | 10/1/2015 | OXYMORPHONE / 20MG | 60 |
| 244 | JH | 10/29/2015 | OXYCODONE / 20MG | 60 |
| 245 | JH | 10/29/2015 | OXYMORPHONE / 40MG | 90 |
| 246 | JH | 11/30/2015 | OXYCODONE / 30MG | 30 |
| 247 | JH | 11/30/2015 | OXYMORPHONE / 40MG | 90 |
| 248 | JH | 1/4/2016 | OPANA ER / 40MG | 90 |
| 249 | JH | 1/4/2016 | OXYCODONE / 30MG | 20 |
| 250 | JH | 1/29/2016 | OXYCODONE / 30MG | 15 |
| 251 | JH | 1/29/2016 | OXYMORPHONE / 40MG | 60 |
| 252 | JH | 2/26/2016 | OXYCODONE / 30MG | 15 |
| 253 | JH | 2/26/2016 | OXYMORPHONE / 40MG | 65 |
| 254 | JH | 3/24/2016 | OXYCODONE / 30MG | 120 |
| 255 | JH | 4/25/2016 | OPANA ER / 40MG | 60 |
| 256 | JH | 4/25/2016 | OXYCODONE / 30MG | 60 |
| 257 | JH | 5/24/2016 | OXYCODONE / 20MG | 90 |
| 258 | JH | 5/24/2016 | OXYMORPHONE / 40MG | 60 |
| 259 | JH | 6/21/2016 | OXYCODONE / 30MG | 50 |
| 260 | JH | 6/21/2016 | OXYMORPHONE / 40MG | 60 |
| 261 | JH | 7/18/2016 | OXYCODONE / 30MG | 45 |
| 262 | JH | 7/18/2016 | OXYMORPHONE / 40MG | 60 |
| 263 | PH | 9/15/2015 | MORPHINE SULFATE / 15MG | 90 |
| 264 | PH | 9/15/2015 | OXYCODONE / 20MG | 90 |
| 265 | PH | 10/20/2015 | OXYCODONE / 20MG | 60 |
| 266 | PH | 10/20/2015 | OXYMORPHONE / 30MG | 60 |
| 267 | PH | 11/23/2015 | OXYCODONE / 20MG | 30 |
| 268 | PH | 11/23/2015 | OXYMORPHONE / 40MG | 60 |
| 269 | PH | 12/23/2015 | OXYCODONE / 20MG | 30 |
| 270 | PH | 12/23/2015 | OXYMORPHONE / 40MG | 60 |
| 271 | PH | 1/20/2016 | OXYCODONE / 20MG | 20 |

| COUNT | INITIALS OF PERSON IN WHOSE NAME PRESCRIPTION IS WRITTEN | DATE | DRUG PRESCRIBED | QTY |
|---|---|---|---|---|
| 272 | PH | 1/20/2016 | OXYMORPHONE / 40MG | 60 |
| 273 | PH | 2/3/2016 | OXYCODONE / 20MG | 15 |
| 274 | PH | 2/3/2016 | OXYMORPHONE / 40MG | 60 |
| 275 | PH | 3/22/2016 | OXYCODONE / 30MG | 120 |
| 276 | PH | 4/21/2016 | OPANA ER / 40MG | 60 |
| 277 | PH | 4/21/2016 | OXYCODONE / 20MG | 60 |
| 278 | PH | 4/25/2016 | OXYCODONE / 30MG | 60 |
| 279 | PH | 5/18/2016 | OXYCODONE / 30MG | 150 |
| 280 | PH | 6/14/2016 | OXYCODONE / 20MG | 60 |
| 281 | PH | 6/14/2016 | OXYMORPHONE / 40MG | 60 |
| 282 | PH | 7/13/2016 | OXYCODONE / 20MG | 50 |
| 283 | PH | 7/13/2016 | OXYMORPHONE / 40MG | 60 |
| 284 | PH | 8/15/2016 | OXYCODONE / 20MG | 75 |
| 285 | PH | 8/15/2016 | OXYMORPHONE / 30MG | 60 |
| 286 | SH | 11/23/2015 | HYDROMORPHONE / 8MG | 60 |
| 287 | SH | 11/23/2015 | OXYMORPHONE / 20MG | 60 |
| 288 | SH | 12/23/2015 | HYDROMORPHONE / 8MG | 45 |
| 289 | SH | 12/23/2015 | OXYMORPHONE / 40MG | 60 |
| 290 | SH | 1/20/2016 | HYDROMORPHONE / 8MG | 45 |
| 291 | SH | 1/20/2016 | OXYMORPHONE / 40MG | 60 |
| 292 | SH | 2/3/2016 | OXYMORPHONE / 40MG | 60 |
| 293 | SH | 3/22/2016 | OXYCODONE / 30MG | 150 |
| 294 | SH | 4/21/2016 | OPANA ER / 40MG | 60 |
| 295 | SH | 4/21/2016 | OXYCODONE / 30MG | 60 |
| 296 | SH | 5/18/2016 | OXYCODONE / 30MG | 60 |
| 297 | SH | 5/18/2016 | OXYMORPHONE / 40MG | 60 |
| 298 | SH | 6/21/2016 | OXYCODONE / 30MG | 60 |
| 299 | SH | 6/21/2016 | OXYMORPHONE / 40MG | 60 |
| 300 | SH | 7/18/2016 | OXYCODONE / 30MG | 55 |
| 301 | SH | 7/18/2016 | OXYMORPHONE / 40MG | 60 |
| 302 | SH | 8/31/2016 | OXYCODONE / 30MG | 90 |
| 303 | SH | 8/31/2016 | OXYMORPHONE / 20MG | 60 |
| 304 | SH | 9/29/2016 | OXYCODONE / 20MG | 7 |
| 305 | SH | 9/29/2016 | OXYCODONE / 20MG | 14 |
| 306 | SH | 9/29/2016 | OXYCODONE / 20MG | 21 |
| 307 | SH | 9/29/2016 | OXYCODONE / 20MG | 28 |

