## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | Case Number: 1:17cr00027 |
| ) | |
| **JOEL A. SMITHERS,** ) | |
|     Defendant ) | |

This matter is before the court on the motion of counsel for the defendant to withdraw as counsel of record. (Docket Item No. 45) ("Motion"). Based on the arguments and representations of counsel and the defendant, heard before the undersigned on April 4, 2018, the Motion is **GRANTED**, and it is **ORDERED** that Charles Y. Sipe is relieved as counsel of record for the defendant. It is **FURTHER ORDERED** that the defendant, within 14 days of the date of entry of this Order, shall file with the court a completed CJA-23 form seeking the approval of the court for court-appointed counsel, unless he retains a private attorney who notes a general appearance on his behalf within this time period.

The Clerk's Office shall provide a copy of this Order to all counsel of record and to the defendant.

**ENTERED:**  April 5, 2018.

                                        /s/ *Pamela Meade Sargent*
                                        UNITED STATES MAGISTRATE JUDGE