UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | Case Number: 1:17cr00027 |
| ) | |
| JOEL A. SMITHERS, ) | |
|    Defendant ) | |

It is **ORDERED** that the deadline for the defendant to file a completed CJA-23 form seeking the approval of the court for court-appointed counsel or to have retained counsel file a general appearance on his behalf is extended to April 30, 2018.

The Clerk's Office shall provide a copy of this Order to all counsel of record and to the defendant.

**ENTERED:** April 18, 2018.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE