# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | Case Number: 1:17cr00027 |
| | ) | |
| JOEL A. SMITHERS, | ) | |
|     Defendant | ) | |

On April 18, 2018, the defendant in this matter contacted the Clerk's Office and stated that he had retained counsel to represent him in this matter, but his new counsel needed an extension of time to file a notice of appearance. The court granted an extension until April 30, 2018. Today a representative of counsel's office has contacted the court and stated that counsel needs an additional extension of time to file a notice of appearance. Therefore, it is **ORDERED** that the deadline for the defendant to file a completed CJA-23 form seeking the approval of the court for court-appointed counsel or to have retained counsel file a general appearance on his behalf is extended to May 2, 2018.

The Clerk's Office shall provide a copy of this Order to all counsel of record and to the defendant.

ENTERED: April 30, 2018.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE

1