**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | **Case Number: 1:17cr00027** |
| | ) | |
| **JOEL A. SMITHERS,** | ) | |
| **Defendant** | ) | |

    The defendant stands charged in a 716-count Superseding Indictment. The charges against him are set for trial beginning October 29, 2018. By Order entered on April 5, 2018, (Docket Item No. 49), the court allowed the defendant's prior counsel to withdraw and gave the defendant 14 days from the date of entry of the Order to file a completed CJA-23 form with the court for the appointment of counsel or have another retained attorney enter an appearance on his behalf.  At the defendant's request, the above deadline was extended to April 30, 2018, and, then, to May 2, 2018. (Docket Item Nos. 50, 51.) To date, no attorney has entered an appearance on behalf of the defendant; nor has the defendant filed the CJA-23 form with the court.

    Based on the above, it is **ORDERED** that Nancy C. Dickenson, of the Federal Public Defenders Office for the Western District of Virginia, is appointed to represent the defendant. It is **FURTHER ORDERED** that the defendant shall file a completed CJA-23 Financial Affidavit form with the court by no later than 4 p.m. on May 31, 2018.

The defendant is advised that if he fails to complete and file the CJA-23 form as required above, the court will require him to appear to show cause why he should not be held in contempt of the court's orders.

The Clerk's Office shall provide a copy of this Order to all counsel of record and to the defendant.

**ENTERED:**  May 17, 2018.

/s/  *Pamela Meade Sargent*

UNITED STATES MAGISTRATE JUDGE