# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

**UNITED STATES OF AMERICA**

      **v.**　　　　　　　　　　　　　　　　**CASE NO. 1:17CR00027**

**JOEL A. SMITHERS,**
    **Defendant**

## MOTION TO WITHDRAW
## AS COUNSEL FOR THE DEFENDANT

    Comes now counsel for the defendant, Nancy C. Dickenson, Assistant Federal Public Defender, and respectfully moves this Honorable Court for leave to withdraw as counsel.  In support of the motion, counsel has determined that a conflict of interest exists relating to representation of another client which renders impossible effective representation of Mr. Smithers consistent with the ethical rules, including Virginia Rules of Professional Conduct 1.8(b) and 1.8(k).

    WHEREFORE, it is requested that this Court allow the Office of the Federal Public Defender to withdraw from representation of the defendant and that substitute counsel be appointed to represent the defendant.

                          Respectfully submitted,

                          s/Nancy C. Dickenson
                          Assistant Federal Public Defender
                          201 Abingdon Place
                          Abingdon, VA  24211
                          nancy_dickenson@fd.org
                          VSB No. 28120

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was electronically filed and will be forwarded to Kathleen Carnell, Special Assistant United States Attorney, this 21st day of May, 2018.

s/Nancy Dickenson