**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )   Case No.:   1:17-CR-00027 |
| | ) |
| **JOEL A. SMITHERS** | ) |

## MOTION FOR LIMITATIONS ON DISCLOSURE

The United States wishes to provide grand jury materials, medical records, and other investigative materials for the investigation and prosecution of the case and to make such further disclosures as may be necessary for, and for the sole purpose of, investigating and prosecuting this case. Given the confidential nature of some of these materials, the United States requests that the Court enter an order prohibiting Stacey L. Hail, M.D., from further disclosure and unauthorized dissemination of these materials.

Accordingly, it is respectfully requested that this Honorable Court issue an order prohibiting further disclosure and unauthorized dissemination of these materials.

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

s/ Randy Ramseyer
VSB No.: 33837
Assistant United States Attorney
U.S. Attorney's Office
180 West Main Street, Suite B19
Abingdon, Virginia 24210
276-628-4161
276-628-7399 (fax)
E-Mail:USAVAW.ECFAbingdon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for defendant.

s/ Randy Ramseyer<br>
Assistant United States Attorney