IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     PLAINTIFF ) | |
| ) | |
| v. ) | CASE NO. :  1:17-CR-027-JPJ-PMS |
| ) | |
| JOEL A. SMITHERS ) | |
|     DEFENDANT ) | |

## MOTION FOR FUNDS TO HIRE A MEDICAL EXPERT TO REVIEW MEDICAL RECORDS AND TESTIFY AT TRIAL

COMES NOW the Defendant, Joel A. Smithers, by and through counsel, and moves this Honorable Court for funds to hire a medical expert to review the medical records and possibly testify as a medical expert for the Defendant at trial.

WHEREFORE, the Defendant Joel A. Smithers, respectfully prays that his motion for funds to hire a medical expert be granted.

RESPECTUFLLY SUBMITTED

JOEL A. SMITHERS

BY:   /s/Don M. Williams, Jr.

DON M. WILLIAMS, JR.
ATTORNEY AT LAW/ATTORNEY FOR DEFENDANT
P. O. BOX 601
PENNINGTON GAP, VA  24277
TEL:  276-546-3087
FAX: 276-546-2642
VSB:  41143
EMAIL: donwilliamsjr@yahoo.com

## **CERTIFICATE OF SERVICE**

      I, Don M. Williams, Jr., hereby certify that I have this the 5th day of September, 2018, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the Assistant United States Attorney.

      /s/ Don M. Williams, Jr.

      DON M. WILLIAMS, JR.