UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CRIMINAL MINUTES - MOTION HEARING
***CONTAINS SEALED EX-PARTE HEARING***

Case No.: 1:17CR27          Date: 9/5/18

**Defendant:** Joel A. Smithers, Bond          **Counsel:** Donnie Williams

PRESENT:
- JUDGE: Pamela Meade Sargent
- Deputy Clerk: Felicia Clark
- Court Reporter: Felicia Clark, FTR
- U. S. Attorney: Randy Ramseyer
- USPO: Not Present
- Case Agent: Patrick Long

TIME IN COURT: 11:35 – 11:55 a.m.
Sealed Hearing: 11:57 - 12:13
Total: 36 minutes

**PROCEEDINGS:**

Status Conference / Motion hearing held in re: DE 66 – Motion to Continue Jury Trial and DE 69 – Motion to Appoint Expert. All parties were present and ready to proceed. Oral argument by counsel. Court granted DE 66 – Motion to Continue Jury Trial. Clerk will HOLD Jury Trial dates April 29 – May 31, 2019 at 9:00 a.m. in Abingdon before Judge James P. Jones and April 4, 2019 at 10:30 a.m. in Abingdon before Judge Pamela Meade Sargent. Per the Govt. there is a possibility that a second superseding indictment is forthcoming. Order of continuance-ends of justice jury trial will be entered if a second superseding indictment is filed. Court released the Government from the court proceedings. Oral Motion to Amend DE 69 to reflect the need for an expert pertaining to medical necessity and causation of death (Court did not seal this motion and noted the reasons on the record). SEALED EXPARTE HEARING HELD – DEFENSE COUNSEL AND DEFENDANT WAS PRESENT. Written Order forthcoming. Defendant remained on bond. Court adjourned.