## IN THE UNITED STATE DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     PLAINTIFF ) | |
| ) | |
| v. ) | CASE NO. :  1:17-CR-027-JPJ-PMS |
| ) | |
| JOEL A. SMITHERS ) | |
|     DEFENDANT ) | |

**MOTION TO ALLOW DISCOVERY PROVIDED TO THE DEFENDANT OR IN THE ALTENATIVE FOR THE DISCOVERY TO BE PLACED IN GREENSBORO, NORTH CAROLINA WITH A PRIVATE INVESTIGATOR FOR THE DEFENDANT TO REVIEW WITHOUT HAVING TO TRAVEL**

COMES NOW the Defendant, Joel A. Smithers, by and through counsel, and moves this Honorable Court to allow him to have full access to all of the discovery or in the alternative, to allow him to have the discvovery placed at a location where he could view it , but not remove it from the premises, such as hiring a private investigator to review at his office in Greensboro, North Carolina.

WHEREFORE, the Defendant Joel A. Smithers, respectfully prays that his motion be granted.

RESPECTUFLLY SUBMITTED

JOEL A. SMITHERS

BY:   /s/Don M. Williams, Jr.

DON M. WILLIAMS, JR.
ATTORNEY AT LAW/ATTORNEY FOR DEFENDANT
P. O. BOX 601
PENNINGTON GAP, VA  24277
TEL:  276-546-3087
FAX: 276-546-2642
VSB:  41143
EMAIL: donwilliamsjr@yahoo.com

## CERTIFICATE OF SERVICE

    I, Don M. Williams, Jr., hereby certify that I have this the 5th day of March, 2019, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the Assistant United States Attorney.

/s/ Don M. Williams, Jr.

DON M. WILLIAMS, JR.
