**IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| **v.** | ) **CASE NO. :  1:17-CR-027-JPJ-PMS** | |
| | ) | |
| **JOEL A. SMITHERS** | ) | |
| **DEFENDANT** | ) | |

**MOTION FOR EXTENTION OF TIME TO FILE EXPERT WITNESS REPORT
AND TO RELEASE RECORDS FOR EXPERT TO REVIEW**

COMES NOW the Defendant, Joel A. Smithers, by and through counsel, and

moves this Honorable Court to allow him an extension of time to file an expert witness

report for an expert witness he intends to call at trial named Linda Cheek, M.D.  Counsel

learned of the defendants intention to call an expert on March 22, 2019, after the deadline

had passed and upon the Defendant learning of additional evidence disclosed on said

case.  The Defendant requests that his counsel be allowed to release the medical records

for the expert witness to review and for time to file said report.

WHEREFORE, the Defendant, Joel A. Smithers, respectfully prays that his

motion be granted.

RESPECTUFLLY SUBMITTED

JOEL A. SMITHERS

BY  COUNSEL

BY:    /s/Don M. Williams, Jr.

DON M. WILLIAMS, JR.
ATTORNEY AT LAW/ATTORNEY FOR DEFENDANT
P. O. BOX 601
PENNINGTON GAP, VA  24277
TEL:  276-546-3087
FAX: 276-546-2642
VSB:  41143
EMAIL: donwilliamsjr@yahoo.com


**CERTIFICATE OF SERVICE**

I, Don M. Williams, Jr., hereby certify that I have this the 1st day of April, 2019, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the Assistant United States Attorney.

/s/ Don M. Williams, Jr.

DON M. WILLIAMS, JR.