IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| )  | **ORDER** |
| v.                                              ) | Case No. 1:17cr00027 |
| ) | |
| JOEL A. SMITHERS,                   ) | |
|    Defendant,                 ) | |
| ) | |

This matter is before the court on the Motion To Allow Discovery Provided To The Defendant Or In the Alternative, etc., (Docket Item No. 94) ("Motion"). The Motion was heard by the undersigned by telephone conference call on April 2, 2019. Based on the arguments and representations of counsel, the Motion is **GRANTED** insofar as the following is **ORDERED**:

1. Defense counsel may make a paper copy of the discovery materials provided to him by the Government, and forward this copy to the Federal Public Defenders Office for the Middle District of North Carolina in Greensboro, NC, ("Office");

2. The defendant, Joel A. Smithers, may travel to the Office for the purpose of reviewing these discovery materials at times agreed upon by the Office. The defendant shall not have present with him any cell phone, camera or any other means by which he might copy or photograph these materials. The defendant shall not remove any of these materials from the Office.  The defendant also shall not copy, photograph or reproduce these materials by any means.  The

       defendant may not use any of the information contained in these materials for any other purpose than the defense of this case;

3. Before the defendant views any of these materials, defense counsel shall provide the defendant and the Federal Public Defender for the Middle District of North Carolina with a copy of this Order;

4. Upon completion of this case, defense counsel shall retrieve or arrange for the destruction of these materials; and

5. All previous disclosure and discovery orders entered in this case remain in force and effect unless specifically superseded by this Order.

The Clerk's Office shall provide a copy of this Order to all counsel of record.

ENTER: April 2, 2019.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE