# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | **ORDER** |
| v. ) | **Case No. 1:17cr00027** |
| ) | |
| **JOEL A. SMITHERS,** ) | |
|   **Defendant,** ) | |
| ) | |

This matter is before the court on the Motion To Suppress Evidence, (Docket Item No. 99) ("Motion"), filed by the Government. The Motion seeks to prevent defense counsel from using at trial any document or other tangible object not disclosed to the Government pursuant to the court's June 5, 2018, Order. Based on the arguments and representations of counsel, the Motion is **GRANTED,** and it is **ORDERED** that the defendant may not use at trial any document or other tangible object not previously disclosed to the Government, except upon further order of the Court.

The Clerk's Office shall provide a copy of this Order to all counsel of record.

ENTER:   April 2, 2019.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE