### IN THE UNITED STATE DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| **PLAINTIFF** | ) |
| | ) |
| **v.** | ) CASE NO. : 1:17-CR-027-JPJ-PMS |
| | ) |
| **JOEL A. SMITHERS** | ) |
| **DEFENDANT** | ) |

### NOTICE OF INTENT TO PROCEED TO JURY TRIAL

Comes Now the Defendant, Joel A. Smithers, and advises this Honorable Court that it is his intention to proceed to trial on this matter and request that the Pretrial Conference be cancelled.

RESPECTUFLLY SUBMITTED

JOEL A. SMITHERS

BY  COUNSEL

BY:   /s/Don M. Williams, Jr.

DON M. WILLIAMS, JR.
ATTORNEY AT LAW/ATTORNEY FOR DEFENDANT
P. O. BOX 601
PENNINGTON GAP, VA  24277
TEL:  276-546-3087
FAX: 276-546-2642
VSB:  41143
EMAIL: donwilliamsjr@yahoo.com

## **CERTIFICATE OF SERVICE**

     I, Don M. Williams, Jr., hereby certify that I have this the 3rd day of April, 2019, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the Assistant United States Attorney.

     /s/ Don M. Williams, Jr.

     DON M. WILLIAMS, JR.