## IN THE UNITED STATE DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
|     PLAINTIFF ) | |
| ) | |
| v. ) | CASE NO. : 1:17-CR-027-JPJ-PMS |
| ) | |
| JOEL A. SMITHERS ) | |
|     DEFENDANT ) | |

### PREPARATION OF TRANSCRIPT OF PRELIMINARY HEARING AT GOVERNMENT EXPENSE

Comes Now the Defendant, Joel A. Smithers, by and through counsel and moves this Honorable Court, to order the preparation of the transcript of the Preliminary Hearing on Joel A. Smithers held on September 5, 2017.

Wherefore, the Defendant, Joel A. Smithers, respectfully requests the preparation of the transcript of the Preliminary Hearing held on September 5, 2017.

                                                                                           RESPECTUFLLY SUBMITTED

                                                                                           JOEL A. SMITHERS
                                                                                           BY  COUNSEL

BY:    /s/Don M. Williams, Jr.

DON M. WILLIAMS, JR.
ATTORNEY AT LAW/ATTORNEY FOR DEFENDANT
P. O. BOX 601
PENNINGTON GAP, VA  24277
TEL:  276-546-3087
FAX: 276-546-2642
VSB:  41143
EMAIL: donwilliamsjr@yahoo.com

## **CERTIFICATE OF SERVICE**

  I, Don M. Williams, Jr., hereby certify that I have this the 16th day of April, 2019, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the Assistant United States Attorney.

          /s/ Don M. Williams, Jr.

          DON M. WILLIAMS, JR.