UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:17-CR-00027 |
| : | |
| JOEL SMITHERS : | |

**GOVERNMENT'S RESPONSE AND OBJECTION
TO RENEWED REQEUST FOR A CONTINUANCE**

The United States, by counsel, hereby notes its objection to the defendant's Renewed Request for a Continuance (ECF No.: 125) for the same reasons stated previously by the government in response to the previous motion for continuance.

    Respectfully submitted,

    THOMAS T. CULLEN
    United States Attorney

    s/ Randy Ramseyer
    VSB No.: 33837
    Assistant United States Attorney
    U.S. Attorney's Office
    180 West Main Street, Suite B19
    Abingdon, Virginia 24210
    276-628-4161
    276-628-7399 (fax)
    E-Mail:USAVAW.ECFAbingdon@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for defendant.

    s/ Randy Ramseyer
    Assistant United States Attorney