UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:17-CR-00027 |
| : | |
| JOEL SMITHERS : | |

## GOVERNMENT'S RESPONSE AND OBJECTION TO RENEWED REQEUST FOR A CONTINUANCE

The United States, by counsel, hereby notes its objection to the defendant's Motion to Allow Expert Witness to Have Access to Discovery and to be Allowed to File a Late Report and be Allowed to Testify (ECF No.: 132).

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

s/ Randy Ramseyer
VSB No.: 33837
Assistant United States Attorney
U.S. Attorney's Office
180 West Main Street, Suite B19
Abingdon, Virginia 24210
276-628-4161
276-628-7399 (fax)
E-Mail:USAVAW.ECFAbingdon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for defendant.

s/ Randy Ramseyer
Assistant United States Attorney