Case 1:17-cr-00027-JPJ-PMS   Document 135   Filed 04/19/19   Page 1 of 2   Pageid#: 318

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| **PLAINTIFF** ) | |
| ) | |
| **v.** ) | CASE NO. : 1:17-CR-027-JPJ-PMS |
| ) | |
| **JOEL A. SMITHERS** ) | |
| **DEFENDANT** ) | |

## MOTION TO WITHDRAW AS COUNSEL

Comes Now Don M. Williams Jr., counsel for the Defendant, and moves this Honorable Court to allow him to withdraw as counsel of record for the Defendant, Joel A. Smithers. Dr. Joel A. Smithers has asked counsel to file this motion and counsel concurs in the motion. Irreconcilable differences have arisen between the parties at this point.

Wherefore, the Defendant, Joel A. Smithers and his Counsel, Don M. Williams Jr., ask that Don M. Williams Jr. be withdrawn as counsel for the Defendant and the Defendant be appointed new counsel and the trial rescheduled.

RESPECTUFLLY SUBMITTED

JOEL A. SMITHERS

BY  COUNSEL

BY:   /s/Don M. Williams, Jr.
DON M. WILLIAMS, JR.
ATTORNEY AT LAW/ATTORNEY FOR DEFENDANT
P. O. BOX 601
PENNINGTON GAP, VA  24277
TEL: 276-546-3087
FAX: 276-546-2642

VSB:  41143
EMAIL: donwilliamsjr@yahoo.com

## **CERTIFICATE OF SERVICE**

I, Don M. Williams, Jr., hereby certify that I have this the 19th day of April, 2019, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the Assistant United States Attorney.

/s/ Don M. Williams, Jr.

DON M. WILLIAMS, JR.