# IN THE UNITED STATE DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     PLAINTIFF ) | |
| ) | |
| v. ) | CASE NO. :  1:17-CR-027-JPJ-PMS |
| ) | |
| JOEL A. SMITHERS ) | |
|     DEFENDANT ) | |

## MOTION TO APPEAL JUDGE SARGENT'S ORDER DENYING COUNSEL'S MOTION TO WITHDRAW

Comes Now Don M. Williams Jr., counsel for the Defendant, and moves this Honorable Court to appeal Judge Sargent's Order denying counsel's motion to withdraw as counsel of record for the Defendant Joel A. Smithers.  The Defendant has discharged counsel and directed him to file said motion and appeal.  Counsel agrees that conflicts have arisen that require him to file said motion to withdraw at this point

Wherefore, the Defendant, Joel A. Smithers and his Counsel, Don M. Williams Jr., ask that Don M. Williams Jr. be withdrawn as counsel for the Defendant and the Defendant be appointed new counsel and the trial continued and rescheduled.

                                                                 RESPECTUFLLY SUBMITTED

                                                                  JOEL A. SMITHERS

                                                                 BY  COUNSEL

BY:   /s/Don M. Williams, Jr.

DON M. WILLIAMS, JR.
ATTORNEY AT LAW/ATTORNEY FOR DEFENDANT
P. O. BOX 601
PENNINGTON GAP, VA  24277
TEL:  276-546-3087
FAX: 276-546-2642
VSB:  41143
EMAIL: donwilliamsjr@yahoo.com

## CERTIFICATE OF SERVICE

I, Don M. Williams, Jr., hereby certify that I have this the 23rd day of April, 2019, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the Assistant United States Attorney.

/s/ Don M. Williams, Jr.

DON M. WILLIAMS, JR.