# IN THE UNITED STATE DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     PLAINTIFF ) | |
| ) | |
| v. ) | CASE NO. :  1:17-CR-027-JPJ-PMS |
| ) | |
| JOEL A. SMITHERS ) | |
|     DEFENDANT ) | |

## MOTION TO APPROVE TRANSPORTATION FEES AND LODGING FEES FOR DEFENDANT

Comes Now Don M. Williams Jr., counsel for the Defendant, and moves this Honorable Court to approve funds for transportation from Greensboro, North Carolina to Pennington Gap, Virginia and lodging costs in Pennington Gap, Virginia from April 25, 2019 to April 28, 2019 and lodging costs for the Defendant in Abingdon, Virginia April 28th through the duration of the trial.

Wherefore, the Defendant, prays his motion be granted.

RESPECTUFLLY SUBMITTED

JOEL A. SMITHERS

BY  COUNSEL

BY:   /s/Don M. Williams, Jr.

DON M. WILLIAMS, JR.
ATTORNEY AT LAW/ATTORNEY FOR DEFENDANT
P. O. BOX 601
PENNINGTON GAP, VA  24277
TEL:  276-546-3087
FAX: 276-546-2642
VSB:  41143
EMAIL: donwilliamsjr@yahoo.com

## **CERTIFICATE OF SERVICE**

  I, Don M. Williams, Jr., hereby certify that I have this the 23rd day of April, 2019, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the Assistant United States Attorney.

         /s/ Don M. Williams, Jr.

         DON M. WILLIAMS, JR.