505 E. Airport Drive                                                                    114 Jefferson Davis Blvd.
Baton Rouge, LA 70806                                                              Natchez, MS  39120
Phone (225) 201-0950                                                                Phone (601) 442-5382

# Arnold E. Feldman, M.D.

**Education**

**Department of Anesthesia of the Harvard Medical School**   Boston, MA
25 Shattuck Street
Boston, Ma 02115
617-495-1000
Residency
July 1981-July 1983

**Thomas Jefferson University Hospital**   Philadelphia, PA
111 So 11th Street
Philadelphia, Pa 19107
215-955-6000
Internship-Internal Medicine
June 1980-June 1981

**Medical College of Pennsylvania**   Philadelphia, PA
3300 Henry Ave
Philadelphia, Pa 19129
215-842-6000
Medical Degree
September 1976-June 1980

**Colgate University**   Hamilton, NY
13 Oak Drive
Hamilton, NY
315-228-1000
Bachelor of Arts (Cum Laude)
September 1972-June 1976

**Board/Academy**
**Certifications**

American Board of Anesthesiology, 1987
American Academy of Pain Management, Diplomate, 1990

1

**Professional Experience**

     **Southwest Mississippi Anesthesia, PA, INC**
     **DBA/ The Feldman Institute**
     Baton Rouge, LA
     Director of Interventional Pain Medicine
     Interventional Pain Management Specialist
     2001-Present

     **First Choice Surgery Center of Baton Rouge, LLC**
     Baton Rouge, LA
     Director of Ambulatory Surgery Center
     Interventional Pain Management Specialist
     2001-Present

     **The Feldman Institute - Laboratory of Baton Rouge**
      Baton Rouge, LA
      General Supervisor of Laboratory Operations
     - Chemistry testing via Beckman Coulter Access2
     - Urine confirmation testing via AB Sciex 5500 triple quad
     - Chemistry testing via Thermo Indiko Plus
     - Review data, supervise personnel
      2012 - Present

     **Southwest Mississippi Anesthesia, PA, INC**
     Natchez, MS
     Director of Interventional Pain Medicine
     Interventional Pain Management Specialist
     1986-Present

     **First Choice Health, Inc**
     Natchez, MS
     Director of Ambulatory Surgery Center
     Interventional Pain Management Specialist
     1996-Present

     **Natchez Regional Medical Center**
     Natchez, MS
     Chief of Staff
     1993-1994

     **Natchez Regional Medical Center**
     Natchez, MS
     Board of Trustees
     1993-1994

**Adams County Correctional Facility**
Natchez, MS
Physician
1986-2005

**Adams County Mississippi**
Natchez, MS
Deputy Coroner
1986-Present

**Mobile Infirmary Medical Center**
Mobile, AL
Staff Anesthesiologist
1983-1986

# Special Training/Preceptorship

**First Choice Surgery Center of Baton Rouge, LLC**
Lumbar Discoscopic Endoscopic Discectomy
2/15/2004 to 11/14/2005
Preceptor:  Joseph Rauchwerk, MD

**Kyphon Balloon Kyphoplasty Certification**
Orlando, Fl
August 2006

**AASMISMS 19th Fellowship – John Chiu, MD**
New Innovations and Advances in Endoscopic Minimally Invasive Spine Surgery
Thousand Oaks, Ca
February 2007

**Holmium:YAG Lasers for Medicine**
Clinical Applications and Safety Related to Minimally Invasive Spine Surgery
March 2007

**MaxMore Surgical Technique Introduction Workshop**
In cooperation with Alpha Klinik
Munich, Germany
November 9-10, 2007

**Carl Zeiss Surgical – Spinal Microsurgery 9**
Posterior Approaches to the Lumbar Spine
Munich, Germany
February 2008

**TESSYS – Joimax Medical Solutions**
Transforminal Endoscopic Spine System
Oceanside, NY
May 17, 2008

**1ST World Conference of Minimally Invasive Spine Surgery & Techniques**
Honolulu, HI
June 4-7, 2008

**MinSurg Biomechanical Innovations**
TruFUSE Surgical Training
New Orleans, La
June 28, 2008

**Society for Minimally Invasive Surgery of the Spine Annual Meeting 2008**
Las Vegas, NV
November 13-15, 2008

**MILD Training Lab – Vertos Medical**
Minimally Invasive Lumbar Decompression devices for the treatment of Lumbar Spinal Stenosis
Baton Rouge, La
December 20, 2008

**North American Spine Society – Skin to Skin Series**
**Minimally Invasive Surgery**
April 2-4, 2009

**International Intradiscal Therapy Society**
22nd Annual Conference
Phoenix, AZ
May 2009

**International Society for Minimal Intervention in Spinal Surgery**
International 28th Course for Percutaneous Endoscopic Spinal Surgery and Complementary Minimal Invasive Techniques
Zurich, Switzerland
January 28-29, 2010

