# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

## CRIMINAL MINUTES – JURY TRIAL
Day 2

**Case No.:** 1:17CR27    **Date:** 4/30/19

**Defendant:** Joel Smithers, Bond    **Counsel:** Donnie Williams, Appt.

PRESENT:
| | | |
|---|---|---|
| JUDGE: | James P. Jones | TIME IN COURT: 9:00 – 10:20 a.m. |
| Deputy Clerk: | Felicia Clark | 10:35 – 12:03 p.m. |
| Court Reporter: | Donna Prather | 1:10 – 2:28 p.m. |
| U. S. Attorney: | Randy Ramseyer, Zachary Lee and Cagle Juhan | |
| USPO: | Not Present | 3:27 – 4:13 p.m. |

Total: 4 hours 52 minutes

## LIST OF WITNESSES

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Sylvia Fields | 1. |
| 2. Tracy Whitlow | |
| 3. Timothy Robertson | |
| 4. Michelle Smith | |
| 5. Bryan Harlow | |
| 6. Shannon Kovaleski | |
| 7. Deborah Reynolds | |
| 8. Sharon Mullins | |

PROCEEDINGS:

☒ Preliminary remarks and instructions to jury by Court.
☒ Witness Exclusion Rule Implemented by the Court.
☒ Opening Statements by counsel.
☒ Government presents evidence.
☒ Defendant to remain on bond.

Additional Information: Jury Trial – Day 2 held. All parties were present and ready to proceed. Witness exclusion rule implemented. There were 14 jurors present. Court instructed the jurors.

Opening statements by counsel. Court recessed at 10:20 a.m. Court resumed at 10:35 a.m. Outside the presence of the jury, defense counsel objection to a possible Government witness. Court overruled the objection. Jurors returned to the courtroom. Government presented evidence and questioned witnesses. Court recessed for lunch at 12:03 p.m. Court resumed at 1:10 p.m. Court recessed at 2:28 p.m. Court resumed at 3:27 p.m. Jurors retired for the day to return on 5/1/19 at 9:00 a.m. Outside the presence of the jury, Court directs the Government to hold all patient files and prescriptions (admitted on 4/30/19) in their office pending the conclusion of the trial and then the Court will address these exhibits and the sealing of such exhibits at that time. Defendant remained on bond. Court adjourned a 4:13 p.m.