AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Western **DISTRICT OF** Virginia

United States of America

V.

Joel Smithers

**EXHIBIT AND WITNESS LIST**

Case Number: 1:17CR27

| PRESIDING JUDGE<br>James P. Jones | PLAINTIFF'S ATTORNEY<br>R. Ramseyer; Z. Lee; C. Juhan | DEFENDANT'S ATTORNEY<br>Donnie Williams |
|---|---|---|
| TRIAL DATE (S)<br>4/30/2019 - Day 2 | COURT REPORTER<br>Donna Prather, OCR | COURTROOM DEPUTY<br>Felicia Clark |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| MS | | 4/30/2019 | Yes | Yes | Records pertaining to Michelle Smith — Michelle Smith |
| MS2 | | 4/30/2019 | Yes | Yes | Records pertaining to Michelle Smith — Michelle Smith |
| 50 | | 4/30/2019 | Yes | Yes | Google Map |
| 85 | | 4/30/2019 | Yes | Yes | Shannon Kovaleski Plea Agreement — Shannon Kovaleski |
| | | | | | **See Attachment for Government Exhibits pertaining to Medical Records and Patient Information |
| | | | | | All exhibits on attachment were admitted on 4/30/19** |
| | | | | | `Government Exhibit TW2 was withdrawn on 5/8/19.` |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages