# Brief Pain Inventory (Short Form)

Study ID# _____          Hospital# _10·14·80_

*Do not write above this line*

Date: _0-18-16_,   Time: _10:30_

Name: ___Smith_____   ___Michelle_____   _____
                   Last                              First                    Middle Initial

1) Throughout our lives, most of us have had pain from time to time (such as minor headaches, sprains, and toothaches). Have you had pain other than these everyday kinds of pain today?

                    1. Yes                              (2. No)

2) On the diagram, shade in the areas where you feel pain. Put an X on the area that hurts the most.



3) Please rate your pain by circling the one number that best describes your pain at its WORST in the past 24 hours.

| 0 | 1 | 2 | 3 | 4 | (5) | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| No pain | | | | | | | | | | Pain as bad as you can imagine |

4) Please rate your pain by circling the one number that best describes your pain at its LEAST in the past 24 hours.

| 0 | 1 | 2 | (3) | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| No pain | | | | | | | | | | Pain as bad as you can imagine |

MS_000001



5) Please rate your pain by circling the one number that best describes your pain on the AVERAGE.

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| No pain | | | | | | | | | | Pain as bad as you can imagine |

6) Please rate your pain by circling the one number that tells how much pain you have RIGHT NOW.

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| No pain | | | | | | | | | | Pain as bad as you can imagine |

7) What treatments or medications are you receiving for your pain?

*↑ q HS      40mg QiD      4mg ↑ - ↑↑ q HS      20mg #45 PRN*

*noritriptylene, neurotin, zanaflex, oxymorphone, oxycodone ↑BP.*

8) In the past 24 hours, how much relief have pain treatments or medications provided? Please circle the one percentage that most shows how much RELIEF you have received.

*30mg BiD*

| 0% | 10% | 20% | 30% | 40% | 50% | 60% | 70% | 80% | 90% | 100% |
|---|---|---|---|---|---|---|---|---|---|---|
| No relief | | | | | | | | | | Complete relief |

9) Circle the one number that describes how, during the past 24 hours, pain has interfered with your:
   A. General activity:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Does not interfere | | | | | | | | | | Completely interferes |

   B. Mood:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Does not interfere | | | | | | | | | | Completely interferes |

   C. Walking ability:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Does not interfere | | | | | | | | | | Completely interferes |

MS_000002

D.  Normal work (includes both work outside the home and housework):

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Does not interfere | | | | | | | | | | Completely interferes |

E.  Relations with other people:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Does not interfere | | | | | | | | | | Completely interferes |

F.  Sleep:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Does not interfere | | | | | | | | | | Completely interferes |

G.  Enjoyment of life:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Does not interfere | | | | | | | | | | Completely interferes |

Reference: Brief Pain Inventory. Charles Cleeland, PhD. Pain Research Group. Copyright 1991. Used with permission.

A7012-AS-8

MS_000003

## Review of Systems

**Mark the following symptoms that you currently suffer from:** *Impact.*

**Constitutional:**
- ☑ Chills
- ☐ Night Sweats
- ☐ Insomnia
- ☐ Unexplained Weight Gain
- ☐ Unexplained Weight Loss
- ☑ Difficulty sleeping
- ☐ Fatigue
- ☐ Low sex drive
- ☐ Easy bruising
- ☐ Fevers
- ☐ Tremors
- ☐ Weakness

**Eyes:**
- ☐ Recent Visual changes

**Ears/Nose/Throat/Neck:**
- ☐ Dental Problems
- ☐ Nosebleeds
- ☐ Earaches
- ☐ Sinus problems
- ☐ Hearing Problems

**Cardiovascular:**
- ☐ Chest Pain
- ☐ Fainting
- ☐ Shortness of breath during sleep
- ☐ Bleeding Disorder
- ☐ Palpitations
- ☐ Blood Clots
- ☐ Swelling in feet

**Respiratory:**
- ☐ Cough
- ☐ Wheezing
- ☐ Shortness of breath

**Gastrointestinal:**
- ☐ Constipation
- ☐ Diarrhea
- ☐ Acid Reflux
- ☐ Nausea/Vomiting
- ☐ Abdominal Cramps
- ☐ Hernia

**Musculoskeletal:** *well consild pain this month*
- ☑ Back Pain
- ☑ Joint Swelling
- ☑ Joint Pains
- ☑ muscle spasms *good consrd Zanaflex.*
- ☑ Joint Stiffness
- ☑ Neck Pain

**Genitourinary/Nephrology:**
- ☐ Flank Pain
- ☐ Decreased Urine Flow/Frequency/Volume
- ☐ Blood in Urine
- ☐ Painful Urination

**Neurological:**
- ☐ Dizziness
- ☑ Numbness/Tingling *good consrd c neuront*
- ☐ Headaches
- ☐ Tremors
- ☐ Seizures

**Psychiatric:**
- ☐ Depressed Mood
- ☐ Suicidal Thoughts
- ☐ Thoughts of Harming Others
- ☐ Feeling Anxious
- ☐ Suicidal Planning
- ☐ Stress Problems

☑ All other review of systems negative

☑ Reviewer _____  7-18-16

# Brief Pain Inventory (Short Form)

Study ID# _____   Hospital# 10·14·80

*Do not write above this line*

Date: 6-21-16   Time: 10:00

Name: Michelle   Smith   Michelle

Last                        First                    Middle Initial

1) Throughout our lives, most of us have had pain from time to time (such as minor headaches, sprains, and toothaches). Have you had pain other than these everyday kinds of pain today?

(1. Yes)                        2. No

2) On the diagram, shade in the areas where you feel pain. Put an X on the area that hurts the most.

· Pt reports fall down concrete steps (slipped on wet concrete). ~ 40 steps.



Right      Left          Left      Right

3) Please rate your pain by circling the one number that best describes your pain at its WORST in the past 24 hours.

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | (7) | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| No pain | | | | | | | | | | Pain as bad as you can imagine |

4) Please rate your pain by circling the one number that best describes your pain at its LEAST in the past 24 hours.

| 0 | 1 | 2 | 3 | (4) | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| No pain | | | | | | | | | | Pain as bad as you can imagine |

MS_000005

5)  Please rate your pain by circling the one number that best describes your pain on the AVERAGE.

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|

No pain                                                                Pain as bad as
                                                                       you can imagine

6)  Please rate your pain by circling the one number that tells how much pain you have RIGHT NOW.

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|

No pain                                                                Pain as bad as
                                                                       you can imagine

*#120 - Q:0*

7)  What treatments or medications are you receiving for your pain?

*roxycotin 30 mg. Pt did not have other Rx this month*
*d/t cost & inability to afford.*

8)  In the past 24 hours, how much relief have pain treatments or medications provided? Please circle the one percentage
that most shows how much RELIEF you have received.

| 0% | 10% | 20% | 30% | 40% | 50% | 60% | 70% | 80% | 90% | 100% |
|----|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|

No                                                                     Complete
relief                                                                 relief

9)  Circle the one number that describes how, during the past 24 hours, pain has interfered with your:
    A.  General activity:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|

Does not                                                               Completely
interfere                                                              interferes

    B.  Mood:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|

Does not                                                               Completely
interfere                                                              interferes

    C.  Walking ability:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|

Does not                                                               Completely
interfere                                                              interferes

MS_000006



D.  Normal work (includes both work outside the home and housework):

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

Does not interfere — Completely interferes

E.  Relations with other people:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

Does not interfere — Completely interferes

F.  Sleep:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

Does not interfere — Completely interferes

G.  Enjoyment of life:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

Does not interfere — Completely interferes

Reference: Brief Pain Inventory. Charles Cleeland, PhD. Pain Research Group. Copyright 1991. Used with permission.

A7012-AS-8

## Review of Systems

**Mark the following symptoms that you currently suffer from:**

**Constitutional:**
- ☐ Chills
- ☐ Night Sweats
- ☐ Insomnia
- ☐ Unexplained Weight Gain
- ☐ Unexplained Weight Loss
- ☑ Difficulty sleeping
- ☐ Fatigue
- ☐ Low sex drive
- ☐ Easy bruising
- ☐ Fevers
- ☐ Tremors
- ☐ Weakness

**Eyes:**
- ☐ Recent Visual changes

**Ears/Nose/Throat/Neck:**
- ☐ Dental Problems
- ☐ Nosebleeds
- ☐ Earaches
- ☐ Sinus problems
- ☐ Hearing Problems

**Cardiovascular:**
- ☐ Chest Pain
- ☐ Fainting
- ☐ Shortness of breath during sleep
- ☐ Bleeding Disorder
- ☐ Palpitations
- ☐ Blood Clots
- ☐ Swelling in feet

**Respiratory:**
- ☐ Cough
- ☐ Wheezing
- ☐ Shortness of breath

**Gastrointestinal:**
- ☐ Constipation
- ☐ Diarrhea
- ☐ Acid Reflux
- ☐ Nausea/Vomiting
- ☐ Abdominal Cramps
- ☐ Hernia

**Musculoskeletal:**
- ☑ Back Pain
- ☐ Joint Swelling
- ☑ Joint Pains
- ☑ muscle spasms
- ☑ Joint Stiffness
- ☐ Neck Pain

*- poorly-controlled pain + esp. low back d/t fall.* *worsened*
*T tamsulosin.*

**Genitourinary/Nephrology:**
- ☐ Flank Pain
- ☐ Blood in Urine
- ☐ Decreased Urine Flow/Frequency/Volume
- ☐ Painful Urination

**Neurological:**
- ☐ Dizziness
- ☑ Numbness/Tingling
- ☐ Headaches
- ☐ Tremors
- ☐ Seizures

*worsened T tamsulosin.*

**Psychiatric:**
- ☐ Depressed Mood
- ☐ Suicidal Thoughts
- ☐ Thoughts of Harming Others
- ☐ Feeling Anxious
- ☐ Suicidal Planning
- ☐ Stress Problems

☑ All other review of systems negative          ☑ Reviewer _____

6-21-16

MS_000008

# Brief Pain Inventory (Short Form)

Study ID# _____   Hospital# *10·14·80*

*Do not write above this line*

Date: *5-23-16*   Time: ~~to~~ *9.50*

Name: ____*Smith*_____*Michelle*_____
          Last                      First              Middle Initial

1) Throughout our lives, most of us have had pain from time to time (such as minor headaches, sprains, and toothaches). Have you had pain other than these everyday kinds of pain today?

                        1. Yes                       2. No

2) On the diagram, shade in the areas where you feel pain. Put an X on the area that hurts the most.



3) Please rate your pain by circling the one number that best describes your pain at its WORST in the past 24 hours.

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| No pain | | | | | | | | | | Pain as bad as you can imagine |

4) Please rate your pain by circling the one number that best describes your pain at its LEAST in the past 24 hours.

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| No pain | | | | | | | | | | Pain as bad as you can imagine |

MS_000009

5)   Please rate your pain by circling the one number that best describes your pain on the AVERAGE.

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| No pain | | | | | (5) | | | | | Pain as bad as you can imagine |

6)   Please rate your pain by circling the one number that tells how much pain you have RIGHT NOW.

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| No pain | | | (3) | | | | | | | Pain as bad as you can imagine |

*did not fill d/t no pts neither pharmacy would fill it*

7)   What treatments or medications are you receiving for your pain?

*#120 PRN 6-8°S BID·*  *OXYcodone 30 mg, Zanaflexor Diflacanec, nora triptalene*

8)   In the past 24 hours, how much relief have pain treatments or medications provided? Please circle the one percentage that most shows how much RELIEF you have received. *Morrin OTC 2 tabs BiD-TiD, Tylenol 2 tabs t-ti/day.*

| 0% | 10% | 20% | 30% | 40% | 50% | 60% | 70% | 80% | 90% | 100% |
|----|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|
| No relief | | | | | | | | (80%) | | Complete relief |

9)   Circle the one number that describes how, during the past 24 hours, pain has interfered with your:
   A.   General activity:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| Does not interfere | | | | (4) | | | | | | Completely interferes |

   B.   Mood:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| Does not interfere | | | | | (5) | | | | | Completely interferes |

   C.   Walking ability:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| Does not interfere | | | (3) | | | | | | | Completely interferes |

MS_000010

D.  Normal work (includes both work outside the home and housework):

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| Does not interfere | | | | | | | | | | Completely interferes |

E.  Relations with other people:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| Does not interfere | | | | | | | | | | Completely interferes |

F.  Sleep:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| Does not interfere | | | | | | | | | | Completely interferes |

G.  Enjoyment of life:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| Does not interfere | | | | | | | | | | Completely interferes |

Reference: Brief Pain Inventory. Charles Cleeland, PhD. Pain Research Group. Copyright 1991. Used with permission.

