

**Joel A. Smithers, D.O.**
WV LIC: 2913 • VA LIC: 010220464
DEA: FS4850459 • NPI #: 1659639631
445 Commonwealth Blvd East
Martinsville, VA 24112
Phone: (844) 373-7883 • Fax: (844) 550-7109

Earliest fill date 2.28.16

Name: Michelle Smith        DOB: 10.14.80
Address: Dx: G89.21.        Date: 2.26.16

Rx  Opana ER (crush resist.)    ☐ 1-24
                                 ☐ 25-49
    30mg                         ☐ 50-74
                                 ☐ 75-100
                                 ☐ 101-150
    COPY                         ☐ 151 and over

Disp: #60 (sixty)                     J. [signature] D.O.

Refill NR—1—2—3—4—5                         D.O.

Script # 1487

This prescription may be filled with a generically equivalent drug product unless the words "Brand Medically Necessary" are written, in the practitioner's own handwriting, on this prescription form.

Prescription is void if more than one (1) prescription is written per blank

MS2_001

**Joel A. Smithers, D.O.**
WV LIC: 2913 • VA LIC: 010220464
DEA: FS4850459 • NPI #: 1659639631
445 Commonwealth Blvd East
Martinsville, VA 24112
Phone: (844) 373-7883 • Fax: (844) 550-7109

Earliest fill date: 7-28-16

Name: Michelle Smith          DOB: 10.14.80
Address: Dx: G89.21            Date: 7.26.16

℞ Oxycodone 10mg (IR)

- ☐ 1-24
- ☑ 25-49
- ☐ 50-74
- ☐ 75-100
- ☐ 101-150
- ☐ 151 and over

i 1/2 T tab q 6-8° PRN (breakthrough pain)

Disp: #30 (thirty)    J.D.O.

COPY

Script # 1488

Refill NR  1  2  3  4  5                              D.O.

This prescription may be filled with a generically equivalent drug product unless the words "**Brand Medically Necessary**" are written, in the practitioner's own handwriting, on this prescription form.

Prescription is void if more than one (1) prescription is written per blank

MS2_002