## To Court and Counsel,

In the matter regarding

JOEL ADAMS SMITHERS

CASE NO: 1:17-CR-00027

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

MAY 01 2019

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

I wish this to be made part of the official record.

I do not trust my attorney to decide whether or not I should testify, to prepare me to testify, or to know the case well enough to decide that it is unnecessary for me to testify. Under the circumstances, by the fact of my counsel's ineffectiveness, I am denied my Sixth Amendment right and do not know whether to waive or to exercise my Fifth Amendment right.

I have come to this determination on my own.

Signed:

_____
(Joel Adams Smithers)

Dated:

5 · 1 · 2019