## Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: _Peter Bodai_      225/375   Date: _1-24-17_

| Patient Name | Amount Owed | Amount Paid | Balance |
|---|---|---|---|
| 1. Teresa Auvile | 225 | 225 — (C) (CC) | Ø |
| 2. Don Miller | 225 | 225 (C) (CC) | Ø |
| 3. Lisa Miller | 225 | 225 (C) (CC) | Ø |
| 4. Bobby Neal | 225 | 225 (C) (CC) | Ø |
| 5. Sherry Looney | 225 | 205 (C) (CC) | Ø |
| 6. Nancy Taylor | 273 | (205) (C) (CC) | (68) |
| 7. Tabitha Tiller | 225 | 225 (C) (CC) | Ø |
| 8. David Lumpkin | 225 | 225 (C) (CC) | Ø |
| 9. Tammy Lumpkin | 225 | 225 (C) (CC) | Ø |
| 10. | | (C) (CC) | |
| 11. | | (C) (CC) | |
| 12. | | 225 4 (C) (CC) | |
| 13. | | 900 (C) (CC) | |
| 14. | | 205 (C) (CC) | |
| 15. | | 1105 total (C) (CC) | |
| 16. | | cash deposit (C) (CC) | |
| 17. | | -$5 for petty (C) (CC) | |
| 18. | | cash. (C) (CC) | |

Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.

Signature: _____    Date: _1_/_24_/_17._

# Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: Peter Bodai          225/375          Date: 1-25-17

| Patient Name | Amount Owed | Amount Paid | Balance |
|---|---|---|---|
| 1. Timothy Crabtree | 225 | 225 (C) (CC) | 0 |
| 2. Freddie Shrewsbury | 225 | 225 (C) (CC) | 0 |
| 3. Bruce Simpson | 525 | (275) (C) (CC) | 250 |
| 4. Carlos Brown | 225 | 225 (C) (CC) | 0 |
| 5. John Collins | 225 | 225 (C) (CC) | 0 |
| 6. Patricia Johnson | 225 | 225 (C) (CC) | 0 |
| 7. Sharon Farris | 225 | 225 (C) (CC) | 0 |
| 8. Jimmy Columbia | 225 | 225 (C) (CC) | 0 |
| 9. Jerry Hansford | 225 | 225 (C) (CC) | 0 |
| 10. Carl Turner | 225 | 225 (C) (CC) | 0 |
| 11. Robert Richmond | 225 | 225 (C) (CC) | 0 |
| 12. Joseph Belcher | 225 | 225 (C) (CC) | 0 |
| 13. John Massey | 225 | 225 (C) (CC) | 0 |
| 14. Lurlie Coleman | 225 | 225 (C) (CC) | 0 |
| 15. Robin Trent | 225 | 225 (C) (CC) | 0 |
| 16. | | (C) (CC) | |
| 17. | | (C) (CC) | |
| 18. | | (C) (CC) | |

225
14
- 900
225
50
275
225
3

3425 = total deposit
- 25 to petty cash.
2400. 1.25.17

Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.

Signature: _____          Date: 1/25/17

$$225 \times 14$$

$$\begin{array}{r} 225 \\ \times\ 14 \\ \hline 900 \\ 225 \\ \hline 3150 \\ +\ 275 \\ \hline 3425 \end{array}$$

## Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: _Peter Bodai_          Date: _1-26-17_

| | Patient Name | Amount Owed | Amount Paid | Balance |
|---|---|---|---|---|
| 1. | William Adkins | 225 | 225 (C) (CC) | Ø |
| 2. | Sarah Church | 225 | 225 (C) (CC) | Ø |
| 3. | Robert Reed | 225 | 225 (C) (CC) | Ø |
| 4. | Cody Cline | 225 | 225 (C) (CC) | Ø |
| 5. | Torrey Patton | 225 | 225 (C) (CC) | Ø |
| 6. | Kandi Brumfield | 225 | 225 (C) (CC) | Ø |
| 7. | ~~Jamie Runion~~ Duplicate | ~~225~~ | ~~225~~ (C) (CC) | Ø |
| 8. | Donald Kimble | 225 | 225 (C) (CC) | Ø |
| 9. | Antwan Davidson | 375 | 375 (C) (CC) | Ø |
| 10. | Jamie Runion | 225 | 225 (C) (CC) | Ø |
| 11. | Monte Mulline | 225 | 225 (C) (CC) | Ø |
| 12. | Joshua Marian | 225 | 225 (C) (CC) | Ø |
| 13. | Kevin Roberts | 225 | 225 (C) (CC) | Ø |
| 14. | Stancy Turner | 225 | 225 (C) (CC) | Ø |
| 15. | Jacqueline Justus | 225 | 225 (C) (CC) | Ø |
| 16. | Kimberly Collins | 225 | 225 (C) (CC) | Ø |
| 17. | Steven Ferguson | 225 | 225 (C) (CC) | Ø |
| 18. | Denver Harper | 225 | 225 (C) (CC) | Ø |

Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.

Signature: _____          Date: _1_/_26_/_17_

## Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: _Peter Bodel_          Date: _1·26·17_

| Patient Name | Amount Owed | Amount Paid | Balance |
|---|---|---|---|
| 1. James Heywood | 225 | 225 (C) (CC) | 0 |
| 2. Linda Ducret | 225 | 225 (C) (CC) | 0 |
| 3. Joel Smith | 225 | 225 (C) (CC) | 0 |
| 4. | | (C) (CC) | |
| 5. 1 3 225 | 225 | (C) (CC) | |
| 6. x17 | 17 | (C) (CC) | |
| 7. 1575 | 1575 | (C) (CC) | |
| 8. 1575 | 225 | (C) (CC) | |
| 9. 225 | 3825 | (C) (CC) | |
| 10. 3825 | 375 | (C) (CC) | |
| 11. 375 | 4200 | (C) (CC) | |
| 12. + 12100   Admin office contract wages | - 640 | (C) (CC) | |
| 13. 3 4 1 2 40 | 3,560 | (C) (CC) | |
| 14. 6 60   total cash deposit | | (C) (CC) | |
| 15. - 3,560 | | (C) (CC) | |
| 16. 3, | D-O. | (C) (CC) | |
| 17. | 1·26·17 | (C) (CC) | |
| 18. | | (C) (CC) | |

Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.