| COUNT | INITIALS OF PERSON IN WHOSE NAME PRESCRIPTION IS WRITTEN | DATE | DRUG PRESCRIBED | QTY |
|---|---|---|---|---|
| 308 | NJ | 9/28/2015 | OXYCODONE / 20MG | 90 |
| 309 | NJ | 9/28/2015 | OXYMORPHONE / 40MG | 60 |
| 310 | NJ | 10/29/2015 | OXYCODONE / 15MG | 60 |
| 311 | NJ | 10/29/2015 | OXYMORPHONE / 40MG | 90 |
| 312 | NJ | 11/23/2015 | OXYCODONE / 20MG | 30 |
| 313 | NJ | 11/23/2015 | OXYMORPHONE / 20MG | 60 |
| 314 | LK | 8/12/2015 | OXYCODONE / 30MG | 180 |
| 315 | LK | 9/10/2015 | OXYCODONE / 30MG | 120 |
| 316 | LK | 9/10/2015 | OXYMORPHONE / 40MG | 60 |
| 317 | LK | 10/8/2015 | OXYCODONE / 15MG | 90 |
| 318 | LK | 10/8/2015 | OXYMORPHONE / 40MG | 60 |
| 319 | LK | 11/5/2015 | OXYMORPHONE / 40MG | 90 |
| 320 | LK | 12/2/2015 | OXYMORPHONE / 40MG | 90 |
| 321 | LK | 1/4/2016 | OPANA ER / 40MG | 90 |
| 322 | LK | 1/31/2016 | OXYMORPHONE / 20MG | 360 |
| 323 | LK | 2/26/2016 | OXYMORPHONE / 40MG | 90 |
| 324 | LK | 3/31/2016 | OPANA ER / 40MG | 60 |
| 325 | LK | 4/4/2016 | OXYCODONE / 30MG | 60 |
| 326 | LK | 5/2/2016 | OPANA ER / 40MG | 90 |
| 327 | LK | 6/6/2016 | OXYMORPHONE / 40MG | 90 |
| 328 | LK | 7/5/2016 | OXYCODONE / 20MG | 7 |
| 329 | LK | 7/5/2016 | OXYCODONE / 20MG | 14 |
| 330 | LK | 7/5/2016 | OXYCODONE / 20MG | 24 |
| 331 | LK | 7/5/2016 | OXYCODONE / 20MG | 32 |
| 332 | SK | 7/28/2016 | HYDROMORPHONE / 4MG | 90 |
| 333 | SK | 7/28/2016 | MS CONTIN / 15MG | 60 |
| 334 | SK | 8/25/2016 | MS CONTIN / 15MG | 90 |
| 335 | SK | 8/25/2016 | PERCOCET / 10-325MG | 75 |
| 336 | SK | 9/27/2016 | MS CONTIN / 30MG | 90 |
| 337 | SK | 9/27/2016 | OXYCODONE / 15MG | 60 |
| 338 | SK | 10/26/2016 | OXYCODONE / 15MG | 80 |
| 339 | SK | 10/26/2016 | OXYMORPHONE / 5MG | 60 |
| 340 | SK | 11/29/2016 | OXYCODONE / 15MG | 45 |
| 341 | SK | 11/29/2016 | OXYMORPHONE / 10MG | 60 |
| 342 | SK | 1/3/2017 | OXYCODONE / 15MG | 45 |
| 343 | SK | 1/3/2017 | OXYMORPHONE / 10MG | 60 |

| COUNT | INITIALS OF PERSON IN WHOSE NAME PRESCRIPTION IS WRITTEN | DATE | DRUG PRESCRIBED | QTY |
|---|---|---|---|---|
| 344 | SK | 2/2/2017 | OXYCODONE / 15MG | 40 |
| 345 | SK | 2/2/2017 | OXYMORPHONE / 10MG | 60 |
| 346 | SK | 3/2/2017 | OXYCODONE / 15MG | 10 |
| 347 | SK | 3/2/2017 | OXYCODONE / 15MG | 30 |
| 348 | SK | 3/2/2017 | OXYMORPHONE / 15MG | 20 |
| 349 | SK | 3/2/2017 | OXYMORPHONE / 15MG | 60 |
| 350 | SK | 4/11/2017 | OXYCODONE / 15MG | 40 |
| 351 | SK | 4/11/2017 | OXYMORPHONE / 15MG | 60 |
| 352 | SK | 5/9/2017 | OXYCODONE / 15MG | 40 |
| 353 | SK | 5/9/2017 | OXYMORPHONE / 15MG | 60 |
| 354 | SK | 6/6/2017 | OXYCODONE / 15MG | 35 |
| 355 | SK | 6/6/2017 | OXYMORPHONE / 15MG | 60 |
| 356 | SK | 7/6/2017 | OXYCODONE / 10MG | 45 |
| 357 | SK | 7/6/2017 | OXYMORPHONE / 15MG | 60 |
| 358 | JM | 9/4/2015 | OXYCODONE / 30MG | 90 |
| 359 | JM | 9/14/2015 | MORPHINE SULFATE / 30MG | 90 |
| 360 | JM | 10/1/2015 | OXYCODONE / 20MG | 90 |
| 361 | JM | 10/1/2015 | OXYMORPHONE / 20MG | 60 |
| 362 | JM | 4/13/2016 | OPANA ER / 10MG | 60 |
| 363 | JM | 4/13/2016 | OXYCODONE / 10MG | 60 |
| 364 | JM | 5/11/2016 | OXYCODONE / 20MG | 45 |
| 365 | JM | 5/11/2016 | OXYMORPHONE / 20MG | 60 |
| 366 | JM | 6/8/2016 | OXYCODONE / 20MG | 45 |
| 367 | JM | 6/8/2016 | OXYMORPHONE / 20MG | 60 |
| 368 | JM | 7/7/2016 | OXYCODONE / 20MG | 45 |
| 369 | JM | 7/7/2016 | OXYMORPHONE / 20MG | 60 |
| 370 | JM | 8/9/2016 | OXYCODONE / 20MG | 45 |
| 371 | JM | 8/9/2016 | OXYMORPHONE / 20MG | 60 |
| 372 | JM | 9/26/2016 | OXYCODONE / 30MG | 30 |
| 373 | JM | 9/26/2016 | OXYMORPHONE / 20MG | 60 |
| 374 | JM | 11/1/2016 | OXYCODONE / 30MG | 30 |
| 375 | JM | 11/1/2016 | OXYMORPHONE / 20MG | 60 |
| 376 | JM | 12/1/2016 | OXYCODONE / 30MG | 30 |
| 377 | JM | 12/1/2016 | OXYMORPHONE / 20MG | 60 |
| 378 | JM | 12/30/2016 | OXYCODONE / 30MG | 30 |
| 379 | JM | 12/30/2016 | OXYMORPHONE / 20MG | 60 |