**The Ultrasound Guided Regional Anesthesia Workshop 2010**
Brent House Conference Center Ochsner Medical Center
New Orleans, La
April 10, 2010

**Urine Drug Screen Testing Compliance**
American Society of Interventional Pain Physicians
July 15, 2010

# Clinical Faculty

**Disc-FX Workshop Clinical Faculty**
**First Choice Surgery Center of Baton Rouge, LLC**
October 20, 2007

**Disc-FX Workshop Clinical Faculty**
**First Choice Surgery Center of Baton Rouge, LLC**
March 15, 2008

**Disc-Fx Workshop Clinical Faculty**
**Live Surgery Transmission**
**First Choice Surgery Center of Baton Rouge, LLC**
April 12, 2008

**Joimax Endoscopic Spine System Workshop Faculty**
**Anatomy/Cadaver Workshop**
**Long Island, NY**
May 17, 2008

**Joimax Endoscopic Spine System Workshop Faculty**
**Anatomy/Cadaver Workshop**
**Long Island, NY**
September 5-6, 2008

**Spine Surgery from Tradition to the Future**
**Dresden, Germany**
October 2-4, 2008

**Disc-FX Endoscopic Spine System Workshop Faculty**
**Elliquence Innovative Medical Solutions, Anatomy/Cadaver Workshop**
**Long Island, NY**
November 8, 2008

**Disc-FX Endoscopic Spine System Workshop Faculty - Webcast**
**Elliquence Innovative Medical Solutions, Anatomy/Cadaver Workshop**
**Long Island, NY**
March 7, 2009

**MaxMorespine Transforminal Endoscopic Spine Workshop**
July 25, 2009

**SpineNow, LLC/maxMorespine Transforminal Endoscopic Spine Workshop**
First Choice Surgery Center of Baton Rouge
Baton Rouge, La
March 26, 2010

**2ND World Congress of Minimally Invasive Spine Surgery & Techniques**
**and**
**23rd International Intradiscal Therapy Society Annual Conference**
Las Vegas, NV
June 1 – 4, 2010

**SpineNow, LLC/maxMorespine Transforminal Endoscopic Spine Workshop**
Specialty Surgery Center
Sparta, NJ
June 18, 2010

**Special**
**Appointment**

State of Mississippi, Tort Claims Board Advisory Council, Member

**Professional**
**Associations**
North American Spine Society
American Medical Association
Louisiana State Medical Association
East Baton Rouge Parish Medical Society
Mississippi State Medical Association
American Society of Anesthesiologists
Louisiana Society of Anesthesiology
Mississippi Society of Anesthesiology
American Academy of Pain Management
American Academy of Pain Medicine
American Pain Society
American Society of Interventional Pain Physicians
Society for Pain Practice Management
Mississippi Pain Society
American Society of Regional Anesthesia
International Spinal Injection Society
International Intradiscal Therapy Society
American Society of Addiction Medicine

6

**Scientific Presentations**

"**Facilitating Medial Cannula Placement for Central Disc Herniations and Spinal Stenosis.**" International Intradiscal Society 19th Annual Meeting.
Phoenix, AZ April 5-7, 2006

"**Disc-FX – nonendoscopic radiofrequency disc ablation/decompression/nucleotomy.**"
International Society for Minimal Interventional in Spinal Surgery
Zurich, Switzerland January 25-26, 2007

"**Early Clinical Experience with THESSYS™ in the US.**" Workshop, International Intradiscal Therapy Society, 20th Annual Meeting
Albi, Toulouse, France June 19-23, 2007

"**Disc-FX – Nonendoscopic Radiofrequency Disc Ablation, Decompression and Nucleotomy – First Experiences.**" International Intradiscal Therapy Society, 20th Annual Meeting
Albi, Toulouse, France June 19-23, 2007

**Special Interest**

- Medical Consultant – Ellman Innovations – Surgical Instrumentation
- Medical Consultant – Richard Wolf Medical Instruments Corporation Endoscopic Spine Division
- Clinical Investigator – Medtronic Corporation implant project for extensive experience in catheter and pump implant for pain control. Over 1000 cases.
- COLA's Lab University – Completion Lab Director Course 11-19-2010

**Publications**

"**Evolution of Minimally Invasive Spine Surgical Technique: Q&A With Dr. Arnold Feldman of The Feldman Institute.**" *Becker's Spine Review.* February 16, 2013

"**How to Design a Medical Travel Program for Spine Care: Q&A With Dr. Arnold Feldman.**" *Becker's Spine Review.* February 23, 2013

"**Growing the Synergy Between Chiropractors and Interventional Pain Specialists.**" The Chiropractic Association of Louisiana's *Progress Notes* newsletter*.* May 2013

"**Spotlight: Dr. Arnold Feldman, The Feldman Institute, Baton Rouge.**" *Medical Travel Today. Scheduled for June 5*