A7012-AS-8

MS_000011

## Review of Systems

**Mark the following symptoms that you currently suffer from:**

**Constitutional:**
- ☐ Chills
- ☐ Night Sweats
- ☐ Insomnia
- ☐ Unexplained Weight Gain
- ☐ Unexplained Weight Loss
- ☐ Difficulty sleeping
- ☐ Fatigue
- ☐ Low sex drive
- ☐ Easy bruising
- ☐ Fevers
- ☐ Tremors
- ☐ Weakness

**Eyes:**
- ☐ Recent Visual changes

**Ears/Nose/Throat/Neck:**
- ☐ Dental Problems
- ☐ Nosebleeds
- ☐ Earaches
- ☐ Sinus problems
- ☐ Hearing Problems

**Cardiovascular:**
- ☐ Chest Pain
- ☐ Fainting
- ☐ Shortness of breath during sleep
- ☐ Bleeding Disorder
- ☐ Palpitations
- ☐ Blood Clots
- ☐ Swelling in feet

**Respiratory:**
- ☐ Cough
- ☐ Wheezing
- ☐ Shortness of breath

**Gastrointestinal:**
- ☐ Constipation
- ☐ Diarrhea
- ☐ Acid Reflux
- ☐ Nausea/Vomiting
- ☐ Abdominal Cramps
- ☐ Hernia

*↑ BM daily*

**Musculoskeletal:**
- ☐ Back Pain
- ☐ Joint Swelling
- ☐ Joint Pains
- ☐ muscle spasms
- ☐ Joint Stiffness
- ☐ Neck Pain

*- mid-central ll pain this month -*

**Genitourinary/Nephrology:**
- ☐ Flank Pain
- ☐ Decreased Urine Flow/Frequency/Volume
- ☐ Blood in Urine
- ☐ Painful Urination

**Neurological:**
- ☐ Dizziness
- ☐ Numbness/Tingling
- ☐ Headaches
- ☐ Tremors
- ☐ Seizures

*good control c̄*
*neuratin — out this month -*

**Psychiatric:**
- ☐ Depressed Mood
- ☐ Suicidal Thoughts
- ☐ Thoughts of Harming Others
- ☐ Feeling Anxious
- ☐ Suicidal Planning
- ☐ Stress Problems

☑ All other review of systems negative      ☐ Reviewer

5-23-16

MS_000012

# Brief Pain Inventory (Short Form)

Study ID# _____  Hospital# *10·14·80*

*Do not write above this line*

Date: *4-25-16*  Time: *10:00 AM*

Name: *Smith*                    *Michelle*

Last                    First                    Middle Initial

1) Throughout our lives, most of us have had pain from time to time (such as minor headaches, sprains, and toothaches). Have you had pain other than these everyday kinds of pain today?

1. Yes          2. No

2) On the diagram, shade in the areas where you feel pain. Put an X on the area that hurts the most.



3) Please rate your pain by circling the one number that best describes your pain at its WORST in the past 24 hours.

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | (7) | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| No pain | | | | | | | | | | Pain as bad as you can imagine |

4) Please rate your pain by circling the one number that best describes your pain at its LEAST in the past 24 hours.

| 0 | 1 | 2 | (3) | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| No pain | | | | | | | | | | Pain as bad as you can imagine |

MS_000013

5) Please rate your pain by circling the one number that best describes your pain on the AVERAGE.

| 0 | 1 | 2 | 3 | (4) | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| No pain | | | | | | | | | | Pain as bad as you can imagine |

6) Please rate your pain by circling the one number that tells how much pain you have RIGHT NOW.

| 0 | 1 | 2 | 3 | 4 | 5 | (6) | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| No pain | | | | | | | | | | Pain as bad as you can imagine |

7) What treatments or medications are you receiving for your pain?

*Neurontin 400mg QID / 2 qHS / 1 qHS BiD PRN*
*OC IR roxycotin 30mg x 4 / zaniflex noritriptyn / Diflecan c Zantac*

8) In the past 24 hours, how much relief have pain treatments or medications provided? Please circle the one percentage that most shows how much RELIEF you have received.

| 0% | 10% | 20% | 30% | 40% | 50% | 60% | 70% | 80% | (90%) | 100% |
|---|---|---|---|---|---|---|---|---|---|---|
| No relief | | | | | | | | | | Complete relief |

9) Circle the one number that describes how, during the past 24 hours, pain has interfered with your:

A. General activity:

| 0 | 1 | 2 | 3 | (4) | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Does not interfere | | | | | | | | | | Completely interferes |

B. Mood:

| 0 | 1 | 2 | 3 | (4) | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Does not interfere | | | | | | | | | | Completely interferes |

C. Walking ability:

| 0 | 1 | 2 | 3 | (4) | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Does not interfere | | | | | | | | | | Completely interferes |

## Review of Systems

**Mark the following symptoms that you currently suffer from:** *increased ... 50 MGR*

**Constitutional:**
- [x] Chills
- [ ] Night Sweats
- [ ] Insomnia
- [ ] Unexplained Weight Gain
- [ ] Unexplained Weight Loss
- [x] Difficulty sleeping
- [x] Fatigue
- [x] Low sex drive
- [ ] Easy bruising
- [ ] Fevers
- [ ] Tremors
- [ ] Weakness

**Eyes:** Ø
- [ ] Recent Visual changes

**Ears/Nose/Throat/Neck:** Ø
- [ ] Dental Problems
- [ ] Nosebleeds
- [ ] Earaches
- [ ] Sinus problems
- [ ] Hearing Problems

**Cardiovascular:** Ø
- [ ] Chest Pain
- [ ] Fainting
- [ ] Shortness of breath during sleep
- [ ] Bleeding Disorder
- [ ] Palpitations
- [ ] Blood Clots
- [ ] Swelling in feet

*↑ ppd.*

**Respiratory:** Ø
- [ ] Cough
- [ ] Wheezing
- [ ] Shortness of breath

*daily BM's, well-controlled c̄ Zantac.*

**Gastrointestinal:**
- [ ] Constipation
- [ ] Diarrhea
- [ ] Acid Reflux
- [ ] Nausea/Vomiting
- [ ] Abdominal Cramps
- [ ] Hernia

**Musculoskeletal:**
- [x] Back Pain
- [ ] Joint Swelling
- [x] Joint Pains
- [x] muscle spasms
- [x] Joint Stiffness
- [ ] Neck Pain

*med-control of pain c̄ current Rx.*

**Genitourinary/Nephrology:** Ø
- [ ] Flank Pain
- [ ] Decreased Urine Flow/Frequency/Volume
- [ ] Blood in Urine
- [ ] Painful Urination

**Neurological:**
- [ ] Dizziness
- [x] Numbness/Tingling
- [ ] Headaches
- [ ] Tremors
- [ ] Seizures

*well controlled c̄ neurontin -*

**Psychiatric:**
- [ ] Depressed Mood
- [ ] Suicidal Thoughts
- [ ] Thoughts of Harming Others
- [ ] Feeling Anxious
- [ ] Suicidal Planning
- [ ] Stress Problems

[x] All other review of systems negative        [x] Reviewer _____ 4-25-16

D.   Normal work (includes both work outside the home and housework):

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Does not interfere | | | | | | | | | | Completely interferes |

E.   Relations with other people:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Does not interfere | | | | | | | | | | Completely interferes |

F.   Sleep:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Does not interfere | | | | | | | | | | Completely interferes |

G.   Enjoyment of life:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Does not interfere | | | | | | | | | | Completely interferes |

Reference: Brief Pain Inventory. Charles Cleeland, PhD. Pain Research Group. Copyright 1991. Used with permission.

*Pt takes & tol. Rx well ⌷ issue.*
*She indicates better/longer control of*
*pain c̄ OPANA -*

*A/P: G89.21, G89.4 : Cont. this amt as written*
*d/t cont'd pharmacy supply*
*wholesaler issues.*
*(RO. 425-16*

A7012-AS-8

# Brief Pain Inventory (Short Form)

Study ID# _____   Hospital# *10-14-80*
*Do not write above this line*   *606-354-9640*

Date: 3-24-16   Time: 12:30
Name: _____Smith_____   Michelle_____
              Last                          First                       Middle Initial

1) Throughout our lives, most of us have had pain from time to time (such as minor headaches, sprains, and toothaches). Have you had pain other than these everyday kinds of pain today?

                1. Yes                        2. No

2) On the diagram, shade in the areas where you feel pain. Put an X on the area that hurts the most.



3) Please rate your pain by circling the one number that best describes your pain at its WORST in the past 24 hours.

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| No pain | | | | | | | | | | Pain as bad as you can imagine |

4) Please rate your pain by circling the one number that best describes your pain at its LEAST in the past 24 hours.

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| No pain | | | | | | | | | | Pain as bad as you can imagine |

MS_000017

5) Please rate your pain by circling the one number that best describes your pain on the AVERAGE.

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| No pain | | | | | | | | | | Pain as bad as you can imagine |

*ε RX*

6) Please rate your pain by circling the one number that tells how much pain you have RIGHT NOW.

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| No pain | | | | | | | | | | Pain as bad as you can imagine |

*Diclofenac BiD, Zantac BiD*
*BiD          OCIR#30 PRN SBP   (stopped watruptly)*

7) What treatments or medications are you receiving for your pain?
*Oxymorphone 30mg / roxycotin· 10mg / Neurotonin- 400mg / Zanaflex 4mg*
*TiD                    BiD*

8) In the past 24 hours, how much relief have pain treatments or medications provided? Please circle the one percentage that most shows how much RELIEF you have received.

| 0% | 10% | 20% | 30% | 40% | 50% | 60% | 70% | 80% | 90% | 100% |
|----|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|
| No relief | | | | | | | | | | Complete relief |

*ε RX*

9) Circle the one number that describes how, during the past 24 hours, pain has interfered with your:
A. General activity:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| Does not interfere | | | | | | | | | | Completely interferes |

B. Mood:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| Does not interfere | | | | | | | | | | Completely interferes |

C. Walking ability:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| Does not interfere | | | | | | | | | | Completely interferes |

MS_000018

D.  Normal work (includes both work outside the home and housework):

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Does not interfere | | | | | | | | | | Completely interferes |

E.  Relations with other people:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Does not interfere | | | | | | | | | | Completely interferes |

F.  Sleep: ~4° sleep/night , 2-3 awakenings/night dt pain.

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Does not interfere | | | | | | | | | | Completely interferes |

G.  Enjoyment of life:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Does not interfere | | | | | | | | | | Completely interferes |

Reference: Brief Pain Inventory. Charles Cleeland, PhD. Pain Research Group. Copyright 1991. Used with permission.

Pt takes & tol. Rx well c̄ issue. Reports
cont'd difficulty controlling pain in mid-day
while working 12° shifts 5days/wk as Hospital
kitchen Supervisor. Her pharmacy will be out of
opana until 4/15/16 per pharmacist I spoke with.

A/P: G89.21: Δ to OCIR 30mg QiD for this month
      only until pharmacy is re-stocked.
    - ↑Neurontin 400mg QiD to better control
      N/T in legs. Rx c̄ refills called to
      CVS South Williamson KY.

                          J.D.O.
                          3-24-16

A7012-AS-8

MS_000019

## Review of Systems

**Mark the following symptoms that you currently suffer from:**   *improved somewhat c̄ Rx.*

**Constitutional:**
- ☐ Chills
- ☑ Difficulty sleeping
- ☐ Easy bruising
- ☐ Night Sweats
- ☐ Fatigue
- ☐ Fevers
- ☑ Insomnia
- ☐ Low sex drive
- ☐ Tremors
- ☐ Unexplained Weight Gain
- ☐ Weakness
- ☐ Unexplained Weight Loss

**Eyes:** ⊘
- ☐ Recent Visual changes   *none*

**Ears/Nose/Throat/Neck:** ⊘
- ☐ Dental Problems
- ☐ Earaches
- ☐ Hearing Problems
- ☐ Nosebleeds
- ☐ Sinus problems

**Cardiovascular:** ⊘
- ☐ Chest Pain
- ☐ Bleeding Disorder
- ☐ Blood Clots
- ☐ Fainting
- ☐ Palpitations
- ☐ Swelling in feet
- ☐ Shortness of breath during sleep

**Respiratory:** ⊘
- ☐ Cough
- ☐ Wheezing
- ☐ Shortness of breath

*well-controlled c̄ Zantac B.D.*

**Gastrointestinal:**
- ☐ Constipation
- ☐ Acid Reflux
- ☐ Abdominal Cramps
- ☐ Diarrhea
- ☐ Nausea/Vomiting
- ☐ Hernia

**Musculoskeletal:**
- ☑ Back Pain
- ☑ Joint Pains   *improved c̄*
- ☑ Joint Stiffness
- ☐ Joint Swelling
- ☑ muscle spasms   *Zanaflex.*
- ☐ Neck Pain

*— mod-control c̄ current Rx.*

**Genitourinary/Nephrology:** ⊘
- ☐ Flank Pain
- ☐ Blood in Urine
- ☐ Painful Urination
- ☐ Decreased Urine Flow/Frequency/Volume

**Neurological:**
- ☐ Dizziness
- ☐ Headaches
- ☐ Tremors
- ☑ Numbness/Tingling   *legs - mod-control c̄ Neurontin.*
- ☐ Seizures

**Psychiatric:**
- ☐ Depressed Mood
- ☐ Feeling Anxious
- ☐ Stress Problems
- ☐ Suicidal Thoughts
- ☐ Suicidal Planning
- ☐ Thoughts of Harming Others

☑ All other review of systems negative          ☑ Reviewer   *J.D.O. 3·24·16*

MS_000020

Dr. Smithers
_____
Doctor
445 Commonwealth Blvd East
_____
Address
Ste A, Martinsville, VA 24112
_____
Address
276-226-2282
_____
Phone

# MEDICAL EXCUSE NOTE

Date  3-24-16

This certifies that  Michelle Smith

has been/will be seen in this office for professional medical attention:

Date  3-24-16

Time  1430

We urge employers and schools to consider this an excused absence.