Signature: _____          Date: ____/____/____

## Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: Peter Bodai     Date: 1-30-17

| | Patient Name | Amount Owed | Amount Paid | | Balance |
|---|---|---|---|---|---|
| 1. | Ricky Jessie | 2,275 | (30) | (C) (CC) | 2,245 |
| 2. | Rebecca Jessie | 2,550 | (30) | (C) (CC) | 2,520 |
| 3. | James Haywood | 225 | 225 | (C) (CC) | 0 |
| 4. | Morgan Gibson | 225 | 225 | (C) (CC) | 0 |
| 5. | Katryn Gibson | 225 | 225 | (C) (CC) | 0 |
| 6. | Thelma Stacy | 225 | 225 | (C) (CC) | 0 |
| 7. | Larry Carter | 225 | 225 | (C) (CC) | 0 |
| 8. | Gilbert Groff | 225 | 225 | (C) (CC) | 0 |
| 9. | Danny Blevins | 225 | 225 | (C) (CC) | 0 |
| 10. | Penny Ruth Rasberry | 300 | 75 RENT | (C) (CC) | 300 |
| 11. | Jyles Creasey | 300 | 75 RENT | (C) (CC) | 300 |
| 12. | Kerry Hatfield | 225 | 225 | (C) (CC) | 0 |
| 13. | Robert Hatfield | 225 | 225 | (C) (CC) | 0 |
| 14. | Diana Triplett | 225 | 225 | (C) (CC) | 0 |
| 15. | Brian Daniels | 225 | 225 | (C) (CC) | 0 |
| 16. | Angie Meeks | 225 | 225 | (C) (CC) | 0 |
| 17. | Richard Graham | 225 | 75 | (C) (CC) | 150 |
| 18. | John Holestin | 225 2475 135 | 300 | 300 | (C) (CC) | 0 |

Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.

225
11
22
2475

2610     2610
          150
          total cash deposit
          2460     PBO 1/30/17

Signature: [signature]     Date: 1 / 30 / 17

```
   225
    11
  ------
  2 2 5
  2 2 5
  ------
  2 4 75

    60
 +------
  2 5 3 5
```

```
   225
 x  1 1
 ------
  2 2 5
  2 2 5
 ------
  2 4 7 5
 +  6 0
 ------
  2 5 3 5
 + 1 5 0
 ------
  2 6 8 5
 - 1 5 0
 ------
  2 5 3 5
 -   7 5
 ------
  2 . 4 6 0
```

## · Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: _Peter Bodai_   Date: _1-31-17._

| | Patient Name | Amount Owed | Amount Paid | | Balance |
|---|---|---|---|---|---|
| 1. | Bert Rose. | 225 | 225 | (C) (CC) | Ø |
| 2. | Sheena Walker | 380 | -75 RENEG (C) (CC) | | 300 |
| 3. | John Bradford | 225. | 225 | (C) (CC) | Ø |
| 4. | Edward Carvin | 225 | 225 | (C) (CC) | Ø |
| 5. | Thomas Wiley | 225 | 225 | (C) (CC) | Ø |
| 6. | Billy Conley ? | 225 | 225 | (C) (CC) | Ø |
| 7. | Joan Watts | 225 | 225 | (C) (CC) | Ø |
| 8. | Sharee D. Ballard. | 225 | 205 | (C) (CC) | Ø |
| 9. | Charloette Hoback | 225 | 225 | (C) (CC) | Ø |
| 10. | Lacey Baker | 225 | 225 | (C) (CC) | Ø. |
| 11. | Dennis Hagerman | 225 | 225 | (C) (CC) | Ø |
| 12. | Stephen Hagerman | 225 | 225 | (C) (CC) | Ø |
| 13. | Jimmy Minor | 225 | 225 | (C) (CC) | Ø |
| 14. | Joseph Goodman | 225 | 225 | (C) (CC) | Ø |
| 15. | | 225 | | (C) (CC) | |
| 16. | | 450 | | (C) (CC) | |
| 17. | | 225 | | (C) (CC) | |
| 18. | | 2725 | total cash | (C) (CC) | |

2625 deposit

Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.

Signature: _____   Date: _1_ / _31_ / _17_.

225
x 12
if 50
2 2 5
2,768 0
2, 75
2,625

## Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: __Peter Bodai__                    Date: __2-1-17__

225/375

| | Patient Name | Amount Owed | Amount Paid | Balance |
|---|---|---|---|---|
| 1. | Jimmy Shumate | 225 | 225 (C) (CC) | 0 |
| 2. | George Newsome | 225 | 225 (C) (CC) | 0 |
| 3. | Marion Maynard | 225 | 225 (C) (CC) | 0 |
| 4. | Leonard Kinney | 225 | 225 (C) (CC) | 0 |
| 5. | Ottis Horn | 225 | 225 (C) (CC) | 0 |
| 6. | Danny Mullins | 225 | 225 (C) (CC) | 0 |
| 7. | Alisha Mullins | 225 | 225 (C) (CC) | 0 |
| 8. | Nathan Gillispie | 225 | 225 (C) (CC) | 0 |
| 9. | Charles Grimes | 225 | 225 (C) (CC) | 0 |
| 10. | Paul Castle | 225 | 225 (C) (CC) | 0 |
| 11. | Ronald Clark | 225 | 225 (C) (CC) | 0 |
| 12. | Sheena Walker | 300 | 300 (C) (CC) | 0 |
| 13. | Ray Mills | 225 | 225 (C) (CC) | 0 |
| 14. | Brandy Nichols | 225 | 225 (C) (CC) | 0 |
| 15. | Thomas Owens | 225 | 225 (C) (CC) | 0 |
| 16. | James Simpsons | 225 | 225 (C) (CC) | 0 |
| 17. | Ray Phipps | 225 | 225 (C) (CC) | 0 |
| 18. | Kimberly Propst | 225 | 225 (C) (CC) | 0 |

*Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.*

Signature: _____                    Date: __2 / 1 / 17__

## Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: **Peter Bodai**          Date: _____

| | Patient Name | Amount Owed | Amount Paid | Balance |
|---|---|---|---|---|
| 1. | Sal turrisi | 225 | 25 (C) (CC) | 200 |
| 2. | Christie Turvisi | 225 | 75 (C) (CC) | 150 |
| 3. | | | (C) (CC) | |
| 4. | | | 225 17 (C) (CC) | |
| 5. | 3 225 | | 1575 (C) (CC) | |
| 6. | | | 225 (C) (CC) | |
| 7. | x+7 | | 5425 total cash (C) (CC) | |
| 8. | 15 75 15 | | deposit (C) (CC) | |
| 9. | 2 2 5 | | J.D.U. (C) (CC) | |
| 10. | 8 2 | | 2-1-17 (C) (CC) | |
| 11. | 3 | | (C) (CC) | |
| 12. | 7 | | (C) (CC) | |
| 13. | | | (C) (CC) | |
| 14. | | | (C) (CC) | |
| 15. | | | (C) (CC) | |
| 16. | | | (C) (CC) | |
| 17. | | | (C) (CC) | |
| 18. | | | (C) (CC) | |

Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.