| COUNT | INITIALS OF PERSON IN WHOSE NAME PRESCRIPTION IS WRITTEN | DATE | DRUG PRESCRIBED | QTY |
|---|---|---|---|---|
| 380 | JM | 1/26/2017 | OXYCODONE / 30MG | 30 |
| 381 | JM | 1/26/2017 | OXYMORPHONE / 20MG | 60 |
| 382 | JM | 2/8/2017 | OXYMORPHONE / 20MG | 60 |
| 383 | JM | 2/28/2017 | OXYCODONE / 30MG | 10 |
| 384 | JM | 2/28/2017 | OXYCODONE / 30MG | 30 |
| 385 | JM | 2/28/2017 | OXYMORPHONE / 20MG | 20 |
| 386 | JM | 2/28/2017 | OXYMORPHONE / 20MG | 60 |
| 387 | JMa | 9/15/2015 | OXYCODONE / 30MG | 120 |
| 388 | JMa | 9/15/2015 | OXYMORPHONE / 40MG | 60 |
| 389 | JMa | 10/7/2015 | OXYCODONE / 20MG | 90 |
| 390 | JMa | 10/7/2015 | OXYMORPHONE / 40MG | 90 |
| 391 | JMa | 11/5/2015 | OXYCODONE / 20MG | 60 |
| 392 | JMa | 11/5/2015 | OXYMORPHONE / 40MG | 90 |
| 393 | JMa | 11/30/2015 | OXYCODONE / 20MG | 45 |
| 394 | JMa | 11/30/2015 | OXYMORPHONE / 40MG | 90 |
| 395 | JMa | 1/5/2016 | OPANA ER / 40MG | 90 |
| 396 | JMa | 1/5/2016 | OXYCODONE / 20MG | 30 |
| 397 | JMa | 2/4/2016 | OXYCODONE / 20MG | 30 |
| 398 | JMa | 2/4/2016 | OXYMORPHONE / 40MG | 90 |
| 399 | JMa | 3/1/2016 | OXYCODONE / 30MG | 30 |
| 400 | JMa | 3/1/2016 | OXYMORPHONE / 40MG | 90 |
| 401 | JMa | 3/31/2016 | OPANA ER / 40MG | 90 |
| 402 | JMa | 3/31/2016 | OXYCODONE / 30MG | 30 |
| 403 | JMa | 4/27/2016 | OPANA ER / 40MG | 90 |
| 404 | JMa | 4/27/2016 | OXYCODONE / 30MG | 30 |
| 405 | JMa | 5/26/2016 | OXYCODONE / 20MG | 60 |
| 406 | JMa | 5/26/2016 | OXYMORPHONE / 40MG | 90 |
| 407 | JMa | 6/27/2016 | OXYCODONE / 20MG | 45 |
| 408 | JMa | 6/27/2016 | OXYMORPHONE / 40MG | 90 |
| 409 | JMa | 7/26/2016 | OXYCODONE / 20MG | 45 |
| 410 | JMa | 7/26/2016 | OXYMORPHONE / 40MG | 90 |
| 411 | JMa | 8/24/2016 | OXYCODONE / 30MG | 30 |
| 412 | JMa | 8/24/2016 | OXYMORPHONE / 40MG | 90 |
| 413 | JMa | 9/22/2016 | OXYCODONE / 30MG | 30 |
| 414 | JMa | 9/22/2016 | OXYMORPHONE / 40MG | 90 |
| 415 | JMa | 10/24/2016 | OXYCODONE / 30MG | 30 |