Notes:

Signature

MS_000021

FOR HEALTHCARE / MEDICAL INDUSTRY PURPOSES ONLY

MICHELLE SMITH - 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 - 10/14/1980 - People

**MICHELLE SMITH, 35 Years Old (West Virginia, Kentucky, North Carolina)**

MICHELLE SMITH (12/01/2001 to 08/06/2015)

SSN: **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**
Issued: KENTUCKY 1983

**Date of Birth**
DOB: **10/14/1980**
Age: 35

**Possible Relatives**
None found

**Indicators**
Bankruptcies: **None Found**
Liens: **None Found**
Judgments: **None Found**
Utilities: **1 Found**

**Cities**
Pinsonfork, KY (11/15/2009 to 07/2015)
Hickory, NC (01/2002 to 06/2002)
Rawl, WV (10/01/2001 to 08/06/2015)

**Possible Other Phones**
**(606) 353-9640** (ET) (LandLine)(100%)
**(606) 353-1096** (ET)(66%)
**(606) 353-4797** (ET) (LandLine)(66%)
**(606) 353-5347** (ET)(66%)
**(606) 625-1952** (ET) (Mobile)(66%)
**(304) 235-0168** (ET)(3%)

**Counties**
Pike County, KY (11/15/2009 to 07/2015)
Burke County, NC (01/2002 to 06/2002)
Mingo County, WV (10/01/2001 to 08/06/2015)

**Possible Emails**
hbmah@aol.com
hbmah@bellsouth.net

**Address History (3)**

294 RUNYON BRANCH RD, PINSONFORK, KY 41555-7402 (PIKE COUNTY) (11/15/2009 to Present)
　　1 Current Private Phone
　　Possible Subject's Phone
　　**(606) 353-9640**(ET) - SMITH, MICHALLE

PO BOX 102, RAWL, WV 25691-0102 (MINGO COUNTY) (10/01/2001 to 11/06/2015)

9304 COSTNER RD, HICKORY, NC 28602-8666 (BURKE COUNTY) (01/2002 to 06/2002)
　　1 Current Private Phone
　　Current Private Phone at address
　　**(828) 397-3178**(ET) - KELLER, RUBY



MS_000022



**Department of Health Professions**

*Phone:(804)367-4566 Email:pmp@dhp.virginia.gov Fax:(804)527-4470*

### *Patient RX History Report*

This report may contain another person's controlled substance information. Please review the "Patients that Match Search Criteria" section located below to ensure all prescriptions belong to the requested individual.

Original Search Criteria Modified
**Search Criteria:**(( Last Name Begins 'smith' AND First Name Contains 'Michelle') AND ( D.O.B = '10/14/1980' AND Street = '1016 vinson st')) AND Request Period = '11/30/2014' To '11/30/2015'

<u>Patients that match search criteria</u>

| Pt ID | Name | DOB | Address |
|-------|------|-----|---------|
| | | | No results found from [38] for your patient search |
| | | | No results found from [IN] for your patient search |
| | | | No results found from [KY] for your patient search |
| | | | No results found from [OH] for your patient search |
| | | | No results found from [SC] for your patient search |
| | | | No results found from [TN] for your patient search |
| | | | No results found from [WV] for your patient search |

*(signature)*

$\int$ IP.O.
11·30·15

Disclaimer: The Commonwealth of Virginia does not warrant the above information to be accurate or complete. The Report is based on the search criteria entered and the data entered by the dispensing pharmacy. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

MS_000023



CABINET FOR HEALTH AND FAMILY SERVICES
Commonwealth of Kentucky
275 East Main Street
Frankfort, KY 40621-0001
**Drug Enforcement Branch - KASPER**
*Patient Controlled Substance Report*
Between 11/28/2014 and 11/28/2015

**Requestor Name :**   MEHTA SANJAY
**Request # :**   22153056

**Patient Name:**   Smith, Michelle

**SSN:**   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   **DOB:** 10/14/1980

| Date Filed | Drug Name | Patient DOB | Qty | Days | Prescriber Name | Prescriber DEA City | Pharmacy Name | Pharmacy City | Rpt To | Pat ID |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

No records were found for the date range or information provided. If you feel this is in error you may wish to take one or more of the following action(s):

**(1) Request the report again, providing more specific criteria (SSN, DOB, Alias or Additional Address) and/or expanding the date range beyond the requested time period.**

**(2) Contact the Drug Enforcement and Professional Practices Branch for additional information at (502) 564-7985.**

*The information in this report is based upon Schedule II through V controlled substance records reported by dispensers. Data should appear on KASPER reports within two to three business days after dispensing.
*The records listed in the report are based on the patient identification information entered by the report requestor, and if not sufficiently unique may result in the report including records for multiple patients. Please verify the information in the report by contacting the prescribers and/or dispensers listed.
*If the controlled substance records on this report appear to be in error, the patient or provider should contact the dispenser to determine if the information was reported accurately. If the dispenser certifies the information was reported accurately, the dispenser can contact the Drug Enforcement and Professional Practices Branch at 502-564-7985 to investigate the error.
*The information in this report is intended for informational use only by the person authorized to request the report. Intentional disclosure of the report or data to someone not authorized to obtain the data is a Class B Misdemeanor.

11/30/2015   **Report Restrictions – A practitioner or pharmacist may share the report with the patient or person authorized to act on the patient's behalf and place the report in the patient's medical record, with the report then being deemed a medical record subject to the same disclosure terms and conditions as an ordinary medical record. (KRS 218A.202)**   Page 1 of 1

MS_000024

Script of 7
48020151130212026187
November 30, 2015

Patient:   Smith, Michelle   10-14-80   Age: 35
Address:

Rx: 719.40.

Provider:   Joel Smithers, DO
Address:   445 Commonwealth Blvd E Ste A
           Martinsville, VA 24112
Phone:     (276)226-2282
DEA#: FS4850459          NPI: 1659639631

℞   Diclofenac Sodium
    Oral Tablet Delayed Release
    75 Milligram
    1 TABLET TWICE DAILY AS NEEDED FOR PAIN
    WITH FOOD, WATER, & ZANTAC

Dispense Amount: 60 (Sixty) Tablets

Subs Permitted:      Yes

Refill:              3 (Three) times

*Pharmacist: Please dispense appropriate size/amounts.*

Joel Smithers, DO
State ID:   WV2913 VA0102204264

MS_000025

Script of 7

4802015113021202631b
November 30, 2015

Patient:   Smith, Michelle                          Age: 35
Address:

Provider:   Joel Smithers, DO
Address:   445 Commonwealth Blvd E Ste A
           Martinsville, VA 24112
Phone:   (276)226-2282
DEA#:   FS4850459          NPI: 1659639631

℞   Ranitidine HCl
    Oral Tablet
    150 Milligram
    1 TABLET TWICE DAILY PRN HEARTBURN,
    REFLUX
Dispense Amount:  60 (Sixty) Tablets
Subs Permitted:    Yes
Refill:            6 (Six)  times
*Pharmacist: Please dispense appropriate size/amounts.*

Joel Smithers, DO
State ID:   WV2913 VA0102204264

MS_000026

Script of 7
48020151130212026437
November 30. 2015

**Patient:** Smith, Michelle                          Age: 35

**Address:**

Dr. 728.95.

**Provider:** Joel Smithers, DO

**Address:** 445 Commonwealth Blvd E Ste A
Martinsville, VA 24112

**Phone:** (276)226-2282

**DEA#:** FS4850459          **NPI:** 1659639631

℞  Zanaflex
Oral Tablet
4 Milligram
**1-2 TABLETS AT BEDTIME AS NEEDED FOR
SPASMS/PAIN**

**Dispense Amount:** 60 (Sixty) Tablets

**Subs Permitted:** Yes

**Refill:** 6 (Six)  times

*Pharmacist: Please dispense appropriate size/amounts.*

Joel Smithers, DO
**State ID:** WV2913 VA0102204264

MS_000027

Script of 7
48020151130212026578
November 30, 2015

**Patient:**   Smith, Michelle                                  Age: 35

**Address:**

Dx. 729.2, 724.4.

**Provider:**   Joel Smithers, DO

**Address:**   445 Commonwealth Blvd E Ste A
Martinsville, VA 24112

**Phone:**   (276)226-2282

**DEA#:** FS4850459         **NPi:** 1659639631

℞  Neurontin
Oral Capsule
100 Milligram
**1 CAPSULE 4 TIMES DAILY FOR 30 DAYS**

**Dispense Amount:** 120 (One hundred twenty)

**Subs Permitted:**   Yes

**Refill:**            3 (Three)  times

*Pharmacist: Please dispense appropriate size/amounts.*

Joel Smithers, DO
**State ID:**   WV2913 VA0102284264

MS_000028

Script of 7
4802015113021202698
November 30, 2015

Patient:    Smith, Michelle                     Age: 35
Address:

Provider:   Joel Smithers, DO
Address:    445 Commonwealth Blvd E Ste A
            Martinsville, VA 24112
Phone:      (276)226-2282
DEA#: FS4850459              NPI: 1659639631

R  Nortriptyline HCl
    Oral Capsule
    25 Milligram
        1 CAPSULE AT BEDTIME.

Dispense Amount:  60 (Sixty) Capsules
Subs Permitted:   Yes
Refill:           6 (Six)  times
  *Pharmacist: Please dispense appropriate size/amounts.*

Joel Smithers, DO
State ID:   WV2913 VA0102204264

MS_000029

Script of 7
480201511302120 26809
November 30, 2015

Patient: Smith, Michelle

Address:                                    Age: 35

*Dx: 338.21 719.45 724.2 724.1, 729.5* (handwritten)

Provider: Joel Smithers, DO
Address: 445 Commonwealth Blvd E Ste A
Martinsville, VA 24112
Phone: (276)226-2282
DEA#: FS4850459          NPI: 1659639631

℞   Morphine Sulfate CR
Oral Tablet Extended Release 12 Hour
15 Milligram
1 TABLET EVERY 12 HOURS FOR 30 DAYS

Dispense Amount: 60 (Sixty) Tablets

Subs Permitted:   Yes

Refill:           0 (Zero) times

Pharmacist: Please dispense appropriate size/amounts.

Joel Smithers, DO
State ID:   WV2913 VA0102204264

Scrip □ of 7
4802015113021202696 5
November 30, 2015

**Patient:** Smith, Michelle

Age: 35

**Address:**

Dx: as per Rd 6oR2, /RQ

**Provider:** Joel Smithers, DO                     11-30-15

**Address:** 445 Commonwealth Blvd E Ste A
Martinsville, VA 24112

**Phone:** (276)226-2282

**DEA#:** FS4850459          **NPI:** 1659639631

℞   OxyCODONE HCl

Oral Tablet

10 Milligram

1/2-1 TABLET EVERY 4 TO 6 HOURS AS NEEDED
FOR BREAKTHROUGH PAIN

**Dispense Amount:** 30 (Thirty) Tablets

**Subs Permitted:** Yes

**Refill:** 0 (Zero) times

*Pharmacist: Please dispense appropriate size/amounts.*

Joel Smithers, DO

State ID:   WV2913 VA0102204264

MS_000031

# Form 1.1 Initial Pain Assessment Tool

Patient's Name _Michelle Smith_   10-14-80   Age _35_   Date _11-30-15_   Room _1_

Diagnosis _339.21, 719.45, 724.2,_   Physician _Jones_

_724.4, 724.1, 729.2, 729.5, 728.85_ Nurse _____

155.8 #'s, 122/86, HR65, 99%SpO2

1. LOCATION: Patient or nurse mark drawing.

Right   Left   Right   Left   Left   Right   Right   Left

#5   #3   #2   #1   #4

R   L   L   R

Left   Right

Right   Left   Left   Right

2. INTENSITY: Patient rates the pain. Scale used _0-10_

Present pain: _8_   Worst pain gets: _9-10_   Best pain gets: _3-4 am._   Acceptable level of pain: _5_

3. IS THIS PAIN CONSTANT? ____ YES; _X_ NO IF NOT, HOW OFTEN DOES IT OCCUR? _Intensity is variable but pain is always there._

4. QUALITY: (For example: ache, deep, sharp, hot, cold, like sensitive skin, sharp, itchy) _____

5. ONSET, DURATION, VARIATIONS, RHYTHMS: _____

6. MANNER OF EXPRESSING PAIN: _____

7. WHAT RELIEVES PAIN? _____

8. WHAT CAUSES OR INCREASES THE PAIN? _____

9. EFFECTS OF PAIN: (Note decreased function, decreased quality of life.)

Accompanying symptoms (e.g., nausea)

Sleep _4-5 awakenings/night d/t pain._

Appetite _____

Physical activity _____

Relationship with others (e.g., irritability) _____

Emotions (e.g., anger, suicidal, crying) _____

Concentration _____

Other _Liver or Kidney Dz ⊖OSA ⊖COPD._

10. OTHER COMMENTS: _Tubal in 2008_

11. PLAN: _____

May be duplicated for use in clinical practice. Copyright Pasero C, McCaffery M, 2008. As appears in Pasero C, McCaffery M. *Pain: Assessment and pharmacologic management*, 2011, Mosby, Inc. Used with permission.