Signature: _____     Date: _____/_____/_____

## Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: _Peter Bodei_          Date: _2-2-17_

| | Patient Name | Amount Owed | Amount Paid | Balance |
|---|---|---|---|---|
| 1. | Randy Nutter | 225 | 225 (C) (CC) | Ø |
| 2. | Gladay Nutter | 225 | 225 (C) (CC) | Ø |
| 3. | Kevin Spaulding | 225 | 225 (C) (CC) | Ø |
| 4. | William Stacey | 225. | 225 (C) (CC) | Ø |
| 5. | Frank Blair | 225. | 225 (C) (CC) | Ø |
| 6. | Reggie Evans-Dials | 275 | 275 (C) (CC) | Ø |
| 7. | Andrea Evans. | 225 | 225 (C) (CC) | Ø |
| 8. | Drema Sexton | 225 | 225 (C) (CC) | Ø |
| 9. | Shannon Kovaleski | 225 | 100 (C) (CC) | Ø |
| 10. | Sabrina Sexton | 225 | 225 (C) (CC) | Ø |
| 11. | William Jenkins | 225 | 225 (C) (CC) | G |
| 12. | Madesica Vance | 225 | 225 (C) (CC) | Ø |
| 13. | Johnnie Tomblin | 225 | 225 (C) (CC) | Ø |
| 14. | Penny Coen | 225 | 225 (C) (CC) | G |
| 15. | Carolyn Sawyers | 225 | 225 (C) (CC) | Ø |
| 16. | William Fleshman. | 225 | 225 (C) (CC) | Ø |
| 17. | Leonard Hamilton | 225 | 225 (C) (CC) | Ø |
| 18. | Edward Woodson.. | 225 | 225 (C) (CC) | Ø |

Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.

Signature: _____          Date: _2_,_2_,_17_.

## Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: _Peter_                                   Date: _2-2-17._

| | Patient Name | Amount Owed | Amount Paid | Balance |
|---|---|---|---|---|
| 1. | James Price | 225 | 225 (C) (CC) | 0 |
| 2. | Eric Brock | 300 | 75 (C) (CC) | 300 |
| 3. | Rebecca Compton | 225 | 225 (C) (CC) | 0 |
| 4. | Jeff Hash. | 300 | 300 (C) (CC) | 0 |
| 5. | | | (C) (CC) | |
| 6. | 2 225 | 225 14 | (C) (CC) | |
| 7. | ×14 | 900 225 | (C) (CC) | |
| 8. | 900 | 3150 | (C) (CC) | |
| 9. | | 125 275 | (C) (CC) | |
| 10. | 2 5 | 3550 75 | total cash (C) (CC) | |
| 11. | 2 | 3475 | deposit (C) (CC) | |
| 12. | 3 1 2 5 | 640: Contracts payments (C) (CC) | |
| 13. | | 2835 total cash payment (C) (CC) | |
| 14. | | | (C) (CC) | |
| 15. | 3 2 0 | 110-0- | (C) (CC) | |
| 16. | | 2·2-17 | (C) (CC) | |
| 17. | 3 5 75 | | (C) (CC) | |
| 18. | 475 3 | | (C) (CC) | |

Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.

Signature: _____ Date: ____/____/____

## Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: _Peter Boda_   225/31  Date: 2-6-17

| | Patient Name | Amount Owed | Amount Paid | | Balance |
|---|---|---|---|---|---|
| 1. | Carolyn Runyon | 225 | 225 | (C) (CC) | ∅ |
| 2. | Larry Runyon | 225 | 225 | (C) (CC) | ∅ |
| 3. | Frederiche Pullens | 225 | 225 | (C) (CC) | ∅ |
| 4. | Donald Adkins | 225 | 225 | (C) (CC) | ∅ |
| 5. | George Bates | 225 | 225 | (C) (CC) | ∅ |
| 6. | Loren Anderson | 225 | 225 | (C) (CC) | ∅ |
| 7. | Albert Anderson | 225 | 225 | (C) (CC) | ∅ |
| 8. | Jeff Hash. Paid Thurs. 2.17. Advance. | 225 | -75 RemS | (C) (CC) | ∅ |
| 9. | Kenneth Swanson. | 475 | 250 25 | (C) (CC) | 225 |
| 10. | Jo Holloway | 355 | 225 | (C) (CC) | 105 |
| 11. | Ernie Boggs | 225 | 225 | (C) (CC) | ∅ |
| 12. | Larry Miller | 225 | 225 | (C) (CC) | ∅ |
| 13. | Landen Basdew | 225 | 225 | (C) (CC) | ∅ |
| 14. | Kayla Browning | 225 | 225 | (C) (CC) | ∅ |
| 15. | Marty Gilbert | 225 | 225 | (C) (CC) | ∅ |
| 16. | Brenda Hubbard | 225 | 225 | (C) (CC) | ∅ |
| 17. | Kimberly Browning | 225 | 225 | (C) (CC) | ∅ |
| 18. | Saprina Loark | 225 | 225 | (C) (CC) | ∅ |

Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.

Signature: _____   Date: 2 / 7 / 17

## Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: Peter Boda!　　　　　Date: 2.6.17.

| Patient Name | Amount Owed | Amount Paid | Balance |
|---|---|---|---|
| 1. Matthew Addison | 225 | 225 (CC) | 0 |
| 2. Preston Orndorff | 225 | 225 (CC) | 0. |
| 3. Andy Mullins | 225 | 225 (CC) | 0 |
| 4. Karen Blankenship | 225 | 225 (CC) | 0 |
| 5. Don Christian | 225 | 225 (CC) | 0 |
| 6. Tonia Berry. | 225 | 225 (CC) | 0 |
| 7. Kelly Berry | 225 | 225 (CC) | 0 |
| 8. lorissa Stewart | 225 | 225 (CC) | 0 |
| 9. Pt (Sharon Farris) will be pay. postage & handly. | | -7 (CC) | |
| 10. | 225 21 | (CC) | |
| 11. 225 | 225 450 | (CC) | |
| 12. + 21 | 4725 225 | (CC) | |
| 13. 25 | 5000 fee | (CC) | |
| 14. 2,6 | | (CC) | |
| 15. | | (CC) | |
| 16. | | (CC) | |
| 17. | 5000 82 | (CC) | |
| 18. | 4918 total | (CC) | |

Signature of Collector below reflects their acknowledgement that the above is true and accurate
to the best of their knowledge.