| COUNT | INITIALS OF PERSON IN WHOSE NAME PRESCRIPTION IS WRITTEN | DATE | DRUG PRESCRIBED | QTY |
|---|---|---|---|---|
| 416 | JMa | 10/24/2016 | OXYMORPHONE / 40MG | 90 |
| 417 | JMa | 11/22/2016 | OXYCODONE / 30MG | 30 |
| 418 | JMa | 11/22/2016 | OXYMORPHONE / 40MG | 90 |
| 419 | JMa | 12/20/2016 | OXYCODONE / 30MG | 30 |
| 420 | JMa | 12/20/2016 | OXYMORPHONE / 40MG | 90 |
| 421 | JMa | 1/17/2017 | OXYCODONE / 20MG | 30 |
| 422 | JMa | 1/17/2017 | OXYMORPHONE / 40MG | 90 |
| 423 | JMa | 2/14/2017 | OXYCODONE / 30MG | 30 |
| 424 | JMa | 2/14/2017 | OXYMORPHONE / 40MG | 90 |
| 425 | JMa | 3/14/2017 | OXYCODONE / 30MG | 60 |
| 426 | JMa | 3/14/2017 | OXYMORPHONE / 40MG | 60 |
| 427 | JMa | 4/11/2017 | OXYCODONE / 30MG | 30 |
| 428 | JMa | 4/11/2017 | OXYMORPHONE / 40MG | 90 |
| 429 | JMa | 5/10/2017 | OXYCODONE / 30MG | 30 |
| 430 | JMa | 5/10/2017 | OXYMORPHONE / 40MG | 90 |
| 431 | JMa | 6/5/2017 | OXYMORPHONE / 40MG | 90 |
| 432 | JMa | 7/5/2017 | OXYCODONE / 20MG | 90 |
| 433 | JMa | 7/5/2017 | OXYMORPHONE / 40MG | 60 |
| 434 | JMa | 8/2/2017 | OXYCODONE / 20MG | 85 |
| 435 | JMa | 8/2/2017 | OXYMORPHONE / 40MG | 60 |
| 436 | CM | 9/23/2015 | DILAUDID / 8MG | 90 |
| 437 | CM | 9/23/2015 | MORPHINE SULFATE / 15MG | 90 |
| 438 | CM | 10/21/2015 | DILAUDID / 8MG | 60 |
| 439 | CM | 10/21/2015 | MORPHINE SULFATE / 30MG | 90 |
| 440 | CM | 11/20/2015 | DILAUDID / 8MG | 60 |
| 441 | CM | 11/20/2015 | MORPHINE SULFATE / 60MG | 60 |
| 442 | CM | 12/21/2015 | DILAUDID / 8MG | 60 |
| 443 | CM | 12/21/2015 | DURAGESIC PATCH / 75MCG/HR | 10 |
| 444 | CM | 1/21/2016 | HYDROMORPHONE / 8MG | 60 |
| 445 | CM | 1/24/2016 | MORPHINE SULFATE / 60MG | 60 |
| 446 | CM | 2/24/2016 | HYDROMORPHONE / 8MG | 60 |
| 447 | CM | 2/24/2016 | OXYMORPHONE / 10MG | 60 |
| 448 | CM | 3/28/2016 | DILAUDID / 4MG | 60 |
| 449 | CM | 3/28/2016 | OPANA ER / 15MG | 60 |
| 450 | CM | 4/27/2016 | DILAUDID / 4MG | 60 |
| 451 | CM | 4/27/2016 | OPANA ER / 20MG | 60 |

| COUNT | INITIALS OF PERSON IN WHOSE NAME PRESCRIPTION IS WRITTEN | DATE | DRUG PRESCRIBED | QTY |
|---|---|---|---|---|
| 452 | CM | 5/26/2016 | DILAUDID / 4MG | 60 |
| 453 | CM | 5/26/2016 | OXYMORPHONE / 10MG | 60 |
| 454 | CM | 6/22/2016 | DILAUDID / 4MG | 60 |
| 455 | CM | 6/22/2016 | OXYMORPHONE / 20MG | 60 |
| 456 | CM | 7/26/2016 | DILAUDID / 4MG | 60 |
| 457 | CM | 7/26/2016 | OXYMORPHONE / 20MG | 60 |
| 458 | CM | 8/29/2016 | OXYCODONE / 20MG | 7 |
| 459 | CM | 8/29/2016 | OXYCODONE / 20MG | 14 |
| 460 | CM | 8/29/2016 | OXYCODONE / 20MG | 21 |
| 461 | CM | 8/29/2016 | OXYCODONE / 20MG | 30 |
| 462 | RM | 9/15/2015 | MORPHINE SULFATE / 15MG | 90 |
| 463 | RM | 9/15/2015 | OXYCODONE / 15MG | 90 |
| 464 | RM | 10/20/2015 | OXYCODONE / 15MG | 60 |
| 465 | RM | 10/20/2015 | OXYMORPHONE / 20MG | 60 |
| 466 | RM | 11/23/2015 | OXYCODONE / 20MG | 45 |
| 467 | RM | 11/23/2015 | OXYMORPHONE / 30MG | 60 |
| 468 | RM | 12/23/2015 | OXYCODONE / 20MG | 30 |
| 469 | RM | 12/23/2015 | OXYMORPHONE / 40MG | 60 |
| 470 | RM | 1/19/2016 | OXYCODONE / 20MG | 20 |
| 471 | RM | 1/19/2016 | OXYMORPHONE / 40MG | 60 |
| 472 | RM | 2/3/2016 | OXYCODONE / 20MG | 15 |
| 473 | RM | 2/3/2016 | OXYMORPHONE / 40MG | 60 |
| 474 | RM | 3/22/2016 | OXYCODONE / 30MG | 120 |
| 475 | RM | 4/21/2016 | OPANA ER / 40MG | 60 |
| 476 | RM | 4/21/2016 | OXYCODONE / 20MG | 60 |
| 477 | RM | 4/26/2016 | OXYCODONE / 30MG | 60 |
| 478 | RM | 5/18/2016 | OXYCODONE / 30MG | 150 |
| 479 | RM | 6/14/2016 | OXYCODONE / 20MG | 15 |
| 480 | RM | 6/14/2016 | OXYMORPHONE / 40MG | 60 |
| 481 | RM | 7/25/2016 | OXYCODONE / 10MG | 30 |
| 482 | RM | 7/25/2016 | OXYMORPHONE / 40MG | 60 |
| 483 | RM | 8/23/2016 | OXYCODONE / 20MG | 7 |
| 484 | RM | 8/23/2016 | OXYCODONE / 20MG | 15 |
| 485 | RM | 8/23/2016 | OXYCODONE / 20MG | 20 |
| 486 | RM | 8/23/2016 | OXYCODONE / 20MG | 30 |
| 487 | JMo | 10/12/2015 | OXYCODONE / 15MG | 90 |