MS_000032

# Checklist for Long-Term Opioid Therapy

**Patient name:**_____

| Workup | Date | Outcome |
|---|---|---|
| Complete medical history | | |
| Complete physical examination | | |
| Assessment of the pain | | |
| Assessment of pain on physical and psychological function | | |
| Assessment of history of substance abuse | | |
| Assessment of Coexisting diseases or conditions | | |
| Documentation on the presence of recognized medical indication for the use of a controlled substance | | |
| Establish goals of opioid treatment | | |
| Risks and benefits communicated | | |
| Written consent or pain agreement (optional, if high risk or history of substance abuse) | | |
| Periodic review of goals | | |
| Monitor compliance | | |
| Consultation as necessary for additional evaluation and treatment | | |
| Accurate and complete records to include medical history, physical examinations, evaluations, consultations, treatment plan objectives, informed consent treatments, medications, rationale for changes in treatment plan, agreements with patient, and periodic reviews of the treatment plan | | |

Reference: Medical Board of California. Department of Consumer Affairs. Guidelines for prescribing controlled substances for pain (2007). http://www.mbc.ca.gov/Licensees/Prescribing/Pain_Guidelines.aspx. Accessed May 2014

C7012-AF-1W

MS_000033

# Smithers Community Healthcare, PC
## *New Patient* Intake Form for pain management

Your completed intake paperwork helps your physician and other providers get to know you and your medical history better. We rely on its accuracy and completeness to provide you with the best possible care. Please inquire at our front desk or call (844) 373-7883 if you have any question on how to complete any section on this form.

### Patient Information

Today's date: 11-30-15

Your name: Michelle Smith       Date of Birth: 10-14-1980       Age: 35

Referring Physician: _____       Primary Care Physician: Dr Soma

### Pain History

Chief Complaint (Reason for your visit today)? Chronic pain lower back/hip

Does this pain radiate? If so where? left leg

Please list any additional areas of pain: _____

Use this diagram to indicate the area of your pain. Mark the location with an "X"



### Onset of Symptoms

Approximately when did this pain begin? April 2015

What caused your current pain episode? Car wreck : MVA caused Fx to (L) forearm (radius) & severely

How did your current pain episode begin? ☐ Gradually  ☒ Suddenly

Since your pain began how has it changed? ☐ Improved  ☒ Worsened  ☐ Stayed the same

Sprained mid-LB & (L) hip ē pain radiating into (L) leg, thigh.

1 | Page

MS_000034

## Pain Description

**Check all of the following that describe your pain:**

☑ Dull/Aching     ☑ Hot/Burning     ☐ Shooting     ☐ Stabbing/Sharp

☐ Cramping     ☐ Numbness     ☐ Spasming     ☐ Throbbing

☐ Squeezing     ☐ Tingling/Pins and Needles     ☐ Tightness

**When is your pain at its worst?**

☐ Mornings     ☐ Daytime     ☐ Evenings     ☐ Middle of the night

☑ Always the same

**How often does the pain occur?**

☐ Constant     ☑ Changes in severity but always present

☐ Intermittent (comes and goes)

**If pain "0" is no pain and "10" is the worst pain you can imagine, how would you rate your pain?**

Right Now_____     The Best It Gets_____     The Worst It Gets_____

## Mark the effect each of the following have on your pain level - ☑

| | Increases | Decreases | No Change |
|---|---|---|---|
| Bending Backward | ☐ | ☐ | ☑ |
| Bending Forward | ☑ | ☐ | ☐ |
| Changes in Weather | ☑ | ☐ | ☐ |
| Climbing Stairs | ☑ | ☐ | ☐ |
| Coughing/Sneezing | ☐ | ☐ | ☑ |
| Driving | ☑ | ☐ | ☐ |
| Lifting Objects | ☑ | ☐ | ☐ |
| Looking upward | ☑ | ☐ | ☐ |
| Looking downward | ☐ | ☐ | ☑ |
| Rising from seated position | ☑ | ☐ | ☐ |
| Sitting | ☑ | ☐ | ☐ |
| Standing | ☑ | ☐ | ☐ |
| Walking | ☑ | ☐ | ☐ |

What other factors worsen or affect your pain which is not mentioned above?

_____

_____

2 | P a g e

MS_000035

## Associated Symptoms

| | NO | Yes | Comments |
|---|---|---|---|
| Numbness/Tingling | ☐ | ☑ | Where? hip / thigh |
| Weakness in the arm/leg | ☑ | ☐ | |
| Balance Problems | ☑ | ☐ | |
| Bladder Incontinence | ☑ | ☐ | |
| Bowel Incontinence | ☑ | ☐ | |
| Joint Swelling/Stiffness | ☐ | ☑ | |
| Fevers/chills | ☑ | ☐ | |

## Please mark all of the following treatments you have used for pain relief ☑

| | No Change | Worsened Pain | Helped Pain |
|---|---|---|---|
| Spine Surgery | ☐ | ☐ | ☐ |
| Physical Therapy | ☑ | ☐ | ☐ |
| Chiropractic Care | ☐ | ☐ | ☐ |
| Psychological Therapy | ☐ | ☐ | ☐ |
| Brace Support | ☐ | ☐ | ☐ |
| Acupuncture | ☐ | ☐ | ☐ |
| Hot/Cold Packs | ☑ | ☐ | ☐ |
| Massage Therapy | ☐ | ☐ | ☐ |
| Medications | ☐ | ☐ | ☐ |
| TENS Unit | ☐ | ☐ | ☐ |

Other _____

## Interventional Pain Treatment History

☐ Epidural Steroid Injection – (circle all levels that apply) Cervical/Thoracic/Lumbar

☐ Joint Injection – Joint(s) _____

☐ Medial Branch Blocks/Facet Injections - (circle levels) Cervical/Thoracic/Lumbar

☐ MILD (Minimally Invasive Lumbar Decompression) - _____

☐ Nerve Blocks – Area/Nerve(s) - _____

☐ Radiofrequency Nerve Ablation – (circle levels) – Cervical/Thoracic/Lumbar

☐ Spinal Cord Stimulator – Trial Only/Permanent Implant _____

☐ Trigger Point Injections – Where? _____

☐ Vertebroplasty/Kyphoplasty – Level(s) _____

☐ Other - _____

Which of these procedures listed above have helped with your pain? _____

_____

3 | P a g e

MS_000036

## Diagnostic Tests and Imaging

**Mark all of the following tests that you have related to your current pain complaints:**

☑ MRI of the: ___ *LB & Lip* ___ Date: *Apr 2015*

☑ X-Ray of the: _____ Date: *Apr. 2015*

☐ CT Scan of the: _____ Date: _____

☐ EMG/NCV study of the: _____ Date: _____

☐ Other Diagnostic Testing: _____ Date: _____

☐ I have not had ANY diagnostic tests for my current pain complaint

**Mark the following physicians or specialists you have consulted for your current pain problem(s):**

☐ Acupuncturist        ☐ Neurosurgeon         ☐ Psychiatrist/Psychologist

☐ Chiropractor         ☑ Orthopedic Surgeon   ☐ Rheumatologist

☐ Internist            ☑ Physical Therapist   ☐ Neurologist

☐ Other _____

MS_000037

## Past Medical History

**Please list the names of other Pain Physicians you have seen in the past?** *none –*

**Mark the following conditions/diseases that you have been treated for in the past:**

**General Medical**
☐ Cancer – Type _____
☐ Diabetes – Type_____

**Cardiovascular/Hematologic**
☐ Anemia
☐ Heart Attack
☐ Coronary Artery Disease
☐ High Blood Pressure
☐ Peripheral Vascular Disease
☐ Stoke/TIA
☐ Heart Valve Disorders

**Gastrointestinal**
☐ GERD (Acid Reflux)
☐ Gastrointestinal Bleeding
☐ Stomach Ulcers
☐ Constipation

**Urological**
☐ Chronic Kidney Disease
☐ Kidney Stones
☐ Urinary Incontinence
☐ Dialysis

**Neuropsychological**
☐ Multiple Sclerosis
☐ Peripheral Neuropathy
☐ Seizures
☐ Depression
☐ Anxiety
☐ Schizophrenia
☐ Bipolar Disorder

**Head/Ears/Eyes/Nose/Throat**
☐ Headaches
☐ Migraines
☐ Head Injury
☐ Hyperthyroidism
☐ Hypothyroidism
☐ Glaucoma

**Respiratory**
☐ Asthma
☐ Bronchitis/Pneumonia
☐ Emphysema/COPD

**Musculoskeletal/Rheumatologic**
☐ Bursitis
☐ Carpal Tunnel Syndrome
☐ Fibromyalgia
☐ Osteoarthritis
☐ Osteoporosis
☐ Rheumatoid Arthritis
☑ Chronic Joint Pains

**Other Diagnosed Conditions**
☑ *CLBP & rad.-*
☐ _____
☐ _____
☐ _____
☐ _____

MS_000038

## Past Surgical History

Please list any surgical procedures you have had done in the past including date:

1) ~~right arm~~ left Arm fracture          Date? Apr. 2015
2) _____ Tubal ligation _____          Date? 6/2008
3) _____          Date? _____
4) _____          Date? _____
5) _____          Date? _____

☐ I have **NEVER** had any surgical procedures performed.

## Current Medications

Are you currently taking any blood thinners or anti-coagulants?          ☐ YES          ☑ No

If **YES**, which ones? ☐ Aspirin          ☐ Plavix          ☐ Coumadin          ☐ Lovenox          ☐ Other _____

Please list all medications you are currently taking including vitamins. Attach additional sheet if required:

| Medication Name | Dose | Frequency |
|---|---|---|
| 1) Advil Ø | OTC | 4 tabs/day |
| 2) Aleve | OTC | 4 tabs/day |
| 3) ASA | 325mg | 4 tabs/day |
| 4) Tylenol ES | OTC | PRN (1-2/day) |
| 5) | | |
| 6) | | |
| 7) | | |
| 8) | | |
| 9) (off all opiates for 2-3 mo's) | | |
| 10) | | |

Please list all past pain medications that you have been on at any point for your current pain complaints?

| Medication Name | Dose | Frequency |
|---|---|---|
| 1) Neurontin | 900mg | BiD |
| 2) Narco → | 7.5mg/325mg | TiD |
| 3) Lortab | | |
| 4) Percocet | 10/325mg | QiD |
| 5) OC | 15→20mg | BiD |

MS_000039

## Allergies

**Do you have any drug/medication allergies?**  ☐ Yes   ☑ No

**If so, please list all medications you are allergic to:**

Medication Name                                         Allergic Reaction

1) _____    _____
2) _____    _____
3) _____    _____
4) _____    _____
5) _____    _____

Topical Allergies:   ☐ Latex   ☐ Iodine   ☐ Tape   ☐ IV Contrast

## Family History

**Mark all appropriate diagnoses as they pertain to your first degree relatives:**

☐ Arthritis          ☒ Cancer – Brain (M.)     ☐ Diabetes
☐ Headaches/Migraines   ☐ High Blood Pressure   ☐ Kidney Problems
☐ Liver Problems     ☐ Osteoporosis            ☐ Rheumatoid arthritis
☐ Seizures           ☐ Stroke
☐ Other Medical Problems: _____
☐ I have no significant family medical history

## Social History

Occupation: Food Prod. Coord.   When was the last time you worked? currently working
Who is in your current household? three children + myself
Are there any stairs in your current home? no   If so how many? _____

☐ Temporary Disability   ☐ Permanent Disability   ☐ Retired   ☐ Unemployed

Are you currently under worker's compensation?   ☒ No   ☐ Yes
Is there an ongoing lawsuit related to your visit today?   ☒ No   ☐ Yes

**Alcohol Use:**
☐ Social Use   ☐ History of alcoholism   ☐ Current alcoholism   ☒ Never
☐ Daily use of alcohol

**Tobacco Use:**
☑ Current user   ☐ Former user   ☐ Never used
☐ Packs per day? 1   ☐ How many years? _____   ☐ Quit Date: _____

**Illegal Drug Use:**
☑ Denies any illegal drug use   ☐ Currently uses illegal drugs
☐ Formerly used illegal drugs (not currently using)
Have you ever abused narcotic or prescription medications?   ☐ Yes   ☑ No

MS_000040

## Review of Systems

**Mark the following symptoms that you currently suffer from:**

**Constitutional:**
- ☐ Chills
- ☑ Difficulty sleeping
- ☐ Easy bruising
- ☐ Night Sweats
- ☑ Fatigue
- ☐ Fevers
- ☐ Insomnia
- ☐ Low sex drive
- ☐ Tremors
- ☐ Unexplained Weight Gain
- ☐ Weakness
- ☐ Unexplained Weight Loss