4918
1-18 — to petty cash.
PD. Date: ___/___/___
2-6·17

## Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: _Pete Bodai_          Date: _2.7.17_

| | Patient Name | Amount Owed | Amount Paid | | Balance |
|---|---|---|---|---|---|
| 1. | Lisa Bailes. | 225. | 225 | (C) (CC) | 0 |
| 2. | Nellie Stanley. | 225 | 225 | (C) (CC) | 0 |
| 3. | Boger Stanley. | 225 | 225 | (C) (CC) | 0 |
| 4. | Daniel Ward | 225 | 225 | (C) (CC) | 0 |
| 5. | Carmela Farruggia | 225 | 225 | (C) (CC) | 0 |
| 6. | Everett Richman | 225 | 225 | (C) (CC) | 0 |
| 7. | Brandy Richmond | 225 | 225 | (C) (CC) | 0 |
| 8. | Tompkin Mae. | 225 | 225 | (C) (CC) | 0 |
| 9. | James Trail. | 225 | 225 | (C) (CC) | 0 |
| 10. | Carolyn Sawyers. | 225 | 225 | (C) (CC) | 0 |
| 11. | Marvin Hansford | 225 | (75) | (C) (CC) | 150. |
| 12. | Rosetta Greer | 225 | 225 | (C) (CC) | 0 |
| 13. | Gabe Russell | 256 | (230) | (C) (CC) | 26. |
| 14. | Larry Workman | 225 | 225 | (C) (CC) | 0 |
| 15. | Brenda Fisher | 225 | 225 | (C) (CC) | 0 |
| 16. | David Ousley | 225 | 225 | (C) (CC) | 0 |
| 17. | Douglas Morgan | 225 | 225 | (C) (CC) | 0. |
| 18. | Erik More | 225 | 225 | (C) (CC) | 0 |

Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.

Signature: _____ Date: ____/____/____

## Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: _Peter Boded_   Date: _2.7.17._

| | Patient Name | Amount Owed | Amount Paid | Balance |
|---|---|---|---|---|
| 1. | Shirley D. Eldridge | 225 | 225 (C) (CC) | 0 |
| 2. | Hassell Daniels | 225 | 225 (C) (CC) | 0 |
| 3. | Dorps Daniels | 225 | 125 (C) (CC) | 100 |
| 4. | Shawn Johnson | 225 | 225 (C) (CC) | 0 |
| 5. | Ricky Johnson. | 225 | 225 (C) (CC) | 0 |
| 6. | Mary Brown. | 255 | 235 (C) (CC) | 20 |
| 7. | Tammy Cheek | 225 + 40 | 265 265 (C) (CC) | 0 |
| 8. | William Cheek | 225 | 225 (C) (CC) | 0 |
| 9. | | | 255 (C) 265 (CC) | |
| 10. | 225 | 225 32 | 125 (C) 230 (CC) | |
| 11. | x34 | 450 675 | 75 (C) 325 (CC) | |
| 12. | | 7200 1275 | 1275 (C) (CC) | |
| 13. | | 8475 cash total | 8475 (CC) Subway | |
| 14. | | | − 20 (C) (CC) | |
| 15. | | Dinner | 8455 (C) − 7 - postage | |
| 16. | | mail Postage | 8448 (C) (CC) | |
| 17. | | | total (C) (CC) | |
| 18. | | | cash deposit (C) (CC) | |

Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.

Signature: _____   Date: ___/___/___

2·7-17



*Daily Payment Collection for Smithers Community Healthcare, P.C.*

Collector: _Peter Bodai_                    Date: _2.7.17_

| Patient Name | Amount Owed | Amount Paid | | Balance |
|---|---|---|---|---|
| 1. Judith White | 225 | 225 | (C) (CC) | Ø |
| 2. Kevin Webb. | 225 | 225 | (C) (CC) | Ø |
| 3. Dinah Matney | 225 | 225 | (C) (CC) | Ø |
| 4. Robert Hammond | 225 | 225 | (C) (CC) | Ø |
| 5. Jennifer Moore | 425 | (325) | (C) (CC) | 100 |
| 6. Elizabeth Scott | 255 | (255) | (C) (CC) | Ø |
| 7. Annie Brewer | 225 | 225 | (C) (CC) | Ø |
| 8. Jeremy Sheppard. | 225 | 225 | (C) (CC) | Ø |
| 9. Okie Rose. | 225 | 225 | (C) (CC) | Ø |
| 10. Janet Blankenship | 225 | 225 | (C) (CC) | Ø |
| 11. Blakey Hurley (over the phone) | 300 | 300 | (C) (CC) | Ø |
| 12. Kevin Lindsey | 225 | 225 | (C) (CC) | Ø |
| 13. Lorrie Gwinn | 225 | 225 | (C) (CC) | Ø |
| 14. Mary Blair-Johnson | 225 | 225 | (C) (CC) | Ø |
| 15. David Mills. | 225 | 225 | (C) (CC) | Ø |
| 16. Danny Marcus | 225 | 225 | (C) (CC) | Ø |
| 17. Carlos Spence | 225 | 225 | (C) (CC) | Ø |
| 18. Troy Carter | 225 | 225 | (C) (CC) | Ø |

*Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.*

Signature: _[signature]_                    Date: _2_, _8_, _17_

## Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: _Peter Bodai_          Date: _2.13.17._