| COUNT | INITIALS OF PERSON IN WHOSE NAME PRESCRIPTION IS WRITTEN | DATE | DRUG PRESCRIBED | QTY |
|---|---|---|---|---|
| 488 | JMo | 10/12/2015 | OXYMORPHONE / 20MG | 60 |
| 489 | JMo | 11/9/2015 | OXYCODONE / 15MG | 75 |
| 490 | JMo | 11/9/2015 | OXYMORPHONE / 30MG | 60 |
| 491 | JMo | 12/14/2015 | OXYCODONE / 15MG | 60 |
| 492 | JMo | 12/14/2015 | OXYMORPHONE / 30MG | 60 |
| 493 | JMo | 1/13/2016 | OXYCODONE / 15MG | 60 |
| 494 | JMo | 1/13/2016 | OXYMORPHONE / 30MG | 60 |
| 495 | JMo | 2/12/2016 | OXYCODONE / 10MG | 60 |
| 496 | JMo | 2/12/2016 | OXYMORPHONE / 40MG | 60 |
| 497 | JMo | 3/16/2016 | OPANA ER / 40MG | 60 |
| 498 | JMo | 3/16/2016 | OXYCODONE / 10MG | 45 |
| 499 | JMo | 4/14/2016 | OPANA ER / 40MG | 60 |
| 500 | JMo | 4/14/2016 | OXYCODONE / 20MG | 30 |
| 501 | JMo | 5/12/2016 | OXYCODONE / 20MG | 30 |
| 502 | JMo | 5/12/2016 | OXYMORPHONE / 40MG | 60 |
| 503 | JMo | 6/9/2016 | OXYCODONE / 20MG | 20 |
| 504 | JMo | 6/9/2016 | OXYMORPHONE / 40MG | 60 |
| 505 | JMo | 7/11/2016 | OXYCODONE / 20MG | 15 |
| 506 | JMo | 7/11/2016 | OXYMORPHONE / 40MG | 60 |
| 507 | JMo | 8/8/2016 | OXYCODONE / 20MG | 15 |
| 508 | JMo | 8/8/2016 | OXYMORPHONE / 40MG | 60 |
| 509 | JMo | 9/8/2016 | OXYCODONE / 20MG | 30 |
| 510 | JMo | 9/8/2016 | OXYMORPHONE / 40MG | 60 |
| 511 | JMo | 10/10/2016 | OXYCODONE / 20MG | 30 |
| 512 | JMo | 10/10/2016 | OXYMORPHONE / 40MG | 60 |
| 513 | JMo | 11/10/2016 | OXYCODONE / 20MG | 30 |
| 514 | JMo | 11/10/2016 | OXYMORPHONE / 40MG | 60 |
| 515 | JMo | 12/12/2016 | OXYCODONE / 20MG | 30 |
| 516 | JMo | 12/12/2016 | OXYMORPHONE / 40MG | 60 |
| 517 | JMo | 1/9/2017 | OXYCODONE / 15MG | 30 |
| 518 | JMo | 1/9/2017 | OXYMORPHONE / 40MG | 60 |
| 519 | JMo | 2/7/2017 | OXYCODONE / 15MG | 30 |
| 520 | JMo | 2/7/2017 | OXYMORPHONE / 40MG | 60 |
| 521 | JMo | 3/10/2017 | OXYCODONE / 15MG | 30 |
| 522 | JMo | 3/10/2017 | OXYMORPHONE / 40MG | 60 |
| 523 | JMo | 4/11/2017 | OXYCODONE / 15MG | 30 |

| COUNT | INITIALS OF PERSON IN WHOSE NAME PRESCRIPTION IS WRITTEN | DATE | DRUG PRESCRIBED | QTY |
|---|---|---|---|---|
| 524 | JMo | 4/11/2017 | OXYMORPHONE / 40MG | 60 |
| 525 | JMo | 5/9/2017 | OXYCODONE / 15MG | 30 |
| 526 | JMo | 5/9/2017 | OXYMORPHONE / 40MG | 60 |
| 527 | JMo | 5/31/2017 | OXYMORPHONE / 40MG | 60 |
| 528 | JMo | 6/29/2017 | OXYMORPHONE / 40MG | 60 |
| 529 | JMo | 8/3/2017 | OXYMORPHONE / 40MG | 60 |
| 530 | BP | 9/3/2015 | OXYCODONE / 15MG | 120 |
| 531 | BP | 9/3/2015 | OXYMORPHONE / 20MG | 60 |
| 532 | BP | 10/1/2015 | OXYCODONE / 15MG | 60 |
| 533 | BP | 10/1/2015 | OXYMORPHONE / 20MG | 90 |
| 534 | BP | 10/28/2015 | OXYCODONE / 20MG | 45 |
| 535 | BP | 10/28/2015 | OXYMORPHONE / 30MG | 60 |
| 536 | BP | 11/24/2015 | OXYCODONE / 20MG | 30 |
| 537 | BP | 11/24/2015 | OXYMORPHONE / 40MG | 60 |
| 538 | BP | 12/22/2015 | OXYCODONE / 20MG | 20 |
| 539 | BP | 12/22/2015 | OXYMORPHONE / 40MG | 60 |
| 540 | BP | 1/20/2016 | OXYCODONE HCL/APAP / 10/325MG | 30 |
| 541 | BP | 1/20/2016 | OXYMORPHONE / 40MG | 60 |
| 542 | BP | 2/23/2016 | OXYCODONE / 15MG | 30 |
| 543 | BP | 2/23/2016 | OXYMORPHONE / 40MG | 60 |
| 544 | BP | 3/21/2016 | OPANA ER / 40MG | 60 |
| 545 | BP | 3/21/2016 | OXYCODONE / 15MG | 30 |
| 546 | BP | 4/21/2016 | OPANA ER / 40MG | 60 |
| 547 | BP | 4/21/2016 | OXYCODONE / 15MG | 60 |
| 548 | BP | 5/19/2016 | OXYCODONE / 20MG | 45 |
| 549 | BP | 5/19/2016 | OXYMORPHONE / 40MG | 60 |
| 550 | BP | 6/20/2016 | OXYCODONE / 20MG | 45 |
| 551 | BP | 6/20/2016 | OXYMORPHONE / 40MG | 60 |
| 552 | BP | 7/18/2016 | OXYCODONE / 20MG | 30 |
| 553 | BP | 7/18/2016 | OXYMORPHONE / 40MG | 60 |
| 554 | BP | 8/17/2016 | OXYCODONE / 15MG | 45 |
| 555 | BP | 8/17/2016 | OXYMORPHONE / 40MG | 60 |
| 556 | BP | 9/15/2016 | OXYCODONE / 20MG | 50 |
| 557 | BP | 9/15/2016 | OXYMORPHONE / 40MG | 60 |
| 558 | BP | 10/18/2016 | OXYCODONE / 20MG | 45 |