**Eyes:**
- ☐ Recent Visual changes

**Ears/Nose/Throat/Neck:**
- ☐ Dental Problems
- ☐ Earaches
- ☐ Hearing Problems
- ☐ Nosebleeds
- ☐ Sinus problems

**Cardiovascular:**
- ☐ Chest Pain
- ☐ Bleeding Disorder
- ☐ Blood Clots
- ☐ Fainting
- ☐ Palpitations
- ☐ Swelling in feet
- ☐ Shortness of breath during sleep

**Respiratory:**
- ☐ Cough
- ☐ Wheezing
- ☐ Shortness of breath

**Gastrointestinal:**
- ☐ Constipation
- ☐ Acid Reflux
- ☐ Abdominal Cramps
- ☐ Diarrhea
- ☐ Nausea/Vomiting
- ☐ Hernia

**Musculoskeletal:**
- ☑ Back Pain
- ☑ Joint Pains  *Chir*
- ☐ Joint Stiffness
- ☐ Joint Swelling
- ☑ muscle spasms  *LL LB*
- ☐ Neck Pain

**Genitourinary/Nephrology:**
- ☐ Flank Pain
- ☐ Blood in Urine
- ☐ Painful Urination
- ☐ Decreased Urine Flow/Frequency/Volume

**Neurological:**
- ☐ Dizziness
- ☐ Headaches  *occ:*
- ☐ Tremors
- ☑ Numbness/Tingling  *Vmk. Chy & leg.*
- ☐ Seizures

**Psychiatric:**
- ☐ Depressed Mood
- ☐ Feeling Anxious
- ☐ Stress Problems
- ☐ Suicidal Thoughts
- ☐ Suicidal Planning
- ☐ Thoughts of Harming Others

☑ All other review of systems negative

☑ Reviewer _JLpro._ *1·30·18*

MS_000041

**SOAPP®-R**

The following are some questions given to patients who are on or being considered for medication for their pain. Please answer each question as honestly as possible. There are no right or wrong answers.

| | Never | Seldom | Sometimes | Often | Very Often |
|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 |
| 1. How often do you have mood swings? | ○ | ○ | ○ | ○ | ○ |
| 2. How often have you felt a need for higher doses of medication to treat your pain? | ○ | ○ | ○ | ○ | ○ |
| 3. How often have you felt impatient with your doctors? | ○ | ○ | ○ | ○ | ○ |
| 4. How often have you felt that things are just too overwhelming that you can't handle them? | ○ | ○ | ○ | ○ | ○ |
| 5. How often is there tension in the home? | ○ | ○ | ○ | ○ | ○ |
| 6. How often have you counted pain pills to see how many are remaining? | ○ | ○ | ○ | ○ | ○ |
| 7. How often have you been concerned that people will judge you for taking pain medication? | ○ | ○ | ○ | ○ | ○ |
| 8. How often do you feel bored? | ○ | ○ | ○ | ○ | ○ |
| 9. How often have you taken more pain medication than you were supposed to? | ○ | ○ | ○ | ○ | ○ |
| 10. How often have you worried about being left alone? | ○ | ○ | ○ | ○ | ○ |
| 11. How often have you felt a craving for medication? | ○ | ○ | ○ | ○ | ○ |
| 12. How often have others expressed concern over your use of medication? | ○ | ○ | ○ | ○ | ○ |

©2009 Inflexxion, Inc.  Permission granted solely for use in published format by individual practitioners in clinical practice. No other uses or alterations are authorized or permitted by copyright holder.  Permissions questions: PainEDU@inflexxion.com. The SOAPP-R was developed with a grant from the National Institutes of Health and an educational grant from Endo Pharmaceuticals.

PainEDU

| | Never | Seldom | Sometimes | Often | Very Often |
|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 |
| 13. How often have any of your close friends had a problem with alcohol or drugs? | ○ | ○ | ○ | ○ | ○ |
| 14. How often have others told you that you had a bad temper? | ○ | ○ | ○ | ○ | ○ |
| 15. How often have you felt consumed by the need to get pain medication? | ○ | ○ | ○ | ○ | ○ |
| 16. How often have you run out of pain medication early? | ○ | ○ | ○ | ○ | ○ |
| 17. How often have others kept you from getting what you deserve? | ○ | ○ | ○ | ○ | ○ |
| 18. How often, in your lifetime, have you had legal problems or been arrested? | ○ | ○ | ○ | ○ | ○ |
| 19. How often have you attended an AA or NA meeting? | ○ | ○ | ○ | ○ | ○ |
| 20. How often have you been in an argument that was so out of control that someone got hurt? | ○ | ○ | ○ | ○ | ○ |
| 21. How often have you been sexually abused? | ○ | ○ | ○ | ○ | ○ |
| 22. How often have others suggested that you have a drug or alcohol problem? | ○ | ○ | ○ | ○ | ○ |
| 23. How often have you had to borrow pain medications from your family or friends? | ○ | ○ | ○ | ○ | ○ |
| 24. How often have you been treated for an alcohol or drug problem? | ○ | ○ | ○ | ○ | ○ |

*Please include any additional information you wish about the above answers. Thank you.*

©2009 Inflexxion, Inc.  Permission granted solely for use in published format by individual practitioners in clinical practice. No other uses or alterations are authorized or permitted by copyright holder.  Permissions questions: PainEDU@inflexxion.com. The SOAPP®-R was developed with a grant from the National Institutes of Health and an educational grant from Endo Pharmaceuticals.



**The Center for Integrative Health**
**at Smithers Community Healthcare, P.C.**
Joel A. Smithers, D.O.
DEA #: FS4850459 • LIC #: 0102204264
NPI #: 1659639631
445 Commonwealth Blvd East, Ste A
Martinsville, VA 24112
Tel: (276) 226-2282 • Fax: (844) 550-7109

Name. _Michelle Smith_ DOB _10-14-80_

Address. _Dr. G, 871 25_ Date. _3-24-16_

℞

_Oxycodone 30mg (IR)_

_Sig: 1-2 tabs q 6-8° PRN, severe_

_pain_ _Disp: #120 (twenty)_

☐ Label

Refill_____times PRN NR

☐ Brand Medically Necessary

☒ Voluntary Formulary Permitted

_J.M.S._

Signature of Prescriber   D.O.

IF NEITHER BOX IS MARKED, A VOLUNTARY FORMULARY PRODUCT MUST BE DISPENSED

FileRx.com 800-307-7717 RxPads.com

Order # 1888089-1

SCRIPT10035

RX_2_VA_H

MS_000044

**The Center for Integrative Health**
**at Smithers Community Healthcare, P.C.**
**Joel A. Smithers, D.O.**
DEA #: FS4850459 • LIC #: 0102204264
NPI #: 1659639631
445 Commonwealth Blvd East, Ste A
Martinsville, VA 24112
Tel: (276) 226-2282 • Fax: (844) 550-7109

Name _____  DOB _____

Address _____  Date _____

℞

☐ Label

Refill _____ times PRN NR

☐ Brand Medically Necessary

☐ Voluntary Formulary Permitted

_____
Signature of Prescriber

D.O.

IF NEITHER BOX IS MARKED, A VOLUNTARY FORMULARY PRODUCT MUST BE DISPENSED

MS_000045

**The Center for Integrative Health**
**at Smithers Community Healthcare, P.C.**

Joel A. Smithers, D.O.
DEA #: FS4850459 • LIC #: 0102204264
NPI #: 1659639631
445 Commonwealth Blvd East, Ste A
Martinsville, VA 24112
Tel: (276) 226-2282 • Fax: (844) 550-7109

*Earliest fill date: 7.24.16*

Name. *Miracle S ...*   DOB *10.11.90*

Address. *DX: 6.89.21*   Date. *7.18.16*

**Rx**

*Oxymorphone ... ER ...*
*7.5 ... #7 ... Dip. #60 (sixty)*

☐ Label

Refill_____times PRN NR

☐ Brand Medically Necessary

☑ Voluntary Formulary Permitted

IF NEITHER BOX IS MARKED, A VOLUNTARY FORMULARY PRODUCT MUST BE DISPENSED

Signature of Prescriber

D.O.

*D.O.*

SCRIPT11625

MS_000046



The Center for Integrative Health
at Smithers Community Healthcare, P.C.
Joel A. Smithers, D.O.
DEA #: FS4850459 • LIC #: 0102204264
NPI #: 1659639631
445 Commonwealth Blvd East, Ste A
Martinsville, VA 24112
Tel: (276) 226-2282 • Fax: (844) 550-7109

Name. _____ DOB _____

Address. _____ Date _____

℞

☐ Label

Refill_____times PRN NR

☐ Brand Medically Necessary

☒ Voluntary Formulary Permitted

_____
Signature of Prescriber                                  D.O.

IF NEITHER BOX IS MARKED, A VOLUNTARY FORMULARY PRODUCT MUST BE DISPENSED

MS_000047

**The Center for Integrative Health**
**Smithers Community Healthcare, P.C.**
Joel A. Smithers, D.O.
DEA #: FS4850459 • LIC #: 0102204264
NPI #: 1659639631
445 Commonwealth Blvd East, Ste A
Martinsville, VA 24112
Tel: (276) 226-2282 • Fax: (844) 550-7109

Name. *[handwritten]* DOB *10/14/80*

Address. *[handwritten]* Date *6·21·16*

℞

☐ Label

Refill_____ times PRN/NR

☐ Brand Medically Necessary

☒ Voluntary Formulary Permitted

_____
Signature of Prescriber                    D.O.

IF NEITHER BOX IS MARKED, A VOLUNTARY FORMULARY PRODUCT MUST BE DISPENSED

MS_000048



**Joel A. Smithers, D.O.**
WV LIC: 2913 · VA LIC: 010220464
DEA: FS4850459 · NPI #: 1659639631
445 Commonwealth Blvd East
Martinsville, VA 24112
Phone: (844) 373-7883 · Fax: (844) 550-7109

Name _Michelle Smith_ DOB _10.14.80_

Address _G-81.21._ Date _1.4.16_

Rx  MS Contin 15mg

Sig: 1 tab q 12°

Disp: #60 (sixty)

- ❏ 1-24
- ❏ 25-49
- ❏ 50-74
- ❏ 75-100
- ❏ 101-150
- ❏ 151 and over

Script # 1370

Refill NR  1  2  3  4  5

D.O.

This prescription may be filled with a generically equivalent drug product unless the words "Brand Medically Necessary" are written, in the practitioner's own handwriting, on this prescription form.

Prescription is void if more than one (1) prescription is written per blank

MS_000049



**Joel A. Smithers, D.O.**
WV LIC: 2913 • VA LIC: 010220464
DEA: FS4850459 • NPI #: 1659639631
445 Commonwealth Blvd East
Martinsville, VA 24112
Phone: (844) 373-7883 • Fax: (844) 550-7109

Name _Michelle Smithey_ DOB _12.14.80_
Address _G 89.21_ Date _1.4.16_

℞ Oxycodone 10mg (IR

☐ 1-24
☑ 25-49
☐ 50-74
☐ 75-100
☐ 101-150
☐ 151 and over

Script # 1369

Si ~~COPY~~ per last Rx:

Disp: # 30 (thirty)

Refill NR 1 2 3 4 5

D.O.

This prescription may be filled with a generically equivalent drug product unless the words "Brand Medically Necessary" are written, in the practitioner's own handwriting, on this prescription form.

Prescription is void if more than one (1) prescription is written per blank

MS_000050



The Center for Integrative Health
at Smithers Community Healthcare, P.C.
Joel A. Smithers, D.O.
DEA #: FS4850459 • LIC #: 0102204264
NPI #: 1659639631
445 Commonwealth Blvd East, Ste A
Martinsville, VA 24112
Tel: (276) 226-2282 • Fax: (844) 550-7109

Name _____  DOB _____

Address _____  Date _____

℞

☐ Label

Refill _____ times PRN NR

☐ Brand Medically Necessary

☒ Voluntary Formulary Permitted

Signature of Prescriber _____ D.O.

IF NEITHER BOX IS MARKED, A VOLUNTARY FORMULARY PRODUCT MUST BE DISPENSED

MS_000051

**The Center for Integrative Health**
**at Smithers Community Healthcare, P.C.**
Joel A. Smithers, D.O.
DEA #: FS4850459 • LIC #: 0102204264
NPI #: 1659639631
445 Commonwealth Blvd East, Ste A
Martinsville, VA 24112
Tel: (276) 226-2282 • Fax: (844) 550-7109

Name. _Michelle Smith_                    DOB _10.4.90_

Address. _IX. MA.2, MG2. 280 Mar to_ ·· Date. _4.25.1_

**Rx**

_Neurontin 400mg, BID, #120._

_Zanaflex 4mg, TID prn spasms, #60._

_Diclofenac 75mg, BID prn pain, #60._

☐ Label

_6 Nortriptyline 25mg, #145_

Refill _6_ _____ times PRN-NR

☐ Brand Medically Necessary

☒ Voluntary Formulary Permitted                    _D.O._  D.O.