225/375

| | Patient Name | Amount Owed | Amount Paid | | Balance |
|---|---|---|---|---|---|
| 1. | Jack Stowers | 225 | 225 | (C) (CC) | 0 |
| 2. | Nancy Stowers | 225 | 225 | (C) (CC) | 0 |
| 3. | Jessie Spaulding | 300 | 65 | (C) (CC) | 235 |
| 4. | Alvin Collins | 225 | 225 | (C) (CC) | 0 |
| 5. | Charles Sullivan | 225 | 225 | (C) (CC) | 0 |
| 6. | Michael Young | 225 | 225 | (C) (CC) | 0 |
| 7. | Clinton Kincaid | 225 | 225 | (C) (CC) | 0 |
| 8. | Angela Phipps | 225 | 225 | (C) (CC) | 0 |
| 9. | Donna Dotson | 225 | 225 | (C) (CC) | 0 |
| 10. | Michele Sias | 225 | 225 | (C) (CC) | 0 |
| 11. | Loretta Smith | 225 | 225 | (C) (CC) | 0 |
| 12. | Cecil Runyon | 225 | 225 | (C) (CC) | 0 |
| 13. | Chris Hargis | 225 | 225 | (C) (CC) | 0 |
| 14. | Brent Maynard | 225 | 225 | (C) (CC) | 0 |
| 15. | Joan Justice | 225 | 225 | (C) (CC) | 0 |
| 16. | Billy Justice | 225 | 225 | (C) (CC) | 0 |
| 17. | Betty Hornsby | 420 | 225 | (C) (CC) | 195 |
| 18. | Gerald Hornsby | 395 | 195 | (C) (CC) | 200 |

Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.

Signature: _____          Date: _2_/_13_/_17_

## Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: _Peter Bodai_          Date: _2.13.17._

| | Patient Name | Amount Owed | Amount Paid | | Balance |
|---|---|---|---|---|---|
| 1. | Connie Mcguire | 225 | 225 | (C) (CC) | 0 |
| 2. | Susan Fitzgerald | 225 | 225 | (C) (CC) | 0 |
| 3. | Sam Spadaro | 225 | 225 | (C) (CC) | 0 |
| 4. | Charles McCormick | 225 | 225 | (C) (CC) | 0 |
| 5. | | 225 | | (C) (CC) | |
| 6. | | 1800 | | (C) (CC) | |
| 7. | 225 195 | 225 | | (C) (CC) | |
| 8. | 18 65 | 4050 195 | | (C) (CC) | |
| 9. | 1800 260 | 65 | total | (C) (CC) | |
| 10. | 225 | 4310 | cash deposit | (C) (CC) | |
| 11. | 4050 | | | (C) (CC) | |
| 12. | 260 | 10 | | (C) (CC) | |
| 13. | 4310 | 2·13·17 | | (C) (CC) | |
| 14. | | 4310 | | (C) (CC) | |
| 15. | | -10 petty cash | | (C) (CC) | |
| 16. | | 4300 = total cash | | (C) (CC) | |
| 17. | | 2·13·17 deposit | | (C) (CC) | |
| 18. | | | | (C) (CC) | |

Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.

Signature: _____          Date: ____/____/____

*Daily Payment Collection for Smithers Community Healthcare, P.C.*

Collector: _Peter Boda_    Date: _2.14.17_

_205/375_

| | Patient Name | Amount Owed | Amount Paid | Balance |
|---|---|---|---|---|
| 1. | William Simpkins | 225 | 225 (C) (CC) | 0 |
| 2. | Tammy Dean | 225 | 225 (C) (CC) | 0 |
| 3. | Ralph Eldridge | 225 | 225 (C) (CC) | 0 |
| 4. | Woodrow Hatfield | 225 | 225 (C) (CC) | 0 |
| 5. | Teresa McGraw | 225 | 225 (C) (CC) | 0 |
| 6. | Thomas Stanley | 225 | 225 (C) (CC) | 0 |
| 7. | Tammy Lilly | 225 | 225 (C) (CC) | 0 |
| 8. | Jimmy Lilly | 275 | 275 (C) (CC) | 0 |
| 9. | Debra Moore | 225 | 225 (C) (CC) | 0 |
| 10. | William Moore | 225 | 225 (C) (CC) | 0 |
| 11. | Donna Preece | 225 | 225 (C) (CC) | 0 |
| 12. | Andrew Maynard | 225 | 225 (C) (CC) | 0 |
| 13. | Hazel Maynard | 225 | 225 (C) (CC) | 0 |
| 14. | Jerry Maynard | 225 | 225 (C) (CC) | 0 |
| 15. | Sandra Zachrich | 225 | 225 (C) (CC) | 0 |
| 16. | Sarah R. Moore | 225 | 225 (C) (CC) | 0 |
| 17. | Donald Blankenship | 225 | 225 (C) (CC) | 0 |
| 18. | | 225 16 | (C) (CC) | |

*Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.*

3650
3600
3675
3975

total cash

Signature: _____    Date: _2 / 14 / 17_

to petty
cash? P.O. 2.14.17



## Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: _Peter Bodai_          Date: _2.15.17._

225/375

| | Patient Name | Amount Owed | Amount Paid | Balance |
|---|---|---|---|---|
| 1. | Thomas Shrewsbury | 275 | 175 (C) / 160 (CC) | Ø |
| 2. | Penny Shrewsbury | 375 | 275 (C) (CC) | Ø |
| 3. | Joseph Bevins | 225 | 225 (C) (CC) | Ø |
| 4. | Ronald Fox | 600 | -75 REMS (C) (CC) | 600 |
| 5. | Alan Lucas | 225 | 225 (C) (CC) | Ø |
| 6. | Gene Smith | 225 | 225 (C) (CC) | Ø |
| 7. | Joey Surface | 225 | 225 (C) (CC) | Ø |
| 8. | Calvin Spencer | 225 | 225 (C) (CC) | Ø |
| 9. | Darell Roberts | 225 | 225 (C) (CC) | Ø |
| 10. | Fred Cornell | 225 | 225 (C) (CC) | Ø |
| 11. | William Parker | 225 | 225 (C) (CC) | Ø |
| 12. | Rhonda Klingen | 225 | 225 (C) (CC) | Ø |
| 13. | Charles Patrick | 225 | 225 (C) (CC) | Ø |
| 14. | Cheryl Clay | 225 | 225 (C) (CC) | Ø |
| 15. | Tammie Adams | 225 | 225 (C) (CC) | Ø |
| 16. | Virginia Smith | 225 | 225 (C) (CC) | Ø |
| 17. | Tom B Milani | 225 | 225 (C) (CC) | Ø |
| 18. | Jame Stacy | 225 | 225 (C) (CC) | Ø |

225
14
100

Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.