| COUNT | INITIALS OF PERSON IN WHOSE NAME PRESCRIPTION IS WRITTEN | DATE | DRUG PRESCRIBED | QTY |
|---|---|---|---|---|
| 559 | BP | 10/18/2016 | OXYMORPHONE / 40MG | 60 |
| 560 | BP | 11/15/2016 | OXYCODONE / 20MG | 45 |
| 561 | BP | 11/15/2016 | OXYCODONE / 20MG | 45 |
| 562 | BP | 11/15/2016 | OXYMORPHONE / 40MG | 60 |
| 563 | BP | 12/14/2016 | OXYMORPHONE / 40MG | 60 |
| 564 | JP | 4/21/2016 | OPANA ER / 20MG | 60 |
| 565 | JP | 4/21/2016 | OXYCODONE / 10MG | 30 |
| 566 | JP | 5/19/2016 | OXYCODONE / 20MG | 22 |
| 567 | JP | 6/20/2016 | OXYCODONE / 20MG | 60 |
| 568 | JP | 6/29/2016 | OXYMORPHONE / 20MG | 40 |
| 569 | JP | 7/18/2016 | OXYCODONE / 20MG | 50 |
| 570 | JP | 7/18/2016 | OXYMORPHONE / 30MG | 60 |
| 571 | JP | 8/17/2016 | OXYCODONE / 20MG | 50 |
| 572 | JP | 8/17/2016 | OXYMORPHONE / 30MG | 60 |
| 573 | JP | 9/15/2016 | OXYCODONE / 30MG | 45 |
| 574 | JP | 9/15/2016 | OXYMORPHONE / 30MG | 60 |
| 575 | JP | 10/18/2016 | OXYCODONE / 30MG | 30 |
| 576 | JP | 10/18/2016 | OXYMORPHONE / 30MG | 30 |
| 577 | JP | 11/15/2016 | OXYCODONE / 30MG | 30 |
| 578 | JP | 11/15/2016 | OXYMORPHONE / 30MG | 60 |
| 579 | JP | 12/14/2016 | OXYCODONE / 30MG | 30 |
| 580 | JP | 12/14/2016 | OXYMORPHONE / 30MG | 60 |
| 581 | DR | 10/15/2015 | OXYCODONE / 15MG | 90 |
| 582 | DR | 10/15/2015 | OXYMORPHONE / 20MG | 90 |
| 583 | DR | 11/23/2015 | OXYCODONE / 20MG | 60 |
| 584 | DR | 11/23/2015 | OXYMORPHONE / 15MG | 100 |
| 585 | DR | 1/6/2016 | OXYCODONE / 20MG | 45 |
| 586 | DR | 1/6/2016 | OXYMORPHONE / 40MG | 60 |
| 587 | DR | 2/3/2016 | OXYCODONE / 20MG | 30 |
| 588 | DR | 2/3/2016 | OXYMORPHONE / 40MG | 60 |
| 589 | MS | 11/30/2015 | MORPHINE SULFATE / 15MG | 60 |
| 590 | MS | 11/30/2015 | OXYCODONE / 10MG | 30 |
| 591 | MS | 1/4/2016 | MS CONTIN / 15MG | 60 |
| 592 | MS | 1/4/2016 | OXYCODONE / 10MG | 30 |
| 593 | MS | 1/29/2016 | OXYCODONE / 10MG | 30 |
| 594 | MS | 1/29/2016 | OXYMORPHONE / 20MG | 60 |