Signature of Prescriber

IF NEITHER BOX IS MARKED, A VOLUNTARY FORMULARY PRODUCT MUST BE DISPENSED

MS_000052

**The Center for Integrative Health**
**at Smithers Community Healthcare, P**

Joel A. Smithers, D.O.
DEA #: FS4850459 • LIC #: 0102204264
NPI #: 1659639631
445 Commonwealth Blvd East, Ste A
Martinsville, VA 24112
Tel: (276) 226-2282 • Fax: (844) 550-7109

Name. *Michaella Smith* .DOB *12.14.80*

Address. *DX: G89.21, G89.4, M545.* Date. *1.25.16*

**Rx** *Oxycodone C (IR)*

*Sig: 1 tab q 6-8° PRN severe*
*breakthrough pain*

☐ Label

Refill_____times-PRN NR

☐ Brand Medically Necessary

☒ Voluntary Formulary Permitted                    D.O.

Signature of Prescriber

IF NEITHER BOX IS MARKED, A VOLUNTARY FORMULARY PRODUCT MUST BE DISPENSED

MS_000053

## REMS Screening Inc. 

106 Lockheed Drive
Beaver, WV 25813
Ph: 304-894-8721

### 1st Non-Rx DT (Drug Test) Inconsistency (Unauthorized Licit Substance)

I understand that it is illegal for me to take controlled substances such as **Hydrocodone**, (Name the unauthorized substance(s) detected in the DT) without the prescription of a physician. I understand that my physician may discontinue my current treatment **if I continue to ingest unauthorized controlled substances,** because they are unacceptable "red flags" that constitute a danger to my health and safety. If I continue to "fail" future drug tests, then my physician may begin the titration down or discontinuation of my narcotic medication(s) to ensure my health and safety be maintained.

Client Print Name X_____**Michelle Smith**_____   Date**06-21-16**

Signature of Client X_____   Date**06-21-16**

REMS Screener X_____   Date**06-21-16**

MS_000054



# Compliance Audit REMS Screening, Inc.

Patient Name: **Michelle Smith**          Chart Number:          Payer:          Primary DOB:   **10/14/1980**

**Code: 99408/99409 G0396/G0397 H0049/H0050**     **ICD9:**          Notify:

| | |
|---|---|
| At age 16 (before pain), did you sleep > 5 hours nightly?   Yes | Explain 4 Categories of Pain Below |
| Do you get at least 5 hours sleep in a Bad Night?   No | How many "Down Days" per week?   0 |
| SLEEP ALERT: Nights each week you *don't* get at least 5 hours | How many "Bad Days" per week?   4 |
| sleep uninterrupted by pain?   0 | How many "Slow Days" per week?   3 |
| | How many "Good Days" per week?   0 |

|  | 1 | Continuous Sleep Ratings | | |
|---|---|---|---|---|
| Sunday | 1 | 6 hrs = 0 | Sunday | 3 |
| Monday | 1 | 5 hrs = 1 | Monday | 3 |
| Tuesday | 1 | 4 hrs = 2 | Tuesday | 3 |
| Wednesday | 1 | 3 hrs = 3 | Wednesday | 3 |
| Thursday | 1 | 2 hrs = 4 | Thursday | 2 |
| Friday | 1 | 1 hr or less = 5 | Friday | 2 |
| Saturday | 1 | | Saturday | 2 |



**Sleep Disability Each Week**
0 = > 5 hrs nightly, 5 = < 1 hr solid

**"Bad Day" Average Per Week**
1 = Good Day, 2 = Slow, 3 = Bad     4 = Down Day, 5 = ER or worse

Status:  Worsening          (No change, improving, worsening)

By signing this document I affirm that I answered all of the above questions honestly.  I also understand that if I lied about any of the questions listed above that I may be charged with an attempt to receive a controlled substance by fraud.  I understand that I am legally obligated to tell the truth to the *Smithers Community Health Care*, and because of this I have answered all of the above questions truthfully.

DAK  11-30-15                              I certify the truthfulness of my answers.

                                           X _Michelle Smith_

Narcotics Auditor                          Patient Signature

MS_000055

**Compliance Audit** REMS Screening, Inc.  

## Pre-Screening Audit REMS Screening, Inc.

Patient Name: **Michelle Smith**                DOB:        **10/14/1980**

### 96152: Diversion Risk Stratification: Honesty is Vital

Source: Webster LR, Webster RM. Predicting aberrant behaviors in opioid-treated patients: preliminary validation of the Opioid Risk Tool. Pain Med 2005; 6(6):432-442

|  |  | Yes/No | Score |
|---|---|---|---|
| 1 Is there a history of substance abuse in your family? | Alcohol? | No | |
|  | Illegal drugs? | No | |
|  | Other (huffing gas) | No | |
| 2 Do you have a history of substance abuse? | Alcohol? | No | |
|  | Illegal drugs? | No | |
|  | Prescription drugs? | No | |
| 3 Is your age between 16 and 45? | 16-45? | Yes | 1 |
| 4 Were you a victim of preadolescent (childhood) sexual abuse? | Sex Abuse? | No | |
| 5 Do you have a history of any of the following conditions: | ADD, OCD, Bipolar, | No | |
|  | Depression? | No | |

| Risk Level | | Medically Recommended Urine Drug Screen Protocol |
|---|---|---|
| Score | Risk | |
| 0-3 | Low | 2 - 3 UDT Per Year |
| 4-7 | Moderate | 4 UDT Per Year |
| 8+ | High | 4 Plus 1 to 2 Random UDT Per Year |

Total: **1**
Patient Risk Level: (Low)
Drug Screen Protocol: 2 - 3 UDT Per Year

| | Yes/No |
|---|---|
| Have you had, or do you have suicidal thoughts or tendencies? | No |
| Have you ever snorted or injected any substance? | No |
| Have you taken drugs not Rxed for you? | Yes |
| Have you ever been tempted to experiment with your meds? (Crush, snort or shoot up) | No |
| Have you ever received addiction help (AA/NA)? | No |
| Have you ever been asked to sell or share your medication? | No |
| Do you have friends who tempt you to abuse/misuse narotics? | No |
| Have you ever stolen meds or had any stolen from you? | No |
| Have you ever borrowed any meds from someone? | Yes |
| Are you currently pregnant? | No |
| Have you ever received treatment at a methadone or suboxone treatment center? | No |
| Track Marks? (Examine Patient) | No |

Have you ever been charged with, or convicted of any criminal offense?        No
If "Yes" detail below:

By signing this document I affirm that I answered all of the above questions honestly. I also understand that if I lied about any of the questions listed above that I may be charged with an attempt to receive a controlled substance by fraud. I understand that I am legally obligated to tell the truth to the HOPE Clinic, and because of this I have answered all of the above questions truthfully.

I certify the truthfulness of my answers.

DAK   11-30-15        X Michelle Smith

Narcotics Auditor                                Patient Signature

# Compliance Audit R.E.M.S. Screening Inc.

Patient Name: **Michelle Smith**                                DOB: **10/14/1980**

At age 16 (before pain), did you sleep > 5 hours nightly?     **Yes**

Do you get at least 5 hours sleep in a Bad Night?             **No**

**While Taking Your Current Medications:**

SLEEP ALERT: Nights each week you <u>don't</u> get at least 5 hours

sleep uninterrupted by pain?                                 **0**

| | Sleep Disability | | Continuous Sleep Ratings |
|---|---|---|---|
| Sunday | 1 | 6 hrs = 0 | |
| Monday | 1 | 5 hrs = 1 | |
| Tuesday | 1 | 4 hrs = 2 | |
| Wednesday | 1 | 3 hrs = 3 | |
| Thursday | 1 | 2 hrs = 4 | |
| Friday | 1 | 1 hr or less = 5 | |
| Saturday | 1 | | |

Explain 5 Categories of Pain Below

| | |
|---|---|
| How many "Down Days" per week? | **0** |
| How many "Bad Days" per week? | **4** |
| How many "Slow Days" per week? | **3** |
| How many "Good Days" per week? | **0** |

| | |
|---|---|
| Sunday | 3 |
| Monday | 3 |
| Tuesday | 3 |
| Wednesday | 3 |
| Thursday | 2 |
| Friday | 2 |
| Saturday | 2 |

**Sleep Disability Each Week**
0 => > 5 hrs nightly, 5 = < 1 hr solid

**"Bad Day" Average Per Week**
1 = Good Day, 2 = Slow, 3 = Bad   4 = Down Day, 5 = ER or worse

Status: **No Change**  (No change, improving, worsening)

Are you pregnant: **No** ~ BTL č uterus removed       Track Marks: **No**

BOP Discrepancies: *none.*                          Pill Count Phone # 606-353-9640

UDT Inconsistencies: **Pending**                    UDT Action Notated: **Pending**

Date of last UDT: **5/23/2016**                     Address Changed: **No**  (Update in Kareo)
                                                    I certify the truthfulness of my answers.

Narcotics Auditor          5-23-16          X Michelle Sm [signature]        Patient Signature

**UDT Diversion Risk Stratification:**  **Low**  (Low = 2 UDT/yr, Moderate = 4 UDT/yr, High = UDT Monthly)

First Failure:

Second Failure:

Third Failure:

[signature] ID-O.
5·23·16

# Compliance Audit R.E.M.S. Screening Inc.

Patient Name: **Michelle Smith**                DOB: **10/14/1980**

At age 16 (before pain), did you sleep > 5 hours nightly?        Yes
Do you get at least 5 hours sleep in a Bad Night?        No

**While Taking Your Current Medications:**

| Explain 5 Categories of Pain Below | |
|---|---|
| How many "Down Days" per week? | 0 |
| How many "Bad Days" per week? | 4 |
| How many "Slow Days" per week? | 3 |
| How many "Good Days" per week? | 0 |

SLEEP ALERT: Nights each week you <u>don't</u> get at least 5 hours
sleep uninterrupted by pain?        0

| | Sleep Disability | Continuous Sleep Ratings | | |
|---|---|---|---|---|
| Sunday | 1 | 6 hrs = 0 | Sunday | 3 |
| Monday | 1 | 5 hrs = 1 | Monday | 3 |
| Tuesday | 1 | 4 hrs = 2 | Tuesday | 3 |
| Wednesday | 1 | 3 hrs = 3 | Wednesday | 3 |
| Thursday | 1 | 2 hrs = 4 | Thursday | 2 |
| Friday | 1 | 1 hr or less = 5 | Friday | 2 |
| Saturday | 1 | | Saturday | 2 |

**Sleep Disability Each Week**
0 => > 5 hrs nightly, 5 = < 1 hr solid

**"Bad Day" Average Per Week**
1 = Good Day, 2 = Slow, 3 = Bad
Down Day, 5 = ER or worse

Status: improving (No change, improving, worsening)

Are you pregnant: No        Track Marks: No

BOP Discrepancies: none

UDT Inconsistencies: Yes        Pill Count Phone # 606-353-9640
        UDT Action Notated: Yes

Date of last UDT: 5/23/2016        Address Changed: No        (Update in Kareo)
        I certify the truthfulness of my answers.

Narcotics Auditor        7-18-16        X Michelle S.        Patient Signature

**UDT Diversion Risk Stratification:** Moderate (Low = 2 UDT/yr; Moderate = 4 UDT/yr; High = UDT Monthly)

First Failure:

Second Failure:

Third Failure:



# Compliance Audit R.E.M.S. Screening Inc.

Patient Name: **Michelle Smith**  DOB: **10/14/1980**

At age 16 (before pain), did you sleep > 5 hours nightly?  **Yes**

Do you get at least 5 hours sleep in a Bad Night?  **No**

**While Taking Your Current Medications:**

SLEEP ALERT: Nights each week you <u>don't</u> get at least 5 hours sleep uninterrupted by pain?  **0**

| | Sleep Disability | Continuous Sleep Ratings |
|---|---|---|
| Sunday | 1 | 6 hrs = 0 |
| Monday | 1 | 5 hrs = 1 |
| Tuesday | 1 | 4 hrs = 2 |
| Wednesday | 1 | 3 hrs = 3 |
| Thursday | 1 | 2 hrs = 4 |
| Friday | 1 | 1 hr or less = 5 |
| Saturday | 1 | |

Explain 5 Categories of Pain Below

| | |
|---|---|
| How many "Down Days" per week? | **0** |
| How many "Bad Days" per week? | **4** |
| How many "Slow Days" per week? | **3** |
| How many "Good Days" per week? | **0** |

| | |
|---|---|
| Sunday | 3 |
| Monday | 3 |
| Tuesday | 3 |
| Wednesday | 3 |
| Thursday | 2 |
| Friday | 2 |
| Saturday | 2 |

**Sleep Disability Each Week**
0 => 5 hrs nightly, 5 = < 1 hr solid

**"Bad Day" Average Per Week**
1 = Good Day, 2 = Slow, 3 = Bad  4 = Down Day, 5 = ER or worse

Status **Worsening**  (No change, improving, worsening)

Are you pregnant: **No**

BOP Discrepancies:  *none*

UDT Inconsistencies: **Yes**

Date of last UDT: **5/23/2016**

Track Marks: **No**

Pill Count Phone # **606-353-9640**

UDT Action Notated: **Yes**

Address Changed:  **No**  (Update in Kareo)

I certify the truthfulness of my answers.