315
275
215

3465
-50 — Lunch
3415 — Date: 2 / 15 / 17.
-6 — POffice
Signature: _____

3540
-75
3465

3409 — total cash deposit 2-15

$$225 \times 14$$
$$900$$
$$+ 225$$
$$\overline{3150}$$
$$+ 390$$
$$\overline{3540}$$
$$- 75$$
$$\overline{3465}$$
$$- 40$$
$$\overline{3425}$$
$$- 6$$
$$\overline{3419}$$

$$275 + 115$$
$$\overline{390}$$

## Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: _Peter Bodai_                    Date: _2.16.17._

225/375

| Patient Name | Amount Owed | Amount Paid | | Balance |
|---|---|---|---|---|
| 1. Tony Spaulding | 225 | 225 | (C) (CC) | Ø |
| 2. Angel Brown | 225 | 225 | (C) (CC) | Ø |
| 3. Teress Elkins | 225 | 225 | (C) (CC) | Ø |
| 4. Clifford Elkins | 225 | 225 | (C) (CC) | Ø |
| 5. Carlos Tolliver | 225 | 225 | (C) (CC) | Ø |
| 6. Patti Dickens | 225 | 225 | (C) (CC) | Ø |
| 7. Lennie Hartshorn | 225 | 225 | (C) (CC) | Ø |
| 8. Annalee Fletcher | 225 | 225 | (C) (CC) | Ø |
| 9. Elva Cooper | 225 | 225 | (C) (CC) | Ø |
| 10. Ronald Fox  *Paid after the phone remaining balance.* | 300 | 300 | (C) (CC) | Ø |
| 11. Daniel Duncan | 225 | 225. | (C) (CC) | Ø |
| 12. Raymond Rhodes | 225. | 225. | (C) (CC) | Ø |
| 13. Libby Ware | 225 | 225 | (C) (CC) | Ø |
| 14. Zelta Belcher | 225 | 225 | (C) (CC) | Ø |
| 15. Daniel Toler | 225 | (125) | (C) (CC) | 100 |
| 16. | | | (C) (CC) | |
| 17. | 225 13 | | (C) (CC) | |
| 18. | 675 | | (C) (CC) | |

Signature of Collector below reflects their acknowledgement that the above is true and accurate
to the best of their knowledge.

225
225
2125
3050 -1000        2400 total cash deposit
Signature: _____                     640

Date: 2 / 16 / 17
-10 to petty cash
2120-2467

$$225$$
$$\times 13$$
$$\overline{\phantom{0}}$$
$$675$$
$$225$$
$$\overline{2925}$$
$$+ 125$$
$$\overline{3050}$$

$$2.3050 \quad \underset{\text{wages}}{\text{Contractor}}$$
$$- 640$$
$$\overline{2410}$$

## Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: Peter Bodai     225/375     Date: 2.20.17

| Patient Name | Amount Owed | Amount Paid | | Balance |
|---|---|---|---|---|
| 1. Elizabeth Bowman | 225 | 225 | (C) (CC) | 0 |
| 2. Becky McNeely | 225 | 225 | (C) (CC) | 0 |
| 3. Kenneth Toxten | 225 | 225 | (C) (CC) | 0 |
| 4. Matthew Tutter | 225 | 225 | (C) (CC) | 0 |
| 5. Thomas Poff | 225 | 225 | (C) (CC) | 0 |
| 6. ~~Poff Thomas~~ | ~~225~~ | ~~225~~ | (C) (CC) | ~~0~~ |
| 7. Beverly Pennington | 225 | 225 | (C) (CC) | 0 |
| 8. Kevin Alley | 225 | 225 | (C) (CC) | 0 |
| 9. Teresa Anville | 225 | 225 | (C) (CC) | 0 |
| 10. Danny Stevenson | 225 | 225 | (C) (CC) | 0 |
| 11. Heathe Hartshorn | 225 | 225 | (C) (CC) | 0 |
| 12. 225 | | | (C) (CC) | |
| 13. x 8 | 225 | | (C) (CC) | |
| 14. 1400 | 2025  → total | | (C) (CC) | |
| 15. 225 | cash deposit | | (C) (CC) | |
| 16. 1025 | −25 for petty | | (C) (CC) | |
| 17. 2 0 2 5 | cash change | | (C) (CC) | |
| 18. | 2-20-17 | | (C) (CC) | |

Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.

Signature: _____     Date: 2 , 20 , 17

## Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: Peter Bodai                    Date: 2.21.17

225/375

| | Patient Name | Amount Owed | Amount Paid | | Balance |
|---|---|---|---|---|---|
| 1. | Lisa Miller | 225 | 225 | (C) (CC) | Ø |
| 2. | Don Miller | 225 | 225 | (C) (CC) | Ø |
| 3. | John Collins | 225 | 225 | (C) (CC) | Ø |
| 4. | Patricia Johnson | 225 | 225 | (C) (CC) | Ø |
| 5. | Bobby Neal. | 225 | 225 | (C) (CC) | Ø. |
| 6. | Jerry Hansford. | 225 | 225 | (C) (CC) | Ø |
| 7. | Nancy Taylor | 293 | 225 | (C) (CC) | 68 |
| 8. | Sherry Looney | 225 | 225 | (C) (CC) | Ø |
| 9. | Lurlie Coleman | 225 | 225 | (C) (CC) | Ø |
| 10. | Tabitha Tiller | 225 | 225 | (C) (CC) | Ø |
| 11. | David Lumpkin | 225 | 225 | (C) (CC) | Ø |
| 12. | Tammy Lumpkin | 225 | 225 | (C) (CC) | Ø |
| 13. | 225 | | | (C) (CC) | |
| 14. | | | 225 | (C) (CC) | |
| 15. | 225 | | 225 | (C) (CC) | |
| 16. | 225 | | 225 — total cash | (C) (CC) | |
| 17. | 225 | | 2475 deposit | (C) (CC) | |
| 18. | | | -115 to petty cash — | (C) (CC) | |

Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.

Signature: _____   Date: 2 / 21 / 17.

## Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: __Peter Boda__   225/375   Date: __2-22-17__

| | Patient Name | Amount Owed | Amount Paid | Balance |
|---|---|---|---|---|
| 1. | Freddie Shrewsbury. | 225 | 225 (C)(CC) | Ø |
| 2. | Bruce Simpson | 375 | 275 (C)(CC) | Ø |
| 3. | B. Carlos Brown | 225 | 225 (C)(CC) | Ø |
| 4. | Jimmy Columbia | 225 | 225 (C)(CC) | Ø |
| 5. | Charles Jude | 225 | 225 (C)(CC) | Ø |
| 6. | Carl Turner | 225 | 225 (C)(CC) | Ø |
| 7. | Kevin Roberts | 225 | 225 (C)(CC) | Ø |
| 8. | John Massey. | 225 | 225 (C)(CC) | Ø |
| 9. | Robert Richmond. | 225 | 225 (C)(CC) | Ø |
| 10. | Jacqueline Justus | 225 | 225 (C)(CC) | Ø |
| 11. | Joseph Belcher | 225 | 225 (C)(CC) | Ø |
| 12. | 2525 USPS postage | | 10 (C)(CC) | |
| 13. | 225 ×3 | | 2250 (C)(CC) | |
| 14. | × 10   ×5'12 Lunch | | 75   2525 (C)(CC) | |
| 15. | 000   82 | 9225 | 96 (C)(CC) | |
| 16. | 2250   243 0 | 1330 | 2420 (C)(CC) | |
| 17. | 2.275 | 95.55 | 100 to (C)(CC) | |
| 18. | ×252 | 2420 = total cash deposit | petty cash (C) | |

Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.

Signature: _____   Date: __2 / 22 / 17__

*Daily Payment Collection for Smithers Community Healthcare, P.C.*

Collector: _Peter Bodai_       225/375       Date: _2.23.17_

| Patient Name | Amount Owed | Amount Paid | | Balance |
|---|---|---|---|---|
| 1. William Atkins | 225 | 225 | (C) (CC) | ∅ |
| 2. Kandi Brumfield | 225 | 225 | (C) (CC) | ∅ |
| 3. Robert Reed | 225 | 225 | (C) (CC) | ∅ |
| 4. Torrey Patton | 225 | 225 | (C) (CC) | ∅ |
| 5. Antwon Davidson | 225 | 225 | (C) (CC) | ∅ |
| 6. Edric Ball        owe RMS | 300 | -75 | (C) (CC) | 300 |
| 7. Danny Mills      owe RMS. | 300 | -75 | (C) (CC) | 300 |
| 8. Donald Kimble | 225 | 225 | (C) (CC) | ∅ |
| 9. James Runion | 225 | 225 | (C) (CC) | ∅ |
| 10. Stancy Turner | 225 | 225 | (C) (CC) | ∅ |
| 11. Kimberly Collins | 225 | 225 | (C) (CC) | ∅ |
| 12. Denver Harper | 225 | 225 | (C) (CC) | ∅ |
| 13. Linda Ducref | 225 | 225 | (C) (CC) | ∅ |
| 14. ~~Stancy~~ Christo. Tyrrel  Paid remaining balance of phone. | 350 | 350 | (C) (CC) | ∅ |
| 15. | | 2250 | (C) (CC) | |
| 16. 225 ×10 = $2,250  contractor wage | | -150 | (C) (CC) | |
| 17. 006 = 640 1460 | | 2100  2,640 | (C) (CC) | total cash |
| 18. 225 0 RMS  225 150 | -10 petty Cash = 1450 | 450 | (C) (CC) | deposit |

Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.                                    2·23·17

Signature: _____          Date: _2_,_23_,_17_

## Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: _Peter Bodai_          225/375          Date: _2.27.17._

| | Patient Name | Amount Owed | Amount Paid | | Balance |
|---|---|---|---|---|---|
| 1. | Ricky Jessie | 2,470 | 50.00 | (C) (CC) | 2,420 |
| 2. | Rebecca Jessie | 2,745 | 50.00 | (C) (CC) | 2,695 |
| 3. | ~~Deanna Jessie~~ owes $75 PGMS. | 2,025 | 75 | (C) (CC) | 2,325 |
| 4. | Thelma Stacy | 225 | 225 | (C) (CC) | ∅ |
| 5. | Larry Carter | 225 | 225 | (C) (CC) | ∅ |
| 6. | Ruth Rasberry | 525 | 25 | (C) (CC) | 500 |
| 7. | Steven Ferguson | 225 | 225 | (C) (CC) | ∅ |
| 8. | Diana Triplett | 225 | 225 | (C) (CC) | ∅ |
| 9. | Robert Hatfield | 225 | 225 | (C) (CC) | ∅ |
| 10. | Kerry Hatfield | 225 | 225 | (C) (CC) | ∅ |
| 11. | Brian Daniely | 225 | 225 | (C) (CC) | ∅ |
| 12. | Monte Mullins | 225 | 225 | (C) (CC) | ∅ |
| 13. | James Hayward. SR. | 225 | 225 | (C) (CC) | ∅ |
| 14. | | | | (C) (CC) | |
| 15. | | | 225 | (C) (CC) | |
| 16. | | | | (C) (CC) | |
| 17. | | | | total cash (C) (CC) | |
| 18. | | | 1225 deposit | (C) (CC) | |

- 815 to petty cash

Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.

Signature: _____          Date: _2_ / _27_ / _17_.

## Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: Peter Bodai          Date: 2-28-17.

225/375

| Patient Name | Amount Owed | Amount Paid | | Balance |
|---|---|---|---|---|
| 1. Bert Rose | 225 | 225 | (C) (CC) | 0 |
| 2. Thomas Wiley | 225 | 225 | (C) (CC) | 0 |
| 3. John Bradford | 225 | 225 | (C) (CC) | 0 |
| 4. Cody Cline | 225 | 225 | (C) (CC) | 0 |
| 5. Joan Watts | 225 | 25 / 200 | (C) (CC) | 0 |
| 6. Edward Corvin | 225 | 225 | (C) (CC) | 0 |
| 7. Charolette Holback | 225 | 225 | (C) (CC) | 0 |
| 8. Sharee Ballard | 225 | 225 | (C) (CC) | 0 |
| 9. Lacy Baker | 225 | 225 | (C) (CC) | 0 |
| 10. Stephen Hageman | 225 | 225 | (C) (CC) | 0 |
| 11. Dennis Aegerman | 225 | 225 | (C) (CC) | 0 |
| 12. Jimmy Minci | 225 | 225 | (C) (CC) | 0 |
| 13. Sheena Walker | 225 | 225 | (C) (CC) | 0 |
| 14. Joshua Marion | 225 | 225 | (C) (CC) | 0 |
| 15. | | | (C) (CC) | |
| 16. | | | (C) (CC) | |
| 17. | | | (C) (CC) | |
| 18. | | | (C) (CC) | |

225
12
450
225
2700
2725
2723 - office max
2692 - 8/12 to petty cash
2680 = total cash deposit
PD 2-28-17

Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.