| COUNT | INITIALS OF PERSON IN WHOSE NAME PRESCRIPTION IS WRITTEN | DATE | DRUG PRESCRIBED | QTY |
|---|---|---|---|---|
| 595 | MS | 2/26/2016 | OXYCODONE / 10MG | 30 |
| 596 | MS | 2/26/2016 | OXYMORPHONE / 30MG | 60 |
| 597 | MS | 3/24/2016 | OXYCODONE / 30MG | 120 |
| 598 | MS | 4/25/2016 | OXYCODONE / 30MG | 120 |
| 599 | MS | 5/23/2016 | OXYCODONE / 30MG | 120 |
| 600 | MS | 6/21/2016 | OXYCODONE / 20MG | 45 |
| 601 | MS | 6/21/2016 | OXYMORPHONE / 30MG | 60 |
| 602 | MS | 7/18/2016 | OXYCODONE / 20MG | 40 |
| 603 | MS | 7/18/2016 | OXYMORPHONE / 30MG | 60 |
| 604 | ST | 8/15/2016 | DURAGESIC PATCH / 12MCG/HR | 10 |
| 605 | ST | 8/15/2016 | OXYCODONE / 30MG | 120 |
| 606 | ST | 9/15/2016 | OXYCODONE / 30MG | 120 |
| 607 | ST | 9/15/2016 | OXYMORPHONE / 5MG | 60 |
| 608 | ST | 10/17/2016 | OXYCODONE / 30MG | 120 |
| 609 | ST | 10/17/2016 | OXYMORPHONE / 10MG | 60 |
| 610 | ST | 11/21/2016 | OXYCODONE / 30MG | 105 |
| 611 | ST | 11/21/2016 | OXYMORPHONE / 20MG | 60 |
| 612 | ST | 12/21/2016 | OXYCODONE / 20MG | 24 |
| 613 | ST | 12/21/2016 | OXYMORPHONE / 20MG | 16 |
| 614 | ST | 12/30/2016 | OXYCODONE / 30MG | 60 |
| 615 | ST | 12/30/2016 | OXYMORPHONE / 20MG | 60 |
| 616 | ST | 1/26/2017 | OXYCODONE / 30MG | 55 |
| 617 | ST | 1/26/2017 | OXYMORPHONE / 20MG | 60 |
| 618 | ST | 2/23/2017 | OXYCODONE / 30MG | 45 |
| 619 | ST | 2/23/2017 | OXYMORPHONE / 30MG | 60 |
| 620 | ST | 3/23/2017 | OXYCODONE / 15MG | 80 |
| 621 | ST | 3/23/2017 | OXYMORPHONE / 30MG | 60 |
| 622 | TW | 8/31/2016 | OXYCODONE / 30MG | 60 |
| 623 | TW | 8/31/2016 | OXYMORPHONE / 30MG | 60 |
| 624 | TW | 11/3/2016 | OXYCODONE / 30MG | 60 |
| 625 | TW | 11/3/2016 | OXYMORPHONE / 30MG | 60 |
| 626 | TW | 12/6/2016 | OXYCODONE / 30MG | 60 |
| 627 | TW | 12/6/2016 | OXYMORPHONE / 30MG | 60 |
| 628 | TW | 1/4/2017 | OXYCODONE / 30MG | 60 |
| 629 | TW | 1/4/2017 | OXYMORPHONE / 30MG | 60 |
| 630 | TW | 1/31/2017 | OXYCODONE / 30MG | 60 |

Case 1:17-cr-00027-JPJ-PMS   Document 36   Filed 12/18/17   Page 19 of 23   Pageid#: 106

| COUNT | INITIALS OF PERSON IN WHOSE NAME PRESCRIPTION IS WRITTEN | DATE | DRUG PRESCRIBED | QTY |
|---|---|---|---|---|
| 631 | TW | 1/31/2017 | OXYMORPHONE / 30MG | 60 |
| 632 | TW | 2/28/2017 | OXYCODONE / 30MG | 55 |
| 633 | TW | 2/28/2017 | OXYMORPHONE / 30MG | 60 |
| 634 | DW | 8/31/2015 | OXYCODONE / 30MG | 120 |
| 635 | DW | 8/31/2015 | OXYMORPHONE / 40MG | 60 |
| 636 | DW | 9/25/2015 | OXYCODONE / 20MG | 60 |
| 637 | DW | 9/25/2015 | OXYMORPHONE / 40MG | 90 |
| 638 | DW | 10/15/2015 | OXYCODONE / 15MG | 90 |
| 639 | DW | 10/15/2015 | OXYMORPHONE / 40MG | 90 |
| 640 | DW | 11/23/2015 | OXYCODONE / 20MG | 60 |
| 641 | DW | 11/23/2015 | OXYMORPHONE / 40MG | 90 |
| 642 | DW | 12/21/2015 | OXYCODONE / 20MG | 50 |
| 643 | DW | 12/21/2015 | OXYMORPHONE / 40MG | 90 |
| 644 | DW | 1/9/2016 | OXYCODONE / 20MG | 15 |
| 645 | DW | 1/19/2016 | OXYMORPHONE / 40MG | 90 |
| 646 | DW | 2/3/2016 | OXYCODONE / 15MG | 10 |
| 647 | DW | 2/3/2016 | OXYMORPHONE / 40MG | 90 |
| 648 | DW | 3/23/2016 | OXYCODONE / 30MG | 150 |
| 649 | DW | 4/21/2016 | OPANA ER / 40MG | 60 |
| 650 | DW | 4/21/2016 | OXYCODONE / 30MG | 60 |
| 651 | DW | 5/18/2016 | OXYCODONE / 20MG | 7 |
| 652 | DW | 5/18/2016 | OXYCODONE / 20MG | 14 |
| 653 | DW | 5/18/2016 | OXYCODONE / 20MG | 24 |
| 654 | DW | 5/18/2016 | OXYCODONE / 20MG | 35 |
| 655 | FW | 8/31/2015 | OPANA ER / 40MG | 60 |
| 656 | FW | 8/31/2015 | OXYCODONE / 30MG | 120 |
| 657 | FW | 11/5/2015 | OXYCODONE / 15MG | 30 |
| 658 | FW | 11/5/2015 | OXYMORPHONE / 30MG | 90 |
| 659 | FW | 12/2/2015 | OXYCODONE / 15MG | 20 |
| 660 | FW | 12/2/2015 | OXYMORPHONE / 40MG | 90 |
| 661 | FW | 1/4/2016 | OPANA ER / 40MG | 90 |
| 662 | FW | 1/4/2016 | OXYCODONE / 15MG | 15 |
| 663 | FW | 1/29/2016 | OXYMORPHONE / 40MG | 90 |
| 664 | FW | 2/4/2016 | OXYCODONE / 15MG | 15 |
| 665 | FW | 2/26/2016 | OXYCODONE / 15MG | 15 |
| 666 | FW | 2/26/2016 | OXYMORPHONE / 40MG | 90 |