6-21-16    X Michelle Sm

Narcotics Auditor    Patient Signature

**UDT Diversion Risk Stratification:**  **Moderate**  (Low = 2 UDT/yr; Moderate = 4 UDT/yr; High = UDT Monthly)

First Failure:

Second Failure:

Third Failure:

1/10.0
6.21.16

MS_000059

MS_000060



 **Laboratory Report**

Laboratory Director Stanley Y. Wu, Ph.D., NRCC-TC
CLIA Number 11D2047828
1770 Cedars Rd., Suite 200
Lawrenceville, GA 30045
(678) 407-9818 - Fax (678) 407-9819

## Client Information

Smithers Community Health Care
445 Commonwealth Blvd
Martinsville, VA 24112
**Requesting Physician / Practitioner:**
Smithers, Joel

## Patient Information

| | |
|---|---|
| Patient Name: | **Smith, Michelle** |
| Patient ID: | **16-144-032** |
| Date of Birth: | 10/14/1980 |
| Male/Female: | Female |

## Sample Information

| | |
|---|---|
| Lab Sample ID: | mith1244-16144 |
| Accession #: | 1605260275 |
| Specimen Type: | Urine |
| Collected: | 05/23/2016 |
| Received: | 05/26/2016 |
| Reported: | 05/28/2016 |

### Medications Prescribed

**Diclofenac, Gabapentin, Nortriptyline, Oxycodone, Zanaflex**

### Comments

- Toxicology performance specifications and validations were developed in accordance to industry standards by Confirmatrix Laboratory (CLI). They are considered a Laboratory Developed test (LDT). LDT's are not approved by the FDA. CLI is a high complexity lab accredited by COLA in accordance with CLIA '88 requirements.

| Test | Result | Quantitation | Outcome | Cutoff |
|---|---|---|---|---|
| **Qualitative Drugs of Abuse with Specimen Validity and Quantitative Reflex** | | | | |
| Amphetamines, Qualitative | Negative | | | <500 ng/mL |
| Barbiturates, Qualitative | Negative | | | <200 ng/mL |
| Benzodiazepines, Qualitative | Negative | | | <200 ng/mL |
| Benzoylecgonine (Cocaine Metabolite), Qualitative | Negative | | | <150 ng/mL |
| Buprenorphine,Qualitative | Negative | | | <5 ng/mL |
| Ecstasy (MDMA), Qualitative | Negative | | | <500 ng/mL |
| ETG, Qualitative | Negative | | | <500 ng/mL |
| Meperidine, Qualitative | Negative | | | <200 ng/mL |
| Methadone,Qualitative | Negative | | | <300 ng/mL |
| Opiates, Qualitative | **Positive** | | | <300 ng/mL |

Opiate screening assay is presumptive positive, unconfirmed. This may be due to the presence of one or more opiate drugs, including their metabolites. A positive assay result for opiates may also represent cross-reaction with other drugs. Further testing is required for confirmation and drug identification.

| | | | | |
|---|---|---|---|---|
| Oxycodone,Qualitative | **Positive** | | | <100 ng/mL |

Oxycodone screening assay is presumptive positive, unconfirmed. This may be due to the presence of oxycodone, oxymorphone, and/or their metabolites. A positive assay result for oxycodone may also represent cross-reaction with  other drugs. Further testing is required for confirmation and drug identification.

| | | | | |
|---|---|---|---|---|
| THC, Qualitative | Negative | | | <20 ng/mL |
| Urine Creatinine | | 181 | | 20-300 mg/dL |
| Urine pH | | 6.6 | | 4.6-8.0 |
| Urine Specific Gravity | | 1.027 | | 1.002-1.030 |
| Urine Oxidants | Negative | | | <50 ug/mL |

| Test | Result | Quantitation | Outcome | Cutoff |
|---|---|---|---|---|
| **Antidepressants and Psychotropics by LC/MS/MS** | | | | |
| Nortriptyline | Negative | | Inconsistent | 50 ng/mL |
| **Anticonvulsants and Other Neurologic Meds by LC/MS/MS** | | | | |
| Gabapentin | Negative | | Inconsistent | 1000 ng/mL |
| **Illicit Drugs by LC/MS/MS** | | | | |
| 6-MAM | Negative | | | 25 ng/mL |
| **Opiates/Opioids by LC/MS/MS** | | | | |
| Codeine | Negative | | | 50 ng/mL |
| Morphine | Negative | | | 50 ng/mL |
| Normorphine | Negative | | | 200 ng/mL |
| Hydromorphone | Negative | | | 50 ng/mL |

**Page 1 of 2**

MS_000061





# Laboratory Report

Laboratory Director Stanley Y. Wu, Ph.D., NRCC-TC
CLIA Number 11D2047828
1770 Cedars Rd., Suite 200
Lawrenceville, GA 30045
(678) 407-9818 - Fax (678) 407-9819

## Client Information
Smithers Community Health Care
445 Commonwealth Blvd
Martinsville, VA 24112
**Requesting Physician / Practitioner:**
Smithers, Joel

## Patient Information
**Patient Name:** Smith, Michelle
**Patient ID:** 16-144-032
**Date of Birth:** 10/14/1980
**Male/Female:** Female

## Sample Information
**Lab Sample ID:** mith1244-16144
**Accession #:** 1605260275
**Specimen Type:** Urine
**Collected:** 05/23/2016
**Received:** 05/26/2016
**Reported:** 05/28/2016

| Test | Result | Quantitation | Outcome | Cutoff |
|---|---|---|---|---|
| Hydrocodone | Positive | 1235 | Inconsistent | 50 ng/mL |

Detection window 2-4 days.
Hydrocodone (Zohydro, ingredient in Norco, Lortab, Vicodin) is a semi-synthetic opioid narcotic, widely used as an analgesic (often in combination with acetaminophen) and an antitussive. Norhydrocodone, hydromorphone, and dihydrocodeine are metabolites of hydrocodone. Hydrocodone may be seen as a minor metabolite of codeine.

| | | | | |
|---|---|---|---|---|
| Dihydrocodeine | Positive | 73 | Inconsistent | 50 ng/mL |

Detection window 2-4 days.
Dihydrocodeine is most commonly seen in the urine as a minor metabolite of hydrocodone. It is sometimes prescribed as an antitussive (Synalgos-DC).

| | | | | |
|---|---|---|---|---|
| Norhydrocodone | Positive | 1746 | Inconsistent | 50 ng/mL |

Detection window 2-4 days.
Norhydrocodone is a primary metabolite of hydrocodone.

| | | | | |
|---|---|---|---|---|
| Oxycodone | Positive | >7500 | Consistent | 50 ng/mL |

Detection window 2-4 days.
Oxycodone (Oxycontin, Roxicodone, ingredient in Endocet, Percocet, Tylox) is a semi-synthetic opioid analgesic used (often in combination with acetaminophen or aspirin) to treat moderate to severe pain. Oxycodone metabolizes into noroxycodone and oxymorphone.

| | | | | |
|---|---|---|---|---|
| Noroxycodone | Positive | >5000 | Consistent | 50 ng/mL |

Detection window 2-3 days.
Noroxycodone is a primary metabolite of oxycodone. Its presence indicates recent use of oxycodone.

| | | | | |
|---|---|---|---|---|
| Oxymorphone | Positive | >2500 | Consistent | 50 ng/mL |

Detection window 2-4 days.
Oxymorphone (Opana) is a potent semi-synthetic opioid analgesic used to treat moderate to severe pain. Oxymorphone is also a metabolite of oxycodone. Its presence indicates recent use of oxymorphone, oxycodone, or both.

| Test | Result | | | Cutoff |
|---|---|---|---|---|
| Buprenorphine | Negative | | | 5 ng/mL |
| Norbuprenorphine | Negative | | | 10 ng/mL |
| Naloxone | Negative | | | 10 ng/mL |
| Fentanyl | Negative | | | 2 ng/mL |
| Norfentanyl | Negative | | | 8 ng/mL |
| Meperidine | Negative | | | 50 ng/mL |
| Normeperidine | Negative | | | 100 ng/mL |
| Methadone | Negative | | | 100 ng/mL |
| EDDP | Negative | | | 100 ng/mL |
| Naltrexone | Negative | | | 10 ng/mL |
| Propoxyphene | Negative | | | 100 ng/mL |
| Norpropoxyphene | Negative | | | 100 ng/mL |
| Sufentanil | Negative | | | 5 ng/mL |
| Tapentadol | Negative | | | 50 ng/mL |
| Nortapentadol | Negative | | | 50 ng/mL |
| Tramadol | Negative | | | 100 ng/mL |
| O-Desmethyltramadol | Negative | | | 100 ng/mL |

- Pt reports Hydro - d/t cough syrup from illness.
- Pt indicates she took an OpER (2) over a couple days before visit d/t ↑'d pain & ↑ Neurontin & Zanaflex.

J.D.D. 6·21·16

Page 2 of 2

MS_000062

MS_000063

Phone# 606-353-9640 home

SS# 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



# Smithers Community Healthare, PC Patient Contact Form

Patient Name: (First) _Michelle_ (Last) _Smith_ (MI) _____
Patient Address: _294 Dunyon Branch Rd._
City: _Pinsonfork_ State: _KY_ Zip: _41555_
Home Phone: _606-353-9640_ Cell/Pager: _____
Birthdate: _10-4-1980_ Age: _35_ Sex: M (F) _USA_
Country of Birth: _USA_ Country of Parents' Birth: _USA_

## Employment and Insurance Information:
Patient Employer: _____ Occupation: _____
Employer Address: _____
City: _____ State: _____ Zip _____
Work phone No: _____ Ext. _____
Social Security: _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_ Drivers License: _____
Primary Insurance Carrier: _____
Policy #: _____ Group #: _____
Primary Insurance Address: _____
City: _____ State: _____ Zip _____
Primary Insurance Phone #: _____

## In Case of Emergency:
Name: _____ Relationship: _____ Phone: _____
Patient's Spouse: _____ Phone: _____
Family Physician: _____ Phone: _____
Referred by: _____

FDLMP (first day of last menstrual period): _____
Are you pregnant or trying to become pregnant?: _____

Smithers Community Healthcare, PC; 445 Commonwealth Blvd East, Ste A, Martinsville, VA 24112

MS_000065

## Smithers Community Healthcare, PC Consent for Treatment

I certify that the above information is accurate, complete and true.

I authorize Smithers Community Healthcare, PC and any associates, assistants, and other health care providers it may deem necessary, to treat my condition. I understand that no warranty or guarantee has been made of a specific result or cure. I agree to actively participate in my care to maximize its effectiveness.

I give my consent for Smithers Community Healthcare, PC to retrieve and review my medication history. I understand that this will become part of my medical record.

I acknowledge that I have had the opportunity to review Smithers Community Healthcare, PC Notice of Privacy Practices, which is displayed for public inspection at its facility and on its website. This Notice describes how my protected health information may be used and disclosed, and how I may access my health records.

I authorize the Smithers Community Healthcare, PC to release my Protected Health Information (medical records) in accordance with its Notice of Privacy Practices. This includes, but is not limited to, release to my referring physician, primary care physician, and any physician(s) I may be referred to. I also authorize Smithers Community Healthcare, PC to release any information required in obtaining procedure authorization or the processing of any insurance claims.

I understand that Smithers Community Healthcare, PC will not release my Protected Health Information to any other party (including family) without my completing a written "Patient Authorization for Use and Disclosure of Protected Health Information" form, available at its facility and by fax.

Signed: _Michelle Sue_____ Date: _11-30-15_____

## Agreement for Opioid Maintenance Therapy for Non-cancer/Cancer Chronic Pain

The purpose of this agreement is to give you information about the medications you will be taking for pain management and to assure that you and your physician comply with all state and federal regulations concerning the prescribing of controlled substances. The physician's goal is for you to have the best quality of life possible given the reality of your clinical condition. A trial of opioid therapy can be considered for moderate to severe pain with the intent of reducing pain and increasing function. If you file for disability _after_ becoming our patient, or your attorney seeks to submit our treatment records as evidence for your disability case, your treatment will be considered a failure, and our opiate treatment of your pain will be discontinued. The success of treatment depends on mutual trust and honesty in the Physician/Patient Relationship and full agreement and understanding of the risks and benefits of using opiates to treat pain.

1. You must use only one physician to prescribe and monitor all opiate medications and adjunctive analgesics.

2. You must use only one pharmacy to obtain all opiate prescriptions and adjunctive analgesics prescribed by your physician.   Pharmacy:_____ Address:_____

3. You should inform your physician of all medications you are taking, including herbal remedies, since opiate medications can interact with over-the-counter medications and other prescribed medications, especially cough syrup that contains alcohol, codeine, or hydrocodone.