Signature: _____          Date: 2/28/17



## Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: _Peter Bodei_                    Date: _3.1.17_

225/375

| | Patient Name | Amount Owed | Amount Paid | | Balance |
|---|---|---|---|---|---|
| 1. | Jimmy Shumate. | 225 | 225 | (C) (CC) | Ø |
| 2. | George Newsome. | 225 | 225 | (C) (CC) | Ø |
| 3. | Marion Maynard. | 225 | 225 | (C) (CC) | Ø |
| 4. | Billy Conley. | 225 | 225 | (C) (CC) | Ø |
| 5. | Kenny Leonard | 225 | 225 | (C) (CC) | Ø |
| 6. | Danny Mullins | 225 | 225 | (C) (CC) | Ø |
| 7. | Alisha Mullins | 225 | 225 | (C) (CC) | Ø |
| 8. | Nathan Gillispie | 225 | 225 | (C) (CC) | Ø |
| 9. | Ottis Horn | 225 | 225 | (C) (CC) | Ø |
| 10. | Charles Grimes | 225 | 225 | (C) (CC) | Ø |
| 11. | Paul Castle. | 225 | 225 | (C) (CC) | Ø |
| 12. | Ronald Clark. | 225 | 225 | (C) (CC) | Ø |
| 13. | Linda Craddock | 375 | 375 | (C) (CC) | Ø |
| 14. | Ray Mills | 225 | 225 | (C) (CC) | Ø |
| 15. | Kimberly Propst | 225 | 225. | (C) (CC) | Ø |
| 16. | Sal Turisi | 225 | 225 | (C) (CC) | 0 |
| 17. | Christie Turisi | 225 | 225 | (C) (CC) | Ø |
| 18. | Thomas Owens | 225 | 225 | (C) (CC) | Ø |

Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.

Signature: _____          Date: _3_ / _1_ / _17_.

## Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: _Peter Bode!_                     Date: _3.1.17._

| | Patient Name | Amount Owed | Amount Paid | Balance |
|---|---|---|---|---|
| 1. | James Simpson | 225 | 225 (C) (CC) | 0 |
| 2. | Ray Phipps | 225 | 225 (C) (CC) | 0 |
| 3. | | | (C) (CC) | |
| 4. | 225 | 225 | (C) (CC) | |
| 5. | x 17 | 17 | (C) (CC) | |
| 6. | 1575 | 1575 | (C) (CC) | |
| 7. | 1575 | 225 | (C) (CC) | |
| 8. | 225 | 3825 | (C) (CC) | |
| 9. | x 3825 | 375 | (C) (CC) | |
| 10. | 2 375 0 | $4200 total | (C) (CC) | |
| 11. | x 4 2 0 | cash deposit | (C) (CC) | |
| 12. | 4 1 | | (C) (CC) | |
| 13. | | $100. | (C) (CC) | |
| 14. | | 3-1-17 | (C) (CC) | |
| 15. | | | (C) (CC) | |
| 16. | | | (C) (CC) | |
| 17. | | | (C) (CC) | |
| 18. | | | (C) (CC) | |

*Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.*

Signature: _____     Date: _____/_____/_____

## Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: _Peter Bodai_                          Date: _3.2.17_

| | Patient Name | Amount Owed | Amount Paid | | Balance |
|---|---|---|---|---|---|
| 1. | David Smith | 375 | (375) | (C) (CC) | Ø |
| 2. | Glady Nutter | 225 | 225 | (C) (CC) | Ø |
| 3. | Phandy Nutter | 225 | 225 | (C) (CC) | Ø |
| 4. | Morgan Gibson | 225 | 225 | (C) (CC) | Ø |
| 5. | Kathy Gibson | 300 | (300) | (C) (CC) | Ø |
| 6. | Shannon Kovaleski | 225 | 225 | (C) (CC) | Ø |
| 7. | Kevin Spaulding | 225 | 225 | (C) (CC) | Ø |
| 8. | William Jenkins | 225 | 225 | (C) (CC) | Ø |
| 9. | Rebecca Compton | 225 | 225 | (C) (CC) | Ø |
| 10. | William Stacy | 225 | 225 | (C) (CC) | Ø |
| 11. | Frank Blair | 225 | 225 | (C) (CC) | Ø |
| 12. | Andrea Evans | 225 | -75 | (C) (CC) | (225) |
| 13. | ~~Evan~~ Reggie Evans-Dial | 225 | -75 | (C) (CC) | 225 |
| 14. | Drema Sexton | 225 | 225 | (C) (CC) | Ø |
| 15. | Sabrina Sexton | 225 | 225 | (C) (CC) | Ø |
| 16. | Penny Coen | 225 | 225 | (C) (CC) | Ø |
| 17. | Edward Woodson | 225 | 225 | (C) (CC) | Ø |
| 18. | Madesia Vance | 225 | 225 | (C) (CC) | Ø |

Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.

Signature: _____                    Date: _3_ / _2_ / _17_

### Daily Payment Collection for Smithers Community Healthcare, P.C.

Collector: _Peter Bodai_                    Date: _3.2.17_

| | Patient Name | Amount Owed | Amount Paid | Balance |
|---|---|---|---|---|
| 1. | Johnnie Tomblin | 225 | 225 (C) (CC) | 0 |
| 2. | Nicole Selby, owe RIMS | 300 | -75 (C) (CC) | (75) |
| 3. | Leonard Hamilton. | 225 | 225 (C) (CC) | 0 |
| 4. | | | (C) (CC) | |
| 5. | 225     375     75 +3 | | (C) (CC) | |
| 6. | +11    +300   225 | 225 | (C) (CC) | |
| 7. | 225    075 | 225 | (C) (CC) | |
| 8. | 225 | 225 | (C) (CC) | |
| 9. | 24 75 | 2475 | (C) (CC) | |
| 10. | 675 | 675    canceled commission for pt 5- | (C) (CC) | |
| 11. | 2 0 11 75 0 | 3150    -225    -50 POM | (C) (CC) | |
| 12. | 225 | 2925 | (C) (CC) | |
| 13. | 2925 | 2925    1 285 | (C) (CC) total cash | |
| 14. | 2 1 | 2 1 285 | (C) (CC) deposit | |
| 15. | | | (C) (CC) | |
| 16. | | -$20 to petty cash | (C) (CC) | |
| 17. | | 2260 | (C) (CC) | |
| 18. | | 2020-    3-2-17 | (C) (CC) | |

*Signature of Collector below reflects their acknowledgement that the above is true and accurate to the best of their knowledge.*

Signature: _____ Date: _____/_____/_____