| COUNT | INITIALS OF PERSON IN WHOSE NAME PRESCRIPTION IS WRITTEN | DATE | DRUG PRESCRIBED | QTY |
|---|---|---|---|---|
| 667 | FW | 3/31/2016 | OPANA ER / 40MG | 90 |
| 668 | FW | 3/31/2016 | OXYCODONE / 10MG | 30 |
| 669 | FW | 5/2/2016 | OPANA ER / 40MG | 90 |
| 670 | FW | 5/2/2016 | OXYCODONE / 10MG | 30 |
| 671 | FW | 6/6/2016 | OXYCODONE / 20MG | 7 |
| 672 | FW | 6/6/2016 | OXYCODONE / 20MG | 14 |
| 673 | FW | 6/6/2016 | OXYCODONE / 20MG | 24 |
| 674 | FW | 6/6/2016 | OXYCODONE / 20MG | 35 |
| 675 | WW | 9/4/2015 | OXYCODONE / 15MG | 180 |
| 676 | WW | 9/15/2015 | OXYCODONE / 20MG | 120 |
| 677 | WW | 9/15/2015 | OXYMORPHONE / 40MG | 60 |
| 678 | WW | 10/14/2015 | OXYCODONE / 30MG | 90 |
| 679 | WW | 10/14/2015 | OXYMORPHONE / 40MG | 60 |
| 680 | WW | 10/20/2015 | OXYMORPHONE / 40MG | 30 |
| 681 | WW | 11/10/2015 | OXYCODONE / 30MG | 75 |
| 682 | WW | 11/10/2015 | OXYMORPHONE / 40MG | 30 |
| 683 | WW | 11/10/2015 | OXYMORPHONE / 40MG | 60 |
| 684 | WW | 12/15/2015 | OXYCODONE / 30MG | 60 |
| 685 | WW | 12/15/2015 | OXYMORPHONE / 40MG | 30 |
| 686 | WW | 12/15/2015 | OXYMORPHONE / 40MG | 60 |
| 687 | WW | 1/14/2016 | OXYCODONE / 30MG | 60 |
| 688 | WW | 1/14/2016 | OXYMORPHONE / 40MG | 90 |
| 689 | WW | 2/12/2016 | OXYCODONE / 20MG | 60 |
| 690 | WW | 2/12/2016 | OXYMORPHONE / 40MG | 90 |
| 691 | WW | 3/9/2016 | OPANA ER / 40MG | 30 |
| 692 | WW | 3/9/2016 | OPANA ER / 40MG | 60 |
| 693 | WW | 3/9/2016 | OXYCODONE / 20MG | 60 |
| 694 | WW | 4/12/2016 | OPANA ER / 40MG | 90 |
| 695 | WW | 4/12/2016 | OXYCODONE / 20MG | 60 |
| 696 | WW | 5/12/2016 | OXYCODONE / 20MG | 7 |
| 697 | WW | 5/12/2016 | OXYCODONE / 20MG | 14 |
| 698 | WW | 5/12/2016 | OXYCODONE / 20MG | 21 |
| 699 | WW | 5/12/2016 | OXYCODONE / 20MG | 28 |
| 700 | LW | 9/15/2016 | OXYCODONE / 30MG | 120 |
| 701 | LW | 10/18/2016 | OPANA ER / 5MG | 60 |
| 702 | LW | 10/18/2016 | OXYCODONE / 30MG | 120 |

| COUNT | INITIALS OF PERSON IN WHOSE NAME PRESCRIPTION IS WRITTEN | DATE | DRUG PRESCRIBED | QTY |
|---|---|---|---|---|
| 703 | LW | 11/17/2016 | OXYCODONE / 30MG | 120 |
| 704 | LW | 11/17/2016 | OXYCONTIN / 10MG | 30 |
| 705 | LW | 12/15/2016 | OXYCODONE / 30MG | 90 |
| 706 | LW | 12/15/2016 | OXYCONTIN / 30MG | 60 |
| 707 | LW | 1/12/2017 | OXYCODONE / 30MG | 90 |
| 708 | LW | 1/12/2017 | OXYCONTIN / 15MG | 60 |
| 709 | LW | 2/7/2017 | OXYCODONE / 30MG | 90 |
| 710 | LW | 2/7/2017 | OXYCONTIN / 20MG | 60 |
| 711 | LW | 3/9/2017 | OXYCODONE / 30MG | 90 |
| 712 | LW | 3/9/2017 | OXYCONTIN / 20MG | 60 |
| 713 | LW | 3/31/2017 | OXYCODONE / 30MG | 90 |
| 714 | LW | 3/31/2017 | OXYCONTIN / 20MG | 60 |
| 715 | LW | 4/26/2017 | OXYCODONE / 30MG | 90 |
| 716 | LW | 4/26/2017 | OXYCONTIN / 20MG | 60 |

3.      All in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## NOTICE OF FORFEITURE

1.      Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendants shall forfeit to the United States:

     a.     any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1);

     b.     any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2); and

     c.     any property, real or personal, which constitutes or is derived from proceeds traceable to said offenses, pursuant to 18 U.S.C. § 981(a)(1)(D) and 28 U.S.C. § 2461(c).

2.      The property to be forfeited to the United States includes but is not limited to the following property: **not less than $500,000.00**

3.      If any of the above-described forfeitable property, as a result of any act or omission of the

defendant:

    a.   cannot be located upon the exercise of due diligence;
    b.   has been transferred or sold to, or deposited with a third person;
    c.   has been placed beyond the jurisdiction of the Court;
    d.   has been substantially diminished in value; or
    e.   has been commingled with other property which cannot be
          subdivided without difficulty.

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of

the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A true bill this _____ day of December, 2017.

/s/Grand Jury Foreperson

Rick A. Mountcastle
UNITED STATES ATTORNEY