4. You will be seen on a regular basis and given prescriptions for enough medication to last from appointment to appointment, plus usually two to three days extra. This extra medication is not to be used without the explicit permission of the prescribing physician unless an emergency requires your appointment to be deferred one or two days. (You will be charged a new patient fee if you fail to reschedule your appointment at least 48 hours in advance)

5. Prescriptions for pain medicine or any other prescriptions will be done during an office visit or during regular office hours. No refills of any medications will be done during the evening or on weekends. You must NOT tell anyone you are taking pain medicine and you must NOT tell anyone you are receiving pain medicine prescriptions from our office.

6. You must bring back all opiate medications and adjunctive medications prescribed by your physician in the original bottles when you are called in for a Pill Count.

7. You are responsible for keeping your pain medication in a safe and secure place, such as a locked cabinet or safe. You are expected to protect your medications from loss or theft. Stolen medications should be reported to the police and to your physician immediately. If your medications are lost, misplaced, or stolen, your physician will NOT replace the medication and may taper or discontinue the medications.

8. You may not give or sell your medications to any other person under any circumstances. If you do, you may endanger that person's health, and it is also against the law.

9. Any evidence of drug hoarding, including undestroyed medications prescribed over 30 days ago, acquisition of any opiate medication or adjunctive analgesia from other physicians (which includes emergency rooms), uncontrolled dose escalation or reduction, loss of prescriptions, or failure to follow the agreement may result in termination of the Doctor/patient relationship.

10. You will communicate fully to your physician to the best of your ability at the initial and all follow-up visits your pain level and functional activity level along with any side effects of the medications. This information allows your physician to adjust your treatment plan accordingly.

11. You agree to obtain all your non-opiate medications from a Family Physician or an appropriate medical provider.

MS_000067

12. You may not use any illicit substances, such as marijuana, cocaine, heroin, methamphetamines, etc. during treatment with Dr. Joel A. Smithers, D.O. This may result in a change to your treatment plan, including safe discontinuation of your opiate medications when applicable, or complete termination of the Doctor/Patient relationship.

13. You agree and understand that your physician reserves the right to perform random or unannounced pill counts and urine drug testing. If requested, you agree to cooperate. You must ensure we always have your most current phone number and address. If you decide not to follow our instructions, you understand that your Doctor may change your treatment plan, including safe discontinuation of your opiate medications when applicable, or complete termination of the Doctor/Patient relationship. The presence of a non-prescribed drug(s) or illicit drug(s) in the urine can be grounds for termination of the Doctor/Patient relationship.

14. There are side effects with opiate therapy, which may include, but not exclusively, skin rash, constipation, sexual dysfunction, sleeping abnormalities, sweating, edema, sedation, or the possibility of impaired cognitive (mental status) and/or motor ability. Overuse of opiates can cause decreased respiration (breathing) or death. The use of alcohol and opiate medications is contraindicated and prohibited, and Smithers Community Healthcare, P.C. regularly tests for alcohol along with other prohibited substances.

15. Physical dependence and/or tolerance can occur with the use of opiate medications.

Physical dependence means that if the opiate medication is abruptly stopped or not taken as directed, a withdrawal symptom can occur. This is a normal physiological response. The withdrawal syndrome could include, but not exclusively, sweating, nervousness, abdominal cramps, diarrhea, goose bumps, and alterations in one's mood. It should be noted that physical dependence does not equal addiction. One can be dependent on insulin to treat diabetes or dependent on prednisone (steroids) to treat asthma, but one is not addicted to the insulin or prednisone.

Addiction is a primary, chronic neurobiological disease with genetic, psychosocial and environmental factors influencing its development and manifestation. It is characterized by behavior that includes one or more of the following: impaired control over drug use, compulsive use, continued use despite harm, and cravings. This means the drug decreases one's quality of life.

16. If you have a history of alcohol or drug misuse/addiction, you must notify the physician of such history since the treatment with opiates for pain may increase the possibility of relapse. A history of addiction does not, in most instances, disqualify one for opiate treatment of pain, but starting or continuing a program for recovery is a must.

17. You agree to NOT donate blood or plasma without gaining permission from your physician.

18. You agree to allow your physician to contact any healthcare professional, family member, pharmacy, legal authority, or regulatory agency to obtain or provide information about your care or actions if the physician feels it is necessary.

19. You agree to a family conference or a conference with a close friend or significant other, if the physician feels it is necessary.

20. You may be dismissed from opiate therapy if you do NOT keep the requirements of this pain care agreement.

The above agreement has been explained to me by ___Dr. Smithers___ and I agree to its terms so that the physician can provide quality pain management using opiate therapy to decrease my pain and increase my function.

Patient's Signature ___Michelly Sm___ Date ___1-30-15___

Witness's Signature ___J.D.O.___ Date ___11-30-15___

MS_000068

# Smithers Community Healthare, PC Patient Contact Form

Patient Name: (First) _Michelle_ (Last) _Smith_ (MI)____

Patient-Address: _294 Runyon Branch_

City: _Pinsonfort_ State: _Ky_ Zip: _41555_

Home Phone: _606 353-9640_ Cell/Pager: |____

Birthdate: _10-14-80_ Age: _35_ Sex: M (F) _USA_

Country of Birth: _USA_ Country of Parents' Birth: _USA_

## Employment and Insurance Information:

Patient Employer: ____ Occupation: ____

Employer Address: ____

City: ____ State: ____ Zip____

Work phone No: ____ Ext. ____

Social Security: _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_ Drivers License: ____

Primary Insurance Carrier: ____

Policy #: ____ Group #: ____

Primary Insurance Address: ____

City: ____ State: ____ Zip____

Primary Insurance Phone #: ____

## In Case of Emergency:

Name: ____ Relationship: ____ Phone:____

Patient's Spouse: ____ Phone:____

Family Physician: ____ Phone:____

Referred by: ____

FDLMP (first day of last menstrual period): ____

Are you pregnant or trying to become pregnant?: ____

Smithers Community Healthcare, PC; 445 Commonwealth Blvd East, Ste A; Martinsville, VA 24112

## Agreement for Opioid Maintenance Therapy for Non-cancer/Cancer Chronic Pain

The purpose of this agreement is to give you information about the medications you will be taking for pain management and to assure that you and your physician comply with all state and federal regulations concerning the prescribing of controlled substances. The physician's goal is for you to have the best quality of life possible given the reality of your clinical condition. A trial of opioid therapy can be considered for moderate to severe pain with the intent of reducing pain and increasing function. If you file for disability <u>after</u> becoming our patient, or your attorney seeks to submit our treatment records as evidence for your disability case, your treatment will be considered a failure, and our opiate treatment of your pain will be discontinued. The success of treatment depends on mutual trust and honesty in the Physician/Patient Relationship and full agreement and understanding of the risks and benefits of using opiates to treat pain.

1. You must use only one physician to prescribe and monitor all opiate medications and adjunctive analgesics.

2. You must use only one pharmacy to obtain all opiate prescriptions and adjunctive analgesics prescribed by your physician.   Pharmacy: Old Virginia   Address: Virginia

3. You should inform your physician of all medications you are taking, including herbal remedies, since opiate medications can interact with over-the-counter medications and other prescribed medications, especially cough syrup that contains alcohol, codeine, or hydrocodone.

4. You will be seen on a regular basis and given prescriptions for enough medication to last from appointment to appointment, plus usually two to three days extra. This extra medication is not to be used without the explicit permission of the prescribing physician unless an emergency requires your appointment to be deferred one or two days. (You will be charged a new patient fee if you fail to reschedule your appointment at least 48 hours in advance)

5. Prescriptions for pain medicine or any other prescriptions will be done during an office visit or during regular office hours. No refills of any medications will be done during the evening or on weekends. You must NOT tell anyone you are taking pain medicine and you must NOT tell anyone you are receiving pain medicine prescriptions from our office.

6. You must bring back all opiate medications and adjunctive medications prescribed by your physician in the original bottles when you are called in for a Pill Count.

7. You are responsible for keeping your pain medication in a safe and secure place, such as a locked cabinet or safe. You are expected to protect your medications from loss or theft. Stolen medications should be reported to the police and to your physician immediately. If your medications are lost, misplaced, or stolen, your physician will NOT replace the medication and may taper or discontinue the medications.

8. You may not give or sell your medications to any other person under any circumstances. If you do, you may endanger that person's health, and it is also against the law.

9. Any evidence of drug hoarding, including undestroyed medications prescribed over 30 days ago, acquisition of any opiate medication or adjunctive analgesia from other physicians (which includes emergency rooms), uncontrolled dose escalation or reduction, loss of prescriptions, or failure to follow the agreement may result in termination of the Doctor/patient relationship.

10. You will communicate fully to your physician to the best of your ability at the initial and all follow-up visits your pain level and functional activity level along with any side effects of the medications. This information allows your physician to adjust your treatment plan accordingly.

11. You agree to obtain all your non-opiate medications from a Family Physician or an appropriate medical provider.

MS_000070

12. You may not use any illicit substances, such as marijuana, cocaine, heroin, methamphetamines, etc. during treatment with Dr. Joel A. Smithers, D.O. This may result in a change to your treatment plan, including safe discontinuation of your opiate medications when applicable, or complete termination of the Doctor/Patient relationship.

13. You agree and understand that your physician reserves the right to perform random or unannounced pill counts and urine drug testing. If requested, you agree to cooperate. You must ensure we always have your most current phone number and address. If you decide not to follow our instructions, you understand that your Doctor may change your treatment plan, including safe discontinuation of your opiate medications when applicable, or complete termination of the Doctor/Patient relationship. The presence of a non-prescribed drug(s) or illicit drug(s) in the urine can be grounds for termination of the Doctor/Patient relationship.

14. There are side effects with opiate therapy, which may include, but not exclusively, skin rash, constipation, sexual dysfunction, sleeping abnormalities, sweating, edema, sedation, or the possibility of impaired cognitive (mental status) and/or motor ability. Overuse of opiates can cause decreased respiration (breathing) or death. The use of alcohol and opiate medications is contraindicated and prohibited, and Smithers Community Healthcare, P.C. regularly tests for alcohol along with other prohibited substances.

15. Physical dependence and/or tolerance can occur with the use of opiate medications.

    Physical dependence means that if the opiate medication is abruptly stopped or not taken as directed, a withdrawal symptom can occur. This is a normal physiological response. The withdrawal syndrome could include, but not exclusively, sweating, nervousness, abdominal cramps, diarrhea, goose bumps, and alterations in one's mood. It should be noted that physical dependence does not equal addiction. One can be dependent on insulin to treat diabetes or dependent on prednisone (steroids) to treat asthma, but one is not addicted to the insulin or prednisone.

    Addiction is a primary, chronic neurobiological disease with genetic, psychosocial and environmental factors influencing its development and manifestation. It is characterized by behavior that includes one or more of the following: impaired control over drug use, compulsive use, continued use despite harm, and cravings. This means the drug decreases one's quality of life.

16. If you have a history of alcohol or drug misuse/addiction, you must notify the physician of such history since the treatment with opiates for pain may increase the possibility of relapse. A history of addiction does not, in most instances, disqualify one for opiate treatment of pain, but starting or continuing a program for recovery is a must.

17. You agree to NOT donate blood or plasma without gaining permission from your physician.

18. You agree to allow your physician to contact any healthcare professional, family member, pharmacy, legal authority, or regulatory agency to obtain or provide information about your care or actions if the physician feels it is necessary.

19. You agree to a family conference or a conference with a close friend or significant other, if the physician feels it is necessary.

20. You may be dismissed from opiate therapy if you do NOT keep the requirements of this pain care agreement.

The above agreement has been explained to me by _____ Dr Smithers _____ and I agree to its terms so that the physician can provide quality pain management using opiate therapy to decrease my pain and increase my function.

Patient's Signature _Michelle Sui_   Date 6-21-16

Witness's Signature _____   Date 6·21·16

MS_000071

## Smithers Community Healthcare, PC Consent for Treatment

I certify that the above information is accurate, complete and true.

I authorize Smithers Community Healthcare, PC and any associates, assistants, and other health care providers it may deem necessary, to treat my condition.  I understand that no warranty or guarantee has been made of a specific result or cure.  I agree to actively participate in my care to maximize its effectiveness.

I give my consent for Smithers Community Healthcare, PC to retrieve and review my medication history. I understand that this will become part of my medical record.

I acknowledge that I have had the opportunity to review Smithers Community Healthcare, PC Notice of Privacy Practices, which is displayed for public inspection at its facility and on its website.  This Notice describes how my protected health information may be used and disclosed, and how I may access my health records.

I authorize the Smithers Community Healthcare, PC to release my Protected Health Information (medical records) in accordance with its Notice of Privacy Practices.  This includes, but is not limited to, release to my referring physician, primary care physician, and any physician(s) I may be referred to.  I also authorize Smithers Community Healthcare, PC to release any information required in obtaining procedure authorization or the processing of any insurance claims.

I understand that Smithers Community Healthcare, PC will not release my Protected Health Information to any other party (including family) without my completing a written "Patient Authorization for Use and Disclosure of Protected Health Information" form, available at its facility and by fax.

Signed: _Michelle Fein_          Date: _6-21-16_