**Read:** 1/5/2016 9:49:10 AM(UTC-5)

**1/5/2016 1:22:27 PM(UTC-5), +13047419893 (Darryl Williams)**
Remember 1174 Mullins fork rd Stone Ky 41567

**Status:** Read
**Read:** 1/5/2016 4:05:56 PM(UTC-5)

**1/6/2016 9:10:43 AM(UTC-5), +13382795798 (SCH Cell)**
Got 4 he'd ur way:

**Status:** Sent
**Delivered:** 1/6/2016 9:10:48 AM(UTC-5)
**Read:** 1/6/2016 9:16:42 AM(UTC-5)

**1/6/2016 9:11:06 AM(UTC-5), +13362795798 (SCH Cell)**
DR
MB
JasonB
MR

Status: Sent
Delivered: 1/6/2016 9:11:06 AM(UTC-5)
Read: 1/6/2016 9:16:42 AM(UTC-5)

**1/6/2016 9:12:16 AM(UTC-5), +13362795798 (SCH Cell)**
MB and Jason were supposed to be seen on the same day so I just went ahead and took the initiative to take care of him as well.

Status: Sent
Delivered: 1/6/2016 9:12:20 AM(UTC-5)
Read: 1/6/2016 9:16:42 AM(UTC-5)

**1/6/2016 9:12:56 AM(UTC-5), +13362795798 (SCH Cell)**
So that's an additional 4x3=12

Status: Sent
Delivered: 1/6/2016 9:13:00 AM(UTC-5)
Read: 1/6/2016 9:16:42 AM(UTC-5)

**1/6/2016 9:13:53 AM(UTC-5), +13362795798 (SCH Cell)**
I'm not sure what the daily max is with Bluebird...

Status: Sent
Delivered: 1/6/2016 9:13:53 AM(UTC-5)
Read: 1/6/2016 9:16:42 AM(UTC-5)

**1/6/2016 9:17:26 AM(UTC-5), +13362795798 (SCH Cell)**
It's $10,000/month

Status: Sent
Delivered: 1/6/2016 9:17:27 AM(UTC-5)
Read: 1/6/2016 9:17:27 AM(UTC-5)

**1/6/2016 9:17:36 AM(UTC-5), +13362795798 (SCH Cell)**
So we should be good lol

Status: Sent
Delivered: 1/6/2016 9:17:36 AM(UTC-5)
Read: 1/6/2016 9:17:39 AM(UTC-5)

**1/6/2016 2:40:37 PM(UTC-5), +13047419893 (Darryl Williams)**
Cool

Status: Read
Read: 1/6/2016 2:45:58 PM(UTC-5)

**1/12/2016 4:57:29 PM(UTC-5), +13047419893 (Darryl Williams)**
Hey mail me kellie Johnson

Status: Read
Read: 1/12/2016 4:57:52 PM(UTC-5)

**1/12/2016 4:57:59 PM(UTC-5), +13362795798 (SCH Cell)**
Cannot do.

Status: Sent
Delivered: 1/12/2016 4:57:59 PM(UTC-5)
Read: 1/12/2016 4:57:59 PM(UTC-5)

**1/12/2016 4:58:09 PM(UTC-5), +13362795798 (SCH Cell)**
Have to talk to him first.

Status: Sent
Delivered: 1/12/2016 4:58:09 PM(UTC-5)
Read: 1/12/2016 4:58:09 PM(UTC-5)

**1/12/2016 4:58:12 PM(UTC-5), +13047419893 (Darryl Williams)**
Ok

Status: Read
Read: 1/12/2016 4:58:14 PM(UTC-5)

**1/12/2016 4:58:40 PM(UTC-5), +13047419893 (Darryl Williams)**
Should he call on this number

Status: Read
Read: 1/12/2016 5:06:56 PM(UTC-5)

**1/12/2016 5:07:05 PM(UTC-5), +13362795798 (SCH Cell)**
Yes.

Status: Sent
Delivered: 1/12/2016 5:07:06 PM(UTC-5)
Read: 1/12/2016 5:08:59 PM(UTC-5)

**1/12/2016 5:08:26 PM(UTC-5), +13362795798 (SCH Cell)**
If I cannot answer, he SHOULD leave a voicemail.

Status: Sent
Delivered: 1/12/2016 5:08:27 PM(UTC-5)
Read: 1/12/2016 5:08:59 PM(UTC-5)

**1/13/2016 2:51:34 PM(UTC-5), +13047419893 (Darryl Williams)**
Kelly johnson. 606-519-4037

Status: Read
Read: 1/13/2016 3:21:20 PM(UTC-5)

**1/13/2016 3:03:11 PM(UTC-5), +13047419893 (Darryl Williams)**
Robert Daniels.    Darryl Williams.  Samuel Hubbard    Pamela Harlow.  Connie Miller.   Harlow and miller ask if they could get 90 opa 40s they  have been getting 60

Status: Read
Read: 1/13/2016 3:21:20 PM(UTC-5)

857

1/13/2016 3:03:41 PM(UTC-5), +13047419893 (Darryl Williams)
Oh and miller needs script of nurotten

Status: Read
Read: 1/13/2016 3:21:20 PM(UTC-5)

1/13/2016 3:04:10 PM(UTC-5), +13047419893 (Darryl Williams)
Thanks

Status: Read
Read: 1/13/2016 3:21:20 PM(UTC-5)

1/14/2016 5:52:23 PM(UTC-5), +13047419893 (Darryl Williams)
Fat boy is at 606-519-4037.   Just spoke to him

Status: Read
Read: 1/14/2016 6:10:38 PM(UTC-5)

1/14/2016 5:52:52 PM(UTC-5), +13047419893 (Darryl Williams)
Aka ( Kelly Johnson)

Status: Read
Read: 1/14/2016 6:10:38 PM(UTC-5)

1/14/2016 6:10:48 PM(UTC-5), +13382795798 (SCH Cell)
K
Thx

Status: Sent
Delivered: 1/14/2016 6:10:49 PM(UTC-5)
Read: 1/14/2016 6:20:28 PM(UTC-5)

1/15/2016 4:37:43 PM(UTC-5), +13047419893 (Darryl Williams)
Yep

Status: Read
Read: 1/15/2016 4:37:59 PM(UTC-5)

1/15/2016 4:38:05 PM(UTC-5), +13382795798 (SCH Cell)
Excellent

Status: Sent
Delivered: 1/15/2016 4:38:05 PM(UTC-5)
Read: 1/15/2016 4:38:13 PM(UTC-5)

1/15/2016 4:38:17 PM(UTC-5), +13382795798 (SCH Cell)
Sorry to hear the powers out:-/

Status: Sent
Delivered: 1/15/2016 4:38:21 PM(UTC-5)
Read: 1/15/2016 4:38:25 PM(UTC-5)

1/15/2016 4:38:48 PM(UTC-5), +13047419893 (Darryl Williams)
Mail to 1174 Mullins fork rd Stone ky 41567

Status: Read
Read: 1/15/2016 4:38:56 PM(UTC-5)

1/15/2016 4:39:01 PM(UTC-5), +13382795798 (SCH Cell)
K

Status: Sent
Delivered: 1/15/2016 4:39:08 PM(UTC-5)
Read: 1/15/2016 4:39:31 PM(UTC-5)

1/15/2016 4:40:20 PM(UTC-5), +13047419893 (Darryl Williams)
Yep we off da grid

Status: Read
Read: 1/15/2016 4:43:35 PM(UTC-5)

1/15/2016 4:44:18 PM(UTC-5), +13382795798 (SCH Cell)
LoL

Status: Sent
Delivered: 1/15/2016 4:44:18 PM(UTC-5)
Read: 1/15/2016 4:56:27 PM(UTC-5)

1/15/2016 4:44:43 PM(UTC-5), +13382795798 (SCH Cell)
...in more ways than one prolly

Status: Sent
Delivered: 1/15/2016 4:44:44 PM(UTC-5)
Read: 1/15/2016 4:56:27 PM(UTC-5)

1/15/2016 8:35:19 PM(UTC-5), +13047419893 (Darryl Williams)
Did u get to mail them

Status: Read
Read: 1/15/2016 8:35:41 PM(UTC-5)

1/15/2016 8:36:26 PM(UTC-5), +13382795798 (SCH Cell)
Mailed KJs

Status: Sent
Delivered: 1/15/2016 8:36:26 PM(UTC-5)
Read: 1/15/2016 8:36:38 PM(UTC-5)

1/15/2016 8:36:44 PM(UTC-5), +13047419893 (Darryl Williams)
Ok

Status: Read
Read: 1/15/2016 8:36:58 PM(UTC-5)

1/15/2016 8:36:52 PM(UTC-5), +13047419893 (Darryl Williams)
To me

Status: Read
Read: 1/15/2016 8:36:58 PM(UTC-5)

1/15/2016 8:37:09 PM(UTC-5), +13382795798 (SCH Cell)
The address you gave me

Status: Sent
Delivered: 1/15/2016 8:37:10 PM(UTC-5)
Read: 1/15/2016 8:37:11 PM(UTC-5)

1/15/2016 8:37:20 PM(UTC-5), +13047419893 (Darryl Williams)
Cool

Status: Read
Read: 1/15/2016 8:37:29 PM(UTC-5)

1/16/2016 1:08:06 PM(UTC-5), +13382795798 (SCH Cell)
Y'all headed this way today?

Status: Sent
Delivered: 1/16/2016 1:08:12 PM(UTC-5)
Read: 1/16/2016 1:08:22 PM(UTC-5)

1/16/2016 1:09:33 PM(UTC-5), +13047419893 (Darryl Williams)
Not yet.   It's unclear if her son who is in Sanford NC gets out of fire fighting school tommorrow

Status: Read
Read: 1/16/2016 1:09:41 PM(UTC-5)

1/16/2016 1:09:46 PM(UTC-5), +13382795798 (SCH Cell)
LoL

Status: Sent
Delivered: 1/16/2016 1:09:46 PM(UTC-5)
Read: 1/16/2016 1:09:50 PM(UTC-5)

1/16/2016 1:09:52 PM(UTC-5), +13047419893 (Darryl Williams)
Waiting on the call

Status: Read
Read: 1/16/2016 1:09:52 PM(UTC-5)

1/16/2016 1:09:52 PM(UTC-5), +13382795798 (SCH Cell)
K

Status: Sent
Delivered: 1/16/2016 1:09:52 PM(UTC-5)
Read: 1/16/2016 1:09:55 PM(UTC-5)

1/16/2016 1:10:18 PM(UTC-5), +13047419893 (Darryl Williams)
We got power thou

Status: Read
Read: 1/16/2016 1:10:18 PM(UTC-5)



1/16/2016 1:10:22 PM(UTC-5), +13382795798 (SCH Cell)
Tomorrow and Monday are fine as well.

Status: Sent
Delivered: 1/16/2016 1:10:22 PM(UTC-5)
Read: 1/16/2016 1:10:23 PM(UTC-5)

1/16/2016 1:10:34 PM(UTC-5), +13382795798 (SCH Cell)
NICE!

Status: Sent
Delivered: 1/16/2016 1:10:34 PM(UTC-5)
Read: 1/16/2016 1:10:35 PM(UTC-5)

1/16/2016 1:10:37 PM(UTC-5), +13047419893 (Darryl Williams)
Cool

Status: Read
Read: 1/16/2016 1:10:39 PM(UTC-5)

1/19/2016 1:14:27 PM(UTC-5), +13047419893 (Darryl Williams)
Ok our new revised plan is to come down as soon as we get ur next package and collect ur funds and head ur way. Hopefully Friday

1/19/2016 2:18:52 PM(UTC-5), +13047419893 (Darryl Williams)
Text me list of every one u are sending today. So we don't forget anyone.   And mail to DW. At. 1174 Mullins fork rd Stone KY 41567

Status: Read
Read: 1/19/2016 2:19:21 PM(UTC-5)

**1/19/2016 2:19:43 PM(UTC-5), +13382795796 (SCH Cell)**
Will do

Status: Sent
Delivered: 1/19/2016 2:19:43 PM(UTC-5)
Read: 1/19/2016 2:19:45 PM(UTC-5)

**1/19/2016 2:57:18 PM(UTC-5), +13047419893 (Darryl Williams)**
Said we are getting big snow this week end  home health brought me tanks of 02

Status: Read
Read: 1/19/2016 3:07:40 PM(UTC-5)

**1/19/2016 2:57:59 PM(UTC-5), +13047419893 (Darryl Williams)**
Big tanks.   I can for sure travel now baby

Status: Read
Read: 1/19/2016 3:07:40 PM(UTC-5)

**1/19/2016 3:07:48 PM(UTC-5), +13382795796 (SCH Cell)**
Outstanding

Status: Sent
Delivered: 1/19/2016 3:07:52 PM(UTC-5)
Read: 1/19/2016 3:20:29 PM(UTC-5)

**1/19/2016 3:21:29 PM(UTC-5), +13047419893 (Darryl Williams)**
Be sure to get the mail to me by Thursday and u will see me fri or sat

Status: Read
Read: 1/19/2016 3:49:25 PM(UTC-5)

**1/19/2016 3:49:28 PM(UTC-5), +13382795796 (SCH Cell)**
K

Status: Sent
Delivered: 1/19/2016 3:49:28 PM(UTC-5)
Read: 1/19/2016 3:53:14 PM(UTC-5)

**1/19/2016 3:49:53 PM(UTC-5), +13382795796 (SCH Cell)**
All I've got for you this week is you and Robert Daniels.

Status: Sent
Delivered: 1/19/2016 3:49:53 PM(UTC-5)
Read: 1/19/2016 3:53:14 PM(UTC-5)

**1/19/2016 3:49:59 PM(UTC-5), +13382795796 (SCH Cell)**
Anyone else?

Status: Sent
Delivered: 1/19/2016 3:49:59 PM(UTC-5)
Read: 1/19/2016 3:53:14 PM(UTC-5)

**1/19/2016 3:56:28 PM(UTC-5), +13047419893 (Darryl Williams)**
Me.  Robert Daniels.  Lynn Hollaway. Samuel Hubbard.  Geneava bowman. Pamala Harlow. Connie miller

Status: Read
Read: 1/19/2016 3:58:17 PM(UTC-5)

**1/19/2016 3:56:22 PM(UTC-5), +13382795796 (SCH Cell)**
Ty

Status: Sent
Delivered: 1/19/2016 3:58:22 PM(UTC-5)
Read: 1/19/2016 3:59:08 PM(UTC-5)

**1/19/2016 3:59:02 PM(UTC-5), +13382795796 (SCH Cell)**
Is Connie Miller, Rachelle Miller?

Status: Sent
Delivered: 1/19/2016 3:59:02 PM(UTC-5)
Read: 1/19/2016 3:59:08 PM(UTC-5)

**1/19/2016 3:59:15 PM(UTC-5), +13047419893 (Darryl Williams)**
Yes sir

Status: Read
Read: 1/19/2016 3:59:15 PM(UTC-5)

**1/19/2016 4:01:15 PM(UTC-5), +13382795796 (SCH Cell)**
Excellent

Status: Sent
Delivered: 1/19/2016 4:01:16 PM(UTC-5)
Read: 1/19/2016 4:01:20 PM(UTC-5)

**1/19/2016 4:02:06 PM(UTC-5), +13047419893 (Darryl Williams)**
Ky ind.  only ordered 40s

Status: Read
Read: 1/19/2016 4:06:13 PM(UTC-5)

Read: 1/19/2016 4:42:59 PM(UTC-5)

**1/20/2016 5:36:17 PM(UTC-5), +13382795798 (SCH Cell)**
Alright
Should be there tm AM

Status: Sent
Delivered: 1/20/2016 5:36:38 PM(UTC-5)
Read: 1/20/2016 6:37:27 PM(UTC-5)

**1/20/2016 5:36:43 PM(UTC-5), +13382795798 (SCH Cell)**
$70 shipping

Status: Sent
Delivered: 1/20/2016 5:36:44 PM(UTC-5)
Read: 1/20/2016 6:37:27 PM(UTC-5)

**1/21/2016 9:08:12 AM(UTC-5), +13047419893 (Darryl Williams)**
How did u send it   US mail.   Ups.   Fedx

Status: Read
Read: 1/21/2016 9:21:05 AM(UTC-5)

**1/21/2016 9:09:15 AM(UTC-5), +13047419893 (Darryl Williams)**
Slow boat.   Pony express.   Grey hound.   Carrier piegeon

Status: Read
Read: 1/21/2016 9:21:05 AM(UTC-5)

**1/21/2016 9:09:49 AM(UTC-5), +13047419893 (Darryl Williams)**
Lol

Status: Read
Read: 1/21/2016 9:21:05 AM(UTC-5)

**1/21/2016 9:10:38 AM(UTC-5), +13047419893 (Darryl Williams)**
70 bucks.     Must be military

Status: Read
Read: 1/21/2016 9:21:05 AM(UTC-5)

**1/21/2016 9:21:14 AM(UTC-5), +13382795798 (SCH Cell)**
FedEx

Status: Sent
Delivered: 1/21/2016 9:21:19 AM(UTC-5)
Read: 1/21/2016 10:13:00 AM(UTC-5)

**1/21/2016 10:13:07 AM(UTC-5), +13047419893 (Darryl Williams)**
K.   Thanks

Status: Read
Read: 1/21/2016 11:05:14 AM(UTC-5)

**1/21/2016 10:14:26 AM(UTC-5), +13047419893 (Darryl Williams)**
If u have a track number handy send it.  If not NP

Status: Read
Read: 1/21/2016 11:05:14 AM(UTC-5)

**1/21/2016 10:14:51 AM(UTC-5), +13047419893 (Darryl Williams)**
Big snow on here

Status: Read
Read: 1/21/2016 11:05:14 AM(UTC-5)

**1/21/2016 11:09:21 AM(UTC-5), +13382795798 (SCH Cell)**
Nice
It had 10am guaranteed delivery on it...

Status: Sent
Delivered: 1/21/2016 11:09:26 AM(UTC-5)
Read: 1/21/2016 11:26:04 AM(UTC-5)

**1/21/2016 11:09:31 AM(UTC-5), +13382795798 (SCH Cell)**
Should be there soon

Status: Sent
Delivered: 1/21/2016 11:09:32 AM(UTC-5)
Read: 1/21/2016 11:26:04 AM(UTC-5)

**1/21/2016 11:27:57 AM(UTC-5), +13047419893 (Darryl Williams)**
Must be the snow.    It ain't showed yet.    Ups was in the area about a hour ago

**Status:** Read
**Read:** 1/21/2016 12:15:15 PM(UTC-5)

**1/21/2016 1:29:08 PM(UTC-5), +13047419893 (Darryl Williams)**
Still no Fedx

**Status:** Read
**Read:** 1/21/2016 1:30:31 PM(UTC-5)

**1/21/2016 1:31:06 PM(UTC-5), +13382795798 (SCH Cell)**

Attachments:

IMG_8850.jpeg
**Status:** Sent
**Delivered:** 1/21/2016 1:31:06 PM(UTC-5)
**Read:** 1/21/2016 1:33:27 PM(UTC-5)

**1/21/2016 1:33:59 PM(UTC-5), +13047419893 (Darryl Williams)**
Thanks

**Status:** Read
**Read:** 1/21/2016 1:34:44 PM(UTC-5)

**1/21/2016 1:35:03 PM(UTC-5), +13382795798 (SCH Cell)**

Attachments:

IMG_0038.PNG
**Status:** Sent
**Delivered:** 1/21/2016 1:35:03 PM(UTC-5)
**Read:** 1/21/2016 2:24:42 PM(UTC-5)

**1/21/2016 1:35:05 PM(UTC-5), +13382795798 (SCH Cell)**

Attachments:

IMG_0039.PNG
**Status:** Sent
**Delivered:** 1/21/2016 1:35:05 PM(UTC-5)
**Read:** 1/21/2016 2:24:42 PM(UTC-5)

**1/21/2016 5:44:16 PM(UTC-5), +13382795798 (SCH Cell)**
You get it?

**Status:** Sent
**Delivered:** 1/21/2016 5:44:17 PM(UTC-5)
**Read:** 1/21/2016 5:44:43 PM(UTC-5)

**1/21/2016 5:44:59 PM(UTC-5), +13047419893 (Darryl Williams)**
Just got them 1 min ago

**Status:** Read
**Read:** 1/21/2016 5:45:05 PM(UTC-5)

**1/21/2016 5:45:11 PM(UTC-5), +13382795798 (SCH Cell)**
OMG!!!

**Status:** Sent
**Delivered:** 1/21/2016 5:45:11 PM(UTC-5)
**Read:** 1/21/2016 5:45:11 PM(UTC-5)

**1/21/2016 5:45:12 PM(UTC-5), +13047419893 (Darryl Williams)**
Thanks so much

**Status:** Read
**Read:** 1/21/2016 5:45:12 PM(UTC-5)

**1/21/2016 5:45:38 PM(UTC-5), +13382795798 (SCH Cell)**
Fucking paid $30 extra to get them there this AM!!!

**Status:** Sent
**Delivered:** 1/21/2016 5:45:39 PM(UTC-5)
**Read:** 1/21/2016 5:45:39 PM(UTC-5)

**1/21/2016 5:45:42 PM(UTC-5), +13047419893 (Darryl Williams)**
Our roads was really slick

**Status:** Read
**Read:** 1/21/2016 5:45:42 PM(UTC-5)

**1/21/2016 5:46:01 PM(UTC-5), +13382795798 (SCH Cell)**
Must be...

**Status:** Sent
**Delivered:** 1/21/2016 5:46:02 PM(UTC-5)
**Read:** 1/21/2016 5:46:02 PM(UTC-5)



# FedEx Office℠

Address:          3731 BATTLEGROUND AVE
                  GREENSBORO
                  NC 27410
Location:         GSXKO
Device ID:        ~BTC01
Transaction:      870130491535

---

FedEx First Overnight
782471671035        0.3 LB  (S)          70.50
↑ Declared Value    50

Shipment subtotal:        $70.50

Total Due:                $70.50

(S) CreditCard:           $70.50
************9374

●●●○○ **Verizon**  LTE          **1:34 PM**          @ ☻ 67% ▬▬▯
🔒 fedex.com

          Login    Menu

┌─────────────────────────────────┐  ┌───────┐
│  Track Shipment                 │  │   ▶   │
└─────────────────────────────────┘  └───────┘

▶ My Shipments

┌──────────────────────────────────────────┐
│ ⭐ ✏️  **782207569841**                    │
├──────────────────────────────────────────┤



# In transit

*On FedEx vehicle for delivery*
*LANGLEY, KY*

Ship date: 
**Wed 1/20/2016**

MARTINSVILLE, VA US
Scheduled delivery: 
**Thu 1/21/2016**

Stone, KY US

┌──────────────────────────────────────────┐
│          **Customize Delivery**           │
└──────────────────────────────────────────┘

┌──────────────────────────────────────────┐
│         **Request Notifications**         │
└──────────────────────────────────────────┘

●●●○○ Verizon  LTE          1:34 PM          @ ☻ 67% ▮■▯

🔒 fedex.com

## Travel History

| ▲ Date/Time | Activity |
|---|---|
| **▬ 1/21/2016 - Thursday** | |
| 9:08 am | On FedEx vehicle for delivery<br>**LANGLEY, KY** |
| 8:55 am | At local FedEx facility<br>**LANGLEY, KY** |
| 5:26 am | At destination sort facility<br>**HUNTINGTON, WV** |
| 3:25 am | Departed FedEx location<br>**MEMPHIS, TN** |
| **▬ 1/20/2016 - Wednesday** | |
| 11:37 pm | Arrived at FedEx location<br>**MEMPHIS, TN** |
| 7:52 pm | Picked up<br>**GREENSBORO, NC** |
| 5:37 pm | Picked up<br>**GREENSBORO, NC**<br>Tendered at FedEx Office |
| 4:50 pm | Shipment information sent to FedEx |

## Shipment Facts

| | |
|---|---|
| **Tracking number** | 782207569841 |
| **Service** | FedEx First Overnight |
| **Weight** | 0.5 lbs / 0.23 kgs |
| **Total pieces** | 1 |
| **Total shipment weight** | 0.5 lbs / 0.23 kgs |
| **Terms** | Shipper |
| **Packaging** | FedEx Envelope |
| **Special handling section** | Deliver Weekday, Residential Delivery |

1/21/2016 5:46:19 PM(UTC-5), +13382795798 (SCH Cell)
Are you free to talk right now?

Status: Sent
Delivered: 1/21/2016 5:46:19 PM(UTC-5)
Read: 1/21/2016 5:46:21 PM(UTC-5)

1/21/2016 5:46:26 PM(UTC-5), +13382795798 (SCH Cell)
Just need you for a couple of minutes

Status: Sent
Delivered: 1/21/2016 5:46:27 PM(UTC-5)
Read: 1/21/2016 5:46:27 PM(UTC-5)

1/21/2016 5:46:46 PM(UTC-5), +13047419893 (Darryl Williams)
Sure

Status: Read
Read: 1/21/2016 5:46:46 PM(UTC-5)

1/21/2016 6:27:54 PM(UTC-5), +13382795798 (SCH Cell)
By my count:
DR
MB
JB
MR
FW
EB
MS
BH
GH
GB
RP
LK
KJ
RD
DW
SH
CM
PH

Status: Sent
Delivered: 1/21/2016 6:27:59 PM(UTC-5)
Read: 1/21/2016 6:36:22 PM(UTC-5)

1/21/2016 6:28:18 PM(UTC-5), +13382795798 (SCH Cell)
18

Status: Sent
Delivered: 1/21/2016 6:28:18 PM(UTC-5)
Read: 1/21/2016 6:36:22 PM(UTC-5)

1/21/2016 6:28:26 PM(UTC-5), +13382795798 (SCH Cell)
X

Status: Sent
Delivered: 1/21/2016 6:28:26 PM(UTC-5)
Read: 1/21/2016 6:36:22 PM(UTC-5)

1/21/2016 6:28:28 PM(UTC-5), +13382795798 (SCH Cell)
3

Status: Sent
Delivered: 1/21/2016 6:28:29 PM(UTC-5)
Read: 1/21/2016 6:36:22 PM(UTC-5)

1/21/2016 6:28:32 PM(UTC-5), +13382795798 (SCH Cell)
=

Status: Sent
Delivered: 1/21/2016 6:28:33 PM(UTC-5)
Read: 1/21/2016 6:36:22 PM(UTC-5)

1/21/2016 6:29:17 PM(UTC-5), +13382795798 (SCH Cell)
54

Status: Sent
Delivered: 1/21/2016 6:29:21 PM(UTC-5)
Read: 1/21/2016 6:36:22 PM(UTC-5)

1/21/2016 6:36:55 PM(UTC-5), +13047419893 (Darryl Williams)
Sounds right

Status: Read
Read: 1/21/2016 6:37:11 PM(UTC-5)

1/22/2016 10:54:52 AM(UTC-5), +13047419893 (Darryl Williams)
Cars in ditches. Everywhere.   Black ice

Status: Read
Read: 1/22/2016 10:54:54 AM(UTC-5)

1/22/2016 10:58:22 AM(UTC-5), +13382795798 (SCH Cell)
WoW

Status: Sent
Delivered: 1/22/2016 11:00:38 AM(UTC-5)
Read: 1/22/2016 11:00:37 AM(UTC-5)

1/22/2016 10:58:34 AM(UTC-5), +13382795798 (SCH Cell)
How many times/day?

Status: Sent
Delivered: 1/22/2016 11:00:38 AM(UTC-5)
Read: 1/22/2016 11:00:37 AM(UTC-5)

**1/22/2016 11:06:28 AM(UTC-5), +13362795798 (SCH Cell)**
3 or 4?

**Status:** Sent
**Delivered:** 1/22/2016 11:06:34 AM(UTC-5)
**Read:** 1/22/2016 11:22:04 AM(UTC-5)

**1/22/2016 11:06:49 AM(UTC-5), +13362795798 (SCH Cell)**
Are you driving to Kentuckiana today?

**Status:** Sent
**Delivered:** 1/22/2016 11:06:50 AM(UTC-5)
**Read:** 1/22/2016 11:22:04 AM(UTC-5)

**1/22/2016 12:10:18 PM(UTC-5), +13362795798 (SCH Cell)**
Smart

**Status:** Sent
**Delivered:** 1/22/2016 12:10:22 PM(UTC-5)
**Read:** 1/22/2016 12:35:20 PM(UTC-5)

**1/22/2016 2:25:27 PM(UTC-5), +13047419893 (Darryl Williams)**
Made it to Walmart.  Money center is closed. Said 12 workers did not show up

**Status:** Read
**Read:** 1/22/2016 2:25:33 PM(UTC-5)

**1/22/2016 2:25:37 PM(UTC-5), +13362795798 (SCH Cell)**
LoL

**Status:** Sent
**Delivered:** 1/22/2016 2:25:38 PM(UTC-5)
**Read:** 1/22/2016 2:25:41 PM(UTC-5)

**1/22/2016 2:25:41 PM(UTC-5), +13362795798 (SCH Cell)**
WoW

**Status:** Sent
**Delivered:** 1/22/2016 2:25:41 PM(UTC-5)
**Read:** 1/22/2016 2:25:44 PM(UTC-5)

**1/22/2016 2:25:46 PM(UTC-5), +13047419893 (Darryl Williams)**
May be open tommorrow

**Status:** Read
**Read:** 1/22/2016 2:25:47 PM(UTC-5)

**1/22/2016 2:25:50 PM(UTC-5), +13362795798 (SCH Cell)**
Thanks for trying sir!

**Status:** Sent
**Delivered:** 1/22/2016 2:25:51 PM(UTC-5)
**Read:** 1/22/2016 2:25:51 PM(UTC-5)

**1/22/2016 2:27:32 PM(UTC-5), +13047419893 (Darryl Williams)**
I could make a mint today if I had a tow truck

**Status:** Read
**Read:** 1/22/2016 2:27:38 PM(UTC-5)

**1/22/2016 2:27:40 PM(UTC-5), +13362795798 (SCH Cell)**
Yup

**Status:** Sent
**Delivered:** 1/22/2016 2:27:41 PM(UTC-5)
**Read:** 1/22/2016 2:27:50 PM(UTC-5)

**1/22/2016 2:28:19 PM(UTC-5), +13047419893 (Darryl Williams)**
Well me and mike are headed back home

**Status:** Read
**Read:** 1/22/2016 2:41:21 PM(UTC-5)

**1/22/2016 2:41:35 PM(UTC-5), +13362795798 (SCH Cell)**
Is the grocery store open?

**Status:** Sent
**Delivered:** 1/22/2016 2:41:35 PM(UTC-5)
**Read:** 1/22/2016 2:46:32 PM(UTC-5)

**1/22/2016 2:41:44 PM(UTC-5), +13362795798 (SCH Cell)**
Western Union?

**Status:** Sent
**Delivered:** 1/22/2016 2:41:45 PM(UTC-5)
**Read:** 1/22/2016 2:46:32 PM(UTC-5)

**1/24/2016 2:02:44 PM(UTC-5), +13047419893 (Darryl Williams)**
I will call u in 10 min

**Status:** Read
**Read:** 1/24/2016 2:22:26 PM(UTC-5)

**1/25/2016 3:25:06 PM(UTC-5), +13362795798 (SCH Cell)**
How's it goin, sir?

**Status:** Sent
**Delivered:** 1/25/2016 3:25:11 PM(UTC-5)
**Read:** 1/25/2016 9:25:25 PM(UTC-5)

**1/25/2016 3:25:43 PM(UTC-5), +13362795798 (SCH Cell)**
I know you've busy but did you ever get a chance to speak with Fred Runyon?

**Status:** Sent
**Delivered:** 1/25/2016 3:25:47 PM(UTC-5)
**Read:** 1/25/2016 9:25:25 PM(UTC-5)

SCH IMG

| 698 | Timestamp:<br>1/22/2016<br>10:48:42 AM (UTC-5)<br>From:<br>+13362795798<br>SCH Cell*<br>To:<br>+13047419893<br>Darryl.Williams* | Subject: No subject<br>Body:<br>Attachments:<br><br>IMG_2200.jpeg | | Status: Sent | |

1/25/2016 9:03:47 PM(UTC-5), +13382795798 (SCH Cell)
How's it hangin, chief?

Status: Sent
Delivered: 1/25/2016 9:03:52 PM(UTC-5)
Read: 1/25/2016 9:25:25 PM(UTC-5)

1/25/2016 9:27:08 PM(UTC-5), +13047419893 (Darryl Williams)
Sorry just woke up.  Ky ind.   has been out for 2 weeks and was to have them. Sat.   Then today. And still never got them today. Hopefully. Tomm

Status: Read
Read: 1/25/2016 9:29:22 PM(UTC-5)

1/25/2016 9:27:21 PM(UTC-5), +13047419893 (Darryl Williams)
I am still in Louisville

Status: Read
Read: 1/25/2016 9:29:22 PM(UTC-5)

1/25/2016 9:28:20 PM(UTC-5), +13047419893 (Darryl Williams)
I will run Fred down.    I have left him a couple messages. During big snow

Status: Read
Read: 1/25/2016 9:29:22 PM(UTC-5)

1/25/2016 9:28:37 PM(UTC-5), +13047419893 (Darryl Williams)
I will find him

Status: Read
Read: 1/25/2016 9:29:22 PM(UTC-5)

1/25/2016 9:29:39 PM(UTC-5), +13382795798 (SCH Cell)
K

Status: Sent
Delivered: 1/25/2016 9:29:40 PM(UTC-5)
Read: 1/25/2016 9:33:20 PM(UTC-5)

1/25/2016 9:29:43 PM(UTC-5), +13382795798 (SCH Cell)
WoW

Status: Sent
Delivered: 1/25/2016 9:29:44 PM(UTC-5)
Read: 1/25/2016 9:33:20 PM(UTC-5)

1/25/2016 9:31:12 PM(UTC-5), +13382795798 (SCH Cell)
Cool
Thx much!

Status: Sent
Delivered: 1/25/2016 9:31:13 PM(UTC-5)
Read: 1/25/2016 9:33:20 PM(UTC-5)

1/25/2016 9:31:30 PM(UTC-5), +13382795798 (SCH Cell)
...any luck getting your money back?

Status: Sent
Delivered: 1/25/2016 9:31:31 PM(UTC-5)
Read: 1/25/2016 9:33:20 PM(UTC-5)

1/25/2016 9:33:29 PM(UTC-5), +13047419893 (Darryl Williams)
No not yet

Status: Read
Read: 1/25/2016 9:33:29 PM(UTC-5)

1/25/2016 9:34:01 PM(UTC-5), +13047419893 (Darryl Williams)
Should get that off my brother as soon as I get home

Status: Read
Read: 1/25/2016 9:34:02 PM(UTC-5)

1/25/2016 9:34:15 PM(UTC-5), +13382795798 (SCH Cell)
I

Status: Sent
Delivered: 1/25/2016 9:34:18 PM(UTC-5)
Read: 1/25/2016 9:34:26 PM(UTC-5)

1/25/2016 9:36:04 PM(UTC-5), +13382795798 (SCH Cell)
K

Status: Sent
Delivered: 1/25/2016 9:36:07 PM(UTC-5)
Read: 1/25/2016 9:36:32 PM(UTC-5)

1/25/2016 9:36:24 PM(UTC-5), +13382795798 (SCH Cell)
Be safe with all that drivin!

Status: Sent
Delivered: 1/25/2016 9:36:25 PM(UTC-5)
Read: 1/25/2016 9:36:32 PM(UTC-5)

1/25/2016 9:36:44 PM(UTC-5), +13047419893 (Darryl Williams)
Thanks Doc

Status: Read
Read: 1/26/2016 9:16:28 AM(UTC-5)

1/27/2016 9:02:02 AM(UTC-5), +13382795798 (SCH Cell)
Any good news?

Status: Sent
Delivered: 1/27/2016 9:02:07 AM(UTC-5)
Read: 1/27/2016 10:59:58 AM(UTC-5)

1/27/2016 10:56:37 AM(UTC-5), +13362795798 (SCH Cell)
I have 9 of your people scheduled for 2/2/16.

**Status:** Sent
**Delivered:** 1/27/2016 10:56:39 AM(UTC-5)
**Read:** 1/27/2016 10:59:58 AM(UTC-5)

1/27/2016 10:59:28 AM(UTC-5), +13362795798 (SCH Cell)
Attachments:



IMG_0052.JPG
**Status:** Sent
**Delivered:** 1/27/2016 10:59:28 AM(UTC-5)
**Read:** 1/27/2016 10:59:58 AM(UTC-5)

1/27/2016 10:59:32 AM(UTC-5), +13362795798 (SCH Cell)
Attachments:



IMG_0053.JPG
**Status:** Sent
**Delivered:** 1/27/2016 10:59:33 AM(UTC-5)
**Read:** 1/27/2016 10:59:58 AM(UTC-5)

1/27/2016 11:01:01 AM(UTC-5), +13047419893 (Darryl Williams)
Yes I will be meeting my brother. Today

**Status:** Read
**Read:** 1/27/2016 11:01:16 AM(UTC-5)

1/27/2016 11:01:22 AM(UTC-5), +13362795798 (SCH Cell)
Excellent.

**Status:** Sent
**Delivered:** 1/27/2016 11:01:23 AM(UTC-5)
**Read:** 1/27/2016 11:01:23 AM(UTC-5)

1/27/2016 11:01:28 AM(UTC-5), +13047419893 (Darryl Williams)
Will send ur money

**Status:** Read
**Read:** 1/27/2016 11:01:28 AM(UTC-5)

1/27/2016 11:01:46 AM(UTC-5), +13362795798 (SCH Cell)
Bills are coming due unfortunately:-/

**Status:** Sent
**Delivered:** 1/27/2016 11:01:46 AM(UTC-5)
**Read:** 1/27/2016 11:01:46 AM(UTC-5)

1/27/2016 11:02:24 AM(UTC-5), +13362795798 (SCH Cell)
I called and text Fred but his VM is full and I haven't heard back from him... Any luck on your end?

**Status:** Sent
**Delivered:** 1/27/2016 11:02:25 AM(UTC-5)
**Read:** 1/27/2016 11:07:12 AM(UTC-5)

1/27/2016 11:07:54 AM(UTC-5), +13047419893 (Darryl Williams)
No. He ain't answering

**Status:** Read
**Read:** 1/27/2016 11:13:07 AM(UTC-5)

1/27/2016 11:13:20 AM(UTC-5), +13362795798 (SCH Cell)
Hmmmmph

**Status:** Sent
**Delivered:** 1/27/2016 11:13:20 AM(UTC-5)
**Read:** 1/27/2016 11:58:26 AM(UTC-5)

1/27/2016 11:58:52 AM(UTC-5), +13047419893 (Darryl Williams)
Is that the new schedule

**Status:** Read
**Read:** 1/27/2016 12:08:07 PM(UTC-5)

1/27/2016 12:08:23 PM(UTC-5), +13362795798 (SCH Cell)
That's what would be happening next week.

**Status:** Sent
**Delivered:** 1/27/2016 12:08:23 PM(UTC-5)
**Read:** 1/27/2016 12:22:57 PM(UTC-5)

1/27/2016 12:08:43 PM(UTC-5), +13362795798 (SCH Cell)
I won't be seeing any of those patients though until payment is received for this month.

**Status:** Sent
**Delivered:** 1/27/2016 12:08:44 PM(UTC-5)
**Read:** 1/27/2016 12:22:57 PM(UTC-5)

1/27/2016 12:09:45 PM(UTC-5), +13362795798 (SCH Cell)
And unfortunately, depending on my health I may not be open next week. So I would be sending you their prescriptions anyway.

**Status:** Sent
**Delivered:** 1/27/2016 12:09:45 PM(UTC-5)
**Read:** 1/27/2016 12:22:57 PM(UTC-5)





1/27/2016 12:23:11 PM(UTC-5), +13047419893 (Darryl Williams)
Right

Status: Read
Read: 1/27/2016 12:26:45 PM(UTC-5)

1/27/2016 12:23:40 PM(UTC-5), +13047419893 (Darryl Williams)
Cool

Status: Read
Read: 1/27/2016 12:26:45 PM(UTC-5)

1/27/2016 12:24:46 PM(UTC-5), +13047419893 (Darryl Williams)
As soon as my brother gets in town I will text u and Walmart ur funds

Status: Read
Read: 1/27/2016 12:26:45 PM(UTC-5)

1/27/2016 12:27:05 PM(UTC-5), +13382795798 (SCH Cell)
Is that today?

Status: Sent
Delivered: 1/27/2016 12:27:05 PM(UTC-5)
Read: 1/27/2016 12:35:34 PM(UTC-5)

1/27/2016 12:27:22 PM(UTC-5), +13382795798 (SCH Cell)
Excellent
Thank you

Status: Sent
Delivered: 1/27/2016 12:27:23 PM(UTC-5)
Read: 1/27/2016 12:35:34 PM(UTC-5)

1/27/2016 12:35:39 PM(UTC-5), +13047419893 (Darryl Williams)
Yes

Status: Read
Read: 1/27/2016 12:41:45 PM(UTC-5)

Status: Sent
Delivered: 1/27/2016 12:42:17 PM(UTC-5)
Read: 1/27/2016 12:42:26 PM(UTC-5)

1/27/2016 3:01:51 PM(UTC-5), +13382795798 (SCH Cell)
In other news, was able to get a hold of Fred and talk to him.

Status: Sent
Delivered: 1/27/2016 3:01:51 PM(UTC-5)
Read: 1/27/2016 3:06:04 PM(UTC-5)

1/27/2016 3:06:16 PM(UTC-5), +13047419893 (Darryl Williams)
U did talk to him

Status: Read
Read: 1/27/2016 3:06:45 PM(UTC-5)

1/27/2016 3:06:50 PM(UTC-5), +13382795798 (SCH Cell)
Indeed

Status: Sent
Delivered: 1/27/2016 3:06:50 PM(UTC-5)
Read: 1/27/2016 3:06:52 PM(UTC-5)

1/27/2016 4:00:00 PM(UTC-5), +13047419893 (Darryl Williams)
Text me 2 names to send money to

Status: Read
Read: 1/27/2016 4:00:05 PM(UTC-5)

1/27/2016 4:00:14 PM(UTC-5), +13382795798 (SCH Cell)
Joel Smithers

Status: Sent
Delivered: 1/27/2016 4:00:15 PM(UTC-5)
Read: 1/27/2016 4:03:17 PM(UTC-5)

1/27/2016 4:00:25 PM(UTC-5), +13382795798 (SCH Cell)
Angela Smithers

Status: Sent
Delivered: 1/27/2016 4:00:25 PM(UTC-5)
Read: 1/27/2016 4:03:17 PM(UTC-5)

1/27/2016 4:03:40 PM(UTC-5), +13047419893 (Darryl Williams)
Cool I will let u know when the eagle flys

Status: Read
Read: 1/27/2016 4:04:08 PM(UTC-5)

1/27/2016 4:04:07 PM(UTC-5), +13047419893 (Darryl Williams)
My brother should be here by 6

Status: Read
Read: 1/27/2016 4:04:08 PM(UTC-5)

**1/27/2016 4:04:38 PM(UTC-5), +13382795798 (SCH Cell)**
Excellent.
Remember to send the codes.

Status: Sent
Delivered: 1/27/2016 4:04:38 PM(UTC-5)
Read: 1/27/2016 4:04:38 PM(UTC-5)

**1/27/2016 6:07:58 PM(UTC-5), +13047419893 (Darryl Williams)**
Ok Michael Robinette send Joel Smithers 900 Walmart to Walmart. From South Williamson ky.  His phone number is 606-625-7348.   Control number is 651-611-773

Status: Read
Read: 1/27/2016 6:25:43 PM(UTC-5)

**1/27/2016 6:10:37 PM(UTC-5), +13047419893 (Darryl Williams)**
Kelly Johnson  is sending 900 dollars to AS. From south Williamson ky Walmart.   I will text his phone number and control number ASAP

Status: Read
Read: 1/27/2016 6:25:43 PM(UTC-5)

**1/27/2016 6:11:40 PM(UTC-5), +13047419893 (Darryl Williams)**
He will be sending it out in 20 minutes

Status: Read
Read: 1/27/2016 6:25:43 PM(UTC-5)

**1/27/2016 6:12:43 PM(UTC-5), +13047419893 (Darryl Williams)**
If u can pick that up today I can repeat the process again tommorow

Status: Read
Read: 1/27/2016 6:25:43 PM(UTC-5)

**1/27/2016 6:13:21 PM(UTC-5), +13047419893 (Darryl Williams)**
Or I can try to find a western union

Status: Read
Read: 1/27/2016 6:25:43 PM(UTC-5)

**1/27/2016 6:27:07 PM(UTC-5), +13382795798 (SCH Cell)**
I'll let you know once we get it.  I can pick mine up tonight but wife may not be able to get it until tm:-/

Status: Sent
Delivered: 1/27/2016 6:27:12 PM(UTC-5)
Read: 1/27/2016 6:34:06 PM(UTC-5)

**1/27/2016 6:27:46 PM(UTC-5), +13382795798 (SCH Cell)**
I'd find a WU otherwise it's gonna take a while to send all this.

Status: Sent
Delivered: 1/27/2016 6:27:47 PM(UTC-5)
Read: 1/27/2016 6:34:06 PM(UTC-5)

**1/27/2016 6:28:43 PM(UTC-5), +13382795798 (SCH Cell)**
It's gonna take 6 (six) $900 transfers to get us to 5400.

Status: Sent
Delivered: 1/27/2016 6:28:44 PM(UTC-5)
Read: 1/27/2016 6:34:06 PM(UTC-5)

**1/27/2016 6:29:08 PM(UTC-5), +13382795798 (SCH Cell)**
So if you do 3 today... We'll only have 3 left.

Status: Sent
Delivered: 1/27/2016 6:29:09 PM(UTC-5)
Read: 1/27/2016 6:34:06 PM(UTC-5)

**1/27/2016 6:38:32 PM(UTC-5), +13047419893 (Darryl Williams)**
Can I send u 2 today 2 tommorrow and balance in cash Saturday  when Lora and I bring down her sons truck

Status: Read
Read: 1/27/2016 7:18:48 PM(UTC-5)

**1/27/2016 6:38:09 PM(UTC-5), +13047419893 (Darryl Williams)**
Or I will get all of it sent out by tommorrow

Status: Read
Read: 1/27/2016 7:18:48 PM(UTC-5)

**1/27/2016 7:19:04 PM(UTC-5), +13382795798 (SCH Cell)**
Sure

Status: Sent
Delivered: 1/27/2016 7:19:08 PM(UTC-5)
Read: 1/27/2016 7:26:46 PM(UTC-5)

**1/27/2016 7:23:54 PM(UTC-5), +13382795798 (SCH Cell)**
Still haven't gotten KJs control number...

Status: Sent
Delivered: 1/27/2016 7:23:55 PM(UTC-5)
Read: 1/27/2016 7:26:46 PM(UTC-5)

**1/27/2016 7:27:04 PM(UTC-5), +13047419893 (Darryl Williams)**
Yea I am waiting on those guys to text me

Status: Read
Read: 1/27/2016 7:57:53 PM(UTC-5)

**1/27/2016 7:29:17 PM(UTC-5), +13047419893 (Darryl Williams)**
They are next in line

Status: Read
Read: 1/27/2016 7:57:53 PM(UTC-5)

1/27/2016 7:30:34 PM(UTC-5), +13047419893 (Darryl Williams)
Is ur wife picking it up tonight

Status: Read
Read: 1/27/2016 7:57:53 PM(UTC-5)

Status: Read
Read: 1/27/2016 7:57:53 PM(UTC-5)

1/27/2016 7:45:45 PM(UTC-5), +13047419893 (Darryl Williams)
The phone number is 606-625-8947 and I will send you the other in a sec
651684753

Status: Read
Read: 1/27/2016 7:57:53 PM(UTC-5)

1/27/2016 8:00:12 PM(UTC-5), +13362795798 (SCH Cell)
Thank you

Status: Sent
Delivered: 1/27/2016 8:00:12 PM(UTC-5)
Read: 1/27/2016 8:00:13 PM(UTC-5)

1/27/2016 8:00:58 PM(UTC-5), +13047419893 (Darryl Williams)
Ok doc.   Kelly Johnson. 900. To AS. Walmart to Walmart.   From South williamson ky

Status: Read
Read: 1/27/2016 8:00:58 PM(UTC-5)

1/27/2016 8:08:48 PM(UTC-5), +13362795798 (SCH Cell)
I'm not sure if she will be able to tonight... Kids are crazy.

Status: Sent
Delivered: 1/27/2016 8:08:37 PM(UTC-5)
Read: 1/27/2016 8:10:00 PM(UTC-5)

1/27/2016 8:11:23 PM(UTC-5), +13047419893 (Darryl Williams)
Ok well it's there when she can pick it up. Thanks Doc

Status: Read
Read: 1/27/2016 9:51:39 PM(UTC-5)

1/27/2016 9:51:45 PM(UTC-5), +13362795798 (SCH Cell)
Thank you!!!

Status: Sent
Delivered: 1/27/2016 9:51:50 PM(UTC-5)
Read: 1/27/2016 11:40:00 PM(UTC-5)

1/28/2016 10:17:58 AM(UTC-5), +13362795798 (SCH Cell)
Alright, got both picked up this AM

Status: Sent
Delivered: 1/28/2016 10:18:03 AM(UTC-5)
Read: 1/28/2016 10:55:28 AM(UTC-5)

1/28/2016 10:18:19 AM(UTC-5), +13362795798 (SCH Cell)
...guess you can send two tomorrow.

Status: Sent
Delivered: 1/28/2016 10:18:20 AM(UTC-5)
Read: 1/28/2016 10:55:28 AM(UTC-5)

1/28/2016 10:55:46 AM(UTC-5), +13047419893 (Darryl Williams)
Yep

Status: Read
Read: 1/28/2016 1:45:03 PM(UTC-5)

1/28/2016 9:48:45 PM(UTC-5), +13382795798 (SCH Cell)
You got two more payments lined up for tm, sir?

Status: Sent
Delivered: 1/28/2016 9:48:45 PM(UTC-5)
Read: 1/28/2016 9:48:51 PM(UTC-5)

1/28/2016 9:49:17 PM(UTC-5), +13047419893 (Darryl Williams)
Yes I will get them out tommorrow

Status: Read
Read: 1/28/2016 9:50:04 PM(UTC-5)

1/28/2016 9:50:12 PM(UTC-5), +13382795798 (SCH Cell)
Excellent

Status: Sent
Delivered: 1/28/2016 9:50:12 PM(UTC-5)
Read: 1/28/2016 9:50:12 PM(UTC-5)

1/28/2016 9:50:56 PM(UTC-5), +13047419893 (Darryl Williams)
My brother has still not arrived.  ( I was borrowing funds from him to cover my butt from being robbed).   As soon as he gets in I will get the rest out to ya

Status: Read
Read: 1/28/2016 9:51:05 PM(UTC-5)

1/28/2016 9:51:25 PM(UTC-5), +13382795798 (SCH Cell)
K

Status: Sent
Delivered: 1/28/2016 9:51:26 PM(UTC-5)
Read: 1/28/2016 9:51:29 PM(UTC-5)

1/28/2016 9:57:27 PM(UTC-5), +13047419893 (Darryl Williams)
I really respect u doc

Status: Read
Read: 1/28/2016 9:57:28 PM(UTC-5)

1/28/2016 9:58:08 PM(UTC-5), +13382795798 (SCH Cell)
Well thank you, sir

Status: Sent
Delivered: 1/28/2016 9:58:08 PM(UTC-5)
Read: 1/28/2016 9:58:08 PM(UTC-5)

1/28/2016 9:58:10 PM(UTC-5), +13047419893 (Darryl Williams)
I may have me a new coal mine and a order with US Steel

Status: Read
Read: 1/28/2016 9:58:10 PM(UTC-5)

1/28/2016 9:58:27 PM(UTC-5), +13382795798 (SCH Cell)
And why is that exactly?

Status: Sent
Delivered: 1/28/2016 9:58:27 PM(UTC-5)
Read: 1/28/2016 9:58:27 PM(UTC-5)

1/28/2016 9:58:51 PM(UTC-5), +13047419893 (Darryl Williams)
50k tons a month.  At 60 bucks a ton

Status: Read
Read: 1/28/2016 9:58:51 PM(UTC-5)

1/28/2016 9:58:55 PM(UTC-5), +13382795798 (SCH Cell)
The respect that is, why?

Status: Sent
Delivered: 1/28/2016 9:58:55 PM(UTC-5)
Read: 1/28/2016 9:58:55 PM(UTC-5)

1/28/2016 9:59:42 PM(UTC-5), +13047419893 (Darryl Williams)
U could make money without fucking with poor people

Status: Read
Read: 1/28/2016 9:59:43 PM(UTC-5)

1/28/2016 10:00:08 PM(UTC-5), +13047419893 (Darryl Williams)
U got a heart

Status: Read
Read: 1/28/2016 10:00:10 PM(UTC-5)

1/28/2016 10:00:21 PM(UTC-5), +13382795798 (SCH Cell)
$3,000,000/month ain't bad...

Status: Sent
Delivered: 1/28/2016 10:00:21 PM(UTC-5)
Read: 1/28/2016 10:00:21 PM(UTC-5)

1/28/2016 10:00:42 PM(UTC-5), +13382795798 (SCH Cell)
...I thank my parents and God for that.

Status: Sent
Delivered: 1/28/2016 10:00:43 PM(UTC-5)
Read: 1/28/2016 10:00:43 PM(UTC-5)

1/28/2016 10:00:53 PM(UTC-5), +13047419893 (Darryl Williams)
Yep but cost is a dollar more.   Lol

Status: Read
Read: 1/28/2016 10:00:53 PM(UTC-5)

**1/28/2016 10:01:19 PM(UTC-5), +13362795798 (SCH Cell)**
Cost is $61?

Status: Sent
Delivered: 1/28/2016 10:01:19 PM(UTC-5)
Read: 1/28/2016 10:01:19 PM(UTC-5)

**1/28/2016 10:01:45 PM(UTC-5), +13047419893 (Darryl Williams)**
It ain't what u gross it's what u get to keep that counts

Status: Read
Read: 1/28/2016 10:01:46 PM(UTC-5)

**1/28/2016 10:02:05 PM(UTC-5), +13362795798 (SCH Cell)**
You can't cut some costs?

Status: Sent
Delivered: 1/28/2016 10:02:06 PM(UTC-5)
Read: 1/28/2016 10:02:06 PM(UTC-5)

**1/28/2016 10:02:09 PM(UTC-5), +13362795798 (SCH Cell)**
Very true

Status: Sent
Delivered: 1/28/2016 10:02:10 PM(UTC-5)
Read: 1/28/2016 10:02:11 PM(UTC-5)

**1/28/2016 10:03:06 PM(UTC-5), +13047419893 (Darryl Williams)**
Yea

Status: Read
Read: 1/28/2016 10:03:06 PM(UTC-5)

**1/28/2016 10:03:36 PM(UTC-5), +13047419893 (Darryl Williams)**
I used to mine for 12.50 a ton

Status: Read
Read: 1/28/2016 10:03:45 PM(UTC-5)

**1/28/2016 10:04:23 PM(UTC-5), +13362795798 (SCH Cell)**
WoW

Status: Sent
Delivered: 1/28/2016 10:04:23 PM(UTC-5)
Read: 1/28/2016 10:04:24 PM(UTC-5)

**1/28/2016 10:08:14 PM(UTC-5), +13047419893 (Darryl Williams)**
Same seam

Status: Read
Read: 1/28/2016 10:08:10 PM(UTC-5)

**1/28/2016 10:08:37 PM(UTC-5), +13047419893 (Darryl Williams)**
But MSHA is like DEA

Status: Read
Read: 1/28/2016 10:08:10 PM(UTC-5)

**1/28/2016 10:08:43 PM(UTC-5), +13047419893 (Darryl Williams)**
Now days

Status: Read
Read: 1/28/2016 10:08:10 PM(UTC-5)

**1/28/2016 10:10:44 PM(UTC-5), +13047419893 (Darryl Williams)**
Hey can u get a bunch of scripts ou tommorrow for say delivery so I can grab thier payments sat and bring it down this weekend

Status: Read
Read: 1/28/2016 10:10:45 PM(UTC-5)

**1/28/2016 10:11:48 PM(UTC-5), +13047419893 (Darryl Williams)**
They get thier welfare checks tonight or tommorrow night

Status: Read
Read: 1/28/2016 10:11:49 PM(UTC-5)

**1/28/2016 10:12:01 PM(UTC-5), +13362795798 (SCH Cell)**
You mean the next week crew?

Status: Sent
Delivered: 1/28/2016 10:12:02 PM(UTC-5)
Read: 1/28/2016 10:12:02 PM(UTC-5)

875

**1/28/2016 10:12:08 PM(UTC-5), +13047419893 (Darryl Williams)**
Yea

Status: Read
Read: 1/28/2016 10:12:08 PM(UTC-5)

**1/28/2016 10:12:22 PM(UTC-5), +13362795798 (SCH Cell)**
...sure, send me a list of names.

Status: Sent
Delivered: 1/28/2016 10:12:22 PM(UTC-5)
Read: 1/28/2016 10:12:22 PM(UTC-5)

**1/28/2016 10:12:40 PM(UTC-5), +13047419893 (Darryl Williams)**
If I don't grab thier money by say.  They will spend it

Status: Read
Read: 1/28/2016 10:12:46 PM(UTC-5)

**1/28/2016 10:12:48 PM(UTC-5), +13047419893 (Darryl Williams)**
Sat

Status: Read
Read: 1/28/2016 10:12:48 PM(UTC-5)

**1/28/2016 10:12:57 PM(UTC-5), +13362795798 (SCH Cell)**
True

Status: Sent
Delivered: 1/28/2016 10:12:57 PM(UTC-5)
Read: 1/28/2016 10:12:59 PM(UTC-5)

**1/28/2016 10:13:25 PM(UTC-5), +13362795798 (SCH Cell)**
So you'll be using that to my at for this past month?

Status: Sent
Delivered: 1/28/2016 10:13:25 PM(UTC-5)
Read: 1/28/2016 10:13:25 PM(UTC-5)

**1/28/2016 10:14:31 PM(UTC-5), +13047419893 (Darryl Williams)**
If I got thier paper then they will pay and I can bring it down sat or sun and keep down paper work

Status: Read
Read: 1/28/2016 10:15:23 PM(UTC-5)

**1/28/2016 10:15:34 PM(UTC-5), +13362795798 (SCH Cell)**
K

Status: Sent
Delivered: 1/28/2016 10:15:35 PM(UTC-5)
Read: 1/28/2016 10:15:38 PM(UTC-5)

**1/28/2016 10:31:01 PM(UTC-5), +13047419893 (Darryl Williams)**
I might have to find a different address for say delivery

Status: Read
Read: 1/28/2016 10:32:40 PM(UTC-5)

**1/28/2016 10:32:46 PM(UTC-5), +13362795798 (SCH Cell)**
Why?

Status: Sent
Delivered: 1/28/2016 10:32:46 PM(UTC-5)
Read: 1/28/2016 10:32:51 PM(UTC-5)

**1/28/2016 10:33:09 PM(UTC-5), +13047419893 (Darryl Williams)**
I live in the woods

Status: Read
Read: 1/28/2016 10:33:09 PM(UTC-5)

**1/28/2016 10:33:33 PM(UTC-5), +13047419893 (Darryl Williams)**
Deep woods

Status: Read
Read: 1/28/2016 10:33:33 PM(UTC-5)

**1/28/2016 10:35:08 PM(UTC-5), +13362795798 (SCH Cell)**
Oh

Status: Sent
Delivered: 1/28/2016 10:35:06 PM(UTC-5)
Read: 1/29/2016 6:24:56 AM(UTC-5)

**1/29/2016 6:35:27 AM(UTC-5), +13362795798 (SCH Cell)**
List?

Status: Sent
Delivered: 1/29/2016 9:35:32 AM(UTC-5)
Read: 1/29/2016 9:47:02 AM(UTC-5)

**1/29/2016 9:49:12 AM(UTC-5), +13047419893 (Darryl Williams)**
Brian Harlow.  Greg Harlow  Rebecca Pritt. Lora Kicklighter.  Franklin Williams.  Michael Robinette

Status: Read
Read: 1/29/2016 9:51:33 AM(UTC-5)

**1/29/2016 9:50:22 AM(UTC-5), +13047419893 (Darryl Williams)**
Meshelle smith.  She ask for a increase in mgs

Status: Read
Read: 1/29/2016 9:51:33 AM(UTC-5)

**1/29/2016 9:52:10 AM(UTC-5), +13382795798 (SCH Cell)**
What is her best number so I can speak with her directly about that?

Status: Sent
Delivered: 1/29/2016 9:52:11 AM(UTC-5)
Read: 1/29/2016 9:52:16 AM(UTC-5)

**1/29/2016 9:52:43 AM(UTC-5), +13047419893 (Darryl Williams)**
Ok let me get it

Status: Read
Read: 1/29/2016 9:56:03 AM(UTC-5)

**1/29/2016 10:25:30 AM(UTC-5), +13047419893 (Darryl Williams)**
606-353-9640.  Is her home number.   She works at hospital.  I am trying to get her ext

Status: Read
Read: 1/29/2016 10:59:24 AM(UTC-5)

**1/29/2016 10:51:43 AM(UTC-5), +13047419893 (Darryl Williams)**
Ok just talked to meshelle Smith.   She is head Cook at ARH hospital.  606-237-4200 will get u to the cafeteria

Status: Read
Read: 1/29/2016 10:59:24 AM(UTC-5)

**1/29/2016 10:58:32 AM(UTC-5), +13047419893 (Darryl Williams)**
Ok ky aian  Has 90 oxymorphone  30s.  He has no 40s.    And he has 270. 20s

Status: Read
Read: 1/29/2016 10:59:24 AM(UTC-5)

**1/29/2016 10:59:39 AM(UTC-5), +13382795798 (SCH Cell)**
LoL

Status: Sent
Delivered: 1/29/2016 10:59:39 AM(UTC-5)
Read: 1/29/2016 10:59:42 AM(UTC-5)

**1/29/2016 11:00:25 AM(UTC-5), +13047419893 (Darryl Williams)**
Franklin (Scottie Williams) said if u wanted to write him the 30s that would help Ky ania

Status: Read
Read: 1/29/2016 11:00:26 AM(UTC-5)

**1/29/2016 11:03:58 AM(UTC-5), +13047419893 (Darryl Williams)**
They have 90   30s

Status: Read
Read: 1/29/2016 11:04:21 AM(UTC-5)

**1/29/2016 11:05:43 AM(UTC-5), +13382795798 (SCH Cell)**
Thx for the contact info

Status: Sent
Delivered: 1/29/2016 11:05:43 AM(UTC-5)
Read: 1/29/2016 11:05:47 AM(UTC-5)

**1/29/2016 11:05:54 AM(UTC-5), +13047419893 (Darryl Williams)**
U welcome

Status: Read
Read: 1/29/2016 11:05:54 AM(UTC-5)

**1/29/2016 11:07:30 AM(UTC-5), +13047419893 (Darryl Williams)**
Meshelle smith should be on list

Status: Read
Read: 1/29/2016 11:07:31 AM(UTC-5)

**1/29/2016 11:07:42 AM(UTC-5), +13382795798 (SCH Cell)**
K

Status: Sent
Delivered: 1/29/2016 11:07:42 AM(UTC-5)
Read: 1/29/2016 11:07:46 AM(UTC-5)

**1/29/2016 11:08:25 AM(UTC-5), +13382795798 (SCH Cell)**
I appreciate Scottie's willingness but there are other ways to use those 30's.

Status: Sent
Delivered: 1/29/2016 11:08:26 AM(UTC-5)
Read: 1/29/2016 11:08:26 AM(UTC-5)

**1/29/2016 11:08:54 AM(UTC-5), +13382795798 (SCH Cell)**
e.g. for Michelle.

**1/29/2016 11:13:21 AM(UTC-5), +13047419893 (Darryl Williams)**
Let me know if u right any 20 or 30s.  I will call Ky aina.  And have them save them

Status: Read
Read: 1/29/2016 11:18:00 AM(UTC-5)

**1/29/2016 11:18:53 AM(UTC-5), +13382795798 (SCH Cell)**
Well all y'all that normally get 40's sounds like they'll have to fill with 20's.

Status: Sent
Delivered: 1/29/2016 11:18:55 AM(UTC-5)
Read: 1/29/2016 11:20:21 AM(UTC-5)

**1/29/2016 11:21:29 AM(UTC-5), +13047419893 (Darryl Williams)**
Pics can fill 40s on some of them

Status: Read
Read: 1/29/2016 11:40:42 AM(UTC-5)

**1/29/2016 11:21:59 AM(UTC-5), +13047419893 (Darryl Williams)**
Poco

Status: Read
Read: 1/29/2016 11:40:42 AM(UTC-5)

**1/29/2016 11:23:01 AM(UTC-5), +13047419893 (Darryl Williams)**
Ok.  Lora Kicklighters  can do 180 20s. Instead of 90. 40s

Status: Read
Read: 1/29/2016 11:40:42 AM(UTC-5)

**1/29/2016 11:24:40 AM(UTC-5), +13047419893 (Darryl Williams)**
Everyone else can fill at Poca.

Status: Read
Read: 1/29/2016 11:40:42 AM(UTC-5)

**1/29/2016 11:27:07 AM(UTC-5), +13047419893 (Darryl Williams)**
Let me know and I will call Ky aian

Status: Read
Read: 1/29/2016 11:40:42 AM(UTC-5)

**1/29/2016 11:41:33 AM(UTC-5), +13382795798 (SCH Cell)**
I can't rely on Poca to fill all them when they already fill a bunch other of my folks though:-/

Status: Sent
Delivered: 1/29/2016 11:41:34 AM(UTC-5)
Read: 1/29/2016 11:41:39 AM(UTC-5)

**1/29/2016 11:42:29 AM(UTC-5), +13047419893 (Darryl Williams)**
About 5 on the list are regulars at poco

Status: Read
Read: 1/29/2016 11:44:03 AM(UTC-5)

**1/29/2016 11:44:07 AM(UTC-5), +13047419893 (Darryl Williams)**
Mike Robinette. Rebecca pritt.  Franklin Williams.  Mike Bowe.  Are reg custermers at Poca

Status: Read
Read: 1/29/2016 11:44:07 AM(UTC-5)

**1/29/2016 11:44:08 AM(UTC-5), +13047419893 (Darryl Williams)**
Oooooohhhh ok

Status: Sent
Delivered: 1/29/2016 11:44:09 AM(UTC-5)
Read: 1/29/2016 11:44:11 AM(UTC-5)

**1/29/2016 11:45:04 AM(UTC-5), +13047419893 (Darryl Williams)**
Lora.  And Harlows and meshelle smith  has never filled at poco

Status: Read
Read: 1/29/2016 11:45:12 AM(UTC-5)

**1/29/2016 11:45:15 AM(UTC-5), +13382795798 (SCH Cell)**
K

Status: Sent
Delivered: 1/29/2016 11:45:15 AM(UTC-5)
Read: 1/29/2016 11:45:20 AM(UTC-5)

**1/29/2016 11:45:19 AM(UTC-5), +13382795798 (SCH Cell)**
Cool

Status: Sent
Delivered: 1/29/2016 11:45:20 AM(UTC-5)
Read: 1/29/2016 11:45:23 AM(UTC-5)

**1/29/2016 3:12:21 PM(UTC-5), +13047419893 (Darryl Williams)**
Have u mailed them yet

Status: Read
Read: 1/29/2016 3:20:08 PM(UTC-5)

**1/29/2016 3:20:13 PM(UTC-5), +13382795798 (SCH Cell)**
No sir

Status: Sent
Delivered: 1/29/2016 3:20:14 PM(UTC-5)
Read: 1/29/2016 3:20:30 PM(UTC-5)

**1/29/2016 3:20:28 PM(UTC-5), +13382795798 (SCH Cell)**
What address am I sending them to?

Status: Sent
Delivered: 1/29/2016 3:20:28 PM(UTC-5)
Read: 1/29/2016 3:20:30 PM(UTC-5)

**1/29/2016 3:22:04 PM(UTC-5), +13047419893 (Darryl Williams)**
See if u can get a Saturday morning delivery to 1174 Mullins fork rd ·Stone ky 41567

Status: Read
Read: 1/29/2016 3:22:04 PM(UTC-5)

**1/29/2016 3:22:43 PM(UTC-5), +13382795798 (SCH Cell)**
Will dooskies brother

Status: Sent
Delivered: 1/29/2016 3:22:43 PM(UTC-5)
Read: 1/29/2016 3:23:27 PM(UTC-5)

**1/29/2016 3:25:40 PM(UTC-5), +13047419893 (Darryl Williams)**
If they can't guarantee Saturday delivery there.  Send to Dw. C/o. Hampton inn.  831 Hambley Blvd Pikeville Ky 41501

Status: Read
Read: 1/29/2016 3:26:32 PM(UTC-5)

**1/29/2016 3:26:44 PM(UTC-5), +13382795798 (SCH Cell)**
K

Status: Sent
Delivered: 1/29/2016 3:26:45 PM(UTC-5)
Read: 1/29/2016 3:26:48 PM(UTC-5)

**1/29/2016 3:27:10 PM(UTC-5), +13047419893 (Darryl Williams)**
I will be waiting with a different address with the first or 2nd won't work

Status: Read
Read: 1/29/2016 3:38:06 PM(UTC-5)

**1/29/2016 5:22:32 PM(UTC-5), +13047419893 (Darryl Williams)**
Hey you ship them out

Status: Read
Read: 1/29/2016 5:24:55 PM(UTC-5)

**1/29/2016 5:26:08 PM(UTC-5), +13382795798 (SCH Cell)**
Headed to FedEx now... last truck doesn't leave till 645 so should still get there tomorrow morning.  I'll let you know which address works best and obviously which one I send it to.

Status: Sent
Delivered: 1/29/2016 5:26:06 PM(UTC-5)
Read: 1/29/2016 5:27:37 PM(UTC-5)

**1/29/2016 5:26:33 PM(UTC-5), +13382795798 (SCH Cell)**
Y'all make it to Walmart to send out those two other payments today?

Status: Sent
Delivered: 1/29/2016 5:26:33 PM(UTC-5)
Read: 1/29/2016 5:27:37 PM(UTC-5)

**1/29/2016 5:28:47 PM(UTC-5), +13047419893 (Darryl Williams)**
Yes I will.  My brother will defiantly be in town in a hour or so I will get it out

Status: Read
Read: 1/29/2016 5:29:40 PM(UTC-5)

**1/29/2016 5:29:23 PM(UTC-5), +13047419893 (Darryl Williams)**
Also I will collect funds tommorrow.  See u Sunday

Status: Read
Read: 1/29/2016 5:29:40 PM(UTC-5)

**1/29/2016 5:29:45 PM(UTC-5), +13382795798 (SCH Cell)**
Thx much

Status: Sent
Delivered: 1/29/2016 5:29:46 PM(UTC-5)
Read: 1/29/2016 5:29:46 PM(UTC-5)

**1/29/2016 6:07:29 PM(UTC-5), +13382795798 (SCH Cell)**
Going to 1174.
Guaranteed by 10am.

Status: Sent
Delivered: 1/29/2016 6:07:30 PM(UTC-5)
Read: 1/29/2016 6:08:16 PM(UTC-5)

**1/29/2016 6:07:35 PM(UTC-5), +13382795798 (SCH Cell)**
$70.50

Status: Sent
Delivered: 1/29/2016 6:07:35 PM(UTC-5)
Read: 1/29/2016 6:08:16 PM(UTC-5)

**1/29/2016 6:10:48 PM(UTC-5), +13382795798 (SCH Cell)**
Plus previous $70.50 gonna need $141.00 reimbursement for shipping costs at some point.

Status: Sent
Delivered: 1/29/2016 6:10:48 PM(UTC-5)
Read: 1/29/2016 6:14:56 PM(UTC-5)

**1/29/2016 6:15:08 PM(UTC-5), +13047419893 (Darryl Williams)**
K

Status: Read
Read: 1/29/2016 6:22:05 PM(UTC-5)

**1/29/2016 6:15:19 PM(UTC-5), +13047419893 (Darryl Williams)**
Cool

Status: Read
Read: 1/29/2016 6:22:05 PM(UTC-5)

1/29/2016 6:15:43 PM(UTC-5), +13047419893 (Darryl Williams)
Are picking up Walmart tonight or tommorow

Status: Read
Read: 1/29/2016 6:22:05 PM(UTC-5)

1/29/2016 6:22:37 PM(UTC-5), +13362795798 (SCH Cell)
Tonight

Status: Sent
Delivered: 1/29/2016 6:22:37 PM(UTC-5)
Read: 1/29/2016 6:23:52 PM(UTC-5)

1/29/2016 6:22:43 PM(UTC-5), +13362795798 (SCH Cell)
If possible

Status: Sent
Delivered: 1/29/2016 6:22:44 PM(UTC-5)
Read: 1/29/2016 6:23:52 PM(UTC-5)

1/29/2016 6:24:28 PM(UTC-5), +13362795798 (SCH Cell)
Tracking#:
782272023932

Status: Sent
Delivered: 1/29/2016 6:24:29 PM(UTC-5)
Read: 1/29/2016 6:24:29 PM(UTC-5)

1/29/2016 6:24:49 PM(UTC-5), +13047419893 (Darryl Williams)
I got enough to send one out now. (45 mins). What name first

Status: Read
Read: 1/29/2016 6:25:05 PM(UTC-5)

1/29/2016 6:25:12 PM(UTC-5), +13362795798 (SCH Cell)
Joel Smithers

Status: Sent
Delivered: 1/29/2016 6:25:12 PM(UTC-5)
Read: 1/29/2016 6:25:13 PM(UTC-5)

1/29/2016 6:25:15 PM(UTC-5), +13047419893 (Darryl Williams)
My brother still ain't arrived

Status: Read
Read: 1/29/2016 6:25:15 PM(UTC-5)

1/29/2016 6:25:19 PM(UTC-5), +13362795798 (SCH Cell)
K

Status: Sent
Delivered: 1/29/2016 6:25:20 PM(UTC-5)
Read: 1/29/2016 6:25:22 PM(UTC-5)

1/29/2016 6:25:32 PM(UTC-5), +13362795798 (SCH Cell)
We can do both tm

Status: Sent
Delivered: 1/29/2016 6:25:33 PM(UTC-5)
Read: 1/29/2016 6:25:33 PM(UTC-5)

1/29/2016 6:25:42 PM(UTC-5), +13362795798 (SCH Cell)
It's more convenient

Status: Sent
Delivered: 1/29/2016 6:25:43 PM(UTC-5)
Read: 1/29/2016 6:25:43 PM(UTC-5)

1/29/2016 6:25:57 PM(UTC-5), +13047419893 (Darryl Williams)
Ok  Joel. Should have it gone in 45.   I will text in 45

Status: Read
Read: 1/29/2016 6:25:58 PM(UTC-5)

1/29/2016 6:27:57 PM(UTC-5), +13362795798 (SCH Cell)
K

Status: Sent
Delivered: 1/29/2016 6:27:57 PM(UTC-5)
Read: 1/29/2016 6:27:58 PM(UTC-5)

1/29/2016 6:28:32 PM(UTC-5), +13362795798 (SCH Cell)
Either way
Seriously, doing both tomorrow would not be that big of a deal.

Status: Sent
Delivered: 1/29/2016 6:28:32 PM(UTC-5)
Read: 1/29/2016 6:29:58 PM(UTC-5)

1/29/2016 6:30:10 PM(UTC-5), +13047419893 (Darryl Williams)
Ok

Status: Read
Read: 1/29/2016 6:32:19 PM(UTC-5)

1/29/2016 6:31:10 PM(UTC-5), +13047419893 (Darryl Williams)
Just plan getting them tommorow.  But if I can get one or both out tonight I will

Status: Read
Read: 1/29/2016 6:32:19 PM(UTC-5)

1/29/2016 6:32:26 PM(UTC-5), +13362795798 (SCH Cell)
K

Status: Sent
Delivered: 1/29/2016 6:32:26 PM(UTC-5)
Read: 1/29/2016 6:32:30 PM(UTC-5)

1/29/2016 6:32:28 PM(UTC-5), +13382795798 (SCH Cell)
Thx

Status: Sent
Delivered: 1/29/2016 6:32:29 PM(UTC-5)
Read: 1/29/2016 6:32:32 PM(UTC-5)

1/29/2016 8:13:10 PM(UTC-5), +13047419893 (Darryl Williams)
900.  Walmart to Walmart  to JS from Michael Robinette  6534-1626-8. His phone number is 606-625-7348

Status: Read
Read: 1/29/2016 8:21:06 PM(UTC-5)

1/29/2016 8:13:42 PM(UTC-5), +13047419893 (Darryl Williams)
Send the other. To AS  tomm

Status: Read
Read: 1/29/2016 8:21:06 PM(UTC-5)

1/29/2016 8:21:19 PM(UTC-5), +13382795798 (SCH Cell)
Sounds good!

Status: Sent
Delivered: 1/29/2016 8:21:24 PM(UTC-5)
Read: 1/29/2016 8:52:24 PM(UTC-5)

1/29/2016 8:21:29 PM(UTC-5), +13382795798 (SCH Cell)
Thx much

Status: Sent
Delivered: 1/29/2016 8:21:31 PM(UTC-5)
Read: 1/29/2016 8:52:24 PM(UTC-5)

1/29/2016 8:57:03 PM(UTC-5), +13047419893 (Darryl Williams)
From south Williamson KY

Status: Read
Read: 1/29/2016 10:33:51 PM(UTC-5)

1/29/2016 10:41:22 PM(UTC-5), +13047419893 (Darryl Williams)
Hey did any one get 30s

Status: Read
Read: 1/30/2016 8:39:31 AM(UTC-5)

1/29/2016 10:41:37 PM(UTC-5), +13047419893 (Darryl Williams)
Or 20s

Status: Read
Read: 1/30/2016 8:39:31 AM(UTC-5)

1/30/2016 8:39:50 AM(UTC-5), +13382795798 (SCH Cell)
20's & 40's

Status: Sent
Delivered: 1/30/2016 8:39:54 AM(UTC-5)
Read: 1/30/2016 8:41:26 AM(UTC-5)

1/30/2016 8:40:18 AM(UTC-5), +13382795798 (SCH Cell)
He can fill the 40's with 20's

Status: Sent
Delivered: 1/30/2016 8:40:23 AM(UTC-5)
Read: 1/30/2016 8:41:26 AM(UTC-5)

1/30/2016 8:41:31 AM(UTC-5), +13047419893 (Darryl Williams)
K

Status: Read
Read: 1/30/2016 5:11:13 PM(UTC-5)

1/30/2016 5:04:28 PM(UTC-5), +13047419893 (Darryl Williams)
Hey you want this wire to AS.     It will be done in a hour

Status: Read
Read: 1/30/2016 5:11:13 PM(UTC-5)

1/30/2016 5:11:20 PM(UTC-5), +13382795798 (SCH Cell)
AS

Status: Sent
Delivered: 1/30/2016 5:11:21 PM(UTC-5)
Read: 1/30/2016 5:11:26 PM(UTC-5)

1/30/2016 5:11:57 PM(UTC-5), +13047419893 (Darryl Williams)
Cool.    Kelly Johnson  is going to be sending it

Status: Read
Read: 1/30/2016 5:12:14 PM(UTC-5)

1/30/2016 5:12:23 PM(UTC-5), +13047419893 (Darryl Williams)
I will text u info  within a hour

Status: Read
Read: 1/30/2016 5:12:24 PM(UTC-5)

1/30/2016 5:12:47 PM(UTC-5), +13382795798 (SCH Cell)
Sweet
Thx!

Status: Sent
Delivered: 1/30/2016 5:12:47 PM(UTC-5)
Read: 1/30/2016 5:12:51 PM(UTC-5)

1/30/2016 5:12:58 PM(UTC-5), +13047419893 (Darryl Williams)
U welcome

Status: Read
Read: 1/30/2016 6:09:59 PM(UTC-5)

883

**1/30/2016 6:08:11 PM(UTC-5), +13047419893 (Darryl Williams)**
Kelly Johnson. 900. W2W. To AS from south Williamson ky. His phone number 606-625-8947. Control. 653-876-511

Status: Read
Read: 1/30/2016 6:09:59 PM(UTC-5)

**1/30/2016 6:10:07 PM(UTC-5), +13382795798 (SCH Cell)**
Outstanding

Status: Sent
Delivered: 1/30/2016 6:10:07 PM(UTC-5)
Read: 1/30/2016 6:10:19 PM(UTC-5)

**1/30/2016 6:10:35 PM(UTC-5), +13382795798 (SCH Cell)**
What time shall I see thee tomorrow, sir?

Status: Sent
Delivered: 1/30/2016 6:10:36 PM(UTC-5)
Read: 1/30/2016 6:10:40 PM(UTC-5)

**1/30/2016 6:11:04 PM(UTC-5), +13047419893 (Darryl Williams)**
Not sure yet. Let u know ASAP

Status: Read
Read: 1/30/2016 6:11:04 PM(UTC-5)

**1/30/2016 6:11:10 PM(UTC-5), +13382795798 (SCH Cell)**
K

Status: Sent
Delivered: 1/30/2016 6:11:10 PM(UTC-5)
Read: 1/30/2016 6:11:14 PM(UTC-5)

**1/31/2016 9:30:40 AM(UTC-5), +13382795798 (SCH Cell)**
Any idea when you'll be here today, sir?

Status: Sent
Delivered: 1/31/2016 9:30:41 AM(UTC-5)
Read: 1/31/2016 9:30:48 AM(UTC-5)

**1/31/2016 9:31:47 AM(UTC-5), +13047419893 (Darryl Williams)**
Guy is putting rear brakes on truck Lora bought her son

Status: Read
Read: 1/31/2016 9:38:14 AM(UTC-5)

**1/31/2016 9:32:35 AM(UTC-5), +13047419893 (Darryl Williams)**
Looks like it will be late. Maybe even tommorrow if it gets 2 late

Status: Read
Read: 1/31/2016 9:38:14 AM(UTC-5)

**1/31/2016 9:38:22 AM(UTC-5), +13382795798 (SCH Cell)**
K

Status: Sent
Delivered: 1/31/2016 9:38:22 AM(UTC-5)
Read: 1/31/2016 9:42:50 AM(UTC-5)

**2/1/2016 1:03:50 PM(UTC-5), +13047419893 (Darryl Williams)**
Can you get anyone to pickup a wire for ya

Status: Read
Read: 2/1/2016 1:33:18 PM(UTC-5)

**2/1/2016 1:04:14 PM(UTC-5), +13047419893 (Darryl Williams)**
It will be Friday before we head South

Status: Read
Read: 2/1/2016 1:33:18 PM(UTC-5)

**2/1/2016 1:34:02 PM(UTC-5), +13382795798 (SCH Cell)**
We can do two more today bigboy

Status: Sent
Delivered: 2/1/2016 1:34:03 PM(UTC-5)
Read: 2/1/2016 1:34:09 PM(UTC-5)

**2/1/2016 1:34:34 PM(UTC-5), +13047419893 (Darryl Williams)**
Got to watch how much u guys do

Status: Read
Read: 2/1/2016 1:34:59 PM(UTC-5)

**2/1/2016 1:34:53 PM(UTC-5), +13047419893 (Darryl Williams)**
But ok. I will get them out

Status: Read
Read: 2/1/2016 1:34:59 PM(UTC-5)

**2/1/2016 1:35:22 PM(UTC-5), +13382795798 (SCH Cell)**
That will cover the initial 54.

Status: Sent
Delivered: 2/1/2016 1:35:22 PM(UTC-5)
Read: 2/1/2016 1:35:28 PM(UTC-5)

**2/1/2016 1:35:42 PM(UTC-5), +13047419893 (Darryl Williams)**
Yep then another 2100

Status: Read
Read: 2/1/2016 1:35:43 PM(UTC-5)

**2/1/2016 1:35:54 PM(UTC-5), +13047419893 (Darryl Williams)**
I think

Status: Read
Read: 2/1/2016 1:35:54 PM(UTC-5)

**2/1/2016 1:36:05 PM(UTC-5), +13362795798 (SCH Cell)**
Still owe for these last 7 (=$21) + $141 for shipping.

Status: Sent
Delivered: 2/1/2016 1:36:05 PM(UTC-5)
Read: 2/1/2016 1:36:13 PM(UTC-5)

**2/1/2016 1:36:13 PM(UTC-5), +13362795798 (SCH Cell)**
Correct

Status: Sent
Delivered: 2/1/2016 1:36:14 PM(UTC-5)
Read: 2/1/2016 1:36:14 PM(UTC-5)

**2/1/2016 1:37:01 PM(UTC-5), +13047419893 (Darryl Williams)**
Ok I need steel and burl. Mike Bowe and Samuel Hubbard

Status: Read
Read: 2/1/2016 1:37:03 PM(UTC-5)

**2/1/2016 1:38:40 PM(UTC-5), +13047419893 (Darryl Williams)**
Everyone got their check in but where u put fill dates on them. They won't pick them up till fill date

Hard to out smart the dumbest hillbilly. Lol

Status: Read
Read: 2/1/2016 1:38:40 PM(UTC-5)

**2/1/2016 1:41:36 PM(UTC-5), +13362795798 (SCH Cell)**
K.
They're still getting their scripts though!  It's no fucking different than the hillbilly that paid $600 straight up for two month's worth and got them both post-dated!

Status: Sent
Delivered: 2/1/2016 1:41:37 PM(UTC-5)
Read: 2/1/2016 1:41:48 PM(UTC-5)

**2/1/2016 1:43:14 PM(UTC-5), +13047419893 (Darryl Williams)**
I know.   One of them came and paid.  Seen fill date.   And I am sure called everyone else.  Lol

Status: Read
Read: 2/1/2016 1:43:21 PM(UTC-5)

**2/1/2016 1:44:40 PM(UTC-5), +13047419893 (Darryl Williams)**
I will bring balance ( 2100) down Friday.   Everyone will pick them up by then

Status: Read
Read: 2/1/2016 1:44:43 PM(UTC-5)

**2/1/2016 1:44:49 PM(UTC-5), +13362795798 (SCH Cell)**
K

Status: Sent
Delivered: 2/1/2016 1:44:49 PM(UTC-5)
Read: 2/1/2016 1:44:53 PM(UTC-5)

**2/1/2016 1:45:15 PM(UTC-5), +13047419893 (Darryl Williams)**
Got the boys going to Walmart shortly

Status: Read
Read: 2/1/2016 1:46:33 PM(UTC-5)

**2/1/2016 1:47:15 PM(UTC-5), +13362795798 (SCH Cell)**
$2241?

Status: Sent
Delivered: 2/1/2016 1:47:16 PM(UTC-5)
Read: 2/1/2016 1:47:21 PM(UTC-5)

**2/1/2016 1:47:56 PM(UTC-5), +13047419893 (Darryl Williams)**
Did u have to take ur shoes off to count that fur

Status: Read
Read: 2/1/2016 1:47:56 PM(UTC-5)

**2/1/2016 1:48:10 PM(UTC-5), +13047419893 (Darryl Williams)**
K u right

Status: Read
Read: 2/1/2016 1:48:11 PM(UTC-5)

**2/1/2016 1:48:14 PM(UTC-5), +13362795798 (SCH Cell)**
LoL
Not yet

Status: Sent
Delivered: 2/1/2016 1:48:15 PM(UTC-5)
Read: 2/1/2016 1:48:15 PM(UTC-5)

**2/1/2016 1:48:32 PM(UTC-5), +13362795798 (SCH Cell)**
The brakes go on ok?

Status: Sent
Delivered: 2/1/2016 1:48:32 PM(UTC-5)
Read: 2/1/2016 1:48:32 PM(UTC-5)

**2/1/2016 1:48:57 PM(UTC-5), +13047419893 (Darryl Williams)**
?

Status: Read
Read: 2/1/2016 1:49:01 PM(UTC-5)

**2/1/2016 1:52:28 PM(UTC-5), +13047419893 (Darryl Williams)**
Text u with con numbers in a hour or so

Status: Read
Read: 2/1/2016 1:52:33 PM(UTC-5)

**2/1/2016 1:53:17 PM(UTC-5), +13362795798 (SCH Cell)**
The reason y'all couldn't come down this weekend?

Status: Sent
Delivered: 2/1/2016 1:53:17 PM(UTC-5)
Read: 2/1/2016 1:53:21 PM(UTC-5)

**2/1/2016 1:55:59 PM(UTC-5), +13047419893 (Darryl Williams)**
Ford ranger truck we bought needed rear brakes. Drums. Pads. Wheel cylinder.    Got all the parts and they would not work.  Truck had 10inch pads and advance give ur 9 inch. Had to take back and order 10 inch

Status: Read
Read: 2/1/2016 1:57:22 PM(UTC-5)

**2/1/2016 1:57:16 PM(UTC-5), +13047419893 (Darryl Williams)**
Ford is wierd.  2 identical trucks with nearly same vin will have different parts

Status: Read
Read: 2/1/2016 1:57:22 PM(UTC-5)

**2/1/2016 1:57:51 PM(UTC-5), +13362795798 (SCH Cell)**
Weird indeed

Status: Sent
Delivered: 2/1/2016 1:57:51 PM(UTC-5)
Read: 2/1/2016 1:57:51 PM(UTC-5)

Status: Sent
Delivered: 2/1/2016 2:02:01 PM(UTC-5)
Read: 2/1/2016 2:04:24 PM(UTC-5)

**2/1/2016 2:40:45 PM(UTC-5), +13047419893 (Darryl Williams)**
Michael Robinette to Js 900 to NC from south Williamson Ky. Phone number 606-625-7348.  6551-45773

Status: Read
Read: 2/1/2016 2:40:48 PM(UTC-5)

**2/1/2016 2:40:58 PM(UTC-5), +13362795798 (SCH Cell)**
Beautiful

Status: Sent
Delivered: 2/1/2016 2:40:58 PM(UTC-5)
Read: 2/1/2016 2:40:59 PM(UTC-5)

**2/1/2016 2:44:49 PM(UTC-5), +13047419893 (Darryl Williams)**
Franklin Williams to AS 900 from South Williamson  ky Walmart.   Phone 606-519-6007.   Con number 65491-7836

Status: Read
Read: 2/1/2016 2:50:55 PM(UTC-5)

**2/1/2016 2:45:14 PM(UTC-5), +13047419893 (Darryl Williams)**
Cha ching

Status: Read
Read: 2/1/2016 2:50:55 PM(UTC-5)

**2/1/2016 2:47:05 PM(UTC-5), +13047419893 (Darryl Williams)**
I will have the other 7 by Friday. And also postage fees

Status: Read
Read: 2/1/2016 2:50:55 PM(UTC-5)

**2/1/2016 2:51:57 PM(UTC-5), +13362795798 (SCH Cell)**
Excellent
Thank ya sir

Status: Sent
Delivered: 2/1/2016 2:51:57 PM(UTC-5)
Read: 2/1/2016 2:53:23 PM(UTC-5)

2/1/2016 2:53:42 PM(UTC-5); +13047419893 (Darryl Williams)
NP

Status: Read
Read: 2/1/2016 3:02:43 PM(UTC-5)

2/1/2016 2:54:52 PM(UTC-5); +13047419893 (Darryl Williams)

Attachments:



IMG_20160129_192216728_HDR.jpg        IMG_20160129_192216728_HDR.jpg

Status: Read
Read: 2/1/2016 3:02:43 PM(UTC-5)

2/1/2016 3:03:22 PM(UTC-5); +13362795798 (SCH Cell)
Looks good

Status: Sent
Delivered: 2/1/2016 3:03:23 PM(UTC-5)
Read: 2/1/2016 3:22:18 PM(UTC-5)

2/1/2016 3:22:48 PM(UTC-5); +13047419893 (Darryl Williams)
Ok.   U mailing anything today or tommorrow

Status: Read
Read: 2/1/2016 3:55:30 PM(UTC-5)

2/1/2016 3:26:24 PM(UTC-5); +13047419893 (Darryl Williams)
Ky aian. Dont have any 40s but Has 90 oxymorphone 30s and John Harlow is willing to accept the 30s instead of 40s. But KYania  says they need a new rx that says 30s  instead of 40s

Status: Read
Read: 2/1/2016 3:55:30 PM(UTC-5)

2/1/2016 3:27:43 PM(UTC-5); +13047419893 (Darryl Williams)
If you could change that and mail it out for tomm delivery to KYania. Greg could get those filled tommorrow

Status: Read
Read: 2/1/2016 3:55:30 PM(UTC-5)

2/1/2016 3:28:56 PM(UTC-5); +13047419893 (Darryl Williams)
I think Poca will fill the rest when it's time to fill the rest

Status: Read
Read: 2/1/2016 3:55:30 PM(UTC-5)

2/1/2016 3:31:35 PM(UTC-5); +13047419893 (Darryl Williams)
Sorry he can fill wensday so u can mail today or tommorrow and he can pick them up wensday

Status: Read
Read: 2/1/2016 3:55:30 PM(UTC-5)

2/1/2016 3:35:54 PM(UTC-5); +13047419893 (Darryl Williams)
Talked to Fred Runyon

Status: Read
Read: 2/1/2016 3:55:30 PM(UTC-5)

2/1/2016 3:55:54 PM(UTC-5); +13362795798 (SCH Cell)
I'm not planning on mailing anything today.

Status: Sent
Delivered: 2/1/2016 3:55:54 PM(UTC-5)
Read: 2/1/2016 3:57:05 PM(UTC-5)

2/1/2016 3:56:32 PM(UTC-5); +13362795798 (SCH Cell)
Could you get me a complete list of names to cross-reference with what I'm looking at here on the schedule, pretty please?

Status: Sent
Delivered: 2/1/2016 3:56:33 PM(UTC-5)
Read: 2/1/2016 3:57:05 PM(UTC-5)

2/1/2016 3:56:45 PM(UTC-5); +13362795798 (SCH Cell)
Oh, what did Mr. Fred have to say?

Status: Sent
Delivered: 2/1/2016 3:56:46 PM(UTC-5)
Read: 2/1/2016 3:57:05 PM(UTC-5)

2/1/2016 4:00:58 PM(UTC-5); +13047419893 (Darryl Williams)
Said he would call me back.   He ask what u was really needing.    I told him u would like to get him to prepare ur taxs and just make sure u wasnt leaving any money on the table

Status: Read
Read: 2/1/2016 4:05:07 PM(UTC-5)

2/1/2016 4:06:10 PM(UTC-5); +13362795798 (SCH Cell)
No, I want H&R Block to prepare them.  I want him to help with strategy and second opinions.

Status: Sent
Delivered: 2/1/2016 4:06:12 PM(UTC-5)
Read: 2/1/2016 4:08:45 PM(UTC-5)

2/1/2016 4:06:37 PM(UTC-5); +13362795798 (SCH Cell)
And I've discussed this with him already.  He knows this.

Status: Sent
Delivered: 2/1/2016 4:06:39 PM(UTC-5)
Read: 2/1/2016 4:08:45 PM(UTC-5)

S.WILLIAMSON,KY 41503

MONEY TRANSFER BY RIA (COPYRIGHT)

RIA FINANCIAL SERVICES
6565 Knott Avenue
Buena Park, CA 90620
1 (855) 355-2144
www.riafinancial.com

This transaction is subject to the
Terms and Conditions of Ria

Date: 01-29-2016
Time: 19:20:49 PM

Sender Information:
MICHAEL ROBINETTE
2352 RUYON BRANCH RD
PINSONFORK,KY 41555
Phone:6066257340

Recipient Information
JOEL SMITHERS

Destination Country: United States
Destination State: North Carolina
Service Type:
Walmart2Walmart 10 Min Service - USD

Reference Number: 653416268

Date Available for Recipient Pickup:
2016-01-29 7:30 PM EST

*May be available sooner*

S.WILLIAMSON,KY 41503

MONEY TRANSFER BY RIA (COPYRIGHT)

RIA FINANCIAL SERVICES
6565 Knott Avenue
Buena Park, CA 90620
1 (855) 355-2144
www.riafinancial.com

This transaction is subject to the
Terms and Conditions of Ria

Date: 01-29-2016
Time: 19:20:49 PM

Sender Information:
MICHAEL ROBINETTE
2352 RUYON BRANCH RD
PINSONFORK,KY 41555
Phone:6066257348

Recipient Information
JOEL SMITHERS

Destination Country: United States
Destination State: North Carolina
Service Type:
Walmart2Walmart 10 Min Service - USD

Reference Number: 653416268

Date Available for Recipient Pickup:
2016-01-29 7:30 PM EST

*May be available sooner*

Transfer Amount: 900.00 USD
Transfer Fees: $9.54 US

**2/1/2016 4:09:08 PM(UTC-5), +13047419893 (Darryl Williams)**
Yea.  He was mainly checking on my health

Status: Read
Read: 2/1/2016 4:14:20 PM(UTC-5)

**2/1/2016 4:29:59 PM(UTC-5), +13047419893 (Darryl Williams)**
I have u 3 new patients two of Deborah Renyolds Brothers and a life long friend of mine.    The 2 brothers are David and Roger Edmiston.
And my friend is Dickie Richard vickers JR.   These guys used to go to Florida to pain clinics.   And has been getting  hydros latley

Status: Read
Read: 2/1/2016 4:40:23 PM(UTC-5)

**2/1/2016 4:42:05 PM(UTC-5), +13362795798 (SCH Cell)**
Interesting...
We will follow my new policy: most recent imaging studies, blood work, and referral if possible from their primary doc/provider.

Status: Sent
Delivered: 2/1/2016 4:42:05 PM(UTC-5)
Read: 2/1/2016 4:46:46 PM(UTC-5)

**2/1/2016 4:42:57 PM(UTC-5), +13362795798 (SCH Cell)**
That info plus a cover sheet with name, DoB, & best phone #'s can be faxed here:
844-550-7109

Status: Sent
Delivered: 2/1/2016 4:42:57 PM(UTC-5)
Read: 2/1/2016 4:46:46 PM(UTC-5)

**2/1/2016 4:43:21 PM(UTC-5), +13362795798 (SCH Cell)**
I will call them and schedule appointments after the above is completed.

Status: Sent
Delivered: 2/1/2016 4:43:21 PM(UTC-5)
Read: 2/1/2016 4:46:46 PM(UTC-5)

**2/1/2016 4:47:38 PM(UTC-5), +13047419893 (Darryl Williams)**
Let me know when u have picked up ur wires

Status: Read
Read: 2/1/2016 4:48:04 PM(UTC-5)

**2/1/2016 4:48:06 PM(UTC-5), +13362795798 (SCH Cell)**
K

Status: Sent
Delivered: 2/1/2016 4:48:06 PM(UTC-5)
Read: 2/1/2016 4:48:10 PM(UTC-5)

**2/1/2016 4:48:13 PM(UTC-5), +13047419893 (Darryl Williams)**
I will burn the paper work

Status: Read
Read: 2/1/2016 4:48:13 PM(UTC-5)

**2/1/2016 4:48:52 PM(UTC-5), +13362795798 (SCH Cell)**
It will prolly be tomorrow cause I'm hot and heavy on the phone now trying to get everyone from today and tomorrow taken care of.

Status: Sent
Delivered: 2/1/2016 4:48:52 PM(UTC-5)
Read: 2/1/2016 4:48:52 PM(UTC-5)

**2/1/2016 4:49:06 PM(UTC-5), +13047419893 (Darryl Williams)**
J

Status: Read
Read: 2/1/2016 4:49:34 PM(UTC-5)

**2/1/2016 4:49:09 PM(UTC-5), +13047419893 (Darryl Williams)**
K

Status: Read
Read: 2/1/2016 4:49:34 PM(UTC-5)

**2/1/2016 7:43:21 PM(UTC-5), +13362795798 (SCH Cell)**
Alright, here's my list of everyone else that needs scripts:
Gen Bowman
Jason Bowman
Earl Blankenship
Sammy Hubbard
Connie Miller
KJ
DW
DReynolds
MBowe
Rob Daniels
Jo Holloway

Status: Sent
Delivered: 2/1/2016 7:43:23 PM(UTC-5)
Read: 2/1/2016 8:11:01 PM(UTC-5)

**2/1/2016 7:44:01 PM(UTC-5), +13362795798 (SCH Cell)**
7 down & that's the other 11 from this past month that made a total of 18 folks.

Status: Sent
Delivered: 2/1/2016 7:44:01 PM(UTC-5)
Read: 2/1/2016 8:11:01 PM(UTC-5)

**2/2/2016 8:33:20 AM(UTC-5), +13362795798 (SCH Cell)**
Need confirmation on the list before I start working on it.

Status: Sent
Delivered: 2/2/2016 8:33:25 AM(UTC-5)
Read: 2/2/2016 8:39:24 AM(UTC-5)

**2/2/2016 8:41:05 AM(UTC-5), +13047419893 (Darryl Williams)**
Yep add my name to the list.  Me and Robert go same day

Status: Read
Read: 2/2/2016 8:41:49 AM(UTC-5)

**2/2/2016 8:42:01 AM(UTC-5), +13362795798 (SCH Cell)**
You're on there

Status: Sent
Delivered: 2/2/2016 8:42:03 AM(UTC-5)
Read: 2/2/2016 8:42:10 AM(UTC-5)

**2/2/2016 8:42:05 AM(UTC-5), +13362795798 (SCH Cell)**
DW

Status: Sent
Delivered: 2/2/2016 8:42:05 AM(UTC-5)
Read: 2/2/2016 8:42:12 AM(UTC-5)

**2/2/2016 9:14:03 AM(UTC-5), +13047419893 (Darryl Williams)**
Hey add my name to that list me and Robert Daniels go same day

Status: Read
Read: 2/2/2016 9:16:38 AM(UTC-5)

**2/2/2016 9:14:44 AM(UTC-5), +13047419893 (Darryl Williams)**
Send me the list again I deleted it some how

Status: Read
Read: 2/2/2016 9:16:38 AM(UTC-5)

**2/2/2016 9:16:49 AM(UTC-5), +13362795798 (SCH Cell)**
Alright, here's my list of everyone else that needs scripts:
Gen Bowman
Jason Bowman
Earl Blankenship
Sammy Hubbard
Connie Miller
KJ
DW
DReynolds
MBowe
Rob Daniels
Jo Holloway

Status: Sent
Delivered: 2/2/2016 9:16:50 AM(UTC-5)
Read: 2/2/2016 9:16:58 AM(UTC-5)

**2/2/2016 9:17:06 AM(UTC-5), +13362795798 (SCH Cell)**
7 down & that's the other 11 from this past month that made a total of 18 folks.

Status: Sent
Delivered: 2/2/2016 9:17:06 AM(UTC-5)
Read: 2/2/2016 9:17:08 AM(UTC-5)

**2/2/2016 9:18:12 AM(UTC-5), +13047419893 (Darryl Williams)**
Pam Harlow. Same day as Connie Miller

Status: Read
Read: 2/2/2016 9:19:49 AM(UTC-5)

**2/2/2016 9:18:56 AM(UTC-5), +13047419893 (Darryl Williams)**
Makes 20 with me and Miller

Status: Read
Read: 2/2/2016 9:19:49 AM(UTC-5)

**2/2/2016 9:19:27 AM(UTC-5), +13047419893 (Darryl Williams)**
Oh I see DW. Now sorry

Status: Read
Read: 2/2/2016 9:19:49 AM(UTC-5)

**2/2/2016 9:20:52 AM(UTC-5), +13362795798 (SCH Cell)**
Please double and triple check my info. 18 is what we did last month cause that's how we got to $5400.

Status: Sent
Delivered: 2/2/2016 9:20:53 AM(UTC-5)
Read: 2/2/2016 9:20:53 AM(UTC-5)

**2/2/2016 9:25:48 AM(UTC-5), +13047419893 (Darryl Williams)**
Yes.  Everything looks correct.   Lynn Hollaway pays u desperate or I can collect it for u

Status: Read
Read: 2/2/2016 9:31:12 AM(UTC-5)

**2/2/2016 9:26:08 AM(UTC-5), +13047419893 (Darryl Williams)**
Separate. Not desperate

Status: Read
Read: 2/2/2016 9:31:12 AM(UTC-5)

**2/2/2016 9:32:16 AM(UTC-5), +13362795798 (SCH Cell)**
I'll call her and find out. Then let you know.

Status: Sent
Delivered: 2/2/2016 9:32:16 AM(UTC-5)
Read: 2/2/2016 9:39:01 AM(UTC-5)

**2/2/2016 9:40:03 AM(UTC-5), +13047419893 (Darryl Williams)**
Cool. I don't recieving her RX and getting it to her.  Saving postage

Status: Read
Read: 2/2/2016 11:54:32 AM(UTC-5)

**2/2/2016 2:13:07 PM(UTC-5), +13047419893 (Darryl Williams)**
Hey please overnight to DW  1174 Mullins fork Road

Status: Read
Read: 2/2/2016 3:02:59 PM(UTC-5)

**2/2/2016 2:13:22 PM(UTC-5), +13047419893 (Darryl Williams)**
Stone Ky 41567

Status: Read
Read: 2/2/2016 3:02:59 PM(UTC-5)

**2/2/2016 2:30:53 PM(UTC-5), +13047419893 (Darryl Williams)**
Oh yea I was wondering did you make a new script for John Greg Harlow for 90-oxymorphone 30,s. We have his 90-40s

Status: Read
Read: 2/2/2016 3:02:59 PM(UTC-5)

**2/2/2016 2:31:25 PM(UTC-5), +13047419893 (Darryl Williams)**
His fill date was 02/03/2016

Status: Read
Read: 2/2/2016 3:02:59 PM(UTC-5)

**2/2/2016 2:44:28 PM(UTC-5), +13047419893 (Darryl Williams)**
Please get next day air fed X  am delivery if possible

Status: Read
Read: 2/2/2016 3:02:59 PM(UTC-5)

**2/2/2016 5:31:35 PM(UTC-5), +13047419893 (Darryl Williams)**
Hello did u get ur wiresp

Status: Read
Read: 2/2/2016 6:35:50 PM(UTC-5)

**2/2/2016 6:36:08 PM(UTC-5), +13362795798 (SCH Cell)**
We did.

Status: Sent
Delivered: 2/2/2016 6:36:10 PM(UTC-5)
Read: 2/2/2016 7:25:52 PM(UTC-5)

**2/2/2016 6:36:12 PM(UTC-5), +13362795798 (SCH Cell)**
Thank you.

Status: Sent
Delivered: 2/2/2016 6:36:12 PM(UTC-5)
Read: 2/2/2016 7:25:52 PM(UTC-5)

**2/2/2016 8:07:43 PM(UTC-5), +13362795798 (SCH Cell)**
HelllOoooo

Status: Sent
Delivered: 2/2/2016 8:07:48 PM(UTC-5)
Read: 2/2/2016 8:07:53 PM(UTC-5)

**2/2/2016 8:08:12 PM(UTC-5), +13047419893 (Darryl Williams)**
Hey my friend

Status: Read
Read: 2/2/2016 8:08:12 PM(UTC-5)

**2/2/2016 8:08:21 PM(UTC-5), +13362795798 (SCH Cell)**
Just spoke with Dr. Assad and got great news.

Status: Sent
Delivered: 2/2/2016 8:08:21 PM(UTC-5)
Read: 2/2/2016 8:08:22 PM(UTC-5)

**2/2/2016 8:08:33 PM(UTC-5), +13362795798 (SCH Cell)**
Need to speak wit u

Status: Sent
Delivered: 2/2/2016 8:08:36 PM(UTC-5)
Read: 2/2/2016 8:08:36 PM(UTC-5)

**2/2/2016 8:08:38 PM(UTC-5), +13047419893 (Darryl Williams)**
Been underground looking at a coal mine

Status: Read
Read: 2/2/2016 8:08:37 PM(UTC-5)

**2/2/2016 8:08:46 PM(UTC-5), +13047419893 (Darryl Williams)**
Call me

Status: Read
Read: 2/2/2016 8:08:46 PM(UTC-5)

**2/2/2016 8:08:46 PM(UTC-5), +13362795798 (SCH Cell)**
SWEET!!!

Status: Sent
Delivered: 2/2/2016 8:08:47 PM(UTC-5)
Read: 2/2/2016 8:08:47 PM(UTC-5)

**2/2/2016 8:09:08 PM(UTC-5), +13047419893 (Darryl Williams)**
60 inches thick. Nice

Status: Read
Read: 2/2/2016 8:09:08 PM(UTC-5)

**2/2/2016 8:09:27 PM(UTC-5), +13047419893 (Darryl Williams)**
Good top. Solid floor

Status: Read
Read: 2/2/2016 8:09:27 PM(UTC-5)

**2/2/2016 8:32:51 PM(UTC-5), +13047419893 (Darryl Williams)**
Coal is a product that has the most elements in it if it's broken down

Status: Read
Read: 2/2/2016 8:32:52 PM(UTC-5)

**2/3/2016 4:10:08 PM(UTC-5), +13047419893 (Darryl Williams)**
Don't forget to mail

Status: Read
Read: 2/3/2016 4:13:04 PM(UTC-5)

**2/3/2016 4:10:35 PM(UTC-5), +13047419893 (Darryl Williams)**
When can u meet 3 new patients

Status: Read
Read: 2/3/2016 4:13:04 PM(UTC-5)

**2/3/2016 4:10:59 PM(UTC-5), +13047419893 (Darryl Williams)**
All of them good ole boys

Status: Read
Read: 2/3/2016 4:13:04 PM(UTC-5)

**2/3/2016 4:28:19 PM(UTC-5), +13362795798 (SCH Cell)**
Policy for NEW patients:
Must FAX most recent imaging studies, blood work, and referral if possible from their primary doc/provider.  That info plus a cover sheet with patients name, date of birth, and best contact phone #'s can be faxed here:
844-550-7109
THEN we will call them and schedule an appointment after the above is completed, received, and reviewed.

Status: Sent
Delivered: 2/3/2016 4:28:23 PM(UTC-5)
Read: 2/3/2016 4:32:15 PM(UTC-5)

**2/3/2016 4:28:46 PM(UTC-5), +13362795798 (SCH Cell)**
Working on the scripts... Will send tracking info when I get it.

Status: Sent
Delivered: 2/3/2016 4:28:47 PM(UTC-5)
Read: 2/3/2016 4:32:15 PM(UTC-5)

**2/3/2016 4:32:40 PM(UTC-5), +13047419893 (Darryl Williams)**
Cool beans doc

Status: Read
Read: 2/3/2016 4:33:41 PM(UTC-5)

**2/3/2016 5:18:10 PM(UTC-5), +13362795798 (SCH Cell)**
When can I give you a call, sir?

Status: Sent
Delivered: 2/3/2016 5:18:11 PM(UTC-5)
Read: 2/3/2016 5:42:45 PM(UTC-5)

**2/3/2016 5:42:39 PM(UTC-5), +13362795798 (SCH Cell)**
Thx for your time

Status: Sent
Delivered: 2/3/2016 5:42:39 PM(UTC-5)
Read: 2/3/2016 5:42:45 PM(UTC-5)

**2/3/2016 5:42:59 PM(UTC-5), +13047419893 (Darryl Williams)**
Anytime 4 u

Status: Read
Read: 2/3/2016 6:36:21 PM(UTC-5)

**2/3/2016 8:02:42 PM(UTC-5), +13362795798 (SCH Cell)**

Attachments:



IMG_9699.jpeg

Status: Sent
Delivered: 2/3/2016 8:02:42 PM(UTC-5)
Read: 2/3/2016 8:18:14 PM(UTC-5)

**2/3/2016 8:02:44 PM(UTC-5), +13362795798 (SCH Cell)**
There ya go poppy

Status: Sent
Delivered: 2/3/2016 8:02:44 PM(UTC-5)
Read: 2/3/2016 8:18:14 PM(UTC-5)

**2/3/2016 8:18:23 PM(UTC-5), +13047419893 (Darryl Williams)**
Thanks young Man

Status: Read
Read: 2/3/2016 8:26:46 PM(UTC-5)

**2/3/2016 8:26:59 PM(UTC-5), +13362795798 (SCH Cell)**
Most welcome, sir

Status: Sent
Delivered: 2/3/2016 8:26:59 PM(UTC-5)
Read: 2/3/2016 8:55:18 PM(UTC-5)

**2/5/2016 9:40:50 AM(UTC-5), +13362795798 (SCH Cell)**
Everything make it to ya ok?

Status: Sent
Delivered: 2/5/2016 9:40:54 AM(UTC-5)
Read: 2/5/2016 11:43:13 AM(UTC-5)



Location:
Device ID:
Transaction:

FedEx First Overnight
782304363040                    0.3 LB
              Declared Value

**2/6/2016 9:20:49 AM(UTC-5), +13382795798 (SCH Cell)**
Dude, you alive?

**Status:** Sent
**Delivered:** 2/6/2016 9:20:54 AM(UTC-5)
**Read:** 2/6/2016 11:49:41 AM(UTC-5)

**2/6/2016 9:23:26 AM(UTC-5), +13382795798 (SCH Cell)**
I've got a very interesting opportunity to run by you when you have a moment.

**Status:** Sent
**Delivered:** 2/6/2016 9:23:27 AM(UTC-5)
**Read:** 2/6/2016 11:49:41 AM(UTC-5)

**2/6/2016 11:49:57 AM(UTC-5), +13047419893 (Darryl Williams)**
Yep.   I am alive

**Status:** Read
**Read:** 2/6/2016 11:53:13 AM(UTC-5)

**2/6/2016 11:50:31 AM(UTC-5), +13047419893 (Darryl Williams)**
We been trying to get Josh's Truck liz

**Status:** Read
**Read:** 2/6/2016 11:53:13 AM(UTC-5)

**2/6/2016 11:51:00 AM(UTC-5), +13047419893 (Darryl Williams)**
Give me 15 then call

**Status:** Read
**Read:** 2/6/2016 11:53:13 AM(UTC-5)

**2/6/2016 12:04:33 PM(UTC-5), +13382795798 (SCH Cell)**
K

**Status:** Sent
**Delivered:** 2/6/2016 12:04:33 PM(UTC-5)
**Read:** 2/6/2016 12:04:37 PM(UTC-5)

**2/6/2016 5:46:31 PM(UTC-5), +13047419893 (Darryl Williams)**
Not much cup cake

**Status:** Read
**Read:** 2/6/2016 5:51:47 PM(UTC-5)

**2/6/2016 5:49:08 PM(UTC-5), +13047419893 (Darryl Williams)**
Got truck running. Driving and stopping good.   But can't get the DMV to give us title, plate and reg   Said to come back Monday morning

**Status:** Read
**Read:** 2/6/2016 5:51:47 PM(UTC-5)

**2/8/2016 3:23:29 PM(UTC-5), +13047419893 (Darryl Williams)**
Hey Brandon goins called me and he heard a guy telling another person some stuff you may need to know about.   Brandon  does have ur back

Status: Read
Read: 2/8/2016 3:23:44 PM(UTC-5)

**2/8/2016 3:24:33 PM(UTC-5), +13047419893 (Darryl Williams)**
I checked out what Brandon was talking about and confirmed it

Status: Read
Read: 2/8/2016 3:25:09 PM(UTC-5)

**2/8/2016 3:25:03 PM(UTC-5), +13047419893 (Darryl Williams)**
Can Brandon call you

Status: Read
Read: 2/8/2016 3:25:09 PM(UTC-5)

**2/8/2016 3:25:14 PM(UTC-5), +13362795798 (SCH Cell)**
No

Status: Sent
Delivered: 2/8/2016 3:25:14 PM(UTC-5)
Read: 2/8/2016 3:25:19 PM(UTC-5)

**2/8/2016 3:25:31 PM(UTC-5), +13362795798 (SCH Cell)**
I'd prefer to receive the info from you.

Status: Sent
Delivered: 2/8/2016 3:25:31 PM(UTC-5)
Read: 2/8/2016 3:25:32 PM(UTC-5)

**2/8/2016 3:25:56 PM(UTC-5), +13362795798 (SCH Cell)**
He is blacklisted.  And he needs to stop texting my fucking phone.

Status: Sent
Delivered: 2/8/2016 3:25:57 PM(UTC-5)
Read: 2/8/2016 3:25:57 PM(UTC-5)

**2/8/2016 3:26:07 PM(UTC-5), +13047419893 (Darryl Williams)**
Ok  let me go to him and get full story

Status: Read
Read: 2/8/2016 3:26:23 PM(UTC-5)

**2/8/2016 3:26:39 PM(UTC-5), +13047419893 (Darryl Williams)**
I will see if it holds water and get back to u

Status: Read
Read: 2/8/2016 3:27:03 PM(UTC-5)

**2/8/2016 3:27:02 PM(UTC-5), +13047419893 (Darryl Williams)**
I done checked one thing out

Status: Read
Read: 2/8/2016 3:27:03 PM(UTC-5)

**2/8/2016 3:27:09 PM(UTC-5), +13362795798 (SCH Cell)**
K
Thx

Status: Sent
Delivered: 2/8/2016 3:27:09 PM(UTC-5)
Read: 2/8/2016 3:27:12 PM(UTC-5)

**2/8/2016 3:27:28 PM(UTC-5), +13047419893 (Darryl Williams)**
Give me a couple of hours

Status: Read
Read: 2/8/2016 3:29:54 PM(UTC-5)

**2/9/2016 1:36:18 PM(UTC-5), +13362795798 (SCH Cell)**
How's it goin?

Status: Sent
Delivered: 2/9/2016 1:36:18 PM(UTC-5)
Read: 2/9/2016 1:45:26 PM(UTC-5)

2/11/2016 2:48:52 PM(UTC-5), +13382795798 (SCH Cell)
How's it lookin?

Status: Sent
Delivered: 2/11/2016 2:48:52 PM(UTC-5)
Read: 2/11/2016 2:48:58 PM(UTC-5)

2/11/2016 2:49:33 PM(UTC-5), +13047419893 (Darryl Williams)
Looks good for tommorow

Status: Read
Read: 2/11/2016 2:51:29 PM(UTC-5)

2/11/2016 2:52:12 PM(UTC-5), +13382795798 (SCH Cell)
Outstanding
Need to know about what time cause we got a lot goin on.

Status: Sent
Delivered: 2/11/2016 2:52:15 PM(UTC-5)
Read: 2/11/2016 2:52:23 PM(UTC-5)

2/11/2016 2:52:27 PM(UTC-5), +13047419893 (Darryl Williams)
K

Status: Read
Read: 2/11/2016 2:52:40 PM(UTC-5)

2/11/2016 2:52:52 PM(UTC-5), +13047419893 (Darryl Williams)
I will text u later when I have my bearings

Status: Read
Read: 2/11/2016 2:53:23 PM(UTC-5)

2/11/2016 2:53:28 PM(UTC-5), +13382795798 (SCH Cell)
Excellent

Status: Sent
Delivered: 2/11/2016 2:53:30 PM(UTC-5)
Read: 2/11/2016 2:53:52 PM(UTC-5)

2/11/2016 2:53:56 PM(UTC-5), +13382795798 (SCH Cell)
Hopefully the truck has them as well!

Status: Sent
Delivered: 2/11/2016 2:53:56 PM(UTC-5)
Read: 2/11/2016 2:53:56 PM(UTC-5)

2/11/2016 2:53:57 PM(UTC-5), +13047419893 (Darryl Williams)
Thanks

Status: Read
Read: 2/11/2016 2:53:57 PM(UTC-5)

2/13/2016 12:19:29 PM(UTC-5), +13382795798 (SCH Cell)
Dude... what's up?

Status: Sent
Delivered: 2/13/2016 12:19:33 PM(UTC-5)
Read: 2/13/2016 1:38:11 PM(UTC-5)

2/15/2016 8:32:57 AM(UTC-5), +13382795798 (SCH Cell)
Hello?

Status: Sent
Delivered: 2/15/2016 8:33:02 AM(UTC-5)
Read: 2/15/2016 10:14:13 AM(UTC-5)

2/21/2016 1:27:40 PM(UTC-5), +13382795798 (SCH Cell)
You still alive out there?

Status: Sent
Delivered: 2/21/2016 1:27:46 PM(UTC-5)
Read: 2/21/2016 1:28:51 PM(UTC-5)

2/21/2016 1:28:55 PM(UTC-5), +13047419893 (Darryl Williams)
Yea I am alive

Status: Read
Read: 2/21/2016 1:29:13 PM(UTC-5)

2/21/2016 1:29:28 PM(UTC-5), +13382795798 (SCH Cell)
What's the story morning glory?

Status: Sent
Delivered: 2/21/2016 1:29:26 PM(UTC-5)
Read: 2/21/2016 1:29:27 PM(UTC-5)

2/21/2016 2:20:34 PM(UTC-5), +13047419893 (Darryl Williams)
I have been drafting a Coal mining buisness plan so I can raise 2.5 million

Status: Read
Read: 2/21/2016 2:20:57 PM(UTC-5)

**2/21/2016 2:21:38 PM(UTC-5), +13382795798 (SCH Cell)**
When do I start getting some of the funds owed?

Status: Sent
Delivered: 2/21/2016 2:21:38 PM(UTC-5)
Read: 2/21/2016 2:21:38 PM(UTC-5)

**2/21/2016 2:25:00 PM(UTC-5), +13047419893 (Darryl Williams)**
As soon as I get home  I can wire it

Status: Read
Read: 2/21/2016 2:25:02 PM(UTC-5)

**2/21/2016 2:28:39 PM(UTC-5), +13382795798 (SCH Cell)**
k

Status: Sent
Delivered: 2/21/2016 2:28:40 PM(UTC-5)
Read: 2/21/2016 2:28:44 PM(UTC-5)

**2/21/2016 2:28:47 PM(UTC-5), +13047419893 (Darryl Williams)**
What's out total.   Total

Status: Read
Read: 2/21/2016 2:28:47 PM(UTC-5)

**2/21/2016 2:29:24 PM(UTC-5), +13382795798 (SCH Cell)**
Not sure at the moment... At least $5,400 like last time.

Status: Sent
Delivered: 2/21/2016 2:29:24 PM(UTC-5)
Read: 2/21/2016 2:29:24 PM(UTC-5)

**2/21/2016 2:29:59 PM(UTC-5), +13382795798 (SCH Cell)**
The second Blankenship owes for 2 months and it seems like there is someone else...

Status: Sent
Delivered: 2/21/2016 2:30:00 PM(UTC-5)
Read: 2/21/2016 2:30:00 PM(UTC-5)

**2/21/2016 2:30:41 PM(UTC-5), +13382795798 (SCH Cell)**
Still HAVE to see DR

Status: Sent
Delivered: 2/21/2016 2:30:41 PM(UTC-5)
Read: 2/21/2016 2:30:41 PM(UTC-5)

**2/21/2016 2:31:50 PM(UTC-5), +13047419893 (Darryl Williams)**
I have a note that says 2k. Plus.  11folks

Status: Read
Read: 2/21/2016 2:31:55 PM(UTC-5)

**2/21/2016 2:32:12 PM(UTC-5), +13382795798 (SCH Cell)**
I'm in deep shit if ANYONE EVER is not seen at least once every 3 months.  That's the LAW as it applies to prescribing Schedule 2 medicines.

Status: Sent
Delivered: 2/21/2016 2:32:13 PM(UTC-5)
Read: 2/21/2016 2:32:13 PM(UTC-5)

**2/21/2016 2:32:19 PM(UTC-5), +13047419893 (Darryl Williams)**
11x300.   Is 3300. Plus 2 k

Status: Read
Read: 2/21/2016 2:32:19 PM(UTC-5)

**2/21/2016 2:33:10 PM(UTC-5), +13047419893 (Darryl Williams)**
5300

Status: Read
Read: 2/21/2016 2:33:12 PM(UTC-5)

**2/21/2016 2:33:14 PM(UTC-5), +13382795798 (SCH Cell)**
Well we simply duplicated what was done the previous month and that total came to $5,400.

Status: Sent
Delivered: 2/21/2016 2:33:15 PM(UTC-5)
Read: 2/21/2016 2:33:15 PM(UTC-5)

**2/21/2016 2:33:23 PM(UTC-5), +13047419893 (Darryl Williams)**
Plus shipping

Status: Read
Read: 2/21/2016 2:33:23 PM(UTC-5)

**2/21/2016 2:33:34 PM(UTC-5), +13047419893 (Darryl Williams)**
Yea

Status: Read
Read: 2/21/2016 2:33:37 PM(UTC-5)

**2/21/2016 2:33:54 PM(UTC-5), +13382795798 (SCH Cell)**
Unfortunately I missed the second Blankenship and it seems like there was an extra person this month... I'm gonna have to look when I get home.

Status: Sent
Delivered: 2/21/2016 2:33:54 PM(UTC-5)
Read: 2/21/2016 2:33:54 PM(UTC-5)

2/21/2016 2:34:13 PM(UTC-5) (SCH Cell)
Oh and $70.50 x 3 for shipping

Status: Sent
Delivered: 2/21/2016 2:34:13 PM(UTC-5)
Read: 2/21/2016 2:34:13 PM(UTC-5)

2/21/2016 2:34:49 PM(UTC-5), +13382795798 (SCH Cell)
That equals $211.50

Status: Sent
Delivered: 2/21/2016 2:34:49 PM(UTC-5)
Read: 2/21/2016 2:34:49 PM(UTC-5)

2/21/2016 3:28:58 PM(UTC-5), +13047419893 (Darryl Williams)
K

Status: Read
Read: 2/21/2016 4:28:14 PM(UTC-5)

2/21/2016 4:29:40 PM(UTC-5), +13382795798 (SCH Cell)
So if we just did the $950 Walmart2Walmart 6 times that would hit $5,700 and we could call it even.

Status: Sent
Delivered: 2/21/2016 4:29:45 PM(UTC-5)
Read: 2/21/2016 5:00:46 PM(UTC-5)

2/21/2016 5:01:04 PM(UTC-5), +13047419893 (Darryl Williams)
K

Status: Read
Read: 2/21/2016 5:01:47 PM(UTC-5)

2/21/2016 5:01:30 PM(UTC-5), +13047419893 (Darryl Williams)
But we can't use same names and senders that much

Status: Read
Read: 2/21/2016 5:01:47 PM(UTC-5)

2/21/2016 5:01:53 PM(UTC-5), +13382795798 (SCH Cell)
Agreed

Status: Sent
Delivered: 2/21/2016 5:01:54 PM(UTC-5)
Read: 2/21/2016 5:02:02 PM(UTC-5)

2/22/2016 9:03:38 PM(UTC-5), +13047419893 (Darryl Williams)
Need 2 names.   I would like to send first volley about 5.30 PM EST Feb 23rd in the year of our Lord 2016

Status: Read
Read: 2/22/2016 9:04:23 PM(UTC-5)

2/22/2016 9:06:32 PM(UTC-5), +13382795798 (SCH Cell)
LoL
Look at you with a sense of humor

Status: Sent
Delivered: 2/22/2016 9:06:32 PM(UTC-5)
Read: 2/22/2016 9:11:53 PM(UTC-5)

2/22/2016 9:10:28 PM(UTC-5), +13382795798 (SCH Cell)
It's been over a month since the last dispersments so I'd like to just use Joel Smithers and Angela Smithers.

Status: Sent
Delivered: 2/22/2016 9:10:30 PM(UTC-5)
Read: 2/22/2016 9:11:53 PM(UTC-5)

2/22/2016 9:11:23 PM(UTC-5), +13382795798 (SCH Cell)
Thanks for getting on that so quickly, sir.

Status: Sent
Delivered: 2/22/2016 9:11:23 PM(UTC-5)
Read: 2/22/2016 9:11:53 PM(UTC-5)

Status: Sent
Delivered: 2/22/2016 9:12:45 PM(UTC-5)
Read: 2/22/2016 9:12:45 PM(UTC-5)

2/24/2016 1:22:59 PM(UTC-5), +13047419893 (Darryl Williams)
Will be sending out 2 wires today

Status: Read
Read: 2/24/2016 1:36:52 PM(UTC-5)

2/24/2016 1:36:58 PM(UTC-5), +13382795798 (SCH Cell)
Outstanding

Status: Sent
Delivered: 2/24/2016 1:36:59 PM(UTC-5)
Read: 2/24/2016 1:47:12 PM(UTC-5)

2/24/2016 1:47:29 PM(UTC-5), +13047419893 (Darryl Williams)
Be about 6

Status: Read
Read: 2/24/2016 1:48:16 PM(UTC-5)

**2/24/2016 1:48:20 PM(UTC-5), +13382795798 (SCH Cell)**
K

Status: Sent
Delivered: 2/24/2016 1:48:21 PM(UTC-5)
Read: 2/24/2016 1:51:15 PM(UTC-5)

**2/24/2016 6:49:47 PM(UTC-5), +13047419893 (Darryl Williams)**
Angela Smithers.  Right

Status: Read
Read: 2/24/2016 6:50:17 PM(UTC-5)

**2/24/2016 6:50:02 PM(UTC-5), +13047419893 (Darryl Williams)**
And ole Joel.

Status: Read
Read: 2/24/2016 6:50:17 PM(UTC-5)

**2/24/2016 6:50:22 PM(UTC-5), +13382795798 (SCH Cell)**
Yup

Status: Sent
Delivered: 2/24/2016 6:50:23 PM(UTC-5)
Read: 2/24/2016 6:50:25 PM(UTC-5)

**2/24/2016 6:50:45 PM(UTC-5), +13047419893 (Darryl Williams)**
They will be at Walmart in a hour

Status: Read
Read: 2/24/2016 6:53:05 PM(UTC-5)

**2/24/2016 6:51:21 PM(UTC-5), +13047419893 (Darryl Williams)**
Let me know. When u get them and I will fire 2 Moore

Status: Read
Read: 2/24/2016 6:53:05 PM(UTC-5)

**2/24/2016 6:53:07 PM(UTC-5), +13382795798 (SCH Cell)**
K

Status: Sent
Delivered: 2/24/2016 6:53:11 PM(UTC-5)
Read: 2/24/2016 7:02:43 PM(UTC-5)

**2/24/2016 6:53:14 PM(UTC-5), +13382795798 (SCH Cell)**
Will do

Status: Sent
Delivered: 2/24/2016 6:53:15 PM(UTC-5)
Read: 2/24/2016 7:02:43 PM(UTC-5)

**2/24/2016 10:27:49 PM(UTC-5), +13047419893 (Darryl Williams)**
To AS.  900  Wally to Wally  from Kelly Johnson  South Williamson ky. Control 630-909-383.   His phone number is 606-625-0774

Status: Read
Read: 2/25/2016 6:46:53 AM(UTC-5)

**2/24/2016 10:28:38 PM(UTC-5), +13047419893 (Darryl Williams)**
To doc from Michael Bowe. South Williamson Ky.  900.  His phone number is 606-625-0844.  Control 630-990-318

Status: Read
Read: 2/25/2016 6:46:53 AM(UTC-5)

**2/25/2016 1:37:04 PM(UTC-5), +13047419893 (Darryl Williams)**
Did u get wire info

Status: Read
Read: 2/25/2016 1:40:24 PM(UTC-5)

**2/25/2016 1:40:08 PM(UTC-5), +13047419893 (Darryl Williams)**
Hello

Status: Read
Read: 2/25/2016 1:40:24 PM(UTC-5)

**2/25/2016 1:40:31 PM(UTC-5), +13382795798 (SCH Cell)**
Yes indeed

Status: Sent
Delivered: 2/25/2016 1:40:31 PM(UTC-5)
Read: 2/25/2016 1:40:35 PM(UTC-5)

**2/25/2016 1:40:39 PM(UTC-5), +13382795798 (SCH Cell)**
About to go pick up

Status: Sent
Delivered: 2/25/2016 1:40:40 PM(UTC-5)
Read: 2/25/2016 1:40:40 PM(UTC-5)

**2/25/2016 1:40:43 PM(UTC-5), +13047419893 (Darryl Williams)**
Cool

Status: Read
Read: 2/25/2016 1:40:43 PM(UTC-5)

**2/25/2016 1:40:57 PM(UTC-5), +13382795798 (SCH Cell)**
I'll text once both are picked up.

Status: Sent
Delivered: 2/25/2016 1:40:58 PM(UTC-5)
Read: 2/25/2016 1:40:58 PM(UTC-5)

**2/25/2016 1:41:19 PM(UTC-5), +13047419893 (Darryl Williams)**
Alright. You got any different names

Status: Read
Read: 2/25/2016 1:41:19 PM(UTC-5)

2/25/2016 1:41:28 PM(UTC-5), +13382795798 (SCH Cell)
On another topic, when can Debbie Reynolds come for an appointment?

Status: Sent
Delivered: 2/25/2016 1:41:29 PM(UTC-5)
Read: 2/25/2016 1:42:03 PM(UTC-5)

2/25/2016 1:41:56 PM(UTC-5), +13382795798 (SCH Cell)
No.  Not names that have DLs attached to them.

Status: Sent
Delivered: 2/25/2016 1:41:59 PM(UTC-5)
Read: 2/25/2016 1:42:03 PM(UTC-5)

2/25/2016 1:59:18 PM(UTC-5), +13382795798 (SCH Cell)
Dr. Joel A. Smithers
445 Commonwealth Blvd East,
Ste A,
Martinsville, VA 24112

Status: Sent
Delivered: 2/25/2016 1:59:20 PM(UTC-5)
Read: 2/25/2016 2:26:29 PM(UTC-5)

2/25/2016 2:33:56 PM(UTC-5), +13047419893 (Darryl Williams)
Doc if u can mail Lora kicklighter Rebecca Pritt Franklin Williams mike Robinette also John Harlow Greg Harlow Michele smith send that FedEx so I can get them no later than Saturday

Status: Read
Read: 2/25/2016 2:34:10 PM(UTC-5)

2/25/2016 3:07:33 PM(UTC-5), +13382795798 (SCH Cell)
K

Status: Sent
Delivered: 2/25/2016 3:07:41 PM(UTC-5)
Read: 2/25/2016 3:29:29 PM(UTC-5)

2/25/2016 3:08:32 PM(UTC-5), +13382795798 (SCH Cell)
Why can't that first list of names come to my office and be seen tomorrow?

Status: Sent
Delivered: 2/25/2016 3:08:37 PM(UTC-5)
Read: 2/25/2016 3:29:29 PM(UTC-5)

2/25/2016 3:31:27 PM(UTC-5), +13047419893 (Darryl Williams)
Well we're just trying to make it fair and that group went last time

Status: Read
Read: 2/25/2016 3:33:04 PM(UTC-5)

2/25/2016 3:32:56 PM(UTC-5), +13047419893 (Darryl Williams)
They were the last ones to see you so they should b the last ones to see you again

Status: Read
Read: 2/25/2016 3:33:04 PM(UTC-5)

2/25/2016 8:43:59 PM(UTC-5), +13047419893 (Darryl Williams)
Hey did u get ur wires

Status: Read
Read: 2/25/2016 8:50:43 PM(UTC-5)

2/25/2016 8:45:25 PM(UTC-5), +13047419893 (Darryl Williams)
I need address as to where to mail these money orders tommorrow

Status: Read
Read: 2/25/2016 8:50:43 PM(UTC-5)

2/25/2016 8:48:00 PM(UTC-5), +13047419893 (Darryl Williams)
I have Kyaina.  Holding enough medicine for the 7 people  as long as they get there Monday

Status: Read
Read: 2/25/2016 8:50:43 PM(UTC-5)

2/25/2016 8:48:59 PM(UTC-5), +13047419893 (Darryl Williams)
This will work out good it being first of month

Status: Read
Read: 2/25/2016 8:50:43 PM(UTC-5)

2/25/2016 8:50:17 PM(UTC-5), +13047419893 (Darryl Williams)
I will send 3. 1000 dollar money orders out to you tommorrow.   You will recieve them on Monday

Status: Read
Read: 2/25/2016 8:50:43 PM(UTC-5)

2/25/2016 8:51:17 PM(UTC-5), +13382795798 (SCH Cell)
Dr. Joel A. Smithers
445 Commonwealth Blvd East,
Ste A,
Martinsville, VA 24112

Status: Sent
Delivered: 2/25/2016 8:51:18 PM(UTC-5)
Read: 2/25/2016 8:51:18 PM(UTC-5)

2/25/2016 8:52:38 PM(UTC-5), +13047419893 (Darryl Williams)
If u mail those 7 out to me tommorrow for Saturday delivery  then Wensday Mike Bowe will bring u down balance plus the 7 u mail out. Where it's the first. Tuesday that will work perfect

Status: Read
Read: 2/25/2016 8:59:47 PM(UTC-5)

**2/25/2016 8:56:52 PM(UTC-5), +13047419893 (Darryl Williams)**
Mike Bowe  Jason bowman  Kelly Johnson can come as early as wensday next week

Status: Read
Read: 2/25/2016 8:59:47 PM(UTC-5)

**2/25/2016 8:58:13 PM(UTC-5), +13047419893 (Darryl Williams)**
Debarah Renyolds  can and will be there next week   She will let me know what day tommorrow

Status: Read
Read: 2/25/2016 8:59:47 PM(UTC-5)

**2/25/2016 8:59:55 PM(UTC-5), +13382795798 (SCH Cell)**
Outstanding

Status: Sent
Delivered: 2/25/2016 8:59:55 PM(UTC-5)
Read: 2/25/2016 9:02:29 PM(UTC-5)

**2/25/2016 9:00:22 PM(UTC-5), +13382795798 (SCH Cell)**
Monday and Friday are NOT available.  I will be closed.

Status: Sent
Delivered: 2/25/2016 9:00:23 PM(UTC-5)
Read: 2/25/2016 9:02:29 PM(UTC-5)

**2/25/2016 9:02:37 PM(UTC-5), +13047419893 (Darryl Williams)**
Ok

Status: Read
Read: 2/25/2016 9:02:46 PM(UTC-5)

**2/25/2016 9:13:20 PM(UTC-5), +13047419893 (Darryl Williams)**
Ok please mail the following  to 1174 Mullins fork rd  Stone Ky.41567  for Saturday delivery. Fed X  can surely get here Saturday as they have before.    Lora Kicklighter Rebecca Pritt. Michael Robinette Franklin Williams. John Greg Harlow.   Brian Harlow.  Michelle Smith

Status: Read
Read: 2/25/2016 9:13:24 PM(UTC-5)

**2/25/2016 9:21:40 PM(UTC-5), +13047419893 (Darryl Williams)**
Also Michelle ask if she could be raised on Mg on her oxymorphone from 20s to 30 or 40s.   I am not asking she is  you can call her at. 606-353-9640.  Or work number.  606-237-4200.  If you call work at ARH hospital don't tell or leave message to anyone that u are a doc. They frown on any employee seeing  out house Docs

Status: Read
Read: 2/25/2016 9:23:10 PM(UTC-5)

**2/25/2016 9:22:08 PM(UTC-5), +13047419893 (Darryl Williams)**
Thanks I will text  tracking number

Status: Read
Read: 2/25/2016 9:23:10 PM(UTC-5)

**2/26/2016 2:52:59 PM(UTC-5), +13047419893 (Darryl Williams)**
Have you a tracking number in a hour

Status: Read
Read: 2/26/2016 3:27:50 PM(UTC-5)

**2/26/2016 2:53:46 PM(UTC-5), +13047419893 (Darryl Williams)**
Please fed x for Saturday delivery

Status: Read
Read: 2/26/2016 3:27:50 PM(UTC-5)

**2/26/2016 3:28:27 PM(UTC-5), +13382795798 (SCH Cell)**
Outstanding
You're aware that's gonna be another $70.50, right?

Status: Sent
Delivered: 2/26/2016 3:28:27 PM(UTC-5)
Read: 2/26/2016 4:05:23 PM(UTC-5)

**2/26/2016 4:05:30 PM(UTC-5), +13047419893 (Darryl Williams)**
Yep

Status: Read
Read: 2/26/2016 4:11:33 PM(UTC-5)

**2/26/2016 4:41:40 PM(UTC-5), +13382795798 (SCH Cell)**
Which day (Tuesday, Wednesday, or Thursday) will Mrs. Reynolds be able to come?

Status: Sent
Delivered: 2/26/2016 4:41:41 PM(UTC-5)
Read: 2/26/2016 4:45:06 PM(UTC-5)

**2/26/2016 4:45:49 PM(UTC-5), +13047419893 (Darryl Williams)**
Not sure yet.   I will find out

Status: Read
Read: 2/26/2016 4:45:49 PM(UTC-5)

**2/26/2016 5:46:25 PM(UTC-5), +13382795798 (SCH Cell)**
Is it "Mullins Fork" or "Mullen Fork" or "Mullens Fork"???

Status: Sent
Delivered: 2/26/2016 5:46:29 PM(UTC-5)
Read: 2/26/2016 6:42:30 PM(UTC-5)

**2/26/2016 5:46:45 PM(UTC-5), +13382795798 (SCH Cell)**
FedEx is saying they can't get it there til Monday:-/

Status: Sent
Delivered: 2/26/2016 5:46:46 PM(UTC-5)
Read: 2/26/2016 6:42:30 PM(UTC-5)

**2/26/2016 5:46:59 PM(UTC-5), +13382795798 (SCH Cell)**
Got another address?

**Status:** Sent
**Delivered:** 2/26/2016 5:47:00 PM(UTC-5)
**Read:** 2/26/2016 6:42:30 PM(UTC-5)

**2/26/2016 5:52:42 PM(UTC-5), +13382795798 (SCH Cell)**
Can't get a hold of you. Guess Monday is when you'll get it.

**Status:** Sent
**Delivered:** 2/26/2016 5:52:46 PM(UTC-5)
**Read:** 2/26/2016 6:42:30 PM(UTC-5)

**2/26/2016 5:56:21 PM(UTC-5), +13382795798 (SCH Cell)**
Still $70.50 though!!!

**Status:** Sent
**Delivered:** 2/26/2016 5:56:25 PM(UTC-5)
**Read:** 2/26/2016 6:42:30 PM(UTC-5)

**2/26/2016 5:59:10 PM(UTC-5), +13382795798 (SCH Cell)**

Attachments:



IMG_0922.jpeg

**Status:** Sent
**Delivered:** 2/26/2016 5:59:11 PM(UTC-5)
**Read:** 2/26/2016 6:42:30 PM(UTC-5)

**2/26/2016 5:59:31 PM(UTC-5), +13382795798 (SCH Cell)**

Attachments:



IMG_1271.jpeg

**Status:** Sent
**Delivered:** 2/26/2016 5:59:32 PM(UTC-5)
**Read:** 2/26/2016 6:42:30 PM(UTC-5)

**2/26/2016 5:59:50 PM(UTC-5), +13382795798 (SCH Cell)**
There's the date so you know I'm not making this shit up.

**Status:** Sent
**Delivered:** 2/26/2016 5:59:51 PM(UTC-5)
**Read:** 2/26/2016 6:42:30 PM(UTC-5)

**2/26/2016 7:52:34 PM(UTC-5), +13047419893 (Darryl Williams)**
Lol.   I was out in the woods.   Sorry

**Status:** Read
**Read:** 2/26/2016 7:52:41 PM(UTC-5)

**2/26/2016 7:54:06 PM(UTC-5), +13382795798 (SCH Cell)**
No worries
I've next-dayed it before and they tried every way they could to get it there tomorrow but the computer wouldn't let them do it.

**Status:** Sent
**Delivered:** 2/26/2016 7:54:06 PM(UTC-5)
**Read:** 2/26/2016 7:54:06 PM(UTC-5)

**2/26/2016 7:56:24 PM(UTC-5), +13047419893 (Darryl Williams)**
Yep

**Status:** Read
**Read:** 2/26/2016 7:57:29 PM(UTC-5)

**2/28/2016 11:12:02 AM(UTC-5), +13382795798 (SCH Cell)**
Did you happen to ever get a tracking # for the MO's you mailed, sir?

**Status:** Sent
**Delivered:** 2/28/2016 11:12:07 AM(UTC-5)
**Read:** 2/28/2016 11:15:19 AM(UTC-5)

**2/28/2016 11:46:22 AM(UTC-5), +13047419893 (Darryl Williams)**
Doc this is Lora   First let me tell ya (Darrell is ok for right now).  Friday Darrell scamper here and there picking up funds owed to you and told me he to go to Pikeville saturday to the big post office to mail u out a package so you can get it Monday.

**Status:** Read
**Read:** 2/28/2016 11:51:47 AM(UTC-5)

**2/28/2016 11:49:28 AM(UTC-5), +13047419893 (Darryl Williams)**
Saturday morning I went to go get me a new puppie and came home and Darrell was still asleep with out his o2 on and in bad shape.  So me and Mike Bowe take him to ER

**Status:** Read
**Read:** 2/28/2016 11:51:47 AM(UTC-5)

**2/28/2016 11:51:23 AM(UTC-5), +13047419893 (Darryl Williams)**
All he was worried about was did someone get ur package out.   They wanted to ventilate him and I would not let them so they bi paped him and got his O2 level up

**Status:** Read
**Read:** 2/28/2016 11:51:47 AM(UTC-5)

**2/28/2016 11:52:01 AM(UTC-5), +13382795798 (SCH Cell)**
WoW
Good!!!

Status: Sent
Delivered: 2/28/2016 11:52:28 AM(UTC-5)
Read: 2/28/2016 11:52:28 AM(UTC-5)

**2/28/2016 11:52:28 AM(UTC-5), +13047419893 (Darryl Williams)**
They wanted to transport him to Pikeville. (Bigger Hospital).

Status: Read
Read: 2/28/2016 11:52:28 AM(UTC-5)

**2/28/2016 11:52:45 AM(UTC-5), +13382795798 (SCH Cell)**
Y'all definitely did the right thing!!

Status: Sent
Delivered: 2/28/2016 11:52:45 AM(UTC-5)
Read: 2/28/2016 11:52:46 AM(UTC-5)

**2/28/2016 11:52:54 AM(UTC-5), +13382795798 (SCH Cell)**
You saved his life.

Status: Sent
Delivered: 2/28/2016 11:52:55 AM(UTC-5)
Read: 2/28/2016 11:52:55 AM(UTC-5)

**2/28/2016 11:53:32 AM(UTC-5), +13047419893 (Darryl Williams)**
I told that I would drive him there

Status: Read
Read: 2/28/2016 11:53:37 AM(UTC-5)

**2/28/2016 11:54:38 AM(UTC-5), +13047419893 (Darryl Williams)**
So he signed out.  Stopped by the house and he had a big stack of money hid

Status: Read
Read: 2/28/2016 11:54:36 AM(UTC-5)

**2/28/2016 11:54:42 AM(UTC-5), +13047419893 (Darryl Williams)**
At home

Status: Read
Read: 2/28/2016 11:54:42 AM(UTC-5)

**2/28/2016 12:06:19 PM(UTC-5), +13382795798 (SCH Cell)**
Wow
LoL

Status: Sent
Delivered: 2/28/2016 12:06:23 PM(UTC-5)
Read: 2/28/2016 12:06:40 PM(UTC-5)

**2/28/2016 12:06:35 PM(UTC-5), +13382795798 (SCH Cell)**
So y'all are at Pikeville now?

Status: Sent
Delivered: 2/28/2016 12:06:35 PM(UTC-5)
Read: 2/28/2016 12:06:40 PM(UTC-5)

**2/28/2016 12:06:58 PM(UTC-5), +13047419893 (Darryl Williams)**
Sorry texting others

Status: Read
Read: 2/28/2016 12:18:45 PM(UTC-5)

**2/28/2016 12:08:27 PM(UTC-5), +13047419893 (Darryl Williams)**
No he made me bring him home.     He said he would get someone to drive it to

Status: Read
Read: 2/28/2016 12:18:45 PM(UTC-5)

**2/28/2016 12:10:02 PM(UTC-5), +13047419893 (Darryl Williams)**
You or your bank.   He wrote down.  Bank of American.   Norton. Va. Is closest.

Status: Read
Read: 2/28/2016 12:18:45 PM(UTC-5)

**2/28/2016 12:10:48 PM(UTC-5), +13047419893 (Darryl Williams)**
That's not far from here.  About a hour

Status: Read
Read: 2/28/2016 12:18:45 PM(UTC-5)

**2/28/2016 12:11:53 PM(UTC-5), +13047419893 (Darryl Williams)**
He is asleep right now his o2 level is 93 with his mask on

Status: Read
Read: 2/28/2016 12:18:45 PM(UTC-5)

**2/28/2016 12:12:42 PM(UTC-5), +13047419893 (Darryl Williams)**
It was 71 when we woke him up Saturday

Status: Read
Read: 2/28/2016 12:18:45 PM(UTC-5)

**2/28/2016 12:12:55 PM(UTC-5), +13047419893 (Darryl Williams)**
Without o2

Status: Read
Read: 2/28/2016 12:18:45 PM(UTC-5)

**2/28/2016 1:33:28 PM(UTC-5), +13382795798 (SCH Cell)**
Yikes

Status: Sent
Delivered: 2/28/2016 1:33:28 PM(UTC-5)
Read: 2/28/2016 1:53:22 PM(UTC-5)

# FedEx Office℠

Address:                3731 BATTLEGROUND AVE
                        GREENSBORO
                        NC 27410
Location:               GSXKO
Device ID:              -BTC02
Transaction:            870127961026

FedEx First Overnight
782207569841        0.1 LB  (S)          70.50
     Declared Value    1

Shipment subtotal:             $70.50

Total Due:             $70.50

(S) CreditCard:
***********4037                $70.50

# FedEx Office℠

Address:          3731 BATTLEGROUND AVE
                  GREENSBORO
                  NC 27410
Location:         GSXKO
Device ID:        –BTC01
Transaction:      870130491535

---

**FedEx First Overnight**                70.50
782471671035     0.3 LB   (S)
   Declared Value   50

        Shipment subtotal:        $70.50

             Total Due:           **$70.50**

        (S) CreditCard:           $70.50
        ************9374

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Terms and Conditions apply.  See
fedex.com/us/service-guide for details.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

February 26, 2016 5:57:03 PM

**2/28/2016 1:34:11 PM(UTC-5), +13362795798 (SCH Cell)**
Whoever is bringing it could just come on Tuesday to my office next week.

Status: Sent
Delivered: 2/28/2016 1:34:11 PM(UTC-5)
Read: 2/28/2016 1:53:22 PM(UTC-5)

**2/28/2016 1:35:07 PM(UTC-5), +13362795798 (SCH Cell)**
To make a deposit in my account would require a lot more than just having the money.

Status: Sent
Delivered: 2/28/2016 1:35:08 PM(UTC-5)
Read: 2/28/2016 1:53:22 PM(UTC-5)

**2/29/2016 8:22:03 PM(UTC-5), +13047419893 (Darryl Williams)**
Hey

Status: Read
Read: 2/29/2016 8:22:11 PM(UTC-5)

**2/29/2016 10:02:00 PM(UTC-5), +13362795798 (SCH Cell)**
Prospective patient requirements:
Patient will be called and scheduled for an appointment after the following is faxed & received at our office:
1) Cover page with prospective patient's full name, DoB, best contact ph #'s, & reason for wanting to be seen.
2) all MRIs, CTs, xrays, & any other imaging study's REPORTS related to their issue
3) Most recent blood work (from PCP, ED, or UC)
4) Most recent office note of PCP & referral from them to us is preferred.

Status: Sent
Delivered: 2/29/2016 10:02:01 PM(UTC-5)
Read: 2/29/2016 10:02:23 PM(UTC-5)

**2/29/2016 10:03:28 PM(UTC-5), +13362795798 (SCH Cell)**
Bank of America:
Joel A. Smithers
Checking:
435036924440

Status: Sent
Delivered: 2/29/2016 10:03:28 PM(UTC-5)
Read: 2/29/2016 10:30:39 PM(UTC-5)

**2/29/2016 10:04:41 PM(UTC-5), +13362795798 (SCH Cell)**
I'll have my phone handy tomorrow... Let me know if any further info is needed.
Hope the spaghetti turned out good!!

Status: Sent
Delivered: 2/29/2016 10:04:41 PM(UTC-5)
Read: 2/29/2016 10:30:39 PM(UTC-5)

**2/29/2016 10:30:57 PM(UTC-5), +13047419893 (Darryl Williams)**
Got it  my friend

Status: Read
Read: 3/1/2016 6:50:58 AM(UTC-5)

**3/1/2016 3:31:57 PM(UTC-5), +13047419893 (Darryl Williams)**
Hey Mike Robinette is in Norton and there is no Bank there. Only a ATM.  But if u google it shows banks being there

Status: Read
Read: 3/1/2016 3:44:29 PM(UTC-5)

**3/1/2016 3:32:50 PM(UTC-5), +13047419893 (Darryl Williams)**
If we can't find it  I will let mike Bowe bring tommorrow

Status: Read
Read: 3/1/2016 3:44:29 PM(UTC-5)

**3/1/2016 3:44:34 PM(UTC-5), +13362795798 (SCH Cell)**
That blows

Status: Sent
Delivered: 3/1/2016 3:44:34 PM(UTC-5)
Read: 3/1/2016 3:55:18 PM(UTC-5)

**3/1/2016 3:55:38 PM(UTC-5), +13047419893 (Darryl Williams)**
Well mike will be there tommorrow

Status: Read
Read: 3/1/2016 3:58:03 PM(UTC-5)

**3/1/2016 3:58:04 PM(UTC-5), +13047419893 (Darryl Williams)**
I trust him

Status: Read
Read: 3/1/2016 3:58:03 PM(UTC-5)

**3/1/2016 3:58:11 PM(UTC-5), +13362795798 (SCH Cell)**
K
Yeah i do to.

Status: Sent
Delivered: 3/1/2016 3:58:12 PM(UTC-5)
Read: 3/1/2016 8:39:04 PM(UTC-5)

**3/1/2016 3:58:24 PM(UTC-5), +13362795798 (SCH Cell)**
Any word on Mrs. Debby?

Status: Sent
Delivered: 3/1/2016 3:58:25 PM(UTC-5)
Read: 3/1/2016 8:39:04 PM(UTC-5)

**3/1/2016 8:39:27 PM(UTC-5), +13047419893 (Darryl Williams)**
No yet.   Said she will text me tonight

Status: Read
Read: 3/1/2016 9:08:25 PM(UTC-5)

**3/1/2016 9:08:28 PM(UTC-5), +13362795798 (SCH Cell)**
K

Status: Sent
Delivered: 3/1/2016 9:08:28 PM(UTC-5)
Read: 3/1/2016 9:08:29 PM(UTC-5)

**3/1/2016 9:09:00 PM(UTC-5), +13047419893 (Darryl Williams)**
Hey KYania is charging too much for the non narcotic. Scripts.   I don't see how your patients can keep affording. 5-6 non narcotic scripts every month

Status: Read
Read: 3/1/2016 9:09:13 PM(UTC-5)

**3/1/2016 9:09:22 PM(UTC-5), +13362795798 (SCH Cell)**
K

Status: Sent
Delivered: 3/1/2016 9:09:23 PM(UTC-5)
Read: 3/1/2016 9:09:26 PM(UTC-5)

**3/1/2016 9:09:28 PM(UTC-5), +13362795798 (SCH Cell)**
Thx
Good to know

Status: Sent
Delivered: 3/1/2016 9:09:28 PM(UTC-5)
Read: 3/1/2016 9:09:29 PM(UTC-5)

**3/1/2016 9:10:02 PM(UTC-5), +13362795798 (SCH Cell)**
New pharmacy in Wytheville by end of March/first of April will be WAAAAY better!!!

Status: Sent
Delivered: 3/1/2016 9:10:03 PM(UTC-5)
Read: 3/1/2016 9:10:03 PM(UTC-5)

**3/1/2016 9:10:08 PM(UTC-5), +13362795798 (SCH Cell)**
On EVERYTHING

Status: Sent
Delivered: 3/1/2016 9:10:08 PM(UTC-5)
Read: 3/1/2016 9:10:08 PM(UTC-5)

**3/1/2016 9:10:51 PM(UTC-5), +13047419893 (Darryl Williams)**
Prices have gone up 35% on all meds since nov

Status: Read
Read: 3/1/2016 9:10:51 PM(UTC-5)

**3/1/2016 9:11:14 PM(UTC-5), +13362795798 (SCH Cell)**

Status: Sent
Delivered: 3/1/2016 9:11:15 PM(UTC-5)
Read: 3/1/2016 9:11:18 PM(UTC-5)

**3/1/2016 9:11:44 PM(UTC-5), +13047419893 (Darryl Williams)**
One persons was over 1400 dollars for 1 month

Status: Read
Read: 3/1/2016 9:11:44 PM(UTC-5)

**3/1/2016 9:13:26 PM(UTC-5), +13362795798 (SCH Cell)**
Walmart could do all the non-narcs

Status: Sent
Delivered: 3/1/2016 9:13:26 PM(UTC-5)
Read: 3/1/2016 9:13:26 PM(UTC-5)

**3/1/2016 9:13:38 PM(UTC-5), +13362795798 (SCH Cell)**
Most of my meds are on the $4 list

Status: Sent
Delivered: 3/1/2016 9:13:39 PM(UTC-5)
Read: 3/1/2016 9:13:39 PM(UTC-5)

**3/1/2016 9:14:25 PM(UTC-5), +13047419893 (Darryl Williams)**
Kyaina won't fill narcotics if they don't fill non narcotic stuff

Status: Read
Read: 3/1/2016 9:14:25 PM(UTC-5)

**3/1/2016 9:17:09 PM(UTC-5), +13362795798 (SCH Cell)**
Booooo

Status: Sent
Delivered: 3/1/2016 9:17:10 PM(UTC-5)
Read: 3/1/2016 9:24:05 PM(UTC-5)

**3/1/2016 9:19:39 PM(UTC-5), +13362795798 (SCH Cell)**
All I can say is peeps are gonna vote with their feet and wallets once the place in Wytheville opens.  Sad that they've jacked prices like that.

Status: Sent
Delivered: 3/1/2016 9:19:40 PM(UTC-5)
Read: 3/1/2016 9:24:05 PM(UTC-5)

**3/1/2016 9:24:46 PM(UTC-5), +13047419893 (Darryl Williams)**
Yep

Status: Read
Read: 3/1/2016 9:58:23 PM(UTC-5)

**3/1/2016 9:33:42 PM(UTC-5), +13047419893 (Darryl Williams)**
Mike Bowe should get there with bowman and Johnson by 11am tommorrow

Status: Read
Read: 3/1/2016 9:58:23 PM(UTC-5)

805

**3/1/2016 9:58:32 PM(UTC-5), +13382795798 (SCH Cell)**
Excellent

Status: Sent
Delivered: 3/1/2016 9:58:33 PM(UTC-5)
Read: 3/1/2016 10:15:34 PM(UTC-5)

**3/1/2016 9:58:40 PM(UTC-5), +13382795798 (SCH Cell)**
That would be perfect

Status: Sent
Delivered: 3/1/2016 9:58:41 PM(UTC-5)
Read: 3/1/2016 10:15:34 PM(UTC-5)

**3/2/2016 12:53:34 PM(UTC-5), +13382795798 (SCH Cell)**
Soooooo

Status: Sent
Delivered: 3/2/2016 12:53:36 PM(UTC-5)
Read: 3/2/2016 12:56:23 PM(UTC-5)

**3/2/2016 12:53:44 PM(UTC-5), +13382795798 (SCH Cell)**
Anyone coming today?

Status: Sent
Delivered: 3/2/2016 12:53:44 PM(UTC-5)
Read: 3/2/2016 12:56:23 PM(UTC-5)

**3/2/2016 12:58:26 PM(UTC-5), +13047419893 (Darryl Williams)**
Yes

Status: Read
Read: 3/2/2016 12:57:31 PM(UTC-5)

**3/2/2016 12:58:35 PM(UTC-5), +13047419893 (Darryl Williams)**
Almost there

Status: Read
Read: 3/2/2016 12:57:31 PM(UTC-5)

**3/2/2016 12:57:35 PM(UTC-5), +13382795798 (SCH Cell)**
Good

Status: Sent
Delivered: 3/2/2016 12:57:35 PM(UTC-5)
Read: 3/2/2016 12:57:38 PM(UTC-5)

**3/2/2016 2:16:33 PM(UTC-5), +13382795798 (SCH Cell)**
They made it safe and sound.
Just counted through the money with Mike observing and the total was $3,700.

Status: Sent
Delivered: 3/2/2016 2:16:39 PM(UTC-5)
Read: 3/2/2016 2:20:47 PM(UTC-5)

**3/2/2016 2:17:18 PM(UTC-5), +13382795798 (SCH Cell)**
Mike had said it was $4,200.  He says the other $600 that is paying for he and Jason is separate.

Status: Sent
Delivered: 3/2/2016 2:17:23 PM(UTC-5)
Read: 3/2/2016 2:20:47 PM(UTC-5)

**3/2/2016 2:21:07 PM(UTC-5), +13047419893 (Darryl Williams)**
That's correct.

Status: Read
Read: 3/2/2016 2:21:26 PM(UTC-5)

**3/2/2016 2:21:50 PM(UTC-5), +13382795798 (SCH Cell)**
Just wanted you to know the total and that it was witnessed.  So of the 5,611.50 + 70.50 (for most recent shipping) + 1,800 (the 6 shipped) = 7,482

Status: Sent
Delivered: 3/2/2016 2:21:50 PM(UTC-5)
Read: 3/2/2016 2:21:50 PM(UTC-5)

**3/2/2016 2:21:51 PM(UTC-5), +13047419893 (Darryl Williams)**
4200  I collected 4 u

Status: Read
Read: 3/2/2016 2:21:51 PM(UTC-5)

**3/2/2016 2:21:57 PM(UTC-5), +13382795798 (SCH Cell)**
K

Status: Sent
Delivered: 3/2/2016 2:21:57 PM(UTC-5)
Read: 3/2/2016 2:22:00 PM(UTC-5)

**3/2/2016 2:22:31 PM(UTC-5), +13047419893 (Darryl Williams)**
Just give balance.   I collected some today for u

Status: Read
Read: 3/2/2016 2:22:32 PM(UTC-5)

**3/2/2016 2:22:37 PM(UTC-5), +13382795798 (SCH Cell)**
So we stand here:
7,482 - 3,700 = 3,782

Status: Sent
Delivered: 3/2/2016 2:22:38 PM(UTC-5)
Read: 3/2/2016 2:22:38 PM(UTC-5)

**3/2/2016 2:22:48 PM(UTC-5), +13382795798 (SCH Cell)**
Owed

Status: Sent
Delivered: 3/2/2016 2:22:49 PM(UTC-5)
Read: 3/2/2016 2:22:52 PM(UTC-5)

**3/2/2016 2:22:56 PM(UTC-5), +13382795798 (SCH Cell)**
Outstanding

Status: Sent
Delivered: 3/2/2016 2:22:56 PM(UTC-5)
Read: 3/2/2016 2:22:57 PM(UTC-5)

**3/2/2016 2:23:07 PM(UTC-5), +13047419893 (Darryl Williams)**
Well I sent 1800 other day

Status: Read
Read: 3/2/2016 2:23:07 PM(UTC-5)

**3/2/2016 2:23:18 PM(UTC-5), +13382795798 (SCH Cell)**
True

Status: Sent
Delivered: 3/2/2016 2:23:18 PM(UTC-5)
Read: 3/2/2016 2:23:18 PM(UTC-5)

**3/2/2016 2:23:41 PM(UTC-5), +13047419893 (Darryl Williams)**
Should be about 2 k

Status: Read
Read: 3/2/2016 2:23:45 PM(UTC-5)

**3/2/2016 2:23:50 PM(UTC-5), +13382795798 (SCH Cell)**
So 3,782 - 1,800 = 1,982

Status: Sent
Delivered: 3/2/2016 2:23:51 PM(UTC-5)
Read: 3/2/2016 2:23:51 PM(UTC-5)

**3/2/2016 2:23:53 PM(UTC-5), +13382795798 (SCH Cell)**
Yup

Status: Sent
Delivered: 3/2/2016 2:23:54 PM(UTC-5)
Read: 3/2/2016 2:23:56 PM(UTC-5)

**3/2/2016 2:24:10 PM(UTC-5), +13047419893 (Darryl Williams)**
Some don't get thier till the 3rd

Status: Read
Read: 3/2/2016 2:24:10 PM(UTC-5)

**3/2/2016 2:24:15 PM(UTC-5), +13047419893 (Darryl Williams)**
Tommorrow

Status: Read
Read: 3/2/2016 2:24:16 PM(UTC-5)

**3/2/2016 2:24:24 PM(UTC-5), +13382795798 (SCH Cell)**
Need to start getting people scheduled for follow ups!

Status: Sent
Delivered: 3/2/2016 2:24:24 PM(UTC-5)
Read: 3/2/2016 2:28:27 PM(UTC-5)

**3/2/2016 2:24:28 PM(UTC-5), +13382795798 (SCH Cell)**
K

Status: Sent
Delivered: 3/2/2016 2:24:28 PM(UTC-5)
Read: 3/2/2016 2:28:27 PM(UTC-5)

**3/2/2016 2:24:47 PM(UTC-5), +13382795798 (SCH Cell)**
Mrs. Debby?

Status: Sent
Delivered: 3/2/2016 2:24:48 PM(UTC-5)
Read: 3/2/2016 2:28:27 PM(UTC-5)

**3/2/2016 2:28:37 PM(UTC-5), +13047419893 (Darryl Williams)**
Working on it

Status: Read
Read: 3/2/2016 2:28:47 PM(UTC-5)

**3/2/2016 2:28:58 PM(UTC-5), +13382795798 (SCH Cell)**
Outstanding
Ty, sir

Status: Sent
Delivered: 3/2/2016 2:28:58 PM(UTC-5)
Read: 3/2/2016 2:28:58 PM(UTC-5)

**3/2/2016 2:29:37 PM(UTC-5), +13047419893 (Darryl Williams)**
Need to talk to you after u get those guys out of there

Status: Read
Read: 3/2/2016 2:30:03 PM(UTC-5)

**3/2/2016 2:30:13 PM(UTC-5), +13382795798 (SCH Cell)**
K

Status: Sent
Delivered: 3/2/2016 2:30:14 PM(UTC-5)
Read: 3/2/2016 2:43:18 PM(UTC-5)

**3/2/2016 3:11:33 PM(UTC-5), +13047419893 (Darryl Williams)**
When do you want Burl and his dad. Blankingship

Status: Read
Read: 3/2/2016 3:16:50 PM(UTC-5)

807

**3/2/2016 3:11:45 PM(UTC-5), +13047419893 (Darryl Williams)**
Tommorrow ???

Status: Read
Read: 3/2/2016 3:16:50 PM(UTC-5)

**3/2/2016 3:21:55 PM(UTC-5), +13362795798 (SCH Cell)**
It would be 2pm st the soonest i could see them tomorrow.

Status: Sent
Delivered: 3/2/2016 3:21:56 PM(UTC-5)
Read: 3/2/2016 3:22:07 PM(UTC-5)

**3/2/2016 3:22:01 PM(UTC-5), +13362795798 (SCH Cell)**
^at

Status: Sent
Delivered: 3/2/2016 3:22:01 PM(UTC-5)
Read: 3/2/2016 3:22:07 PM(UTC-5)

**3/2/2016 3:22:19 PM(UTC-5), +13047419893 (Darryl Williams)**
Cool

Status: Read
Read: 3/2/2016 3:23:09 PM(UTC-5)

**3/2/2016 3:23:10 PM(UTC-5), +13047419893 (Darryl Williams)**
I sent you thier last months funds.    Please collect from them tommorrow

Status: Read
Read: 3/2/2016 3:23:10 PM(UTC-5)

**3/2/2016 3:23:16 PM(UTC-5), +13362795798 (SCH Cell)**
K

Status: Sent
Delivered: 3/2/2016 3:23:16 PM(UTC-5)
Read: 3/2/2016 3:42:10 PM(UTC-5)

**3/2/2016 3:23:18 PM(UTC-5), +13362795798 (SCH Cell)**
Will do

Status: Sent
Delivered: 3/2/2016 3:23:19 PM(UTC-5)
Read: 3/2/2016 3:42:10 PM(UTC-5)

**3/2/2016 3:42:35 PM(UTC-5), +13047419893 (Darryl Williams)**
See what date I was in there last

Status: Read
Read: 3/2/2016 3:56:44 PM(UTC-5)

**3/2/2016 3:42:55 PM(UTC-5), +13047419893 (Darryl Williams)**
I think in Dec.

Status: Read
Read: 3/2/2016 3:56:44 PM(UTC-5)

**3/2/2016 3:57:59 PM(UTC-5), +13362795798 (SCH Cell)**
Thought you wanted me to call after they left?

Status: Sent
Delivered: 3/2/2016 3:58:00 PM(UTC-5)
Read: 3/2/2016 3:58:27 PM(UTC-5)

**3/2/2016 4:16:22 PM(UTC-5), +13362795798 (SCH Cell)**
Oh, meant to ask: how/when will 1,982 amount be settled?

Status: Sent
Delivered: 3/2/2016 4:16:22 PM(UTC-5)
Read: 3/2/2016 4:21:42 PM(UTC-5)

**3/2/2016 4:22:17 PM(UTC-5), +13047419893 (Darryl Williams)**
I should collect the rest of your funds tommorrow

Status: Read
Read: 3/2/2016 4:23:44 PM(UTC-5)

**3/2/2016 4:23:15 PM(UTC-5), +13047419893 (Darryl Williams)**
I got 4 more people who states they get thiers funds on the 3rd

Status: Read
Read: 3/2/2016 4:23:44 PM(UTC-5)

**3/2/2016 4:23:38 PM(UTC-5), +13047419893 (Darryl Williams)**
So that's at midnight

Status: Read
Read: 3/2/2016 4:23:44 PM(UTC-5)

**3/2/2016 4:23:54 PM(UTC-5), +13362795798 (SCH Cell)**
K

Status: Sent
Delivered: 3/2/2016 4:23:54 PM(UTC-5)
Read: 3/2/2016 4:23:58 PM(UTC-5)

**3/2/2016 4:23:57 PM(UTC-5), +13362795798 (SCH Cell)**

Status: Sent
Delivered: 3/2/2016 4:23:58 PM(UTC-5)
Read: 3/2/2016 4:24:00 PM(UTC-5)

**3/2/2016 4:24:29 PM(UTC-5), +13047419893 (Darryl Williams)**
Can go to Walmart  tommorrow eavning

Status: Read
Read: 3/2/2016 4:42:37 PM(UTC-5)

**3/2/2016 4:27:56 PM(UTC-5), +13047419893 (Darryl Williams)**
Mike and Jason paid today right

Status: Read
Read: 3/2/2016 4:42:37 PM(UTC-5)

**3/2/2016 4:29:49 PM(UTC-5), +13047419893 (Darryl Williams)**
Kelly Johnson was supposed to come today with Mike but I think he may not had the funds. I told not to go if they didn't have the money

Status: Read
Read: 3/2/2016 4:42:37 PM(UTC-5)

**3/2/2016 4:30:52 PM(UTC-5), +13047419893 (Darryl Williams)**
I will find Kelly a ride when he gets his funds

Status: Read
Read: 3/2/2016 4:42:37 PM(UTC-5)

**3/2/2016 4:42:54 PM(UTC-5), +13382795798 (SCH Cell)**
K

Status: Sent
Delivered: 3/2/2016 4:42:55 PM(UTC-5)
Read: 3/2/2016 4:47:56 PM(UTC-5)

**3/2/2016 4:43:15 PM(UTC-5), +13382795798 (SCH Cell)**
Can you just do money orders for the remaining please, sir?

Status: Sent
Delivered: 3/2/2016 4:43:15 PM(UTC-5)
Read: 3/2/2016 4:47:56 PM(UTC-5)

**3/2/2016 4:48:35 PM(UTC-5), +13047419893 (Darryl Williams)**
Yes I will.   Send them to martinsville

Status: Read
Read: 3/2/2016 4:48:50 PM(UTC-5)

**3/2/2016 4:48:57 PM(UTC-5), +13382795798 (SCH Cell)**
Please
Yes sir

Status: Sent
Delivered: 3/2/2016 4:48:58 PM(UTC-5)
Read: 3/2/2016 4:48:58 PM(UTC-5)

**3/2/2016 4:49:17 PM(UTC-5), +13047419893 (Darryl Williams)**
Ok they will be there Monday

Status: Read
Read: 3/2/2016 4:50:14 PM(UTC-5)

**3/2/2016 4:50:17 PM(UTC-5), +13382795798 (SCH Cell)**
SCH, P.C.
445 Commonwealth Blvd East,
Ste A,
Martinsville, VA 24112

Status: Sent
Delivered: 3/2/2016 4:50:18 PM(UTC-5)
Read: 3/2/2016 4:50:34 PM(UTC-5)

**3/2/2016 4:50:36 PM(UTC-5), +13382795798 (SCH Cell)**
Address to Joel Smithers on the MO

Status: Sent
Delivered: 3/2/2016 4:50:37 PM(UTC-5)
Read: 3/2/2016 4:50:36 PM(UTC-5)

**3/2/2016 4:50:39 PM(UTC-5), +13047419893 (Darryl Williams)**
Cool

Status: Read
Read: 3/2/2016 4:50:39 PM(UTC-5)

**3/2/2016 4:50:45 PM(UTC-5), +13382795798 (SCH Cell)**
Thx sur

Status: Sent
Delivered: 3/2/2016 4:50:46 PM(UTC-5)
Read: 3/2/2016 4:50:45 PM(UTC-5)

**3/2/2016 4:50:48 PM(UTC-5), +13382795798 (SCH Cell)**
Sir

Status: Sent
Delivered: 3/2/2016 4:50:48 PM(UTC-5)
Read: 3/2/2016 4:50:50 PM(UTC-5)

**3/2/2016 4:52:44 PM(UTC-5), +13047419893 (Darryl Williams)**
If I go by a bank America before  I mail and they are open I will text and see if u want me to deposit it  if not they will be there Monday morning

Status: Read
Read: 3/2/2016 4:53:12 PM(UTC-5)

**3/2/2016 4:53:24 PM(UTC-5), +13382795798 (SCH Cell)**
K
No worries

Status: Sent
Delivered: 3/2/2016 4:53:24 PM(UTC-5)
Read: 3/2/2016 4:53:24 PM(UTC-5)

| 626 | Timestamp: 3/18/2016 11:20:44 AM (UTC-4) | Subject: No subject | Status: Sent |
|---|---|---|---|
| | From: +13362795798 SCH Cell* | Body: Attachments: | |
| | To: +16064549893 Darryl Williams* | IMG_7984.gif | |

4/6/2016 5:18:09 PM(UTC-4), +13047419893 (Darryl Williams)
There

Status: Read
Read: 4/6/2016 5:18:10 PM(UTC-4)

4/6/2016 5:18:15 PM(UTC-4), +13362795798 (SCH Cell)
With me?

Status: Sent
Delivered: 4/6/2016 5:18:15 PM(UTC-4)
Read: 4/6/2016 5:18:15 PM(UTC-4)

4/6/2016 5:18:23 PM(UTC-4), +13047419893 (Darryl Williams)
He moved to NY

Status: Read
Read: 4/6/2016 5:18:29 PM(UTC-4)

4/6/2016 5:18:32 PM(UTC-4), +13362795798 (SCH Cell)
Oh

Status: Sent
Delivered: 4/6/2016 5:18:32 PM(UTC-4)
Read: 4/6/2016 5:18:35 PM(UTC-4)

4/6/2016 5:18:34 PM(UTC-4), +13047419893 (Darryl Williams)
He moved back

Status: Read
Read: 4/6/2016 5:18:35 PM(UTC-4)

4/6/2016 5:18:36 PM(UTC-4), +13047419893 (Darryl Williams)
Yes

Status: Read
Read: 4/6/2016 5:18:36 PM(UTC-4)

4/6/2016 5:18:45 PM(UTC-4), +13047419893 (Darryl Williams)
Marion

Status: Read
Read: 4/6/2016 5:18:54 PM(UTC-4)

4/6/2016 5:18:53 PM(UTC-4), +13047419893 (Darryl Williams)
Last name

Status: Read
Read: 4/6/2016 5:18:54 PM(UTC-4)

4/6/2016 5:19:04 PM(UTC-4), +13362795798 (SCH Cell)
Hmmmmm did he see him in Beckley?

Status: Sent
Delivered: 4/6/2016 5:19:04 PM(UTC-4)
Read: 4/6/2016 5:19:17 PM(UTC-4)

4/6/2016 5:19:34 PM(UTC-4), +13047419893 (Darryl Williams)
Let me get his whole name

Status: Read
Read: 4/6/2016 5:19:35 PM(UTC-4)

4/6/2016 5:26:18 PM(UTC-4), +13362795798 (SCH Cell)
I found his chart.

Status: Sent
Delivered: 4/6/2016 5:26:18 PM(UTC-4)
Read: 4/6/2016 5:35:16 PM(UTC-4)

4/6/2016 5:35:24 PM(UTC-4), +13047419893 (Darryl Williams)
Cool

Status: Read
Read: 4/6/2016 5:35:24 PM(UTC-4)

4/6/2016 5:35:38 PM(UTC-4), +13047419893 (Darryl Williams)
When u want him to come

Status: Read
Read: 4/6/2016 5:35:38 PM(UTC-4)

4/6/2016 5:36:40 PM(UTC-4), +13047419893 (Darryl Williams)
Curtis church has everything you need and is faxing it to ya

Status: Read
Read: 4/6/2016 5:36:41 PM(UTC-4)

4/6/2016 5:37:43 PM(UTC-4), +13047419893 (Darryl Williams)
He wants to come tommorow but I told him you was full  and he needs to get his fax in to ya

Status: Read
Read: 4/6/2016 5:37:44 PM(UTC-4)

4/6/2016 5:38:22 PM(UTC-4), +13362795798 (SCH Cell)
No.  Josh Marion needs to call me.  He can call on 336-279-5798

Status: Sent
Delivered: 4/6/2016 5:38:22 PM(UTC-4)
Read: 4/6/2016 5:38:22 PM(UTC-4)

4/6/2016 5:38:42 PM(UTC-4), +13362795798 (SCH Cell)
K

Status: Sent
Delivered: 4/6/2016 5:38:42 PM(UTC-4)
Read: 4/6/2016 5:38:46 PM(UTC-4)

3/2/2016 4:53:28 PM(UTC-5), +13362795798 (SCH Cell)
Thank you

Status: Sent
Delivered: 3/2/2016 4:53:29 PM(UTC-5)
Read: 3/2/2016 4:53:29 PM(UTC-5)

3/2/2016 4:53:30 PM(UTC-5), +13047419893 (Darryl Williams)
I know there is a bank America  in Charleston wv. And Lexington ky

Status: Read
Read: 3/2/2016 4:53:30 PM(UTC-5)

3/2/2016 4:53:38 PM(UTC-5), +13362795798 (SCH Cell)

Status: Sent
Delivered: 3/2/2016 4:53:39 PM(UTC-5)
Read: 3/2/2016 4:53:41 PM(UTC-5)

3/13/2016 12:23:38 PM(UTC-4), +13362795798 (SCH Cell)
You still kickin ole buddy?

Status: Sent
Delivered: 3/13/2016 12:23:38 PM(UTC-4)
Read: 3/13/2016 5:09:51 PM(UTC-4)

3/15/2016 4:28:32 PM(UTC-4), +13362795798 (SCH Cell)
HellOoooooo

Status: Sent
Delivered: 3/15/2016 4:28:33 PM(UTC-4)
Read: 3/15/2016 6:05:41 PM(UTC-4)

3/16/2016 9:47:47 PM(UTC-4), +13362795798 (SCH Cell)
When would be a good time for us to speak by phone, sir?

Status: Sent
Delivered: 3/16/2016 9:47:52 PM(UTC-4)
Read: 3/16/2016 9:58:46 PM(UTC-4)

4/4/2016 4:35:58 PM(UTC-4), +13047419893 (Darryl Williams)
Lora got her scripts Thursday and she has been as far north as Dumprees Va ( Richmond) and everywhere in Wv and she had to return to Buffalo Pharmacy where he will only fill 60. It's really stressed her out and she ask me to text ya and see if you could this one time write her about 60 roxy 30s to compensate for her losing 30 opanas. This would only be a one time thing because kentuckiana will be able to fill her whole perscription in may. She has drove all day Friday, sat, and Sunday to several pharmacies and has had no luck. If you can do this for us Kerry and Rabi hatfield is there now and would bring the perscription to her.  Thanks

Status: Read
Read: 4/4/2016 4:36:16 PM(UTC-4)

4/4/2016 4:37:39 PM(UTC-4), +13362795798 (SCH Cell)
K

Status: Sent
Delivered: 4/4/2016 4:37:42 PM(UTC-4)
Read: 4/4/2016 4:37:58 PM(UTC-4)

4/4/2016 4:44:22 PM(UTC-4), +13362795798 (SCH Cell)
I sent the script with Kerry in a secure envelope.  She said she'd give it to you or Lora tomorrow.

Status: Sent
Delivered: 4/4/2016 4:44:22 PM(UTC-4)
Read: 4/4/2016 4:44:33 PM(UTC-4)

4/4/2016 4:44:54 PM(UTC-4), +13047419893 (Darryl Williams)
I thank from the bottom of my heart

Status: Read
Read: 4/4/2016 4:45:34 PM(UTC-4)

4/6/2016 5:16:57 PM(UTC-4), +13047419893 (Darryl Williams)
Josh marion wants to know if he can come in tommorrow

Status: Read
Read: 4/6/2016 5:17:14 PM(UTC-4)

4/6/2016 5:17:30 PM(UTC-4), +13362795798 (SCH Cell)
I haven't received any paper work on him.

Status: Sent
Delivered: 4/6/2016 5:17:31 PM(UTC-4)
Read: 4/6/2016 5:17:31 PM(UTC-4)

4/6/2016 5:17:36 PM(UTC-4), +13047419893 (Darryl Williams)
A guy name Curtis church is sending u a fax.

Status: Read
Read: 4/6/2016 5:17:37 PM(UTC-4)

4/6/2016 5:17:48 PM(UTC-4), +13362795798 (SCH Cell)
And there are no openings anyway.

Status: Sent
Delivered: 4/6/2016 5:17:48 PM(UTC-4)
Read: 4/6/2016 5:17:48 PM(UTC-4)

4/6/2016 5:17:55 PM(UTC-4), +13047419893 (Darryl Williams)
He has been a patient there

Status: Read
Read: 4/6/2016 5:17:55 PM(UTC-4)

4/6/2016 5:18:02 PM(UTC-4), +13362795798 (SCH Cell)
Where?

Status: Sent
Delivered: 4/6/2016 5:18:02 PM(UTC-4)
Read: 4/6/2016 5:18:03 PM(UTC-4)

4/6/2016 5:38:45 PM(UTC-4), +13047419893 (Darryl Williams)
Mike Bowe is in Hospital. He has had several light strokes

Status: Read
Read: 4/6/2016 5:38:45 PM(UTC-4)

4/6/2016 5:38:55 PM(UTC-4), +13362795798 (SCH Cell)
I'll be looking for his fax.

Status: Sent
Delivered: 4/6/2016 5:38:55 PM(UTC-4)
Read: 4/6/2016 5:39:18 PM(UTC-4)

4/6/2016 5:39:21 PM(UTC-4), +13047419893 (Darryl Williams)
K

Status: Read
Read: 4/6/2016 5:39:21 PM(UTC-4)

4/6/2016 5:39:22 PM(UTC-4), +13362795798 (SCH Cell)
YIKES!

Status: Sent
Delivered: 4/6/2016 5:39:23 PM(UTC-4)
Read: 4/6/2016 5:39:23 PM(UTC-4)

4/6/2016 5:39:40 PM(UTC-4), +13362795798 (SCH Cell)
So is he not coming tomorrow???

Status: Sent
Delivered: 4/6/2016 5:39:41 PM(UTC-4)
Read: 4/6/2016 5:39:41 PM(UTC-4)

4/6/2016 5:39:56 PM(UTC-4), +13047419893 (Darryl Williams)
Call mike when you get a chance.   606-625-0844

Status: Read
Read: 4/6/2016 5:40:05 PM(UTC-4)

Status: Read
Read: 4/6/2016 5:40:18 PM(UTC-4)

4/6/2016 5:40:30 PM(UTC-4), +13362795798 (SCH Cell)
K
What's Josh Marion's #?

Status: Sent
Delivered: 4/6/2016 5:40:31 PM(UTC-4)
Read: 4/6/2016 5:40:31 PM(UTC-4)

4/6/2016 5:40:38 PM(UTC-4), +13362795798 (SCH Cell)
LoL

Status: Sent
Delivered: 4/6/2016 5:40:38 PM(UTC-4)
Read: 4/6/2016 5:40:38 PM(UTC-4)

4/6/2016 5:40:43 PM(UTC-4), +13047419893 (Darryl Williams)
I will get it

Status: Read
Read: 4/6/2016 5:40:43 PM(UTC-4)

4/6/2016 5:40:55 PM(UTC-4), +13362795798 (SCH Cell)
...that'll keep him in good spirits lol

Status: Sent
Delivered: 4/6/2016 5:40:55 PM(UTC-4)
Read: 4/6/2016 5:40:55 PM(UTC-4)

4/6/2016 5:40:57 PM(UTC-4), +13362795798 (SCH Cell)
K

Status: Sent
Delivered: 4/6/2016 5:40:58 PM(UTC-4)
Read: 4/6/2016 5:41:02 PM(UTC-4)

4/6/2016 6:16:38 PM(UTC-4), +13362795798 (SCH Cell)
Called Mike... He seems to be in good spirits... Hope he gets better soon.

Status: Sent
Delivered: 4/6/2016 6:16:41 PM(UTC-4)
Read: 4/6/2016 6:48:11 PM(UTC-4)

4/6/2016 6:17:14 PM(UTC-4), +13362795798 (SCH Cell)
So between Mike Robinette and Jason Bowman who will be bringing the $1,450 tomorrow?

Status: Sent
Delivered: 4/6/2016 6:17:15 PM(UTC-4)
Read: 4/6/2016 6:48:11 PM(UTC-4)

4/6/2016 6:48:25 PM(UTC-4), +13047419893 (Darryl Williams)
Correct

Status: Read
Read: 4/6/2016 6:49:29 PM(UTC-4)

4/6/2016 6:48:44 PM(UTC-4), +13047419893 (Darryl Williams)
They are bring Mike Bowes fee too

Status: Read
Read: 4/6/2016 6:49:29 PM(UTC-4)

4/6/2016 6:50:06 PM(UTC-4), +13382795798 (SCH Cell)
K
I could just wait to see him next week. Especially since he isn't taking his medicine while he's in the hospital.

Status: Sent
Delivered: 4/6/2016 6:50:07 PM(UTC-4)
Read: 4/6/2016 7:06:39 PM(UTC-4)

4/7/2016 2:00:06 PM(UTC-4), +13047419893 (Darryl Williams)
They guys there have thier fee money.  And I am going to wire to them.  Mikes fee money and the other 1450.  They will go to Walmart and get today and bring it back to ya

Status: Read
Read: 4/7/2016 2:04:22 PM(UTC-4)

4/7/2016 2:00:37 PM(UTC-4), +13047419893 (Darryl Williams)
I am waiting on a guy to come pay me

Status: Read
Read: 4/7/2016 2:04:22 PM(UTC-4)

4/7/2016 2:04:32 PM(UTC-4), +13382795798 (SCH Cell)
K

Status: Sent
Delivered: 4/7/2016 2:04:32 PM(UTC-4)
Read: 4/7/2016 2:04:42 PM(UTC-4)

4/7/2016 2:04:34 PM(UTC-4), +13382795798 (SCH Cell)
Thx

Status: Sent
Delivered: 4/7/2016 2:04:35 PM(UTC-4)
Read: 4/7/2016 2:04:42 PM(UTC-4)

4/10/2016 11:34:18 AM(UTC-4), +13382795798 (SCH Cell)
You may wanna get back into real estate!!:

Status: Sent
Delivered: 4/10/2016 11:34:18 AM(UTC-4)
Read: 4/10/2016 12:46:51 PM(UTC-4)

4/10/2016 11:34:27 AM(UTC-4), +13382795798 (SCH Cell)

Attachments:

IMG_0601.PNG
Status: Sent
Delivered: 4/10/2016 11:34:27 AM(UTC-4)
Read: 4/10/2016 12:46:51 PM(UTC-4)

4/10/2016 12:48:02 PM(UTC-4), +13047419893 (Darryl Williams)
Yep

Status: Read
Read: 4/10/2016 3:57:47 PM(UTC-4)

6/1/2016 7:39:14 PM(UTC-4), +13047419893 (Darryl Williams)
Sorry other went dead

Status: Read
Read: 6/1/2016 7:46:16 PM(UTC-4)

6/1/2016 7:39:37 PM(UTC-4), +13047419893 (Darryl Williams)
Did not get ur last few texts

Status: Read
Read: 6/1/2016 7:46:16 PM(UTC-4)

6/1/2016 7:40:41 PM(UTC-4), +13047419893 (Darryl Williams)
U think I just need Suboxan clinic.   You don't think I have cronic pain

Status: Read
Read: 6/1/2016 7:46:16 PM(UTC-4)

6/1/2016 7:49:08 PM(UTC-4), +13382795798 (SCH Cell)
I was simply suggesting that as a bridge until you get in to pain management, sir.

Status: Sent
Delivered: 6/1/2016 7:49:33 PM(UTC-4)
Read: 6/1/2016 7:52:01 PM(UTC-4)

6/1/2016 7:51:04 PM(UTC-4), +13382795798 (SCH Cell)
Or if you feel you are an addict then that plus counseling would be a helpful bridge to recovery.  I'm not you and am only offering suggestions just as before.  I'm offering them out of care and concern (not being a smartass or anything like that).

Status: Sent
Delivered: 6/1/2016 7:51:05 PM(UTC-4)
Read: 6/1/2016 7:52:01 PM(UTC-4)

6/1/2016 7:55:57 PM(UTC-4), +13047419893 (Darryl Williams)
I drew my first SSI check for 733 dollars and was going to lend it to ur patients and we can't get a simple  answer out of you

Status: Read
Read: 6/1/2016 7:57:28 PM(UTC-4)

6/1/2016 7:57:43 PM(UTC-4), +13382795798 (SCH Cell)
I'm confused

Status: Sent
Delivered: 6/1/2016 7:57:43 PM(UTC-4)
Read: 6/1/2016 7:57:43 PM(UTC-4)

| 598 | **Timestamp:** 4/19/2016 1:51:20 PM(UTC-4) **From:** +16064549893 Darryl Williams* **To:** +13362795798 SCH Cell* | **Subject:** No subject **Body:** **Attachments:**  PART95146108808385995P9520160 41995124911.jpg | **Status:** Read |
| 600 | **Timestamp:** 4/13/2016 12:15:37 PM(UTC-4) **From:** +16064549893 Darryl Williams* | **Subject:** Fwd: **Body:** **Attachments:**  IMG_0990.jpg | **Status:** Read |
| 601 | **Timestamp:** 4/13/2016 12:13:02 PM(UTC-4) **From:** +16064549893 Darryl Williams* | **Subject:** Fwd: **Body:** **Attachments:**  IMG_0986.jpg | **Status:** Read |
| 602 | **Timestamp:** 4/13/2016 11:56:01 AM(UTC-4) **From:** +16064549893 Darryl Williams* | **Subject:** No subject **Body:** **Attachments:**  PART_1460562778377_P_20160409 _171859.jpg | **Status:** Read |
| 603 | **Timestamp:** 4/13/2016 10:01:09 AM(UTC-4) **From:** +16064549893 Darryl Williams* | **Subject:** No subject **Body:** **Attachments:**  PART_1460555717235_P_20160411 _150918.jpg | **Status:** Read |

**4495**

| 604 | Timestamp: 4/13/2016 9:57:50 AM(UTC-4) From: +16064549893 Darryl Williams* | Subject: No subject Body: Attachments:  PART95146055568857095P9520160 41195150825.jpg | | Status: Read |
|---|---|---|---|---|

**6/1/2016 7:57:52 PM(UTC-4), +13362795798 (SCH Cell)**
What is the question?

Status: Sent
Delivered: 6/1/2016 7:57:52 PM(UTC-4)
Read: 6/1/2016 7:57:52 PM(UTC-4)

**6/1/2016 7:59:45 PM(UTC-4), +13362795798 (SCH Cell)**
I haven't reviewed anyone's file; I don't make decisions until I do.

Status: Sent
Delivered: 6/1/2016 7:59:46 PM(UTC-4)
Read: 6/1/2016 7:59:46 PM(UTC-4)

**6/1/2016 8:01:21 PM(UTC-4), +13047418893 (Darryl Williams)**
U threw  mike Bowe out and that very day I ask u nicely to let me know if I needed to go somewhere else

Status: Read
Read: 6/1/2016 8:01:34 PM(UTC-4)

**6/1/2016 8:02:02 PM(UTC-4), +13362795798 (SCH Cell)**
I didn't know or review your file until the day you came in, sir.

Status: Sent
Delivered: 6/1/2016 8:02:02 PM(UTC-4)
Read: 6/1/2016 8:02:02 PM(UTC-4)

**6/1/2016 8:02:20 PM(UTC-4), +13047418893 (Darryl Williams)**
The Day u threw me out u already had my scripts.  4 of them made out

Status: Read
Read: 6/1/2016 8:02:20 PM(UTC-4)

**6/1/2016 8:02:49 PM(UTC-4), +13362795798 (SCH Cell)**
That record wasn't printed off by someone else (not me) and placed in your file until the day of your appointment.

Status: Sent
Delivered: 6/1/2016 8:02:50 PM(UTC-4)
Read: 6/1/2016 8:02:50 PM(UTC-4)

**6/1/2016 8:03:20 PM(UTC-4), +13362795798 (SCH Cell)**
I wrote them right before calling you back right after I reviewed your chart.

Status: Sent
Delivered: 6/1/2016 8:03:21 PM(UTC-4)
Read: 6/1/2016 8:03:21 PM(UTC-4)

**6/1/2016 8:03:23 PM(UTC-4), +13047418893 (Darryl Williams)**
Doc I ask u for a favor and look where we are

Status: Read
Read: 6/1/2016 8:03:23 PM(UTC-4)

**6/1/2016 8:03:32 PM(UTC-4), +13362795798 (SCH Cell)**
I'm lost

Status: Sent
Delivered: 6/1/2016 8:03:32 PM(UTC-4)
Read: 6/1/2016 8:03:34 PM(UTC-4)

**6/1/2016 8:04:50 PM(UTC-4), +13047418893 (Darryl Williams)**
You simply could have said u and urs head somewhere else.   But know u let us come and pay u to kick us in the teeth

Status: Read
Read: 6/1/2016 8:04:54 PM(UTC-4)

**6/1/2016 8:05:12 PM(UTC-4), +13362795798 (SCH Cell)**
Seriously?

Status: Sent
Delivered: 6/1/2016 8:05:13 PM(UTC-4)
Read: 6/1/2016 8:05:13 PM(UTC-4)

**6/1/2016 8:05:38 PM(UTC-4), +13362795798 (SCH Cell)**
Has everyone from KY been thrown out of my office?

Status: Sent
Delivered: 6/1/2016 8:05:38 PM(UTC-4)
Read: 6/1/2016 8:05:38 PM(UTC-4)

**6/1/2016 8:05:58 PM(UTC-4), +13362795798 (SCH Cell)**
Stop

Status: Sent
Delivered: 6/1/2016 8:05:57 PM(UTC-4)
Read: 6/1/2016 8:05:57 PM(UTC-4)

**6/1/2016 8:06:00 PM(UTC-4), +13362795798 (SCH Cell)**
Just stop

Status: Sent
Delivered: 6/1/2016 8:06:00 PM(UTC-4)
Read: 6/1/2016 8:06:02 PM(UTC-4)

**6/1/2016 8:06:28 PM(UTC-4), +13047418893 (Darryl Williams)**
No Jerry Maynard and all his crew is snuggled in just fine

Status: Read
Read: 6/1/2016 8:06:28 PM(UTC-4)

**6/1/2016 8:06:52 PM(UTC-4), +13362795798 (SCH Cell)**
You're absolutely delusional and completely wrong.

Status: Sent
Delivered: 6/1/2016 8:06:52 PM(UTC-4)
Read: 6/1/2016 8:06:52 PM(UTC-4)

914

**6/1/2016 8:07:14 PM(UTC-4), +13047419893 (Darryl Williams)**
Am I

Status: Read
Read: 6/1/2016 8:07:23 PM(UTC-4)

**6/1/2016 8:08:30 PM(UTC-4), +13047419893 (Darryl Williams)**
I am a real decent person doc who believes in live and let live

Status: Read
Read: 6/1/2016 8:10:19 PM(UTC-4)

**6/1/2016 8:10:18 PM(UTC-4), +13047419893 (Darryl Williams)**
I am now waking up with my body jerking and legs flopping.  Because of one drug test that was 6 months old

Status: Read
Read: 6/1/2016 8:10:19 PM(UTC-4)

**6/1/2016 8:11:55 PM(UTC-4), +13047419893 (Darryl Williams)**
Why did u even pee test me the last time I was there.      It was clean.  But no the drug test before Christmas

Status: Read
Read: 6/1/2016 8:12:02 PM(UTC-4)

**6/1/2016 8:14:51 PM(UTC-4), +13047419893 (Darryl Williams)**
If you will just tell me the real reason I could possibly forget all about this and move on.

Status: Read
Read: 6/1/2016 8:14:58 PM(UTC-4)

**6/1/2016 8:16:22 PM(UTC-4), +13047419893 (Darryl Williams)**
I would like to get a copy of my contract you said I signed

Status: Read
Read: 6/1/2016 8:16:22 PM(UTC-4)

**6/1/2016 8:17:04 PM(UTC-4), +13362795798 (SCH Cell)**
The real reason is the same as the reason I gave you the day you were discharged, sir.  And EVERY SINGLE PERSON before you and since you that has been positive for cocaine has met the same fate: immediate discharge.

Status: Sent
Delivered: 6/1/2016 8:17:04 PM(UTC-4)
Read: 6/1/2016 10:14:01 PM(UTC-4)

**6/1/2016 10:23:33 PM(UTC-4), +13047419893 (Darryl Williams)**
Well doc my situation is a little different then most if I get a new Doc and leave the eastern district of Ky I have to get permission from a rookie Type B person who will ask why are changing docs  my criminal charges are IRS not Drug related.  But he will make a mountain out of a mole hill  so I am stuck  without pain managment

Status: Read
Read: 6/1/2016 10:30:15 PM(UTC-4)

**6/1/2016 10:24:57 PM(UTC-4), +13047419893 (Darryl Williams)**
I tried to explain that to you and you Rudley cut me off the day you threw me out

Status: Read
Read: 6/1/2016 10:30:15 PM(UTC-4)

**6/1/2016 10:27:18 PM(UTC-4), +13047419893 (Darryl Williams)**
You tell people you won't throw them out over weed but you don't give me a 2 nd chance

Status: Read
Read: 6/1/2016 10:30:15 PM(UTC-4)

**6/1/2016 10:28:58 PM(UTC-4), +13047419893 (Darryl Williams)**
Hey I believe in law and order  but it should be the same for everyone

Status: Read
Read: 6/1/2016 10:30:15 PM(UTC-4)

**6/1/2016 10:33:22 PM(UTC-4), +13047419893 (Darryl Williams)**
I think I am talking to a wall

Status: Read
Read: 6/1/2016 10:33:44 PM(UTC-4)

**6/1/2016 10:40:38 PM(UTC-4), +13047419893 (Darryl Williams)**
That's fine

Status: Read
Read: 6/1/2016 10:50:46 PM(UTC-4)

**6/1/2016 10:42:18 PM(UTC-4), +13047419893 (Darryl Williams)**
Good night Doc.   I am going to sleep on this  advise you to do the same

Status: Read
Read: 6/1/2016 10:50:46 PM(UTC-4)

**6/1/2016 10:51:39 PM(UTC-4), +13382795798 (SCH Cell)**
It might make you happy to know that since Monday I have barely been able to stand straight or walk without limp.

Status: Sent
Delivered: 6/1/2016 10:51:40 PM(UTC-4)
Read: 6/1/2016 10:52:12 PM(UTC-4)

**6/1/2016 10:51:50 PM(UTC-4), +13382795798 (SCH Cell)**
...I'm in excruciating pain.

Status: Sent
Delivered: 6/1/2016 10:51:51 PM(UTC-4)
Read: 6/1/2016 10:52:12 PM(UTC-4)

**6/1/2016 10:52:30 PM(UTC-4), +13382795798 (SCH Cell)**
My lower back went out on me (it does every year or two since my snowboarding accident in 2004)...

Status: Sent
Delivered: 6/1/2016 10:52:30 PM(UTC-4)
Read: 6/1/2016 10:52:30 PM(UTC-4)

**6/1/2016 10:52:41 PM(UTC-4), +13047419893 (Darryl Williams)**
I don't wish no one pain

Status: Read
Read: 6/1/2016 10:52:41 PM(UTC-4)

**6/1/2016 10:54:20 PM(UTC-4), +13382795798 (SCH Cell)**
...was bending over to get a glass casserole dish out if the bottom cabinet and just turned the wrong way as I was standing up and bam pop whammy there it was and I couldn't even stand up straight.

Status: Sent
Delivered: 6/1/2016 10:54:20 PM(UTC-4)
Read: 6/1/2016 10:54:20 PM(UTC-4)

**6/1/2016 10:55:41 PM(UTC-4), +13047419893 (Darryl Williams)**
I know I am grumpy over my pain.    But I know you ain't been perfect  nor I. But  it ain't right to give some 2 nd chances and not others

Status: Read
Read: 6/1/2016 10:55:43 PM(UTC-4)

**6/1/2016 10:56:01 PM(UTC-4), +13382795798 (SCH Cell)**
I used to get tramadol from my family doctor but it does nothing so I just load up on Aleve and suffer... I don't dare go to a pain doc and get narcotics because he DEA will see that and put an even BIGGER target on me.

Status: Sent
Delivered: 6/1/2016 10:56:01 PM(UTC-4)
Read: 6/1/2016 10:56:01 PM(UTC-4)

**6/1/2016 10:56:39 PM(UTC-4), +13382795798 (SCH Cell)**
...Big Brother sees and hears all.

Status: Sent
Delivered: 6/1/2016 10:56:40 PM(UTC-4)
Read: 6/1/2016 10:56:40 PM(UTC-4)

**6/1/2016 10:58:51 PM(UTC-4), +13047419893 (Darryl Williams)**
I know every time I have throwed my back out it was something like bending over to tie ur shoe

Status: Read
Read: 6/1/2016 10:59:44 PM(UTC-4)

**6/1/2016 10:59:18 PM(UTC-4), +13047419893 (Darryl Williams)**
I was not notified that there was a bad sample on me and was not giving the opportunity to retest

Status: Read
Read: 6/1/2016 10:59:44 PM(UTC-4)

**6/1/2016 10:59:56 PM(UTC-4), +13047419893 (Darryl Williams)**
Scotty took two samples today

Status: Read
Read: 6/1/2016 11:00:29 PM(UTC-4)

**6/1/2016 11:00:31 PM(UTC-4), +13047419893 (Darryl Williams)**
Just want to be treated the same

Status: Read
Read: 6/1/2016 11:00:31 PM(UTC-4)

**6/1/2016 11:01:12 PM(UTC-4), +13382795798 (SCH Cell)**
That was not authorized by me and I have never authorized that to be allowed.

Status: Sent
Delivered: 6/1/2016 11:01:12 PM(UTC-4)
Read: 6/1/2016 11:01:12 PM(UTC-4)

**6/1/2016 11:01:32 PM(UTC-4), +13382795798 (SCH Cell)**
I will review his file when comes in for his appointment and we will go from there.

Status: Sent
Delivered: 6/1/2016 11:01:33 PM(UTC-4)
Read: 6/1/2016 11:01:33 PM(UTC-4)

**6/1/2016 11:01:47 PM(UTC-4), +13047419893 (Darryl Williams)**
Well it sure happened

Status: Read
Read: 6/1/2016 11:01:58 PM(UTC-4)

**6/1/2016 11:04:15 PM(UTC-4), +13047419893 (Darryl Williams)**
Well I want to get my file  see if someone will take me

Status: Read
Read: 6/1/2016 11:04:22 PM(UTC-4)

**6/1/2016 11:05:12 PM(UTC-4), +13047419893 (Darryl Williams)**
Washington spine and woodbridge won't take ky people

Status: Read
Read: 6/1/2016 11:05:22 PM(UTC-4)

**6/1/2016 11:07:48 PM(UTC-4), +13047419893 (Darryl Williams)**
I bet he won't come back. He going to risk his money

Status: Read
Read: 6/1/2016 11:21:12 PM(UTC-4)

**6/1/2016 11:08:18 PM(UTC-4), +13047419893 (Darryl Williams)**
Ain't going to risk his money

**1/10/2016 4:30:45 PM(UTC-5), +17606980824 (Nicole Selby, WV bluestone)**
Hi dr Smithers I have not forgot about you , I was wondering if you could call in a quick antibiotic for a uti

Status: Read
Read: 1/10/2016 4:31:41 PM(UTC-5)

**1/10/2016 4:31:04 PM(UTC-5), +17606980824 (Nicole Selby, WV bluestone)**
So I don't have to go to ER or Med express

Status: Read
Read: 1/10/2016 4:31:41 PM(UTC-5)

**1/10/2016 4:31:17 PM(UTC-5), +17606980824 (Nicole Selby, WV bluestone)**
Just to Princeton Walmart

Status: Read
Read: 1/10/2016 4:31:41 PM(UTC-5)

**1/11/2016 5:57:38 PM(UTC-5), +13382795798 (SCH Cell)**
Sorry, I've been out of the office the past few days... Unfortunately, I am not prescribing antibiotics unless I am able to do a physical exam and would also need to check your urine for signs of infection.  Antibiotics are dangerous and should ONLY be used after proper diagnosis. Hope you were able to get some relief!

Status: Sent
Delivered: 1/11/2016 5:57:42 PM(UTC-5)

**1/20/2016 1:14:23 PM(UTC-5), +17606980824 (Nicole Selby, WV bluestone)**
Hey dr Smithers , I need to pay the remaining 100$ and have you finish calling in my talwin I'm almost out since they brake it down to one week worth there was only one refill

Status: Read
Read: 1/20/2016 1:21:04 PM(UTC-5)

**1/20/2016 1:44:59 PM(UTC-5), +17606980824 (Nicole Selby, WV bluestone)**
Could you call me today

Status: Read
Read: 1/20/2016 1:46:45 PM(UTC-5)

917

| 3199 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 7/18/2016<br>11:40:16 AM(UTC-4) | Read:<br>7/18/2016<br>11:44:29<br>AM(UTC-4) | Read | Sorry for all the trouble Doc | |
| 3200 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 7/18/2016<br>11:39:30 AM(UTC-4) | | Sent | I'll have to move funds around to pay him directly but we'll be able to handle it. Thanks letting us know! | |
| 3201 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 7/18/2016<br>11:32:44 AM(UTC-4) | Read:<br>7/18/2016<br>11:38:39<br>AM(UTC-4) | Read | Can you tell Wendall that their fees are taken care of? Thanks doc | |
| 3202 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 7/18/2016<br>11:31:14 AM(UTC-4) | Read:<br>7/18/2016<br>11:38:39<br>AM(UTC-4) | Read | Yes Sir, 3 x 5, $1500 | |
| 3203 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 7/18/2016<br>11:30:12 AM(UTC-4) | | Sent | So that's going to include their counseling fee as well? | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3204 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 7/18/2016 11:29:55 AM(UTC-4) | | Sent | K | |
| 3205 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 7/18/2016 11:26:54 AM(UTC-4) | Read: 7/18/2016 11:29:46 AM(UTC-4) | Read | Ok I'm going to load the card now, $1500 for all 5. | |
| 3206 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 7/18/2016 11:24:22 AM(UTC-4) | | Sent | Yes sir. We can do that. | |
| 3207 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 7/18/2016 11:17:37 AM(UTC-4) | Read: 7/18/2016 11:24:06 AM(UTC-4) | Read | Hey Doc can you take the debit card over the phone and process it to pay for their fees? | |
| 3208 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 7/18/2016 10:18:52 AM(UTC-4) | Read: 7/18/2016 10:24:27 AM(UTC-4) | Read | anks Doc | |
| 3209 | Inbox | To +13362795798 SGH Cell* From +16064549893 Darryl Williams* | 7/18/2016 10:18:51 AM(UTC-4) | Read: 7/18/2016 10:24:27 AM(UTC-4) | Read | Hey I got some paper work back from Black lung can I fax it to you and you take a look at it for me and see what you think if I'll get my black lung.. Th | |
| 3210 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 7/18/2016 10:00:46 AM(UTC-4) | Read: 7/18/2016 10:24:27 AM(UTC-4) | Read | We will b in town in about 20 minutes so we can run across the street after breakfast and load the credit card, thanks so much Dr. Smithers | |
| 3211 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 7/18/2016 9:57:29 AM(UTC-4) | Read: 7/18/2016 10:24:27 AM(UTC-4) | Read | id and exactly who we need to pay for. | |
| 3212 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 7/18/2016 9:57:28 AM(UTC-4) | Read: 7/18/2016 10:24:27 AM(UTC-4) | Read | total of 5 coming but I'm not sure if a couple of those are going to pay for themselves so when they get thru can you text me and tell us exactly who pa | |
| 3213 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 7/18/2016 9:57:27 AM(UTC-4) | Read: 7/18/2016 10:24:27 AM(UTC-4) | Read | Hello Dr. Smithers, this is Lora. We are driving to town to have some breakfast and get some money on the credit card. If it will work for you, we have a | |

| 3236 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 7/12/2016 4:14:04 PM(UTC-4) | | Sent | To answer your question on Ms. Holloway, I had to check, and yes, she stills owes us. | |
| 3237 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 7/12/2016 4:08:34 PM(UTC-4) | **Read:** 7/12/2016 4:11:13 PM(UTC-4) | Read | Ok I will send you card info as soon as they get there | |
| 3238 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 7/12/2016 4:04:25 PM(UTC-4) | | Sent | Certainly. | |
| 3239 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 7/12/2016 3:57:07 PM(UTC-4) | **Read:** 7/12/2016 4:04:11 PM(UTC-4) | Read | Hey can u take credit /debit card over the phone. Because I am going on vacation this weekend and won't be back till tuesday | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3240 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 7/12/2016 3:36:48 PM(UTC-4) | Read: 7/12/2016 3:36:58 PM(UTC-4) | Read | Did Lynn Holloway ever pay you. She has never brought the funds to me |
| 3241 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 7/12/2016 3:28:30 PM(UTC-4) | Read: 7/12/2016 3:29:04 PM(UTC-4) | Read | K |
| 3242 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 7/12/2016 3:28:09 PM(UTC-4) | | Sent | Tomorrow morning |
| 3243 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 7/12/2016 3:25:14 PM(UTC-4) | Read: 7/12/2016 3:25:14 PM(UTC-4) | Read | Sorry for the trouble |
| 3244 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 7/12/2016 3:23:54 PM(UTC-4) | Read: 7/12/2016 3:23:54 PM(UTC-4) | Read | When is Pam harlow |
| 3245 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 7/12/2016 3:23:37 PM(UTC-4) | Read: 7/12/2016 3:23:37 PM(UTC-4) | Read | Thanks |
| 3246 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 7/12/2016 3:23:19 PM(UTC-4) | Read: 7/12/2016 3:23:19 PM(UTC-4) | Read | Ok |
| 3247 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 7/12/2016 3:22:38 PM(UTC-4) | | Sent | Sam Hubbard G Bowman B Harlow G Harlow Michelle Smith |
| 3248 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 7/12/2016 3:21:50 PM(UTC-4) | | Sent | On Monday-7-18 we have the following starting at 10:00 AM: |
| 3249 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 7/12/2016 3:21:19 PM(UTC-4) | Read: 7/12/2016 3:21:19 PM(UTC-4) | Read | Ok |
| 3250 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 7/12/2016 3:20:53 PM(UTC-4) | | Sent | D Colegrove Sr Robert Daniels Michelle Daniels Connie R Miller |
| 3251 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 7/12/2016 3:20:08 PM(UTC-4) | Read: 7/12/2016 3:20:08 PM(UTC-4) | Read | Ok |
| 3252 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 7/12/2016 3:20:05 PM(UTC-4) | | Sent | Also on that Monday 7-25 are the following: |
| 3253 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 7/12/2016 3:19:42 PM(UTC-4) | | Sent | Well, Connie Rashell Miller was supposed to be here today but called and canceled due to a family emergency and is now re-scheduled for Monday 7-25 at 11:30 AM. |
| 3254 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 7/12/2016 3:19:12 PM(UTC-4) | Read: 7/12/2016 3:19:12 PM(UTC-4) | Read | My bad 18th is monday |
| 3255 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 7/12/2016 2:58:39 PM(UTC-4) | Read: 7/12/2016 3:17:24 PM(UTC-4) | Read | sure thank you |

| 3256 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 7/12/2016 2:58:38 PM(UTC-4) | Read: 7/12/2016 3:17:24 PM(UTC-4) | Read | I know you are real bizzy  can you tell me what day.  Hubbard G bowman  Miller and Harlow goes.   Hubbard told me it was the 18th and that's Saturday  I | |

| 3262 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 7/11/2016 7:37:35 PM(UTC-4) | Read: 7/11/2016 7:37:45 PM(UTC-4) | Read | Maybe nothing to it.  But then again it maybe so | |
| 3263 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 7/11/2016 7:36:04 PM(UTC-4) | | Sent | Wow. Wouldn't surprise me. | |
| 3264 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 7/11/2016 7:35:07 PM(UTC-4) | Read: 7/11/2016 7:35:39 PM(UTC-4) | Read | FYI heard thru the grapevine buffalo got shut down by DEA | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3568 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 6/27/2016 1:24:23 PM(UTC-4) | **Read:** 6/27/2016 2:01:31 PM(UTC-4) | Read | If you can get them 2 out by 2 pm they will make to buffalo and save 5 hours driving tomm.  If u can thanks |
| 3578 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 6/24/2016 3:02:57 PM(UTC-4) | | Sent | Danny is at 9:00 AM and the others will fit in to the schedule behind him. |
| 3579 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 6/24/2016 3:01:12 PM(UTC-4) | **Read:** 6/24/2016 3:01:41 PM(UTC-4) | Read | What time |
| 3580 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 6/24/2016 3:00:56 PM(UTC-4) | | Sent | That's who I have down. |
| 3581 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 6/24/2016 3:00:27 PM(UTC-4) | | Sent | Excellent |
| 3582 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 6/24/2016 3:00:13 PM(UTC-4) | **Read:** 6/24/2016 3:00:23 PM(UTC-4) | Read | Robert Daniels  Sophie. And Danny Coal Grove |
| 3583 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 6/24/2016 2:57:38 PM(UTC-4) | **Read:** 6/24/2016 2:57:40 PM(UTC-4) | Read | That's it |
| 3584 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 6/24/2016 2:57:37 PM(UTC-4) | | Sent | Who all is coming btw? |
| 3585 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 6/24/2016 2:57:19 PM(UTC-4) | | Sent | Fletcher |
| 3586 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 6/24/2016 2:57:02 PM(UTC-4) | **Read:** 6/24/2016 2:57:05 PM(UTC-4) | Read | What's Sophie last.   The lady that I am bringing Monday |

4945

| 3588 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 6/24/2016<br>2:49:08 PM(UTC-4) | | Sent | Greetings sir<br>How's life? | |
| 3589 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893,<br>Darryl Williams* | 6/24/2016<br>2:38:15 PM(UTC-4) | Read:<br>6/24/2016<br>2:48:54 PM(UTC-4) | Read | What's up big guy | |

| 3688 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 6/21/2016 11:43:26 AM(UTC-4) | **Read:** 6/21/2016 11:44:52 AM(UTC-4) | Read | ing u know |
| 3689 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 6/21/2016 11:43:26 AM(UTC-4) | **Read:** 6/21/2016 11:44:52 AM(UTC-4) | Read | Ok the Bowman and the 2 Harlows can fill at Ky Indy tomorrow he is saving them 90. 40s each  If you put them back on that regiment   again I am just left |
| 3690 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 6/21/2016 10:27:23 AM(UTC-4) | **Read:** 6/21/2016 10:30:06 AM(UTC-4) | Read | I will be wiring the Harlows some money shortly. Hubbard and bowman are good |

| | | To/From | | | | |
|---|---|---|---|---|---|---|
| 3692 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 9:44:44 PM(UTC-4) | Read: 6/20/2016 9:44:47 PM(UTC-4) | Read | Meshelle fills at Tazwell and Bo Hubbard fills at Buffalo |
| 3693 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 9:44:07 PM(UTC-4) | | Sent | K |
| 3694 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 9:43:33 PM(UTC-4) | Read: 6/20/2016 9:43:48 PM(UTC-4) | Read | Bo Hubbard and Meshell Smith has to stay where they are fillings to stay at B |
| 3695 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 9:42:18 PM(UTC-4) | Read: 6/20/2016 9:43:48 PM(UTC-4) | Read | Along with Robert Daniels and Geneva Bowman |
| 3696 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 9:41:46 PM(UTC-4) | Read: 6/20/2016 9:43:48 PM(UTC-4) | Read | Brian and Greg Harlow can jump back to Ky aina |
| 3697 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 9:41:34 PM(UTC-4) | | Sent | 10:30 |
| 3698 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 9:41:04 PM(UTC-4) | Read: 6/20/2016 9:41:17 PM(UTC-4) | Read | Ok What time tomorrow on harlows |
| 3699 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 9:40:46 PM(UTC-4) | | Sent | He is scheduled for Monday |
| 3700 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 9:40:24 PM(UTC-4) | | Sent | That would work |
| 3701 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 9:40:01 PM(UTC-4) | | Sent | They're fortunate to know you |
| 3702 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 9:39:59 PM(UTC-4) | Read: 6/20/2016 9:39:59 PM(UTC-4) | Read | I think Danny comes Monday or I could send them Wednesday when ur schedule ain't so bad |
| 3703 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 9:39:35 PM(UTC-4) | | Sent | Oky doky |
| 3704 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 9:38:43 PM(UTC-4) | Read: 6/20/2016 9:38:43 PM(UTC-4) | Read | None of these people has any money this time a month and is really killing me lol |
| 3705 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 9:37:46 PM(UTC-4) | Read: 6/20/2016 9:37:46 PM(UTC-4) | Read | Robert got a big job today to make Dr fee |
| 3706 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 9:36:58 PM(UTC-4) | Read: 6/20/2016 9:36:58 PM(UTC-4) | Read | Danny Coal Grove is coming by his self I think Monday and I can send Robert and Sophie with him |
| 3707 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 9:36:09 PM(UTC-4) | | Sent | K |

4953

| 3708 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 9:36:01 PM(UTC-4) | Read: 6/20/2016 9:36:01 PM(UTC-4) | Read | I got to call Robert Daniels |
|------|-------|------|------|------|------|------|
| 3709 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 9:34:53 PM(UTC-4) | - | Sent | She repeatedly told me she was planning to ride with you and Robert Daniels. |
| 3710 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 9:34:27 PM(UTC-4) | Read: 6/20/2016 9:34:27 PM(UTC-4) | Read | I don't know |
| 3711 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 9:33:54 PM(UTC-4) | - | Sent | Will Sophie Fletcher be coming with them? |
| 3712 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 9:33:13 PM(UTC-4) | Read: 6/20/2016 9:33:24 PM(UTC-4) | Read | omise they can be there tomorrow at 8 or what ever time u need them |
| 3713 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 9:33:11 PM(UTC-4) | Read: 6/20/2016 9:33:24 PM(UTC-4) | Read | Ok the harlows and meshelle Smith would rather ride a car without A/c then to wait and come Wednesday.  She already scheduled off work tomorrow and I pr |
| 3714 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 9:32:00 PM(UTC-4) | - | Sent | Thanks for keeping us informed! |
| 3715 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 9:30:14 PM(UTC-4) | Read: 6/20/2016 9:31:36 PM(UTC-4) | Read | Sorry for all the mess.  And thanks for bending over backwards to help us |

12026

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3732 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 5:31:55 PM(UTC-4) | | Sent | They're not here. | |
| 3733 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 4:27:13 PM(UTC-4) | | Sent | K | |
| 3734 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 4:25:46 PM(UTC-4) | Read: 6/20/2016 4:27:10 PM(UTC-4) | Read | Yes.Robert went working today | |
| 3735 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 4:18:09 PM(UTC-4) | | Sent | Is it just them? | |
| 3736 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 4:17:46 PM(UTC-4) | | Sent | K | |
| 3737 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 4:16:25 PM(UTC-4) | Read: 6/20/2016 4:17:39 PM(UTC-4) | Read | Their number is 304 785 7974  if you need it | |

| | | To/From | Date | Read | Status | Message |
|---|---|---|---|---|---|---|
| 3738 | Inbox | To +13362795798 SCH Cell* From +16064549893 | 6/20/2016 4:15:24 PM(UTC-4) | Read: 6/20/2016 4:17:39 PM(UTC-4) | Read | Hubbard and bowman is in a big traffic jam just outside martinsville |
| 3740 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 1:44:40 PM(UTC-4) | | Sent | Excellent Ty |
| 3743 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 1:26:21 PM(UTC-4) | Read: 6/20/2016 1:44:28 PM(UTC-4) | Read | I am not any way trying to tell you what to write anyone  just informing you that Geneva Bowman can get 90 filled at Assads place tommorrow |
| 3745 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 1:09:27 PM(UTC-4) | | Sent | K |
| 3746 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 1:01:45 PM(UTC-4) | Read: 6/20/2016 1:09:24 PM(UTC-4) | Read | They will be in bluefield in 10 mins so I say 330 |
| 3747 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 12:58:27 PM(UTC-4) | | Sent | K Thx |
| 3749 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 12:53:15 PM(UTC-4) | Read: 6/20/2016 12:58:21 PM(UTC-4) | Read | Let me see where they are |
| 3752 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 12:26:58 PM(UTC-4) | | Sent | I have to leave today at 4:30 for a meeting.  When are they planning to arrive? |

| # | Box | To/From | Time | Read | Status | Message |
|---|-----|---------|------|------|--------|---------|
| 3754 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 10:56:35 AM(UTC-4) | Read: 6/20/2016 10:56:48 AM(UTC-4) | Read | Thanks |
| 3755 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 10:55:35 AM(UTC-4) | | Sent | (844) 550-7109 |
| 3756 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 10:42:55 AM(UTC-4) | Read: 6/20/2016 10:55:21 AM(UTC-4) | Read | Give me ur fax number |
| 3757 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 9:26:09 AM(UTC-4) | | Sent | K |
| 3758 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 9:25:54 AM(UTC-4) | Read: 6/20/2016 9:26:03 AM(UTC-4) | Read | Ok bowman and Hubbard is ready to go. Trying to find Robert daniels. |
| 3759 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 9:04:47 AM(UTC-4) | | Sent | Excellent Ty |
| 3760 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 8:48:09 AM(UTC-4) | Read: 6/20/2016 9:04:40 AM(UTC-4) | Read | She will be with harlows |
| 3761 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 8:47:38 AM(UTC-4) | Read: 6/20/2016 9:04:40 AM(UTC-4) | Read | Ok |
| 3762 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 8:46:43 AM(UTC-4) | | Sent | Schedule is already full somedays and others are filling up since I'm getting referrals from other docs now. |
| 3763 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 8:45:48 AM(UTC-4) | | Sent | She needs to come tomorrow first thing if that's feasible. |
| 3764 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 8:42:14 AM(UTC-4) | Read: 6/20/2016 8:44:00 AM(UTC-4) | Read | No one else is coming with Danny |
| 3765 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 8:41:42 AM(UTC-4) | Read: 6/20/2016 8:44:00 AM(UTC-4) | Read | She can come tomorrow or come with Danny coal grove |
| 3766 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 8:41:10 AM(UTC-4) | | Sent | Excellent. So I'll see her at 8 AM tomorrow? |
| 3767 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 8:40:51 AM(UTC-4) | | Sent | I don't have room to squeeze a new patient in today. |
| 3768 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 8:40:39 AM(UTC-4) | Read: 6/20/2016 8:40:39 AM(UTC-4) | Read | Yes sir |
| 3769 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 8:40:33 AM(UTC-4) | | Sent | When I spoke with her last week she was planning to come with Robert Daniels. |

| 3770 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 8:40:09 AM(UTC-4) | | Sent | So are you gonna take care of getting Sophie Fletcher here tomorrow morning, sir? |
| 3771 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 7:59:15 AM(UTC-4) | Read: 6/20/2016 7:59:32 AM(UTC-4) | Read | K |
| 3773 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 7:47:06 AM(UTC-4) | | Sent | Need to be here at 3pm |
| 3774 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 7:46:53 AM(UTC-4) | | Sent | Yes |
| 3775 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 7:44:18 AM(UTC-4) | Read: 6/20/2016 7:46:42 AM(UTC-4) | Read | Thanks a bunch |
| 3776 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 7:43:41 AM(UTC-4) | Read: 6/20/2016 7:46:42 AM(UTC-4) | Read | Ok- Send them on down |
| 3777 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 7:43:10 AM(UTC-4) | | Sent | K 3 pm would be better. |
| 3778 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 7:37:49 AM(UTC-4) | Read: 6/20/2016 7:42:53 AM(UTC-4) | Read | I can have them there by 3 to 4 pm |
| 3779 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 7:36:50 AM(UTC-4) | | Sent | Yup |
| 3780 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 7:36:44 AM(UTC-4) | Read: 6/20/2016 7:36:44 AM(UTC-4) | Read | If all 5 to 7 comes Tuesday one car will be a oven |
| 3781 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 7:36:31 AM(UTC-4) | | Sent | For today but not for tomorrow? Gotcha. |
| 3782 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 7:36:02 AM(UTC-4) | Read: 6/20/2016 7:36:11 AM(UTC-4) | Read | We got one with air |
| 3783 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 7:35:41 AM(UTC-4) | | Sent | ^hotter |
| 3784 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 7:35:30 AM(UTC-4) | | Sent | But seeing you later today means traveling when it's hitter outside for longer, don't make no sense. Why? |
| 3785 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 7:34:13 AM(UTC-4) | Read: 6/20/2016 7:34:19 AM(UTC-4) | Read | Thanks for considering it |

| 3786 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 7:32:44 AM(UTC-4) | Read: 6/20/2016 7:34:19 AM(UTC-4) | Read | And it's black. Hotter the fire |  |
|------|-------|------|------|------|------|------|------|
| 3787 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 7:32:18 AM(UTC-4) | Read: 6/20/2016 7:34:19 AM(UTC-4) | Read | 600 bucks to fix it.    Compressor is down |  |
| 3788 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/20/2016 7:31:02 AM(UTC-4) |  | Sent | Let me look at schedule.  Wouldn't seeing them tomorrow give you more time to get the vehicle situation fixed? |  |
| 3789 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 7:29:37 AM(UTC-4) | Read: 6/20/2016 7:29:50 AM(UTC-4) | Read | We only have one with A/C |  |
| 3790 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 7:27:48 AM(UTC-4) | Read: 6/20/2016 7:29:50 AM(UTC-4) | Read | We are having vehicle troubles |  |
| 3791 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/20/2016 7:27:45 AM(UTC-4) | Read: 6/20/2016 7:29:50 AM(UTC-4) | Read | Are there any way that you could see Geneva Bowman Robert Daniels and Samuel Hubbard as your last 3 patients today instead of first 3 patients Tuesday. |  |

| 3929 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/17/2016 11:53:16 AM(UTC-4) | Read: 6/17/2016 12:00:08 PM(UTC-4) | Read | How u doing doc | | |

| 3942 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 6/16/2016 2:53:50 PM(UTC-4) | **Read:** 6/16/2016 2:55:50 PM(UTC-4) | Read | K |
| 3943 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 6/16/2016 2:51:45 PM(UTC-4) | | Sent | Next Tuesday is crazy busy. Robert Daniels appointment is at 8:00 AM and Sophie Fletcher is at 8:30 AM. |

| 3944 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/16/2016 2:45:47 PM(UTC-4) | | Sent | Outstanding. Water under the bridge. |
| 3945 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/16/2016 2:43:19 PM(UTC-4) | Read: 6/16/2016 2:43:19 PM(UTC-4) | Read | Ok Geneva will bring it.  Thanks so much. Hey I am sorry I was a dick with you lately |
| 3946 | Sent | To +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/16/2016 2:41:37 PM(UTC-4) | | Sent | Thanks for the heads up, sir. |
| 3947 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/16/2016 2:41:29 PM(UTC-4) | | Sent | That's fine. |
| 3948 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/16/2016 2:32:33 PM(UTC-4) | Read: 6/16/2016 2:41:07 PM(UTC-4) | Read | If not let me know and I will try to find it asap |
| 3949 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/16/2016 2:31:30 PM(UTC-4) | Read: 6/16/2016 2:41:07 PM(UTC-4) | Read | Can you see her and I can wire it to Ya or send it by Geneva Bowman tuesday |
| 3950 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/16/2016 2:30:13 PM(UTC-4) | Read: 6/16/2016 2:41:07 PM(UTC-4) | Read | Doc Lynn is there and I promised her I would loan her your fee and I would wire it to her.  A guy was supposed to pay me this morning and he ain't showed |

| 4009 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/15/2016 4:04:38 PM(UTC-4) | | Sent | Outstanding. Thanks much. |
| 4010 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/15/2016 4:03:59 PM(UTC-4) | Read: 6/15/2016 4:04:13 PM(UTC-4) | Read | I will tell them |
| 4011 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/15/2016 4:03:46 PM(UTC-4) | Read: 6/15/2016 4:04:13 PM(UTC-4) | Read | Yes sir thanks |
| 4012 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/15/2016 4:02:35 PM(UTC-4) | | Sent | We can do Tuesday at 12:30 PM.  Will that work? |
| 4014 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/15/2016 2:58:59 PM(UTC-4) | Read: 6/15/2016 4:00:39 PM(UTC-4) | Read | Thanks |
| 4015 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/15/2016 2:53:16 PM(UTC-4) | | Sent | I'll check and let you know, sir.  Slammed today... |
| 4018 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/15/2016 1:34:13 PM(UTC-4) | Read: 6/15/2016 2:52:47 PM(UTC-4) | Read | Geneva Bowman, Robert Danials and Sammy Hubbard wants to know when they can come in next week if that's possible |

| 4021 | Inbox | To +13362795798 SCH Cell From +16064549893 Darryl Williams | 6/15/2016 12:52:37 PM(UTC-4) | Read: 6/15/2016 1:27:42 PM(UTC-4) | Read | Yes I was diagnosed with heart failure | |

| 4050 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 6/13/2016<br>1:27:37 PM(UTC-4) | Read:<br>6/13/2016<br>1:28:21 PM(UTC-4) | | Read | Ok well let know anyone who needs help filling and I will help them  thanks doc | |
| 4051 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 6/13/2016<br>1:19:43 PM(UTC-4) | | | Sent | Good point | |

| 4052 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/13/2016 1:19:32 PM(UTC-4) | | Sent | Indeed | |
| 4053 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/13/2016 1:19:18 PM(UTC-4) | | Sent | Yup, Asad text me earlier and said the same | |
| 4055 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/13/2016 1:06:48 PM(UTC-4) | Read: 6/13/2016 1:18:36 PM(UTC-4) | Read | and Miller is the only two I know can't get filled | |
| 4056 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/13/2016 1:06:46 PM(UTC-4) | Read: 6/13/2016 1:18:36 PM(UTC-4) | Read | Hey Ky ania is filling but can only handle a few per week. So basically you only need to send people that can't get filled other places.   Pam Harlow | |
| 4065 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/13/2016 11:09:51 AM(UTC-4) | Read: 6/13/2016 1:18:36 PM(UTC-4) | Read | Cool I will tell him.   How you doing | |
| 4066 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 6/13/2016 11:08:36 AM(UTC-4) | | Sent | Yes, he can. | |

4976

| 4067 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 6/13/2016 11:07:51 AM(UTC-4) | Read: 6/13/2016 11:08:20 AM(UTC-4) | Read | Jason bowman ask me the other day if he could come with the guys.coming tomorrow I told I would ask you |
|------|-------|------|------|------|------|------|
| 4069 | | +16105292738 Dr. Assad, Kentuckiana Pharma | 6/13/2016 9:12:28 AM(UTC-4) | | Unknown | |
| 4070 | | +16105292738 Dr. Assad, Kentuckiana Pharma | 6/13/2016 9:12:20 AM(UTC-4) | | Unknown | |
| 4071 | | +15023374828 Dr. Assad, Kentuckiana Pharma | 6/13/2016 9:11:54 AM(UTC-4) | | Unknown | |
| 4072 | | +16105292738 Dr. Assad, Kentuckiana Pharma | 6/13/2016 9:11:48 AM(UTC-4) | | Unknown | |
| 4073 | | +16105292738 Dr. Assad, Kentuckiana Pharma | 6/13/2016 8:03:45 AM(UTC-4) | | Unknown | |
| 4074 | | +16105292738 Dr. Assad, Kentuckiana Pharma | 6/13/2016 8:01:56 AM(UTC-4) | | Unknown | |

| 4242 | Inbox | From +16064549893 Darryl Williams* | 6/4/2016 9:55:28 AM(UTC-4) | Read: 6/4/2016 10:04:33 AM(UTC-4) | Read | Yes I will tell them  Thanks Doc | |
|------|-------|------|------|------|------|------|---|
| 4243 | Sent | To +16064549893 Darryl Williams* | 6/4/2016 9:15:18 AM(UTC-4) | | Sent | Can they be there at 7:30? | |
| 4244 | Sent | To +16064549893 Darryl Williams* | 6/4/2016 9:14:59 AM(UTC-4) | | Sent | Excellent. | |
| 4245 | Inbox | From +16064549893 Darryl Williams* | 6/4/2016 9:07:02 AM(UTC-4) | Read: 6/4/2016 9:14:50 AM(UTC-4) | Read | They will be there with her | |
| 4246 | Inbox | From +16064549893 Darryl Williams* | 6/4/2016 9:04:53 AM(UTC-4) | Read: 6/4/2016 9:14:50 AM(UTC-4) | Read | Yes | |
| 4247 | Sent | To +16064549893 Darryl Williams* | 6/4/2016 8:48:33 AM(UTC-4) | | Sent | What about the other two? | |
| 4248 | Sent | To +16064549893 Darryl Williams* | 6/4/2016 8:47:09 AM(UTC-4) | | Sent | Yes | |
| 4249 | Inbox | From +16064549893 Darryl Williams* | 6/4/2016 8:39:31 AM(UTC-4) | Read: 6/4/2016 8:47:05 AM(UTC-4) | Read | Can Lora come Monday morn. Early | |

| 4308 | Sent | To +16064549893 Darryl Williams* | 6/2/2016 12:48:02 PM(UTC-4) | | Sent | Sounds good. Truly hope she gets to feeling better. Sorry yesterday went the way it did. We are making improvements and have already learned from yesterday's experience. Please keep posted on re-scheduling. | |
| 4309 | Inbox | From +16064549893 Darryl Williams* | 6/2/2016 12:42:27 PM(UTC-4) | Read: 6/2/2016 12:45:28 PM(UTC-4) | Read | Thanks | |
| 4310 | Inbox | From +16064549893 Darryl Williams* | 6/2/2016 12:41:34 PM(UTC-4) | Read: 6/2/2016 12:45:28 PM(UTC-4) | Read | I tell her when she gets here | |
| 4311 | Sent | To +16064549893 Darryl Williams* | 6/2/2016 12:36:41 PM(UTC-4) | | Sent | They could be seen this afternoon or otherwise will have to wait until Monday. Either way I need to know when they would be able to be seen. | |
| 4312 | Inbox | From +16064549893 Darryl Williams* | 6/2/2016 12:35:37 PM(UTC-4) | Read: 6/2/2016 12:35:48 PM(UTC-4) | Read | I tell her | |
| 4313 | Inbox | From +16064549893 Darryl Williams* | 6/2/2016 12:35:26 PM(UTC-4) | Read: 6/2/2016 12:35:48 PM(UTC-4) | Read | K | |
| 4314 | Sent | To +16064549893 Darryl Williams* | 6/2/2016 12:32:36 PM(UTC-4) | | Sent | I told Ms. Lora, Ms. Rebecca, and Mr. Scottie this yesterday evening | |
| 4315 | Sent | To +16064549893 Darryl Williams* | 6/2/2016 12:30:24 PM(UTC-4) | | Sent | I was willing to come in at 7 AM this morning to see the three of them first thing starting at 7:30. | |
| 4316 | Sent | To +16064549893 Darryl Williams* | 6/2/2016 12:29:30 PM(UTC-4) | | Sent | She could've been seen this morning (as was offered) and we would be happy to adjust the cost of the visit (do a payment plan) to accommodate the unplanned hotel stay last night. | |
| 4317 | Sent | To +16064549893 Darryl Williams* | 6/2/2016 12:27:53 PM(UTC-4) | | Sent | She could've been discretely seen yesterday but chose instead to leave. | |
| 4318 | Inbox | From +16064549893 Darryl Williams* | 6/2/2016 12:27:48 PM(UTC-4) | Read: 6/2/2016 12:27:49 PM(UTC-4) | Read | Wow | |
| 4319 | Sent | To +16064549893 Darryl Williams* | 6/2/2016 12:27:14 PM(UTC-4) | | Sent | Absolutely not. | |
| 4320 | Inbox | From +16064549893 Darryl Williams* | 6/2/2016 12:27:01 PM(UTC-4) | Read: 6/2/2016 12:27:03 PM(UTC-4) | Read | She wants to know if you can send her something till she reschedules. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4321 | Sent | To +16064549893 Darryl Williams* | 6/2/2016 12:26:36 PM(UTC-4) | | Sent | You know what I've found interesting about folks who talk to the authorities...? |
| 4324 | Inbox | From +16064549893 Darryl Williams* | 6/2/2016 12:16:46 PM(UTC-4) | Read: 6/2/2016 12:17:21 PM(UTC-4) | Read | And Wv |
| 4325 | Inbox | From +16064549893 Darryl Williams* | 6/2/2016 12:16:21 PM(UTC-4) | Read: 6/2/2016 12:17:21 PM(UTC-4) | Read | Definitely  Va state police  Detective |
| 4326 | Sent | To +16064549893 Darryl Williams* | 6/2/2016 12:16:08 PM(UTC-4) | | Sent | Interesting... |
| 4327 | Inbox | From +16064549893 Darryl Williams* | 6/2/2016 12:15:36 PM(UTC-4) | Read: 6/2/2016 12:15:56 PM(UTC-4) | Read | Said they will text me back |
| 4328 | Inbox | From +16064549893 Darryl Williams* | 6/2/2016 12:14:50 PM(UTC-4) | Read: 6/2/2016 12:15:56 PM(UTC-4) | Read | Trying to find out |
| 4329 | Sent | To +16064549893 Darryl Williams* | 6/2/2016 12:14:19 PM(UTC-4) | | Sent | True LoL Just guessing Don't take it personal lol Jerry and Donna? |
| 4330 | Inbox | From +16064549893 Darryl Williams* | 6/2/2016 12:13:57 PM(UTC-4) | Read: 6/2/2016 12:13:57 PM(UTC-4) | Read | Asshole |
| 4331 | Inbox | From +16064549893 Darryl Williams* | 6/2/2016 12:13:50 PM(UTC-4) | Read: 6/2/2016 12:13:52 PM(UTC-4) | Read | We live in Ky |
| 4332 | Sent | To +16064549893 Darryl Williams* | 6/2/2016 12:13:19 PM(UTC-4) | | Sent | You and Lora? |
| 4333 | Sent | To +16064549893 Darryl Williams* | 6/2/2016 12:12:45 PM(UTC-4) | | Sent | Who is "she" and "he"? |
| 4334 | Inbox | From +16064549893 Darryl Williams* | 6/2/2016 12:12:08 PM(UTC-4) | Read: 6/2/2016 12:12:18 PM(UTC-4) | Read | I don't know him |
| 4335 | Inbox | From +16064549893 Darryl Williams* | 6/2/2016 12:11:50 PM(UTC-4) | Read: 6/2/2016 12:11:51 PM(UTC-4) | Read | She told he was meeting them |
| 4336 | Sent | To +16064549893 Darryl Williams* | 6/2/2016 12:11:35 PM(UTC-4) | | Sent | I don't have cats or bags... |
| 4337 | Inbox | From +16064549893 Darryl Williams* | 6/2/2016 12:11:16 PM(UTC-4) | Read: 6/2/2016 12:11:16 PM(UTC-4) | Read | I will find out more |
| 4338 | Sent | To +16064549893 Darryl Williams* | 6/2/2016 12:11:13 PM(UTC-4) | | Sent | What cat out of which bag? LoL |
| 4339 | Inbox | From +16064549893 Darryl Williams* | 6/2/2016 12:10:55 PM(UTC-4) | Read: 6/2/2016 12:10:55 PM(UTC-4) | Read | His wife or GF let cat out of bag? |
| 4340 | Sent | To +16064549893 Darryl Williams* | 6/2/2016 12:10:24 PM(UTC-4) | | Sent | Name? |
| 4341 | Sent | To +16064549893 Darryl Williams* | 6/2/2016 12:10:19 PM(UTC-4) | | Sent | Interesting... |
| 4342 | Inbox | From +16064549893 Darryl Williams* | 6/2/2016 12:09:24 PM(UTC-4) | Read: 6/2/2016 12:10:07 PM(UTC-4) | Read | Hey I heard thru grapevine one of ur patients meeting with va  Ky authorities today  He is from Lenore wv |
| 4343 | Inbox | From +16064549893 Darryl Williams* | 6/2/2016 9:48:09 AM(UTC-4) | Read: 6/2/2016 9:49:03 AM(UTC-4) | Read | Thanks |
| 4344 | Sent | To +16064549893 Darryl Williams* | 6/2/2016 9:47:39 AM(UTC-4) | | Sent | I have not... |
| 4345 | Inbox | From +16064549893 Darryl Williams* | 6/2/2016 9:46:46 AM(UTC-4) | Read: 6/2/2016 9:47:35 AM(UTC-4) | Read | Have you |
| 4346 | Inbox | From +16064549893 Darryl Williams* | 6/2/2016 9:46:05 AM(UTC-4) | Read: 6/2/2016 9:47:35 AM(UTC-4) | Read | Have heard from or talked to  Lora |

| 4363 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 10:02:25 PM(UTC-4) | Read: 6/1/2016 10:04:08 PM(UTC-4) | Read | I am going to talk to Franklin Williams he said he will tell me every thing. Wendell was telling him about me sponsoring people |
| 4364 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 9:56:59 PM(UTC-4) | Read: 6/1/2016 9:58:10 PM(UTC-4) | Read | He is type B. Doc |
| 4365 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 9:56:17 PM(UTC-4) | Read: 6/1/2016 9:56:28 PM(UTC-4) | Read | I was just fine till ur gorilla disrespected my Girl |
| 4366 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 9:53:28 PM(UTC-4) | Read: 6/1/2016 9:53:40 PM(UTC-4) | Read | One fucking 6 month old drug screen that you said you wasn't sure about u call that compassion |
| 4368 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 8:33:36 PM(UTC-4) | Read: 6/1/2016 8:34:32 PM(UTC-4) | Read | If i have to live by the great contract then you will live by a code ethics that you swore to |
| 4369 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 8:31:33 PM(UTC-4) | | Sent | Still not understanding what you're implying. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4370 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 8:31:16 PM(UTC-4) | Read: 6/1/2016 8:31:16 PM(UTC-4) | Read | Piss |
| 4371 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 8:31:00 PM(UTC-4) | Read: 6/1/2016 8:31:00 PM(UTC-4) | Read | No one is going to miss on my boots and tell me it's raining and get away with it |
| 4372 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 8:28:39 PM(UTC-4) | | Sent | What does that mean? |
| 4373 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 8:28:20 PM(UTC-4) | Read: 6/1/2016 8:28:30 PM(UTC-4) | Read | Making things right |
| 4374 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 8:27:09 PM(UTC-4) | | Sent | At? |
| 4375 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 8:27:02 PM(UTC-4) | Read: 6/1/2016 8:27:02 PM(UTC-4) | Read | I will succed |
| 4376 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 8:27:00 PM(UTC-4) | | Sent | Quit what? |
| 4377 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 8:26:46 PM(UTC-4) | Read: 6/1/2016 8:26:52 PM(UTC-4) | Read | I won't quit |
| 4378 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 8:26:05 PM(UTC-4) | | Sent | Started on what exactly? |
| 4379 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 8:25:48 PM(UTC-4) | Read: 6/1/2016 8:25:48 PM(UTC-4) | Read | This tommorrow |
| 4380 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 8:25:32 PM(UTC-4) | Read: 6/1/2016 8:25:42 PM(UTC-4) | Read | Doc I promise you when I start a project I don't quit till I have the job done.  I am going to get started on |
| 4381 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 7:53:39 PM(UTC-4) | | Sent | The practice here is "us": as in reference to the practice and staff in plural.  I refer to it that way sometimes: "we", "us", "our" |
| 4382 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:49:20 PM(UTC-4) | Read: 6/1/2016 7:51:06 PM(UTC-4) | Read | Yes I am Irish too. |
| 4383 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:37:56 PM(UTC-4) | Read: 6/1/2016 7:46:19 PM(UTC-4) | Read | Who is us |



| | | | | | | |
|---|---|---|---|---|---|---|
| 4386 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 7:25:14 PM(UTC-4) | | Sent | Sorry for the cross words.  My Irish temper can get the better of me at times. |
| 4387 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 7:24:30 PM(UTC-4) | | Sent | Hope you get to feeling better, sir. |
| 4388 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 7:24:08 PM(UTC-4) | | Sent | Please keep us posted. |
| 4389 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:23:40 PM(UTC-4) | Read: 6/1/2016 7:23:40 PM(UTC-4) | Read | No I mean I am done talking with ya |
| 4390 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 7:23:30 PM(UTC-4) | | Sent | That has not been my intention, besides I currently have no reason other than suspicious behavior. |
| 4391 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:23:10 PM(UTC-4) | Read: 6/1/2016 7:23:10 PM(UTC-4) | Read | No I am done with you |
| 4392 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:22:46 PM(UTC-4) | Read: 6/1/2016 7:22:46 PM(UTC-4) | Read | Nal |
| 4393 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:22:34 PM(UTC-4) | Read: 6/1/2016 7:22:39 PM(UTC-4) | Read | Why u just going to throw them out |
| 4394 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 7:21:49 PM(UTC-4) | | Sent | I hope she recovers and whenever they would like to re-schedule for, they simply need to call and let us know. |
| 4395 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:21:48 PM(UTC-4) | Read: 6/1/2016 7:21:48 PM(UTC-4) | Read | Oh that made me feel so much better.doc |

4995

| 4397 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:19:57 PM(UTC-4) | Read: 6/1/2016 7:19:57 PM(UTC-4) | Read | Lora won't be in tomorrow. We might head to Richmond |
| 4398 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:19:11 PM(UTC-4) | Read: 6/1/2016 7:19:18 PM(UTC-4) | Read | U will stand corrected about a lot of things |
| 4399 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 7:18:28 PM(UTC-4) | | Sent | Correct, I don't. |
| 4400 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:18:05 PM(UTC-4) | Read: 6/1/2016 7:18:05 PM(UTC-4) | Read | How do u know I snorted it |
| 4401 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 7:17:10 PM(UTC-4) | | Sent | Coming from the person that snorted coke, that's really difficult to take seriously, sir. I hope you can see that. If you would like to continue some form of pain management then you need to find someone, see what they require, and follow their directions to become their patient and hopefully stay their patient. |
| 4402 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:15:14 PM(UTC-4) | Read: 6/1/2016 7:15:14 PM(UTC-4) | Read | And I think you need to give up ur practise and get some ethics about urself |
| 4403 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 7:14:17 PM(UTC-4) | | Sent | I don't prescribe Suboxone by the way |
| 4404 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 7:13:58 PM(UTC-4) | | Sent | I would strongly recommend for starters you get into a Suboxone clinic with counseling support |
| 4405 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:13:20 PM(UTC-4) | Read: 6/1/2016 7:13:20 PM(UTC-4) | Read | U tell me |
| 4406 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 7:12:50 PM(UTC-4) | | Sent | What at this point are the options on the table? |
| 4407 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:12:27 PM(UTC-4) | Read: 6/1/2016 7:12:27 PM(UTC-4) | Read | Then do so |
| 4408 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:12:18 PM(UTC-4) | Read: 6/1/2016 7:12:19 PM(UTC-4) | Read | I ain't got nothing |
| 4409 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 7:11:31 PM(UTC-4) | | Sent | Your intent is clearly coming from a place of bitterness, frustration, and hurt feelings. I truly wish there was a way could help you, Darryl...I really really do. |
| 4410 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:11:15 PM(UTC-4) | Read: 6/1/2016 7:11:16 PM(UTC-4) | Read | Then me |
| 4411 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:11:07 PM(UTC-4) | Read: 6/1/2016 7:11:07 PM(UTC-4) | Read | Trust me...U got more to lose them me |
| 4412 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:10:25 PM(UTC-4) | Read: 6/1/2016 7:10:25 PM(UTC-4) | Read | 733 a month they can fucking keep it |
| 4413 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:09:55 PM(UTC-4) | Read: 6/1/2016 7:09:55 PM(UTC-4) | Read | Shooting up is too |
| 4414 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 7:09:45 PM(UTC-4) | | Sent | And now you're getting disability and back pay. |
| 4415 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:09:36 PM(UTC-4) | Read: 6/1/2016 7:09:36 PM(UTC-4) | Read | U fucking a they apply to us all |
| 4416 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 7:09:22 PM(UTC-4) | | Sent | Cocaine is a very very obvious rule. |
| 4417 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:09:06 PM(UTC-4) | Read: 6/1/2016 7:09:06 PM(UTC-4) | Read | Well I got a family to feed too |
| 4418 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 7:08:43 PM(UTC-4) | | Sent | I simply know the rules apply to all of us |
| 4419 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 7:08:24 PM(UTC-4) | | Sent | I judge no one |
| 4420 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:08:16 PM(UTC-4) | Read: 6/1/2016 7:08:16 PM(UTC-4) | Read | U want to judge me |

4996

| 4421 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 7:08:15 PM(UTC-4) | | Sent | I understand you are hurting and unhappy and I wish it didn't have to be this way. |
| 4422 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 7:07:40 PM(UTC-4) | | Sent | You can say what you want, sir;. I simply am not playing that game. |
| 4423 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:07:26 PM(UTC-4) | Read: 6/1/2016 7:07:26 PM(UTC-4) | Read | U ain't ethical |
| 4424 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:07:13 PM(UTC-4) | Read: 6/1/2016 7:07:13 PM(UTC-4) | Read | Scripts |
| 4425 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:07:05 PM(UTC-4) | Read: 6/1/2016 7:07:05 PM(UTC-4) | Read | Have me collecting ur funds and handing out narcotics |
| 4426 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 7:06:15 PM(UTC-4) | | Sent | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ If you see a blind spot and have constructive criticism to offer in a non-threatening way, I welcome it, sir. |
| 4427 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:06:03 PM(UTC-4) | Read: 6/1/2016 7:06:03 PM(UTC-4) | Read | I mean the good stuff |
| 4428 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:05:44 PM(UTC-4) | Read: 6/1/2016 7:05:44 PM(UTC-4) | Read | You write scripts for 4 months to someone u never met |
| 4429 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 7:04:15 PM(UTC-4) | | Sent | There's reality. What I do to feed my wife and 3 kids requires I maintain several licenses and as several doctors in KY and WV have demonstrated recently, you don't get to keep your licenses if you fuck up. |
| 4430 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:02:47 PM(UTC-4) | Read: 6/1/2016 7:02:47 PM(UTC-4) | Read | Bring u down a notch or 2 |
| 4431 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 7:02:08 PM(UTC-4) | | Sent | There are no head games. 5 |
| 4432 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 7:01:54 PM(UTC-4) | | Sent | Again I'm not challenging you. |
| 4433 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:01:47 PM(UTC-4) | Read: 6/1/2016 7:01:47 PM(UTC-4) | Read | U want to play head games |
| 4434 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:01:20 PM(UTC-4) | Read: 6/1/2016 7:01:20 PM(UTC-4) | Read | Game on |
| 4435 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:01:05 PM(UTC-4) | Read: 6/1/2016 7:01:05 PM(UTC-4) | Read | We will see how ethical you are and have beens |
| 4436 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 7:00:44 PM(UTC-4) | | Sent | Why?. We're both adults. I'm not challenging you, sir. Darryl, you are a nice person and I'd like to continue to consider you a friend. Please don't tell me how to do my job or complain when you put me in an impossible situation. YOU chose the white powder. Take responsibility, find a new doctor, and don't fuck it up. |
| 4437 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 7:00:13 PM(UTC-4) | Read: 6/1/2016 7:00:13 PM(UTC-4) | Read | U want to play ball. We will. I ain't nothing else better to do |
| 4438 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 6:57:59 PM(UTC-4) | Read: 6/1/2016 6:57:59 PM(UTC-4) | Read | Ok doc. It's on dude. |
| 4439 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 6:57:45 PM(UTC-4) | 5 | Sent | ^throw in the bitterness^ |
| 4440 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 6:57:09 PM(UTC-4) | Read: 6/1/2016 6:57:09 PM(UTC-4) | Read | Haven't heard |
| 4441 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 6:57:07 PM(UTC-4) | | Sent | And through in the bitterness over YOUR decision to snort coke which led to you no longer being a patient. |
| 4442 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 6:56:50 PM(UTC-4) | Read: 6/1/2016 6:56:50 PM(UTC-4) | Read | Well u know nothing about with drawing from opeiates if you heard. Shitting green |
| 4443 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 6:56:14 PM(UTC-4) | | Sent | So now your just being an ass because I won't discuss another patient's office visit with you because he owes you money and you don't have collateral on him? |

4997

| 4444 | Inbox | From +16064549893 Darryl Williams | 6/1/2016 6:55:30 PM(UTC-4) | 6/1/2016 6:55:30 PM(UTC-4) | | I even called and ask for a heads up but no u let u drive down there and wrote me that |
|---|---|---|---|---|---|---|
| 4445 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 6:54:33 PM(UTC-4) | | Sent | I'm not familiar with the term "shitting green"? |
| 4446 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 6:54:07 PM(UTC-4) | | Sent | Huh? |
| 4447 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 6:53:55 PM(UTC-4) | Read: 6/1/2016 6:53:55 PM(UTC-4) | Read | I am down here Shitting green because what u wrote me last time |
| 4448 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 6:52:54 PM(UTC-4) | Read: 6/1/2016 6:53:48 PM(UTC-4) | Read | I used to get 40 11 scripts hand them out for Ya and u pull hippa out on me |
| 4449 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 6:52:40 PM(UTC-4) | | Sent | What you share with me is held in confidence |
| 4450 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 6:52:13 PM(UTC-4) | | Sent | I'm the person that can get sued and fined and even lose my license under HIPPA. All of which has happened to doctors. |
| 4451 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 6:50:55 PM(UTC-4) | | Sent | I am. |
| 4452 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 6:50:53 PM(UTC-4) | | Sent | You're not under HIPPA |
| 4453 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 6:50:38 PM(UTC-4) | Read: 6/1/2016 6:50:38 PM(UTC-4) | Read | Hepa |
| 4454 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 6:50:26 PM(UTC-4) | Read: 6/1/2016 6:50:32 PM(UTC-4) | Read | It's heap doc. Can't talk about it ! |
| 4455 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 6:48:37 PM(UTC-4) | | Sent | Who is "going down" with you exactly? |
| 4456 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 6:47:43 PM(UTC-4) | | Sent | Why would you be "going down"? |
| 4457 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 6:47:20 PM(UTC-4) | | Sent | Why would you being "going down"? |
| 4458 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 6:47:06 PM(UTC-4) | | Sent | That someone lied to you? Yes, if you thought anyone was able to get other people kicked out or that anyone was getting by without being drug tested then you were most certainly lied to my friend. |
| 4459 | Inbox | From +16064549893 Darryl Williams | 6/1/2016 6:46:07 PM(UTC-4) | Read: 6/1/2016 6:46:07 PM(UTC-4) | Read | I ain't going down alone |
| 4460 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 6:45:44 PM(UTC-4) | | Sent | Which is what exactly? |
| 4461 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 6:45:24 PM(UTC-4) | Read: 6/1/2016 6:45:30 PM(UTC-4) | Read | Well I now know what I need to know |
| 4462 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 6:44:11 PM(UTC-4) | | Sent | And I can guarantee you everyone is being tested and will be dealt with accordingly |
| 4463 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 6:44:04 PM(UTC-4) | Read: 6/1/2016 6:44:04 PM(UTC-4) | Read | Right |
| 4464 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 6:43:40 PM(UTC-4) | | Sent | To my knowledge. |
| 4465 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 6:43:28 PM(UTC-4) | | Sent | Both of those are untrue. |
| 4466 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 6:43:09 PM(UTC-4) | Read: 6/1/2016 6:43:12 PM(UTC-4) | Read | They don't even get drug tested |
| 4467 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 6:42:28 PM(UTC-4) | Read: 6/1/2016 6:43:12 PM(UTC-4) | Read | Rumor has it he wanted me out of there looks like he got his way |
| 4468 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 6:41:59 PM(UTC-4) | | Sent | Then why did his name come up? |
| 4469 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 6:41:39 PM(UTC-4) | | Sent | If I knew, I would tell you, sir. |
| 4470 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 6:41:37 PM(UTC-4) | Read: 6/1/2016 6:41:37 PM(UTC-4) | Read | Never talked to him |

| 4471 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 6:41:07 PM(UTC-4) | | Sent | I'm not sure. Why did you mention his name? |
| 4472 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 6:40:48 PM(UTC-4) | Read: 6/1/2016 6:40:48 PM(UTC-4) | Read | What does he have against me. |
| 4473 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 6:40:18 PM(UTC-4) | Read: 6/1/2016 6:40:39 PM(UTC-4) | Read | Never met the man |
| 4474 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 6:29:09 PM(UTC-4) | | Sent | What do you and Jerry Maynard have against each other? |
| 4475 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 5:57:27 PM(UTC-4) | | Sent | If people continue to lie to us and behave as sketchy as this, they will only come under further scrutiny. The rules apply to all of us. |
| 4476 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 5:48:50 PM(UTC-4) | | Sent | I've spoken to Lora and Mr. Wilson separately and Scottie who was there when it happened and they all agreed: No one yelled at Lora. Mr. Wilson followed protocol and stated exactly what our policy is. |
| 4478 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 5:46:30 PM(UTC-4) | | Sent | You won't solve any problems and your heart and lungs need less stress not more. |
| 4479 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 5:42:22 PM(UTC-4) | Read: 6/1/2016 5:46:04 PM(UTC-4) | Read | Well can I ask why you recommend I dont |
| 4480 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 5:31:50 PM(UTC-4) | | Sent | I recommend you don't but do what you feel you need to. |
| 4481 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 5:30:06 PM(UTC-4) | | Sent | Why? |
| 4482 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 5:29:58 PM(UTC-4) | Read: 6/1/2016 5:30:03 PM(UTC-4) | Read | I am on my way down there |
| 4483 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 5:29:26 PM(UTC-4) | | Sent | I'll call you in a bit. |
| 4484 | Sent | To +16064549893 Darryl Williams* | 6/1/2016 5:29:15 PM(UTC-4) | | Sent | Talking to Lora |
| 4485 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 5:26:48 PM(UTC-4) | Read: 6/1/2016 5:28:39 PM(UTC-4) | Read | Now you called me I did not call you |
| 4486 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 5:25:59 PM(UTC-4) | Read: 6/1/2016 5:28:39 PM(UTC-4) | Read | What the hell is his problem |
| 4487 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 5:25:02 PM(UTC-4) | Read: 6/1/2016 5:28:39 PM(UTC-4) | Read | Lora is in tears |
| 4488 | Inbox | From +16064549893 Darryl Williams* | 6/1/2016 5:24:38 PM(UTC-4) | Read: 6/1/2016 5:28:39 PM(UTC-4) | Read | What's that Wendal guys problem |

| 4501 | Sent | To +16064549893 Darryl Williams* | 5/31/2016 9:48:25 PM(UTC-4) | | Sent | Lol |
| 4502 | Sent | To +16064549893 Darryl Williams* | 5/31/2016 9:48:23 PM(UTC-4) | | Sent | Ur funny |
| 4503 | Inbox | From +16064549893 Darryl Williams* | 5/31/2016 9:23:37 PM(UTC-4) | Read: 5/31/2016 9:48:10 PM(UTC-4) | Read | Lol |
| 4504 | Inbox | From +16064549893 Darryl Williams* | 5/31/2016 9:23:33 PM(UTC-4) | Read: 5/31/2016 9:48:10 PM(UTC-4) | Read | Hope ur back gets better. I know a good doc in va |
| 4505 | Inbox | From +16064549893 Darryl Williams* | 5/31/2016 9:23:05 PM(UTC-4) | Read: 5/31/2016 9:23:07 PM(UTC-4) | Read | Cool |
| 4506 | Sent | To +16064549893 Darryl Williams* | 5/31/2016 9:22:35 PM(UTC-4) | | Sent | Sounds like a plan. I have their appointment at 10:30 btw |
| 4507 | Inbox | From +16064549893 Darryl Williams* | 5/31/2016 9:20:14 PM(UTC-4) | Read: 5/31/2016 9:20:54 PM(UTC-4) | Read | Supposed to get back pay in a few days and I will pay off the balance I owe ya |
| 4508 | Inbox | From +16064549893 Darryl Williams* | 5/31/2016 9:19:16 PM(UTC-4) | Read: 5/31/2016 9:20:54 PM(UTC-4) | Read | Thanks |
| 4509 | Inbox | From +16064549893 Darryl Williams* | 5/31/2016 9:19:11 PM(UTC-4) | Read: 5/31/2016 9:20:54 PM(UTC-4) | Read | She will pay Ya for everyone before she gets her scripts |
| 4510 | Inbox | From +16064549893 Darryl Williams* | 5/31/2016 9:18:33 PM(UTC-4) | Read: 5/31/2016 9:20:54 PM(UTC-4) | Read | Her app is 10 am.. But she will get paid for she leaves or gets her scripts. If that's ok |
| 4511 | Sent | To +16064549893 Darryl Williams* | 5/31/2016 9:18:06 PM(UTC-4) | | Sent | Thanks for the heads up. |
| 4512 | Inbox | From +16064549893 Darryl Williams* | 5/31/2016 9:17:31 PM(UTC-4) | Read: 5/31/2016 9:17:31 PM(UTC-4) | Read | Lora will have to run to Wal-Mart to get it |
| 4513 | Inbox | From +16064549893 Darryl Williams* | 5/31/2016 9:17:07 PM(UTC-4) | Read: 5/31/2016 9:17:13 PM(UTC-4) | Read | other 2 funds at noon tomorrow |
| 4514 | Inbox | From +16064549893 Darryl Williams* | 5/31/2016 9:17:07 PM(UTC-4) | Read: 5/31/2016 9:17:13 PM(UTC-4) | Read | There are 3 people Lora her mom and Franklin Williams coming tomorrow I get my first SSI check tomorrow and mail runs at noon... I can wire Lora and the |
| 4515 | Inbox | From +16064549893 Darryl Williams* | 5/31/2016 9:14:27 PM(UTC-4) | Read: 5/31/2016 9:14:29 PM(UTC-4) | Read | Fair |
| 4516 | Sent | To +16064549893 Darryl Williams* | 5/31/2016 9:13:57 PM(UTC-4) | | Sent | How you doin? |
| 4517 | Sent | To +16064549893 Darryl Williams* | 5/31/2016 9:13:43 PM(UTC-4) | | Sent | seems I do this every couple years or so... Sucks. |
| 4518 | Sent | To +16064549893 Darryl Williams* | 5/31/2016 9:13:10 PM(UTC-4) | | Sent | Fairly well... Threw my back out getting a serving dish out yesterday from a low cabinet |
| 4519 | Inbox | From +16064549893 Darryl Williams* | 5/31/2016 9:11:42 PM(UTC-4) | Read: 5/31/2016 9:12:26 PM(UTC-4) | Read | Hey doc how u doing |
| 4520 | Inbox | From | 5/31/2016 | Read: | Read | Thanks so much |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4803 | Inbox | **To**<br>+13362795798<br>SCH Cell*<br>**From**<br>+16064549893<br>Darryl Williams* | 5/18/2016<br>7:57:40 PM(UTC-4) | **Read:**<br>5/18/2016<br>8:04:57 PM(UTC-4) | Read | K |
| 4810 | Sent | **From**<br>+13362795798<br>SCH Cell*<br>**To**<br>+16064549893<br>Darryl Williams* | 5/18/2016<br>6:15:35 PM(UTC-4) | | Sent | No hard feelings at all, sir. Life does indeed go on... If you need anything, don't be shy. Hope y'all have a safe trip home |
| 4811 | Inbox | **To**<br>+13362795798<br>SCH Cell*<br>**From**<br>+16064549893<br>Darryl Williams* | 5/18/2016<br>6:01:53 PM(UTC-4) | **Read:**<br>5/18/2016<br>6:14:09 PM(UTC-4) | Read | Thanks for everything |
| 4812 | Inbox | **To**<br>+13362795798<br>SCH Cell*<br>**From**<br>+16064549893<br>Darryl Williams* | 5/18/2016<br>6:01:25 PM(UTC-4) | **Read:**<br>5/18/2016<br>6:14:09 PM(UTC-4) | Read | Well Damn life goes on. No hard feelings doc |

| 4836 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 5/18/2016 8:58:39 AM(UTC-4) | | Sent | Outstanding | |
| 4837 | Inbox | To +13362795798 SCH Cell* From +16064549893* Darryl Williams* | 5/18/2016 8:56:46 AM(UTC-4) | Read: 5/18/2016 8:58:28 AM(UTC-4) | Read | Thanks. See you in a little while* | |
| 4838 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/18/2016 8:48:05 AM(UTC-4) | Read: 5/18/2016 8:54:28 AM(UTC-4) | Read | Is by the book | |
| 4839 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/18/2016 8:47:43 AM(UTC-4) | Read: 5/18/2016 8:54:28 AM(UTC-4) | Read | He is young and just started his p.o. job and he | |
| 4840 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/18/2016 8:45:41 AM(UTC-4) | Read: 5/18/2016 8:54:28 AM(UTC-4) | Read | I will try to struggle on. I have to get permission from my p.o. ever time I leave the state  buffalo is in wv | |
| 4841 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 5/18/2016 8:42:41 AM(UTC-4) | | Sent | You can come next week with the Harlows. I'll give you enough medicine to get here then. | |
| 4842 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 5/18/2016 8:41:46 AM(UTC-4) | | Sent | Sorry to hear that, sir | |
| 4843 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/18/2016 8:38:26 AM(UTC-4) | Read: 5/18/2016 8:40:48 AM(UTC-4) | Read | The harlows come down next week I can ride with them if u need me to | |
| 4844 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/18/2016 8:35:23 AM(UTC-4) | Read: 5/18/2016 8:40:48 AM(UTC-4) | Read | a little nauseous like I'm gonna throw up | |
| 4845 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/18/2016 8:35:22 AM(UTC-4) | Read: 5/18/2016 8:40:48 AM(UTC-4) | Read | my fee money with Brandon and he can bring my scripts home I'll be out of meds over the weekend. if u can't do that then I will try to press on... I feel | |
| 4846 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/18/2016 8:35:22 AM(UTC-4) | Read: 5/18/2016 8:40:48 AM(UTC-4) | Read | out over the truck break in down...but I got a friend in bluefield who can drive me back home....Brandon can drive the rest of the crew down..can I send | |

5024

| 4847 | Inbox | To: +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/18/2016 8:35:21 AM(UTC-4) | Read: 5/18/2016 8:40:48 AM(UTC-4) | Read | esolved that but we should be on time...my O2 level is kinda a little low heart rate is a little high...I do have my oxygen on...I may just be stressed |  |
|  |  |  |  |  |  |  |  |
| 4848 | Inbox | To: +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/18/2016 8:35:20 AM(UTC-4) | Read: 5/18/2016 8:40:48 AM(UTC-4) | Read | Good morning doc....I'm havin a rough mornin...I decided to bring my truck because there was 5 of us...the truck broke down in pikeville but I quickly r |  |
| 4849 | Sent | From: +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 5/18/2016 8:26:27 AM(UTC-4) |  | Sent | Busy here...! What's up? |  |
| 4850 | Inbox | To: +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/18/2016 8:23:25 AM(UTC-4) | Read: 5/18/2016 8:26:14 AM(UTC-4) | Read | need to talk to Ya if you can call me |  |
| 4851 | Inbox | To: +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/18/2016 8:17:26 AM(UTC-4) | Read: 5/18/2016 8:26:14 AM(UTC-4) | Read | Hey doc u up and rolling |  |
| 4852 | Inbox | To: +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/18/2016 8:08:10 AM(UTC-4) | Read: 5/18/2016 8:26:14 AM(UTC-4) | Read | Good morning |  |

| 4934 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/12/2016 8:31:26 PM(UTC-4) | Read: 5/12/2016 9:01:48 PM(UTC-4) | Read | Mr. Mike Bowe is here wanting me to help him find another Doctor but will his records from you prevent him from getting into another Doctor | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5014 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 5/11/2016 6:03:15 PM(UTC-4) | | Sent | I wouldn't know.lol... Nose to the grindstone! |
| 5015 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 5/11/2016 5:27:18 PM(UTC-4) | **Read:** 5/11/2016 6:02:57 PM(UTC-4) | Read | Sure is nice out today doc. |
| 5016 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 5/11/2016 5:26:01 PM(UTC-4) | | Sent | Hmmm I suppose so. He hasn't text me. |
| 5017 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams | 5/11/2016 5:24:51 PM(UTC-4) | **Read:** 5/11/2016 5:25:42 PM(UTC-4) | Read | I guess that when he can start back |
| 5018 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 5/11/2016 5:24:12 PM(UTC-4) | **Read:** 5/11/2016 5:25:42 PM(UTC-4) | Read | Texted |
| 5019 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 5/11/2016 5:24:03 PM(UTC-4) | **Read:** 5/11/2016 5:25:42 PM(UTC-4) | Read | Assad just texted out of the Blue and said: 6. 1. 16: |

| 5101 | Sent | From: +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 5/10/2016 10:10:49 AM(UTC-4) | | Sent | I have not reviewed your drug test results yet and do not even know if they're in the system. I will go by what is there, if anything. Whether a patient shows for their appointment or not doesn't change the documentation if they failed their most recent urine drug screen. If a patient no-shows and has a failed urine drug screen for a dangerous substance (such as cocaine) it will all still be documented into their medical record. |
| 5102 | Sent | From: +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 5/10/2016 6:52:47 AM(UTC-4) | | Sent | He needs to come and bring his discharge papers from hospital as well as any labs and xray reports. |
| 5103 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/9/2016 10:55:44 PM(UTC-4) | Read: 5/9/2016 11:09:05 PM(UTC-4) | Read | If not he said he would try to make it |
| 5104 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/9/2016 10:32:19 PM(UTC-4) | Read: 5/9/2016 11:09:05 PM(UTC-4) | Read | rge papers from hospital. It does show a fracture |
| 5105 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/9/2016 10:32:19 PM(UTC-4) | Read: 5/9/2016 11:09:05 PM(UTC-4) | Read | g limb to fall on Kelly he wants to know if he has to show up to get his scripts Wednesday he his moving around like a turtle. I will send the discha |
| 5106 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/9/2016 10:32:19 PM(UTC-4) | Read: 5/9/2016 11:09:05 PM(UTC-4) | Read | Kelly Johnson and Josh Marion app is Wednesday. Kelly was is a tree cutting accident. Boy cut a tree that fell wrong and hit another tree causing a bi |
| 5107 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/9/2016 4:42:31 PM(UTC-4) | Read: 5/9/2016 11:09:05 PM(UTC-4) | Read | Do you think I will get kicked out too. Because my test showed what Mike's did. I would rather quit instead of getting kicked out |

| 5255 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 5/2/2016 5:43:47 PM(UTC-4) | | Sent | I'll call in a bit |
| 5256 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 5/2/2016 5:43:39 PM(UTC-4) | | Sent | Well too late They're gone :( |
| 5257 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/2/2016 5:43:08 PM(UTC-4) | Read: 5/2/2016 5:43:18 PM(UTC-4) | Read | I can talk now |
| 5258 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/2/2016 5:42:50 PM(UTC-4) | Read: 5/2/2016 5:43:18 PM(UTC-4) | Read | Erase these texts |
| 5259 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/2/2016 5:42:46 PM(UTC-4) | Read: 5/2/2016 5:43:18 PM(UTC-4) | Read | Also smoking crack in parking lot |
| 5260 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/2/2016 5:42:43 PM(UTC-4) | Read: 5/2/2016 5:43:18 PM(UTC-4) | Read | Don't tell him I told u |
| 5262 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 5/2/2016 4:54:43 PM(UTC-4) | | Sent | When will you be available to speak by phone sir? |
| 5263 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 5/2/2016 3:36:17 PM(UTC-4) | | Sent | Hey Which Blankenship did you say got the DUI? |
| 5264 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/2/2016 2:55:29 PM(UTC-4) | Read: 5/2/2016 3:34:30 PM(UTC-4) | Read | We love Ya doc |
| 5265 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/2/2016 2:55:17 PM(UTC-4) | Read: 5/2/2016 3:34:30 PM(UTC-4) | Read | Lol - 4 two dollar words |
| 5266 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 5/2/2016 2:41:09 PM(UTC-4) | | Sent | Working as diligently and methodically as is ethically permissible, sir |

| 5271 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/2/2016 2:24:10 PM(UTC-4) | Read: 5/2/2016 2:40:32 PM(UTC-4) | Read | Get my bunch out of there by 330. Damn spell check | |
| 5272 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/2/2016 2:18:48 PM(UTC-4) | Read: 5/2/2016 2:40:32 PM(UTC-4) | Read | Can you my crew out by 330 | |
| 5273 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 5/2/2016 2:18:14 PM(UTC-4) | | Sent | Good... Busy... What's up? | |
| 5274 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/2/2016 2:17:18 PM(UTC-4) | Read: 5/2/2016 2:17:54 PM(UTC-4) | Read | How you doing? | |
| 5275 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 5/2/2016 2:16:54 PM(UTC-4) | | Sent | Greetings, sir. | |
| 5276 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 5/2/2016 2:15:47 PM(UTC-4) | Read: 5/2/2016 2:16:45 PM(UTC-4) | Read | Hello doc | |

| 5435 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893*<br>Darryl Williams* | 4/28/2016<br>9:08:32 PM(UTC-4) | Read<br>4/29/2016<br>1:03:38 PM(UTC-4) | Read | K |
|---|---|---|---|---|---|---|

| 5437 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 4/28/2016<br>8:51:36 PM(UTC-4) | | Sent | sorry for the late response. I just finished seeing the last patient today and am about to leave the office. |
| 5438 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893*<br>Darryl Williams* | 4/28/2016<br>8:51:01 PM(UTC-4) | | Sent | My schedule next week is maxed out and there is no room for any new patients |

| 5441 | Inbox | To: +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/28/2016 4:51:17 PM(UTC-4) | Read: 4/28/2016 8:50:37 PM(UTC-4) | Read | He will have the rest of his paper work tommorrow |  |
| 5442 | Inbox | To: +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/28/2016 4:49:19 PM(UTC-4) | Read: 4/28/2016 8:50:37 PM(UTC-4) | Read | Also Curtis church wants to come with Mike Boye |  |
| 5443 | Inbox | To: +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/28/2016 4:43:31 PM(UTC-4) | Read: 4/28/2016 4:43:44 PM(UTC-4) | Read | We thinking alike today |  |
| 5444 | Inbox | To: +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/28/2016 4:43:17 PM(UTC-4) | Read: 4/28/2016 4:43:44 PM(UTC-4) | Read | Nevermind |  |
| 5445 | Inbox | To: +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/28/2016 4:43:07 PM(UTC-4) | Read: 4/28/2016 4:43:44 PM(UTC-4) | Read | What number does he need to call u on? |  |
| 5446 | Sent | From: +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/28/2016 4:42:21 PM(UTC-4) |  | Sent | Give him this number (276) 285-8632 |  |
| 5448 | Inbox | To: +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/28/2016 4:41:33 PM(UTC-4) | Read: 4/28/2016 4:41:49 PM(UTC-4) | Read | Ok I will tell him to return ur call. Good kid |  |
| 5450 | Sent | From: +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/28/2016 4:40:10 PM(UTC-4) |  | Sent | I called and trued to speak with him but no answer and no returned call |  |

| 5461 | Inbox | To: +13362795798 SCH Cell* From +16064549893, Darryl Williams | 4/28/2016 3:18:04 PM(UTC-4) | Read: 4/28/2016 4:39:39 PM(UTC-4) | Read | Ok Bobby Amburn faxed you his stuff, he would like to come with Lora or next time with Mike Bowen I am sending u some pics of his arms |
|---|---|---|---|---|---|---|
| 5464 | Inbox | To: +13362795798 SCH Cell* From +16064549893* Darryl Williams* | 4/28/2016 1:23:00 PM(UTC-4) | Read: 4/28/2016 1:23:00 PM(UTC-4) | Read | No |
| 5465 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams | 4/28/2016 1:22:52 PM(UTC-4) | | Sent | Sure |
| 5466 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/28/2016 1:22:43 PM(UTC-4) | | Sent | Still no update from Kentuckiana tho |
| 5467 | Inbox | To: +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/28/2016 1:22:27 PM(UTC-4) | Read: 4/28/2016 1:22:27 PM(UTC-4) | Read | To much to tell you. Can I call |
| 5468 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/28/2016 1:22:19 PM(UTC-4) | | Sent | Montgomery will though. |

| 5469 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/28/2016 1:22:08 PM(UTC-4) | | Sent | I know |  |
| 5470 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/28/2016 1:22:02 PM(UTC-4) | Read: 4/28/2016 1:22:04 PM(UTC-4) | Read | Longer be filling |  |
| 5471 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/28/2016 1:21:50 PM(UTC-4) | Read: 4/28/2016 1:22:04 PM(UTC-4) | Read | He said he will fill Roberts. So we are good there. . . I also want to tell you the Rite aid in Ripley will no |  |
| 5472 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/28/2016 1:21:18 PM(UTC-4) | | Sent | K |  |
| 5473 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/28/2016 1:20:28 PM(UTC-4) | Read: 4/28/2016 1:21:02 PM(UTC-4) | Read | Stated he won't fill any new patients |  |
| 5474 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/28/2016 1:20:01 PM(UTC-4) | Read: 4/28/2016 1:21:02 PM(UTC-4) | Read | Hey Robert Danials now calls me crying he can't fill his scripts anywhere so I did find a place to fill his. And after Jackson at buffalo |  |

5075

| 5640 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 4/25/2016<br>12:05:04 PM(UTC-4) | Read:<br>4/25/2016<br>12:06:19<br>PM(UTC-4) | Read | Thanks. | |
| 5641 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 4/25/2016<br>12:04:51 PM(UTC-4) | Read:<br>4/25/2016<br>12:06:19<br>PM(UTC-4) | Read | K | |
| 5642 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 4/25/2016<br>12:04:10 PM(UTC-4) | | Sent | 60 30's a piece. | |
| 5643 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 4/25/2016<br>12:03:54 PM(UTC-4) | | Sent | He's got 'em | |
| 5644 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 4/25/2016<br>12:02:54 PM(UTC-4) | Read:<br>4/25/2016<br>12:03:47<br>PM(UTC-4) | Read | Yes. Give to bryan | |
| 5650 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 4/25/2016<br>11:46:21 AM(UTC-4) | | Sent | Can I give their scripts to Bryan? | |
| 5651 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 4/25/2016<br>11:46:07 AM(UTC-4) | | Sent | I'll look at their charts | |
| 5652 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 4/25/2016<br>11:43:54 AM(UTC-4) | Read:<br>4/25/2016<br>11:45:56<br>AM(UTC-4) | Read | Yea 90 30s | |
| 5653 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 4/25/2016<br>11:41:54 AM(UTC-4) | Read:<br>4/25/2016<br>11:45:56<br>AM(UTC-4) | Read | Lol | |
| 5654 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 4/25/2016<br>11:40:55 AM(UTC-4) | Read:<br>4/25/2016<br>11:45:56<br>AM(UTC-4) | Read | 90 be better | |
| 5656 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 4/25/2016<br>11:37:57 AM(UTC-4) | | Sent | So 60 a piece additionally for them, correct? | |
| 5657 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 4/25/2016<br>11:37:05 AM(UTC-4) | | Sent | K | |

| 5658 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams | 4/25/2016<br>11:36:30 AM(UTC-4) | Read:<br>4/25/2016<br>11:36:45<br>AM(UTC-4) | Read | I am leaving Harlan Ky headed home and will not have good cell signal for about hour and a half. So text me | |
| 5659 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams | 4/25/2016<br>11:34:58 AM(UTC-4) | Read:<br>4/25/2016<br>11:36:45<br>AM(UTC-4) | Read | I tried to call. If you can change Pam Harlow and Miller's oxymor phone to Roxy 30s. Please send those scripts with Brian Harlow | |
| 5660 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams | 4/25/2016<br>11:23:31 AM(UTC-4) | Read:<br>4/25/2016<br>11:36:45<br>AM(UTC-4) | Read | Buffalo can not fill Pam Harlow or Miller's. Can you write them some 30s. I will call u ina min | |
| 5663 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams | 4/25/2016<br>10:50:03 AM(UTC-4) | Read:<br>4/25/2016<br>10:51:52<br>AM(UTC-4) | Read | I think he is running low on meds | |
| 5664 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams | 4/25/2016<br>10:49:41 AM(UTC-4) | Read:<br>4/25/2016<br>10:51:52<br>AM(UTC-4) | Read | I will know shortly if he will fill Miller and Pam Chapman tommorrow | |
| 5665 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams | 4/25/2016<br>10:48:17 AM(UTC-4) | Read:<br>4/25/2016<br>10:51:52<br>AM(UTC-4) | Read | No he is trying | |
| 5666 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams | 4/25/2016<br>10:47:12 AM(UTC-4) | | Sent | | |
| 5667 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams | 4/25/2016<br>10:47:08 AM(UTC-4) | | Sent | Wow. smh Jackson needs to pull his head out | |
| 5668 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams | 4/25/2016<br>10:39:06 AM(UTC-4) | Read:<br>4/25/2016<br>10:46:43<br>AM(UTC-4) | Read | The next crew all fills at poco | |
| 5669 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams | 4/25/2016<br>10:38:34 AM(UTC-4) | Read:<br>4/25/2016<br>10:46:43<br>AM(UTC-4) | Read | I am still try to get Pam Harlow and Miller filled. Buffalo might do it tommorrow | |
| 5670 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams | 4/25/2016<br>10:37:22 AM(UTC-4) | Read:<br>4/25/2016<br>10:46:43<br>AM(UTC-4) | Read | The two Harlow brother can get theirs filled and seashell can get roxies at old virginia | |
| 5671 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams | 4/25/2016<br>10:35:51 AM(UTC-4) | Read:<br>4/25/2016<br>10:46:43<br>AM(UTC-4) | Read | The two brothers you will see today buffalo will fill thiers | |
| 5672 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams | 4/25/2016<br>10:35:08 AM(UTC-4) | Read:<br>4/25/2016<br>10:46:43<br>AM(UTC-4) | Read | Doc meshell Smith has not been to buffalo could u please write her. what u did last | |
| 5673 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams | 4/25/2016<br>10:34:16 AM(UTC-4) | | Sent | Greetings, sir | |

5093

| 5674 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 4/25/2016<br>10:33:48 AM(UTC-4) | Read:<br>4/25/2016<br>10:34:06<br>AM(UTC-4) | Read | Good morning |  |

| 5681 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 4/24/2016<br>5:43:14 PM(UTC-4) | | Sent | |  |

| 5684 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 4/24/2016<br>1:20:03 PM(UTC-4) | Read:<br>4/24/2016<br>5:42:54 PM(UTC-4) | Read | Pam Harlow and roshell Miller is the only ones we are having trouble filling |  |
| 5685 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 4/24/2016<br>1:14:51 PM(UTC-4) | Read:<br>4/24/2016<br>5:42:54 PM(UTC-4) | Read | The 3 coming in tomorrow should be ok as they can fill at buffalo |  |

| 5755 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 4/21/2016<br>5:44:31 PM(UTC-4) | | Sent | Inside | |
| 5756 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 4/21/2016<br>5:44:27 PM(UTC-4) | | Sent | Come indide | |
| 5757 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 4/21/2016<br>5:44:21 PM(UTC-4) | | Sent | Whatta jerk | |
| 5758 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 4/21/2016<br>5:43:49 PM(UTC-4) | Read:<br>4/21/2016<br>5:44:12 PM(UTC-4) | Read | But I think me Miller and Harlow  Will have trouble filling | |

| 5759 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 4/21/2016<br>5:42:58 PM(UTC-4) | Read:<br>4/21/2016<br>5:44:12 PM(UTC-4) | Read | He will fill Bo Hubbard and genevas | |
| 5760 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 4/21/2016<br>5:42:12 PM(UTC-4) | Read:<br>4/21/2016<br>5:44:12 PM(UTC-4) | Read | Jackson won't fill mine. Said I had not been there in 6 months | |
| 5767 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 4/21/2016<br>1:58:40 PM(UTC-4) | Read:<br>4/21/2016<br>1:59:08 PM(UTC-4) | Read | U the best | |
| 5768 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 4/21/2016<br>1:57:36 PM(UTC-4) | | Sent | That's been the plan since last month | |
| 5769 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 4/21/2016<br>1:51:42 PM(UTC-4) | Read:<br>4/21/2016<br>1:57:18 PM(UTC-4) | Read | Get me in first with my crew | |
| 5770 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 4/21/2016<br>1:47:13 PM(UTC-4) | | Sent | Right right.. yes | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5771 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893* Darryl Williams* | 4/21/2016 1:46:37 PM(UTC-4) | **Read:** 4/21/2016 1:47:04 PM(UTC-4) | | Read | Had a his Ball's lanced |
| 5772 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893* Darryl Williams* | 4/21/2016 1:45:52 PM(UTC-4) | | | Sent | LoL |
| 5773 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 4/21/2016 1:45:48 PM(UTC-4) | | | Sent | Why was he in the hospital? |
| 5774 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893* Darryl Williams* | 4/21/2016 1:45:45 PM(UTC-4) | **Read:** 4/21/2016 1:45:45 PM(UTC-4) | | Read | Lol |
| 5775 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 4/21/2016 1:45:40 PM(UTC-4) | **Read:** 4/21/2016 1:45:41 PM(UTC-4) | | Read | Put him on baby asprin |
| 5776 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893* Darryl Williams* | 4/21/2016 1:45:29 PM(UTC-4) | | | Sent | Smh |
| 5777 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893* Darryl Williams* | 4/21/2016 1:45:17 PM(UTC-4) | **Read:** 4/21/2016 1:45:18 PM(UTC-4) | | Read | Yea I think that's what's up |
| 5778 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893* Darryl Williams* | 4/21/2016 1:44:29 PM(UTC-4) | | | Sent | Oh. Like Bo Daniels not good or... What? |
| 5779 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 4/21/2016 1:44:26 PM(UTC-4) | **Read:** 4/21/2016 1:44:09 PM(UTC-4) | | Read | Yea don't know what's up with but it won't be good |
| 5780 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 4/21/2016 1:42:13 PM(UTC-4) | | | Sent | was wondering about that. |
| 5781 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 4/21/2016 1:42:05 PM(UTC-4) | | | Sent | Awwwww i c |
| 5782 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893, Darryl Williams* | 4/21/2016 1:41:45 PM(UTC-4) | **Read:** 4/21/2016 1:41:51 PM(UTC-4) | | Read | Plus he didn't come last month. He was in hospital |
| 5783 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 4/21/2016 1:40:55 PM(UTC-4) | **Read:** 4/21/2016 1:41:51 PM(UTC-4) | | Read | Be sure to see Robert Danials last. I drove to his house to pick him up and he rode with someone else and never even called me |
| 5786 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 4/21/2016 12:38:38 PM(UTC-4) | **Read:** 4/21/2016 12:49:26 PM(UTC-4) | | Read | We are here |

5102

| 6787 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams | 4/21/2016<br>12:20:09 PM(UTC-4) | 4/21/2016<br>12:20:11<br>PM(UTC-4) | Read | U always do | | |
| 5788 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams | 4/21/2016<br>12:19:48 PM(UTC-4) | | Sent | Assad is gonna text me as soon as they are back up | | |
| 5789 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams | 4/21/2016<br>12:19:31 PM(UTC-4) | | Sent | I'm aware I'll do my best | | |

| 5798 | Inbox | To:<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 4/21/2016<br>12:00:16 PM(UTC-4) | Read:<br>4/21/2016<br>12:19:12<br>PM(UTC-4) | Read | Kyaiana- still ain't filling |
| 5799 | Inbox | To:<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 4/21/2016<br>11:57:26 AM(UTC-4) | Read:<br>4/21/2016<br>12:19:12<br>PM(UTC-4) | Read | All of us today has to fill at buffalo |
| 5800 | Inbox | To:<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams | 4/21/2016<br>11:55:52 AM(UTC-4) | Read:<br>4/21/2016<br>12:19:12<br>PM(UTC-4) | Read | Lora is sick at home. Get us out of here quick today/doc |

| 5801 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 4/21/2016<br>11:55:30 AM(UTC-4) | | Sent | Excellent | |
| 5802 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 4/21/2016<br>11:54:57 AM(UTC-4) | Read:<br>4/21/2016<br>11:55:25<br>AM(UTC-4) | Read | We will arrive in 10 mins | |
| 5803 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 4/21/2016<br>11:53:53 AM(UTC-4) | Read:<br>4/21/2016<br>11:54:14<br>AM(UTC-4) | Read | Yep | |
| 5804 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 4/21/2016<br>11:53:07 AM(UTC-4) | | Sent | ...just looked at his pics again yesterday. Guessing he's still in pain | |
| 5805 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 4/21/2016<br>11:52:44 AM(UTC-4) | | Sent | Is Harold Meeks ever going to get me his paper work??? | |

| 5813 | Sent | From: +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/20/2016 6:37:02 PM(UTC-4) | | Sent | Dear grief. |

| 5824 | Sent | From: +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/20/2016 6:06:35 PM(UTC-4) | | Sent | Ty |
| 5825 | Inbox | To: +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/20/2016 6:05:19 PM(UTC-4) | Read: 4/20/2016 6:06:27 PM(UTC-4) | Read | I watch for you Ya doc |
| 5826 | Inbox | To: +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/20/2016 6:04:14 PM(UTC-4) | Read: 4/20/2016 6:06:27 PM(UTC-4) | Read | He was with his x brother in law who just got out of big house and He is bad news |

| 5827 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/20/2016 6:03:23 PM(UTC-4) | | Sent | Thanks much, sir |
| 5828 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/20/2016 6:03:08 PM(UTC-4) | Read: 4/20/2016 6:03:13 PM(UTC-4) | Read | I will find out |
| 5829 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/20/2016 6:02:59 PM(UTC-4) | | Sent | Drugs, DUI, etc would be issues |
| 5830 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/20/2016 6:02:48 PM(UTC-4) | Read: 4/20/2016 6:02:48 PM(UTC-4) | Read | Don't know. |
| 5831 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/20/2016 6:02:38 PM(UTC-4) | | Sent | Well it only matters to me if I know WHY he was arrested. |
| 5832 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/20/2016 6:02:04 PM(UTC-4) | Read: 4/20/2016 6:02:10 PM(UTC-4) | Read | I don't like title telling but I thought u should know |
| 5833 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/20/2016 6:01:13 PM(UTC-4) | | Sent | Why the hell did he get arrested? |
| 5834 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/20/2016 6:00:58 PM(UTC-4) | Read: 4/20/2016 6:00:58 PM(UTC-4) | Read | U never heard that from me |
| 5835 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/20/2016 6:00:56 PM(UTC-4) | | Sent | Say what now? |
| 5836 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/20/2016 6:00:46 PM(UTC-4) | | Sent | Whoa!!! |
| 5837 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/20/2016 6:00:20 PM(UTC-4) | Read: 4/20/2016 6:00:28 PM(UTC-4) | Read | Burl the hunch back I heard got arrested in WV they took him to hospital he escaped from hospital went got his truck from impound and got back into KY an |
| 5838 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/20/2016 6:00:20 PM(UTC-4) | Read: 4/20/2016 6:00:28 PM(UTC-4) | Read | 'd WV p.o. p.o. mad as hell |
| 5839 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/20/2016 5:58:46 PM(UTC-4) | | Sent | #notcool |
| 5840 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/20/2016 5:58:38 PM(UTC-4) | | Sent | Lol |

| 5846 | Sent | From +13302795798 SCH Cell* To +16064549893 Danyl Williams | 4/20/2016 5:55:55 PM(UTC 4) | | Sent | K |  |
|------|------|------|------|------|------|------|------|

| 5861 | Inbox | To +13362795798 SCH Cell* From *16064549893* Darryl Williams* | 4/20/2016 5:35:34 PM(UTC-4) | Read: 4/20/2016 5:49:33 PM(UTC-4) | Read | Yep | |
| 5862 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/20/2016 5:35:08 PM(UTC-4) | | | Sent | I have Greg and John with Michelle Smith next Monday (4/25) starting at 9 AM. |

| 5869 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/20/2016 5:34:18 PM(UTC-4) | Read: 4/20/2016 5:34:18 PM(UTC-4) | Read | We will be there |
| 5870 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/20/2016 5:34:01 PM(UTC-4) | | | Sent | Pam is the only Harlow I have on the schedule tomorrow. |
| 5871 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/20/2016 5:33:58 PM(UTC-4) | Read: 4/20/2016 5:33:58 PM(UTC-4) | Read | Cool |
| 5872 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/20/2016 5:33:30 PM(UTC-4) | | | Sent | Right after you sir. |

| 5873 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/20/2016 5:33:20 PM(UTC-4) | | Sent | Then I have Pam H Sammy H Connie R Miller Robert D Geneva B |
| 5874 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/20/2016 5:33:00 PM(UTC-4) | Read: 4/20/2016 5:33:00 PM(UTC-4) | Read | What time is Harlows |
| 5875 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/20/2016 5:32:46 PM(UTC-4) | Read: 4/20/2016 5:32:46 PM(UTC-4) | Read | Cool will see u then |
| 5876 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/20/2016 5:32:15 PM(UTC-4) | | Sent | You are at 12:00 noon |
| 5877 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/20/2016 5:31:42 PM(UTC-4) | | Sent | Outstanding So $1450-200= $1250? |
| 5878 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/20/2016 5:29:19 PM(UTC-4) | Read: 4/20/2016 5:29:19 PM(UTC-4) | Read | What time is our app tommorrow |
| 5879 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/20/2016 5:29:01 PM(UTC-4) | Read: 4/20/2016 5:29:01 PM(UTC-4) | Read | Ok |
| 5880 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/20/2016 5:28:26 PM(UTC-4) | | Sent | How's everybody doing? |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5944 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams | 4/19/2016 2:40:43 PM(UTC-4) | Read: 4/19/2016 2:48:12 PM(UTC-4) | Read | He has fee money. Plus 200 | |
| 5945 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams | 4/19/2016 2:40:14 PM(UTC-4) | Read: 4/19/2016 2:48:12 PM(UTC-4) | Read | No it's my fault | |
| 5947 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams | 4/19/2016 2:36:53 PM(UTC-4) | | Sent | ..this doesn't bode well for me thinking he is ready to be a responsible patient. | |
| 5948 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams | 4/19/2016 2:36:08 PM(UTC-4) | | Sent | How is he even able to drive without it??? | |
| 5949 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams | 4/19/2016 2:35:51 PM(UTC-4) | | Sent | How does he expect to be seen here without his ID??? | |
| 5950 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/19/2016 2:35:32 PM(UTC-4) | | Sent | Wow | |
| 5952 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/19/2016 2:32:41 PM(UTC-4) | Read: 4/19/2016 2:35:24 PM(UTC-4) | Read | Can't send over 50 bucks because Brandon don't have his id | |
| 5954 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/19/2016 2:14:59 PM(UTC-4) | | Sent | Excellent | |
| 5955 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/19/2016 2:14:55 PM(UTC-4) | | Sent | K | |
| 5958 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/19/2016 2:05:23 PM(UTC-4) | Read: 4/19/2016 2:14:50 PM(UTC-4) | Read | I will bring balance thursday | |
| 5959 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/19/2016 2:04:59 PM(UTC-4) | Read: 4/19/2016 2:14:50 PM(UTC-4) | Read | Brandon is bring u 450 plus his fee | |

| 5960 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/19/2016 2:04:29 PM(UTC-4) | | Sent | Oooooohhhhh |
| 5961 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/19/2016 2:04:24 PM(UTC-4) | | Sent | Huh??? |
| 5962 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/19/2016 2:04:22 PM(UTC-4) | Read: 4/19/2016 2:04:22 PM(UTC-4) | Read | Sending it to brandon |
| 5963 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/19/2016 2:03:55 PM(UTC-4) | Read: 4/19/2016 2:03:55 PM(UTC-4) | Read | Wrong person |
| 5964 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/19/2016 2:03:55 PM(UTC-4) | | Sent | Got it |
| 5966 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/19/2016 2:03:40 PM(UTC-4) | Read: 4/19/2016 2:03:49 PM(UTC-4) | Read | Belfry high belfry ky |
| 5967 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/19/2016 2:03:13 PM(UTC-4) | | Sent | Lol |
| 5968 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/19/2016 2:03:09 PM(UTC-4) | Read: 4/19/2016 2:03:09 PM(UTC-4) | Read | Begley High |
| 5969 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/19/2016 2:02:51 PM(UTC-4) | Read: 4/19/2016 2:03:03 PM(UTC-4) | Read | Jason bowman is sending u 300 dollars Wal-Mart to Wal-Mart. Test question where did you go to High School answer Belfry Ky |
| 5971 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/19/2016 1:57:06 PM(UTC-4) | | Sent | got you a furry friend there!! |
| 5972 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/19/2016 1:56:45 PM(UTC-4) | | Sent | LoL Oh dear goodness |
| 5973 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 4/19/2016 1:50:21 PM(UTC-4) | | Sent | LoL |
| 5974 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/19/2016 1:50:09 PM(UTC-4) | Read: 4/19/2016 1:50:17 PM(UTC-4) | Read | Hey is full grown |
| 5975 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 4/19/2016 1:49:21 PM(UTC-4) | Read: 4/19/2016 1:50:17 PM(UTC-4) | Read | Only 3 black and tan killers. Doberman Rockwaller and archie |

| 5976 | Inbox | To +13302795798 SCH Cell* From +16064549893 Darryl Williams* | 4/19/2016 1:46:57 PM(UTC-4) | 4/19/2016 1:50:17 PM(UTC-4) | Read | Little ruff today |
| 5977 | Inbox | To +13302795798 SCH Cell* From +16064549893 Darryl Williams* | 4/19/2016 1:46:45 PM(UTC-4) | Read: 4/19/2016 1:50:17 PM(UTC-4) | Read | Ok thanks |
| 5978 | Sent | From +13302795798 SCH Cell* To +16064549893 Darryl Williams* | 4/19/2016 1:46:28 PM(UTC-4) | | Sent | How are you felling big boy? |
| 5979 | Sent | From +13302795798 SCH Cell* To +16064549893 Darryl Williams* | 4/19/2016 1:46:15 PM(UTC-4) | | Sent | 300 |

| | | From/To | | | | | |
|---|---|---|---|---|---|---|---|
| 6008 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 4/18/2016 10:56:38 AM(UTC-4) | | Sent | LoL | |
| 6009 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 4/18/2016 10:55:56 AM(UTC-4) | **Read:** 4/18/2016 10:56:28 AM(UTC-4) | Read | He will really be hopping around with one bad leg and a boot in his ass | |
| 6010 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 4/18/2016 10:54:28 AM(UTC-4) | **Read:** 4/18/2016 10:56:28 AM(UTC-4) | Read | If he screws up you won't have to say a word. I will beat him down | |
| 6011 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 4/18/2016 10:52:27 AM(UTC-4) | | Sent | I'm sure he knows and you'll reinforce to him that if he so much as coughs in the wrong direction; he will be gone. A lot of folks have gotten second chances but no one except Brandon has gotten a second chance after committing a felony by tampering with another patient's urine drug screen. So he should be prepared to straighten up and fly right, this is his last chance with us | |
| 6012 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 4/18/2016 10:30:29 AM(UTC-4) | **Read:** 4/18/2016 10:49:21 AM(UTC-4) | Read | Thanks doc | |
| 6014 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 4/18/2016 9:58:28 AM(UTC-4) | | Sent | Brandon can come with Lynn on Tuesday. They will need to come 30 minutes earlier than her scheduled appointment to be able to fit him in. So they will need to be here at 11 am. | |
| 6015 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 4/18/2016 9:55:53 AM(UTC-4) | | Sent | That is sad | |

| 6023 | Inbox | To: +13362795798 SCH Cell* From +16064549893* Darryl Williams* | 4/17/2016 2:36:58 PM(UTC-4) | Read: 4/17/2016 2:55:03 PM(UTC-4) | Read | Hate to see my area decline like this |  |
| 6024 | Inbox | To: +13362795798 SCH Cell* From +16064549893* Darryl Williams* | 4/17/2016 2:19:20 PM(UTC-4) | Read: 4/17/2016 2:55:03 PM(UTC-4) | Read | It sure is tuff down here. No one has jobs |  |
| 6025 | Inbox | To: +13362795798 SCH Cell* From +16064549893* Darryl Williams* | 4/17/2016 2:10:15 PM(UTC-4) | Read: 4/17/2016 2:55:03 PM(UTC-4) | Read: | Will you consider seeing Brandon Tuesday he can bring Lynn Hollaway. I will try to send ur funds |  |

| 6101 | Inbox | From +16064549893 (Darryl Williams) | 4/13/2016 1:38:20 PM(UTC-4) | Read: 4/13/2016 1:42:47 PM(UTC-4) | Read | It will all be alright |
|------|-------|--------|--------|--------|------|--------|
| 6102 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 1:37:45 PM(UTC-4) | Read: 4/13/2016 1:42:47 PM(UTC-4) | Read | Lol |
| 6103 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 1:37:18 PM(UTC-4) | Read: 4/13/2016 1:42:47 PM(UTC-4) | Read | I am going to get drunk and find a whore |
| 6104 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 1:35:03 PM(UTC-4) | Read: 4/13/2016 1:42:47 PM(UTC-4) | Read | It has took all my time for 2 weeks |
| 6105 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 1:34:18 PM(UTC-4) | Read: 4/13/2016 1:42:47 PM(UTC-4) | Read | I am going to sell this truck today if I have to give it away |
| 6106 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 1:33:21 PM(UTC-4) | Read: 4/13/2016 1:42:47 PM(UTC-4) | Read | I am sorry doc |
| 6107 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 1:25:13 PM(UTC-4) | Read: 4/13/2016 1:42:47 PM(UTC-4) | Read | If the boy was not in pain I would not give him 5 mins of my time |
| 6108 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 1:23:42 PM(UTC-4) | Read: 4/13/2016 1:42:47 PM(UTC-4) | Read | I apologize doc.   The boy begs me every day. He likes you |

5123

| | | | | | | |
|---|---|---|---|---|---|---|
| 6109 | Sent | To +16064549893 Darryl Williams* | 4/13/2016 1:21:51 PM(UTC-4) | | Sent | I here ya. Let me consider it. I'll let you know. It's NEVER a good idea to try to through another patient or surprise at me when I'm stacked up today, sir. Please keep that in mind. |
| 6110 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 1:18:36 PM(UTC-4) | Read: 4/13/2016 1:20:39 PM(UTC-4) | Read | I will tell you to help him some way |
| 6111 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 1:17:58 PM(UTC-4) | Read: 4/13/2016 1:20:39 PM(UTC-4) | Read | Lora, Franklin and Kelly all 3 has screwed up and they get a second chance. I just don't understand. I love y'all doc |
| 6112 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 1:12:24 PM(UTC-4) | Read: 4/13/2016 1:20:39 PM(UTC-4) | Read | The Kid needs help. I will find him another doctor. But if u send a bad report then I will be wasting my time. Right |
| 6113 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 1:10:47 PM(UTC-4) | Read: 4/13/2016 1:11:59 PM(UTC-4) | Read | If Brandon goes to another doc are you going to send a bad report on him |
| 6114 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 1:02:09 PM(UTC-4) | Read: 4/13/2016 1:11:59 PM(UTC-4) | Read | Just hard to explain to ur friend why he don't get a 2nd chance when he knows others got a second chance. Thanks any way |
| 6115 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 12:57:18 PM(UTC-4) | Read: 4/13/2016 1:11:59 PM(UTC-4) | Read | Can you see him any day doc |
| 6116 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 12:55:54 PM(UTC-4) | Read: 4/13/2016 1:11:59 PM(UTC-4) | Read | Thanks |
| 6117 | Sent | To +16064549893 Darryl Williams* | 4/13/2016 12:55:32 PM(UTC-4) | | Sent | They might be able to help some folks out especially if they have KY Medicaid |
| 6118 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 12:55:24 PM(UTC-4) | Read: 4/13/2016 12:55:24 PM(UTC-4) | Read | Cool |
| 6119 | Sent | To +16064549893 Darryl Williams* | 4/13/2016 12:55:03 PM(UTC-4) | | Sent | Told fat boy about it. |
| 6120 | Sent | To +16064549893 Darryl Williams* | 4/13/2016 12:54:50 PM(UTC-4) | | Sent | ...only a couple as of now but seem like nice folks... |
| 6121 | Sent | To +16064549893 Darryl Williams* | 4/13/2016 12:54:30 PM(UTC-4) | | Sent | There's a pharmacy in Barbourville, KY filling my scripts... |
| 6122 | Sent | To +16064549893 Darryl Williams* | 4/13/2016 12:33:11 PM(UTC-4) | | Sent | Brandon can help drive and not be my patient. I cannot see him today. |
| 6123 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 12:31:12 PM(UTC-4) | Read: 4/13/2016 12:32:39 PM(UTC-4) | Read | I beg you please see Brandon today |
| 6124 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 12:30:44 PM(UTC-4) | Read: 4/13/2016 12:32:39 PM(UTC-4) | Read | op of his ass |
| 6125 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 12:30:42 PM(UTC-4) | Read: 4/13/2016 12:32:39 PM(UTC-4) | Read | Doc I really need Brandon to help me drive people Mike can't any more. I can trust Brandon and you can too. He won't mess up again and I will stay on t... |
| 6126 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 12:23:26 PM(UTC-4) | Read: 4/13/2016 12:32:39 PM(UTC-4) | Read | Kelly has been a good boy too |
| 6127 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 12:22:00 PM(UTC-4) | Read: 4/13/2016 12:32:39 PM(UTC-4) | Read | I got it back before I would give him the other |
| 6128 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 12:21:25 PM(UTC-4) | Read: 4/13/2016 12:32:39 PM(UTC-4) | Read | I watch out for u doc |
| 6129 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 12:20:53 PM(UTC-4) | Read: 4/13/2016 12:32:39 PM(UTC-4) | Read | Ok no problem |
| 6130 | Sent | To +16064549893 Darryl Williams* | 4/13/2016 12:20:50 PM(UTC-4) | | Sent | Thx |
| 6131 | Sent | To +16064549893 Darryl Williams* | 4/13/2016 12:20:48 PM(UTC-4) | | Sent | K Whenevs |
| 6132 | Sent | To +16064549893 Darryl Williams* | 4/13/2016 12:20:39 PM(UTC-4) | | Sent | I have checked. |
| 6133 | Sent | To +16064549893 Darryl Williams* | 4/13/2016 12:20:29 PM(UTC-4) | | Sent | And then either mail it or bring it with next visit. |

| 6134 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 12:20:28 PM(UTC-4) | Read: 4/13/2016 12:20:28 PM(UTC-4) | Read | If I was home |
| 6135 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 12:20:15 PM(UTC-4) | Read: 4/13/2016 12:20:15 PM(UTC-4) | Read | U can check Casper it ain't been filled and never will |
| 6136 | Sent | To: +16064549893 Darryl Williams*? | 4/13/2016 12:20:07 PM(UTC-4) | | Sent | Can you send me a pic |
| 6137 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 12:19:38 PM(UTC-4) | Read: 4/13/2016 12:19:56 PM(UTC-4) | Read | I have it |
| 6138 | Sent | To: +16064549893 Darryl Williams* | 4/13/2016 12:17:20 PM(UTC-4) | | Sent | K Kelly Johnson is saying you mailed me his original Opana 30 Rx from last month. I have not received it. Where is it? |
| 6139 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 12:02:28 PM(UTC-4) | Read: 4/13/2016 12:16:34 PM(UTC-4) | Read | Bad knee doc |
| 6140 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 12:02:13 PM(UTC-4) | Read: 4/13/2016 12:16:34 PM(UTC-4) | Read | He trains coal miners now |
| 6141 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 11:55:54 AM(UTC-4) | Read: 4/13/2016 12:16:34 PM(UTC-4) | Read | He is college grad. College basketball player. School teacher then later Deep mine superintendent over 60 contractors |
| 6142 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 11:54:14 AM(UTC-4) | Read: 4/13/2016 12:16:34 PM(UTC-4) | Read | My friend Harold meek needs to see u ASAP. Just had knee replacment |
| 6143 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 11:52:39 AM(UTC-4) | Read: 4/13/2016 12:16:34 PM(UTC-4) | Read | Anything |
| 6144 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 11:42:49 AM(UTC-4) | Read: 4/13/2016 11:42:49 AM(UTC-4) | Read | Probation |
| 6145 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 11:42:32 AM(UTC-4) | Read: 4/13/2016 11:42:32 AM(UTC-4) | Read | Take him on a temp basis |
| 6147 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 11:40:15 AM(UTC-4) | Read: 4/13/2016 11:42:01 AM(UTC-4) | Read | When Brandons people did not show up for his ball games. She was Brandons cheerleader |
| 6148 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 11:38:56 AM(UTC-4) | Read: 4/13/2016 11:42:01 AM(UTC-4) | Read | He can get Deborah Renyolds there. She helped raise Brandon |
| 6149 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 11:37:41 AM(UTC-4) | Read: 4/13/2016 11:38:35 AM(UTC-4) | Read | He has heard me say 10000 times u screwed ur self Brandon |
| 6150 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 11:36:39 AM(UTC-4) | Read: 4/13/2016 11:37:12 AM(UTC-4) | Read | I eat his off too for what he did |
| 6151 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 11:35:51 AM(UTC-4) | Read: 4/13/2016 11:37:12 AM(UTC-4) | Read | Got botched at from me for days |

| 6152 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 11:35:26 AM(UTC-4) | Read: 4/13/2016 11:37:12 AM(UTC-4) | Read | He thought he would not get paid if Kevin didn't get his scripts. And he was right. Get in a wreck on the way home. Totaled his mom's car |
| 6153 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 11:33:22 AM(UTC-4) | Read: 4/13/2016 11:37:12 AM(UTC-4) | Read | Brandon helps a lot of people |
| 6154 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 11:32:54 AM(UTC-4) | Read: 4/13/2016 11:37:12 AM(UTC-4) | Read | U only seen the bad Brandon did |
| 6158 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 11:29:56 AM(UTC-4) | Read: 4/13/2016 11:37:12 AM(UTC-4) | Read | No one showed up to watch him |
| 6159 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 11:29:32 AM(UTC-4) | Read: 4/13/2016 11:37:12 AM(UTC-4) | Read | I coached him in little league baseball |
| 6160 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 11:27:49 AM(UTC-4) | Read: 4/13/2016 11:37:12 AM(UTC-4) | Read | He knows you are a good doctor |
| 6161 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 11:27:31 AM(UTC-4) | Read: 4/13/2016 11:37:12 AM(UTC-4) | Read | You don't owe me any favors. But I am begging for my little buddy |
| 6162 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 11:26:47 AM(UTC-4) | Read: 4/13/2016 11:37:12 AM(UTC-4) | Read | Give him a second chance |
| 6163 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 11:25:52 AM(UTC-4) | Read: 4/13/2016 11:37:12 AM(UTC-4) | Read | He needs help now. If he screws up you throw us both out |
| 6164 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 11:24:32 AM(UTC-4) | Read: 4/13/2016 11:24:32 AM(UTC-4) | Read | Headaches. Colds.  8 broke ribs |
| 6165 | Sent | To +16064549893 Darryl Williams* | 4/13/2016 11:24:27 AM(UTC-4) | | Sent | Right, yes, that's correct. You're definitely correct about K Smith. But Brandon made a choice and choices have consequences. I really wish I knew a doc up ya'll's way that would take him. |
| 6166 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 11:24:05 AM(UTC-4) | Read: 4/13/2016 11:24:05 AM(UTC-4) | Read | My dad thinks it will fix anything |
| 6167 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 11:23:29 AM(UTC-4) | Read: 4/13/2016 11:23:29 AM(UTC-4) | Read | It started out being horse lentament |
| 6168 | Sent | To +16064549893 Darryl Williams* | 4/13/2016 11:22:40 AM(UTC-4) | | Sent | Yeah I've heard good stuff about Unker's. |
| 6169 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 11:21:18 AM(UTC-4) | Read: 4/13/2016 11:21:39 AM(UTC-4) | Read | Kevin Smith was the problem. Brandon was stupid listening to him |
| 6170 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 11:20:12 AM(UTC-4) | Read: 4/13/2016 11:21:39 AM(UTC-4) | Read | I send him to walk mart and tell him to ride the motorized chairs. But he wont |
| 6171 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 11:18:48 AM(UTC-4) | Read: 4/13/2016 11:21:39 AM(UTC-4) | Read | But better |
| 6172 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 11:18:36 AM(UTC-4) | Read: 4/13/2016 11:21:39 AM(UTC-4) | Read | Like. Heat. Ben gay |
| 6173 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 11:18:13 AM(UTC-4) | Read: 4/13/2016 11:21:39 AM(UTC-4) | Read | UNKERS SALVE IS GOOD STUFF |
| 6174 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 11:17:43 AM(UTC-4) | Read: 4/13/2016 11:21:39 AM(UTC-4) | Read | I give him my Unkers salve. To put on it |

5126

| | | From/To | Date | Read | | Message |
|---|---|---|---|---|---|---|
| 6175 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 11:16:17 AM(UTC-4) | Read: 4/13/2016 11:16:43 AM(UTC-4) | Read | I watch out a crack in the wall and see him stress and strain |
| 6176 | Sent | To: +16064549893 Darryl Williams* | 4/13/2016 11:15:46 AM(UTC-4) | | Sent | Oooohhh i c |
| 6177 | Inbox | From: +16064549893 Darryl Williams | 4/13/2016 11:14:06 AM(UTC-4) | Read: 4/13/2016 11:15:29 AM(UTC-4) | Read | His ole leg is a bummer. He can't get ssi |
| 6178 | Inbox | From: +16064549893 Darryl Williams | 4/13/2016 11:13:36 AM(UTC-4) | Read: 4/13/2016 11:15:29 AM(UTC-4) | Read | I am saying he needs meds more then me |
| 6179 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 11:12:42 AM(UTC-4) | Read: 4/13/2016 11:15:29 AM(UTC-4) | Read | Be mad at me. Not brandon |
| 6180 | Sent | To: +16064549893 Darryl Williams* | 4/13/2016 11:12:03 AM(UTC-4) | | Sent | What did this mean: "He'll throw me out." Take him? |
| 6181 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 11:09:37 AM(UTC-4) | Read: 4/13/2016 11:11:37 AM(UTC-4) | Read | To brandon |
| 6182 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 11:09:22 AM(UTC-4) | Read: 4/13/2016 11:11:37 AM(UTC-4) | Read | No one else will give any work |
| 6183 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 11:08:51 AM(UTC-4) | Read: 4/13/2016 11:11:37 AM(UTC-4) | Read | I just have to watch that kid jump around all day on that leg. Knowing it's hurting him |
| 6184 | Sent | To: +16064549893 Darryl Williams* | 4/13/2016 10:50:55 AM(UTC-4) | | Sent | |
| 6185 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 10:44:03 AM(UTC-4) | Read: 4/13/2016 10:50:33 AM(UTC-4) | Read | He'll throw me out . Take him |
| 6186 | Inbox | From: +16064549893 Darryl Williams | 4/13/2016 10:43:28 AM(UTC-4) | Read: 4/13/2016 10:50:33 AM(UTC-4) | Read | It's his leg doc. He can't walk without pain . He is mowing yards. Hopping on that leg to work mowing yards |
| 6187 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 10:31:17 AM(UTC-4) | Read: 4/13/2016 10:50:33 AM(UTC-4) | Read | Everyone has their fee. Including brandon |
| 6188 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 10:29:52 AM(UTC-4) | Read: 4/13/2016 10:30:18 AM(UTC-4) | Read | Mike can't drive any more |
| 6189 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 10:28:07 AM(UTC-4) | Read: 4/13/2016 10:30:18 AM(UTC-4) | Read | He is a good boy doc. That ducked up and has paid a tuff price |
| 6190 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 10:27:17 AM(UTC-4) | Read: 4/13/2016 10:30:18 AM(UTC-4) | Read | Yes but he will not say a word if u won't see him |
| 6191 | Sent | To: +16064549893 Darryl Williams* | 4/13/2016 10:21:31 AM(UTC-4) | | Sent | That's very helpful of you. He is here today? |
| 6192 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 10:18:41 AM(UTC-4) | Read: 4/13/2016 10:20:46 AM(UTC-4) | Read | He has never met his real dad. I know his real dad and called him him the other day and he is going to help brandon get his CDLs and help get Brandon a job |
| 6193 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 10:16:00 AM(UTC-4) | Read: 4/13/2016 10:20:46 AM(UTC-4) | Read | I am begging doc please be Brandon doctor . he will follow ur rules |
| 6194 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 10:12:49 AM(UTC-4) | Read: 4/13/2016 10:20:46 AM(UTC-4) | Read | And u can trust him not to f up again |
| 6195 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 10:12:01 AM(UTC-4) | Read: 4/13/2016 10:20:46 AM(UTC-4) | Read | I can trust brandon |
| 6196 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 10:11:33 AM(UTC-4) | Read: 4/13/2016 10:20:46 AM(UTC-4) | Read | Mike can't drive |
| 6197 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 10:10:48 AM(UTC-4) | Read: 4/13/2016 10:20:46 AM(UTC-4) | Read | He leg bothers him 24 7 |
| 6198 | Inbox | From: +16064549893 Darryl Williams* | 4/13/2016 10:10:13 AM(UTC-4) | Read: 4/13/2016 10:20:46 AM(UTC-4) | Read | And I beg you to give him another chance . He has learned his lesson |

5127

| 6199 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 10:09:30 AM(UTC-4) | 4/13/2016 10:20:46 AM(UTC-4) | Read | I had to send Brandon |  |
| 6200 | Sent | To +16064549893 Darryl Williams* | 4/13/2016 10:07:08 AM(UTC-4) |  | Sent | What might that be, sir? |  |
| 6201 | Sent | To +16064549893 Darryl Williams* | 4/13/2016 10:06:56 AM(UTC-4) |  | Sent | Wow |  |
| 6202 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 10:01:50 AM(UTC-4) | Read: 4/13/2016 10:06:48 AM(UTC-4) | Read | Doc I need a big favor. |  |
| 6203 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 9:59:25 AM(UTC-4) | Read: 4/13/2016 10:06:48 AM(UTC-4) | Read | It didn't look that good when I got it |  |
| 6204 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 9:58:55 AM(UTC-4) | Read: 4/13/2016 10:06:48 AM(UTC-4) | Read | Bought it off doris |  |
| 6205 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 9:58:32 AM(UTC-4) | Read: 4/13/2016 10:06:48 AM(UTC-4) | Read | Got to pay ins. Cell phone ect |  |
| 6206 | Sent | To +16064549893 Darryl Williams* | 4/13/2016 9:58:22 AM(UTC-4) |  | Sent | Nice |  |
| 6207 | Sent | To +16064549893 Darryl Williams* | 4/13/2016 9:58:16 AM(UTC-4) |  | Sent | Wow |  |
| 6208 | Sent | To +16064549893 Darryl Williams* | 4/13/2016 9:58:11 AM(UTC-4) |  | Sent | And don't let anyone steal it!!lol |  |
| 6209 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 9:58:01 AM(UTC-4) | Read: 4/13/2016 9:58:01 AM(UTC-4) | Read | I got to sell it today anyway |  |
| 6210 | Sent | To +16064549893 Darryl Williams* | 4/13/2016 9:57:46 AM(UTC-4) |  | Sent | No, just wait til then |  |
| 6211 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 9:57:26 AM(UTC-4) | Read: 4/13/2016 9:57:37 AM(UTC-4) | Read | I can do that but I can get it out today |  |
| 6212 | Sent | To +16064549893 Darryl Williams* | 4/13/2016 9:56:31 AM(UTC-4) |  | Sent | Bring it to your appointment on 4-21 |  |
| 6213 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 9:56:08 AM(UTC-4) | Read: 4/13/2016 9:56:08 AM(UTC-4) | Read | I can wire it to Kelly johnson |  |
| 6214 | Sent | To +16064549893 Darryl Williams* | 4/13/2016 9:55:26 AM(UTC-4) |  | Sent | Don't wire it. |  |
| 6215 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 9:54:42 AM(UTC-4) | Read: 4/13/2016 9:54:42 AM(UTC-4) | Read | I am getting ready to pull out to go sell this truck so I can wire ur 1450 |  |
| 6216 | Sent | To +16064549893 Darryl Williams* | 4/13/2016 9:53:18 AM(UTC-4) |  | Sent | Yup |  |
| 6217 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 9:53:14 AM(UTC-4) | Read: 4/13/2016 9:53:14 AM(UTC-4) | Read | Fat boy is with him |  |
| 6218 | Inbox | From +16064549893 Darryl Williams* | 4/13/2016 9:52:39 AM(UTC-4) | Read: 4/13/2016 9:53:13 AM(UTC-4) | Read | Josh just got there |  |
| 6219 | Sent | To +16064549893 Darryl Williams* | 4/12/2016 10:24:59 PM(UTC-4) |  | Sent | 1450? |  |
| 6220 | Sent | To +16064549893 Darryl Williams* | 4/12/2016 9:10:22 PM(UTC-4) |  | Sent | Can he bring part of or all of the remaining funds owed tomorrow? |  |
| 6221 | Inbox | From +16064549893 Darryl Williams* | 4/12/2016 9:10:16 PM(UTC-4) | Read: 4/12/2016 9:10:16 PM(UTC-4) | Read | K |  |
| 6222 | Sent | To +16064549893 Darryl Williams* | 4/12/2016 9:09:28 PM(UTC-4) |  | Sent | Yes. But they need to be there by 9:30. |  |
| 6223 | Inbox | From +16064549893 Darryl Williams* | 4/12/2016 9:08:55 PM(UTC-4) | Read: 4/12/2016 9:09:00 PM(UTC-4) | Read | He can't find a ride on the 14th |  |
| 6224 | Inbox | From +16064549893 Darryl Williams* | 4/12/2016 9:08:24 PM(UTC-4) | Read: 4/12/2016 9:09:00 PM(UTC-4) | Read | Kelly Johnson's app is the 14th he wants to know if he can come tomorrow with Josh Marion |  |

5128

| 6504 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 3/31/2016 8:26:55 PM(UTC-4) | **Read:** 3/31/2016 8:26:55 PM(UTC-4) | Read | Thanks you are first class | |
| 6505 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 3/31/2016 8:26:17 PM(UTC-4) | | Sent | K No worries | |
| 6506 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 3/31/2016 8:24:35 PM(UTC-4) | **Read:** 3/31/2016 8:25:56 PM(UTC-4) | Read | le with you early next week. 7 people owes their fee and I will get that tomorrow so my finances will be much better next week | |
| 6507 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 3/31/2016 8:24:34 PM(UTC-4) | **Read:** 3/31/2016 8:25:56 PM(UTC-4) | Read | I had to pay for the tire before they would order it and they are going to get 2 motel rooms tonight so if they can pay half their fee and I will get who | |

| 6525 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/31/2016 12:51:43 PM(UTC-4) | Read: 3/31/2016 12:51:57 PM(UTC-4) | Read | I could just scream |  |
| 6526 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 3/31/2016 12:51:34 PM(UTC-4) | | Sent | Thanks for keeping me updated. |  |
| 6527 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 3/31/2016 12:51:16 PM(UTC-4) | | Sent | K f |  |
| 6528 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/31/2016 12:51:02 PM(UTC-4) | Read: 3/31/2016 12:51:02 PM(UTC-4) | Read | eir doctors fee |  |
| 6529 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/31/2016 12:51:01 PM(UTC-4) | Read: 3/31/2016 12:51:01 PM(UTC-4) | Read | I have been out since 4am raking up funds so I could loan them the doctors fee because they all get checks on the first and they are broke. I got th |  |
| 6530 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/31/2016 12:48:47 PM(UTC-4) | Read: 3/31/2016 12:50:47 PM(UTC-4) | Read | They are all out of meds and need to see you today |  |
| 6531 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/31/2016 12:48:03 PM(UTC-4) | Read: 3/31/2016 12:50:47 PM(UTC-4) | Read | Doris and 2 of her brothers is there and where they are new I know it will take u some time |  |
| 6533 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/31/2016 12:46:27 PM(UTC-4) | Read: 3/31/2016 12:50:47 PM(UTC-4) | Read | ere but they are going to be really late |  |

| 6534 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/31/2016 12:48:27 PM(UTC-4) | 3/31/2016 12:50:47 PM(UTC-4) | Read | Doc Lora blew a tire out on the rear of my car. WalMart nor anyone has a tire in stock so a Samuel Hubbard has left to go pick them up and bring them th |

| 6545 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/30/2016 5:10:47 PM(UTC-4) | Read: 3/30/2016 5:10:53 PM(UTC-4) | Read | Plus Doris Daniels and her brother |
| 6546 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/30/2016 5:10:45 PM(UTC-4) | Read: 3/30/2016 5:10:53 PM(UTC-4) | Read | Ok tomorrow Franklin Williams. Lora highlighter. And Rebecca Pritt |
| 6547 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/30/2016 5:10:43 PM(UTC-4) | Read: 3/30/2016 5:10:53 PM(UTC-4) | Read | And she walks around like she is broke |

| 6548 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams | 3/30/2016 5:10:42 PM(UTC-4) | 3/30/2016 5:10:53 PM(UTC-4) | Read | And she just got 400 k out of a car wreck | |
| 6549 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams | 3/30/2016 5:10:40 PM(UTC-4) | Read: 3/30/2016 5:10:53 PM(UTC-4) | Read | Her husband died left her big insurance | |
| 6550 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams | 3/30/2016 5:10:37 PM(UTC-4) | Read: 3/30/2016 5:10:59 PM(UTC-4) | Read | Also she has 25 rental properties | |
| 6551 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams | 3/30/2016 5:10:36 PM(UTC-4) | Read: 3/30/2016 5:10:53 PM(UTC-4) | Read | She Just sold a building to Save a lot | |
| 6552 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams | 3/30/2016 5:10:23 PM(UTC-4) | Read: 3/30/2016 5:10:53 PM(UTC-4) | Read | If u can take 2 new ones .. You don't want to miss Doris Daniels. She will lend you funds. Just treat her real good | |
| 6553 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams | 3/30/2016 5:10:00 PM(UTC-4) | Read: 3/30/2016 5:10:53 PM(UTC-4) | Read | Hey I think there is 5 coming tommorrow | |

| 6618 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/28/2016 4:10:42 PM(UTC-4) | Read: 3/28/2016 4:10:53 PM(UTC-4) | Read | Asap | | |
| 6619 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/28/2016 4:10:40 PM(UTC-4) | Read: 3/28/2016 4:10:53 PM(UTC-4) | Read | I need ur fax number | | |

| 6624 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/28/2016 3:52:24 PM(UTC-4) | Read: 3/28/2016 3:52:40 PM(UTC-3) | Read | Fax number | | |
| 6625 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/28/2016 3:52:23 PM(UTC-4) | Read: 3/28/2016 3:52:40 PM(UTC-3) | Read | She is stinking wealthy | | |
| 6626 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/28/2016 3:52:23 PM(UTC-4) | Read: 3/28/2016 3:52:40 PM(UTC-3) | Read | Send me ur text number I am sending u a lady down there that just got millions. She will invest in us she wants to come thursday | | |

| 6758 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 3/24/2016<br>9:55:49 PM(UTC-4) | | | Sent | Why can't she come Monday? | |
| 6759 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 3/24/2016<br>9:42:46 PM(UTC-4) | Read:<br>3/24/2016<br>9:55:32 PM(UTC-4) | | Read | Can use send Loras cause she is due Tuesday but she's gonna b gone Wed n third next wk | |

| 6777 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 3/24/2016 2:18:24 PM(UTC-4) | | Sent | ? |  |
| 6778 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 3/24/2016 2:17:57 PM(UTC-4) | **Read:** 3/24/2016 2:18:17 PM(UTC-4) | Read | A |  |
| 6779 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 3/24/2016 1:10:41 PM(UTC-4) | | Sent | Wowzers. Get me a list of names please.  Is Debby planning to come that day as well? |  |
| 6780 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 3/24/2016 1:09:13 PM(UTC-4) | **Read:** 3/24/2016 1:09:59 PM(UTC-4) | Read | About 6 people that day |  |

| 6783 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 3/24/2016 12:50:04 PM(UTC-4) | **Read:** 3/24/2016 12:52:44 PM(UTC-4) | Read | Ok |  |
| 6784 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 3/24/2016 12:45:11 PM(UTC-4) | | Sent | And on Thursday I don't have any openings until 1:00 pm |  |
| 6785 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 3/24/2016 12:44:19 PM(UTC-4) | | Sent | I am already completely booked next week except for Thursday |  |

| 6786 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 3/24/2016 12:43:38 PM(UTC-4) | Read: 3/24/2016 12:43:57 PM(UTC-4) | Read | Will have a bunch coming tuesday | |
| 6787 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 3/24/2016 12:43:11 PM(UTC-4) | Read: 3/24/2016 12:43:57 PM(UTC-4) | Read | Thanks | |
| 6788 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 3/24/2016 12:43:06 PM(UTC-4) | Read: 3/24/2016 12:43:57 PM(UTC-4) | Read | They all have their fee money | |
| 6789 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 3/24/2016 12:42:32 PM(UTC-4) | Read: 3/24/2016 12:43:57 PM(UTC-4) | Read | Those 3 can fill at tazwell if they get out of there by 230. Oxycodone only | |
| 6790 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 3/24/2016 12:41:59 PM(UTC-4) | | Sent | K Thx When's Debby coming???? | |
| 6791 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 3/24/2016 12:41:05 PM(UTC-4) | Read: 3/24/2016 12:41:39 PM(UTC-4) | Read | Meshell – Brian Harlow has 300 from Robert Daniels | |
| 6792 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 3/24/2016 11:58:45 AM(UTC-4) | | Sent | Which Smith is coming today? | |

5170

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6837 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams | 3/24/2016 8:48:10 AM(UTC-4) | Read: 3/24/2016 8:56:22 AM(UTC-4) | Read | These 3 today need to get Roxy becaue they all filled with Assad | |
| 6838 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams | 3/24/2016 8:26:15 AM(UTC-4) | Read: 3/24/2016 8:34:55 AM(UTC-4) | Read | NP | |
| 6842 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams | 3/24/2016 8:09:24 AM(UTC-4) | | Sent | K Excellent Ty | |
| 6843 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams | 3/24/2016 7:52:51 AM(UTC-4) | Read: 3/24/2016 8:08:53 AM(UTC-4) | Read | They should be there by noon | |
| 6844 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams | 3/24/2016 7:52:11 AM(UTC-4) | Read: 3/24/2016 8:08:53 AM(UTC-4) | Read | The , 3 coming today I made sure they have ur 300 dollar fee and I sent Robert Daniels fee by Brian Harlow(300) | |
| 6846 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams | 3/24/2016 7:08:37 AM(UTC-4) | | Sent | Outstanding | |

| 6952 | Sent | From +13362795798 SCH Cell To +16064549893 Darryl Williams | 3/23/2016 12:30:08 PM(UTC-4) | | Sent | I only have 3 patients tomorrow and they would be the last at 11:30 am if they want to come. | |
| 6953 | Sent | From +13362795798 SCH Cell To +16064549893 Darryl Williams | 3/23/2016 12:29:27 PM(UTC-4) | | Sent | The reason Im asking is because, I only have one more patient today so I ill be leaving early if they aren't coming. | |
| 6954 | Sent | From +13362795798 SCH Cell To +16064549893 Darryl Williams | 3/23/2016 12:06:59 PM(UTC-4) | | Sent | Good. Are they coming today? | |
| 6955 | Inbox | To +13362795798 SCH Cell From +16064549893 Darryl Williams | 3/23/2016 12:05:23 PM(UTC-4) | Read: 3/23/2016 12:06:44 PM(UTC-4) | Read | Waiting on truck | |
| 6956 | Inbox | To +13362795798 SCH Cell From +16064549893 Darryl Williams | 3/23/2016 12:05:09 PM(UTC-4) | Read: 3/23/2016 12:06:44 PM(UTC-4) | Read | In tazewell | |

| 7008 | Inbox | To: +13362795798 SCH Cell* From +16064549893') Darryl Williams | 3/22/2016 11:14:27 AM(UTC-4) | Read: 3/22/2016 11:32:17 AM(UTC-4) | Read | Don't put a fill date | |
| 7009 | Inbox | To: +13362795798 SCH Cell* From +16064549893, Darryl Williams | 3/22/2016 11:14:09 AM(UTC-4) | Read: 3/22/2016 11:32:17 AM(UTC-4) | Read | None of can get xylophone filled at the present | |

| 7011 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 3/22/2016 10:37:29 AM(UTC-4) | **Read:** 3/22/2016 11:06:52 AM(UTC-4) | Read | We are hurrying | |
| 7012 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 3/22/2016 10:25:17 AM(UTC-4) | | Sent | Cause I had you as being here at 10 am today. | |
| 7013 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 3/22/2016 10:24:51 AM(UTC-4). | | Sent | Today? | |
| 7014 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 3/22/2016 10:23:48 AM(UTC-4) | **Read:** 3/22/2016 10:24:33 AM(UTC-4) | Read | Harlow 10 am rest of us 11 | |

| 7034 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 3/22/2016 8:47:35 AM(UTC-4) | | | Sent | As in what is your estimated time of arrival? | |

| 7041 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/21/2016 10:40:56 PM(UTC-4) | Read: 3/22/2016 6:30:28 AM(UTC-4) | | Read | Will tell David Daniels. Me plus 4 | |
|---|---|---|---|---|---|---|---|---|
| 7042 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/21/2016 10:40:24 PM(UTC-4) | Read: 3/22/2016 6:30:28 AM(UTC-4) | | Read | Robert in Hospital | |
| 7043 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 3/21/2016 10:26:29 PM(UTC-4) | | | Sent | Sorry to get back to you so late, sir. I have no open slots next Monday so they need to come tomorrow or Wednesday or Thursday of this week. David Daniels should have this cell # and is welcome to text or call to set up his appointment. Robert needs to suck it up and get his ass down here. How many are you bringing tomorrow, sir? | |
| 7047 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/21/2016 4:20:36 PM(UTC-4) | Read: 3/21/2016 4:56:52 PM(UTC-4) | | Read | Monday | |
| 7048 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/21/2016 4:20:13 PM(UTC-4) | Read: 3/21/2016 4:56:52 PM(UTC-4) | | Read | Brian and Greg Harlow and Meshelle Smith wants to come minday | |
| 7049 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/21/2016 4:04:26 PM(UTC-4) | Read: 3/21/2016 4:56:52 PM(UTC-4) | | Read | Robert Daniels may not be able to come he had something lanced near his Ball's to sore to travel | |
| 7050 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/21/2016 3:54:45 PM(UTC-4) | Read: 3/21/2016 4:56:52 PM(UTC-4) | | Read | David Daniels is needing a app this week. Said he owes you 300 and he will have it plus his 300 fee | |
| 7051 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 3/21/2016 3:40:53 PM(UTC-4) | | | Sent | Cool | |
| 7052 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 3/21/2016 3:40:50 PM(UTC-4) | | | Sent | Excellent Wow | |
| 7053 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/21/2016 3:40:46 PM(UTC-4) | Read: 3/21/2016 3:40:46 PM(UTC-4) | | Read | Per Kelly | |
| 7054 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/21/2016 3:40:24 PM(UTC-4) | Read: 3/21/2016 3:40:38 PM(UTC-4) | | Read | Buffalo and Poco is out | |

| 7055 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 3/21/2016<br>3:39:15 PM(UTC-4) | 3/21/2016<br>3:40:38 PM(UTC-4) | | Read | I got Kelly's Script and he is going to Old Virginia I have his other script I will bring with me. | |
| 7056 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 3/21/2016<br>3:38:28 PM(UTC-4) | | | Sent | It's been way to damn cold here!!! | |
| 7058 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 3/21/2016<br>3:37:43 PM(UTC-4) | Read:<br>3/21/2016<br>3:38:05 PM(UTC-4) | | Read | It's cold here but sunny | |
| 7059 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 3/21/2016<br>3:36:59 PM(UTC-4) | | | Sent | Good<br>Why? | |
| 7060 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 3/21/2016<br>3:36:07 PM(UTC-4) | Read:<br>3/21/2016<br>3:36:51 PM(UTC-4) | | Read | How is it going today | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7100 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 3/18/2016 7:27:23 PM(UTC-4) | **Read:** 3/18/2016 7:27:30 PM(UTC-4) | Read | K | |
| 7104 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 3/18/2016 7:10:39 PM(UTC-4) | | Sent | Should arrive by Monday at 4pm | |
| 7105 | Sent | **From** +13362795798 SCH Cell* **To** +16065341428 William Spencer, KY* | 3/18/2016 7:10:13 PM(UTC-4) | | Sent | Your FedEx tracking#: 782629380971 | |
| 7106 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 3/18/2016 7:08:54 PM(UTC-4) | | Sent | 782629361900 | |
| 7107 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 3/18/2016 7:07:10 PM(UTC-4) | | Sent | Interesting Your FedEx tracking#: | |
| 7108 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 3/18/2016 7:06:24 PM(UTC-4) | **Read:** 3/18/2016 7:06:31 PM(UTC-4) | Read | Brian Harlow told me | |

5193

| 7109 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 3/18/2016 7:02:29 PM(UTC-4) | | Sent | Who said? | |
| 7110 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 3/18/2016 6:58:00 PM(UTC-4) | | Sent | Assad is good though | |
| 7111 | Sent | **From** +13362795798 SCH Cell* **To** +16064549893 Darryl Williams* | 3/18/2016 6:57:51 PM(UTC-4) | | Sent | Prolly did | |
| 7112 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 3/18/2016 6:56:58 PM(UTC-4) | **Read:** 3/18/2016 6:57:45 PM(UTC-4) | Read | Some one said DEA went in on KYAina | |

| 7119 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 3/18/2016 4:35:32 PM(UTC-4) | **Read:** 3/18/2016 4:37:59 PM(UTC-4) | Read | Back ordered | |
| 7120 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 3/18/2016 4:35:19 PM(UTC-4) | **Read:** 3/18/2016 4:37:59 PM(UTC-4) | Read | All drug store can't get oxymorphone | |
| 7121 | Inbox | **To** +13362795798 SCH Cell* **From** +16064549893 Darryl Williams* | 3/18/2016 4:34:55 PM(UTC-4) | **Read:** 3/18/2016 4:37:59 PM(UTC-4) | Read | Sorry buffalo | |

| 7134 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 3/18/2016<br>1:48:35 PM(UTC-4) | Read:<br>3/18/2016<br>2:00:56 PM(UTC-4) | Read | K |  |
| 7135 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 3/18/2016<br>1:47:08 PM(UTC-4) | Read:<br>3/18/2016<br>2:00:56 PM(UTC-4) | Read | 30 of them |  |
| 7136 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 3/18/2016<br>1:47:06 PM(UTC-4) | Read:<br>3/18/2016<br>2:00:56 PM(UTC-4) | Read | 15s |  |

| 7137 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams | 3/18/2016<br>1:47:05 PM(UTC-4) | Read:<br>3/18/2016<br>2:00:56 PM(UTC-4) | Read | Oxycodone |
| 7138 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams | 3/18/2016<br>1:46:59 PM(UTC-4) | Read:<br>3/18/2016<br>2:00:56 PM(UTC-4) | Read | You wrote them |
| 7139 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams | 3/18/2016<br>1:46:57 PM(UTC-4) | Read:<br>3/18/2016<br>2:00:56 PM(UTC-4) | Read | 30 15s |
| 7140 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 3/18/2016<br>1:44:39 PM(UTC-4) | | Sent | If i know the pharmacy then I can call and get them to fill them under the circumstances. |
| 7141 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams | 3/18/2016<br>1:43:49 PM(UTC-4) | Read:<br>3/18/2016<br>1:44:06 PM(UTC-4) | Read | Kelly |
| 7142 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 3/18/2016<br>1:42:16 PM(UTC-4) | | Sent | Kentuckiana? |
| | | | | | | |
| 7144 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 3/18/2016<br>1:41:25 PM(UTC-4) | | Sent | Who did? |
| | | | | | | |
| 7148 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams | 3/18/2016<br>1:22:24 PM(UTC-4) | Read:<br>3/18/2016<br>1:41:12 PM(UTC-4) | Read | K |
| | | | | | | |
| 7152 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 3/18/2016<br>1:10:02 PM(UTC-4) | | Sent | I'll overnight to you (if they'll let me) |

5196

| 7153 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 3/18/2016 1:09:29 PM(UTC-4) | | Sent | Oxycodone 30mg TID |
| 7154 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 3/18/2016 1:08:17 PM(UTC-4) | | Sent | I'm going to sub Oxycodone as a one-time assistance for the out-of-stock situation. |
| 7155 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/18/2016 12:50:51 PM(UTC-4) | Read: 3/18/2016 1:06:37 PM(UTC-4) | Read | They got 40s |
| 7156 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/18/2016 12:50:28 PM(UTC-4) | Read: 3/18/2016 1:06:37 PM(UTC-4) | Read | J |
| 7157 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/18/2016 12:50:23 PM(UTC-4) | Read: 3/18/2016 1:06:37 PM(UTC-4) | Read | K |
| 7158 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 3/18/2016 12:37:51 PM(UTC-4) | | Sent | Having the same issue with another pt. Thinking about what to do. |
| 7159 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/18/2016 12:34:50 PM(UTC-4) | Read: 3/18/2016 12:37:01 PM(UTC-4) | Read | Will not feel |
| 7160 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/18/2016 12:34:34 PM(UTC-4) | Read: 3/18/2016 12:37:01 PM(UTC-4) | Read | Sissonville nor Ripley will feel |
| 7163 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/18/2016 11:50:31 AM(UTC-4) | Read: 3/18/2016 12:07:31 PM(UTC-4) | Read | Mike is taking Kelly to write aid in Sissonville wv |
| 7164 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/18/2016 11:43:44 AM(UTC-4) | Read: 3/18/2016 12:07:31 PM(UTC-4) | Read | Lol |
| 7166 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 3/18/2016 11:30:54 AM(UTC-4) | | Sent | Yep |
| 7167 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/18/2016 11:30:46 AM(UTC-4) | Read: 3/18/2016 11:30:51 AM(UTC-4) | Read | Rabi Hatfield ole lady |
| 7168 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 3/18/2016 11:29:57 AM(UTC-4) | | Sent | You mean formerly Karry Krack? |

| 7169 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 3/18/2016 11:29:26 AM(UTC-4) | | Sent | Who is that? |
|------|------|------|------|------|------|------|
| 7170 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/18/2016 11:29:11 AM(UTC-4) | Read: 3/18/2016 11:29:19 AM(UTC-4) | Read | Yea Carrie Hatfield could not get hers filled |
| 7171 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 3/18/2016 11:29:06 AM(UTC-4) | | Sent | How can you have a KY DL and WV medicaid? |
| 7172 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 3/18/2016 11:28:48 AM(UTC-4) | | Sent | But he told me yesterday he has WV medicaid |
| 7173 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 3/18/2016 11:28:23 AM(UTC-4) | | Sent | Oh |
| 7174 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 3/18/2016 11:28:16 AM(UTC-4) | | Sent | Even CVS and a few Walgreens (although they can be stricter sometimes). |
| 7175 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/18/2016 11:28:11 AM(UTC-4) | Read: 3/18/2016 11:28:11 AM(UTC-4) | Read | Yea he has KY DLs |
| 7176 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 3/18/2016 11:27:47 AM(UTC-4) | | Sent | Everywhere! |
| 7177 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/18/2016 11:27:38 AM(UTC-4) | Read: 3/18/2016 11:27:41 AM(UTC-4) | Read | Where |
| 7178 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 3/18/2016 11:27:15 AM(UTC-4) | | Sent | Rite Aids and Kmarts are filling my scripts all over WV now... Guess they finally list enough business they're trying to get some back now... |
| 7179 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/18/2016 11:26:32 AM(UTC-4) | Read: 3/18/2016 11:26:32 AM(UTC-4) | Read | Down here it is |
| 7180 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 3/18/2016 11:26:22 AM(UTC-4) | | Sent | Rite Aid, Kmart, and a few mom&pops have them. |
| 7181 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 3/18/2016 11:26:00 AM(UTC-4) | | Sent | That is not true. |
| 7182 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/18/2016 11:25:33 AM(UTC-4) | Read: 3/18/2016 11:25:52 AM(UTC-4) | Read | Down |
| 7183 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/18/2016 11:25:21 AM(UTC-4) | Read: 3/18/2016 11:25:52 AM(UTC-4) | Read | Hey no one can get 30s filled done here |

| 7207 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 3/18/2016<br>11:07:00 AM(UTC-4) | | Sent | LoL<br>I know the feeling well |
|------|------|------|------|------|------|------|
| 7208 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 3/18/2016<br>11:06:43 AM(UTC-4) | Read:<br>3/18/2016<br>11:06:48<br>AM(UTC-4) | Read | Everyone is grouchy with me lol |
| 7209 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 3/18/2016<br>11:06:09 AM(UTC-4) | Read:<br>3/18/2016<br>11:06:48<br>AM(UTC-4) | Read | I am going back to bed |
| 7210 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 3/18/2016<br>11:04:51 AM(UTC-4) | Read:<br>3/18/2016<br>11:06:48<br>AM(UTC-4) | Read | Oh ok sorry |
| 7211 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 3/18/2016<br>11:03:51 AM(UTC-4) | | Sent | What about, "I'm not changing his dose though," wasn't clear? |
| 7212 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 3/18/2016<br>11:01:59 AM(UTC-4) | Read:<br>3/18/2016<br>11:02:35<br>AM(UTC-4) | Read | Mike Bowe drove him to Charleston I will bring ur funds Tuesday plus shipping for Kellys |
| 7213 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 3/18/2016<br>10:59:06 AM(UTC-4) | Read:<br>3/18/2016<br>11:02:35<br>AM(UTC-4) | Read | If you can send them to my address he will be here working |
| 7214 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 3/18/2016<br>10:53:38 AM(UTC-4) | Read:<br>3/18/2016<br>11:02:35<br>AM(UTC-4) | Read | He was tickled with what you wrote him |
| 7215 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 3/18/2016<br>10:51:16 AM(UTC-4) | | Sent | I'm not changing his dose though. |
| 7216 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 3/18/2016<br>10:50:56 AM(UTC-4) | | Sent | Damn... You don't know how tired I am of these supply issues... It should be a non-issue soon- once this new pharmacy is open and Assad's wholesaler is setup. |

| 7216 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 3/18/2016 10:49:25 AM(UTC-4) | | Sent | LOL It's always something isn't it...smh | |
| 7219 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/18/2016 10:48:56 AM(UTC-4) | Read: 3/18/2016 10:48:58 AM(UTC-4) | Read | Hey Kelly can't get opana 30s filled any where he can get 40s if you change his script | |
| 7222 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 3/18/2016 10:47:56 AM(UTC-4) | | Sent | I have many openings next week. Debbie and whoever else is needing to make appointments needs to let me know or let you know so we can get them scheduled. Lots of folks are wanting to become new patients these days (most from WV due to more docs there getting shut down) so the sooner we can get everyone scheduled for this month the better | |

| 7364 | Inbox | From +16064549893 Darryl Williams | 3/16/2016 10:33:58 PM(UTC-4) | Read: 3/16/2016 10:34:15 PM(UTC-4) | Read | Kelly has worked hard for a week to make his doctor fee. Man that kid is a brute | |

| 7367 | Inbox | From +16064549893 Darryl Williams | 3/16/2016 10:32:51 PM(UTC-4) | Read: 3/16/2016 10:34:15 PM(UTC-4) | Read | I will see u on 22nd | |
| 7368 | Sent | To +16064549893 Darryl Williams | 3/16/2016 10:32:18 PM(UTC-4) | | Sent | Yw sir | |
| 7369 | Inbox | From +16064549893 Darryl Williams | 3/16/2016 10:32:01 PM(UTC-4) | Read: 3/16/2016 10:32:05 PM(UTC-4) | Read | Yes I already had that. But thanks for sending again | |

| 7377 | Sent | | To: +16064549893 Darryl Williams | 3/16/2016 10:29:08 PM(UTC-4) | | | Sent | Here is the info I need: | | |

| 7379 | Sent | | To: +16064549893 Darryl Williams | 3/16/2016 10:28:59 PM(UTC-4) | | | Sent | Need to figure out a good day to do that... | | |
| 7380 | Sent | | To: +16064549893 Darryl Williams | 3/16/2016 10:28:37 PM(UTC-4) | | | Sent | Outstanding. | | |

| 7388 | Inbox | | From: +16064549893 Darryl Williams | 3/16/2016 10:23:57 PM(UTC-4) | Read: 3/16/2016 10:28:09 PM(UTC-4) | | Read | They all are good people | | |
| 7389 | Inbox | | From: +16064549893 Darryl Williams | 3/16/2016 10:23:30 PM(UTC-4) | Read: 3/16/2016 10:28:09 PM(UTC-4) | | Read | Sheila Bowman and David and Roger Edmiston | | |

| 7391 | Inbox | From +16064549893 Darryl Williams | 3/16/2016 10:22:23 PM(UTC-4) | Read: 3/16/2016 10:28:09 PM(UTC-4) | Read | Debbie wants to come next week and bring a sister and 2 brothers I am going to help them get their paper work to u |

| 7402 | Sent | To +16064549893 Darryl Williams | 3/16/2016 10:16:45 PM(UTC-4) | | Sent | Outstanding |
| 7403 | Sent | To +16064549893 Darryl Williams | 3/16/2016 10:16:43 PM(UTC-4) | | Sent | Excellent |
| 7404 | Inbox | From +16064549893 Darryl Williams | 3/16/2016 10:16:12 PM(UTC-4) | Read: 3/16/2016 10:16:29 PM(UTC-4) | Read | is due.  Kelly has been a good boy he has been helping me |
| 7405 | Inbox | From +16064549893 Darryl Williams | 3/16/2016 10:16:11 PM(UTC-4) | Read: 3/16/2016 10:16:29 PM(UTC-4) | Read | Hey Lynn Hollaway has a app tomorrow will send ur funds with her   She is cool  also Kelly Johnson can ride with her if that s ok he needs see you he |
| 7406 | Sent | To +16064549893 Darryl Williams | 3/16/2016 10:15:29 PM(UTC-4) | | Sent | LOL |

| 7411 | Inbox | From +16064549893 Darryl Williams | 3/16/2016 10:11:35 PM(UTC-4) | Read: 3/16/2016 10:15:00 PM(UTC-4) | Read | r) so I changed u to Smitty and then they transformed my contacts. Well I think I got it lined out |  |
| 7412 | Inbox | From +16064549893 Darryl Williams* | 3/16/2016 10:11:34 PM(UTC-4) | Read: 3/16/2016 10:15:00 PM(UTC-4) | Read | Well I had u listed as Docs new cell and Lora said I should change it to something no one would recognize that it's ur number (everyone wants ur numbe |  |
| 7418 | Inbox | From +16064549893 Darryl Williams* | 3/16/2016 10:07:15 PM(UTC-4) | Read: 3/16/2016 10:15:00 PM(UTC-4) | Read | I hate this new phone I can even answer the phone fast enough. I lose them before I can answer it |  |
| 7419 | Sent | To +16064549893 Darryl Williams* | 3/16/2016 10:07:08 PM(UTC-4) | | Sent | Ahhh, everyone but me I guess :-( |  |
| 7420 | Inbox | From +16064549893 Darryl Williams* | 3/16/2016 10:06:08 PM(UTC-4) | Read: 3/16/2016 10:06:46 PM(UTC-4) | Read | I am sorry. I sent out texts I thought everyone had my new number |  |
| 7421 | Sent | To +16064549893 Darryl Williams* | 3/16/2016 10:05:33 PM(UTC-4) | | Sent | Missed you. Was hoping you hadn't kicked off and forgot to tell me!! |  |
| 7422 | Sent | To +16064549893 Darryl Williams* | 3/16/2016 10:05:02 PM(UTC-4) | | Sent | Your other number |  |
| 7423 | Sent | To +16064549893 Darryl Williams* | 3/16/2016 10:04:56 PM(UTC-4) | | Sent | And called |  |
| 7424 | Sent | To +16064549893 Darryl Williams* | 3/16/2016 10:04:52 PM(UTC-4) | | Sent | I did |  |
| 7425 | Inbox | From +16064549893 Darryl Williams* | 3/16/2016 10:04:45 PM(UTC-4) | Read: 3/16/2016 10:04:45 PM(UTC-4) | Read | Lora said you text |  |
| 7426 | Inbox | From +16064549893 Darryl Williams* | 3/16/2016 10:04:19 PM(UTC-4) | Read: 3/16/2016 10:04:40 PM(UTC-4) | Read | Hey is this Doc. If so this is Darryl this is my new phone. Sorry I have been out building a garage |  |

| 9446 | Sent | | To +13047419893 (Darryl Williams) | 2/2/2018 7:19:57 PM(UTC-5) | | | Sent | When can I call you? | |
|---|---|---|---|---|---|---|---|---|---|

| 9694 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+13047419893<br>Darryl Williams | 1/22/2016<br>11:21:59 AM(UTC-5) | Read:<br>1/22/2016<br>12:10:14<br>PM(UTC-5) | Read | No going there Monday | |
| 9695 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+13047419893<br>Darryl Williams | 1/22/2016<br>10:53:35 AM(UTC-5) | Read:<br>1/22/2016<br>10:53:35<br>AM(UTC-5) | Read | 600 mg. ky lndy. is miller pharm? | |
| 9696 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+13047419893<br>Darryl Williams | 1/22/2016<br>10:51:54 AM(UTC-5) | Read:<br>1/22/2016<br>10:51:54<br>AM(UTC-5) | Read | Army guard is plowing | |
| 9697 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+13047419893<br>Darryl Williams | 1/22/2016<br>10:51:22 AM(UTC-5) | Read:<br>1/22/2016<br>10:51:22<br>AM(UTC-5) | Read | They got roads closed | |
| 9698 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+13047419893<br>Darryl Williams | 1/22/2016<br>10:48:17 AM(UTC-5) | | Sent | It's winter here | |

5376

| 9699 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+13047419893<br>Darryl Williams* | 1/22/2016<br>10:47:58 AM(UTC-5) | | Sent | Hope y'all are stayin cozy up there! | |
| 9700 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+13047419893<br>Darryl Williams* | 1/22/2016<br>10:47:43 AM(UTC-5) | | Sent | And which pharmacy she goes to as well. Thanx much, sir. | |
| 9701 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+13047419893<br>Darryl Williams* | 1/22/2016<br>10:47:40 AM(UTC-5) | | Sent | Oh hey on Connie Miller's neurontin, I forgot to send a script but if you will just let me know the dose and quantity, I'll call it in. | |

| 9795 | Sent | To +13047419893 Darryl Williams* | 1/15/2016 3:10:12 PM(UTC-5) | | Sent | Did KJ talk to you? | |

| 3. | Participants:<br>+13047419893<br>***<br>"Darryl Williams"<br>***<br>Source: iMessage<br>Body file: chat-888.txt | Start Time: 9/1/2015 9:02:58 AM(UTC-4)<br>Last Activity: 1/6/2016 7:11:58 AM(UTC-5)<br>Number of attachments: 0 | |

**9/1/2015 9:02:58 AM(UTC-4), +13047419893 (Darryl Williams)**
Hey Doc can I bring 2 early Thursday.  Darryl.

Status: Read
Read: 9/1/2015 10:07:32 AM(UTC-4)

236

**9/15/2015 9:01:08 AM(UTC-4), +13047419893 (Darryl Williams)**
Ok Pam Harlow and. Rachael  Miller. Is borrowing the doc fee (450). Today.  I will pick up the funds today and get up paid Thursday or Friday in charleston

**Status:** Read
**Read:** 9/15/2015 9:27:36 AM(UTC-4)

**9/28/2015 4:13:03 PM(UTC-4), +13047419893 (Darryl Williams)**
Let me know if probation dude calls

**Status:** Read
**Read:** 9/28/2015 4:14:44 PM(UTC-4)

**9/30/2015 9:04:33 PM(UTC-4), +13047419893 (Darryl Williams)**
Cool

**Status:** Read
**Read:** 9/30/2015 9:11:51 PM(UTC-4)

**10/20/2015 10:07:34 AM(UTC-4), +13047419893 (Darryl Williams)**
No today we can fill one of your other patients Kelly Johnson

**Status:** Read
**Read:** 10/20/2015 10:10:32 AM(UTC-4)

**11/24/2015 2:05:00 PM(UTC-5), +13047419893 (Darryl Williams)**
Nope Monday

**Status:** Read
**Read:** 11/24/2015 2:15:37 PM(UTC-5)

**12/3/2015 6:41:18 PM(UTC-5), +13047419893 (Darryl Williams)**
Hey us recruit a bunch of gulf war vets to ur cronic pain facility

**Status:** Read
**Read:** 12/3/2015 7:00:28 PM(UTC-5)

**Status:** Read
**Read:** 12/16/2015 10:27:25 PM(UTC-5)

**1/6/2016 7:11:58 AM(UTC-5), +13047419893 (Darryl Williams)**
12CCA8A4-1FAE-414E-9635-D810E3F2E54F

**Status:** Read
**Read:** 1/6/2016 7:20:08 AM(UTC-5)

8/26/2015 5:38:43 PM(UTC-4), +13047419893 (Darryl Williams)
Walgreens is calling u

Status: Read
Read: 8/26/2015 5:40:35 PM(UTC-4)

8/26/2015 5:40:47 PM(UTC-4), +18855858260 (Joel Smithers)
Just spoke to them

Status: Sent
Delivered: 8/26/2015 5:40:47 PM(UTC-4)
Read: 8/26/2015 5:41:10 PM(UTC-4)

8/26/2015 5:40:58 PM(UTC-4), +18855858260 (Joel Smithers)
You're good

Status: Sent
Delivered: 8/26/2015 5:40:59 PM(UTC-4)
Read: 8/26/2015 5:41:10 PM(UTC-4)

8/26/2015 5:41:35 PM(UTC-4), +13047419893 (Darryl Williams)
I have bragged on you all day

Status: Read
Read: 8/26/2015 5:41:35 PM(UTC-4)

8/26/2015 5:42:00 PM(UTC-4), +13047419893 (Darryl Williams)
Some Walgreens workers are needing app

Status: Read
Read: 8/26/2015 5:42:00 PM(UTC-4)

8/26/2015 5:42:28 PM(UTC-4), +18855858260 (Joel Smithers)
appointments?

Status: Sent
Delivered: 8/26/2015 5:42:28 PM(UTC-4)
Read: 8/26/2015 5:42:31 PM(UTC-4)

8/26/2015 5:42:36 PM(UTC-4), +13047419893 (Darryl Williams)
Yep

Status: Read
Read: 8/26/2015 5:42:36 PM(UTC-4)

8/26/2015 5:43:00 PM(UTC-4), +13047419893 (Darryl Williams)
I got thier numbers for ya

Status: Read
Read: 8/26/2015 5:43:02 PM(UTC-4)

8/26/2015 5:43:03 PM(UTC-4), +18855858260 (Joel Smithers)
Nice lol
Give 'em the phone number!

Status: Sent
Delivered: 8/26/2015 5:43:04 PM(UTC-4)
Read: 8/26/2015 5:43:04 PM(UTC-4)

8/26/2015 5:43:12 PM(UTC-4), +13047419893 (Darryl Williams)
I did

Status: Read
Read: 8/26/2015 5:43:12 PM(UTC-4)

8/26/2015 5:43:19 PM(UTC-4), +18855858260 (Joel Smithers)

Status: Sent
Delivered: 8/26/2015 5:43:19 PM(UTC-4)
Read: 8/26/2015 5:43:23 PM(UTC-4)

8/26/2015 5:43:36 PM(UTC-4), +13047419893 (Darryl Williams)
Hey everyone is going to fill for ya

Status: Read
Read: 8/26/2015 5:43:38 PM(UTC-4)

8/26/2015 5:43:47 PM(UTC-4), +18855858260 (Joel Smithers)

Status: Sent
Delivered: 8/26/2015 5:43:47 PM(UTC-4)
Read: 8/26/2015 5:43:51 PM(UTC-4)

**8/26/2015 5:43:52 PM(UTC-4), +13047419893 (Darryl Williams)**
Krogers.  Walgreens.  Cvs

Status: Read
Read: 8/26/2015 5:43:52 PM(UTC-4)

**8/26/2015 5:43:54 PM(UTC-4), +18655858260 (Joel Smithers)**
Outstanding

Status: Sent
Delivered: 8/26/2015 5:43:55 PM(UTC-4)
Read: 8/26/2015 5:43:55 PM(UTC-4)

**8/26/2015 5:44:11 PM(UTC-4), +13047419893 (Darryl Williams)**
I been PR ing

Status: Read
Read: 8/26/2015 5:44:12 PM(UTC-4)

**8/26/2015 5:44:21 PM(UTC-4), +18655858260 (Joel Smithers)**
Niiiiice

Status: Sent
Delivered: 8/26/2015 5:44:22 PM(UTC-4)
Read: 8/26/2015 5:44:24 PM(UTC-4)

**8/26/2015 5:44:43 PM(UTC-4), +13047419893 (Darryl Williams)**
That's what it takes

Status: Read
Read: 8/26/2015 5:44:44 PM(UTC-4)

**8/26/2015 5:46:58 PM(UTC-4), +18655858260 (Joel Smithers)**
Truetrue

Status: Sent
Delivered: 8/26/2015 5:46:58 PM(UTC-4)
Read: 8/26/2015 5:47:03 PM(UTC-4)

**8/26/2015 5:47:04 PM(UTC-4), +13047419893 (Darryl Williams)**
Several told me that there is a need for a doc here in town that do it all.

Status: Read
Read: 8/26/2015 5:47:04 PM(UTC-4)

**8/26/2015 5:47:53 PM(UTC-4), +13047419893 (Darryl Williams)**
I think you have set up good doc in a nice town

Status: Read
Read: 8/26/2015 5:47:54 PM(UTC-4)

**8/26/2015 5:48:51 PM(UTC-4), +18655858260 (Joel Smithers)**
Let's hope so

Status: Sent
Delivered: 8/26/2015 5:48:51 PM(UTC-4)
Read: 8/26/2015 5:48:51 PM(UTC-4)

**8/26/2015 5:49:31 PM(UTC-4), +13047419893 (Darryl Williams)**
Hey we need a flyer to take to drug stores

Status: Read
Read: 8/26/2015 5:49:32 PM(UTC-4)

**8/26/2015 5:50:18 PM(UTC-4), +18655858260 (Joel Smithers)**
Good idea

Status: Sent
Delivered: 8/26/2015 5:50:18 PM(UTC-4)
Read: 8/26/2015 5:50:18 PM(UTC-4)

**8/26/2015 6:01:54 PM(UTC-4), +13047419893 (Darryl Williams)**
Walgreens said u need to get a local phone number and they could fill for ya

Status: Read
Read: 8/26/2015 6:03:25 PM(UTC-4)

**8/26/2015 6:03:33 PM(UTC-4), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 8/26/2015 6:03:34 PM(UTC-4)
Read: 8/26/2015 6:23:27 PM(UTC-4)

**8/28/2015 10:19:15 AM(UTC-4), +13047419893 (Darryl Williams)**
Hey what days will you be seeing new patients next week

Status: Read
Read: 8/28/2015 10:22:47 AM(UTC-4)

**8/28/2015 10:22:58 AM(UTC-4), +18655858260 (Joel Smithers)**
M-Th

Status: Sent
Delivered: 8/28/2015 10:22:58 AM(UTC-4)
Read: 8/28/2015 10:23:06 AM(UTC-4)

**8/28/2015 10:23:12 AM(UTC-4), +13047419893 (Darryl Williams)**
K

Status: Read
Read: 8/28/2015 10:30:10 AM(UTC-4)

| 1831 | Sent | To<br>+13047419893<br>Darryl Williams* | 9/1/2015<br>6:04:07 PM(UTC-4) | | Sent | Can y'all make it for 1300 and 1400 for their appts, sir? | |

| 1834 | Sent | To<br>+13047419893<br>Darryl Williams* | 9/1/2015<br>10:55:18 AM(UTC-4) | | Sent | Can they come tm afternoon | |
| 1835 | Sent | To<br>+13047419893<br>Darryl Williams* | 9/1/2015<br>10:48:09 AM(UTC-4) | | Sent | Seeing if it will work | |

| 1855 | Sent | To +13047419893 Darryl Williams* | 8/30/2015 4:53:42 PM(UTC-4) | | Sent | Bring me tomorrow as scheduled. I trust you. | |

**8/30/2015 2:25:34 PM(UTC-4), +13047419893 (Darryl Williams)**
Hey this is Darryl the guys I was bringing tommorrow are both broke they have 400 between them. They both are on fixed income and can get thier funds on Monday night.  1. I can bring them and you see them and I will bring thier balance wensday along with the other guys that left a balance the other day or 2.  I can make new appointments

Status: Read
Read: 8/30/2015 4:52:42 PM(UTC-4)

**8/30/2015 7:18:17 PM(UTC-4), +13047419893 (Darryl Williams)**
I won't let you down.

Status: Read
Read: 8/30/2015 7:20:28 PM(UTC-4)

**8/30/2015 7:50:08 PM(UTC-4), +13047419893 (Darryl Williams)**
Hey I got to get in and out early tommorrow

Status: Read
Read: 8/30/2015 7:51:10 PM(UTC-4)

**8/30/2015 7:51:25 PM(UTC-4), +18655858260 (Joel Smithers)**
Sounds like a plan

Status: Sent
Delivered: 8/30/2015 7:51:25 PM(UTC-4)
Read: 8/30/2015 7:51:26 PM(UTC-4)

**8/30/2015 7:51:38 PM(UTC-4), +18655858260 (Joel Smithers)**
Are you still bringing Fred?

Status: Sent
Delivered: 8/30/2015 7:51:36 PM(UTC-4)
Read: 8/30/2015 7:51:39 PM(UTC-4)

**8/30/2015 7:52:15 PM(UTC-4), +18655858260 (Joel Smithers)**
I could see you at 9am.  That would help speed things up.

Status: Sent
Delivered: 8/30/2015 7:52:16 PM(UTC-4)
Read: 8/30/2015 7:52:16 PM(UTC-4)

**8/30/2015 7:57:13 PM(UTC-4), +13047419893 (Darryl Williams)**
We will be there

Status: Read
Read: 8/30/2015 8:01:27 PM(UTC-4)

**8/30/2015 7:57:50 PM(UTC-4), +13047419893 (Darryl Williams)**
I think he is driving up.   So he can stay with ya longer

Status: Read
Read: 8/30/2015 8:01:27 PM(UTC-4)

**8/30/2015 8:01:37 PM(UTC-4), +18655858260 (Joel Smithers)**
Excellent

Status: Sent
Delivered: 8/30/2015 8:01:38 PM(UTC-4)
Read: 8/30/2015 8:01:59 PM(UTC-4)

**8/31/2015 8:28:13 PM(UTC-4), +13047419893 (Darryl Williams)**
Thanks Doc for everything and rest easy about what u told me nothing could be further from the truth

Status: Read
Read: 8/31/2015 8:28:50 PM(UTC-4)

**8/31/2015 8:29:51 PM(UTC-4), +18655858260 (Joel Smithers)**
You are most welcome, sir.  I hope all goes well with you until you return.

Status: Sent
Delivered: 8/31/2015 8:29:54 PM(UTC-4)
Read: 8/31/2015 8:34:52 PM(UTC-4)

**8/31/2015 8:30:18 PM(UTC-4), +18655858260 (Joel Smithers)**
Just text me when you're ready to send over the payment.

Status: Sent
Delivered: 8/31/2015 8:30:21 PM(UTC-4)
Read: 8/31/2015 8:34:52 PM(UTC-4)

**8/31/2015 8:34:31 PM(UTC-4), +18655858260 (Joel Smithers)**
This is the closest walmart to our house, not sure if you need this info or not to send $.

Status: Sent
Delivered: 8/31/2015 8:34:34 PM(UTC-4)
Read: 8/31/2015 8:34:52 PM(UTC-4)

**8/31/2015 8:35:28 PM(UTC-4), +13047419893 (Darryl Williams)**
K.  Is it in va or Nc

Status: Read
Read: 8/31/2015 8:44:12 PM(UTC-4)

**8/31/2015 8:44:22 PM(UTC-4), +18655858260 (Joel Smithers)**
Nc

Status: Sent
Delivered: 8/31/2015 8:44:23 PM(UTC-4)
Read: 8/31/2015 8:44:32 PM(UTC-4)

1013

8/31/2015 8:44:22 PM(UTC-4), +18655858280 (Joel Smithers)
Attachments:

IMG_0219.PNG
Status: Sent
Delivered: 8/31/2015 8:44:23 PM(UTC-4)
Read: 8/31/2015 8:44:32 PM(UTC-4)

8/31/2015 8:45:30 PM(UTC-4), +13047419893 (Darryl Williams)
Cool you will have it wens or Thursday
Status: Read
Read: 8/31/2015 8:45:45 PM(UTC-4)

8/31/2015 8:45:50 PM(UTC-4), +18655858280 (Joel Smithers)
Outstanding
Status: Sent
Delivered: 8/31/2015 8:45:50 PM(UTC-4)
Read: 8/31/2015 8:46:27 PM(UTC-4)

8/31/2015 8:45:56 PM(UTC-4), +18655858280 (Joel Smithers)
You da man
Status: Sent
Delivered: 8/31/2015 8:45:57 PM(UTC-4)
Read: 8/31/2015 8:46:27 PM(UTC-4)

8/31/2015 8:46:36 PM(UTC-4), +13047419893 (Darryl Williams)
Take care
Status: Read
Read: 8/31/2015 8:48:06 PM(UTC-4)

8/31/2015 8:48:12 PM(UTC-4), +18655858280 (Joel Smithers)
Will do
You too
Status: Sent
Delivered: 8/31/2015 8:48:13 PM(UTC-4)
Read: 8/31/2015 8:48:16 PM(UTC-4)

9/1/2015 4:40:08 PM(UTC-4), +13047419893 (Darryl Williams)
Yes
Status: Read
Read: 9/1/2015 4:41:56 PM(UTC-4)

9/2/2015 3:42:39 PM(UTC-4), +13047419893 (Darryl Williams)
Who is coming tommorow  JoshMarion. Brian Harlow.  Michael Pinson
Status: Read
Read: 9/2/2015 3:43:16 PM(UTC-4)

9/2/2015 3:43:01 PM(UTC-4), +13047419893 (Darryl Williams)
What time is first one to be there
Status: Read
Read: 9/2/2015 3:43:16 PM(UTC-4)

9/2/2015 3:53:35 PM(UTC-4), +18655858280 (Joel Smithers)
Fax
844-550-7109
Status: Sent
Delivered: 9/2/2015 3:53:36 PM(UTC-4)
Read: 9/2/2015 3:53:43 PM(UTC-4)

9/2/2015 3:53:51 PM(UTC-4), +13047419893 (Darryl Williams)
Got it
Status: Read
Read: 9/2/2015 3:58:12 PM(UTC-4)

9/3/2015 12:30:03 PM(UTC-4), +13047419893 (Darryl Williams)
All 3 patients has thier full 450 today.   A guy named Brandin Goins who you seen the other day is driving the new patients up there today.
Brandon is bringing you 1100 cash today
Status: Read
Read: 9/3/2015 3:14:36 PM(UTC-4)

9/3/2015 12:33:24 PM(UTC-4), +13047419893 (Darryl Williams)
The guy with last name Sears still owes you 250 dollars.  He gave me a check to cash on Friday when he gets his pay day. I will walmart it
to ya as soon as I cash it and that will make us square.  Thanks
Status: Read
Read: 9/3/2015 3:14:36 PM(UTC-4)

9/3/2015 12:37:32 PM(UTC-4), +13047419893 (Darryl Williams)
Brian Harlow has the worst  injuries.  Plus Brian has a large extended family with several friends who would like to come and they will seeing
what he got.  ( hook him up good)
Status: Read
Read: 9/3/2015 3:14:36 PM(UTC-4)

9/3/2015 12:38:24 PM(UTC-4), +13047419893 (Darryl Williams)
The other two I really don't know them
Status: Read
Read: 9/3/2015 3:14:36 PM(UTC-4)



## Walmart Neighborhood Market

**1 hr 1 min**

1 review · $

Supermarket

📞
**CALL**

⭐
**SAVED**

🌐
**WEBSITE**

*Chain retailer with a vast selection including groceries, apparel, home goods & electronics.*

📍 5611 W Friendly Ave, Greensboro, NC 27410

🕐 **Open now** Open 24 hours ⌄



| 1798 | Inbox | From +13047419893 Darryl Williams* | 9/4/2015 11:26:23 AM(UTC-4) | Read: 9/4/2015 11:29:38 AM(UTC-4) | Read | U open Monday |  |  |

**9/3/2015 3:22:45 PM(UTC-4), +13047419893 (Darryl Williams)**
He Branden is running a little late

Status: Read
Read: 9/3/2015 3:36:08 PM(UTC-4)

**9/3/2015 3:36:56 PM(UTC-4), +18855858260 (Joel Smithers)**
Outstanding!!!

Status: Sent
Delivered: 9/3/2015 3:36:56 PM(UTC-4)
Read: 9/3/2015 3:38:00 PM(UTC-4)

**9/3/2015 3:37:03 PM(UTC-4), +18855858260 (Joel Smithers)**
Sounds good, sir!

Status: Sent
Delivered: 9/3/2015 3:37:04 PM(UTC-4)
Read: 9/3/2015 3:38:00 PM(UTC-4)

**9/3/2015 3:38:08 PM(UTC-4), +18855858260 (Joel Smithers)**
If you talk to Mr. Runyon please inform him I still have noon to 1pm blocked off to meet with him on Tuesday next week.

Status: Sent
Delivered: 9/3/2015 3:38:13 PM(UTC-4)
Read: 9/3/2015 3:39:02 PM(UTC-4)

**9/3/2015 3:50:53 PM(UTC-4), +13047419893 (Darryl Williams)**
  No problem

Status: Read
Read: 9/3/2015 3:51:08 PM(UTC-4)

**9/3/2015 3:52:12 PM(UTC-4), +13047419893 (Darryl Williams)**
Tell all those patients I am ur eyes and ears down here and u will shit can them if they get in trouble

Status: Read
Read: 9/3/2015 3:53:12 PM(UTC-4)

**9/3/2015 3:53:54 PM(UTC-4), +18855858260 (Joel Smithers)**
LoL will do!!!

Status: Sent
Delivered: 9/3/2015 3:53:55 PM(UTC-4)
Read: 9/3/2015 3:53:58 PM(UTC-4)

**9/4/2015 11:29:49 AM(UTC-4), +18855858260 (Joel Smithers)**
  Nopers

Status: Sent
Delivered: 9/4/2015 11:31:55 AM(UTC-4)
Read: 9/4/2015 11:32:19 AM(UTC-4)

**9/4/2015 11:32:17 AM(UTC-4), +13047419893 (Darryl Williams)**
Get some rest u will need it.  Lol.   Have a good one

Status: Read
Read: 9/4/2015 11:32:24 AM(UTC-4)

**9/4/2015 11:32:35 AM(UTC-4), +18855858260 (Joel Smithers)**
You too!!!

Status: Sent
Delivered: 9/4/2015 11:32:35 AM(UTC-4)
Read: 9/4/2015 11:32:43 AM(UTC-4)

**9/8/2015 7:47:41 PM(UTC-4), +13047419893 (Darryl Williams)**
Micky Thacker , Sabrina Lovett , mike Robinette  and body Huddnel  existing patients needs apps Monday the 14th and we would like to
bring a new one Sharon Pinson same day

Status: Read
Read: 9/8/2015 7:47:57 PM(UTC-4)

**9/8/2015 7:48:18 PM(UTC-4), +18855858260 (Joel Smithers)**
K

Status: Sent
Delivered: 9/8/2015 7:48:19 PM(UTC-4)
Read: 9/8/2015 7:48:21 PM(UTC-4)

**9/8/2015 7:48:39 PM(UTC-4), +18855858260 (Joel Smithers)**
I'll text you back with their appt times, sir.

Status: Sent
Delivered: 9/8/2015 7:48:39 PM(UTC-4)
Read: 9/8/2015 7:48:39 PM(UTC-4)

**9/8/2015 7:48:50 PM(UTC-4), +13047419893 (Darryl Williams)**
I will be there at 11 tommorrow with 3 persons  that I have already scheduled.   Oh and I have ur 250 bucks

Status: Read
Read: 9/8/2015 7:48:50 PM(UTC-4)

**9/8/2015 7:49:06 PM(UTC-4), +18855858260 (Joel Smithers)**
Excellent

Status: Sent
Delivered: 9/8/2015 7:49:07 PM(UTC-4)
Read: 9/8/2015 7:49:07 PM(UTC-4)

**9/8/2015 7:49:10 PM(UTC-4), +13047419893 (Darryl Williams)**
Early as possible

Status: Read
Read: 9/8/2015 7:49:10 PM(UTC-4)

**9/8/2015 7:49:29 PM(UTC-4), +13047419893 (Darryl Williams)**
On Robinette and Huddnel

Status: Read
Read: 9/8/2015 7:49:29 PM(UTC-4)

**9/8/2015 7:49:31 PM(UTC-4), +18655858260 (Joel Smithers)**
Which three tm?

Status: Sent
Delivered: 9/8/2015 7:49:31 PM(UTC-4)
Read: 9/8/2015 7:49:30 PM(UTC-4)

**9/8/2015 7:50:44 PM(UTC-4), +18655858260 (Joel Smithers)**
Robinett can be at 1030 and Huddnell can be 1100

Status: Sent
Delivered: 9/8/2015 7:50:45 PM(UTC-4)
Read: 9/8/2015 7:51:08 PM(UTC-4)

**9/8/2015 7:51:05 PM(UTC-4), +18655858260 (Joel Smithers)**
The rest will follow in half hour increments.

Status: Sent
Delivered: 9/8/2015 7:51:05 PM(UTC-4)
Read: 9/8/2015 7:51:08 PM(UTC-4)

**9/8/2015 7:51:29 PM(UTC-4), +13047419893 (Darryl Williams)**
Lora kicklighter. Rebecca Pritt   Stephanie young tm

Status: Read
Read: 9/8/2015 8:12:29 PM(UTC-4)

**9/8/2015 7:51:49 PM(UTC-4), +13047419893 (Darryl Williams)**
Cool

Status: Read
Read: 9/8/2015 8:12:29 PM(UTC-4)

**9/9/2015 8:21:04 AM(UTC-4), +13047419893 (Darryl Williams)**
I am going to be really late. We had a flat tire at 5 am and made it to a tire shop  they have a set of tires that  I need and must buy all 4 as he won't sell me just 1

Status: Read
Read: 9/9/2015 8:25:33 AM(UTC-4)

**9/9/2015 8:25:42 AM(UTC-4), +18655858260 (Joel Smithers)**
No worries sir

Status: Sent
Delivered: 9/9/2015 8:25:42 AM(UTC-4)
Read: 9/9/2015 8:26:21 AM(UTC-4)

**9/9/2015 8:25:56 AM(UTC-4), +18655858260 (Joel Smithers)**
Ugh

Status: Sent
Delivered: 9/9/2015 8:25:56 AM(UTC-4)
Read: 9/9/2015 8:26:21 AM(UTC-4)

**9/9/2015 8:26:08 AM(UTC-4), +18655858260 (Joel Smithers)**
What a jerk

Status: Sent
Delivered: 9/9/2015 8:26:07 AM(UTC-4)
Read: 9/9/2015 8:26:21 AM(UTC-4)

**9/9/2015 8:26:19 AM(UTC-4), +18655858260 (Joel Smithers)**
Not even just two?

Status: Sent
Delivered: 9/9/2015 8:26:19 AM(UTC-4)
Read: 9/9/2015 8:26:21 AM(UTC-4)

**9/9/2015 8:26:57 AM(UTC-4), +18655858260 (Joel Smithers)**
Where are y'all approximately?

Status: Sent
Delivered: 9/9/2015 8:26:57 AM(UTC-4)
Read: 9/9/2015 8:26:58 AM(UTC-4)

**9/9/2015 8:30:48 AM(UTC-4), +13047419893 (Darryl Williams)**
We will be back on our way shortly

Status: Read
Read: 9/9/2015 8:30:48 AM(UTC-4)

**9/9/2015 8:31:00 AM(UTC-4), +13047419893 (Darryl Williams)**
We will get there

Status: Read
Read: 9/9/2015 8:31:00 AM(UTC-4)

**9/9/2015 8:43:30 AM(UTC-4), +18655858280 (Joel Smithers)**
Excellent

Status: Sent
Delivered: 9/9/2015 8:43:31 AM(UTC-4)
Read: 9/9/2015 8:43:50 AM(UTC-4)

**9/9/2015 8:44:19 AM(UTC-4), +13047419893 (Darryl Williams)**
You are a man of large caliber Doc

Status: Read
Read: 9/9/2015 8:44:23 AM(UTC-4)

**9/9/2015 8:44:42 AM(UTC-4), +18655858280 (Joel Smithers)**
LoL what makes you say that, sir?

Status: Sent
Delivered: 9/9/2015 8:44:42 AM(UTC-4)
Read: 9/9/2015 8:44:42 AM(UTC-4)

**9/9/2015 8:45:46 AM(UTC-4), +13047419893 (Darryl Williams)**
U don't let nothing stop ya

Status: Read
Read: 9/9/2015 8:49:14 AM(UTC-4)

**9/9/2015 8:49:29 AM(UTC-4), +18655858280 (Joel Smithers)**
LoL well neither do you, sir!

Status: Sent
Delivered: 9/9/2015 8:49:30 AM(UTC-4)
Read: 9/9/2015 9:35:51 AM(UTC-4)

**9/9/2015 1:34:31 PM(UTC-4), +13047419893 (Darryl Williams)**
Have you had any new patients last name Bowe, Blankenship, Hubbard, or Daniels?

Status: Read
Read: 9/9/2015 2:02:08 PM(UTC-4)

**9/9/2015 2:02:20 PM(UTC-4), +18655858280 (Joel Smithers)**
Yes to Hubbard and Daniels

Status: Sent
Delivered: 9/9/2015 2:02:25 PM(UTC-4)
Read: 9/9/2015 2:08:04 PM(UTC-4)

**9/9/2015 2:02:33 PM(UTC-4), +18655858280 (Joel Smithers)**
Not sure about the other two... Why?

Status: Sent
Delivered: 9/9/2015 2:02:33 PM(UTC-4)
Read: 9/9/2015 2:08:04 PM(UTC-4)

**9/9/2015 2:09:30 PM(UTC-4), +13047419893 (Darryl Williams)**
This is confidential correct?

Status: Read
Read: 9/9/2015 2:11:32 PM(UTC-4)

**9/9/2015 2:11:37 PM(UTC-4), +18855858260 (Joel Smithers)**
Yup

Status: Sent
Delivered: 9/9/2015 2:11:38 PM(UTC-4)
Read: 9/9/2015 2:11:41 PM(UTC-4)

**9/9/2015 2:14:14 PM(UTC-4), +13047419893 (Darryl Williams)**
Hubbard was discharged from doc in Huntington, Paula Blankenship was kicked out of her doctors office for being spaced out on Xanax, that night she was in hospital for OD, her boyfriend Bo Daniels was going to same doc she was

Status: Read
Read: 9/9/2015 2:16:45 PM(UTC-4)

**9/9/2015 2:17:08 PM(UTC-4), +18855858260 (Joel Smithers)**
Wow

Status: Sent
Delivered: 9/9/2015 2:17:08 PM(UTC-4)
Read: 9/9/2015 2:17:11 PM(UTC-4)

**9/9/2015 2:17:42 PM(UTC-4), +13047419893 (Darryl Williams)**
It's my understanding that all of these people are in trouble due from Paula Blankenship OD and they're all suppose to be selling their medicine

Status: Read
Read: 9/9/2015 2:17:48 PM(UTC-4)

**9/9/2015 2:18:11 PM(UTC-4), +18855858260 (Joel Smithers)**
Idiots

Status: Sent
Delivered: 9/9/2015 2:18:12 PM(UTC-4)
Read: 9/9/2015 2:18:17 PM(UTC-4)

**9/9/2015 2:20:49 PM(UTC-4), +13047419893 (Darryl Williams)**
A guy named Mike Bowe fell at home and they thought he ODed but his wife just found him passed out on the floor   Just might want to watch these ones, maybe just write them enough so they won't come back

Status: Read
Read: 9/9/2015 2:20:53 PM(UTC-4)

**9/9/2015 2:24:31 PM(UTC-4), +13047419893 (Darryl Williams)**
Hubbard goes to ER everyday after he runs out of medicine. I just want you to be aware of some bad people

Status: Read
Read: 9/9/2015 2:30:39 PM(UTC-4)

**9/9/2015 2:30:59 PM(UTC-4), +18855858260 (Joel Smithers)**
Thank you, sir.

Status: Sent
Delivered: 9/9/2015 2:30:59 PM(UTC-4)
Read: 9/9/2015 2:31:28 PM(UTC-4)

**9/9/2015 2:33:23 PM(UTC-4), +13047419893 (Darryl Williams)**
I will be there about five

Status: Read
Read: 9/9/2015 3:09:51 PM(UTC-4)

**9/9/2015 6:08:51 PM(UTC-4), +13047419893 (Darryl Williams)**
We will b there in about 30 mins how many patients do you have left?

Status: Read
Read: 9/9/2015 6:09:30 PM(UTC-4)

**9/9/2015 6:09:35 PM(UTC-4), +18855858260 (Joel Smithers)**
2

Status: Sent
Delivered: 9/9/2015 6:09:35 PM(UTC-4)
Read: 9/9/2015 6:09:41 PM(UTC-4)

**9/9/2015 6:09:44 PM(UTC-4), +18855858260 (Joel Smithers)**
How many you bringin?

Status: Sent
Delivered: 9/9/2015 6:09:45 PM(UTC-4)
Read: 9/9/2015 6:09:45 PM(UTC-4)

**9/9/2015 6:10:21 PM(UTC-4), +13047419893 (Darryl Williams)**
My girlfriend and her mother

Status: Read
Read: 9/9/2015 6:10:25 PM(UTC-4)

**9/9/2015 6:10:48 PM(UTC-4), +18855858260 (Joel Smithers)**
K

Status: Sent
Delivered: 9/9/2015 6:10:47 PM(UTC-4)
Read: 9/9/2015 6:10:52 PM(UTC-4)

**9/11/2015 9:52:12 AM(UTC-4), +13047419893 (Darryl Williams)**
Got your message I need you to tell me what terms you would like.  How many many months and how much return

Status: Read
Read: 9/11/2015 9:54:32 AM(UTC-4)

**9/11/2015 9:55:39 AM(UTC-4), +13047419893 (Darryl Williams)**
What's ur fax number. Debbie Renyolds is going to fax you her med records

Status: Read
Read: 9/11/2015 9:55:39 AM(UTC-4)

**9/11/2015 9:58:03 AM(UTC-4), +18855858260 (Joel Smithers)**
844-550-7109

Status: Sent
Delivered: 9/11/2015 9:56:04 AM(UTC-4)
Read: 9/11/2015 9:56:04 AM(UTC-4)

**9/11/2015 9:59:22 AM(UTC-4), +13047419893 (Darryl Williams)**
She wants to be a patient  maybe you get ur trip paid for in Charleston. Lol

Status: Read
Read: 9/11/2015 9:59:48 AM(UTC-4)

**9/11/2015 10:00:30 AM(UTC-4), +13047419893 (Darryl Williams)**
She got injured in a car wreck.   Got a big settlement a few years back

Status: Read
Read: 9/11/2015 10:01:49 AM(UTC-4)

**9/11/2015 10:01:18 AM(UTC-4), +13047419893 (Darryl Williams)**
Did you see a Ray Hackney wensday

Status: Read
Read: 9/11/2015 10:01:49 AM(UTC-4)

**9/11/2015 10:01:52 AM(UTC-4), +18855858260 (Joel Smithers)**
No

Status: Sent
Delivered: 9/11/2015 10:01:52 AM(UTC-4)
Read: 9/11/2015 10:01:58 AM(UTC-4)

**9/11/2015 10:03:17 AM(UTC-4), +13047419893 (Darryl Williams)**
Good  he was with a Mike Bowe.    Hackney just got out of Pen. Selling to high School Kids

Status: Read
Read: 9/11/2015 11:10:51 AM(UTC-4)

**9/11/2015 11:11:00 AM(UTC-4), +18855858260 (Joel Smithers)**
Dear goodness

Status: Sent
Delivered: 9/11/2015 11:11:01 AM(UTC-4)
Read: 9/11/2015 11:53:52 AM(UTC-4)

**9/11/2015 4:52:32 PM(UTC-4), +13047419893 (Darryl Williams)**
Make sure Sybrina luvitt and Sharon Pinson and Micky Thacker are scheduled for Monday afternoon. Right after my crew

Status: Read
Read: 9/11/2015 5:08:55 PM(UTC-4)

**9/11/2015 5:37:19 PM(UTC-4), +18855858260 (Joel Smithers)**
I think so. I'll check and text you back.

Status: Sent
Delivered: 9/11/2015 5:37:23 PM(UTC-4)
Read: 9/11/2015 5:41:42 PM(UTC-4)

**9/13/2015 2:19:22 PM(UTC-4), +13047419893 (Darryl Williams)**
Hey you having a good week end

Status: Read
Read: 9/13/2015 2:19:46 PM(UTC-4)

**9/13/2015 2:20:00 PM(UTC-4), +18855858260 (Joel Smithers)**
So far... What's up?

Status: Sent
Delivered: 9/13/2015 2:20:00 PM(UTC-4)
Read: 9/13/2015 2:20:06 PM(UTC-4)

**9/13/2015 2:20:19 PM(UTC-4), +13047419893 (Darryl Williams)**
Just checking on ya

Status: Read
Read: 9/13/2015 2:20:31 PM(UTC-4)

**9/13/2015 2:20:43 PM(UTC-4), +18855858260 (Joel Smithers)**
How y'all b doin?

Status: Sent
Delivered: 9/13/2015 2:20:44 PM(UTC-4)
Read: 9/13/2015 2:20:44 PM(UTC-4)

**9/13/2015 2:20:44 PM(UTC-4), +13047419893 (Darryl Williams)**
Been talking to Debbie Renyolds for ya

Status: Read
Read: 9/13/2015 2:20:44 PM(UTC-4)

**9/13/2015 2:20:53 PM(UTC-4), +13047419893 (Darryl Williams)**
Doing ok

Status: Read
Read: 9/13/2015 2:20:53 PM(UTC-4)

**9/13/2015 2:20:59 PM(UTC-4), +18855858260 (Joel Smithers)**

Status: Sent
Delivered: 9/13/2015 2:20:59 PM(UTC-4)
Read: 9/13/2015 2:21:02 PM(UTC-4)

**9/13/2015 8:33:15 PM(UTC-4), +13047419893 (Darryl Williams)**
Hey what days you be in charleston

Status: Read
Read: 9/13/2015 9:13:32 PM(UTC-4)

**9/13/2015 9:13:53 PM(UTC-4), +18655858260 (Joel Smithers)**
Thursday and maybe Friday morning.

Status: Sent
Delivered: 9/13/2015 9:13:54 PM(UTC-4)
Read: 9/13/2015 9:16:46 PM(UTC-4)

**9/13/2015 9:18:12 PM(UTC-4), +13047419893 (Darryl Williams)**
Ok Debbie Renyolds want to meet ya to discuss loan and at same time she wants to be a patient  she will bring her med records

Status: Read
Read: 9/13/2015 9:19:44 PM(UTC-4)

**9/13/2015 9:19:11 PM(UTC-4), +13047419893 (Darryl Williams)**
It's hard for her to get away from her work

Status: Read
Read: 9/13/2015 9:19:44 PM(UTC-4)

**9/13/2015 9:19:57 PM(UTC-4), +18655858260 (Joel Smithers)**
Noted

Status: Sent
Delivered: 9/13/2015 9:19:58 PM(UTC-4)
Read: 9/13/2015 9:19:59 PM(UTC-4)

**9/13/2015 9:21:38 PM(UTC-4), +13047419893 (Darryl Williams)**
See ya in morning.   I got ur funds

Status: Read
Read: 9/13/2015 11:08:34 PM(UTC-4)

**9/13/2015 11:09:02 PM(UTC-4), +18655858260 (Joel Smithers)**
Outstanding!
Thank you.

Status: Sent
Delivered: 9/13/2015 11:09:07 PM(UTC-4)
Read: 9/13/2015 11:11:43 PM(UTC-4)

**9/14/2015 9:56:48 AM(UTC-4), +13047419893 (Darryl Williams)**
606-422-8680.  Leave message if she don't answer

Status: Read
Read: 9/14/2015 10:38:20 AM(UTC-4)

**9/14/2015 10:05:08 AM(UTC-4), +13047419893 (Darryl Williams)**
Be there in 5 mins

Status: Read
Read: 9/14/2015 10:38:20 AM(UTC-4)

**9/14/2015 10:39:33 AM(UTC-4), +18655858260 (Joel Smithers)**
Fax:
844-550-7109
Email:
drjasmithers@gmail.com

Status: Sent
Delivered: 9/14/2015 10:39:37 AM(UTC-4)
Read: 9/14/2015 11:30:10 AM(UTC-4)

**9/14/2015 11:41:03 AM(UTC-4), +13047419893 (Darryl Williams)**
Need 2 apps for wensday what u got open

Status: Read
Read: 9/14/2015 11:41:23 AM(UTC-4)

**9/14/2015 11:41:37 AM(UTC-4), +18655858260 (Joel Smithers)**
No openings on Wednesday:-/

Status: Sent
Delivered: 9/14/2015 11:41:38 AM(UTC-4)
Read: 9/14/2015 11:41:38 AM(UTC-4)

**9/14/2015 11:41:53 AM(UTC-4), +18655858260 (Joel Smithers)**
I have several openings tomorrow afternoon though

Status: Sent
Delivered: 9/14/2015 11:41:54 AM(UTC-4)
Read: 9/14/2015 11:41:55 AM(UTC-4)

**9/14/2015 11:42:17 AM(UTC-4), +13047419893 (Darryl Williams)**
   Ok.   What time tommorrow

Status: Read
Read: 9/14/2015 11:42:17 AM(UTC-4)

**9/14/2015 11:42:22 AM(UTC-4), +18655858260 (Joel Smithers)**
And 1130 tomorrow

Status: Sent
Delivered: 9/14/2015 11:42:24 AM(UTC-4)
Read: 9/14/2015 11:42:24 AM(UTC-4)

**9/14/2015 11:42:51 AM(UTC-4), +18655858260 (Joel Smithers)**
We could put them at 1130 and 1145

Status: Sent
Delivered: 9/14/2015 11:42:52 AM(UTC-4)
Read: 9/14/2015 11:45:12 AM(UTC-4)

**9/14/2015 11:43:02 AM(UTC-4), +18655858260 (Joel Smithers)**
R they new?

Status: Sent
Delivered: 9/14/2015 11:43:03 AM(UTC-4)
Read: 9/14/2015 11:45:12 AM(UTC-4)

| | 1654 | Sent | To +13047419893 Darryl Williams* | 9/15/2015 9:27:53 AM(UTC-4) | | | Sent | Excellent | | |

| | 1661 | Sent | To +13047419893 Darryl Williams* | 9/14/2015 9:27:04 AM(UTC-4) | | | Sent | Is there anyway I can get Ms. Reynolds phone number from you so that I can speak to her directly about options and opportunities? | |

9304

**9/14/2015 11:46:32 AM(UTC-4), +13047419893 (Darryl Williams)**
Yes.  New.

Status: Read
Read: 9/14/2015 11:46:49 AM(UTC-4)

**9/14/2015 11:47:00 AM(UTC-4), +13047419893 (Darryl Williams)**
Pam Harlow. Is one.    Getting the other

Status: Read
Read: 9/14/2015 11:47:01 AM(UTC-4)

**9/14/2015 11:47:47 AM(UTC-4), +18855858260 (Joel Smithers)**
K

Status: Sent
Delivered: 9/14/2015 11:47:51 AM(UTC-4)
Read: 9/14/2015 11:51:33 AM(UTC-4)

**9/14/2015 11:51:50 AM(UTC-4), +13047419893 (Darryl Williams)**
Rachelle miller

Status: Read
Read: 9/14/2015 11:52:56 AM(UTC-4)

**9/14/2015 11:52:58 AM(UTC-4), +18855858260 (Joel Smithers)**
K

Status: Sent
Delivered: 9/14/2015 11:53:00 AM(UTC-4)
Read: 9/14/2015 11:53:08 AM(UTC-4)

**9/14/2015 11:53:15 AM(UTC-4), +18855858260 (Joel Smithers)**
1130
& 1145 respectively

Status: Sent
Delivered: 9/14/2015 11:53:16 AM(UTC-4)
Read: 9/14/2015 11:53:16 AM(UTC-4)

**9/14/2015 11:53:22 AM(UTC-4), +13047419893 (Darryl Williams)**
Damn I am good

Status: Read
Read: 9/14/2015 11:53:22 AM(UTC-4)

**9/14/2015 11:53:25 AM(UTC-4), +13047419893 (Darryl Williams)**
Ok

Status: Read
Read: 9/14/2015 11:53:26 AM(UTC-4)

**9/14/2015 11:53:44 AM(UTC-4), +18855858260 (Joel Smithers)**
LoL
The best!

Status: Sent
Delivered: 9/14/2015 11:53:44 AM(UTC-4)
Read: 9/14/2015 11:53:47 AM(UTC-4)

**9/14/2015 11:54:28 AM(UTC-4), +13047419893 (Darryl Williams)**
Did u get ur cash off that desk before someone robbed ya

Status: Read
Read: 9/14/2015 11:54:39 AM(UTC-4)

**9/14/2015 11:54:43 AM(UTC-4), +18855858260 (Joel Smithers)**
I did lol

Status: Sent
Delivered: 9/14/2015 11:54:47 AM(UTC-4)
Read: 9/14/2015 11:54:56 AM(UTC-4)

**9/14/2015 11:55:41 AM(UTC-4), +13047419893 (Darryl Williams)**
Robinette.  Huddnel  and young is paid

Status: Read
Read: 9/14/2015 11:56:00 AM(UTC-4)

**9/14/2015 11:56:08 AM(UTC-4), +18855858260 (Joel Smithers)**
Yup

Status: Sent
Delivered: 9/14/2015 11:56:07 AM(UTC-4)
Read: 9/14/2015 11:56:10 AM(UTC-4)

**9/14/2015 11:56:45 AM(UTC-4), +13047419893 (Darryl Williams)**
Crank them 3 out quickly. I got to to grand baby's party this evening

Status: Read
Read: 9/14/2015 12:15:30 PM(UTC-4)

**9/14/2015 1:20:48 PM(UTC-4), +13047419893 (Darryl Williams)**
I need to leave in 20 minutes if possible

Status: Read
Read: 9/14/2015 1:53:16 PM(UTC-4)

**9/14/2015 1:20:55 PM(UTC-4), +13047419893 (Darryl Williams)**
Thanks

Status: Read
Read: 9/14/2015 1:53:17 PM(UTC-4)

**9/14/2015 1:53:24 PM(UTC-4), +18655858260 (Joel Smithers)**
Done

Status: Sent
Delivered: 9/14/2015 1:53:27 PM(UTC-4)
Read: 9/14/2015 1:53:38 PM(UTC-4)

**9/14/2015 1:53:37 PM(UTC-4), +18655858260 (Joel Smithers)**
Hope you're able to make it back in time!

Status: Sent
Delivered: 9/14/2015 1:53:38 PM(UTC-4)
Read: 9/14/2015 1:53:38 PM(UTC-4)

**9/14/2015 1:59:41 PM(UTC-4), +13047419893 (Darryl Williams)**
I am still waiting on Huddnel

Status: Read
Read: 9/14/2015 1:59:57 PM(UTC-4)

**9/14/2015 1:59:59 PM(UTC-4), +13047419893 (Darryl Williams)**
But thanks.   U R the man

Status: Read
Read: 9/14/2015 1:59:59 PM(UTC-4)

**9/14/2015 2:00:07 PM(UTC-4), +18655858260 (Joel Smithers)**
Oooohhhh

Status: Sent
Delivered: 9/14/2015 2:00:08 PM(UTC-4)
Read: 9/14/2015 2:00:10 PM(UTC-4)

**9/14/2015 2:00:15 PM(UTC-4), +18655858260 (Joel Smithers)**

Status: Sent
Delivered: 9/14/2015 2:00:16 PM(UTC-4)
Read: 9/14/2015 2:00:20 PM(UTC-4)

**9/14/2015 2:12:58 PM(UTC-4), +13047419893 (Darryl Williams)**
Lol

Status: Read
Read: 9/14/2015 2:24:24 PM(UTC-4)

**9/14/2015 2:24:40 PM(UTC-4), +18655858260 (Joel Smithers)**
Now you're on your way!

Status: Sent
Delivered: 9/14/2015 2:24:41 PM(UTC-4)
Read: 9/14/2015 2:53:05 PM(UTC-4)

**9/14/2015 2:53:26 PM(UTC-4), +13047419893 (Darryl Williams)**
Thanks for everything

Status: Read
Read: 9/14/2015 4:53:20 PM(UTC-4)

**9/14/2015 4:53:33 PM(UTC-4), +18655858260 (Joel Smithers)**
You are most welcome, sir.

Status: Sent
Delivered: 9/14/2015 4:53:36 PM(UTC-4)
Read: 9/14/2015 7:15:49 PM(UTC-4)

**9/15/2015 9:28:25 AM(UTC-4), +18655858260 (Joel Smithers)**
Is that for both of them or does one of them have their funds

Status: Sent
Delivered: 9/15/2015 9:28:26 AM(UTC-4)
Read: 9/15/2015 9:28:26 AM(UTC-4)

**9/15/2015 9:28:28 AM(UTC-4), +18655858260 (Joel Smithers)**
?

Status: Sent
Delivered: 9/15/2015 9:28:29 AM(UTC-4)
Read: 9/15/2015 9:28:30 AM(UTC-4)

**9/15/2015 9:28:50 AM(UTC-4), +13047419893 (Darryl Williams)**
Both.   I will bring u 900

Status: Read
Read: 9/15/2015 9:28:52 AM(UTC-4)

**9/15/2015 9:29:01 AM(UTC-4), +18655858260 (Joel Smithers)**
Outstanding

Status: Sent
Delivered: 9/15/2015 9:29:01 AM(UTC-4)
Read: 9/15/2015 9:29:01 AM(UTC-4)

**9/15/2015 11:22:07 AM(UTC-4), +13047419893 (Darryl Williams)**
Harlow and miller is there. I told them to fill out paper work

Status: Read
Read: 9/15/2015 11:24:38 AM(UTC-4)

**9/15/2015 11:24:41 AM(UTC-4), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 9/15/2015 11:24:41 AM(UTC-4)
Read: 9/15/2015 11:24:53 AM(UTC-4)

**9/15/2015 4:13:18 PM(UTC-4), +13047419893 (Darryl Williams)**
Buffalo out of morrphines

Status: Read
Read: 9/15/2015 4:13:34 PM(UTC-4)

**9/15/2015 4:13:44 PM(UTC-4), +18855858260 (Joel Smithers)**
Got to Olde Virginia

Status: Sent
Delivered: 9/15/2015 4:13:45 PM(UTC-4)
Read: 9/15/2015 4:13:56 PM(UTC-4)

**9/15/2015 4:13:52 PM(UTC-4), +18855858260 (Joel Smithers)**
^Go to

Status: Sent
Delivered: 9/15/2015 4:13:52 PM(UTC-4)
Read: 9/15/2015 4:13:56 PM(UTC-4)

**9/15/2015 4:14:26 PM(UTC-4), +13047419893 (Darryl Williams)**
They won't carry oxymorphone

Status: Read
Read: 9/15/2015 4:16:19 PM(UTC-4)

**9/15/2015 4:15:16 PM(UTC-4), +13047419893 (Darryl Williams)**
Buffalo will get some in the 25th

Status: Read
Read: 9/15/2015 4:16:19 PM(UTC-4)

**9/15/2015 4:16:42 PM(UTC-4), +13047419893 (Darryl Williams)**
Call me ASAP

Status: Read
Read: 9/15/2015 4:16:43 PM(UTC-4)

**9/15/2015 4:16:43 PM(UTC-4), +18855858260 (Joel Smithers)**
You said morphine

Status: Sent
Delivered: 9/15/2015 4:16:43 PM(UTC-4)
Read: 9/15/2015 4:16:43 PM(UTC-4)

**9/15/2015 4:17:06 PM(UTC-4), +18855858260 (Joel Smithers)**
VERY Busy seeing patients. I'll call when I can, sir.

Status: Sent
Delivered: 9/15/2015 4:17:06 PM(UTC-4)
Read: 9/15/2015 4:17:06 PM(UTC-4)

**9/15/2015 4:17:15 PM(UTC-4), +18855858260 (Joel Smithers)**
What's up?

Status: Sent
Delivered: 9/15/2015 4:17:15 PM(UTC-4)
Read: 9/15/2015 4:17:16 PM(UTC-4)

**9/15/2015 4:18:51 PM(UTC-4), +13047419893 (Darryl Williams)**
Kbuffalo out of oxymorphones 40s till the 25th

Status: Read
Read: 9/15/2015 4:44:22 PM(UTC-4)

**9/15/2015 4:36:41 PM(UTC-4), +13047419893 (Darryl Williams)**
Buffalo can fill 30s and 20s

Status: Read
Read: 9/15/2015 4:44:22 PM(UTC-4)

**9/15/2015 4:44:48 PM(UTC-4), +18855858260 (Joel Smithers)**
30s and 20s of what?

Status: Sent
Delivered: 9/15/2015 4:44:49 PM(UTC-4)
Read: 9/15/2015 5:01:15 PM(UTC-4)

**9/15/2015 5:01:48 PM(UTC-4), +13047419893 (Darryl Williams)**
He can still fill oxymorphones 30s and 40s

Status: Read
Read: 9/15/2015 5:02:16 PM(UTC-4)

**9/15/2015 5:02:21 PM(UTC-4), +18855858260 (Joel Smithers)**
Excellent

Status: Sent
Delivered: 9/15/2015 5:02:21 PM(UTC-4)
Read: 9/15/2015 5:12:02 PM(UTC-4)

**9/15/2015 5:05:03 PM(UTC-4), +13047419893 (Darryl Williams)**
Sorry 30s and 20s

Status: Read
Read: 9/15/2015 5:06:22 PM(UTC-4)

**9/15/2015 5:05:23 PM(UTC-4), +13047419893 (Darryl Williams)**
Buffalo can fill 30s and 20s

Status: Read
Read: 9/15/2015 5:06:22 PM(UTC-4)

**9/15/2015 5:05:31 PM(UTC-4), +13047419893 (Darryl Williams)**
Oxymorphones

Status: Read
Read: 9/15/2015 5:06:22 PM(UTC-4)

**9/15/2015 5:08:28 PM(UTC-4), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 9/15/2015 5:06:29 PM(UTC-4)
Read: 9/15/2015 5:12:02 PM(UTC-4)

**9/15/2015 9:21:43 PM(UTC-4), +13047419893 (Darryl Williams)**
3 of my guys has called and wants to cancel thier appointments.  They are going to Tennasee ( Johnson city) to a new clinic there.   Word on Street is you cut everyone to 90-20s

Status: Read
Read: 9/15/2015 9:34:14 PM(UTC-4)

**9/15/2015 9:22:11 PM(UTC-4), +13047419893 (Darryl Williams)**
Pain clinic in Tn has a recruiter

Status: Read
Read: 9/15/2015 9:34:14 PM(UTC-4)

**9/16/2015 10:30:09 AM(UTC-4), +13047419893 (Darryl Williams)**
FYI.  Harlow and miller. Called buffalo. And old Virginian.   Old Virginian can fill Harlows 20mg roxy and 15 mg ms cotin.   Miller  can get her 15 mg roxy and 15 Ms Cotin tommorrow. They don't have it today

Status: Read
Read: 9/16/2015 10:30:23 AM(UTC-4)

**9/16/2015 10:30:39 AM(UTC-4), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 9/16/2015 10:30:46 AM(UTC-4)
Read: 9/16/2015 10:30:46 AM(UTC-4)

**9/16/2015 10:31:27 AM(UTC-4), +13047419893 (Darryl Williams)**
Buffalo told them not taking new patients with those types. Mg

Status: Read
Read: 9/16/2015 10:31:39 AM(UTC-4)

**9/16/2015 10:39:58 AM(UTC-4), +13047419893 (Darryl Williams)**
I don't have anyone up there today. But if you have slowed writing 30 and going heavy on 20s and 15s. Pleases call Tazwell and Jachson and let them know because I think they stocked up on 30s.

Status: Read
Read: 9/16/2015 10:42:20 AM(UTC-4)

**9/16/2015 12:45:25 PM(UTC-4), +13047419893 (Darryl Williams)**
Call tazewell pharmacy. They need to talk to ya

Status: Read
Read: 9/16/2015 1:55:01 PM(UTC-4)

**9/16/2015 1:55:13 PM(UTC-4), +18655858260 (Joel Smithers)**
Rectified

Status: Sent
Delivered: 9/16/2015 1:55:13 PM(UTC-4)
Read: 9/16/2015 2:03:27 PM(UTC-4)

**9/16/2015 2:31:28 PM(UTC-4), +13047419893 (Darryl Williams)**
I am not avoiding you. I haven't had signal

Status: Read
Read: 9/16/2015 2:32:50 PM(UTC-4)

**9/16/2015 2:32:53 PM(UTC-4), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 9/16/2015 2:32:54 PM(UTC-4)
Read: 9/16/2015 2:33:04 PM(UTC-4)

**9/16/2015 2:33:21 PM(UTC-4), +13047419893 (Darryl Williams)**
Call u in a few

Status: Read
Read: 9/16/2015 2:33:28 PM(UTC-4)

**9/16/2015 2:33:55 PM(UTC-4), +18655858260 (Joel Smithers)**
I'll call you this afternoon.

Status: Sent
Delivered: 9/16/2015 2:33:56 PM(UTC-4)
Read: 9/16/2015 2:34:00 PM(UTC-4)

**9/16/2015 2:34:08 PM(UTC-4), +18655858260 (Joel Smithers)**
Have 6 pt's left

Status: Sent
Delivered: 9/16/2015 2:34:07 PM(UTC-4)
Read: 9/16/2015 2:34:07 PM(UTC-4)

**9/16/2015 2:34:13 PM(UTC-4), +13047419893 (Darryl Williams)**
Thanks

Status: Read
Read: 9/16/2015 2:34:13 PM(UTC-4)

**9/16/2015 3:21:25 PM(UTC-4), +13047419893 (Darryl Williams)**
Is Geneva bowman still there

Status: Read
Read: 9/16/2015 3:26:28 PM(UTC-4)

**9/16/2015 3:26:46 PM(UTC-4), +18655858260 (Joel Smithers)**
Nope she was first this AM

Status: Sent
Delivered: 9/16/2015 3:26:49 PM(UTC-4)
Read: 9/16/2015 3:27:23 PM(UTC-4)

**9/16/2015 3:27:10 PM(UTC-4), +18655858260 (Joel Smithers)**
Got a story about her to tell you.

Status: Sent
Delivered: 9/16/2015 3:27:15 PM(UTC-4)
Read: 9/16/2015 3:27:23 PM(UTC-4)

**9/16/2015 3:27:30 PM(UTC-4), +13047419893 (Darryl Williams)**
She is driving my friends car.  He just checking that she has made it there and ok

Status: Read
Read: 9/16/2015 5:09:44 PM(UTC-4)

**9/16/2015 4:04:48 PM(UTC-4), +13047419893 (Darryl Williams)**
Thanks

Status: Read
Read: 9/16/2015 5:09:44 PM(UTC-4)

**9/17/2015 1:30:04 PM(UTC-4), +13047419893 (Darryl Williams)**
Call me when u can.  I got a lawyer who can help you so much at 1/3 the cost and do much better job then anyone on earth

Status: Read
Read: 9/17/2015 1:31:15 PM(UTC-4)

**9/17/2015 1:31:13 PM(UTC-4), +13047419893 (Darryl Williams)**
Very sharp professional guy. He said if you do it right u can make a million a year  do it wrong. Jail

Status: Read
Read: 9/17/2015 1:31:15 PM(UTC-4)

**9/17/2015 1:31:51 PM(UTC-4), +13047419893 (Darryl Williams)**
Says u are brilliant thinking about treating addiction

Status: Read
Read: 9/17/2015 1:49:45 PM(UTC-4)

**9/17/2015 1:33:21 PM(UTC-4), +13047419893 (Darryl Williams)**
Need a rehab hotel

Status: Read
Read: 9/17/2015 1:49:45 PM(UTC-4)

**9/17/2015 1:35:12 PM(UTC-4), +13047419893 (Darryl Williams)**
He beat the tar out of Harvard lawyers in my case.    He is a worker.  He will work till 4am and them be on time for the hearing

Status: Read
Read: 9/17/2015 1:49:45 PM(UTC-4)

**9/17/2015 1:35:19 PM(UTC-4), +13047419893 (Darryl Williams)**
He has no staff

Status: Read
Read: 9/17/2015 1:49:45 PM(UTC-4)

**9/17/2015 1:35:56 PM(UTC-4), +13047419893 (Darryl Williams)**
Does it all.   And is computer guineas. C he will create u a web site

Status: Read
Read: 9/17/2015 1:49:45 PM(UTC-4)

**9/18/2015 1:39:41 PM(UTC-4), +13047419893 (Darryl Williams)**
Need app for me and 2 guys wensday

Status: Read
Read: 9/18/2015 2:26:04 PM(UTC-4)

**9/18/2015 2:26:36 PM(UTC-4), +18655858260 (Joel Smithers)**
I'll text you times later today when i can.

Status: Sent
Delivered: 9/18/2015 2:30:45 PM(UTC-4)
Read: 9/18/2015 2:54:52 PM(UTC-4)

**9/18/2015 2:27:22 PM(UTC-4), +18655858260 (Joel Smithers)**
Let me know a good time to call to ask you a few questions about the attorney.

Status: Sent
Delivered: 9/18/2015 2:30:46 PM(UTC-4)
Read: 9/18/2015 2:54:52 PM(UTC-4)

**9/18/2015 2:55:18 PM(UTC-4), +13047419893 (Darryl Williams)**
Any time is good doc. After 5

Status: Read
Read: 9/18/2015 3:03:07 PM(UTC-4)

**9/18/2015 3:03:19 PM(UTC-4), +18655858260 (Joel Smithers)**
Oky doky sounds good!

Status: Sent
Delivered: 9/18/2015 3:03:28 PM(UTC-4)
Read: 9/18/2015 3:27:31 PM(UTC-4)

**9/19/2015 8:53:33 AM(UTC-4), +18655858260 (Joel Smithers)**
Sorry I wasn't able to call yesterday. Dealing with family issues.

Status: Sent
Delivered: 9/19/2015 8:53:40 AM(UTC-4)
Read: 9/19/2015 9:14:36 AM(UTC-4)

**9/19/2015 8:55:52 AM(UTC-4), +18655858260 (Joel Smithers)**
You, sir, will be at 1200 on Wednesday and the other two gentlemen will be at 1230 and 1300.  Are they new?  What are their names?

Status: Sent
Delivered: 9/19/2015 8:55:56 AM(UTC-4)
Read: 9/19/2015 9:14:36 AM(UTC-4)

**9/19/2015 9:15:20 AM(UTC-4), +13047419893 (Darryl Williams)**
No we all are existing.   Frank Stacy. And Clyde Smith

Status: Read
Read: 9/19/2015 9:16:15 AM(UTC-4)

**9/19/2015 9:17:31 AM(UTC-4), +18655858260 (Joel Smithers)**


Status: Sent
Delivered: 9/19/2015 9:17:34 AM(UTC-4)
Read: 9/19/2015 9:18:03 AM(UTC-4)

**9/19/2015 9:18:10 AM(UTC-4), +18655858260 (Joel Smithers)**
Frank's at 1230 and Clyde's at 1300

Status: Sent
Delivered: 9/19/2015 9:18:10 AM(UTC-4)
Read: 9/19/2015 9:18:11 AM(UTC-4)

**9/19/2015 9:18:20 AM(UTC-4), +13047419893 (Darryl Williams)**
K

Status: Read
Read: 9/19/2015 9:18:24 AM(UTC-4)

**9/21/2015 11:57:23 AM(UTC-4), +13047419893 (Darryl Williams)**
You have a new patient there Jeff Johnson who only 300 bucks.   He didn't know it was 450 first visit. I u let him owe ya I will bring it with the other wens

Status: Read
Read: 9/21/2015 11:59:15 AM(UTC-4)

**9/21/2015 11:59:38 AM(UTC-4), +18655858260 (Joel Smithers)**
K
No prob

Status: Sent
Delivered: 9/21/2015 11:59:38 AM(UTC-4)
Read: 9/21/2015 11:59:55 AM(UTC-4)

**9/21/2015 12:00:00 PM(UTC-4), +13047419893 (Darryl Williams)**
Thanks

Status: Read
Read: 9/21/2015 12:34:36 PM(UTC-4)

**9/21/2015 12:34:41 PM(UTC-4), +18655858260 (Joel Smithers)**
Np

Status: Sent
Delivered: 9/21/2015 12:34:42 PM(UTC-4)
Read: 9/21/2015 12:34:59 PM(UTC-4)

**9/21/2015 12:35:13 PM(UTC-4), +13047419893 (Darryl Williams)**
Thanks

Status: Read
Read: 9/21/2015 12:36:02 PM(UTC-4)

| 1611 | Sent | To<br>+13047419893<br>Darryl Williams* | 9/22/2015<br>3:28:41 PM(UTC-4) | | Sent | So which day, sir? | |
| 1612 | Sent | To<br>+13047419893<br>Darryl Williams* | 9/22/2015<br>3:27:46 PM(UTC-4) | | Sent | Yes Friday or Thursday | |

**9/22/2015 3:05:13 PM(UTC-4), +13047419893 (Darryl Williams)**
Are u open Friday

Status: Read
Read: 9/22/2015 3:08:54 PM(UTC-4)

**9/22/2015 3:09:30 PM(UTC-4), +18855858260 (Joel Smithers)**
Yes, sir.

Status: Sent
Delivered: 9/22/2015 3:09:31 PM(UTC-4)
Read: 9/22/2015 3:09:31 PM(UTC-4)

**9/22/2015 3:09:49 PM(UTC-4), +13047419893 (Darryl Williams)**
I need to move my app from tommorrow to Friday if possible

Status: Read
Read: 9/22/2015 3:09:50 PM(UTC-4)

**9/22/2015 3:13:03 PM(UTC-4), +13047419893 (Darryl Williams)**
All 3 of us are existing

Status: Read
Read: 9/22/2015 3:13:04 PM(UTC-4)

**9/22/2015 3:14:58 PM(UTC-4), +13047419893 (Darryl Williams)**
We might be able to come Thursday evening be ur last patients

Status: Read
Read: 9/22/2015 3:17:34 PM(UTC-4)

**9/22/2015 3:16:07 PM(UTC-4), +13047419893 (Darryl Williams)**
Or come Friday morning early be ur earliest patients

Status: Read
Read: 9/22/2015 3:17:35 PM(UTC-4)

**9/22/2015 3:20:16 PM(UTC-4), +18855858260 (Joel Smithers)**
We have 3 appointments starting at 230 on thur

Status: Sent
Delivered: 9/22/2015 3:20:19 PM(UTC-4)
Read: 9/22/2015 3:21:36 PM(UTC-4)

**9/22/2015 3:21:25 PM(UTC-4), +18855858260 (Joel Smithers)**
Or 3 appointments Friday staring at 1130

Status: Sent
Delivered: 9/22/2015 3:21:28 PM(UTC-4)
Read: 9/22/2015 3:21:36 PM(UTC-4)

**9/22/2015 3:21:57 PM(UTC-4), +13047419893 (Darryl Williams)**
Friday

Status: Read
Read: 9/22/2015 3:21:57 PM(UTC-4)

**9/22/2015 3:22:35 PM(UTC-4), +13047419893 (Darryl Williams)**
Thursday

Status: Read
Read: 9/22/2015 3:22:39 PM(UTC-4)

**9/22/2015 4:16:10 PM(UTC-4), +13047419893 (Darryl Williams)**
Oh sorry.   Friday please and thanks

Status: Read
Read: 9/22/2015 4:53:53 PM(UTC-4)

**9/23/2015 1:33:29 PM(UTC-4), +13047419893 (Darryl Williams)**
You know anyone filling

Status: Read
Read: 9/23/2015 1:33:57 PM(UTC-4)

**9/23/2015 1:34:55 PM(UTC-4), +13047419893 (Darryl Williams)**
Cvs in  Richmond won't fill any more

Status: Read
Read: 9/23/2015 1:34:55 PM(UTC-4)

**9/23/2015 1:35:12 PM(UTC-4), +18855858260 (Joel Smithers)**
Buffalo
Poka(sp?)
Crosslanes

Status: Sent
Delivered: 9/23/2015 1:35:15 PM(UTC-4)
Read: 9/23/2015 1:35:34 PM(UTC-4)

**9/23/2015 1:36:09 PM(UTC-4), +13047419893 (Darryl Williams)**
Buffalo said they can't fill 40s

Status: Read
Read: 9/23/2015 1:36:09 PM(UTC-4)

**9/23/2015 1:36:48 PM(UTC-4), +18855858260 (Joel Smithers)**
K

Status: Sent
Delivered: 9/23/2015 1:36:49 PM(UTC-4)
Read: 9/23/2015 1:37:04 PM(UTC-4)

**9/23/2015 1:36:56 PM(UTC-4), +18855858260 (Joel Smithers)**
Why?

Status: Sent
Delivered: 9/23/2015 1:36:57 PM(UTC-4)
Read: 9/23/2015 1:37:04 PM(UTC-4)

1027

**9/23/2015 1:37:30 PM(UTC-4), +18655858260 (Joel Smithers)**
Just cause they're out or because they don't want to?

Status: Sent
Delivered: 9/23/2015 1:37:32 PM(UTC-4)
Read: 9/23/2015 1:37:32 PM(UTC-4)

**9/23/2015 1:37:38 PM(UTC-4), +13047419893 (Darryl Williams)**
Not taking new custers right now

Status: Read
Read: 9/23/2015 1:37:38 PM(UTC-4)

**9/23/2015 1:37:50 PM(UTC-4), +13047419893 (Darryl Williams)**
And I think they're out

Status: Read
Read: 9/23/2015 1:37:50 PM(UTC-4)

**9/23/2015 1:37:58 PM(UTC-4), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 9/23/2015 1:37:58 PM(UTC-4)
Read: 9/23/2015 1:38:07 PM(UTC-4)

**9/23/2015 1:38:52 PM(UTC-4), +13047419893 (Darryl Williams)**
Is the pharmacy in Polaris wv called value rite?

Status: Read
Read: 9/23/2015 1:38:52 PM(UTC-4)

**9/23/2015 1:39:04 PM(UTC-4), +18655858260 (Joel Smithers)**
Not sure

Status: Sent
Delivered: 9/23/2015 1:39:05 PM(UTC-4)
Read: 9/23/2015 1:39:08 PM(UTC-4)

**9/23/2015 1:39:47 PM(UTC-4), +13047419893 (Darryl Williams)**
Are u meaning to say three different pharmacies?

Status: Read
Read: 9/23/2015 1:39:47 PM(UTC-4)

**9/23/2015 1:40:27 PM(UTC-4), +18655858260 (Joel Smithers)**
Yes sir

Status: Sent
Delivered: 9/23/2015 1:40:28 PM(UTC-4)
Read: 9/23/2015 1:40:31 PM(UTC-4)

**9/23/2015 1:40:39 PM(UTC-4), +18655858260 (Joel Smithers)**
And Clendinen

Status: Sent
Delivered: 9/23/2015 1:40:40 PM(UTC-4)
Read: 9/23/2015 1:40:41 PM(UTC-4)

**9/23/2015 1:41:00 PM(UTC-4), +13047419893 (Darryl Williams)**
Ok thank you

Status: Read
Read: 9/23/2015 1:41:00 PM(UTC-4)

**9/23/2015 1:41:12 PM(UTC-4), +18655858260 (Joel Smithers)**
Most welcome

Status: Sent
Delivered: 9/23/2015 1:41:12 PM(UTC-4)
Read: 9/23/2015 1:41:40 PM(UTC-4)

**9/23/2015 4:28:14 PM(UTC-4), +13047419893 (Darryl Williams)**
I have tried all day today to get 2 of your patients scripts filled today.   60-40mg oxymorphones.   Buffalo.  Tazewell and CvS in Roanoke all can't do it. Any suggestions

Status: Read
Read: 9/23/2015 4:36:14 PM(UTC-4)

**9/23/2015 8:57:14 PM(UTC-4), +18655858260 (Joel Smithers)**
Sam's Club and Walmart.

Status: Sent
Delivered: 9/23/2015 8:57:17 PM(UTC-4)
Read: 9/23/2015 9:24:22 PM(UTC-4)

**9/23/2015 8:58:16 PM(UTC-4), +18655858260 (Joel Smithers)**
Sorry for getting back to you so late, sir.  I have good news: we have secured definitive funding for the pharmacy here.

Status: Sent
Delivered: 9/23/2015 8:58:20 PM(UTC-4)
Read: 9/23/2015 9:24:22 PM(UTC-4)

**9/25/2015 11:41:02 AM(UTC-4), +13047419893 (Darryl Williams)**
Will we be out of here by 1

Status: Read
Read: 9/25/2015 11:45:34 AM(UTC-4)

**9/25/2015 11:45:51 AM(UTC-4), +18655858260 (Joel Smithers)**
I'll make every effort to make it happen, sir.

Status: Sent
Delivered: 9/25/2015 11:50:36 AM(UTC-4)
Read: 9/25/2015 11:53:29 AM(UTC-4)

**9/25/2015 11:53:44 AM(UTC-4), +13047419893 (Darryl Williams)**
Hey front door is locked

Status: Read
Read: 9/25/2015 12:23:46 PM(UTC-4)

**9/25/2015 3:19:21 PM(UTC-4), +13047419893 (Darryl Williams)**
What Walmart and SAMs  was filling

Status: Read
Read: 9/25/2015 3:19:34 PM(UTC-4)

**9/25/2015 3:19:41 PM(UTC-4), +18655858260 (Joel Smithers)**
Everywhere

Status: Sent
Delivered: 9/25/2015 3:19:42 PM(UTC-4)
Read: 9/25/2015 3:20:01 PM(UTC-4)

**9/25/2015 3:19:54 PM(UTC-4), +18655858260 (Joel Smithers)**
Just depends on whose behind counter

Status: Sent
Delivered: 9/25/2015 3:19:55 PM(UTC-4)
Read: 9/25/2015 3:20:01 PM(UTC-4)

**9/25/2015 3:20:07 PM(UTC-4), +13047419893 (Darryl Williams)**
K

Status: Read
Read: 9/25/2015 3:20:07 PM(UTC-4)

**9/25/2015 3:20:51 PM(UTC-4), +18655858260 (Joel Smithers)**
Sams in
Bluefield, va
Roanoke
Lousiville, KY
Beckley
Lexington

Status: Sent
Delivered: 9/25/2015 3:20:51 PM(UTC-4)
Read: 9/25/2015 3:42:31 PM(UTC-4)

**9/25/2015 3:20:59 PM(UTC-4), +18655858260 (Joel Smithers)**
Walmarts everywhere

Status: Sent
Delivered: 9/25/2015 3:21:00 PM(UTC-4)
Read: 9/25/2015 3:42:31 PM(UTC-4)

**9/25/2015 3:21:28 PM(UTC-4), +18655858260 (Joel Smithers)**
Just don't use anyone local to me since we're about to have our own pharmacy.

Status: Sent
Delivered: 9/25/2015 3:21:31 PM(UTC-4)
Read: 9/25/2015 3:42:31 PM(UTC-4)

**9/25/2015 3:42:35 PM(UTC-4), +13047419893 (Darryl Williams)**
K

Status: Read
Read: 9/25/2015 3:47:21 PM(UTC-4)

**9/28/2015 11:24:40 AM(UTC-4), +13047419893 (Darryl Williams)**
They are pulling

Status: Read
Read: 9/28/2015 11:31:16 AM(UTC-4)

**9/28/2015 11:25:22 AM(UTC-4), +13047419893 (Darryl Williams)**
About to pull in

Status: Read
Read: 9/28/2015 11:31:16 AM(UTC-4)

**9/28/2015 11:25:35 AM(UTC-4), +13047419893 (Darryl Williams)**
Sorry

Status: Read
Read: 9/28/2015 11:31:16 AM(UTC-4)

**9/28/2015 4:15:11 PM(UTC-4), +18655858260 (Joel Smithers)**
Will do.  Not heard from him yet.

Status: Sent
Delivered: 9/28/2015 4:15:11 PM(UTC-4)
Read: 9/28/2015 4:15:21 PM(UTC-4)

**9/28/2015 5:32:59 PM(UTC-4), +13047419893 (Darryl Williams)**
Are they any way you can wiggle Scotty back in.   I don't want him scaring off everyone down here

Status: Read
Read: 9/28/2015 6:08:30 PM(UTC-4)

**9/28/2015 5:33:25 PM(UTC-4), +13047419893 (Darryl Williams)**
I am trying to get u some tommorrow patients

Status: Read
Read: 9/28/2015 6:08:30 PM(UTC-4)

**9/28/2015 5:34:37 PM(UTC-4), +13047419893 (Darryl Williams)**
Everyone gets a second chance. Except me and you

Status: Read
Read: 9/28/2015 6:08:30 PM(UTC-4)

**9/28/2015 10:32:22 PM(UTC-4), +13047419893 (Darryl Williams)**
Attachments:



IMG_1117.jpg
Status: Read
Read: 9/29/2015 9:44:02 AM(UTC-4)

**9/28/2015 10:32:45 PM(UTC-4), +13047419893 (Darryl Williams)**
Attachments:



IMG_8882.jpg



IMG_8222.jpg
Status: Read
Read: 9/29/2015 9:44:02 AM(UTC-4)

**9/28/2015 10:35:17 PM(UTC-4), +13047419893 (Darryl Williams)**
Scotty swears he has never been to hope and I believe him.  He was told to say he went to hope and could not get his med records
Status: Read
Read: 9/29/2015 9:44:02 AM(UTC-4)

**9/28/2015 10:36:03 PM(UTC-4), +13047419893 (Darryl Williams)**
Scotty is willing to pay a 300 dollars F— —  Fee
Status: Read
Read: 9/29/2015 9:44:02 AM(UTC-4)

**9/29/2015 9:59:47 AM(UTC-4), +18855858260 (Joel Smithers)**
So for the rest of this week we have the following days and times available:
Status: Sent
Delivered: 9/29/2015 10:03:04 AM(UTC-4)
Read: 9/29/2015 10:15:12 AM(UTC-4)

**9/29/2015 10:01:32 AM(UTC-4), +18855858260 (Joel Smithers)**
Tomorrow (Wed. 9/30) from 12-2:30 is open (6 slots) and 2 more slots at 3:30 and 4:00.
Status: Sent
Delivered: 9/29/2015 10:03:04 AM(UTC-4)
Read: 9/29/2015 10:15:12 AM(UTC-4)

**9/29/2015 10:03:33 AM(UTC-4), +18855858260 (Joel Smithers)**
Then Thursday 10/1 seven slots are available: 11:30, 12:00, 1:00, 1:30, 3:00, 3:30, 4:00.
Status: Sent
Delivered: 9/29/2015 10:03:36 AM(UTC-4)
Read: 9/29/2015 10:15:12 AM(UTC-4)

**9/29/2015 10:04:10 AM(UTC-4), +18855858260 (Joel Smithers)**
I'm working on Scott's situation...
Status: Sent
Delivered: 9/29/2015 10:04:11 AM(UTC-4)
Read: 9/29/2015 10:15:12 AM(UTC-4)

**9/29/2015 10:10:00 AM(UTC-4), +13047419893 (Darryl Williams)**
Ok Scotty can fed x u a 300 money order and u can fed x his scripts back. I will get the fed x envelope ready so you just drop scripts in and it will come to me
Status: Read
Read: 9/29/2015 10:10:25 AM(UTC-4)

**9/29/2015 10:11:18 AM(UTC-4), +18855858260 (Joel Smithers)**
Hold on to that thought.  Let me figure out my end of things first.
Status: Sent
Delivered: 9/29/2015 10:11:26 AM(UTC-4)
Read: 9/29/2015 10:15:12 AM(UTC-4)

**9/29/2015 10:15:18 AM(UTC-4), +13047419893 (Darryl Williams)**
Roger that we are holding in the pattern.   (. Pilot lingo)
Status: Read
Read: 9/29/2015 10:19:30 AM(UTC-4)

**9/30/2015 3:28:22 PM(UTC-4), +13047419893 (Darryl Williams)**
I found several patients  (3) that could come tommorrow but all of them are broke till the 3rd of the month.     I could collect thier funds and
Bring to you or send it to Walmart
Status: Read
Read: 9/30/2015 7:01:54 PM(UTC-4)

**9/30/2015 3:29:07 PM(UTC-4), +13047419893 (Darryl Williams)**
They get thier funds Friday evening
Status: Read
Read: 9/30/2015 7:01:54 PM(UTC-4)

**9/30/2015 3:30:14 PM(UTC-4), +13047419893 (Darryl Williams)**
The 3 are Brian Harlow. Greg Harlow.  And Michael Bowe
Status: Read
Read: 9/30/2015 7:01:54 PM(UTC-4)

**9/30/2015 3:32:13 PM(UTC-4), +13047419893 (Darryl Williams)**
This is not same Mike Bowe who is bad actor. It's his dad a good guy.  All of these guy has MRI
Status: Read
Read: 9/30/2015 7:01:54 PM(UTC-4)

**9/30/2015 3:40:35 PM(UTC-4), +13047419893 (Darryl Williams)**
They all are honest and need treatment. I will have ur funds for those guys Saturday and will wire to ya or bring Monday

Status: Read
Read: 9/30/2015 7:01:54 PM(UTC-4)

**9/30/2015 7:02:25 PM(UTC-4), +18855858280 (Joel Smithers)**
Ok

Status: Sent
Delivered: 9/30/2015 7:02:29 PM(UTC-4)
Read: 9/30/2015 8:23:06 PM(UTC-4)

**9/30/2015 7:02:30 PM(UTC-4), +18855858280 (Joel Smithers)**
Sounds good

Status: Sent
Delivered: 9/30/2015 7:02:30 PM(UTC-4)
Read: 9/30/2015 8:23:06 PM(UTC-4)

**9/30/2015 7:17:58 PM(UTC-4), +18855858280 (Joel Smithers)**
Tell them to come at 1330 to start paperwork and counseling.

Status: Sent
Delivered: 9/30/2015 7:18:02 PM(UTC-4)
Read: 9/30/2015 8:23:06 PM(UTC-4)

**9/30/2015 7:18:25 PM(UTC-4), +18855858280 (Joel Smithers)**
Had 5 walkins today that I've scheduled for tomorrow... All new.

Status: Sent
Delivered: 9/30/2015 7:18:25 PM(UTC-4)
Read: 9/30/2015 8:23:06 PM(UTC-4)

**9/30/2015 9:03:39 PM(UTC-4), +13047419893 (Darryl Williams)**
Mike Bowe is driving and he will bring Franklin (Scotty) Williams F Up Fee please send Scott's scripts by Mike Bowe   Scotty it was 90 -20mg roxy and 90-40mg oxymorphone. And that is what Jackson at Buffalo has to fill Scotty's scripts

Status: Read
Read: 9/30/2015 9:12:04 PM(UTC-4)

**9/30/2015 9:12:17 PM(UTC-4), +18855858280 (Joel Smithers)**
K

Status: Sent
Delivered: 9/30/2015 9:12:18 PM(UTC-4)
Read: 9/30/2015 9:12:58 PM(UTC-4)

**9/30/2015 9:12:21 PM(UTC-4), +18855858280 (Joel Smithers)**


Status: Sent
Delivered: 9/30/2015 9:12:22 PM(UTC-4)
Read: 9/30/2015 9:12:58 PM(UTC-4)

**9/30/2015 9:12:42 PM(UTC-4), +18855858280 (Joel Smithers)**
𝄢

Status: Sent
Delivered: 9/30/2015 9:12:42 PM(UTC-4)
Read: 9/30/2015 9:12:58 PM(UTC-4)

**9/30/2015 9:47:49 PM(UTC-4), +18855858280 (Joel Smithers)**
Scotty is only at OpER 40 twice daily FYI.

Status: Sent
Delivered: 9/30/2015 9:47:51 PM(UTC-4)
Read: 9/30/2015 9:48:08 PM(UTC-4)

**9/30/2015 9:48:28 PM(UTC-4), +13047419893 (Darryl Williams)**
Ok

Status: Read
Read: 9/30/2015 9:49:01 PM(UTC-4)

**9/30/2015 9:48:50 PM(UTC-4), +13047419893 (Darryl Williams)**
Jackson has him covered

Status: Read
Read: 9/30/2015 9:49:01 PM(UTC-4)

**9/30/2015 9:49:24 PM(UTC-4), +18855858280 (Joel Smithers)**
Good deal

Status: Sent
Delivered: 9/30/2015 9:49:25 PM(UTC-4)
Read: 9/30/2015 9:49:25 PM(UTC-4)

**9/30/2015 9:52:09 PM(UTC-4), +13047419893 (Darryl Williams)**
Mike Bowe has been going to ga pain.  He was getting 90-30 roxy and 60 OPanna 40s and he struggles he has true pain
He would be a good can ident for 90 and 90.

Status: Read
Read: 9/30/2015 9:52:27 PM(UTC-4)

**9/30/2015 9:52:44 PM(UTC-4), +18855858280 (Joel Smithers)**
Excellent

Status: Sent
Delivered: 9/30/2015 9:52:45 PM(UTC-4)
Read: 9/30/2015 9:52:45 PM(UTC-4)

**9/30/2015 9:54:12 PM(UTC-4), +13047419893 (Darryl Williams)**
Mike Bowe is the driver and he has a Ga ID and I will bring his new Ky I'd up next week and get his scripts.  He don't fill till like the 17th

Status: Read
Read: 9/30/2015 9:56:27 PM(UTC-4)

**9/30/2015 9:54:31 PM(UTC-4), +13047419893 (Darryl Williams)**
He has a really good MRI

**Status:** Read
Read: 9/30/2015 9:56:27 PM(UTC-4)

---

**9/30/2015 9:57:14 PM(UTC-4), +13047419893 (Darryl Williams)**
Can u write like 180 20mg roxy.  Without a ER drug

**Status:** Read
Read: 9/30/2015 9:57:15 PM(UTC-4)

---

**9/30/2015 9:59:48 PM(UTC-4), +18655858260 (Joel Smithers)**
Mmmmm prolly not.

**Status:** Sent
Delivered: 9/30/2015 9:59:49 PM(UTC-4)
Read: 9/30/2015 9:59:49 PM(UTC-4)

---

**9/30/2015 10:00:59 PM(UTC-4), +18655858260 (Joel Smithers)**
Mike is a good candidate for opER40 tid

**Status:** Sent
Delivered: 9/30/2015 10:01:00 PM(UTC-4)
Read: 9/30/2015 10:01:00 PM(UTC-4)

---

**9/30/2015 10:01:10 PM(UTC-4), +18655858260 (Joel Smithers)**
Plus breakthrough

**Status:** Sent
Delivered: 9/30/2015 10:01:10 PM(UTC-4)
Read: 9/30/2015 10:01:10 PM(UTC-4)

---

**9/30/2015 10:01:17 PM(UTC-4), +13047419893 (Darryl Williams)**
Yes

**Status:** Read
Read: 9/30/2015 10:01:18 PM(UTC-4)

---

**9/30/2015 10:01:54 PM(UTC-4), +13047419893 (Darryl Williams)**
Well actually all 3 of them are.   Cold bruised up coal miner

**Status:** Read
Read: 9/30/2015 10:01:55 PM(UTC-4)

---

**9/30/2015 10:02:37 PM(UTC-4), +18655858260 (Joel Smithers)**
No one will be getting 180 IR of a C2 med at my practice without some seriously good reasons (dying from cancer, recent surgery, recent accident, etc.).

**Status:** Sent
Delivered: 9/30/2015 10:02:38 PM(UTC-4)
Read: 9/30/2015 10:02:38 PM(UTC-4)

---

**9/30/2015 10:02:40 PM(UTC-4), +13047419893 (Darryl Williams)**
All 3 of them worked 20-30 years under ground

**Status:** Read
Read: 9/30/2015 10:02:41 PM(UTC-4)

---

**9/30/2015 10:02:56 PM(UTC-4), +18655858260 (Joel Smithers)**
WoW

**Status:** Sent
Delivered: 9/30/2015 10:02:56 PM(UTC-4)
Read: 9/30/2015 10:02:59 PM(UTC-4)

---

**9/30/2015 10:04:38 PM(UTC-4), +13047419893 (Darryl Williams)**
Debbie Renyolds said.  Write a small 1-2 page of what u need and a simple pay back projection. She in very interested

**Status:** Read
Read: 9/30/2015 10:04:39 PM(UTC-4)

---

**9/30/2015 10:07:52 PM(UTC-4), +18655858260 (Joel Smithers)**
K

**Status:** Sent
Delivered: 9/30/2015 10:07:52 PM(UTC-4)
Read: 9/30/2015 10:10:29 PM(UTC-4)

---

**9/30/2015 10:12:39 PM(UTC-4), +18655858260 (Joel Smithers)**
What is an acceptable "payback projection" in your mind, sir?

**Status:** Sent
Delivered: 9/30/2015 10:12:40 PM(UTC-4)
Read: 9/30/2015 10:12:40 PM(UTC-4)

---

**9/30/2015 10:14:39 PM(UTC-4), +13047419893 (Darryl Williams)**
She said she is trying to find away to get there ( take time off)  for a Dr visit

She said she took 3 days off to go to a RV show and order about a half years worth of RVs.   She said place went all to hell while she was gone. Lol.   She is OCD. Lol.   Said if she didn't get to go soon she was going to hit the street

**Status:** Read
Read: 10/1/2015 6:56:07 AM(UTC-4)

---

**9/30/2015 10:15:50 PM(UTC-4), +13047419893 (Darryl Williams)**
I will see if she has all her papers ( med records) tommorrow

**Status:** Read
Read: 10/1/2015 6:56:07 AM(UTC-4)

---

**10/2/2015 10:44:09 AM(UTC-4), +13047419893 (Darryl Williams)**
Hey can you fed x me Franklin ( Scotty) Williams's scripts.

**Status:** Read
Read: 10/2/2015 10:50:05 AM(UTC-4)

**10/2/2015 10:45:14 AM(UTC-4), +13047419893 (Darryl Williams)**
If not I will pick them up next week

Status: Read
Read: 10/2/2015 10:50:05 AM(UTC-4)

**10/2/2015 10:50:24 AM(UTC-4), +18655858260 (Joel Smithers)**
Yes
So sorry about that!!!

Status: Sent
Delivered: 10/2/2015 10:50:25 AM(UTC-4)
Read: 10/2/2015 10:50:54 AM(UTC-4)

**10/2/2015 10:51:16 AM(UTC-4), +18655858260 (Joel Smithers)**
I called all three of their cell phones right after they left cause i realized Mike didn't take them:-/

Status: Sent
Delivered: 10/2/2015 10:51:16 AM(UTC-4)
Read: 10/2/2015 10:51:16 AM(UTC-4)

**10/2/2015 10:51:48 AM(UTC-4), +18655858260 (Joel Smithers)**
You're bringing payment for their visits on Monday, correct?

Status: Sent
Delivered: 10/2/2015 10:51:47 AM(UTC-4)
Read: 10/2/2015 10:51:47 AM(UTC-4)

**10/2/2015 10:52:00 AM(UTC-4), +13047419893 (Darryl Williams)**
Correct

Status: Read
Read: 10/2/2015 10:54:56 AM(UTC-4)

**10/2/2015 10:58:18 AM(UTC-4), +13047419893 (Darryl Williams)**
Please fed x or UpS  to Darrell Williams. 1174 mullins fork rd Stone Ky 41567.     There is no mail box here at this address so u must fed X or Ups only.     I will most likely send the funds Walmart to Walmart

Status: Read
Read: 10/2/2015 10:58:44 AM(UTC-4)

**10/2/2015 10:58:52 AM(UTC-4), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 10/2/2015 10:58:53 AM(UTC-4)
Read: 10/2/2015 10:58:56 AM(UTC-4)

**10/2/2015 10:59:08 AM(UTC-4), +18655858260 (Joel Smithers)**
You can just being it next time you're here.

Status: Sent
Delivered: 10/2/2015 10:59:08 AM(UTC-4)
Read: 10/2/2015 10:59:08 AM(UTC-4)

**10/2/2015 10:59:08 AM(UTC-4), +13047419893 (Darryl Williams)**
Lora and her Mother has app next. Thursday next week

Status: Read
Read: 10/2/2015 10:59:09 AM(UTC-4)

**10/2/2015 10:59:13 AM(UTC-4), +18655858260 (Joel Smithers)**
I trust you.

Status: Sent
Delivered: 10/2/2015 10:59:14 AM(UTC-4)
Read: 10/2/2015 10:59:14 AM(UTC-4)

**10/2/2015 11:00:01 AM(UTC-4), +18655858260 (Joel Smithers)**
...or send them with someone.

Status: Sent
Delivered: 10/2/2015 11:00:01 AM(UTC-4)
Read: 10/2/2015 11:00:02 AM(UTC-4)

**10/2/2015 11:01:24 AM(UTC-4), +18655858260 (Joel Smithers)**
No need for walmart to make any more money off us than they already do!

Status: Sent
Delivered: 10/2/2015 11:01:25 AM(UTC-4)
Read: 10/2/2015 11:01:25 AM(UTC-4)

**10/2/2015 11:01:36 AM(UTC-4), +13047419893 (Darryl Williams)**
Hey why don't u get a Wal mart debit card. And I can put money on ur card  and u don't have to go any where.  I simply fill out a small form hand them the money. 5 mins later u card is liquid

Status: Read
Read: 10/2/2015 11:01:36 AM(UTC-4)

**10/2/2015 11:02:09 AM(UTC-4), +18655858260 (Joel Smithers)**
You mean Bluebird?

Status: Sent
Delivered: 10/2/2015 11:02:09 AM(UTC-4)
Read: 10/2/2015 11:02:09 AM(UTC-4)

**10/2/2015 11:02:20 AM(UTC-4), +18655858260 (Joel Smithers)**
I've already got one of those.

Status: Sent
Delivered: 10/2/2015 11:02:20 AM(UTC-4)
Read: 10/2/2015 11:02:20 AM(UTC-4)

**10/2/2015 11:02:29 AM(UTC-4), +18655858260 (Joel Smithers)**
That would be perfect.

Status: Sent
Delivered: 10/2/2015 11:02:29 AM(UTC-4)
Read: 10/2/2015 11:02:29 AM(UTC-4)

10/2/2015 11:02:58 AM(UTC-4), +13047419893 (Darryl Williams)
Well if i can load it.  It will make it easy

**Status:** Read
**Read:** 10/2/2015 11:09:30 AM(UTC-4)

10/2/2015 11:03:27 AM(UTC-4), +13047419893 (Darryl Williams)
Send me pic of bluebird card

**Status:** Read
**Read:** 10/2/2015 11:09:30 AM(UTC-4)

10/2/2015 11:09:41 AM(UTC-4), +18855858260 (Joel Smithers)

**Status:** Sent
**Delivered:** 10/2/2015 11:09:42 AM(UTC-4)
**Read:** 10/2/2015 11:13:11 AM(UTC-4)

10/2/2015 11:12:34 AM(UTC-4), +18855858260 (Joel Smithers)
If you have a Bluebird card i can just add you as a contact and receive money from you.

**Status:** Sent
**Delivered:** 10/2/2015 11:12:35 AM(UTC-4)
**Read:** 10/2/2015 11:13:11 AM(UTC-4)

10/2/2015 11:13:47 AM(UTC-4), +18855858260 (Joel Smithers)
Attachments:

IMG_0407.PNG

**Status:** Sent
**Delivered:** 10/2/2015 11:13:48 AM(UTC-4)
**Read:** 10/2/2015 11:13:51 AM(UTC-4)

10/2/2015 11:13:49 AM(UTC-4), +13047419893 (Darryl Williams)
Ok I will check it out. ( research) it

**Status:** Read
**Read:** 10/2/2015 11:13:49 AM(UTC-4)

10/2/2015 11:14:15 AM(UTC-4), +18855858260 (Joel Smithers)
I don't have my card with me is why i looked into this option.

**Status:** Sent
**Delivered:** 10/2/2015 11:14:16 AM(UTC-4)
**Read:** 10/2/2015 11:14:20 AM(UTC-4)

10/2/2015 11:16:08 AM(UTC-4), +13047419893 (Darryl Williams)
I can go into Walmart and load any debit card as long as I have the 16 didgit number and know card type for 3 dollars.   It's easy and fast

**Status:** Read
**Read:** 10/2/2015 11:17:07 AM(UTC-4)

10/2/2015 11:16:51 AM(UTC-4), +13047419893 (Darryl Williams)
I use a net spend card

**Status:** Read
**Read:** 10/2/2015 11:17:08 AM(UTC-4)

10/2/2015 11:17:22 AM(UTC-4), +18855858260 (Joel Smithers)
Ooooohhhh

**Status:** Sent
**Delivered:** 10/2/2015 11:17:23 AM(UTC-4)
**Read:** 10/2/2015 11:17:23 AM(UTC-4)

10/2/2015 11:18:46 AM(UTC-4), +18855858260 (Joel Smithers)
Well with Bluebird you can do all that for free and make cash deposits/loads at any walmart.

**Status:** Sent
**Delivered:** 10/2/2015 11:18:46 AM(UTC-4)
**Read:** 10/2/2015 11:18:46 AM(UTC-4)

10/2/2015 11:18:58 AM(UTC-4), +18855858260 (Joel Smithers)
Up to $1,000/day.

**Status:** Sent
**Delivered:** 10/2/2015 11:18:58 AM(UTC-4)
**Read:** 10/2/2015 11:18:58 AM(UTC-4)

10/2/2015 11:19:39 AM(UTC-4), +18855858260 (Joel Smithers)
It's basically like having a walmart/american express checking account and is completely free.

**Status:** Sent
**Delivered:** 10/2/2015 11:19:39 AM(UTC-4)
**Read:** 10/2/2015 11:19:39 AM(UTC-4)

10/2/2015 11:20:09 AM(UTC-4), +18855858260 (Joel Smithers)
There are a few fees for different things but they are minimal.

**Status:** Sent
**Delivered:** 10/2/2015 11:20:10 AM(UTC-4)
**Read:** 10/2/2015 11:20:10 AM(UTC-4)

10/2/2015 11:20:16 AM(UTC-4), +18855858260 (Joel Smithers)
Check it out:

**Status:** Sent
**Delivered:** 10/2/2015 11:20:16 AM(UTC-4)
**Read:** 10/2/2015 11:20:16 AM(UTC-4)

Choose an existing contact or add a new one. Keep in mind they must have a Bluebird Account.

⊕ **Add a new contact**  ❯

**angelstringer@me.com**  ❯

angelstringer@me.com

8/23/2015 5:02:51 PM(UTC-4) to 18855858260 (Joel Smithers)
Long call with Darrell Williams... Got 5 scheduled.

Status: Sent
Delivered: 8/23/2015 5:02:51 PM(UTC-4)
Read: 8/23/2015 5:03:14 PM(UTC-4)

9/9/2015 4:47:42 PM(UTC-4) +18855858280 (Joel Smithers)
3 plus whoever Daryl Williams is bringing

Status: Sent
Delivered: 9/9/2015 4:47:43 PM(UTC-4)
Read: 9/9/2015 4:48:01 PM(UTC-4)

9/16/2015 10:08:59 PM(UTC-4) To:18855858260 (Joel Smithers)
On phone to darryl

**Status:** Sent
**Delivered:** 9/16/2015 10:08:59 PM(UTC-4)
**Read:** 9/16/2015 10:08:59 PM(UTC-4)

9/16/2015 10:09:12 PM(UTC-4) To:18855858260 (Joel Smithers)
Williams

**Status:** Sent
**Delivered:** 9/16/2015 10:09:13 PM(UTC-4)
**Read:** 9/16/2015 10:09:13 PM(UTC-4)

11/4/2015 8:27:28 PM(UTC-5)[XX] 8685555280 (Joel Smithers)
On phone to Darryl Williams

Status: Sent
Delivered: 11/4/2015 8:27:35 PM(UTC-5)
Read: 11/4/2015 8:27:47 PM(UTC-5)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1534 | Sent | | To +13047419893 Darryl Williams* | 10/2/2015 11:29:47 AM(UTC-4) | | | Sent | Cheers mate | |
| 1535 | Sent | | To +13047419893 Darryl Williams* | 10/2/2015 11:29:40 AM(UTC-4) | | | Sent | LoL | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1538 | Inbox | | From +13047419893 Darryl Williams* | 9/30/2015 9:09:16 PM(UTC-4) | Read: 9/30/2015 9:11:51 PM(UTC-4) | | Read | 40mg oxymorphone. And that is what Jackson at Buffalo has to fill Scotty's scripts | |

| 1513 | Sent | **From**<br>+18655858260<br>Joel Smithers*<br>**To**<br>+13047419893<br>Darryl Williams* | 10/5/2015<br>7:55:35 PM(UTC-4) | | Sent | Howdy sir, so I mailed the prescriptions today, sorry but did not have them printed out to be able to mail them yesterday. Following is the USPS tracking number:<br>9505 5104 2593 5278 0089 03 | |

**10/2/2015 11:22:14 AM(UTC-4), +13047419893 (Darryl Williams)**
Sure will

**Status:** Read
**Read:** 10/2/2015 11:22:39 AM(UTC-4)

**10/2/2015 11:22:59 AM(UTC-4), +18655858260 (Joel Smithers)**
This is the menu inside the iPhone app:

**Status:** Sent
**Delivered:** 10/2/2015 11:22:59 AM(UTC-4)
**Read:** 10/2/2015 11:23:47 AM(UTC-4)

**10/2/2015 11:23:39 AM(UTC-4), +18655858260 (Joel Smithers)**

Attachments:

IMG_0409.PNG                 IMG_0408.PNG

**Status:** Sent
**Delivered:** 10/2/2015 11:23:39 AM(UTC-4)
**Read:** 10/2/2015 11:23:47 AM(UTC-4)

**10/2/2015 11:24:37 AM(UTC-4), +13047419893 (Darryl Williams)**
That looks real cool

**Status:** Read
**Read:** 10/2/2015 11:24:48 AM(UTC-4)

**10/2/2015 11:25:21 AM(UTC-4), +18655858260 (Joel Smithers)**
You get your card for free by signing up on their website:

**Status:** Sent
**Delivered:** 10/2/2015 11:25:21 AM(UTC-4)
**Read:** 10/2/2015 11:25:21 AM(UTC-4)

**10/2/2015 11:26:11 AM(UTC-4), +18655858260 (Joel Smithers)**
https://www.bluebird.com

**Status:** Sent
**Delivered:** 10/2/2015 11:26:11 AM(UTC-4)
**Read:** 10/2/2015 11:26:12 AM(UTC-4)

**10/2/2015 11:27:56 AM(UTC-4), +13047419893 (Darryl Williams)**
Thanks.   Get back to work.  I have held ya up enough.   Thanks

**Status:** Read
**Read:** 10/2/2015 11:29:35 AM(UTC-4)

**10/3/2015 5:44:23 PM(UTC-4), +13047419893 (Darryl Williams)**
Hey did u get the fed X out

**Status:** Read
**Read:** 10/4/2015 11:20:24 AM(UTC-4)

**10/4/2015 11:20:59 AM(UTC-4), +18655858260 (Joel Smithers)**
No, not yet.  I'll send it by UPS later today.

**Status:** Sent
**Delivered:** 10/4/2015 11:20:59 AM(UTC-4)
**Read:** 10/4/2015 11:21:11 AM(UTC-4)

**10/4/2015 2:11:14 PM(UTC-4), +13047419893 (Darryl Williams)**
K

**Status:** Read
**Read:** 10/4/2015 4:15:32 PM(UTC-4)

**10/4/2015 2:11:20 PM(UTC-4), +13047419893 (Darryl Williams)**
Thanks

**Status:** Read
**Read:** 10/4/2015 4:15:32 PM(UTC-4)

**10/8/2015 8:52:08 AM(UTC-4), +13047419893 (Darryl Williams)**
Thanks

**Status:** Read
**Read:** 10/6/2015 8:59:42 AM(UTC-4)

**10/7/2015 4:17:10 PM(UTC-4), +13047419893 (Darryl Williams)**
Hey the tracking number is the name on the package Darryl or Scotty

**Status:** Read
**Read:** 10/7/2015 4:26:23 PM(UTC-4)

**10/7/2015 4:26:29 PM(UTC-4), +18655858260 (Joel Smithers)**
Darrel

**Status:** Sent
**Delivered:** 10/7/2015 4:26:30 PM(UTC-4)
**Read:** 10/7/2015 4:27:15 PM(UTC-4)

**10/7/2015 4:27:03 PM(UTC-4), +18655858260 (Joel Smithers)**
Nope, its this:

**Status:** Sent
**Delivered:** 10/7/2015 4:29:20 PM(UTC-4)
**Read:** 10/7/2015 4:29:27 PM(UTC-4)

10/7/2015 4:27:13 PM(UTC-4), +18855858260 (Joel Smithers)
Attachments:

IMG_0433.PNG
**Status:** Sent
**Delivered:** 10/7/2015 4:29:21 PM(UTC-4)
**Read:** 10/7/2015 4:29:27 PM(UTC-4)

---

10/7/2015 4:27:24 PM(UTC-4), +18855858260 (Joel Smithers)
I write it exactly as you sent it to me above.

**Status:** Sent
**Delivered:** 10/7/2015 4:29:25 PM(UTC-4)
**Read:** 10/7/2015 4:29:28 PM(UTC-4)

---

10/7/2015 4:29:19 PM(UTC-4), +13047419893 (Darryl Williams)
Cool.  My girl friend and her mom will be down tommorow

**Status:** Read
**Read:** 10/7/2015 4:29:19 PM(UTC-4)

---

10/7/2015 4:29:20 PM(UTC-4), +13047419893 (Darryl Williams)
I have been in hospital.  Pneumonia

**Status:** Read
**Read:** 10/7/2015 4:29:21 PM(UTC-4)

---

10/7/2015 4:29:23 PM(UTC-4), +13047419893 (Darryl Williams)
A fib  fluttering

**Status:** Read
**Read:** 10/7/2015 4:29:24 PM(UTC-4)

---

10/7/2015 4:29:43 PM(UTC-4), +18855858260 (Joel Smithers)

**Status:** Sent
**Delivered:** 10/7/2015 4:30:10 PM(UTC-4)
**Read:** 10/7/2015 4:30:10 PM(UTC-4)

---

10/7/2015 4:30:23 PM(UTC-4), +13047419893 (Darryl Williams)
Cool

**Status:** Read
**Read:** 10/7/2015 4:31:17 PM(UTC-4)

---

10/7/2015 4:31:28 PM(UTC-4), +18855858260 (Joel Smithers)
So sorry to hear that, sir:-/

**Status:** Sent
**Delivered:** 10/7/2015 4:31:53 PM(UTC-4)
**Read:** 10/7/2015 4:31:53 PM(UTC-4)

---

10/7/2015 4:31:41 PM(UTC-4), +18855858260 (Joel Smithers)
Hope you get well soon!

**Status:** Sent
**Delivered:** 10/7/2015 4:31:53 PM(UTC-4)
**Read:** 10/7/2015 4:31:53 PM(UTC-4)

---

10/7/2015 4:32:04 PM(UTC-4), +18855858260 (Joel Smithers)
...was lookin forward to seeing your friendly face tomorrow...

**Status:** Sent
**Delivered:** 10/7/2015 4:33:14 PM(UTC-4)
**Read:** 10/7/2015 4:33:14 PM(UTC-4)

---

10/7/2015 4:33:12 PM(UTC-4), +13047419893 (Darryl Williams)
Yea I am about rebuilt and ready to roll again

**Status:** Read
**Read:** 10/7/2015 4:44:16 PM(UTC-4)

---

10/7/2015 4:33:33 PM(UTC-4), +13047419893 (Darryl Williams)
Ur wife was getting low oxygen on me and told me to get it checked out.  And my feet was swelled

**Status:** Read
**Read:** 10/7/2015 4:44:16 PM(UTC-4)

---

10/7/2015 4:34:01 PM(UTC-4), +13047419893 (Darryl Williams)
I will send ur funds by girl

**Status:** Read
**Read:** 10/7/2015 4:44:16 PM(UTC-4)

---

10/7/2015 4:38:34 PM(UTC-4), +13047419893 (Darryl Williams)
I will be there Monday

**Status:** Read
**Read:** 10/7/2015 4:44:16 PM(UTC-4)

---

10/7/2015 4:39:32 PM(UTC-4), +13047419893 (Darryl Williams)
With mike Robinette.  Stephanie young.  Charles Hudnall

**Status:** Read
**Read:** 10/7/2015 4:44:16 PM(UTC-4)



●●○○○ Verizon  LTE          11:22              45% 

# GOOD MORNING, Joel!

| ▭ | **Transactions** |

| ⭳ | **Add Funds** |

| ↻ | **Transfer** |

| 📅 28 | **Pay a Bill** |

| ⑃ | **Send & Request** |

| ⊞ | **Amex Offers** |

| ⚙ | **Settings** |

ATM Finder

Add Funds Locations

Sep 14 2

Cash R
WALM

Pos

Aug 26 2

Store F
MCDO
F31841
000000

Aug 25 2

Store F
TRIAD



●●●○○ Verizon  LTE     16:26      ⬈ ⏰ ⁑ 51% ▭

< Back (1)  **Darryl Williams**      Details

# Correct

# Please fed x or UpS  to Darrell Williams. <u>1174 mullins fork rd Stone Ky 41567</u>.    There is no mail box here at this address so u must fed X or Ups only.     I will most likely




**10/7/2015 4:44:58 PM(UTC-4), +18855858260 (Joel Smithers)**
K
Outstanding
Sounds good

Status: Sent
Delivered: 10/7/2015 4:45:00 PM(UTC-4)
Read: 10/7/2015 4:45:58 PM(UTC-4)

**10/8/2015 12:27:15 PM(UTC-4), +13047419893 (Darryl Williams)**
Lora and her mother got off to a late start because of me  but they will be there

Status: Read
Read: 10/8/2015 12:35:20 PM(UTC-4)

**10/8/2015 12:44:41 PM(UTC-4), +13047419893 (Darryl Williams)**
I just approved for Medicaid. Lol

Status: Read
Read: 10/8/2015 12:44:54 PM(UTC-4)

**10/8/2015 12:45:30 PM(UTC-4), +18855858260 (Joel Smithers)**
Yaaayyy

Status: Sent
Delivered: 10/8/2015 12:45:38 PM(UTC-4)
Read: 10/8/2015 12:45:38 PM(UTC-4)

**10/8/2015 12:45:50 PM(UTC-4), +13047419893 (Darryl Williams)**
Lol

Status: Read
Read: 10/8/2015 1:17:21 PM(UTC-4)

**10/8/2015 12:47:08 PM(UTC-4), +13047419893 (Darryl Williams)**
They got me in good shape.  I can breath twice better now

Status: Read
Read: 10/8/2015 1:17:21 PM(UTC-4)

**10/8/2015 2:02:33 PM(UTC-4), +18855858260 (Joel Smithers)**
Outstanding

Status: Sent
Delivered: 10/8/2015 2:03:31 PM(UTC-4)
Read: 10/8/2016 2:05:50 PM(UTC-4)

**10/8/2015 3:04:35 PM(UTC-4), +13047419893 (Darryl Williams)**
How late u been in this eavning.   2.   You open tommorow

Status: Read
Read: 10/8/2015 3:26:02 PM(UTC-4)

**10/8/2015 3:28:28 PM(UTC-4), +18855858260 (Joel Smithers)**
Well yesterday was rough... Here til 2200'ish

Status: Sent
Delivered: 10/8/2015 3:28:46 PM(UTC-4)
Read: 10/8/2015 3:43:03 PM(UTC-4)

**10/8/2015 3:28:37 PM(UTC-4), +18855858260 (Joel Smithers)**
Never open Friday

Status: Sent
Delivered: 10/8/2015 3:28:46 PM(UTC-4)
Read: 10/8/2015 3:43:03 PM(UTC-4)

**10/8/2015 3:27:10 PM(UTC-4), +18855858260 (Joel Smithers)**
...an early holiday in the week does create an exception to that rule however.

Status: Sent
Delivered: 10/8/2015 3:28:46 PM(UTC-4)
Read: 10/8/2015 3:43:03 PM(UTC-4)

**10/8/2015 4:19:24 PM(UTC-4), +18855858260 (Joel Smithers)**
How late are they gonna be?

Status: Sent
Delivered: 10/8/2015 4:19:33 PM(UTC-4)
Read: 10/8/2015 4:19:56 PM(UTC-4)

**10/8/2015 4:19:38 PM(UTC-4), +18855858260 (Joel Smithers)**
I'm almost done with everyone else.

Status: Sent
Delivered: 10/8/2015 4:19:44 PM(UTC-4)
Read: 10/8/2015 4:19:58 PM(UTC-4)

**10/8/2015 4:20:01 PM(UTC-4), +13047419893 (Darryl Williams)**
Trying to find out now

Status: Read
Read: 10/8/2015 4:20:11 PM(UTC-4)

**10/8/2015 4:25:53 PM(UTC-4), +13047419893 (Darryl Williams)**
Real late

Status: Read
Read: 10/8/2015 4:26:10 PM(UTC-4)

**10/8/2015 4:25:56 PM(UTC-4), +13047419893 (Darryl Williams)**
Can u hide thier scripts or mail them.  I can wire u your funds

Status: Read
Read: 10/8/2015 4:26:10 PM(UTC-4)

---

**10/8/2015 4:40:44 PM(UTC-4), +13047419893 (Darryl Williams)**
I think they get 120 roxy 20 and 90 40s OP ER

**Status:** Read
**Read:** 10/8/2015 5:17:30 PM(UTC-4)

---

**10/8/2015 5:33:53 PM(UTC-4), +13047419893 (Darryl Williams)**
Mail to same place or hide either one will work

**Status:** Read
**Read:** 10/8/2015 5:41:02 PM(UTC-4)

---

**10/8/2015 5:41:46 PM(UTC-4), +18655858260 (Joel Smithers)**
How far away are they?

**Status:** Sent
**Delivered:** 10/8/2015 5:43:25 PM(UTC-4)
**Read:** 10/8/2015 6:02:08 PM(UTC-4)

---

**10/8/2015 5:41:57 PM(UTC-4), +18655858260 (Joel Smithers)**
I'm seeing what would be my last pt now.

**Status:** Sent
**Delivered:** 10/8/2015 5:43:25 PM(UTC-4)
**Read:** 10/8/2015 6:02:08 PM(UTC-4)

---

**10/8/2015 6:02:39 PM(UTC-4), +13047419893 (Darryl Williams)**
She said if u can hide them she will ride down and get them

**Status:** Read
**Read:** 10/8/2015 6:05:14 PM(UTC-4)

---

**10/8/2015 6:03:28 PM(UTC-4), +13047419893 (Darryl Williams)**
I think they get 120 roxy 20 and 90 40s OXymorphone

**Status:** Read
**Read:** 10/8/2015 6:05:14 PM(UTC-4)

---

**10/8/2015 6:04:28 PM(UTC-4), +13047419893 (Darryl Williams)**
Lora Kicklighter and her mother Rebecca Pritt.  And Michael Robinette

**Status:** Read
**Read:** 10/8/2015 6:05:14 PM(UTC-4)

---

**10/8/2015 6:05:34 PM(UTC-4), +13047419893 (Darryl Williams)**
She just drove to and from Chicago and then headed ur way and run out of steam

**Status:** Read
**Read:** 10/8/2015 6:05:34 PM(UTC-4)

---

**10/8/2015 6:05:46 PM(UTC-4), +18655858260 (Joel Smithers)**
No worries

**Status:** Sent
**Delivered:** 10/8/2015 6:05:51 PM(UTC-4)
**Read:** 10/8/2015 6:06:00 PM(UTC-4)

---

**10/8/2015 6:05:51 PM(UTC-4), +18655858260 (Joel Smithers)**
I'll mail them

**Status:** Sent
**Delivered:** 10/8/2015 6:05:54 PM(UTC-4)
**Read:** 10/8/2015 6:06:04 PM(UTC-4)

---

**10/8/2015 6:06:13 PM(UTC-4), +13047419893 (Darryl Williams)**
I think Robinette got about the same

**Status:** Read
**Read:** 10/8/2015 6:06:13 PM(UTC-4)

---

**10/8/2015 6:06:42 PM(UTC-4), +13047419893 (Darryl Williams)**
Is post office open late there

**Status:** Read
**Read:** 10/8/2015 6:06:42 PM(UTC-4)

---

**10/8/2015 6:07:04 PM(UTC-4), +13047419893 (Darryl Williams)**
She can fill tommorrow or Saturday

**Status:** Read
**Read:** 10/8/2015 6:07:04 PM(UTC-4)

---

**10/8/2015 6:07:22 PM(UTC-4), +18655858260 (Joel Smithers)**
Nope:-/

**Status:** Sent
**Delivered:** 10/8/2015 6:07:23 PM(UTC-4)
**Read:** 10/8/2015 6:07:25 PM(UTC-4)

---

**10/8/2015 6:09:17 PM(UTC-4), +18655858260 (Joel Smithers)**
Calling to see if UPS can

**Status:** Sent
**Delivered:** 10/8/2015 6:09:20 PM(UTC-4)
**Read:** 10/8/2015 6:09:20 PM(UTC-4)

---

**10/8/2015 6:31:18 PM(UTC-4), +13047419893 (Darryl Williams)**
Mail to Charleston wv marriot  Hotel Darryl Williams/ Lora Kicklighter   200 lee street E  charleston wv 25301

**Status:** Read
**Read:** 10/8/2015 6:33:25 PM(UTC-4)

---

**10/8/2015 6:32:44 PM(UTC-4), +13047419893 (Darryl Williams)**
Next day air. Saturday delivery.   Be sure to mark Saturday delivery

**Status:** Read
**Read:** 10/8/2015 6:33:25 PM(UTC-4)

---

1038

**10/8/2015 6:34:20 PM(UTC-4), +18855858260 (Joel Smithers)**
Will dooskies

**Status:** Sent
**Delivered:** 10/8/2015 6:35:57 PM(UTC-4)
**Read:** 10/8/2015 6:36:13 PM(UTC-4)

**10/8/2015 6:35:09 PM(UTC-4), +18855858260 (Joel Smithers)**
Here's everyone's follow up appts:

**Status:** Sent
**Delivered:** 10/8/2015 6:35:58 PM(UTC-4)
**Read:** 10/8/2015 6:36:13 PM(UTC-4)

**10/8/2015 6:36:29 PM(UTC-4), +13047419893 (Darryl Williams)**
K

**Status:** Read
**Read:** 10/8/2015 6:36:29 PM(UTC-4)

**10/8/2015 6:37:01 PM(UTC-4), +18855858260 (Joel Smithers)**
Let me know if anyone needs to change.

**Status:** Sent
**Delivered:** 10/8/2015 6:37:02 PM(UTC-4)
**Read:** 10/8/2015 6:37:52 PM(UTC-4)

**10/8/2015 6:37:01 PM(UTC-4), +18855858260 (Joel Smithers)**

Attachments:



IMG_5823.jpeg

**Status:** Sent
**Delivered:** 10/8/2015 6:37:01 PM(UTC-4)
**Read:** 10/8/2015 6:37:52 PM(UTC-4)

**10/8/2015 6:37:58 PM(UTC-4), +13047419893 (Darryl Williams)**
K

**Status:** Read
**Read:** 10/8/2015 6:38:08 PM(UTC-4)

**10/8/2015 6:52:51 PM(UTC-4), +18855858260 (Joel Smithers)**
Using Fedex

**Status:** Sent
**Delivered:** 10/8/2015 6:52:52 PM(UTC-4)
**Read:** 10/8/2015 6:52:58 PM(UTC-4)

**10/8/2015 6:52:58 PM(UTC-4), +18855858260 (Joel Smithers)**
Ups closed:-/

**Status:** Sent
**Delivered:** 10/8/2015 6:53:00 PM(UTC-4)
**Read:** 10/8/2015 6:53:01 PM(UTC-4)

**10/8/2015 6:53:04 PM(UTC-4), +13047419893 (Darryl Williams)**
Cool

**Status:** Read
**Read:** 10/8/2015 6:53:04 PM(UTC-4)

**10/8/2015 6:53:49 PM(UTC-4), +13047419893 (Darryl Williams)**
Sat is the soonest right

**Status:** Read
**Read:** 10/8/2015 6:54:56 PM(UTC-4)

**10/8/2015 6:53:59 PM(UTC-4), +13047419893 (Darryl Williams)**
Get am delivery

**Status:** Read
**Read:** 10/8/2015 6:54:57 PM(UTC-4)

**10/8/2015 6:54:21 PM(UTC-4), +13047419893 (Darryl Williams)**
Jackson closes early

**Status:** Read
**Read:** 10/8/2015 6:54:57 PM(UTC-4)

**10/8/2015 6:55:01 PM(UTC-4), +18855858260 (Joel Smithers)**
Yup:-/

**Status:** Sent
**Delivered:** 10/8/2015 6:57:17 PM(UTC-4)
**Read:** 10/8/2015 6:57:38 PM(UTC-4)

**10/8/2015 6:55:10 PM(UTC-4), +18855858260 (Joel Smithers)**
I'll do my best

**Status:** Sent
**Delivered:** 10/8/2015 6:57:17 PM(UTC-4)
**Read:** 10/8/2015 6:57:38 PM(UTC-4)

**10/8/2015 6:55:19 PM(UTC-4), +18855858260 (Joel Smithers)**
Will let you know

**Status:** Sent
**Delivered:** 10/8/2015 6:57:17 PM(UTC-4)
**Read:** 10/8/2015 6:57:38 PM(UTC-4)

**10/8/2015 6:57:45 PM(UTC-4), +13047419893 (Darryl Williams)**
U da man

**Status:** Read
**Read:** 10/8/2015 6:57:50 PM(UTC-4)

**10/8/2015 8:14:48 PM(UTC-4), +13047419893 (Darryl Williams)**
Is that fed x  Friday or Saturday

**Status:** Read
**Read:** 10/8/2015 8:16:17 PM(UTC-4)

**10/8/2015 8:16:20 PM(UTC-4), +18855858260 (Joel Smithers)**
Sat

**Status:** Sent
**Delivered:** 10/8/2015 8:16:24 PM(UTC-4)
**Read:** 10/8/2015 8:42:36 PM(UTC-4)

**10/8/2015 8:39:05 PM(UTC-4), +18855858260 (Joel Smithers)**

Attachments:



IMG_3521.jpeg
**Status:** Sent
**Delivered:** 10/8/2015 8:39:05 PM(UTC-4)
**Read:** 10/8/2015 8:42:36 PM(UTC-4)

**10/8/2015 8:43:20 PM(UTC-4), +13047419893 (Darryl Williams)**
Thanks

**Status:** Read
**Read:** 10/8/2015 8:44:39 PM(UTC-4)

**10/12/2015 1:09:11 PM(UTC-4), +13047419893 (Darryl Williams)**
Thanks Doc for the Fed X

**Status:** Read
**Read:** 10/12/2015 1:36:07 PM(UTC-4)

**10/12/2015 1:11:01 PM(UTC-4), +13047419893 (Darryl Williams)**
Hey I did not recieve Stepinie Youngs or Charles Hudnalls  stuff how ever you did send a set of (.  --///   S) for  a Robert Hudnall who I don't know

**Status:** Read
**Read:** 10/12/2015 1:36:07 PM(UTC-4)

**10/12/2015 1:11:58 PM(UTC-4), +13047419893 (Darryl Williams)**
So if you can fed x. Me  mine. Stepinie Youngs. And Charles Hudnall

**Status:** Read
**Read:** 10/12/2015 1:36:07 PM(UTC-4)

**10/12/2015 1:12:42 PM(UTC-4), +13047419893 (Darryl Williams)**
I got doc visits today here so I can be down wensday

**Status:** Read
**Read:** 10/12/2015 1:36:07 PM(UTC-4)

**10/12/2015 1:20:49 PM(UTC-4), +13047419893 (Darryl Williams)**
Charles Hudnall is 55

**Status:** Read
**Read:** 10/12/2015 1:36:07 PM(UTC-4)

**10/12/2015 1:22:08 PM(UTC-4), +13047419893 (Darryl Williams)**
Please send Fed X package to  Darryl Williams 1174 mullins fork rd  Stone Ky 41567

**Status:** Read
**Read:** 10/12/2015 1:36:07 PM(UTC-4)

**10/12/2015 1:22:52 PM(UTC-4), +13047419893 (Darryl Williams)**
I would love to get Package. Tommorrow so I can come ur way Wensday

**Status:** Read
**Read:** 10/12/2015 1:36:07 PM(UTC-4)

**10/12/2015 1:56:16 PM(UTC-4), +18855858260 (Joel Smithers)**
Yep
Fuck me... I just found Steph's a few minutes ago:-/

**Status:** Sent
**Delivered:** 10/12/2015 1:56:21 PM(UTC-4)
**Read:** 10/12/2015 1:56:28 PM(UTC-4)

**10/12/2015 1:56:30 PM(UTC-4), +18855858260 (Joel Smithers)**
Sorry about that.

**Status:** Sent
**Delivered:** 10/12/2015 1:56:32 PM(UTC-4)
**Read:** 10/12/2015 1:56:32 PM(UTC-4)

**10/12/2015 1:56:38 PM(UTC-4), +13047419893 (Darryl Williams)**
Lol.  No boggy

**Status:** Read
**Read:** 10/12/2015 1:56:39 PM(UTC-4)

**10/12/2015 1:56:42 PM(UTC-4), +13047419893 (Darryl Williams)**
Biggy

**Status:** Read
**Read:** 10/12/2015 1:56:42 PM(UTC-4)

| 1459 | Sent | To +13047419893 Darryl Williams* | 10/8/2015 7:14:09 PM(UTC-4) | | Sent | Those 3 post-it notes come to 2550. |
| 1460 | Inbox | From +13047419893 Darryl Williams* | 10/8/2015 6:01:17 PM(UTC-4) | Read: 10/8/2015 6:05:14 PM(UTC-4) | Read. | Too far; I stopped them.  Beckley |
| 1461 | Sent | To +13047419893 Darryl Williams* | 10/8/2015 4:27:08 PM(UTC-4) | | Sent | ...they may include having you flogged |
| 1462 | Sent | To +13047419893 Darryl Williams* | 10/8/2015 4:26:50 PM(UTC-4) | | Sent | ...with pt... I'll think about some options. |
| 1463 | Sent | To +13047419893 Darryl Williams* | 10/8/2015 4:26:24 PM(UTC-4) | | Sent | |
| 1464 | Sent | To +13047419893 Darryl Williams* | 10/8/2015 4:26:17 PM(UTC-4) | | Sent | |
| 1465 | Sent | To +13047419893 Darryl Williams* | 10/8/2015 4:26:13 PM(UTC-4) | | Sent | Boooooo |
| 1466 | Sent | To +13047419893 Darryl Williams* | 10/8/2015 4:20:16 PM(UTC-4) | | Sent | Thx |
| 1467 | Sent | To +13047419893 Darryl Williams* | 10/8/2015 4:20:12 PM(UTC-4) | | Sent | K |
| 1468 | Sent | To +13047419893 Darryl Williams* | 10/8/2015 12:36:54 PM(UTC-4) | | Sent | No worries . Hope you get well soon! |

| 50 | Timestamp:<br>10/8/2015<br>7:12:54 PM(UTC-4)<br>To:<br>+13047419893<br>Darryl Williams* | Subject: No subject<br>Body:<br>FYI<br>Attachments:<br><br>IMG_5071.jpeg | | Status: Sent | | |

Darryl Williams
paying IOU 9/15
for Pamela Harlow
& Rachelle Miller
(Ernie) - For their
first visit!

D. Williams
I O u for
Jeff Johnson
$150 (of new pt
visit)

Step
L...



Mike Robinette        11/12          1100

Stephanie Young    11/12          1130

Charles (Bodie) Hudnall   11/12        1200

Lora Kicklighter      11/12          1230

Rebecca Pritt         11/12          1300

# FedEx    CUSTOMER RECEIPT

**STORE**

OfficeMax
240 Commonwealth Boulevard
Martinsville, VA 24112 (US)
Telephone:276-632-0381
Processed At:Oct 08, 20:34

**CUSTOMER**

Joel Smithers
202 Topwater Lane
Greensboro, NC 27455 (US)
Telephone:865-585-8260

## SHIPMENT INFORMATION

| | | **RECIPIENT** |
|---|---|---|
| Service | FedEx First Overnight® | Darryl Williams |
| Ship Date | Oct 09, 2015 | Marriott Hotel |
| Delivery Date | Oct 10, 2015 | 200 LEE ST E |
| Packaging | FedEx® Pak | CHARLESTON, WV 25301-1508 (US) |
| Weight | 0.15 lb | Telephone:304-741-9993 |
| Declared Value | 0.00 USD | |
| Spc. Handling | Saturday Delivery,Shipment Notifications,Direct | |
| | Signature Required | |

You acknowledge and agree that each FedEx shipment you tender is governed
by the applicable FedEx Express Terms and Conditions and/or FedEx Ground
Tariff, as contained in the FedEx Service Guide at fedex.com. Unless a
higher value is declared and paid for, the maximum liability for each
shipment you tender is US$100. You acknowledge and agree that your
shipment(s) does not contain any prohibited items, hazardous materials or
dangerous goods.

X _____

Tracking #
7814 8174 9188

Billing Information:
Pay at register

79.14 USD

Thank you for shipping with FedEx.
Questions? Visit www.fedex.com or call 1.800.GoFedEx

---

# Office DEPOT
# OfficeMax

OFFICEDEPOT STORE 6453
240 Commonwealth Blvd.
Martinsville, VA 24112

10/08/2015    15.2.5              8:35 PM
STR 6453 REG4    TRN  1772 EMP 288740

----------------------------------------

SALE
Product ID      Description        Total
1644885 FDX First Over             79.14 E

        Subtotal:        79.14
           Total:        79.14
            Cash:        80.00
          CHANGE:       (0.86)
*****************************************

Shop online at www.officedepot.com

*****************************************
       WE WANT TO HEAR FROM YOU!

Participate in our online customer survey
and receive a coupon for $10 off your
next qualifying purchase of $50 or more on
office supplies, furniture and more. (
  Excludes Technology. Limit 1 coupon per
         household/business.)
  Visit www.officemaxfeedback.com
   and enter the survey code below.

          Survey Code:
         6453-04-1772-4

*****************************************

       2PTT3U9P4XQ4X6C68

Now one company. Now great savings.
 Office Depot, Inc., including its
 subsidiary OfficeMax Incorporated



**10/12/2015 1:57:40 PM(UTC-4), +13047419893 (Darryl Williams)**
Debbie Renyolds  can get loose Thursday.  So I think Thursday will be good for us

Status: Read
Read: 10/12/2015 1:57:41 PM(UTC-4)

**10/12/2015 1:58:29 PM(UTC-4), +18655858280 (Joel Smithers)**
Alright, I'll get Charles, yours, and Ms. Young's in the mail later today. I'll text you the tracking info and whatnot once it's done.

Status: Sent
Delivered: 10/12/2015 1:58:30 PM(UTC-4)
Read: 10/12/2015 1:59:30 PM(UTC-4)

**10/12/2015 1:59:23 PM(UTC-4), +18655858280 (Joel Smithers)**
Got a new pharmacy i need to tell you about too!  Great guy and excellent service.  Remind me to tell you about him.

Status: Sent
Delivered: 10/12/2015 1:59:24 PM(UTC-4)
Read: 10/12/2015 1:59:30 PM(UTC-4)

**10/12/2015 1:59:47 PM(UTC-4), +13047419893 (Darryl Williams)**
Cool.    Where is it

Status: Read
Read: 10/12/2015 1:59:47 PM(UTC-4)

**10/12/2015 1:59:49 PM(UTC-4), +18655858280 (Joel Smithers)**
He's willing to see 20 pt's of mine per week.

Status: Sent
Delivered: 10/12/2015 1:59:49 PM(UTC-4)
Read: 10/12/2015 1:59:49 PM(UTC-4)

**10/12/2015 2:00:01 PM(UTC-4), +18655858280 (Joel Smithers)**
Jeffersonville, ID

Status: Sent
Delivered: 10/12/2015 2:00:01 PM(UTC-4)
Read: 10/12/2015 2:00:01 PM(UTC-4)

**10/12/2015 2:00:29 PM(UTC-4), +18655858280 (Joel Smithers)**
On the other side of Louisville right off of I64

Status: Sent
Delivered: 10/12/2015 2:00:30 PM(UTC-4)
Read: 10/12/2015 2:00:30 PM(UTC-4)

**10/12/2015 2:00:36 PM(UTC-4), +13047419893 (Darryl Williams)**
Cool

Status: Read
Read: 10/12/2015 2:00:36 PM(UTC-4)

**10/12/2015 2:00:41 PM(UTC-4), +18655858280 (Joel Smithers)**
^I-64

Status: Sent
Delivered: 10/12/2015 2:00:41 PM(UTC-4)
Read: 10/12/2015 2:00:42 PM(UTC-4)

**10/12/2015 2:00:53 PM(UTC-4), +13047419893 (Darryl Williams)**
Yep I know where it is

Status: Read
Read: 10/12/2015 2:03:54 PM(UTC-4)

**10/12/2015 2:04:17 PM(UTC-4), +18655858280 (Joel Smithers)**

Attachments:



IMG_0469.JPG
Status: Sent
Delivered: 10/12/2015 2:04:17 PM(UTC-4)
Read: 10/12/2015 2:57:55 PM(UTC-4)

**10/14/2015 7:26:47 PM(UTC-4), +13047419893 (Darryl Williams)**
Hello did you get to fed x those out

Status: Read
Read: 10/14/2015 8:04:39 PM(UTC-4)

**10/14/2015 7:44:38 PM(UTC-4), +13047419893 (Darryl Williams)**
Or did we decide I would pick them up

Status: Read
Read: 10/14/2015 8:04:39 PM(UTC-4)

**10/14/2015 8:05:27 PM(UTC-4), +18655858280 (Joel Smithers)**
I'm just now leaving the office unfortunately, and even if I mailed them tonight they would not leave until tomorrow evening on the FedEx truck so you would not receive them until Friday morning:-/

Status: Sent
Delivered: 10/14/2015 8:05:28 PM(UTC-4)
Read: 10/14/2015 8:05:33 PM(UTC-4)

**10/14/2015 8:06:06 PM(UTC-4), +13047419893 (Darryl Williams)**
Cool.   I will see my friend tommorrow

Status: Read
Read: 10/14/2015 8:06:06 PM(UTC-4)

**10/14/2015 8:06:35 PM(UTC-4), +18855858260 (Joel Smithers)**
I would highly recommend coming tomorrow morning as planned for Debbie's appointment at 10 AM and I will give you an envelope with them in it then. At that time you can also provide me with reimbursement.

**Status:** Sent
**Delivered:** 10/14/2015 8:06:36 PM(UTC-4)
**Read:** 10/14/2015 8:06:36 PM(UTC-4)

**10/14/2015 8:06:53 PM(UTC-4), +18855858260 (Joel Smithers)**
Outstanding

**Status:** Sent
**Delivered:** 10/14/2015 8:06:54 PM(UTC-4)
**Read:** 10/14/2015 8:06:54 PM(UTC-4)

**10/14/2015 8:07:02 PM(UTC-4), +18855858260 (Joel Smithers)**
Y'all drive safe!

**Status:** Sent
**Delivered:** 10/14/2015 8:07:03 PM(UTC-4)
**Read:** 10/14/2015 8:07:03 PM(UTC-4)

**10/14/2015 8:07:32 PM(UTC-4), +13047419893 (Darryl Williams)**
Yes.  Yes.  And yes

**Status:** Read
**Read:** 10/14/2015 8:08:15 PM(UTC-4)

**10/14/2015 8:09:00 PM(UTC-4), +18855858260 (Joel Smithers)**
What I plan to do is while Debbie is filling out her paperwork, when I get a free moment, I will call you back and we can make the transaction in my office.

**Status:** Sent
**Delivered:** 10/14/2015 8:09:00 PM(UTC-4)
**Read:** 10/14/2015 8:09:01 PM(UTC-4)

**10/15/2015 9:36:57 AM(UTC-4), +13047419893 (Darryl Williams)**
Going thru wytheville

**Status:** Read
**Read:** 10/15/2015 10:03:43 AM(UTC-4)

**10/15/2015 9:39:59 AM(UTC-4), +13047419893 (Darryl Williams)**
Be on 58 in 25 mins

**Status:** Read
**Read:** 10/15/2015 10:03:43 AM(UTC-4)

**10/15/2015 10:03:47 AM(UTC-4), +18855858260 (Joel Smithers)**
K

**Status:** Sent
**Delivered:** 10/15/2015 10:03:49 AM(UTC-4)
**Read:** 10/15/2015 10:05:49 AM(UTC-4)

**10/15/2015 10:06:19 AM(UTC-4), +18855858260 (Joel Smithers)**
220 down from Roanoke might be faster...

**Status:** Sent
**Delivered:** 10/15/2015 10:06:19 AM(UTC-4)
**Read:** 10/15/2015 10:06:30 AM(UTC-4)

**10/15/2015 11:26:07 AM(UTC-4), +13047419893 (Darryl Williams)**
U about finished

**Status:** Read
**Read:** 10/15/2015 11:43:46 AM(UTC-4)

**10/15/2015 11:49:21 AM(UTC-4), +18855858260 (Joel Smithers)**
Yes

**Status:** Sent
**Delivered:** 10/15/2015 11:49:51 AM(UTC-4)
**Read:** 10/15/2015 11:49:51 AM(UTC-4)

**10/15/2015 11:49:22 AM(UTC-4), +18855858260 (Joel Smithers)**
Sir

**Status:** Sent
**Delivered:** 10/15/2015 11:49:24 AM(UTC-4)
**Read:** 10/15/2015 11:49:51 AM(UTC-4)

**10/15/2015 11:50:25 AM(UTC-4), +13047419893 (Darryl Williams)**
2 mins away

**Status:** Read
**Read:** 10/15/2015 12:27:32 PM(UTC-4)

**10/15/2015 12:49:05 PM(UTC-4), +13047419893 (Darryl Williams)**

Attachments:

IMG_6521.jpg

**Status:** Read
**Read:** 10/15/2015 12:59:39 PM(UTC-4)



**Dr. ASSAD NASR PharmD. eMBA**

**Pharmacy Director**
Pharmacist - Available 24/7

# KENTUCKIANA PHARMACY

*"The price you want and the care you deserve."*

kentuckianapharmacy@gmail.com
www.kentuckianapharmacy.com

*812-590-2355 work*
*502-337-4828 cell*
*812-590-3355 fax*

Hours operation: 9-7PM Monday-Friday closed  Sat & Sun
We are open for delivery 7 days a week

443 Spring Street suite 303
Jeffersonville, IN 47130

**FREE DELIVERY**
**BEST PRICE IN TOWN**

| 1395 | Inbox | From +13047419893 Darryl Williams* | 10/18/2015 5:06:35 PM(UTC-4) | Read: 10/18/2015 5:14:43 PM(UTC-4) | Read | hing lack of funds |
|------|-------|-----------|--------|--------|------|-------|
| 1396 | Inbox | From +13047419893 Darryl Williams* | 10/18/2015 5:06:35 PM(UTC-4) | Read: 10/18/2015 5:14:43 PM(UTC-4) | Read | They all like u.  Here are thier concerns.  Long drive.  Long wait.  New counsler.  Very few drug stores will fill.  They hate Ms cotton.  But main t |
| 1397 | Sent | To +13047419893 Darryl Williams* | 10/18/2015 4:32:11 PM(UTC-4) | | Sent | No one has to come see me if they don't want to...  I'm sure folks will start to find other places to go that are closer...  And I'll start to get more pt's that are local to my practice,(which is already happening). |
| 1398 | Sent | To +13047419893 Darryl Williams* | 10/18/2015 4:30:53 PM(UTC-4) | | Sent | K |
| 1399 | Inbox | From +13047419893 Darryl Williams* | 10/18/2015 4:30:40 PM(UTC-4) | Read: 10/18/2015 4:30:49 PM(UTC-4) | Read | I will call u in a hour.  I can fix it |
| 1400 | Sent | To +13047419893 Darryl Williams* | 10/18/2015 4:23:46 PM(UTC-4) | | Sent | What are your thoughts and/or suggestions? |
| 1401 | Inbox | From +13047419893 Darryl Williams* | 10/18/2015 4:19:02 PM(UTC-4) | Read: 10/18/2015 4:19:45 PM(UTC-4) | Read | We have Harlow, Miller, Hallaway, Jason bowman and a couple more Who don't have the funds to come back to you.  I have talked to all of them today |
| 1402 | Sent | To +13047419893 Darryl Williams* | 10/18/2015 4:10:28 PM(UTC-4) | | Sent | Why? |
| 1403 | Sent | To +13047419893 Darryl Williams* | 10/18/2015 4:10:22 PM(UTC-4) | | Sent | Office is closed tomorrow |
| 1404 | Sent | To +13047419893 Darryl Williams* | 10/18/2015 4:10:09 PM(UTC-4) | | Sent | I won't be |
| 1405 | Sent | To | 10/17/2015 | | Sent | Queen Baylor IS for real |

9292

**10/15/2015 12:49:57 PM(UTC-4), +13047419893 (Darryl Williams)**
Debbie Renyolds DL

Attachments:



IMG_7156.jpg

Status: Read
Read: 10/15/2015 12:59:39 PM(UTC-4)

**10/18/2015 2:53:12 PM(UTC-4), +13047419893 (Darryl Williams)**
What time u be in tomm morning

Status: Read
Read: 10/18/2015 4:09:26 PM(UTC-4)

**10/18/2015 5:16:49 PM(UTC-4), +18655858260 (Joel Smithers)**
I can fix the mscontin and shorten their wait.  The other issues are unchangeable.

Status: Sent
Delivered: 10/18/2015 5:19:29 PM(UTC-4)
Read: 10/18/2015 5:37:05 PM(UTC-4)

**10/18/2015 5:22:07 PM(UTC-4), +18655858260 (Joel Smithers)**
We can do payment plans for them to catch up over a couple of months.

Status: Sent
Delivered: 10/18/2015 5:22:11 PM(UTC-4)
Read: 10/18/2015 5:37:05 PM(UTC-4)

**10/18/2015 5:37:18 PM(UTC-4), +13047419893 (Darryl Williams)**
I feel if they got 90 and 90 or 90 and 60.  They will stick with ya.    They all are existing pats

Status: Read
Read: 10/18/2015 5:39:03 PM(UTC-4)

**10/18/2015 5:38:29 PM(UTC-4), +13047419893 (Darryl Williams)**
No I can pay you for all of them this Thursday coming or Monday a week from tomm.

Status: Read
Read: 10/18/2015 5:39:03 PM(UTC-4)

**10/18/2015 5:39:17 PM(UTC-4), +13047419893 (Darryl Williams)**
They are bringing me collateral. To hold until I get ur funds

Status: Read
Read: 10/18/2015 5:39:17 PM(UTC-4)

**10/18/2015 5:40:51 PM(UTC-4), +13047419893 (Darryl Williams)**
If u can fed x. Thier scripts that will give all my bunch a little break from traveling this month and give u a little break as well

Status: Read
Read: 10/18/2015 5:40:53 PM(UTC-4)

**10/18/2015 5:41:48 PM(UTC-4), +13047419893 (Darryl Williams)**
No instead of Fed x ing I will send Brandon down early in morning so most of the can fill tommorrow

Status: Read
Read: 10/18/2015 5:41:49 PM(UTC-4)

**10/18/2015 5:41:51 PM(UTC-4), +18655858260 (Joel Smithers)**
I have no problem switching them.  I am quickly seeing that MSContin is almost a complete waste of time... Everyone does so well on opana and sleeps better and comes back and really has no complaints... It seems to simply be a better medicine.

Status: Sent
Delivered: 10/18/2015 5:41:52 PM(UTC-4)
Read: 10/18/2015 5:41:52 PM(UTC-4)

**10/18/2015 5:42:45 PM(UTC-4), +13047419893 (Darryl Williams)**
Yes I will warn all they must come down next month

Status: Read
Read: 10/18/2015 5:42:47 PM(UTC-4)

**10/18/2015 5:43:49 PM(UTC-4), +13047419893 (Darryl Williams)**
They last few guys we have done is as happy as a puppy with 2 peckers

Status: Read
Read: 10/18/2015 5:43:51 PM(UTC-4)

**10/18/2015 5:44:49 PM(UTC-4), +18655858260 (Joel Smithers)**
LoL Excellent!
What was Ms. Debbies response?

Status: Sent
Delivered: 10/18/2015 5:44:50 PM(UTC-4)
Read: 10/18/2015 5:44:50 PM(UTC-4)

**10/18/2015 5:45:27 PM(UTC-4), +13047419893 (Darryl Williams)**
Thursday will need to bring two new patients.   Robert Daniels wife and her mother.   My GF Lora will bring them

Status: Read
Read: 10/18/2015 5:45:28 PM(UTC-4)

**10/18/2015 5:45:57 PM(UTC-4), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 10/18/2015 5:45:57 PM(UTC-4)
Read: 10/18/2015 5:57:13 PM(UTC-4)

**10/18/2015 5:47:34 PM(UTC-4), +13047419893 (Darryl Williams)**
I think ???? my bill is 750. Mine and Debarah Renyolds

Status: Read
Read: 10/18/2015 5:47:36 PM(UTC-4)

**10/18/2015 5:53:43 PM(UTC-4), +13047419893 (Darryl Williams)**
Tommorrow I will need  Pam Harlow.  Racheal miller.  Jason bowman  Lynn Hollaway.  And 1 more

Status: Read
Read: 10/18/2015 5:54:21 PM(UTC-4)

**10/18/2015 5:55:50 PM(UTC-4), +18655858260 (Joel Smithers)**
I won't be back in the office until Tuesday.  The best i can do is to fedex them on Tuesday and y'all get them by Wednesday morning.

Status: Sent
Delivered: 10/18/2015 5:55:51 PM(UTC-4)
Read: 10/18/2015 5:57:13 PM(UTC-4)

**10/18/2015 5:56:23 PM(UTC-4), +18655858260 (Joel Smithers)**
I HAVE to be able to review their charts before writing their Rx's.

Status: Sent
Delivered: 10/18/2015 5:56:24 PM(UTC-4)
Read: 10/18/2015 5:57:13 PM(UTC-4)

**10/18/2015 5:57:15 PM(UTC-4), +13047419893 (Darryl Williams)**
K

Status: Read
Read: 10/18/2015 5:58:05 PM(UTC-4)

**10/18/2015 5:58:04 PM(UTC-4), +13047419893 (Darryl Williams)**
K.  I will have Brandon pick them up Tuesday

Status: Read
Read: 10/18/2015 5:58:06 PM(UTC-4)

**10/18/2015 5:58:20 PM(UTC-4), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 10/18/2015 5:58:21 PM(UTC-4)
Read: 10/18/2015 6:00:38 PM(UTC-4)

**10/18/2015 8:00:47 PM(UTC-4), +18655858260 (Joel Smithers)**
I have 2:30 and 3pm available on Tuesday for any patients you have that want to come including Brandon. For Thursday I have morning slots available at 8:30 and 9 AM.

Status: Sent
Delivered: 10/18/2015 8:00:47 PM(UTC-4)
Read: 10/18/2015 8:01:15 PM(UTC-4)

**10/18/2015 8:01:38 PM(UTC-4), +13047419893 (Darryl Williams)**
K

Status: Read
Read: 10/18/2015 8:01:38 PM(UTC-4)

**10/18/2015 8:02:13 PM(UTC-4), +18655858260 (Joel Smithers)**
Let me know names and days they're coming and I'll reply with times

Status: Sent
Delivered: 10/18/2015 8:02:13 PM(UTC-4)
Read: 10/18/2015 8:02:13 PM(UTC-4)

**10/18/2015 8:04:14 PM(UTC-4), +13047419893 (Darryl Williams)**
K

Status: Read
Read: 10/18/2015 8:04:15 PM(UTC-4)

**10/19/2015 7:24:58 PM(UTC-4), +13047419893 (Darryl Williams)**
Pamala Harloww. Rachel miller Jason Bowman  Lynn Hollaway

Status: Read
Read: 10/19/2015 7:27:02 PM(UTC-4)

**10/19/2015 7:27:11 PM(UTC-4), +18655858260 (Joel Smithers)**
Excellent

Status: Sent
Delivered: 10/19/2015 7:27:23 PM(UTC-4)
Read: 10/19/2015 11:37:07 PM(UTC-4)

**10/19/2015 7:27:20 PM(UTC-4), +18655858260 (Joel Smithers)**
Thx much!

Status: Sent
Delivered: 10/19/2015 7:27:23 PM(UTC-4)
Read: 10/19/2015 11:37:07 PM(UTC-4)

**10/20/2015 9:31:37 AM(UTC-4), +13047419893 (Darryl Williams)**
Ok Brandon is there

Status: Read
Read: 10/20/2015 9:36:02 AM(UTC-4)

**10/20/2015 9:33:49 AM(UTC-4), +13047419893 (Darryl Williams)**
See if ur Kentucky ania pharmist can fill 60 oxymorphone 40s  today

Status: Read
Read: 10/20/2015 9:36:02 AM(UTC-4)

**10/20/2015 9:34:15 AM(UTC-4), +13047419893 (Darryl Williams)**
We will head today

Status: Read
Read: 10/20/2015 9:36:02 AM(UTC-4)

**10/20/2015 9:36:12 AM(UTC-4), +18855858280 (Joel Smithers)**
I'll check with him

Status: Sent
Delivered: 10/20/2015 9:36:13 AM(UTC-4)
Read: 10/20/2015 9:36:15 AM(UTC-4)

**10/20/2015 9:38:24 AM(UTC-4), +18855858280 (Joel Smithers)**
Is it Rashelle Miller?

Status: Sent
Delivered: 10/20/2015 9:38:25 AM(UTC-4)
Read: 10/20/2015 10:00:54 AM(UTC-4)

**10/20/2015 10:10:59 AM(UTC-4), +18855858280 (Joel Smithers)**
So don't do Ms. Miller?

Status: Sent
Delivered: 10/20/2015 10:11:00 AM(UTC-4)
Read: 10/20/2015 10:16:47 AM(UTC-4)

**10/20/2015 10:16:56 AM(UTC-4), +13047419893 (Darryl Williams)**
Yes do miller

Status: Read
Read: 10/20/2015 10:17:11 AM(UTC-4)

**10/20/2015 10:17:23 AM(UTC-4), +18855858280 (Joel Smithers)**
Plus johnson?

Status: Sent
Delivered: 10/20/2015 10:17:23 AM(UTC-4)
Read: 10/20/2015 10:17:23 AM(UTC-4)

**10/20/2015 10:18:40 AM(UTC-4), +13047419893 (Darryl Williams)**
No Johnson  is one of ur other patients down here who don't have a car and can't get filled.   I am helping him

Status: Read
Read: 10/20/2015 10:19:02 AM(UTC-4)

**10/20/2015 10:19:28 AM(UTC-4), +18855858280 (Joel Smithers)**
So don't do Kelly Johnson?

Status: Sent
Delivered: 10/20/2015 10:19:26 AM(UTC-4)
Read: 10/20/2015 10:19:26 AM(UTC-4)

**10/20/2015 10:19:35 AM(UTC-4), +13047419893 (Darryl Williams)**
Hey give them all 90 15roxy and 60-90   oxymorephone

Status: Read
Read: 10/20/2015 10:19:35 AM(UTC-4)

**10/20/2015 10:20:40 AM(UTC-4), +13047419893 (Darryl Williams)**
I was seeing if ur ken Indy. Pharmacist could fill 60 oxymorphone 40s today

Status: Read
Read: 10/20/2015 10:25:32 AM(UTC-4)

**10/20/2015 10:22:22 AM(UTC-4), +13047419893 (Darryl Williams)**
No you don't need to do Johnson

Status: Read
Read: 10/20/2015 10:25:32 AM(UTC-4)

**10/20/2015 10:23:31 AM(UTC-4), +13047419893 (Darryl Williams)**
I need Pam Harlow.  Rachael miller.  Jason bowman. And Lynn miller

Status: Read
Read: 10/20/2015 10:25:32 AM(UTC-4)

**10/20/2015 10:25:37 AM(UTC-4), +18855858280 (Joel Smithers)**
I'll find out

Status: Sent
Delivered: 10/20/2015 10:25:38 AM(UTC-4)
Read: 10/20/2015 10:25:53 AM(UTC-4)

**10/20/2015 10:27:08 AM(UTC-4), +18855858280 (Joel Smithers)**
I will decide what is best for the pt's based on my chart review and adjust their Rx accordingly.  Please, don't tell me what to prescribe ever again unless i ask you, sir.

Status: Sent
Delivered: 10/20/2015 10:27:13 AM(UTC-4)
Read: 10/20/2015 10:27:13 AM(UTC-4)

**10/20/2015 10:28:19 AM(UTC-4), +13047419893 (Darryl Williams)**
Sorry doc. You are the man. Da man

Status: Read
Read: 10/20/2015 10:38:51 AM(UTC-4)

**10/20/2015 10:28:37 AM(UTC-4), +13047419893 (Darryl Williams)**
I was out of line sorry

Status: Read
Read: 10/20/2015 10:38:51 AM(UTC-4)

**10/20/2015 10:38:29 AM(UTC-4), +13047419893 (Darryl Williams)**
Hey it is rashella.  I stand corrected

Status: Read
Read: 10/20/2015 10:38:51 AM(UTC-4)

**10/20/2015 10:39:08 AM(UTC-4), +18655858260 (Joel Smithers)**
This is what I have:

Status: Sent
Delivered: 10/20/2015 10:39:08 AM(UTC-4)
Read: 10/20/2015 10:39:22 AM(UTC-4)

**10/20/2015 10:39:50 AM(UTC-4), +18655858260 (Joel Smithers)**
Attachments:

IMG_5314.jpeg

Status: Sent
Delivered: 10/20/2015 10:39:50 AM(UTC-4)
Read: 10/20/2015 10:39:53 AM(UTC-4)

**10/20/2015 10:40:08 AM(UTC-4), +13047419893 (Darryl Williams)**
Yep that's her

Status: Read
Read: 10/20/2015 10:40:08 AM(UTC-4)

**10/20/2015 10:58:24 AM(UTC-4), +13047419893 (Darryl Williams)**
The ticket will be 1950 after today

Status: Read
Read: 10/20/2015 10:58:40 AM(UTC-4)

**10/20/2015 10:58:44 AM(UTC-4), +18655858260 (Joel Smithers)**
Correct

Status: Sent
Delivered: 10/20/2015 10:58:45 AM(UTC-4)
Read: 10/20/2015 10:58:51 AM(UTC-4)

**10/20/2015 10:59:22 AM(UTC-4), +13047419893 (Darryl Williams)**
I bring it Thursday or Monday

Status: Read
Read: 10/20/2015 10:59:35 AM(UTC-4)

**10/20/2015 10:59:39 AM(UTC-4), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 10/20/2015 10:59:39 AM(UTC-4)
Read: 10/20/2015 10:59:46 AM(UTC-4)

**10/20/2015 11:00:01 AM(UTC-4), +18655858260 (Joel Smithers)**

Status: Sent
Delivered: 10/20/2015 11:00:01 AM(UTC-4)
Read: 10/20/2015 11:00:02 AM(UTC-4)

**10/20/2015 11:00:15 AM(UTC-4), +13047419893 (Darryl Williams)**
U da man

Status: Read
Read: 10/20/2015 11:02:22 AM(UTC-4)

**10/20/2015 11:02:36 AM(UTC-4), +18655858260 (Joel Smithers)**
Almost done...
No hard feelings.

Status: Sent
Delivered: 10/20/2015 11:02:37 AM(UTC-4)
Read: 10/20/2015 11:03:16 AM(UTC-4)

**10/21/2015 3:33:52 PM(UTC-4), +13047419893 (Darryl Williams)**
Need apt for a misty Prater she is existing but hasn't seen since Beaver.    Needs apt Asp

Status: Read
Read: 10/21/2015 3:49:24 PM(UTC-4)

**10/21/2015 3:49:32 PM(UTC-4), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 10/21/2015 3:49:33 PM(UTC-4)
Read: 10/21/2015 3:50:20 PM(UTC-4)

**10/21/2015 3:51:08 PM(UTC-4), +18655858260 (Joel Smithers)**
Tm at 11:30am?

Status: Sent
Delivered: 10/21/2015 3:51:09 PM(UTC-4)
Read: 10/21/2015 3:51:10 PM(UTC-4)

**10/21/2015 3:51:42 PM(UTC-4), +13047419893 (Darryl Williams)**
She has her own funds. C she just could not make contact with ya for some reason.    Cool tm at 1130

Status: Read
Read: 10/21/2015 3:51:42 PM(UTC-4)

**10/21/2015 3:52:43 PM(UTC-4), +18655858260 (Joel Smithers)**
Awesome

Status: Sent
Delivered: 10/21/2015 3:52:44 PM(UTC-4)
Read: 10/21/2015 4:06:10 PM(UTC-4)

**10/21/2015 3:52:45 PM(UTC-4), +18855858280 (Joel Smithers)**
Thx

Status: Sent
Delivered: 10/21/2015 3:53:10 PM(UTC-4)
Read: 10/21/2015 4:06:10 PM(UTC-4)

**10/21/2015 4:06:21 PM(UTC-4), +13047419893 (Darryl Williams)**
U welcome

Status: Read
Read: 10/21/2015 4:31:13 PM(UTC-4)

**10/25/2015 7:31:17 PM(UTC-4), +13047419893 (Darryl Williams)**
Hey you open tommorrow

Status: Read
Read: 10/25/2015 7:38:46 PM(UTC-4)

**10/25/2015 7:32:13 PM(UTC-4), +13047419893 (Darryl Williams)**
A Lisa Aliff was wanting a app. Tommorrow

Status: Read
Read: 10/25/2015 7:38:46 PM(UTC-4)

**10/25/2015 7:40:54 PM(UTC-4), +18855858280 (Joel Smithers)**
We are and she can.

Status: Sent
Delivered: 10/25/2015 7:40:55 PM(UTC-4)
Read: 10/25/2015 7:43:52 PM(UTC-4)

**10/25/2015 7:42:04 PM(UTC-4), +18855858280 (Joel Smithers)**
She can be there at 8:30am

Status: Sent
Delivered: 10/25/2015 7:42:06 PM(UTC-4)
Read: 10/25/2015 7:43:52 PM(UTC-4)

**10/25/2015 7:43:15 PM(UTC-4), +18855858280 (Joel Smithers)**
My other 8:30 cancelled.

Status: Sent
Delivered: 10/25/2015 7:43:15 PM(UTC-4)
Read: 10/25/2015 7:43:52 PM(UTC-4)

**10/25/2015 7:43:41 PM(UTC-4), +18855858280 (Joel Smithers)**
She needs to be there on time

Status: Sent
Delivered: 10/25/2015 7:43:41 PM(UTC-4)
Read: 10/25/2015 7:43:52 PM(UTC-4)

**10/25/2015 7:43:59 PM(UTC-4), +13047419893 (Darryl Williams)**
Ok

Status: Read
Read: 10/25/2015 7:44:03 PM(UTC-4)

**10/25/2015 7:53:08 PM(UTC-4), +13047419893 (Darryl Williams)**
Brandon is coming Tuesday  bringing ur funds

Status: Read
Read: 10/25/2015 7:55:10 PM(UTC-4)

**10/25/2015 7:55:41 PM(UTC-4), +18855858280 (Joel Smithers)**
Excellent
Thank ya, sir.

Status: Sent
Delivered: 10/25/2015 7:55:43 PM(UTC-4)
Read: 10/25/2015 7:55:53 PM(UTC-4)

**10/25/2015 7:56:01 PM(UTC-4), +13047419893 (Darryl Williams)**
No thank you

Status: Read
Read: 10/25/2015 7:56:05 PM(UTC-4)

**10/25/2015 7:56:56 PM(UTC-4), +18855858280 (Joel Smithers)**
Any idea when Mrs. Debbie's gonna pay me a visit?

Status: Sent
Delivered: 10/25/2015 7:56:56 PM(UTC-4)
Read: 10/25/2015 7:57:45 PM(UTC-4)

**10/25/2015 7:58:46 PM(UTC-4), +13047419893 (Darryl Williams)**
She wants to see a one page loan proposal

Status: Read
Read: 10/25/2015 7:59:01 PM(UTC-4)

**10/25/2015 7:59:30 PM(UTC-4), +13047419893 (Darryl Williams)**
I think she will be tied up till after deer season. ( basically thanksgiving)

Status: Read
Read: 10/25/2015 7:59:32 PM(UTC-4)

**10/25/2015 8:01:26 PM(UTC-4), +18855858280 (Joel Smithers)**
Yeah... Just need to see her for a pt visit at some point.

Status: Sent
Delivered: 10/25/2015 8:01:26 PM(UTC-4)
Read: 10/25/2015 8:01:26 PM(UTC-4)

---

**10/25/2015 8:01:38 PM(UTC-4), +13047419893 (Darryl Williams)**
K

Status: Read
Read: 10/25/2015 8:01:38 PM(UTC-4)

---

**10/25/2015 8:02:19 PM(UTC-4), +18855858260 (Joel Smithers)**
...any idea what she is looking to gain from loaning me money? Interest? Equity in the company?

Status: Sent
Delivered: 10/25/2015 8:02:19 PM(UTC-4)
Read: 10/25/2015 8:02:19 PM(UTC-4)

---

**10/25/2015 8:03:39 PM(UTC-4), +18855858260 (Joel Smithers)**
What would you offer her in my position?

Status: Sent
Delivered: 10/25/2015 8:03:39 PM(UTC-4)
Read: 10/25/2015 8:04:23 PM(UTC-4)

---

**10/26/2015 10:10:43 AM(UTC-4), +13047419893 (Darryl Williams)**
Hey the Aliff lady will pay me on the 1st

Status: Read
Read: 10/26/2015 10:27:35 AM(UTC-4)

---

**10/26/2015 10:27:39 AM(UTC-4), +18855858260 (Joel Smithers)**
K

Status: Sent
Delivered: 10/26/2015 10:27:40 AM(UTC-4)
Read: 10/26/2015 10:27:42 AM(UTC-4)

---

**10/26/2015 11:49:25 AM(UTC-4), +13047419893 (Darryl Williams)**
Doc sorry to inform you one of ur patients and my friend past away a few days ago.  Frank Stacy.  Cancer got him and you sure helped his pain the last few months

Status: Read
Read: 10/26/2015 12:11:10 PM(UTC-4)

---

**10/26/2015 11:49:56 AM(UTC-4), +13047419893 (Darryl Williams)**
I want to thank you for that

Status: Read
Read: 10/26/2015 12:11:10 PM(UTC-4)

---

**10/26/2015 12:12:30 PM(UTC-4), +18855858260 (Joel Smithers)**
Wow...

Status: Sent
Delivered: 10/26/2015 12:12:31 PM(UTC-4)
Read: 10/26/2015 12:18:24 PM(UTC-4)

---

**10/26/2015 12:15:54 PM(UTC-4), +18855858260 (Joel Smithers)**
Man... Good reminder to keep doing what I'm doing.

Status: Sent
Delivered: 10/26/2015 12:15:54 PM(UTC-4)
Read: 10/26/2015 12:18:24 PM(UTC-4)

---

**10/27/2015 8:26:01 AM(UTC-4), +13047419893 (Darryl Williams)**
Good morning  I have have Brandon 1150 dollars to give to you and I will send ( wire) him another 900  after he gives u the 1150

Status: Read
Read: 10/27/2015 8:26:22 AM(UTC-4)

---

**10/27/2015 8:26:54 AM(UTC-4), +13047419893 (Darryl Williams)**
I was afraid 2 grand at one time may temp a kid

Status: Read
Read: 10/27/2015 8:26:56 AM(UTC-4)

---

**10/27/2015 8:26:57 AM(UTC-4), +18855858260 (Joel Smithers)**
K

Status: Sent
Delivered: 10/27/2015 8:26:57 AM(UTC-4)
Read: 10/27/2015 8:27:01 AM(UTC-4)

---

**10/27/2015 8:27:43 AM(UTC-4), +18855858260 (Joel Smithers)**
With Ailiff and the 3 others it's going to bring the total to 3150

Status: Sent
Delivered: 10/27/2015 8:27:44 AM(UTC-4)
Read: 10/27/2015 8:27:44 AM(UTC-4)

---

**10/27/2015 8:28:02 AM(UTC-4), +18855858260 (Joel Smithers)**
LoL
No doubt

Status: Sent
Delivered: 10/27/2015 8:28:03 AM(UTC-4)
Read: 10/27/2015 8:28:03 AM(UTC-4)

---

**10/27/2015 8:28:35 AM(UTC-4), +18855858260 (Joel Smithers)**
He seems trustworthy enough... But you really never know with kids these days...

Status: Sent
Delivered: 10/27/2015 8:28:36 AM(UTC-4)
Read: 10/27/2015 8:28:36 AM(UTC-4)

---

**10/27/2015 8:28:54 AM(UTC-4), +13047419893 (Darryl Williams)**
We need scripts for Brandon Goins   Geneva Bowman.  Kevin Smith and  Robert Daniels

Status: Read
Read: 10/27/2015 8:29:06 AM(UTC-4)

**10/27/2015 8:29:10 AM(UTC-4), +18855858260 (Joel Smithers)**
Yup

Status: Sent
Delivered: 10/27/2015 8:29:10 AM(UTC-4)
Read: 10/27/2015 8:29:14 AM(UTC-4)

**10/27/2015 8:29:32 AM(UTC-4), +13047419893 (Darryl Williams)**
Ok will get a total of 1950 today.   Balance Thursday

Status: Read
Read: 10/27/2015 8:29:34 AM(UTC-4)

**10/27/2015 8:29:37 AM(UTC-4), +18855858260 (Joel Smithers)**
That's what I'm working on now

Status: Sent
Delivered: 10/27/2015 8:29:37 AM(UTC-4)
Read: 10/27/2015 8:29:37 AM(UTC-4)

**10/27/2015 8:29:54 AM(UTC-4), +18855858260 (Joel Smithers)**
Sounds like a plan, sir

Status: Sent
Delivered: 10/27/2015 8:29:55 AM(UTC-4)
Read: 10/27/2015 8:29:58 AM(UTC-4)

**10/27/2015 8:31:35 AM(UTC-4), +13047419893 (Darryl Williams)**
Our friend in Louisville can fill them.  He said 90-90 no problem

Status: Read
Read: 10/27/2015 10:03:01 AM(UTC-4)

**10/27/2015 11:44:34 AM(UTC-4), +18855858260 (Joel Smithers)**
Got 1200 here from young Mr. Goins.  He doesn't know when you are wiring funds.

Status: Sent
Delivered: 10/27/2015 11:44:40 AM(UTC-4)
Read: 10/27/2015 11:45:13 AM(UTC-4)

**10/27/2015 12:31:31 PM(UTC-4), +13047419893 (Darryl Williams)**
Hey sending funds in 30 mins

Status: Read
Read: 10/27/2015 12:40:50 PM(UTC-4)

**10/27/2015 12:41:10 PM(UTC-4), +18855858260 (Joel Smithers)**
Where should I tell him to pick it up from?

Status: Sent
Delivered: 10/27/2015 12:41:11 PM(UTC-4)
Read: 10/27/2015 12:41:23 PM(UTC-4)

**10/27/2015 12:41:30 PM(UTC-4), +13047419893 (Darryl Williams)**
Walmart

Status: Read
Read: 10/27/2015 12:41:30 PM(UTC-4)

**10/27/2015 12:42:41 PM(UTC-4), +18855858260 (Joel Smithers)**
K

Status: Sent
Delivered: 10/27/2015 12:42:41 PM(UTC-4)
Read: 10/27/2015 12:43:21 PM(UTC-4)

**10/27/2015 12:42:46 PM(UTC-4), +18855858260 (Joel Smithers)**
Thx!!!

Status: Sent
Delivered: 10/27/2015 12:42:46 PM(UTC-4)
Read: 10/27/2015 12:43:21 PM(UTC-4)

**10/27/2015 12:43:19 PM(UTC-4), +18855858260 (Joel Smithers)**
Call me later about your leg, please.  There are better medicines than Lasix for that issue.

Status: Sent
Delivered: 10/27/2015 12:43:19 PM(UTC-4)
Read: 10/27/2015 12:43:21 PM(UTC-4)

**10/28/2015 8:32:54 PM(UTC-4), +13047419893 (Darryl Williams)**
Can Brandon come down tommorrow and pay u for last bunch and get the following patients scripts.   Neil Jewell.  Brian Harlow. Greg Harlow  Franklin ( Scotty) Williams  if so what time

Status: Read
Read: 10/28/2015 9:22:41 PM(UTC-4)

**10/28/2015 9:23:16 PM(UTC-4), +18855858260 (Joel Smithers)**
Everyone but Scotty per our discussion just now.

Status: Sent
Delivered: 10/28/2015 9:23:16 PM(UTC-4)
Read: 10/28/2015 9:23:28 PM(UTC-4)

**10/28/2015 9:23:30 PM(UTC-4), +13047419893 (Darryl Williams)**
K

Status: Read
Read: 10/28/2015 9:23:31 PM(UTC-4)

**10/28/2015 9:23:44 PM(UTC-4), +18855858260 (Joel Smithers)**
Everyone better be plannin to come in a month.

Status: Sent
Delivered: 10/28/2015 9:23:44 PM(UTC-4)
Read: 10/28/2015 9:23:44 PM(UTC-4)

**10/28/2015 9:31:28 PM(UTC-4), +18855858280 (Joel Smithers)**
I'll be sending you their scheduled times so you can make sure they know and if anyone needs to change they need to call the appointment line (800-373-7883) ASAP to make any changes.

Status: Sent
Delivered: 10/28/2015 9:31:28 PM(UTC-4)
Read: 10/28/2015 9:31:46 PM(UTC-4)

**10/28/2015 9:31:42 PM(UTC-4), +18855858280 (Joel Smithers)**
Thanks for helping everyone out!!!

Status: Sent
Delivered: 10/28/2015 9:31:42 PM(UTC-4)
Read: 10/28/2015 9:31:46 PM(UTC-4)

**10/28/2015 9:36:20 PM(UTC-4), +13047419893 (Darryl Williams)**
Hey I saved half of these guys.  They are all in a lot better mood about things

Status: Read
Read: 10/28/2015 10:12:01 PM(UTC-4)

**10/28/2015 10:12:49 PM(UTC-4), +18855858280 (Joel Smithers)**
Outstanding...
Very true.

Status: Sent
Delivered: 10/28/2015 10:12:49 PM(UTC-4)
Read: 10/28/2015 10:13:07 PM(UTC-4)

**10/29/2015 12:17:43 PM(UTC-4), +13047419893 (Darryl Williams)**
Good afternoon

Status: Read
Read: 10/29/2015 3:09:04 PM(UTC-4)

**10/29/2015 12:24:49 PM(UTC-4), +13047419893 (Darryl Williams)**
I am not suggesting anything however Brian Harlow ask if u can keep his break thru the same. Like u did last vist.  Greg Harlow and Niel Jewell ask for 90 and 90  we all u are Doc and they will take what u write my friend

Status: Read
Read: 10/29/2015 3:09:04 PM(UTC-4)

**10/29/2015 6:02:25 PM(UTC-4), +13047419893 (Darryl Williams)**
Greg Harlow. 06-12-1975

Status: Read
Read: 10/29/2015 6:03:29 PM(UTC-4)

**10/29/2015 6:02:49 PM(UTC-4), +13047419893 (Darryl Williams)**
Sorry that was Brian Harlow

Status: Read
Read: 10/29/2015 6:03:29 PM(UTC-4)

**10/29/2015 6:03:09 PM(UTC-4), +13047419893 (Darryl Williams)**
Brian Harlow. 6-12-75

Status: Read
Read: 10/29/2015 6:03:29 PM(UTC-4)

**10/29/2015 6:03:29 PM(UTC-4), +13047419893 (Darryl Williams)**
Greg Harlow 10-18-1964

Status: Read
Read: 10/29/2015 6:03:30 PM(UTC-4)

**10/29/2015 6:03:33 PM(UTC-4), +18855858280 (Joel Smithers)**
LoL

Status: Sent
Delivered: 10/29/2015 6:03:33 PM(UTC-4)
Read: 10/29/2015 6:03:36 PM(UTC-4)

**10/29/2015 6:03:44 PM(UTC-4), +13047419893 (Darryl Williams)**
Niel Jewell ?

Status: Read
Read: 10/29/2015 6:03:44 PM(UTC-4)

**10/29/2015 6:05:24 PM(UTC-4), +18855858280 (Joel Smithers)**
Need it

Status: Sent
Delivered: 10/29/2015 6:05:24 PM(UTC-4)
Read: 10/29/2015 6:05:26 PM(UTC-4)

**10/29/2015 6:05:50 PM(UTC-4), +13047419893 (Darryl Williams)**
Address  ups store /. Darryl Williams. 2901 Richmond rd suite 130 Lexington ky 40509.   Next day air

Status: Read
Read: 10/29/2015 6:05:50 PM(UTC-4)

**10/29/2015 6:06:08 PM(UTC-4), +18855858280 (Joel Smithers)**


Status: Sent
Delivered: 10/29/2015 6:06:08 PM(UTC-4)
Read: 10/29/2015 6:06:15 PM(UTC-4)

**10/29/2015 6:09:33 PM(UTC-4), +13047419893 (Darryl Williams)**
Hotels was to expensive 500 a night.  So just send it to ups store

Status: Read
Read: 10/29/2015 6:11:24 PM(UTC-4)

1050

**10/29/2015 6:10:14 PM(UTC-4), +13047419893 (Darryl Williams)**
Neil is may of 1958.  Trying to find out day

**Status:** Read
**Read:** 10/29/2015 6:11:24 PM(UTC-4)

**10/29/2015 6:11:46 PM(UTC-4), +18855858260 (Joel Smithers)**
In Lexington?

**Status:** Sent
**Delivered:** 10/29/2015 6:11:46 PM(UTC-4)
**Read:** 10/29/2015 6:11:52 PM(UTC-4)

**10/29/2015 6:11:58 PM(UTC-4), +13047419893 (Darryl Williams)**
Yes

**Status:** Read
**Read:** 10/29/2015 6:13:42 PM(UTC-4)

**10/29/2015 6:12:38 PM(UTC-4), +13047419893 (Darryl Williams)**
I have friend that manages that store

**Status:** Read
**Read:** 10/29/2015 6:13:42 PM(UTC-4)

**10/29/2015 6:13:54 PM(UTC-4), +18855858260 (Joel Smithers)**
There's a bunch of em

**Status:** Sent
**Delivered:** 10/29/2015 6:13:54 PM(UTC-4)
**Read:** 10/29/2015 6:13:54 PM(UTC-4)

**10/29/2015 6:14:05 PM(UTC-4), +13047419893 (Darryl Williams)**
If u can take pic of the scripts I will forward to Indiana

**Status:** Read
**Read:** 10/29/2015 6:14:05 PM(UTC-4)

**10/29/2015 6:14:09 PM(UTC-4), +18855858260 (Joel Smithers)**
Here's one 2 miles from Kentuckiana:

**Status:** Sent
**Delivered:** 10/29/2015 6:14:09 PM(UTC-4)
**Read:** 10/29/2015 6:14:09 PM(UTC-4)

**10/29/2015 6:14:18 PM(UTC-4), +18855858260 (Joel Smithers)**
Attachments:



IMG_0571.PNG
**Status:** Sent
**Delivered:** 10/29/2015 6:14:19 PM(UTC-4)
**Read:** 10/29/2015 6:14:21 PM(UTC-4)

**10/29/2015 6:19:04 PM(UTC-4), +18855858260 (Joel Smithers)**
Attachments:



IMG_0948.jpeg
**Status:** Sent
**Delivered:** 10/29/2015 6:19:05 PM(UTC-4)
**Read:** 10/29/2015 6:19:21 PM(UTC-4)

**10/29/2015 6:19:47 PM(UTC-4), +18855858260 (Joel Smithers)**
Attachments:



IMG_3882.jpeg
**Status:** Sent
**Delivered:** 10/29/2015 6:19:48 PM(UTC-4)
**Read:** 10/29/2015 6:19:56 PM(UTC-4)

**10/29/2015 6:20:55 PM(UTC-4), +18855858260 (Joel Smithers)**
Attachments:



IMG_1637.jpeg
**Status:** Sent
**Delivered:** 10/29/2015 6:20:55 PM(UTC-4)
**Read:** 10/29/2015 6:21:15 PM(UTC-4)

10/29/2015 6:21:17 PM(UTC-4), +18655858260 (Joel Smithers)
Attachments:



IMG_0256.jpeg
Status: Sent
Delivered: 10/29/2015 6:21:18 PM(UTC-4)
Read: 10/29/2015 6:21:23 PM(UTC-4)

---

10/29/2015 6:21:34 PM(UTC-4), +18655858260 (Joel Smithers)
Jewel's are ready minus the DoB:-/

Status: Sent
Delivered: 10/29/2015 6:21:35 PM(UTC-4)
Read: 10/29/2015 6:22:25 PM(UTC-4)

---

10/29/2015 6:22:27 PM(UTC-4), +18655858260 (Joel Smithers)
Why does Assad need you to send pics of the scripts?

Status: Sent
Delivered: 10/29/2015 6:22:27 PM(UTC-4)
Read: 10/29/2015 6:22:27 PM(UTC-4)

---

10/29/2015 6:22:42 PM(UTC-4), +18655858260 (Joel Smithers)
...seems a little shady...

Status: Sent
Delivered: 10/29/2015 6:22:42 PM(UTC-4)
Read: 10/29/2015 6:22:42 PM(UTC-4)

---

10/29/2015 6:22:48 PM(UTC-4), +13047419893 (Darryl Williams)
So he can get them ready

Status: Read
Read: 10/29/2015 6:22:48 PM(UTC-4)

---

10/29/2015 6:22:53 PM(UTC-4), +18655858260 (Joel Smithers)
K

Status: Sent
Delivered: 10/29/2015 6:22:53 PM(UTC-4)
Read: 10/29/2015 6:22:58 PM(UTC-4)

---

10/29/2015 6:23:07 PM(UTC-4), +18655858260 (Joel Smithers)
Jewel's DoB???

Status: Sent
Delivered: 10/29/2015 6:23:07 PM(UTC-4)
Read: 10/29/2015 6:23:07 PM(UTC-4)

---

10/29/2015 6:23:16 PM(UTC-4), +13047419893 (Darryl Williams)
Feb 19 1968

Status: Read
Read: 10/29/2015 6:23:17 PM(UTC-4)

---

10/29/2015 6:23:23 PM(UTC-4), +18655858260 (Joel Smithers)
Fuck

Status: Sent
Delivered: 10/29/2015 6:23:23 PM(UTC-4)
Read: 10/29/2015 6:23:28 PM(UTC-4)

---

10/29/2015 6:23:29 PM(UTC-4), +18655858260 (Joel Smithers)
You sure?

Status: Sent
Delivered: 10/29/2015 6:23:29 PM(UTC-4)
Read: 10/29/2015 6:23:29 PM(UTC-4)

---

10/29/2015 6:23:42 PM(UTC-4), +13047419893 (Darryl Williams)
Yes. I ask twice

Status: Read
Read: 10/29/2015 6:23:43 PM(UTC-4)

---

10/29/2015 6:24:08 PM(UTC-4), +18655858260 (Joel Smithers)
LoL
Outstanding
Well done, sir

Status: Sent
Delivered: 10/29/2015 6:24:08 PM(UTC-4)
Read: 10/29/2015 6:24:08 PM(UTC-4)

---

10/29/2015 6:25:07 PM(UTC-4), +13047419893 (Darryl Williams)
Address  ups store /. Darryl Williams. 2901 Richmond rd suite 130 Lexington ky 40509.   Next day air

Status: Read
Read: 10/29/2015 6:27:04 PM(UTC-4)

---

10/29/2015 6:25:42 PM(UTC-4), +13047419893 (Darryl Williams)
Make sure  my name is on it

Status: Read
Read: 10/29/2015 6:27:04 PM(UTC-4)

---

10/29/2015 6:27:15 PM(UTC-4), +18655858260 (Joel Smithers)
Will dooskies!

Status: Sent
Delivered: 10/29/2015 6:27:15 PM(UTC-4)
Read: 10/29/2015 6:27:20 PM(UTC-4)



**CALL**  **SAVE**  **WEBSITE**

*Store offering shipping, packaging, printing & notary services, plus office supplies.*

325 W Main St #150, Louisville, KY 40202



Closing soon: 07:00 - 19:00

**Joel A. Smithers, D.O.**
WV LIC  2913  · VA LIC  010220464
DEA  FS4850459 · NPI #: 1659639631
445 Commonwealth Blvd East
Martinsville, VA 24112
Phone: (844) 373-7883 · Fax: (844) 550-7109

Name   *Brian Harlow*                          DOB   *6·12·75*

Dx: 338.24                                     Date  *10-29-15*

Rx   Oxycodone 30mg (IR)

Sig: ½ — 1̄ tab q 4-6° PRN
breakthrough pain —

Sp: #60 (sixty).

☐ 1-24
☐ 25-49
☑ 50-74
☐ 75-100
☐ 101-150
☐ 151 and over

This prescription may be filled with a generically equivalent drug product unless the words "Brand Medically Necessary" are written, in the practitioner's own handwriting, on this prescription form.

Prescription is void if more than one (1) prescription is written per blank



WV LIC: 2513
DEA: F3
445 Com
Ma
Phone: (844) 375-7

Name  Greg A

Dx: 338.21.

Rx  Oxycodone 20mg

Sig: ½ – i tab q 4-6°
break through

Disp: #60 (sixty)

**Joel A. Smithers, D.O.**
WV LIC: 2913 • VA LIC: 010220464
DEA: FS4850459 • NPI #: 1659639631
445 Commonwealth Blvd East
Martinsville, VA 24112
Phone: (844) 373-7883 • Fax: (844) 550-7109

Name _____ Brian Harlow _____ DOB 6-12-75

Address _____ Dx = 338.21 _____ Date 10-29-15

Rx Oxymorphone ER 40mg

Sig: ī tab q 8°.

Disp: #90 (ninety).

- ☐ 1-24
- ☐ 25-49
- ☐ 50-74
- ☑ 75-100
- ☐ 101-150
- ☐ 151 and over

*J. DO*

This prescription may be filled with a generically equivalent drug product unless the words "Brand Medically Necessary" are written, in the practitioner's own handwriting, on this prescription.

Prescription is void if more than one (1) prescription is written per blank.



**10/29/2015 6:27:48 PM(UTC-4), +18855858260 (Joel Smithers)**

Attachments:



IMG_7811.jpeg
**Status:** Sent
**Delivered:** 10/29/2015 6:27:48 PM(UTC-4)
**Read:** 10/29/2015 6:28:05 PM(UTC-4)

**10/29/2015 6:28:17 PM(UTC-4), +18855858260 (Joel Smithers)**

Attachments:

IMG_0255.jpeg
**Status:** Sent
**Delivered:** 10/29/2015 6:28:17 PM(UTC-4)
**Read:** 10/29/2015 6:28:20 PM(UTC-4)

**10/29/2015 6:31:20 PM(UTC-4), +18855858260 (Joel Smithers)**
Going to suite 130

**Status:** Sent
**Delivered:** 10/29/2015 6:31:20 PM(UTC-4)
**Read:** 10/29/2015 6:31:24 PM(UTC-4)

**10/29/2015 6:31:44 PM(UTC-4), +13047419893 (Darryl Williams)**
Cool.  I will getter in the morning

**Status:** Read
**Read:** 10/29/2015 6:31:45 PM(UTC-4)

**10/29/2015 6:31:57 PM(UTC-4), +13047419893 (Darryl Williams)**
Put my name all over it

**Status:** Read
**Read:** 10/29/2015 6:31:58 PM(UTC-4)

**10/29/2015 6:32:08 PM(UTC-4), +18855858260 (Joel Smithers)**
Going to have receipt inside

**Status:** Sent
**Delivered:** 10/29/2015 6:32:06 PM(UTC-4)
**Read:** 10/29/2015 6:32:13 PM(UTC-4)

**10/29/2015 6:32:10 PM(UTC-4), +18855858260 (Joel Smithers)**
K

**Status:** Sent
**Delivered:** 10/29/2015 6:32:10 PM(UTC-4)
**Read:** 10/29/2015 6:32:13 PM(UTC-4)

**10/29/2015 6:32:18 PM(UTC-4), +13047419893 (Darryl Williams)**
K

**Status:** Read
**Read:** 10/29/2015 6:32:18 PM(UTC-4)

**10/29/2015 6:32:34 PM(UTC-4), +13047419893 (Darryl Williams)**
Oh get me tracking number

**Status:** Read
**Read:** 10/29/2015 6:32:35 PM(UTC-4)

**10/29/2015 6:32:37 PM(UTC-4), +18855858260 (Joel Smithers)**
Saturday at noon is soonest

**Status:** Sent
**Delivered:** 10/29/2015 6:32:38 PM(UTC-4)
**Read:** 10/29/2015 6:32:37 PM(UTC-4)

**10/29/2015 6:32:41 PM(UTC-4), +18855858260 (Joel Smithers)**
:-/

**Status:** Sent
**Delivered:** 10/29/2015 6:32:41 PM(UTC-4)
**Read:** 10/29/2015 6:32:43 PM(UTC-4)

**10/29/2015 6:32:47 PM(UTC-4), +13047419893 (Darryl Williams)**
Ok

**Status:** Read
**Read:** 10/29/2015 6:32:47 PM(UTC-4)

**10/29/2015 6:32:50 PM(UTC-4), +18855858260 (Joel Smithers)**

**Status:** Sent
**Delivered:** 10/29/2015 6:32:51 PM(UTC-4)
**Read:** 10/29/2015 6:32:53 PM(UTC-4)

**10/29/2015 6:33:05 PM(UTC-4), +13047419893 (Darryl Williams)**
No problem

**Status:** Read
**Read:** 10/29/2015 6:33:05 PM(UTC-4)

---

**10/29/2015 6:33:38 PM(UTC-4), +18855858260 (Joel Smithers)**
9AM on Saturday

**Status:** Sent
**Delivered:** 10/29/2015 6:33:38 PM(UTC-4)
**Read:** 10/29/2015 6:33:38 PM(UTC-4)

---

**10/29/2015 6:35:36 PM(UTC-4), +13047419893 (Darryl Williams)**
Cool

**Status:** Read
**Read:** 10/29/2015 6:38:54 PM(UTC-4)

---

**10/29/2015 6:50:59 PM(UTC-4), +18855858260 (Joel Smithers)**

Attachments:



IMG_9364.jpeg
**Status:** Sent
**Delivered:** 10/29/2015 6:51:00 PM(UTC-4)
**Read:** 10/29/2015 6:54:18 PM(UTC-4)

---

**10/29/2015 6:51:55 PM(UTC-4), +18855858260 (Joel Smithers)**

Attachments:



IMG_3409.jpeg
**Status:** Sent
**Delivered:** 10/29/2015 6:51:55 PM(UTC-4)
**Read:** 10/29/2015 6:54:18 PM(UTC-4)

---

**10/29/2015 6:54:39 PM(UTC-4), +13047419893 (Darryl Williams)**
Thanks for everything

**Status:** Read
**Read:** 10/29/2015 6:55:39 PM(UTC-4)

---

**10/29/2015 6:55:47 PM(UTC-4), +18855858260 (Joel Smithers)**
Most Welcome

**Status:** Sent
**Delivered:** 10/29/2015 6:55:48 PM(UTC-4)
**Read:** 10/29/2015 6:55:51 PM(UTC-4)

---

**10/29/2015 8:33:15 PM(UTC-4), +13047419893 (Darryl Williams)**
Doc I just stole u two patients  a 69 year old man who is going to have a kidney removed within a month.  And his son who got injured bad in a coal mine  I mean he is fucked up.  The son has of good medical records. Has 6 screw L3,4, n 5. S1 disc space is colasped also surgeon tore hole in spinal cord n had to have that repaired. In other words two good patients that u need and that u can help

**Status:** Read
**Read:** 10/29/2015 9:00:10 PM(UTC-4)

---

**10/29/2015 9:01:12 PM(UTC-4), +18855858260 (Joel Smithers)**
WoW
Holy shit

**Status:** Sent
**Delivered:** 10/29/2015 9:01:28 PM(UTC-4)
**Read:** 10/29/2015 9:01:33 PM(UTC-4)

---

**10/29/2015 9:01:27 PM(UTC-4), +18855858260 (Joel Smithers)**
Strong work, sir

**Status:** Sent
**Delivered:** 10/29/2015 9:01:28 PM(UTC-4)
**Read:** 10/29/2015 9:01:33 PM(UTC-4)

---

**10/29/2015 9:02:02 PM(UTC-4), +13047419893 (Darryl Williams)**
They want to come down late next week

**Status:** Read
**Read:** 10/29/2015 9:02:03 PM(UTC-4)

---

**10/29/2015 9:02:22 PM(UTC-4), +18855858260 (Joel Smithers)**
K

**Status:** Sent
**Delivered:** 10/29/2015 9:02:22 PM(UTC-4)
**Read:** 10/29/2015 9:02:28 PM(UTC-4)

---

**10/29/2015 9:02:59 PM(UTC-4), +18855858260 (Joel Smithers)**
I'll have to check the schedule and get back with you.

**Status:** Sent
**Delivered:** 10/29/2015 9:02:59 PM(UTC-4)
**Read:** 10/29/2015 9:02:59 PM(UTC-4)

---

**10/29/2015 9:04:38 PM(UTC-4), +13047419893 (Darryl Williams)**
N p

**Status:** Read
**Read:** 10/29/2015 9:17:45 PM(UTC-4)

---

**10/29/2015 9:10:14 PM(UTC-4), +13047419893 (Darryl Williams)**

I will get u some good patients

**Status:** Read
**Read:** 10/29/2015 9:17:45 PM(UTC-4)

**Joel A. Smithers, D.O.**
WV LIC: 2913 • VA LIC: 010220464
DEA: FS4850459 • NPI #: 1659639631
445 Commonwealth Blvd East
Martinsville, VA 24112
Phone: (844) 373-7883 • Fax: (844) 550-7109

Neil Jewell          DOB 2·19·6?

Dx: 338.2l.          Date 10·29·?

Oxymorphone ER 40mg          ☐ 1-24
                             ☐ 25-49
                             ☐ 50-74
ī tab q 12°·                 ☑ 75-100
                             ☐ 101-150
#90 (ninety).                ☐ 151 and over

This prescription may be filled with a generically equivalent drug product unless the words "Brand Medically Necessary" are written, in the practitioner's own handwriting, on this prescription form.

Prescription is void if more than one (1) prescription is written per blank

**Joel A. Smithers, D.O.**
WV LIC: 2913 · VA LIC: 010220464
DEA: FS4850459 · NPI #: 1659639631
445 Commonwealth Blvd East
Martinsville, VA 24112
Phone: (844) 373-7883 · Fax: (844) 550-7109

Neil Jewell                    DOB 2-19-68

Dx: 338.21                     Date 10-29-15

Oxycodone 15mg (IR)

☐ 1-24
☐ 25-49
☒ 50-74
☐ 75-100
☐ 101-150
☐ 151 and over

1/2 - i tab q 4-6° PRN

breakthrough pain.

#60 (sixty) -

J. D.O.

This prescription may be filled with a generically equivalent drug product unless the words "Brand Medically Necessary" are written, in the practitioner's own handwriting, on this prescription form.

Prescription is void if more than one (1) prescription is written per blank

10/29/15   06:25 PM

We are the one stop for all your
shipping, postal and business needs.

We offer all the services you need
to keep your business going.

||||| |||| ||| || |||| ||| || ||| |||| ||| |||

001 001000 (001)              TO $   81.75
NDA Early AM
Tracking# 1ZY241X74142527023

                         SubTotal $   81.75
                            Total $   81.75

                             Cash $   82.00
                           Change $    0.25-

Receipt ID 83706579820205888623 001 Items
CSH: matt              Tran: 4249 Reg: 001

Thank you for visiting The UPS Store
Track packages at www.theupsstore.com

Whatever your business and personal
needs, we are here to serve you.

We're here to help.
Join our FREE email program to receive

THIS IS NOT A

SHIP DATE:
FRI 30 OCT 2015

EXPECTED DELIVER
SAT 31 OCT 2015
SHIP FROM:
JOEL SMITHERS
202 TOPWATER L
GREENSBORO  NC
(865) 585-8260

SHIP TO:
DARRYL WILLIA
2901 RICHMOND
STE 130
LEXINGTON KY
BUSINESS
(304) 741-98

SHIPPED THR
THE UPS STO
GREENSBORO
(336) 286-3

COMPLETE
HTTP://T
QUESTION

CUSTOME
FOR TEN
AND VAL

Sign

SHIPMENT

Powered by
10/29/2015

# Shipment Receipt:   Page #1 of 1

## THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
FRI 30 OCT 2015

EXPECTED DELIVERY DATE:
SAT 31 OCT 2015 9:00 AM
SHIP FROM:
JOEL SMITHERS
202 TOPWATER LN
GREENSBORO  NC 27455
(865) 585-8260


SHIP TO:
DARRYL WILLIAMS
2901 RICHMOND RD
STE 130
LEXINGTON KY 40509-1763
BUSINESS
(304) 741-9893


SHIPPED THROUGH:
THE UPS STORE #5489
GREENSBORO,NC 27410-9800
(336) 286-3467

SHIPMENT INFORMATION:
UPS NEXT DAY AIR EARLY AM COM
0.05 LBS ACTUAL WT
LTR BILLED WEIGHT
CARRIER LETTER
ADULT SIG REQ (W/DELV CONFIRM)
SATURDAY DELIVERY


TRACKING NUMBER: 1ZY241X74142527023
SHIPMENT ID: MMF2Y7EMBB0BP
SHIP REF 1: 103015
SHIP REF 2: MCB

DESCRIPTION OF GOODS:
LETTER

SHIPMENT CHARGES:
NEXT DAY AIR EARLY AM COM        57.25
SERVICE OPTIONS                 22.10
FUEL SURCHARGE                   2.20
CMS PROCESSING FEE               0.20

TOTAL                          $81.75

COMPLETE ONLINE TRACKING:  ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://THEUPSSTORE.COM  (SELECT TRACKING, ENTER SHIPMENT ID #)    SHIPMENT
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

The UPS Store

| 1342 | Sent | To<br>+13047419893<br>Darryl Williams* | 11/3/2015<br>5:10:06 PM(UTC-5) | | Sent | Damn son... That sucks!!!<br>All those folks should have been here today.<br>What happened??? | |

**10/29/2015 9:17:59 PM(UTC-4), +18655858280 (Joel Smithers)**
Outstanding

**Status:** Sent
**Delivered:** 10/29/2015 9:18:00 PM(UTC-4)
**Read:** 10/29/2015 9:18:30 PM(UTC-4)

**10/29/2015 9:18:02 PM(UTC-4), +18655858280 (Joel Smithers)**
Tu

**Status:** Sent
**Delivered:** 10/29/2015 9:18:02 PM(UTC-4)
**Read:** 10/29/2015 9:18:30 PM(UTC-4)

**11/1/2015 4:58:10 PM(UTC-5), +13047419893 (Darryl Williams)**
Got 2 new people wanting to come.   Nick Miller and a Tim Hatfield

**Status:** Read
**Read:** 11/1/2015 8:35:54 PM(UTC-5)

**11/1/2015 4:58:28 PM(UTC-5), +13047419893 (Darryl Williams)**
Can they come Tuesday

**Status:** Read
**Read:** 11/1/2015 8:35:55 PM(UTC-5)

**11/1/2015 7:11:50 PM(UTC-5), +13047419893 (Darryl Williams)**
I got ur funds

**Status:** Read
**Read:** 11/1/2015 8:35:55 PM(UTC-5)

**11/1/2015 9:19:15 PM(UTC-5), +18655858280 (Joel Smithers)**
I am booked up this entire week.  I'll give you some dates for next week when ai get a chance.  Glad to be able to help!  Thanks for finding others who need the assistance.

**Status:** Sent
**Delivered:** 11/1/2015 9:19:19 PM(UTC-5)
**Read:** 11/1/2015 9:49:59 PM(UTC-5)

**11/3/2015 4:54:07 PM(UTC-5), +13047419893 (Darryl Williams)**
Back in I CU  foot swelled and infected

**Status:** Read
**Read:** 11/3/2015 5:09:09 PM(UTC-5)

**11/3/2015 4:54:09 PM(UTC-5), +13047419893 (Darryl Williams)**
Lora kicklighter  Rebecca Pritt.  Michael Robinette and Scottie Williams

**Status:** Read
**Read:** 11/3/2015 5:09:09 PM(UTC-5)

**11/3/2015 5:23:48 PM(UTC-5), +13047419893 (Darryl Williams)**
OMG  I have been in hospital since Monday morning

**Status:** Read
**Read:** 11/3/2015 5:57:46 PM(UTC-5)

**11/3/2015 5:24:28 PM(UTC-5), +13047419893 (Darryl Williams)**
My girlfriend talked like she knew when to be there

**Status:** Read
**Read:** 11/3/2015 5:57:46 PM(UTC-5)

**11/3/2015 5:27:22 PM(UTC-5), +13047419893 (Darryl Williams)**
She said 1030 wensday

**Status:** Read
**Read:** 11/3/2015 5:57:46 PM(UTC-5)

**11/3/2015 6:00:34 PM(UTC-5), +18655858280 (Joel Smithers)**
I'm very sorry to hear that:-/

**Status:** Sent
**Delivered:** 11/3/2015 6:02:16 PM(UTC-5)
**Read:** 11/3/2015 7:38:30 PM(UTC-5)

**11/3/2015 6:02:07 PM(UTC-5), +18655858280 (Joel Smithers)**

Attachments:



IMG_0591.JPG

**Status:** Sent
**Delivered:** 11/3/2015 6:02:17 PM(UTC-5)
**Read:** 11/3/2015 7:38:30 PM(UTC-5)

**11/3/2015 6:02:16 PM(UTC-5), +13047419893 (Darryl Williams)**
Or what

**Status:** Read
**Read:** 11/3/2015 6:02:16 PM(UTC-5)

11/3/2015 6:02:20 PM(UTC-5), +18655858260 (Joel Smithers)
Attachments:



IMG_0592.JPG
Status: Sent
Delivered: 11/3/2015 6:02:21 PM(UTC-5)
Read: 11/3/2015 7:38:30 PM(UTC-5)

11/3/2015 6:04:29 PM(UTC-5), +18655858260 (Joel Smithers)
?
Status: Sent
Delivered: 11/3/2015 6:04:31 PM(UTC-5)
Read: 11/3/2015 7:38:30 PM(UTC-5)

11/3/2015 6:30:13 PM(UTC-5), +13047419893 (Darryl Williams)
Well what does these 4 gooney birds need to do.  1 come tommorrow
Status: Read
Read: 11/3/2015 6:50:00 PM(UTC-5)

11/3/2015 6:30:48 PM(UTC-5), +13047419893 (Darryl Williams)
2  jump at lovers leap
Status: Read
Read: 11/3/2015 6:50:00 PM(UTC-5)

11/3/2015 7:25:53 PM(UTC-5), +13047419893 (Darryl Williams)
I am so sorry
Status: Read
Read: 11/3/2015 7:35:57 PM(UTC-5)

11/3/2015 7:28:08 PM(UTC-5), +13047419893 (Darryl Williams)
Doc please forgive us
Status: Read
Read: 11/3/2015 7:35:57 PM(UTC-5)

11/3/2015 7:33:13 PM(UTC-5), +13047419893 (Darryl Williams)
I am defiantly off my game
Status: Read
Read: 11/3/2015 7:35:57 PM(UTC-5)

11/3/2015 7:33:21 PM(UTC-5), +13047419893 (Darryl Williams)
Attachments:

IMG_8215.jpeg
Status: Read
Read: 11/3/2015 7:35:57 PM(UTC-5)

11/3/2015 7:36:44 PM(UTC-5), +18655858260 (Joel Smithers)
Dear grief... You need a doctor, sir.
Status: Sent
Delivered: 11/3/2015 7:36:53 PM(UTC-5)
Read: 11/3/2015 7:38:30 PM(UTC-5)

11/3/2015 7:37:28 PM(UTC-5), +18655858260 (Joel Smithers)
...bet that hurts!!!
Status: Sent
Delivered: 11/3/2015 7:37:31 PM(UTC-5)
Read: 11/3/2015 7:38:30 PM(UTC-5)

11/3/2015 7:38:20 PM(UTC-5), +18655858260 (Joel Smithers)
I'm booked up the rest of this week... I'll get back with you when they can come but it definitely is NOT tomorrow.
Status: Sent
Delivered: 11/3/2015 7:38:23 PM(UTC-5)
Read: 11/3/2015 7:38:30 PM(UTC-5)

11/3/2015 7:44:07 PM(UTC-5), +13047419893 (Darryl Williams)
Oh ok. Boy these guys will be out of meds.   I am staying in ICU.  Lol. Lol
Status: Read
Read: 11/3/2015 7:53:08 PM(UTC-5)

11/3/2015 7:56:30 PM(UTC-5), +18655858260 (Joel Smithers)
When can I call you?
Status: Sent
Delivered: 11/3/2015 7:56:33 PM(UTC-5)
Read: 11/3/2015 7:57:25 PM(UTC-5)

11/3/2015 8:57:37 PM(UTC-5), +13047419893 (Darryl Williams)
They are moving me into a different room  then u can call
Status: Read
Read: 11/3/2015 9:13:41 PM(UTC-5)

11/3/2015 9:13:48 PM(UTC-5), +18655858260 (Joel Smithers)
K
Status: Sent
Delivered: 11/3/2015 9:13:53 PM(UTC-5)
Read: 11/3/2015 9:31:23 PM(UTC-5)

11/4/2015 7:34:07 AM(UTC-5), +13047419893 (Darryl Williams)
Did a little research we need to find u a deal on a 4-5 K Square ft House

Status: Read
Read: 11/4/2015 7:34:25 AM(UTC-5)

11/4/2015 7:34:31 AM(UTC-5), +18655858280 (Joel Smithers)
K

Status: Sent
Delivered: 11/4/2015 7:34:31 AM(UTC-5)
Read: 11/4/2015 7:34:35 AM(UTC-5)

11/4/2015 7:34:40 AM(UTC-5), +18655858280 (Joel Smithers)
Outfuckingstanding...

Status: Sent
Delivered: 11/4/2015 7:34:40 AM(UTC-5)
Read: 11/4/2015 7:34:40 AM(UTC-5)

11/4/2015 7:34:45 AM(UTC-5), +18655858280 (Joel Smithers)
LoL...

Status: Sent
Delivered: 11/4/2015 7:34:46 AM(UTC-5)
Read: 11/4/2015 7:34:49 AM(UTC-5)

11/4/2015 7:35:34 AM(UTC-5), +18655858280 (Joel Smithers)
Is Debbie gonna help finance????

Status: Sent
Delivered: 11/4/2015 7:35:38 AM(UTC-5)
Read: 11/4/2015 7:35:38 AM(UTC-5)

11/4/2015 7:35:54 AM(UTC-5), +13047419893 (Darryl Williams)
Put some lip stick on it and pay u down

Status: Read
Read: 11/4/2015 7:36:08 AM(UTC-5)

**11/4/2015 7:37:16 AM(UTC-5), +18655858280 (Joel Smithers)**
Sounds like a grand plan my man, i just have no fucking clue where that kinda dough is gonna cum frum

Status: Sent
Delivered: 11/4/2015 7:38:21 AM(UTC-5)
Read: 11/4/2015 7:39:44 AM(UTC-5)

**11/4/2015 7:39:11 AM(UTC-5), +18655858280 (Joel Smithers)**
4-5k sqft is gonna be minimum +200k+

Status: Sent
Delivered: 11/4/2015 7:39:12 AM(UTC-5)
Read: 11/4/2015 7:39:44 AM(UTC-5)

**11/4/2015 7:41:09 AM(UTC-5), +13047419893 (Darryl Williams)**
I am sure if I come sit down 30 days we can find a land deal to flip that debt on then trust me u will need it for tax purposes

Status: Read
Read: 11/4/2015 7:43:06 AM(UTC-5)

**11/4/2015 7:42:15 AM(UTC-5), +13047419893 (Darryl Williams)**
Need room to grow.   Finance ur cars, Aircraft and all in your residential property

Status: Read
Read: 11/4/2015 7:43:06 AM(UTC-5)

**11/4/2015 7:43:21 AM(UTC-5), +18655858280 (Joel Smithers)**
True

Status: Sent
Delivered: 11/4/2015 7:43:22 AM(UTC-5)
Read: 11/4/2015 7:43:27 AM(UTC-5)

**11/4/2015 7:44:13 AM(UTC-5), +18655858280 (Joel Smithers)**
It is unbelievably ridiculous how much money I could be saving right now if I didn't have all this fucking debt...

Status: Sent
Delivered: 11/4/2015 7:44:16 AM(UTC-5)
Read: 11/4/2015 7:44:16 AM(UTC-5)

**11/4/2015 7:44:32 AM(UTC-5), +18655858280 (Joel Smithers)**
I keep telling my wife that I need to quit medicine and become a banker:-/

Status: Sent
Delivered: 11/4/2015 7:44:35 AM(UTC-5)
Read: 11/4/2015 7:44:35 AM(UTC-5)

**11/4/2015 7:53:12 AM(UTC-5), +13047419893 (Darryl Williams)**
No you have a cow giving cash now   We need to learn how to 1. Protect it grow it. Leveridge it.  And retain most of it long term

Status: Read
Read: 11/4/2015 7:55:12 AM(UTC-5)

**11/4/2015 7:54:37 AM(UTC-5), +13047419893 (Darryl Williams)**
I hardest thing u have accomplished it  learn how to make steady injections of cash

Status: Read
Read: 11/4/2015 7:55:12 AM(UTC-5)

**11/4/2015 7:55:13 AM(UTC-5), +13047419893 (Darryl Williams)**
U have mastered that.

Status: Read
Read: 11/4/2015 7:55:14 AM(UTC-5)

**11/4/2015 7:55:37 AM(UTC-5), +18655858280 (Joel Smithers)**
All very true.

Status: Sent
Delivered: 11/4/2015 7:55:38 AM(UTC-5)
Read: 11/4/2015 7:55:40 AM(UTC-5)

**11/4/2015 7:56:08 AM(UTC-5), +18655858280 (Joel Smithers)**
Also have to know who I can trust who I can't.

Status: Sent
Delivered: 11/4/2015 7:56:07 AM(UTC-5)
Read: 11/4/2015 7:56:07 AM(UTC-5)

**11/4/2015 7:56:24 AM(UTC-5), +13047419893 (Darryl Williams)**
1  Pro.  You can bring in 10 K a day cash.    Very few can do that

Status: Read
Read: 11/4/2015 7:56:24 AM(UTC-5)

**11/4/2015 7:56:41 AM(UTC-5), +18655858280 (Joel Smithers)**
...cause everyone and their best buddy wants to soak doctors for all they're worth!!!

Status: Sent
Delivered: 11/4/2015 7:56:45 AM(UTC-5)
Read: 11/4/2015 7:56:44 AM(UTC-5)

**11/4/2015 7:56:58 AM(UTC-5), +18655858280 (Joel Smithers)**
Very true.

Status: Sent
Delivered: 11/4/2015 7:56:58 AM(UTC-5)
Read: 11/4/2015 7:57:01 AM(UTC-5)

**11/4/2015 7:57:08 AM(UTC-5), +13047419893 (Darryl Williams)**
Ur fault.    Don't let them

Status: Read
Read: 11/4/2015 7:57:06 AM(UTC-5)

**11/4/2015 7:57:23 AM(UTC-5), +18855858280 (Joel Smithers)**
Question remains how to keep the governments greedy hands off of it:-/

Status: Sent
Delivered: 11/4/2015 7:57:26 AM(UTC-5)
Read: 11/4/2015 7:57:25 AM(UTC-5)

**11/4/2015 7:58:03 AM(UTC-5), +13047419893 (Darryl Williams)**
1 way. Show expences

Status: Read
Read: 11/4/2015 7:58:03 AM(UTC-5)

**11/4/2015 7:58:31 AM(UTC-5), +18855858280 (Joel Smithers)**
The older I get the more I'm learning that there are very very very few people left in this world that a man can trust.

Status: Sent
Delivered: 11/4/2015 7:58:34 AM(UTC-5)
Read: 11/4/2015 7:58:33 AM(UTC-5)

**11/4/2015 7:58:33 AM(UTC-5), +13047419893 (Darryl Williams)**
Mainly to yourself and friendly so

Status: Read
Read: 11/4/2015 7:58:33 AM(UTC-5)

**11/4/2015 7:58:42 AM(UTC-5), +18855858280 (Joel Smithers)**
VERY TRUE!!!

Status: Sent
Delivered: 11/4/2015 7:58:42 AM(UTC-5)
Read: 11/4/2015 7:58:42 AM(UTC-5)

**11/4/2015 7:59:08 AM(UTC-5), +18855858280 (Joel Smithers)**
Expense expense expense!!!

Status: Sent
Delivered: 11/4/2015 7:59:10 AM(UTC-5)
Read: 11/4/2015 7:59:10 AM(UTC-5)

**11/4/2015 7:59:16 AM(UTC-5), +13047419893 (Darryl Williams)**
█████ and lawyers. Roots of all evil

Status: Read
Read: 11/4/2015 7:59:16 AM(UTC-5)

**11/4/2015 7:59:38 AM(UTC-5), +13047419893 (Darryl Williams)**
Es. ██████ lawyer

Status: Read
Read: 11/4/2015 7:59:38 AM(UTC-5)

**11/4/2015 7:59:48 AM(UTC-5), +18855858280 (Joel Smithers)**
My wife keeps ragging me that we're going to owe the IRS over $30,000 at the end of this year and I keep reminding her how expensive it is to start a business and how many expenses we have LOL

Status: Sent
Delivered: 11/4/2015 7:59:48 AM(UTC-5)
Read: 11/4/2015 7:59:47 AM(UTC-5)

**11/4/2015 8:00:16 AM(UTC-5), +18855858280 (Joel Smithers)**
Hahahaha sad but unbelievably TRUE!!!

Status: Sent
Delivered: 11/4/2015 8:00:20 AM(UTC-5)
Read: 11/4/2015 8:00:20 AM(UTC-5)

**11/4/2015 8:00:22 AM(UTC-5), +13047419893 (Darryl Williams)**
You lhave it whipped. U can make it

Status: Read
Read: 11/4/2015 8:00:22 AM(UTC-5)

**11/4/2015 8:01:00 AM(UTC-5), +18855858280 (Joel Smithers)**
I just have to keep the DEA and State Board of medicine off of my back

Status: Sent
Delivered: 11/4/2015 8:01:00 AM(UTC-5)
Read: 11/4/2015 8:01:00 AM(UTC-5)

**11/4/2015 8:01:22 AM(UTC-5), +13047419893 (Darryl Williams)**
I hope u owe them 10 M. A year

Status: Read
Read: 11/4/2015 8:01:23 AM(UTC-5)

**11/4/2015 8:01:31 AM(UTC-5), +18855858280 (Joel Smithers)**
LoL

Status: Sent
Delivered: 11/4/2015 8:01:32 AM(UTC-5)
Read: 11/4/2015 8:01:35 AM(UTC-5)

**11/4/2015 8:01:42 AM(UTC-5), +18855858280 (Joel Smithers)**
...that'll be the day...

Status: Sent
Delivered: 11/4/2015 8:01:44 AM(UTC-5)
Read: 11/4/2015 8:01:43 AM(UTC-5)

**11/4/2015 8:01:58 AM(UTC-5), +13047419893 (Darryl Williams)**
A Good plan don't have to cost a fortune

Status: Read
Read: 11/4/2015 8:01:59 AM(UTC-5)

11/4/2015 8:01:58 AM(UTC-5), +18855858260 (Joel Smithers)
Need some serious assets to be able to do that friend

Status: Sent
Delivered: 11/4/2015 8:01:59 AM(UTC-5)
Read: 11/4/2015 8:01:58 AM(UTC-5)

11/4/2015 8:02:08 AM(UTC-5), +18855858260 (Joel Smithers)
Agreed

Status: Sent
Delivered: 11/4/2015 8:02:08 AM(UTC-5)
Read: 11/4/2015 8:02:14 AM(UTC-5)

11/4/2015 8:02:25 AM(UTC-5), +13047419893 (Darryl Williams)
A good lawyer don't have to cost a fortune

Status: Read
Read: 11/4/2015 8:02:25 AM(UTC-5)

11/4/2015 8:02:34 AM(UTC-5), +18855858260 (Joel Smithers)
But it damn sure needs to be a good fucking plan.

Status: Sent
Delivered: 11/4/2015 8:02:35 AM(UTC-5)
Read: 11/4/2015 8:02:35 AM(UTC-5)

11/4/2015 8:02:39 AM(UTC-5), +18855858260 (Joel Smithers)
True.

Status: Sent
Delivered: 11/4/2015 8:02:40 AM(UTC-5)
Read: 11/4/2015 8:02:43 AM(UTC-5)

11/4/2015 8:03:32 AM(UTC-5), +13047419893 (Darryl Williams)
You are a operating  cash cow right now.  Grow it protect it

Status: Read
Read: 11/4/2015 8:03:33 AM(UTC-5)

11/4/2015 8:04:02 AM(UTC-5), +18855858260 (Joel Smithers)
Yup

Status: Sent
Delivered: 11/4/2015 8:04:04 AM(UTC-5)
Read: 11/4/2015 8:04:08 AM(UTC-5)

11/4/2015 8:04:27 AM(UTC-5), +13047419893 (Darryl Williams)
Take photos of ur clients that are fucked up  and hang them on the wall

Status: Read
Read: 11/4/2015 8:04:29 AM(UTC-5)

11/4/2015 8:04:47 AM(UTC-5), +13047419893 (Darryl Williams)
Out sight out of mind

Status: Read
Read: 11/4/2015 8:04:48 AM(UTC-5)

11/4/2015 8:05:08 AM(UTC-5), +13047419893 (Darryl Williams)
We want to show them the pain

Status: Read
Read: 11/4/2015 8:05:09 AM(UTC-5)

11/4/2015 8:05:13 AM(UTC-5), +18855858260 (Joel Smithers)
Yeah...

Status: Sent
Delivered: 11/4/2015 8:05:14 AM(UTC-5)
Read: 11/4/2015 8:05:14 AM(UTC-5)

11/4/2015 8:05:44 AM(UTC-5), +18855858260 (Joel Smithers)
We need a serious strategy session by phone or in person... By phone will probably be easier to coordinate.

Status: Sent
Delivered: 11/4/2015 8:05:47 AM(UTC-5)
Read: 11/4/2015 8:05:47 AM(UTC-5)

11/4/2015 8:06:17 AM(UTC-5), +18855858260 (Joel Smithers)
How much commission or how would you like to be repaid for your expertise and assistance?

Status: Sent
Delivered: 11/4/2015 8:06:21 AM(UTC-5)
Read: 11/4/2015 8:06:20 AM(UTC-5)

11/4/2015 8:06:56 AM(UTC-5), +13047419893 (Darryl Williams)
You have one of the smartest and most exp person you will ever meet giving u free advise and handing u cash

Status: Read
Read: 11/4/2015 8:06:57 AM(UTC-5)

11/4/2015 8:07:36 AM(UTC-5), +13047419893 (Darryl Williams)
Doc u don't understand I already am

Status: Read
Read: 11/4/2015 8:07:36 AM(UTC-5)

11/4/2015 8:07:37 AM(UTC-5), +18855858260 (Joel Smithers)
And who might that be?

Status: Sent
Delivered: 11/4/2015 8:07:37 AM(UTC-5)
Read: 11/4/2015 8:07:41 AM(UTC-5)

**11/4/2015 8:07:45 AM(UTC-5), +18855858260 (Joel Smithers)**
Oooohhhh

Status: Sent
Delivered: 11/4/2015 8:07:45 AM(UTC-5)
Read: 11/4/2015 8:07:46 AM(UTC-5)

**11/4/2015 8:08:00 AM(UTC-5), +18855858260 (Joel Smithers)**

Status: Sent
Delivered: 11/4/2015 8:08:03 AM(UTC-5)
Read: 11/4/2015 8:08:07 AM(UTC-5)

**11/4/2015 8:09:10 AM(UTC-5), +13047419893 (Darryl Williams)**
Shit u need to meet Paul Synder.  ( lawyer).  He can help u so much

Status: Read
Read: 11/4/2015 8:09:10 AM(UTC-5)

**11/4/2015 8:10:11 AM(UTC-5), +18855858260 (Joel Smithers)**
True... I really need to talk to him and come up with a battle plan to fight these fuckers.

Status: Sent
Delivered: 11/4/2015 8:10:12 AM(UTC-5)
Read: 11/4/2015 8:10:13 AM(UTC-5)

**11/4/2015 8:12:09 AM(UTC-5), +18855858260 (Joel Smithers)**
I need a bulldog. I need someone who is not easily intimidated and willing to go toe to toe with any government agency anytime anywhere to protect me, my family, my practice, and any other business interests I might accrue over time.

Status: Sent
Delivered: 11/4/2015 8:12:13 AM(UTC-5)
Read: 11/4/2015 8:12:48 AM(UTC-5)

**11/4/2015 8:13:58 AM(UTC-5), +13047419893 (Darryl Williams)**
U need Paul.   I thought a Fed Judge was going to send him and his client to jail

Status: Read
Read: 11/4/2015 8:16:38 AM(UTC-5)

**11/4/2015 8:14:39 AM(UTC-5), +13047419893 (Darryl Williams)**
Paul does it in the manifest of justice not money

Status: Read
Read: 11/4/2015 8:16:38 AM(UTC-5)

**11/4/2015 8:15:02 AM(UTC-5), +13047419893 (Darryl Williams)**
I won't quit

Status: Read
Read: 11/4/2015 8:16:38 AM(UTC-5)

**11/4/2015 8:15:18 AM(UTC-5), +13047419893 (Darryl Williams)**
He won't quit

Status: Read
Read: 11/4/2015 8:16:38 AM(UTC-5)

**11/4/2015 8:16:01 AM(UTC-5), +13047419893 (Darryl Williams)**
If we can bullit proof u right now before they come

Status: Read
Read: 11/4/2015 8:16:38 AM(UTC-5)

**11/4/2015 8:23:08 AM(UTC-5), +13047419893 (Darryl Williams)**
And he is cheap and he has a cheap criminal lawyer friend that does major drug cases

Status: Read
Read: 11/4/2015 8:23:15 AM(UTC-5)

**11/4/2015 8:23:51 AM(UTC-5), +18855858260 (Joel Smithers)**
Hmmmm
Nice

Status: Sent
Delivered: 11/4/2015 8:23:58 AM(UTC-5)
Read: 11/4/2015 8:23:58 AM(UTC-5)

**11/4/2015 8:27:44 AM(UTC-5), +13047419893 (Darryl Williams)**
I can find u more exp lawyers. Then Paul.  But none no better

Status: Read
Read: 11/4/2015 8:28:12 AM(UTC-5)

**11/4/2015 8:28:01 AM(UTC-5), +13047419893 (Darryl Williams)**
He also is a computer guroo

Status: Read
Read: 11/4/2015 8:28:12 AM(UTC-5)

**11/4/2015 8:28:14 AM(UTC-5), +13047419893 (Darryl Williams)**
Does websites

Status: Read
Read: 11/4/2015 8:28:14 AM(UTC-5)

**11/4/2015 8:28:29 AM(UTC-5), +18855858260 (Joel Smithers)**

Status: Sent
Delivered: 11/4/2015 8:28:30 AM(UTC-5)
Read: 11/4/2015 8:28:31 AM(UTC-5)

**11/4/2015 8:29:01 AM(UTC-5), +13047419893 (Darryl Williams)**
You should read some of the briefs he drafted for me

Status: Read
Read: 11/4/2015 8:29:08 AM(UTC-5)

**11/4/2015 8:29:28 AM(UTC-5), +13047419893 (Darryl Williams)**
Lot of them are Federal case law now

Status: Read
Read: 11/4/2015 8:29:26 AM(UTC-5)

**11/4/2015 8:30:16 AM(UTC-5), +18855858260 (Joel Smithers)**
Please!!!
Email me:
jasmithers
@gmail.com

Status: Sent
Delivered: 11/4/2015 8:30:17 AM(UTC-5)
Read: 11/4/2015 8:55:20 AM(UTC-5)

**11/4/2015 3:25:28 PM(UTC-5), +13047419893 (Darryl Williams)**
Paul we need to protect you.  He said Bernie Madoff had good cash flow for a while

Status: Read
Read: 11/4/2015 3:28:30 PM(UTC-5)

**11/4/2015 4:03:59 PM(UTC-5), +18855858260 (Joel Smithers)**
Agreed.

Status: Sent
Delivered: 11/4/2015 4:04:00 PM(UTC-5)
Read: 11/4/2015 4:04:31 PM(UTC-5)

**11/4/2015 4:04:01 PM(UTC-5), +18855858260 (Joel Smithers)**
Yup

Status: Sent
Delivered: 11/4/2015 4:04:02 PM(UTC-5)
Read: 11/4/2015 4:04:31 PM(UTC-5)

**11/4/2015 4:04:16 PM(UTC-5), +18855858260 (Joel Smithers)**
How's the foot?

Status: Sent
Delivered: 11/4/2015 4:04:17 PM(UTC-5)
Read: 11/4/2015 4:04:31 PM(UTC-5)

**11/4/2015 4:05:54 PM(UTC-5), +13047419893 (Darryl Williams)**
They gave me a bunch of IVs getting infection down out of foot.  Now the they have me on pills only and giving me water to reduce swelling

Status: Read
Read: 11/4/2015 4:22:28 PM(UTC-5)

**11/4/2015 4:08:27 PM(UTC-5), +13047419893 (Darryl Williams)**
Water pills to get swelling down

Status: Read
Read: 11/4/2015 4:22:28 PM(UTC-5)

**11/4/2015 4:07:08 PM(UTC-5), +13047419893 (Darryl Williams)**
Said my breathing is causing my heart rate to fluctuate

Status: Read
Read: 11/4/2015 4:22:28 PM(UTC-5)

**11/4/2015 4:08:17 PM(UTC-5), +13047419893 (Darryl Williams)**
Said they got to get my breathing right and heart rate down and watch for clots and I will be ok

Status: Read
Read: 11/4/2015 4:22:28 PM(UTC-5)

**11/4/2015 4:08:41 PM(UTC-5), +13047419893 (Darryl Williams)**
When u want this bunch

Status: Read
Read: 11/4/2015 4:22:28 PM(UTC-5)

**11/4/2015 4:10:00 PM(UTC-5), +13047419893 (Darryl Williams)**
They all are worried u fired them.  LILO

Status: Read
Read: 11/4/2015 4:22:28 PM(UTC-5)

**11/4/2015 4:10:01 PM(UTC-5), +13047419893 (Darryl Williams)**
Lol

Status: Read
Read: 11/4/2015 4:22:28 PM(UTC-5)

**11/4/2015 4:14:34 PM(UTC-5), +13047419893 (Darryl Williams)**
Paul we need to protect you.  He said Bernie Madoff had good cash flow for a while

Status: Read
Read: 11/4/2015 4:22:28 PM(UTC-5)

**11/4/2015 4:15:12 PM(UTC-5), +13047419893 (Darryl Williams)**
I think Paul could take photos with patients consent  of  people's disabilities and show that you give these people thier  life and freedom back to them by treating them

Status: Read
Read: 11/4/2015 4:22:28 PM(UTC-5)

**11/4/2015 4:23:02 PM(UTC-5), +18855858260 (Joel Smithers)**
Not a bad idea... No, they are not fired lol

Status: Sent
Delivered: 11/4/2015 4:23:05 PM(UTC-5)
Read: 11/4/2015 4:29:18 PM(UTC-5)

**11/4/2015 4:24:39 PM(UTC-5), +18855858280 (Joel Smithers)**
I literally am booked solid this week and them missing their appts really fucks things up:-/

Status: Sent
Delivered: 11/4/2015 4:24:40 PM(UTC-5)
Read: 11/4/2015 4:29:18 PM(UTC-5)

**11/4/2015 5:47:51 PM(UTC-5), +13047419893 (Darryl Williams)**
Can we get thier scripts then do a mock run visitation

Status: Read
Read: 11/4/2015 6:46:02 PM(UTC-5)

**11/4/2015 5:48:21 PM(UTC-5), +13047419893 (Darryl Williams)**
I mean come see ya after the fact

Status: Read
Read: 11/4/2015 6:46:02 PM(UTC-5)

**11/4/2015 5:49:04 PM(UTC-5), +13047419893 (Darryl Williams)**
Need to keep Ky In. Pharmacy rolling

Status: Read
Read: 11/4/2015 6:46:02 PM(UTC-5)

**11/4/2015 6:12:42 PM(UTC-5), +13047419893 (Darryl Williams)**
Next week.   Darrell williams Charles Hudnall.  Stephiney  young  Mike Bowe  Robert Daniels

Status: Read
Read: 11/4/2015 6:46:02 PM(UTC-5)

**11/5/2015 8:51:12 AM(UTC-5), +18855858280 (Joel Smithers)**
Who is coming with Lora today?

Status: Sent
Delivered: 11/5/2015 8:51:15 AM(UTC-5)
Read: 11/5/2015 8:53:54 AM(UTC-5)

**11/5/2015 8:51:41 AM(UTC-5), +18855858280 (Joel Smithers)**
I need to know so I can pull their files.  Thanks much!

Status: Sent
Delivered: 11/5/2015 8:51:43 AM(UTC-5)
Read: 11/5/2015 8:53:54 AM(UTC-5)

**11/5/2015 8:54:24 AM(UTC-5), +13047419893 (Darryl Williams)**
Franklin ( Scotty)  Williams

Status: Read
Read: 11/5/2015 8:57:55 AM(UTC-5)

**11/5/2015 8:54:40 AM(UTC-5), +13047419893 (Darryl Williams)**
Michael Robinette

Status: Read
Read: 11/5/2015 8:57:55 AM(UTC-5)

**11/5/2015 8:54:53 AM(UTC-5), +13047419893 (Darryl Williams)**
Lora Kicklighter

Status: Read
Read: 11/5/2015 8:57:55 AM(UTC-5)

**11/5/2015 8:55:30 AM(UTC-5), +13047419893 (Darryl Williams)**
We need her mothers.  Rebecca Pritt

Status: Read
Read: 11/5/2015 8:57:55 AM(UTC-5)

**11/5/2015 8:58:15 AM(UTC-5), +18855858280 (Joel Smithers)**
Excellent.
Got it

Status: Sent
Delivered: 11/5/2015 8:58:16 AM(UTC-5)
Read: 11/5/2015 8:58:16 AM(UTC-5)

**11/5/2015 8:58:22 AM(UTC-5), +13047419893 (Darryl Williams)**
Pharmacy ordered up to 90 - 15s.  And 90 - 40s. Again I am not suggesting anything

Status: Read
Read: 11/5/2015 8:58:31 AM(UTC-5)

**11/5/2015 8:59:08 AM(UTC-5), +18855858280 (Joel Smithers)**

Status: Sent
Delivered: 11/5/2015 8:59:11 AM(UTC-5)
Read: 11/5/2015 8:59:11 AM(UTC-5)

**11/5/2015 9:00:37 AM(UTC-5), +13047419893 (Darryl Williams)**
1500 cash is what she is has  plus she has  300 dollars for ur counselor

Status: Read
Read: 11/5/2015 9:10:01 AM(UTC-5)

**11/5/2015 9:00:59 AM(UTC-5), +13047419893 (Darryl Williams)**
I will bring any balance

Status: Read
Read: 11/5/2015 9:10:01 AM(UTC-5)

**11/5/2015 9:01:18 AM(UTC-5), +13047419893 (Darryl Williams)**
They are dis charging me

Status: Read
Read: 11/5/2015 9:10:01 AM(UTC-5)

**11/5/2015 9:01:29 AM(UTC-5), +13047419893 (Darryl Williams)**
Yea

**Status:** Read
**Read:** 11/5/2015 9:10:01 AM(UTC-5)

**11/5/2015 9:01:46 AM(UTC-5), +13047419893 (Darryl Williams)**
Swelling really going down

**Status:** Read
**Read:** 11/5/2015 9:10:01 AM(UTC-5)

**11/5/2015 9:02:40 AM(UTC-5), +13047419893 (Darryl Williams)**
Oh they need all thier scripts today. Assad needs them

**Status:** Read
**Read:** 11/5/2015 9:10:01 AM(UTC-5)

**11/5/2015 10:18:33 PM(UTC-5), +13047419893 (Darryl Williams)**
List of scripts

Attachments:



IMG_3201.jpg

**Status:** Read
**Read:** 11/5/2015 10:18:07 PM(UTC-5)

**11/5/2015 10:17:58 PM(UTC-5), +13047419893 (Darryl Williams)**
My Regular Doctor said he was not going to question you and kept me on same

**Status:** Read
**Read:** 11/5/2015 10:18:08 PM(UTC-5)

**11/5/2015 10:18:36 PM(UTC-5), +13047419893 (Darryl Williams)**
He said you are the Pain Doc and everyone should respect that

**Status:** Read
**Read:** 11/5/2015 10:18:36 PM(UTC-5)

**11/5/2015 10:19:41 PM(UTC-5), +13047419893 (Darryl Williams)**
He sumed it up in 10 words

**Status:** Read
**Read:** 11/5/2015 10:19:41 PM(UTC-5)

**11/5/2015 10:20:50 PM(UTC-5), +18855858280 (Joel Smithers)**
Wow...

**Status:** Sent
**Delivered:** 11/5/2015 10:20:52 PM(UTC-5)
**Read:** 11/5/2015 10:21:00 PM(UTC-5)

**11/5/2015 10:20:59 PM(UTC-5), +18855858280 (Joel Smithers)**
Truly profound.

**Status:** Sent
**Delivered:** 11/5/2015 10:21:00 PM(UTC-5)
**Read:** 11/5/2015 10:21:00 PM(UTC-5)

**11/5/2015 10:21:46 PM(UTC-5), +13047419893 (Darryl Williams)**
U should put that in my file

**Status:** Read
**Read:** 11/5/2015 10:54:54 PM(UTC-5)

**11/5/2015 10:22:10 PM(UTC-5), +13047419893 (Darryl Williams)**
Shows he give same meds doc

**Status:** Read
**Read:** 11/5/2015 10:54:54 PM(UTC-5)

**11/5/2015 10:22:55 PM(UTC-5), +13047419893 (Darryl Williams)**
Little shit like that makes a file bullit proof

**Status:** Read
**Read:** 11/5/2015 10:54:54 PM(UTC-5)

**11/5/2015 10:55:21 PM(UTC-5), +18855858280 (Joel Smithers)**
Maybe... It certainly helps!

**Status:** Sent
**Delivered:** 11/5/2015 10:55:22 PM(UTC-5)
**Read:** 11/6/2015 12:02:33 AM(UTC-5)

**11/8/2015 5:28:12 PM(UTC-5), +13047419893 (Darryl Williams)**
Got about 8 people for late this week

**Status:** Read
**Read:** 11/8/2015 8:31:01 PM(UTC-5)

**11/8/2015 8:31:20 PM(UTC-5), +18855858280 (Joel Smithers)**
K... Awesome.

**Status:** Sent
**Delivered:** 11/8/2015 8:31:24 PM(UTC-5)
**Read:** 11/8/2015 8:33:55 PM(UTC-5)

**11/8/2015 8:32:34 PM(UTC-5), +18855858280 (Joel Smithers)**
I'll text ya days and times as they're currently listed in the schedule so we don't have any repeat of last weeks disaster

**Status:** Sent
**Delivered:** 11/8/2015 8:32:38 PM(UTC-5)
**Read:** 11/8/2015 8:33:55 PM(UTC-5)

1064

| 1287 | Sent | **To** +13047419893 Darryl Williams* | 11/8/2015 8:59:40 PM(UTC-5) | | Sent | You NEED to also be using your Spirometer!!!! | |
| 1288 | Sent | **To** +13047419893 Darryl Williams* | 11/8/2015 8:57:39 PM(UTC-5) | | Sent | | |



| | 5 mg | Oral | |
| warfarin - Coumadin | 500 mg | Oral | |
| **Notes:** | | | |
| digoxin - Lanoxin | 250 mcg | Oral | DAILY |
| **Indication:** heart | | | |
| fluticasone-salmeterol CFC free 115 mcg-21 mcg/inh - Advair HFA | 2 puffs | Inhalation | TWICE DAILY |
| **Notes:** | | | |
| furosemide - Lasix | 40 mg | Oral | TWICE DAILY |
| metoprolol - Lopressor | 50 mg | Oral | TWICE DAILY |
| **Indication:** heart | | | |
| oxyCODONE - OxyContin | 20 mg | Oral | FOUR TIMES DAILY |
| **Indication:** pain,stock on c2e | | | |
| **Notes:** DO NOT CRUSH | | | |

\*\*\* PAIN SCALE DOCUMENTATION \*\*\*
Site of pain:
Scale used / Score:
Re-assessment time:
Nurse's initials:

| Scale used / Score: | | | |
| oxymorphone - Opana ER | 40 mg | Oral | TWICE DAILY |
| **Indication:** pain | | | |
| predniSONE - Deltasone | 20 mg | Oral | DAILY WITH A MEAL |
| **Notes:** GIVE WITH FOOD | | | |
| verapamil - Isoptin | 80 mg | Oral | EVERY 8 HOURS |
| **Notes:** | | | |

**Patient was provided a copy of medication instructions at discharge.**

**11/8/2015 8:32:50 PM(UTC-5), +18855858260 (Joel Smithers)**
How's your leg, sir?

**Status:** Sent
**Delivered:** 11/8/2015 8:33:08 PM(UTC-5)
**Read:** 11/8/2015 8:33:55 PM(UTC-5)

**11/8/2015 8:34:18 PM(UTC-5), +13047419893 (Darryl Williams)**
Swelling slowly going down

**Status:** Read
**Read:** 11/8/2015 8:40:22 PM(UTC-5)

**11/8/2015 8:34:58 PM(UTC-5), +13047419893 (Darryl Williams)**
Doing breathing exercises to help build up lungs

**Status:** Read
**Read:** 11/8/2015 8:40:22 PM(UTC-5)

**11/8/2015 8:35:32 PM(UTC-5), +13047419893 (Darryl Williams)**
Eating better

**Status:** Read
**Read:** 11/8/2015 8:40:22 PM(UTC-5)

**11/8/2015 8:41:42 PM(UTC-5), +18855858260 (Joel Smithers)**
Breathing is important!

**Status:** Sent
**Delivered:** 11/8/2015 8:41:42 PM(UTC-5)
**Read:** 11/8/2015 8:42:06 PM(UTC-5)

**11/8/2015 8:41:53 PM(UTC-5), +18855858260 (Joel Smithers)**
Those exercises are vital.

**Status:** Sent
**Delivered:** 11/8/2015 8:41:54 PM(UTC-5)
**Read:** 11/8/2015 8:42:06 PM(UTC-5)

**11/8/2015 8:43:12 PM(UTC-5), +13047419893 (Darryl Williams)**

**Attachments:**


IMG_3491.jpg

**Status:** Read
**Read:** 11/8/2015 8:57:31 PM(UTC-5)

**11/8/2015 8:43:14 PM(UTC-5), +13047419893 (Darryl Williams)**
Yep

**Status:** Read
**Read:** 11/8/2015 8:57:31 PM(UTC-5)

**11/8/2015 8:43:18 PM(UTC-5), +13047419893 (Darryl Williams)**
Breathing treatments

**Status:** Read
**Read:** 11/8/2015 8:57:31 PM(UTC-5)

**11/8/2015 8:43:30 PM(UTC-5), +13047419893 (Darryl Williams)**
I got nebulizer

**Status:** Read
**Read:** 11/8/2015 8:57:31 PM(UTC-5)

**11/8/2015 10:32:38 PM(UTC-5), +13047419893 (Darryl Williams)**
Yep

**Status:** Read
**Read:** 11/9/2015 7:09:16 AM(UTC-5)

**11/10/2015 9:28:35 PM(UTC-5), +13047419893 (Darryl Williams)**
You ok DOC

**Status:** Read
**Read:** 11/11/2015 8:10:45 AM(UTC-5)

**11/11/2015 8:10:50 AM(UTC-5), +18855858260 (Joel Smithers)**
Yup

**Status:** Sent
**Delivered:** 11/11/2015 8:10:50 AM(UTC-5)
**Read:** 11/11/2015 9:40:06 AM(UTC-5)

**11/11/2015 8:11:02 AM(UTC-5), +18855858260 (Joel Smithers)**
Appts aren't til tm

**Status:** Sent
**Delivered:** 11/11/2015 8:11:03 AM(UTC-5)
**Read:** 11/11/2015 9:40:06 AM(UTC-5)

**11/11/2015 8:11:25 AM(UTC-5), +18855858260 (Joel Smithers)**
We're closed for Veterans Day today

**Status:** Sent
**Delivered:** 11/11/2015 8:11:26 AM(UTC-5)
**Read:** 11/11/2015 9:40:06 AM(UTC-5)

**11/11/2015 8:11:36 AM(UTC-5), +18855858260 (Joel Smithers)**
I'll text you times

**Status:** Sent
**Delivered:** 11/11/2015 8:11:36 AM(UTC-5)
**Read:** 11/11/2015 9:40:06 AM(UTC-5)

**11/11/2015 3:25:39 PM(UTC-5), +13047419893 (Darryl Williams)**
Ok just text me

Status: Read
Read: 11/11/2015 4:48:09 PM(UTC-5)

**11/11/2015 3:34:49 PM(UTC-5), +13047419893 (Darryl Williams)**
Going to be admitted in much better hospital. With great cardiologist

Status: Read
Read: 11/11/2015 4:48:09 PM(UTC-5)

**11/11/2015 3:37:08 PM(UTC-5), +13047419893 (Darryl Williams)**
He said he was going to get my heart in rythem

Status: Read
Read: 11/11/2015 4:48:09 PM(UTC-5)

**11/11/2015 4:49:10 PM(UTC-5), +18655858260 (Joel Smithers)**
Outstanding!

Status: Sent
Delivered: 11/11/2015 4:49:14 PM(UTC-5)
Read: 11/11/2015 5:50:46 PM(UTC-5)

**11/11/2015 5:51:27 PM(UTC-5), +13047419893 (Darryl Williams)**
How many u want tommorow

Status: Read
Read: 11/11/2015 5:51:46 PM(UTC-5)

**11/11/2015 5:52:07 PM(UTC-5), +18655858260 (Joel Smithers)**
Below is the schedule that was supposed to happen tomorrow for your people:

11:00 Mike Robinette

11:30 Stephanie Young

12:00 Charles (Bodie) Hudnall

12:30 Clyde K

1:00 Rebecca Pritt

Status: Sent
Delivered: 11/11/2015 5:52:07 PM(UTC-5)
Read: 11/11/2015 5:52:07 PM(UTC-5)

**11/11/2015 5:53:54 PM(UTC-5), +18655858260 (Joel Smithers)**
I know some of those people will not be coming so please just let me know who will be coming tomorrow for those slots between 11 AM and 1 PM. Thanks much!

Status: Sent
Delivered: 11/11/2015 5:53:55 PM(UTC-5)
Read: 11/11/2015 5:53:55 PM(UTC-5)

**11/11/2015 6:30:17 PM(UTC-5), +13047419893 (Darryl Williams)**
Charles Hudnall. Steph young.  Mike Bowe. Jason bowman

Status: Read
Read: 11/11/2015 6:58:39 PM(UTC-5)

**11/11/2015 6:31:16 PM(UTC-5), +13047419893 (Darryl Williams)**
Can u get a ride to bluefield

Status: Read
Read: 11/11/2015 6:58:39 PM(UTC-5)

**11/11/2015 6:31:46 PM(UTC-5), +13047419893 (Darryl Williams)**
For u and steph

Status: Read
Read: 11/11/2015 6:58:39 PM(UTC-5)

**11/11/2015 6:32:57 PM(UTC-5), +13047419893 (Darryl Williams)**
Weather is perfect

Status: Read
Read: 11/11/2015 6:58:39 PM(UTC-5)

**11/11/2015 6:58:56 PM(UTC-5), +18655858260 (Joel Smithers)**
?

Status: Sent
Delivered: 11/11/2015 6:58:59 PM(UTC-5)
Read: 11/11/2015 7:07:45 PM(UTC-5)

**11/11/2015 7:08:14 PM(UTC-5), +13047419893 (Darryl Williams)**
Sorry sent to wrong person

Status: Read
Read: 11/11/2015 7:16:43 PM(UTC-5)

**11/11/2015 7:16:49 PM(UTC-5), +18655858260 (Joel Smithers)**
LoL

Status: Sent
Delivered: 11/11/2015 7:16:52 PM(UTC-5)
Read: 11/11/2015 7:17:30 PM(UTC-5)

**11/11/2015 7:18:31 PM(UTC-5), +13047419893 (Darryl Williams)**
Ok I will have this bunch

Status: Read
Read: 11/11/2015 7:19:13 PM(UTC-5)

11/17/2015 8:07:31 PM(UTC-5), +13047419893 (Darryl Williams)
I need to get 4-5 in Thursday if possible

Status: Read
Read: 11/17/2015 8:07:31 PM(UTC-5)

**11/17/2015 8:07:39 PM(UTC-5), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 11/17/2015 8:07:41 PM(UTC-5)
Read: 11/17/2015 8:07:45 PM(UTC-5)

---

**11/17/2015 8:07:44 PM(UTC-5), +13047419893 (Darryl Williams)**
And about same next week

Status: Read
Read: 11/17/2015 8:07:44 PM(UTC-5)

---

**11/17/2015 8:07:46 PM(UTC-5), +18655858260 (Joel Smithers)**
Damn son

Status: Sent
Delivered: 11/17/2015 8:07:47 PM(UTC-5)
Read: 11/17/2015 8:07:48 PM(UTC-5)

---

**11/17/2015 8:08:23 PM(UTC-5), +18655858260 (Joel Smithers)**
Brandon and dipshit-i mean-knucklehead...

Status: Sent
Delivered: 11/17/2015 8:08:27 PM(UTC-5)
Read: 11/17/2015 8:08:27 PM(UTC-5)

---

**11/17/2015 8:08:40 PM(UTC-5), +13047419893 (Darryl Williams)**
Heard Brandon and Kevin got booted.   Yah

Status: Read
Read: 11/17/2015 8:08:41 PM(UTC-5)

---

**11/17/2015 8:08:45 PM(UTC-5), +18655858260 (Joel Smithers)**
Are officially persona nongratta

Status: Sent
Delivered: 11/17/2015 8:08:45 PM(UTC-5)
Read: 11/17/2015 8:08:45 PM(UTC-5)

---

**11/17/2015 8:09:14 PM(UTC-5), +13047419893 (Darryl Williams)**
Keven tried to rob my GF

Status: Read
Read: 11/17/2015 8:09:14 PM(UTC-5)

---

**11/17/2015 8:09:23 PM(UTC-5), +18655858260 (Joel Smithers)**
Dude... Kevin cane here stoned out of his fucking head:-/

Status: Sent
Delivered: 11/17/2015 8:09:23 PM(UTC-5)
Read: 11/17/2015 8:09:24 PM(UTC-5)

---

**11/17/2015 8:10:11 PM(UTC-5), +13047419893 (Darryl Williams)**
Those 2 were on thier own

Status: Read
Read: 11/17/2015 8:10:12 PM(UTC-5)

---

**11/17/2015 8:10:12 PM(UTC-5), +18655858260 (Joel Smithers)**
...then got Brandon to piss for him after we waited 4hrs to give him a chance to piss.

Status: Sent
Delivered: 11/17/2015 8:10:12 PM(UTC-5)
Read: 11/17/2015 8:10:12 PM(UTC-5)

---

**11/17/2015 8:10:33 PM(UTC-5), +18655858260 (Joel Smithers)**
Yeah... I figured as much.

Status: Sent
Delivered: 11/17/2015 8:10:37 PM(UTC-5)
Read: 11/17/2015 8:10:37 PM(UTC-5)

---

**11/17/2015 8:26:17 PM(UTC-5), +18655858260 (Joel Smithers)**
Goins might have a chance at coming back...

Status: Sent
Delivered: 11/17/2015 8:26:21 PM(UTC-5)
Read: 11/17/2015 9:20:29 PM(UTC-5)

---

**11/17/2015 8:27:26 PM(UTC-5), +18655858260 (Joel Smithers)**
His urine that he tried to pass to smith didn't show his meds in it though:-/

Status: Sent
Delivered: 11/17/2015 8:27:29 PM(UTC-5)
Read: 11/17/2015 9:20:29 PM(UTC-5)

| 1222 | Sent | **To**<br>+13047419893<br>Darryl Williams* | 11/18/2015<br>10:53:10 AM(UTC-5) | | Sent | We could do Monday 1pm to 2pm 5 slots, come by 12:30 so we can start working everyone through the counseling process. | |
| 1223 | Sent | **To**<br>+13047419893<br>Darryl Williams* | 11/18/2015<br>10:53:01 AM(UTC-5) | | Sent | 5? | |

**11/17/2015 9:21:26 PM(UTC-5), +13047419893 (Darryl Williams)**
Ok.  Brandon was Miss guided today

**Status:** Read
**Read:** 11/18/2015 10:17:54 AM(UTC-5)

**11/18/2015 10:18:17 AM(UTC-5), +18855858260 (Joel Smithers)**
More like felony drug test tampering.

**Status:** Sent
**Delivered:** 11/18/2015 10:18:22 AM(UTC-5)
**Read:** 11/18/2015 10:22:11 AM(UTC-5)

**11/18/2015 10:45:23 AM(UTC-5), +13047419893 (Darryl Williams)**
Hey need to get about 4  in.    Pamala Harlow. Rachel miller.  Lynn Hollaway  Darryl Williams. Robert Daniels

**Status:** Read
**Read:** 11/18/2015 10:50:06 AM(UTC-5)

**11/18/2015 10:56:05 AM(UTC-5), +13047419893 (Darryl Williams)**
Ok we will be there with bells on

**Status:** Read
**Read:** 11/18/2015 10:56:15 AM(UTC-5)

**11/18/2015 10:56:31 AM(UTC-5), +18855858260 (Joel Smithers)**
And sober and ready to be drug tested.

**Status:** Sent
**Delivered:** 11/18/2015 10:56:32 AM(UTC-5)
**Read:** 11/18/2015 10:56:32 AM(UTC-5)

**11/18/2015 10:56:45 AM(UTC-5), +13047419893 (Darryl Williams)**
Ok I will try to have them ready for counsler

**Status:** Read
**Read:** 11/18/2015 10:56:45 AM(UTC-5)

**11/18/2015 10:57:05 AM(UTC-5), +18855858260 (Joel Smithers)**
Pretty please

**Status:** Sent
**Delivered:** 11/18/2015 10:57:05 AM(UTC-5)
**Read:** 11/18/2015 10:58:02 AM(UTC-5)

**11/18/2015 11:23:04 AM(UTC-5), +13047419893 (Darryl Williams)**
I swear I saint been shooting up

**Attachments:**


IMG_6374.jpeg


IMG_1427.jpeg

**Status:** Read
**Read:** 11/18/2015 11:25:35 AM(UTC-5)

**11/18/2015 11:23:19 AM(UTC-5), +13047419893 (Darryl Williams)**

**Attachments:**


IMG_9435.jpeg

**Status:** Read
**Read:** 11/18/2015 11:25:35 AM(UTC-5)

**11/18/2015 11:23:38 AM(UTC-5), +13047419893 (Darryl Williams)**

**Attachments:**

IMG_2004.jpeg

**Status:** Read
**Read:** 11/18/2015 11:25:37 AM(UTC-5)

**11/18/2015 11:26:00 AM(UTC-5), +18855858260 (Joel Smithers)**
LoL

**Status:** Sent
**Delivered:** 11/18/2015 11:26:03 AM(UTC-5)
**Read:** 11/18/2015 11:27:26 AM(UTC-5)

**11/18/2015 11:26:40 AM(UTC-5), +18855858260 (Joel Smithers)**
Thanks for the laugh

**Status:** Sent
**Delivered:** 11/18/2015 11:26:44 AM(UTC-5)
**Read:** 11/18/2015 11:27:26 AM(UTC-5)

**11/18/2015 11:26:50 AM(UTC-5), +18855858260 (Joel Smithers)**
Damn

**Status:** Sent
**Delivered:** 11/18/2015 11:26:50 AM(UTC-5)
**Read:** 11/18/2015 11:27:26 AM(UTC-5)

**11/18/2015 11:27:03 AM(UTC-5), +18855858260 (Joel Smithers)**
Sorry they had to stick you so much:-/

**Status:** Sent
**Delivered:** 11/18/2015 11:27:04 AM(UTC-5)
**Read:** 11/18/2015 11:27:26 AM(UTC-5)

**11/19/2015 7:34:40 AM(UTC-5), +18655858260 (Joel Smithers)**
After much thought and weighing the issues, just to be clear on the Brandon situation:
after he and Mr. Smith left we tested his urine and it came back negative for the medicine he should be taking. This raises two problems, it points to drug diversion and to the fact that he is clearly not taking his medicine as prescribed.  In addition to the UDT fraud, these are pretty damning evidence that I unfortunately cannot trust him with this very serious medication.  Because of the issues listed above he will not be welcome back at my office.

Status: Sent
Delivered: 11/19/2015 7:34:45 AM(UTC-5)
Read: 11/19/2015 8:38:03 AM(UTC-5)

**11/19/2015 8:42:41 AM(UTC-5), +13047419893 (Darryl Williams)**
I respect ur decision and feel you have made a very wise one.

Status: Read
Read: 11/19/2015 9:00:18 AM(UTC-5)

**11/19/2015 8:45:01 AM(UTC-5), +13047419893 (Darryl Williams)**
Brandon was in a wreck that evening in bluefield WV  and totaled his vehicle  luck have it him or Kevin was not injured to bad

Status: Read
Read: 11/19/2015 9:00:18 AM(UTC-5)

**11/19/2015 9:20:49 PM(UTC-5), +13047419893 (Darryl Williams)**
What days u working next week

Status: Read
Read: 11/20/2015 5:11:41 AM(UTC-5)

**11/20/2015 5:12:04 AM(UTC-5), +18655858260 (Joel Smithers)**
Monday and Tuesday only.

Status: Sent
Delivered: 11/20/2015 5:12:08 AM(UTC-5)
Read: 11/20/2015 7:12:06 AM(UTC-5)

**11/20/2015 5:13:27 AM(UTC-5), +18655858260 (Joel Smithers)**
As I sent you a few days ago:
"We could do Monday 1pm to 2pm 5 slots, come by 12:30 so we can start working everyone through the counseling process."

Status: Sent
Delivered: 11/20/2015 5:13:27 AM(UTC-5)
Read: 11/20/2015 7:12:06 AM(UTC-5)

**11/20/2015 5:13:50 AM(UTC-5), +18655858260 (Joel Smithers)**
I am completely booked for those two days.

Status: Sent
Delivered: 11/20/2015 5:13:50 AM(UTC-5)
Read: 11/20/2015 7:12:06 AM(UTC-5)

**11/20/2015 7:12:27 AM(UTC-5), +13047419893 (Darryl Williams)**
Cool we have the 5 slots covered

Status: Read
Read: 11/20/2015 7:13:14 AM(UTC-5)

**11/20/2015 7:15:46 AM(UTC-5), +18655858260 (Joel Smithers)**
Please text final list of names.  Also, as you probably know, still money owed.  Will you be bringing it on Monday?

Status: Sent
Delivered: 11/20/2015 7:15:50 AM(UTC-5)
Read: 11/20/2015 8:09:34 AM(UTC-5)

**11/20/2015 8:09:40 AM(UTC-5), +13047419893 (Darryl Williams)**
Yes

Status: Read
Read: 11/20/2015 8:18:39 AM(UTC-5)

**11/20/2015 8:10:52 AM(UTC-5), +13047419893 (Darryl Williams)**
Check ur records and see what's how much is due.  I think 900.    Paid. 1500 last payment

Status: Read
Read: 11/20/2015 8:18:39 AM(UTC-5)

**11/20/2015 8:20:22 AM(UTC-5), +18655858260 (Joel Smithers)**
Your peeps always have to have their $75 counseling fee.  I can't owe the counseling service money.  Not to mention it looks shady as fuck when 4 or 5 people come through and say someone else is paying for them.

Status: Sent
Delivered: 11/20/2015 8:20:27 AM(UTC-5)
Read: 11/20/2015 8:20:55 AM(UTC-5)

**11/20/2015 8:21:20 AM(UTC-5), +13047419893 (Darryl Williams)**
You are right

Status: Read
Read: 11/20/2015 8:21:33 AM(UTC-5)

**11/20/2015 8:24:47 AM(UTC-5), +13047419893 (Darryl Williams)**
Ok 5 on Monday.   See if any can at all can come Tuesday. Any time.    I have 3. Harlows. That need to come

Status: Read
Read: 11/20/2015 8:25:05 AM(UTC-5)

**11/21/2015 9:30:31 AM(UTC-5), +13047419893 (Darryl Williams)**
I need to check and see if Lisa Aliff paid you 600 dollars at her last visit just this last weak.  Because I had paid 300 on her bill

Status: Read
Read: 11/21/2015 9:40:15 AM(UTC-5)

1070

**11/21/2015 9:41:17 AM(UTC-5), +18855858260 (Joel Smithers)**
Nope
I'd have to check my receipt book to be sure but I'm pretty confident I'd remember if someone handed $600.

Status: Sent
Delivered: 11/21/2015 9:41:22 AM(UTC-5)
Read: 11/21/2015 9:45:40 AM(UTC-5)

**11/21/2015 9:47:50 AM(UTC-5), +13047419893 (Darryl Williams)**
Well she failed to pay me 300 and said she paid you the funds along with her last money

Status: Read
Read: 11/21/2015 10:27:08 AM(UTC-5)

**11/21/2015 9:49:04 AM(UTC-5), +13047419893 (Darryl Williams)**
Make sure she didn't  charge another 300 on me at her last visit

Status: Read
Read: 11/21/2015 10:27:08 AM(UTC-5)

**11/21/2015 10:27:20 AM(UTC-5), +18855858260 (Joel Smithers)**
K

Status: Sent
Delivered: 11/21/2015 10:27:21 AM(UTC-5)
Read: 11/21/2015 10:34:30 AM(UTC-5)

**11/21/2015 12:14:12 PM(UTC-5), +13047419893 (Darryl Williams)**
What town would u like for me to find you a home with enough equity to pay off ur student loans and other debts

Status: Read
Read: 11/21/2015 12:14:34 PM(UTC-5)

**11/21/2015 12:45:43 PM(UTC-5), +18855858260 (Joel Smithers)**
Anywhere between or around Greensboro, NC and Martinsville, VA.

Status: Sent
Delivered: 11/21/2015 12:45:44 PM(UTC-5)
Read: 11/21/2015 12:45:57 PM(UTC-5)

**11/21/2015 12:46:19 PM(UTC-5), +13047419893 (Darryl Williams)**
It needs to be a really place

Status: Read
Read: 11/21/2015 12:46:19 PM(UTC-5)

**11/21/2015 12:46:25 PM(UTC-5), +18855858260 (Joel Smithers)**
I would prefer around Greensboro though.  Just figured having options is always helpful.

Status: Sent
Delivered: 11/21/2015 12:46:25 PM(UTC-5)
Read: 11/21/2015 12:46:26 PM(UTC-5)

**11/21/2015 12:46:50 PM(UTC-5), +18855858260 (Joel Smithers)**
It means to be a really what place?

Status: Sent
Delivered: 11/21/2015 12:46:50 PM(UTC-5)
Read: 11/21/2015 12:46:51 PM(UTC-5)

**11/21/2015 12:46:56 PM(UTC-5), +18855858260 (Joel Smithers)**
^needs

Status: Sent
Delivered: 11/21/2015 12:46:57 PM(UTC-5)
Read: 11/21/2015 12:46:58 PM(UTC-5)

**11/21/2015 12:47:14 PM(UTC-5), +13047419893 (Darryl Williams)**
Nice place

Status: Read
Read: 11/21/2015 12:47:22 PM(UTC-5)

**11/21/2015 12:47:28 PM(UTC-5), +18855858260 (Joel Smithers)**
Oooohhhh

Status: Sent
Delivered: 11/21/2015 12:47:29 PM(UTC-5)
Read: 11/21/2015 12:47:31 PM(UTC-5)

**11/21/2015 12:47:32 PM(UTC-5), +18855858260 (Joel Smithers)**
Why?

Status: Sent
Delivered: 11/21/2015 12:47:32 PM(UTC-5)
Read: 11/21/2015 12:47:34 PM(UTC-5)

**11/21/2015 12:47:42 PM(UTC-5), +18855858260 (Joel Smithers)**
I thought you were looking for a fixer-upper?

Status: Sent
Delivered: 11/21/2015 12:47:42 PM(UTC-5)
Read: 11/21/2015 12:47:43 PM(UTC-5)

**11/21/2015 12:48:07 PM(UTC-5), +13047419893 (Darryl Williams)**
Well it will be a big nice fixer upper

Status: Read
Read: 11/21/2015 12:48:07 PM(UTC-5)

**11/21/2015 12:48:18 PM(UTC-5), +18855858260 (Joel Smithers)**
Ah, i c

Status: Sent
Delivered: 11/21/2015 12:48:19 PM(UTC-5)
Read: 11/21/2015 12:48:19 PM(UTC-5)

**11/21/2015 12:48:48 PM(UTC-5), +13047419893 (Darryl Williams)**
4000. Square ft or better

Status: Read
Read: 11/21/2015 12:48:48 PM(UTC-5)

**11/21/2015 12:49:08 PM(UTC-5), +18855858260 (Joel Smithers)**
Yeah...

Status: Sent
Delivered: 11/21/2015 12:49:09 PM(UTC-5)
Read: 11/21/2015 12:49:10 PM(UTC-5)

**11/21/2015 12:49:20 PM(UTC-5), +18855858260 (Joel Smithers)**
Lots of those around g'boro

Status: Sent
Delivered: 11/21/2015 12:49:20 PM(UTC-5)
Read: 11/21/2015 12:49:21 PM(UTC-5)

**11/21/2015 12:49:24 PM(UTC-5), +13047419893 (Darryl Williams)**
With pool. Ect

Status: Read
Read: 11/21/2015 12:49:51 PM(UTC-5)

**11/21/2015 12:50:56 PM(UTC-5), +13047419893 (Darryl Williams)**
Week after thanks given i will go spend a few days  there looking for a place

Status: Read
Read: 11/21/2015 12:53:51 PM(UTC-5)

**11/21/2015 12:51:15 PM(UTC-5), +13047419893 (Darryl Williams)**
Are you renting home now

Status: Read
Read: 11/21/2015 12:53:51 PM(UTC-5)

**11/21/2015 12:53:50 PM(UTC-5), +13047419893 (Darryl Williams)**
Your home loan will be between 3.6-5 apr.

Status: Read
Read: 11/21/2015 12:53:51 PM(UTC-5)

**11/21/2015 12:54:13 PM(UTC-5), +18855858260 (Joel Smithers)**
Yes

Status: Sent
Delivered: 11/21/2015 12:54:14 PM(UTC-5)
Read: 11/21/2015 12:54:16 PM(UTC-5)

**11/21/2015 12:55:15 PM(UTC-5), +18855858260 (Joel Smithers)**
NICE!!!

Status: Sent
Delivered: 11/21/2015 12:55:16 PM(UTC-5)
Read: 11/21/2015 12:55:21 PM(UTC-5)

**11/21/2015 12:55:43 PM(UTC-5), +18855858260 (Joel Smithers)**
What will I owe you?

Status: Sent
Delivered: 11/21/2015 12:55:44 PM(UTC-5)
Read: 11/21/2015 12:55:44 PM(UTC-5)

**11/21/2015 1:02:24 PM(UTC-5), +18855858260 (Joel Smithers)**
Aaaaand how the heck am I going to come up with the money to buy a fucking house???

Status: Sent
Delivered: 11/21/2015 1:02:28 PM(UTC-5)
Read: 11/21/2015 1:03:00 PM(UTC-5)

**11/21/2015 1:03:30 PM(UTC-5), +18855858260 (Joel Smithers)**
...i remember what you said about fixing it... It just seems like a massive long shot at this point:-/

Status: Sent
Delivered: 11/21/2015 1:03:31 PM(UTC-5)
Read: 11/21/2015 1:03:31 PM(UTC-5)

**11/21/2015 1:04:15 PM(UTC-5), +18855858260 (Joel Smithers)**
...i feel like it would be better if you just taught me to play blackjack

Status: Sent
Delivered: 11/21/2015 1:04:16 PM(UTC-5)
Read: 11/21/2015 1:04:16 PM(UTC-5)

**11/21/2015 1:05:26 PM(UTC-5), +13047419893 (Darryl Williams)**
People wants to sell houses. Especially one that needs a little work

Status: Read
Read: 11/21/2015 1:05:56 PM(UTC-5)

**11/21/2015 1:05:50 PM(UTC-5), +13047419893 (Darryl Williams)**
Other people wants to finance house

Status: Read
Read: 11/21/2015 1:05:56 PM(UTC-5)

**11/21/2015 1:06:08 PM(UTC-5), +18655858260 (Joel Smithers)**
True

Status: Sent
Delivered: 11/21/2015 1:06:07 PM(UTC-5)
Read: 11/21/2015 1:06:11 PM(UTC-5)

**11/21/2015 1:06:25 PM(UTC-5), +13047419893 (Darryl Williams)**
Just like you want to see patients with cronic pain

Status: Read
Read: 11/21/2015 1:06:25 PM(UTC-5)

**11/21/2015 1:07:08 PM(UTC-5), +13047419893 (Darryl Williams)**
Well sometimes they are will to get in the grey area to get it done

Status: Read
Read: 11/21/2015 1:07:08 PM(UTC-5)

**11/21/2015 1:07:07 PM(UTC-5), +18655858260 (Joel Smithers)**
Just have to find a bank or someone with money who wants to hand it out i guess

Status: Sent
Delivered: 11/21/2015 1:07:07 PM(UTC-5)
Read: 11/21/2015 1:07:07 PM(UTC-5)

**11/21/2015 1:07:23 PM(UTC-5), +18655858260 (Joel Smithers)**
Very true

Status: Sent
Delivered: 11/21/2015 1:07:24 PM(UTC-5)
Read: 11/21/2015 1:07:25 PM(UTC-5)

**11/21/2015 1:08:06 PM(UTC-5), +13047419893 (Darryl Williams)**
Some people seek out a dr that has practical sense

Status: Read
Read: 11/21/2015 1:08:07 PM(UTC-5)

**11/21/2015 1:08:09 PM(UTC-5), +18655858260 (Joel Smithers)**
Getting tired of chronic pain pt's... I'm having to be a parent to too many people.

Status: Sent
Delivered: 11/21/2015 1:08:10 PM(UTC-5)
Read: 11/21/2015 1:08:10 PM(UTC-5)

**11/21/2015 1:08:30 PM(UTC-5), +18655858260 (Joel Smithers)**
Ready to switch to pure integrative medicine and do hormones.

Status: Sent
Delivered: 11/21/2015 1:08:30 PM(UTC-5)
Read: 11/21/2015 1:08:31 PM(UTC-5)

**11/21/2015 1:08:32 PM(UTC-5), +13047419893 (Darryl Williams)**
Some seek lenders that getter done

Status: Read
Read: 11/21/2015 1:08:33 PM(UTC-5)

**11/21/2015 1:08:45 PM(UTC-5), +18655858260 (Joel Smithers)**
Testosterone, HGH, etc.

Status: Sent
Delivered: 11/21/2015 1:08:46 PM(UTC-5)
Read: 11/21/2015 1:08:46 PM(UTC-5)

**11/21/2015 1:08:58 PM(UTC-5), +18655858260 (Joel Smithers)**
True

Status: Sent
Delivered: 11/21/2015 1:08:58 PM(UTC-5)
Read: 11/21/2015 1:09:02 PM(UTC-5)

**11/21/2015 1:09:18 PM(UTC-5), +13047419893 (Darryl Williams)**
I think your no instant release is bullit proof

Status: Read
Read: 11/21/2015 1:09:18 PM(UTC-5)

**11/21/2015 1:09:48 PM(UTC-5), +18655858260 (Joel Smithers)**
Agreed.

Status: Sent
Delivered: 11/21/2015 1:09:49 PM(UTC-5)
Read: 11/21/2015 1:09:52 PM(UTC-5)

**11/21/2015 2:05:56 PM(UTC-5), +18655858260 (Joel Smithers)**
Now a good time to call?

Status: Sent
Delivered: 11/21/2015 2:05:56 PM(UTC-5)
Read: 11/21/2015 2:06:06 PM(UTC-5)

**11/21/2015 2:06:42 PM(UTC-5), +13047419893 (Darryl Williams)**
Sure

Status: Read
Read: 11/21/2015 2:07:22 PM(UTC-5)

**11/21/2015 2:26:41 PM(UTC-5), +18655858260 (Joel Smithers)**
Called twice...
Went to voicemail.

Status: Sent
Delivered: 11/21/2015 2:26:41 PM(UTC-5)
Read: 11/21/2015 2:39:26 PM(UTC-5)

11/21/2015 5:52:32 PM(UTC-5), +13047419893 (Darryl Williams)
Can u write YAZ birth control pills

Status: Read
Read: 11/21/2015 5:52:48 PM(UTC-5)

11/21/2015 5:52:54 PM(UTC-5), +18655858280 (Joel Smithers)
Yup

Status: Sent
Delivered: 11/21/2015 5:52:55 PM(UTC-5)
Read: 11/21/2015 5:52:56 PM(UTC-5)

11/21/2015 5:53:04 PM(UTC-5), +18655858280 (Joel Smithers)
Dare i ask shy?

Status: Sent
Delivered: 11/21/2015 5:53:04 PM(UTC-5)
Read: 11/21/2015 5:53:04 PM(UTC-5)

11/21/2015 5:53:09 PM(UTC-5), +18655858280 (Joel Smithers)
^why

Status: Sent
Delivered: 11/21/2015 5:53:10 PM(UTC-5)
Read: 11/21/2015 5:53:11 PM(UTC-5)

11/21/2015 5:53:35 PM(UTC-5), +13047419893 (Darryl Williams)
Lora just ask me to ask u

Status: Read
Read: 11/21/2015 5:53:35 PM(UTC-5)

11/21/2015 5:53:43 PM(UTC-5), +13047419893 (Darryl Williams)
Lol

Status: Read
Read: 11/21/2015 5:53:43 PM(UTC-5)

11/21/2015 5:53:56 PM(UTC-5), +18655858280 (Joel Smithers)
LoL

Status: Sent
Delivered: 11/21/2015 5:53:56 PM(UTC-5)
Read: 11/21/2015 5:53:58 PM(UTC-5)

11/21/2015 5:54:10 PM(UTC-5), +18655858280 (Joel Smithers)
SHE NEEDS a PCP!!!!

Status: Sent
Delivered: 11/21/2015 5:54:10 PM(UTC-5)
Read: 11/21/2015 5:54:10 PM(UTC-5)

11/21/2015 5:54:22 PM(UTC-5), +18655858280 (Joel Smithers)
ALL of y'all do!!

Status: Sent
Delivered: 11/21/2015 5:54:22 PM(UTC-5)
Read: 11/21/2015 5:54:22 PM(UTC-5)

11/21/2015 5:55:26 PM(UTC-5), +13047419893 (Darryl Williams)
What's that

Status: Read
Read: 11/21/2015 5:55:26 PM(UTC-5)

11/21/2015 5:55:58 PM(UTC-5), +18655858280 (Joel Smithers)
Primary Care Physician (or Provider).

Status: Sent
Delivered: 11/21/2015 5:55:58 PM(UTC-5)
Read: 11/21/2015 5:55:58 PM(UTC-5)

11/23/2015 8:33:42 AM(UTC-5), +18655858280 (Joel Smithers)
All your peeps comin today?

Status: Sent
Delivered: 11/23/2015 8:33:46 AM(UTC-5)
Read: 11/23/2015 8:45:39 AM(UTC-5)

11/23/2015 8:35:35 AM(UTC-5), +18655858280 (Joel Smithers)

Attachments:


IMG_0666.JPG

Status: Sent
Delivered: 11/23/2015 8:35:40 AM(UTC-5)
Read: 11/23/2015 8:45:39 AM(UTC-5)

11/23/2015 8:46:58 AM(UTC-5), +13047419893 (Darryl Williams)
Everyone except Darryl Williams and I sent BO Hubbard. In my place

Status: Read
Read: 11/23/2015 8:47:10 AM(UTC-5)

11/23/2015 8:47:17 AM(UTC-5), +18655858280 (Joel Smithers)
K

Status: Sent
Delivered: 11/23/2015 8:47:17 AM(UTC-5)
Read: 11/23/2015 8:47:21 AM(UTC-5)



**11/23/2015 8:47:31 AM(UTC-5), +18855858260 (Joel Smithers)**
When r u out of meds?

Status: Sent
Delivered: 11/23/2015 8:47:32 AM(UTC-5)
Read: 11/23/2015 8:47:33 AM(UTC-5)

**11/23/2015 8:49:42 AM(UTC-5), +13047419893 (Darryl Williams)**
I will run out Friday

Status: Read
Read: 11/23/2015 8:51:37 AM(UTC-5)

**11/23/2015 8:51:19 AM(UTC-5), +13047419893 (Darryl Williams)**
Pam Harlow. Racheal miller. Robert Daniels  and Bo Hubbard will be seeing you

Status: Read
Read: 11/23/2015 8:51:37 AM(UTC-5)

**11/23/2015 8:51:56 AM(UTC-5), +18855858260 (Joel Smithers)**
Dude!!!
Why aren't you coming then???

Status: Sent
Delivered: 11/23/2015 8:51:56 AM(UTC-5)
Read: 11/23/2015 8:51:57 AM(UTC-5)

**11/23/2015 8:52:22 AM(UTC-5), +13047419893 (Darryl Williams)**
Niel Jewell needs his but he took a job and can't get except weekends

Status: Read
Read: 11/23/2015 8:52:24 AM(UTC-5)

**11/23/2015 8:53:14 AM(UTC-5), +18855858260 (Joel Smithers)**
Damn it

Status: Sent
Delivered: 11/23/2015 8:53:15 AM(UTC-5)
Read: 11/23/2015 8:53:15 AM(UTC-5)

**11/23/2015 8:54:23 AM(UTC-5), +13047419893 (Darryl Williams)**
 I will try it tommorrow. I must get about 3 tanks of oxygen

Status: Read
Read: 11/23/2015 8:54:24 AM(UTC-5)

**11/23/2015 8:55:14 AM(UTC-5), +18855858260 (Joel Smithers)**
Wow

Status: Sent
Delivered: 11/23/2015 8:55:15 AM(UTC-5)
Read: 11/23/2015 8:55:18 AM(UTC-5)

**11/23/2015 8:55:21 AM(UTC-5), +13047419893 (Darryl Williams)**
Without  it.  My oxy level gets into 70 s  Percent real quick

Status: Read
Read: 11/23/2015 8:55:22 AM(UTC-5)

**11/23/2015 8:56:18 AM(UTC-5), +18855858260 (Joel Smithers)**

Status: Sent
Delivered: 11/23/2015 8:56:19 AM(UTC-5)
Read: 11/23/2015 8:56:19 AM(UTC-5)

**11/23/2015 9:00:38 AM(UTC-5), +13047419893 (Darryl Williams)**
Also Lynn Hollaway will be there

Status: Read
Read: 11/23/2015 9:02:57 AM(UTC-5)

**11/23/2015 9:03:04 AM(UTC-5), +18855858260 (Joel Smithers)**
Today?

Status: Sent
Delivered: 11/23/2015 9:03:04 AM(UTC-5)
Read: 11/23/2015 9:04:06 AM(UTC-5)

**11/23/2015 9:04:12 AM(UTC-5), +13047419893 (Darryl Williams)**
Yes sir

Status: Read
Read: 11/23/2015 9:04:12 AM(UTC-5)

**11/23/2015 9:04:42 AM(UTC-5), +18855858260 (Joel Smithers)**
K
Good
I already had her on here.

Status: Sent
Delivered: 11/23/2015 9:04:42 AM(UTC-5)
Read: 11/23/2015 9:04:49 AM(UTC-5)

**11/23/2015 9:04:59 AM(UTC-5), +13047419893 (Darryl Williams)**
Good deal

Status: Read
Read: 11/23/2015 9:05:00 AM(UTC-5)

**11/23/2015 9:05:00 AM(UTC-5), +18855858260 (Joel Smithers)**
What is Bo Hubbard's first name?

Status: Sent
Delivered: 11/23/2015 9:05:02 AM(UTC-5)
Read: 11/23/2015 9:05:01 AM(UTC-5)

**11/23/2015 9:39:58 AM(UTC-5), +13047419893 (Darryl Williams)**
Samuel Hubbard.  DOB. 3-6-53

Status: Read
Read: 11/23/2015 9:59:21 AM(UTC-5)

---

**11/23/2015 9:59:24 AM(UTC-5), +18855858260 (Joel Smithers)**
Ty

Status: Sent
Delivered: 11/23/2015 9:59:25 AM(UTC-5)
Read: 11/23/2015 10:05:03 AM(UTC-5)

---

**11/23/2015 10:20:18 AM(UTC-5), +18855858260 (Joel Smithers)**
Hey Lisa Ailiff is here to see me?

Status: Sent
Delivered: 11/23/2015 10:20:19 AM(UTC-5)
Read: 11/23/2015 10:20:24 AM(UTC-5)

---

**11/23/2015 10:21:04 AM(UTC-5), +13047419893 (Darryl Williams)**
Yes she is not one of my people but she owes for her fee last time

Status: Read
Read: 11/23/2015 10:21:04 AM(UTC-5)

---

**11/23/2015 10:21:53 AM(UTC-5), +18855858260 (Joel Smithers)**
Ooooohhh
To you or to me?

Status: Sent
Delivered: 11/23/2015 10:21:54 AM(UTC-5)
Read: 11/23/2015 10:21:54 AM(UTC-5)

---

**11/23/2015 10:22:12 AM(UTC-5), +13047419893 (Darryl Williams)**
We put her on my bill last time and I already paid it but she has never paid me

Status: Read
Read: 11/23/2015 10:22:15 AM(UTC-5)

---

**11/23/2015 10:22:31 AM(UTC-5), +18855858260 (Joel Smithers)**
Oooohhhh

Status: Sent
Delivered: 11/23/2015 10:22:32 AM(UTC-5)
Read: 11/23/2015 10:22:35 AM(UTC-5)

---

**11/23/2015 10:23:05 AM(UTC-5), +13047419893 (Darryl Williams)**
So make sure she pays u 6 hundred

Status: Read
Read: 11/23/2015 10:23:20 AM(UTC-5)

---

**11/23/2015 10:23:28 AM(UTC-5), +18855858260 (Joel Smithers)**
K

Status: Sent
Delivered: 11/23/2015 10:23:26 AM(UTC-5)
Read: 11/23/2015 10:32:38 AM(UTC-5)

---

**11/23/2015 10:30:26 AM(UTC-5), +18855858260 (Joel Smithers)**
Got the $300

Status: Sent
Delivered: 11/23/2015 10:30:26 AM(UTC-5)
Read: 11/23/2015 10:32:38 AM(UTC-5)

---

**11/23/2015 10:32:43 AM(UTC-5), +13047419893 (Darryl Williams)**
Cool

Status: Read
Read: 11/23/2015 10:32:56 AM(UTC-5)

---

**11/23/2015 10:33:49 AM(UTC-5), +13047419893 (Darryl Williams)**
I will be up tommorrow to settle up with ya

Status: Read
Read: 11/23/2015 10:34:06 AM(UTC-5)

---

**11/23/2015 10:34:11 AM(UTC-5), +13047419893 (Darryl Williams)**
I will get oxygen today

Status: Read
Read: 11/23/2015 10:34:11 AM(UTC-5)

---

**11/23/2015 10:34:12 AM(UTC-5), +18855858260 (Joel Smithers)**
Excellent

Status: Sent
Delivered: 11/23/2015 10:34:12 AM(UTC-5)
Read: 11/23/2015 10:34:13 AM(UTC-5)

---

**11/23/2015 11:27:08 AM(UTC-5), +13047419893 (Darryl Williams)**
Lynn Hollaway will be paying u and counseled

Status: Read
Read: 11/23/2015 11:37:01 AM(UTC-5)

---

**11/23/2015 11:33:34 AM(UTC-5), +13047419893 (Darryl Williams)**
Rest of them will pay counsler and I will pay u tomorrow

Status: Read
Read: 11/23/2015 11:37:01 AM(UTC-5)

---

**11/23/2015 11:36:27 AM(UTC-5), +13047419893 (Darryl Williams)**
I am collecting 300 each from these people. Plus they are paying the counsler.   So u are getting full fee on my guys

Status: Read
Read: 11/23/2015 11:37:01 AM(UTC-5)

**11/23/2015 11:37:20 AM(UTC-5), +18855858260 (Joel Smithers)**
Awesomeness

Status: Sent
Delivered: 11/23/2015 11:37:20 AM(UTC-5)
Read: 11/23/2015 11:37:20 AM(UTC-5)

**11/23/2015 11:37:49 AM(UTC-5), +18855858260 (Joel Smithers)**
So who's the ▓▓▓ dude here with Hollaway?

Status: Sent
Delivered: 11/23/2015 11:37:49 AM(UTC-5)
Read: 11/23/2015 11:37:49 AM(UTC-5)

**11/23/2015 12:12:17 PM(UTC-5), +13047419893 (Darryl Williams)**
Have no idea

Status: Read
Read: 11/23/2015 12:36:59 PM(UTC-5)

**11/23/2015 12:12:48 PM(UTC-5), +13047419893 (Darryl Williams)**
I think she likes them ▓▓▓

Status: Read
Read: 11/23/2015 12:36:59 PM(UTC-5)

**11/23/2015 12:37:03 PM(UTC-5), +18855858260 (Joel Smithers)**
LoL

Status: Sent
Delivered: 11/23/2015 12:37:04 PM(UTC-5)
Read: 11/23/2015 12:42:00 PM(UTC-5)

**11/23/2015 3:17:19 PM(UTC-5), +18855858260 (Joel Smithers)**
When would you like to come tm and are you bringing any other pt's with you?

Status: Sent
Delivered: 11/23/2015 3:17:19 PM(UTC-5)
Read: 11/23/2015 3:17:39 PM(UTC-5)

**11/23/2015 3:18:28 PM(UTC-5), +13047419893 (Darryl Williams)**
If my oxygen gets here today I will come tommorrow

Status: Read
Read: 11/23/2015 3:23:59 PM(UTC-5)

**11/23/2015 3:19:48 PM(UTC-5), +13047419893 (Darryl Williams)**
I need to get Niel Jewell's and Deborah Renyolds

Status: Read
Read: 11/23/2015 3:23:59 PM(UTC-5)

**11/23/2015 3:24:07 PM(UTC-5), +18855858260 (Joel Smithers)**
K

Status: Sent
Delivered: 11/23/2015 3:24:07 PM(UTC-5)
Read: 11/23/2015 3:45:38 PM(UTC-5)

**11/23/2015 3:51:01 PM(UTC-5), +13047419893 (Darryl Williams)**
Not unless u want to send my scripts with mike Bowe.  And I will come up next week

Status: Read
Read: 11/23/2015 3:52:43 PM(UTC-5)

**11/23/2015 3:51:25 PM(UTC-5), +13047419893 (Darryl Williams)**
I can send ur funds tommorrow via Walmart

Status: Read
Read: 11/23/2015 3:52:43 PM(UTC-5)

**11/23/2015 3:53:25 PM(UTC-5), +18855858260 (Joel Smithers)**
Walmart or Bluebird?

Status: Sent
Delivered: 11/23/2015 3:53:25 PM(UTC-5)
Read: 11/23/2015 3:53:25 PM(UTC-5)

**11/23/2015 3:53:57 PM(UTC-5), +13047419893 (Darryl Williams)**
Either one

Status: Read
Read: 11/23/2015 3:54:17 PM(UTC-5)

**11/23/2015 3:55:17 PM(UTC-5), +18855858260 (Joel Smithers)**
Is walmart just a money order/wire?

Status: Sent
Delivered: 11/23/2015 3:55:17 PM(UTC-5)
Read: 11/23/2015 3:55:17 PM(UTC-5)

**11/23/2015 3:56:28 PM(UTC-5), +13047419893 (Darryl Williams)**
I owed u 900   Plus 1350 today and Darryl Williams Niel Jewell and deb Renyolds  makes it a total 3150

Status: Read
Read: 11/23/2015 3:56:33 PM(UTC-5)

**11/23/2015 3:56:40 PM(UTC-5), +18855858260 (Joel Smithers)**
K

Status: Sent
Delivered: 11/23/2015 3:56:41 PM(UTC-5)
Read: 11/23/2015 3:56:44 PM(UTC-5)

**11/23/2015 3:57:08 PM(UTC-5), +18655858260 (Joel Smithers)**
Be sure to tell Deb i said thanks for getting me her medical records

Status: Sent
Delivered: 11/23/2015 3:57:09 PM(UTC-5)
Read: 11/23/2015 3:57:09 PM(UTC-5)

**11/23/2015 3:57:38 PM(UTC-5), +13047419893 (Darryl Williams)**
Less 300 shelia Aliff paid makes grand total  2850

Status: Read
Read: 11/23/2015 3:59:09 PM(UTC-5)

**11/23/2015 3:58:20 PM(UTC-5), +13047419893 (Darryl Williams)**
I already paid for Aliff and she never paid me

Status: Read
Read: 11/23/2015 3:59:09 PM(UTC-5)

**11/23/2015 3:59:09 PM(UTC-5), +13047419893 (Darryl Williams)**
i will make  me. Deborah and Neil. Comes next week  or ASAP for visit

Status: Read
Read: 11/23/2015 3:59:09 PM(UTC-5)

**11/23/2015 3:59:22 PM(UTC-5), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 11/23/2015 3:59:22 PM(UTC-5)
Read: 11/23/2015 3:59:25 PM(UTC-5)

**11/23/2015 4:00:05 PM(UTC-5), +18655858260 (Joel Smithers)**
So why don't you just keep $300 of that since Ailiff gave me $600 today?

Status: Sent
Delivered: 11/23/2015 4:00:05 PM(UTC-5)
Read: 11/23/2015 4:00:05 PM(UTC-5)

**11/23/2015 4:00:14 PM(UTC-5), +13047419893 (Darryl Williams)**
Mike is my driver today and next door neabor. U can trust him.

Status: Read
Read: 11/23/2015 4:00:14 PM(UTC-5)

**11/23/2015 4:00:22 PM(UTC-5), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 11/23/2015 4:00:22 PM(UTC-5)
Read: 11/23/2015 4:00:26 PM(UTC-5)

**11/23/2015 4:00:38 PM(UTC-5), +13047419893 (Darryl Williams)**
Yes I will send u  2850

Status: Read
Read: 11/23/2015 4:00:39 PM(UTC-5)

**11/23/2015 4:00:48 PM(UTC-5), +18655858260 (Joel Smithers)**
He seems like a good guy

Status: Sent
Delivered: 11/23/2015 4:00:46 PM(UTC-5)
Read: 11/23/2015 4:00:46 PM(UTC-5)

**11/23/2015 4:00:55 PM(UTC-5), +18655858260 (Joel Smithers)**
Sounds good to me

Status: Sent
Delivered: 11/23/2015 4:00:55 PM(UTC-5)
Read: 11/23/2015 4:00:55 PM(UTC-5)

**11/23/2015 4:01:24 PM(UTC-5), +18655858260 (Joel Smithers)**
Bluebird can't handle that much in one day so just wire it walmart to walmart.

Status: Sent
Delivered: 11/23/2015 4:01:25 PM(UTC-5)
Read: 11/23/2015 4:01:25 PM(UTC-5)

**11/23/2015 4:02:33 PM(UTC-5), +13047419893 (Darryl Williams)**
The 2850 includes. Me deb and Niel Jewell

Status: Read
Read: 11/23/2015 4:05:48 PM(UTC-5)

**11/23/2015 4:05:57 PM(UTC-5), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 11/23/2015 4:05:57 PM(UTC-5)
Read: 11/23/2015 4:06:14 PM(UTC-5)

**11/23/2015 5:05:44 PM(UTC-5), +13047419893 (Darryl Williams)**
Kevin smith in jail for robbing  flat screens at local K Mart

Status: Read
Read: 11/23/2015 5:30:11 PM(UTC-5)

**11/23/2015 5:13:00 PM(UTC-5), +13047419893 (Darryl Williams)**
Lol

Status: Read
Read: 11/23/2015 5:30:11 PM(UTC-5)

**11/23/2015 5:30:16 PM(UTC-5), +18655858260 (Joel Smithers)**
Dumbass

Status: Sent
Delivered: 11/23/2015 5:30:16 PM(UTC-5)
Read: 11/23/2015 5:45:54 PM(UTC-5)

**11/23/2015 5:30:53 PM(UTC-5), +18655858260 (Joel Smithers)**
My counselor is ultra suspicious:-/

Status: Sent
Delivered: 11/23/2015 5:30:53 PM(UTC-5)
Read: 11/23/2015 5:45:54 PM(UTC-5)

**11/23/2015 5:46:24 PM(UTC-5), +13047419893 (Darryl Williams)**
About what

Status: Read
Read: 11/23/2015 6:10:58 PM(UTC-5)

**11/23/2015 6:11:10 PM(UTC-5), +18655858260 (Joel Smithers)**
You paying for everything

Status: Sent
Delivered: 11/23/2015 6:11:10 PM(UTC-5)
Read: 11/23/2015 6:11:32 PM(UTC-5)

**11/23/2015 6:11:25 PM(UTC-5), +18655858260 (Joel Smithers)**
And the possible connection to Bo Daniels

Status: Sent
Delivered: 11/23/2015 6:11:26 PM(UTC-5)
Read: 11/23/2015 6:11:32 PM(UTC-5)

**11/23/2015 6:11:39 PM(UTC-5), +18655858260 (Joel Smithers)**
He HATES Bo Daniels

Status: Sent
Delivered: 11/23/2015 6:11:39 PM(UTC-5)
Read: 11/23/2015 6:11:39 PM(UTC-5)

**11/23/2015 6:11:58 PM(UTC-5), +13047419893 (Darryl Williams)**
I hate Bo Daniels

Status: Read
Read: 11/23/2015 6:11:56 PM(UTC-5)

**11/23/2015 6:12:02 PM(UTC-5), +18655858260 (Joel Smithers)**
LoL

Status: Sent
Delivered: 11/23/2015 6:12:02 PM(UTC-5)
Read: 11/23/2015 6:12:05 PM(UTC-5)

**11/23/2015 6:12:15 PM(UTC-5), +18655858260 (Joel Smithers)**
Seems like a lot of folks do!!!

Status: Sent
Delivered: 11/23/2015 6:12:15 PM(UTC-5)
Read: 11/23/2015 6:12:16 PM(UTC-5)

**11/23/2015 6:13:09 PM(UTC-5), +13047419893 (Darryl Williams)**
He is a scum bag.    That scares little people

Status: Read
Read: 11/23/2015 6:17:41 PM(UTC-5)

**11/23/2015 7:21:51 PM(UTC-5), +13047419893 (Darryl Williams)**
I got Greg Harlow. Brian's Harlow. Brian's wife Michelle Harlow and Geneava  bowman.   They can come Monday or wensday next week

Status: Read
Read: 11/23/2015 7:50:45 PM(UTC-5)

**11/23/2015 7:52:45 PM(UTC-5), +18655858260 (Joel Smithers)**
Monday

Status: Sent
Delivered: 11/23/2015 7:52:46 PM(UTC-5)
Read: 11/23/2015 7:52:56 PM(UTC-5)

---

**11/23/2015 7:52:57 PM(UTC-5), +18655858260 (Joel Smithers)**
Come at 1:15

Status: Sent
Delivered: 11/23/2015 7:52:58 PM(UTC-5)
Read: 11/23/2015 7:52:58 PM(UTC-5)

---

**11/23/2015 7:53:07 PM(UTC-5), +13047419893 (Darryl Williams)**
Cool

Status: Read
Read: 11/23/2015 7:53:07 PM(UTC-5)

---

**11/23/2015 7:53:57 PM(UTC-5), +18655858260 (Joel Smithers)**
Can i give the debbie and neil's next week or do you need them this week?

Status: Sent
Delivered: 11/23/2015 7:53:57 PM(UTC-5)
Read: 11/23/2015 8:03:26 PM(UTC-5)

---

**11/23/2015 8:03:44 PM(UTC-5), +13047419893 (Darryl Williams)**
Need this week if poss

Status: Read
Read: 11/23/2015 8:04:02 PM(UTC-5)

---

**11/23/2015 8:04:04 PM(UTC-5), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 11/23/2015 8:04:04 PM(UTC-5)
Read: 11/23/2015 8:04:29 PM(UTC-5)

---

**11/23/2015 8:04:25 PM(UTC-5), +18655858260 (Joel Smithers)**
Oh and Sammy was new so he's a 450 pt

Status: Sent
Delivered: 11/23/2015 8:04:25 PM(UTC-5)
Read: 11/23/2015 8:04:29 PM(UTC-5)

---

**11/23/2015 8:05:47 PM(UTC-5), +13047419893 (Darryl Williams)**
That is correct.  Our bill will be 2850.  But I am sending 3 grand

Status: Read
Read: 11/23/2015 8:07:11 PM(UTC-5)

---

**11/23/2015 8:07:14 PM(UTC-5), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 11/23/2015 8:07:15 PM(UTC-5)
Read: 11/23/2015 8:07:17 PM(UTC-5)

---

**11/23/2015 8:07:23 PM(UTC-5), +18655858260 (Joel Smithers)**
Sweetness

Status: Sent
Delivered: 11/23/2015 8:07:23 PM(UTC-5)
Read: 11/23/2015 8:07:23 PM(UTC-5)

---

**11/23/2015 8:07:48 PM(UTC-5), +18655858260 (Joel Smithers)**
You're an alright feller Mr. Williams

Status: Sent
Delivered: 11/23/2015 8:07:49 PM(UTC-5)
Read: 11/23/2015 8:09:02 PM(UTC-5)

---

**11/24/2015 1:57:29 PM(UTC-5), +18655858260 (Joel Smithers)**
Any of your folks coming today?

Status: Sent
Delivered: 11/24/2015 1:57:29 PM(UTC-5)
Read: 11/24/2015 1:59:17 PM(UTC-5)

---

**11/24/2015 2:15:45 PM(UTC-5), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 11/24/2015 2:15:46 PM(UTC-5)
Read: 11/24/2015 2:19:21 PM(UTC-5)

---

**11/24/2015 3:16:44 PM(UTC-5), +18655858260 (Joel Smithers)**
So when is the money getting wired?

Status: Sent
Delivered: 11/24/2015 3:16:45 PM(UTC-5)
Read: 11/24/2015 3:16:54 PM(UTC-5)

---

**11/24/2015 3:18:10 PM(UTC-5), +13047419893 (Darryl Williams)**
I will be hope about 7pm then I can go send it

Status: Read
Read: 11/24/2015 3:18:11 PM(UTC-5)

---

**11/24/2015 3:18:17 PM(UTC-5), +13047419893 (Darryl Williams)**
Home

Status: Read
Read: 11/24/2015 3:18:17 PM(UTC-5)

---

**11/24/2015 3:19:00 PM(UTC-5), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 11/24/2015 3:19:00 PM(UTC-5)
Read: 11/24/2015 3:19:05 PM(UTC-5)

---

**11/24/2015 3:18:34 PM(UTC-5), +18655858260 (Joel Smithers)**
Do i have to pick it up today or can it sit there til next Monday?

Status: Sent
Delivered: 11/24/2015 3:19:35 PM(UTC-5)
Read: 11/24/2015 3:19:35 PM(UTC-5)

**11/24/2015 4:08:08 PM(UTC-5), +13047419893 (Darryl Williams)**
If u want it Monday I will just bring it and won't be a paper trail

Status: Read
Read: 11/24/2015 4:09:22 PM(UTC-5)

**11/24/2015 4:09:36 PM(UTC-5), +18655858260 (Joel Smithers)**
Sounds like a plan man

Status: Sent
Delivered: 11/24/2015 4:09:36 PM(UTC-5)
Read: 11/24/2015 4:10:02 PM(UTC-5)

**11/24/2015 4:10:22 PM(UTC-5), +13047419893 (Darryl Williams)**
I am getting my blood work done tommorrow

Status: Read
Read: 11/24/2015 4:11:06 PM(UTC-5)

**11/24/2015 4:11:12 PM(UTC-5), +18655858260 (Joel Smithers)**
Yay!!!!

Status: Sent
Delivered: 11/24/2015 4:11:13 PM(UTC-5)
Read: 11/24/2015 4:11:45 PM(UTC-6)

**11/24/2015 4:11:29 PM(UTC-5), +18655858260 (Joel Smithers)**
My two fax #s are:

Status: Sent
Delivered: 11/24/2015 4:11:30 PM(UTC-5)
Read: 11/24/2015 4:11:45 PM(UTC-5)

**11/24/2015 4:11:39 PM(UTC-5), +18655858260 (Joel Smithers)**
276-336-8624

Status: Sent
Delivered: 11/24/2015 4:11:39 PM(UTC-5)
Read: 11/24/2015 4:11:45 PM(UTC-5)

**11/24/2015 4:11:41 PM(UTC-5), +18655858260 (Joel Smithers)**
&

Status: Sent
Delivered: 11/24/2015 4:11:42 PM(UTC-5)
Read: 11/24/2015 4:11:46 PM(UTC-5)

**11/24/2015 4:12:05 PM(UTC-5), +18655858260 (Joel Smithers)**
844-550-7109

Status: Sent
Delivered: 11/24/2015 4:12:06 PM(UTC-5)
Read: 11/24/2015 4:12:42 PM(UTC-5)

**11/24/2015 4:12:59 PM(UTC-5), +13047419893 (Darryl Williams)**
Cool.  I will fax tommorrow

Status: Read
Read: 11/24/2015 4:14:25 PM(UTC-5)

**11/24/2015 4:14:31 PM(UTC-5), +18655858260 (Joel Smithers)**
Outstanding

Status: Sent
Delivered: 11/24/2015 4:14:31 PM(UTC-5)
Read: 11/24/2015 4:14:31 PM(UTC-5)

**11/25/2015 9:10:02 AM(UTC-5), +13047419893 (Darryl Williams)**
Good morning young man

Status: Read
Read: 11/25/2015 9:10:09 AM(UTC-5)

**11/25/2015 9:10:21 AM(UTC-5), +18655858260 (Joel Smithers)**
Good morning sir

Status: Sent
Delivered: 11/25/2015 9:10:27 AM(UTC-5)
Read: 11/25/2015 9:10:27 AM(UTC-5)

**11/25/2015 9:11:42 AM(UTC-5), +13047419893 (Darryl Williams)**
Headed to kentuckiana

Status: Read
Read: 11/25/2015 9:12:39 AM(UTC-5)

**11/25/2015 9:12:51 AM(UTC-5), +18655858260 (Joel Smithers)**
YippeeSkippee

Status: Sent
Delivered: 11/25/2015 9:12:51 AM(UTC-5)
Read: 11/25/2015 9:12:53 AM(UTC-5)

**11/25/2015 9:13:59 AM(UTC-5), +18655858260 (Joel Smithers)**
Guess who I'm on the phone to?

Status: Sent
Delivered: 11/25/2015 9:14:03 AM(UTC-5)
Read: 11/25/2015 9:14:03 AM(UTC-5)

**11/25/2015 9:14:23 AM(UTC-5), +13047419893 (Darryl Williams)**
Who

Status: Read
Read: 11/25/2015 9:54:27 AM(UTC-5)

---

**11/25/2015 9:19:19 AM(UTC-5), +13047419893 (Darryl Williams)**
Who is it doc u got me in suspense

Status: Read
Read: 11/25/2015 9:54:27 AM(UTC-5)

---

**11/25/2015 9:24:12 AM(UTC-5), +13047419893 (Darryl Williams)**
I run into my buddy Brandon goins and he was sick as a dog his leg was hurting him really bad could hardly walk he wanted me to ask u if he could pay a 300$ fuck up fee like his cousin Scotty did

Status: Read
Read: 11/25/2015 9:54:27 AM(UTC-5)

---

**11/25/2015 9:54:40 AM(UTC-5), +18855858260 (Joel Smithers)**
Paul Snyder

Status: Sent
Delivered: 11/25/2015 9:54:44 AM(UTC-5)
Read: 11/25/2015 9:54:58 AM(UTC-5)

---

**11/25/2015 9:54:57 AM(UTC-5), +18855858260 (Joel Smithers)**
No

Status: Sent
Delivered: 11/25/2015 9:54:59 AM(UTC-5)
Read: 11/25/2015 9:55:01 AM(UTC-5)

---

**11/25/2015 9:55:13 AM(UTC-5), +13047419893 (Darryl Williams)**
Great.   Great guy

Status: Read
Read: 11/25/2015 9:55:13 AM(UTC-5)

---

**11/25/2015 9:55:29 AM(UTC-5), +18855858260 (Joel Smithers)**
He's outstanding

Status: Sent
Delivered: 11/25/2015 9:55:30 AM(UTC-5)
Read: 11/25/2015 9:55:30 AM(UTC-5)

---

**11/25/2015 9:56:10 AM(UTC-5), +13047419893 (Darryl Williams)**
U don't know what a good man he is

Status: Read
Read: 11/25/2015 9:56:10 AM(UTC-5)

---

**11/25/2015 9:56:56 AM(UTC-5), +13047419893 (Darryl Williams)**
Best lawyer I ever hired and cheapest lawyer I ever seen

Status: Read
Read: 11/25/2015 9:56:57 AM(UTC-5)

---

**11/25/2015 10:17:46 AM(UTC-5), +13047419893 (Darryl Williams)**
Smartest lawyer. And Hardest worker

Status: Read
Read: 11/25/2015 10:23:13 AM(UTC-5)

---

**11/25/2015 11:50:38 AM(UTC-5), +18855858260 (Joel Smithers)**
Seems to be

Status: Sent
Delivered: 11/25/2015 11:50:42 AM(UTC-5)
Read: 11/25/2015 12:31:43 PM(UTC-5)

---

**11/29/2015 9:23:30 AM(UTC-5), +13047419893 (Darryl Williams)**
Good morning

Status: Read
Read: 11/29/2015 9:26:03 AM(UTC-5)

**11/29/2015 9:33:05 AM(UTC-5), +13047419893 (Darryl Williams)**
Hey we are picking up Racheal Miller and Deborah Renyolds  scripts this morning  and the Pharmist will not have 30 mg  opana. ER.   What can he replace that will can he give them double of the 15s.  Or can he give them 40s. If u can change the scripts   He won't get 30s for 3 weeks

Status: Read
Read: 11/29/2015 9:36:00 AM(UTC-5)

**11/29/2015 9:36:32 AM(UTC-5), +18855858260 (Joel Smithers)**
He can double the 15's

Status: Sent
Delivered: 11/29/2015 9:36:32 AM(UTC-5)
Read: 11/29/2015 9:37:50 AM(UTC-5)

**11/29/2015 9:47:18 AM(UTC-5), +13047419893 (Darryl Williams)**
Okie doki.    You might have to inform him or call him

Status: Read
Read: 11/29/2015 9:47:53 AM(UTC-5)

**11/29/2015 9:48:22 AM(UTC-5), +18855858260 (Joel Smithers)**
If he has any questions, he can call me

Status: Sent
Delivered: 11/29/2015 9:48:23 AM(UTC-5)
Read: 11/29/2015 9:48:23 AM(UTC-5)

**11/29/2015 9:48:35 AM(UTC-5), +13047419893 (Darryl Williams)**
Ok

Status: Read
Read: 11/29/2015 9:48:47 AM(UTC-5)

**11/30/2015 10:11:03 AM(UTC-5), +13047419893 (Darryl Williams)**
Ok got 5-6 people  coming 1- stearl Blankenship who is having kidney removed tommorrow. 2 his son could be seen today as well Burl who is hunched backed. Like egor on young Frankenstein

Status: Read
Read: 11/30/2015 10:12:02 AM(UTC-5)

**11/30/2015 10:12:49 AM(UTC-5), +13047419893 (Darryl Williams)**
Everyone today has money

Status: Read
Read: 11/30/2015 10:16:57 AM(UTC-5)

**11/30/2015 10:13:31 AM(UTC-5), +13047419893 (Darryl Williams)**
Mike Bowe is bringing u 1000 dollars. I am bringing rest

Status: Read
Read: 11/30/2015 10:16:57 AM(UTC-5)

**11/30/2015 10:35:53 AM(UTC-5), +18855858260 (Joel Smithers)**
K

Status: Sent
Delivered: 11/30/2015 10:35:53 AM(UTC-5)
Read: 11/30/2015 10:55:15 AM(UTC-5)

**11/30/2015 10:35:57 AM(UTC-5), +18855858260 (Joel Smithers)**
Swamped

Status: Sent
Delivered: 11/30/2015 10:35:57 AM(UTC-5)
Read: 11/30/2015 10:55:15 AM(UTC-5)

**11/30/2015 10:55:31 AM(UTC-5), +13047419893 (Darryl Williams)**
Good for wallet

Status: Read
Read: 11/30/2015 11:00:42 AM(UTC-5)

**11/30/2015 11:00:46 AM(UTC-5), +18855858260 (Joel Smithers)**
Indeed

Status: Sent
Delivered: 11/30/2015 11:00:47 AM(UTC-5)
Read: 11/30/2015 11:05:00 AM(UTC-5)

**11/30/2015 11:05:17 AM(UTC-5), +13047419893 (Darryl Williams)**
Geneva bowman is with  Steral and Burl then Mike Bowe is bringing 3 Harlows

Status: Read
Read: 11/30/2015 11:23:19 AM(UTC-5)

**11/30/2015 11:23:21 AM(UTC-5), +18855858260 (Joel Smithers)**
K

Status: Sent
Delivered: 11/30/2015 11:23:21 AM(UTC-5)
Read: 11/30/2015 11:57:15 AM(UTC-5)

**11/30/2015 11:23:23 AM(UTC-5), +18855858260 (Joel Smithers)**
Thx

Status: Sent
Delivered: 11/30/2015 11:23:24 AM(UTC-5)
Read: 11/30/2015 11:57:15 AM(UTC-5)

**11/30/2015 1:48:30 PM(UTC-5), +18655858260 (Joel Smithers)**
Dude, what's up with this shit?
"Doc smithers, this is Lora Kicklighter. Myself, Franklin williams, mike robinette, and Rebecca pritt had apts today. Could you send our scripts back with  Mike Bowe and you receive your payment. With all the holidays almost everyone in this group had family at their house except me and I have a stomach virus, throwing up etc. Thank you. We are due to b filled wednesday 3rd. Thank you"

**Status:** Sent
**Delivered:** 11/30/2015 1:48:31 PM(UTC-5)
**Read:** 11/30/2015 1:52:54 PM(UTC-5)

**11/30/2015 1:51:53 PM(UTC-5), +13047419893 (Darryl Williams)**
Please delete and ignore that text

**Status:** Read
**Read:** 11/30/2015 1:51:56 PM(UTC-5)

**11/30/2015 1:52:23 PM(UTC-5), +13047419893 (Darryl Williams)**
I will take care of it.   I promise

**Status:** Read
**Read:** 11/30/2015 1:52:23 PM(UTC-5)

**11/30/2015 1:52:35 PM(UTC-5), +18655858260 (Joel Smithers)**
K

**Status:** Sent
**Delivered:** 11/30/2015 1:52:36 PM(UTC-5)
**Read:** 11/30/2015 1:52:54 PM(UTC-5)

**11/30/2015 1:53:32 PM(UTC-5), +18655858260 (Joel Smithers)**
Below was my reply:
"No.  You will ALL need to come for your appointments.  I can see y'all tomorrow or Wednesday.  After that I will be out of town until Monday, 12/14.  Y'all need to plan to be here for your appointments as scheduled or find another doctor."

**Status:** Sent
**Delivered:** 11/30/2015 1:53:33 PM(UTC-5)
**Read:** 11/30/2015 1:53:39 PM(UTC-5)

**11/30/2015 2:05:01 PM(UTC-5), +13047419893 (Darryl Williams)**
Good.  I think you done knipped it in the butt

**Status:** Read
**Read:** 11/30/2015 2:07:14 PM(UTC-5)

**11/30/2015 5:28:27 PM(UTC-5), +13047419893 (Darryl Williams)**
Remember he ain't got no opana 30 s  until three weeks from now

**Status:** Read
**Read:** 11/30/2015 5:32:04 PM(UTC-5)

**11/30/2015 5:32:17 PM(UTC-5), +18655858260 (Joel Smithers)**
Yessa massa

**Status:** Sent
**Delivered:** 11/30/2015 5:32:18 PM(UTC-5)
**Read:** 11/30/2015 5:52:39 PM(UTC-5)

**11/30/2015 7:28:10 PM(UTC-5), +13047419893 (Darryl Williams)**
Ky ln pharm.  only has 20s and 40s opana until 12/22

**Status:** Read
**Read:** 11/30/2015 7:29:21 PM(UTC-5)

**11/30/2015 7:28:28 PM(UTC-5), +13047419893 (Darryl Williams)**
Plenty of Roxie's

**Status:** Read
**Read:** 11/30/2015 7:29:21 PM(UTC-5)

**11/30/2015 7:28:45 PM(UTC-5), +13047419893 (Darryl Williams)**
Jfyi

**Status:** Read
**Read:** 11/30/2015 7:29:21 PM(UTC-5)

**11/30/2015 7:29:26 PM(UTC-5), +18655858260 (Joel Smithers)**
Ty!!!

**Status:** Sent
**Delivered:** 11/30/2015 7:29:27 PM(UTC-5)
**Read:** 11/30/2015 7:31:17 PM(UTC-5)

**11/30/2015 9:31:46 PM(UTC-5), +13047419893 (Darryl Williams)**
Has my buddies left yet

**Status:** Read
**Read:** 11/30/2015 9:32:07 PM(UTC-5)

**11/30/2015 9:32:10 PM(UTC-5), +18655858260 (Joel Smithers)**
Nope

**Status:** Sent
**Delivered:** 11/30/2015 9:32:13 PM(UTC-5)
**Read:** 11/30/2015 9:32:22 PM(UTC-5)

**11/30/2015 9:32:16 PM(UTC-5), +18655858260 (Joel Smithers)**
On last two now

**Status:** Sent
**Delivered:** 11/30/2015 9:32:21 PM(UTC-5)
**Read:** 11/30/2015 9:32:25 PM(UTC-5)

1084

**12/1/2015 9:20:03 AM(UTC-5), +18655858260 (Joel Smithers)**
I will be leaving my office at 3pm on Wednesday and not available until Monday, 12/14. I cannot help the fact that people who were scheduled for yesterday did not show up (Lora, Pritt, Scotty, & Mike Robinette). If people aren't going to keep their appointments then they can go elsewhere or just plan to pay me $450 every visit. If anyone wanting to be seen not on the schedule Wednesday that needs to be seen before 12/14, then they better get their asses here before noon on Wednesday (&, yes, i already have a full schedule that day). I was at the office til 10:30 last night cause I saw several not on the schedule. I can stay til 6pm tonight if any want to come today, but they better get their asses here early and bring ALL their fucking medicine. Half the reason yesterday was a giant cluster was because peeps aren't doing what I'm telling them to... Gonna have to figure out what motivates these folks
Maybe you can help me with that

Status: Sent
Delivered: 12/1/2015 9:20:08 AM(UTC-5)
Read: 12/1/2015 10:33:09 AM(UTC-5)

**12/2/2015 8:03:45 AM(UTC-5), +18655858260 (Joel Smithers)**
Good morning, sir

Status: Sent
Delivered: 12/2/2015 8:04:01 AM(UTC-5)
Read: 12/2/2015 8:04:01 AM(UTC-5)

**12/2/2015 8:04:03 AM(UTC-5), +18655858260 (Joel Smithers)**
...any of y'all gonna make it today?

Status: Sent
Delivered: 12/2/2015 8:04:04 AM(UTC-5)
Read: 12/2/2015 8:04:04 AM(UTC-5)

**12/2/2015 8:04:10 AM(UTC-5), +13047419893 (Darryl Williams)**
Good morning

Status: Read
Read: 12/2/2015 8:04:11 AM(UTC-5)

**12/2/2015 8:05:12 AM(UTC-5), +13047419893 (Darryl Williams)**
Yep.  4.  On thier way.   They all have thier 300 fee. And GF is bring u a grand

Status: Read
Read: 12/2/2015 8:05:23 AM(UTC-5)

**12/2/2015 8:05:36 AM(UTC-5), +18655858260 (Joel Smithers)**
Excellent.

Status: Sent
Delivered: 12/2/2015 8:05:37 AM(UTC-5)
Read: 12/2/2015 8:05:37 AM(UTC-5)

**12/2/2015 8:05:59 AM(UTC-5), +13047419893 (Darryl Williams)**
I will walmart the othe grand or bring it next week

Status: Read
Read: 12/2/2015 8:06:01 AM(UTC-5)

**12/2/2015 8:06:10 AM(UTC-5), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 12/2/2015 8:06:10 AM(UTC-5)
Read: 12/2/2015 8:06:13 AM(UTC-5)

**12/2/2015 8:06:19 AM(UTC-5), +18655858260 (Joel Smithers)**
Just plan to bring it

Status: Sent
Delivered: 12/2/2015 8:06:20 AM(UTC-5)
Read: 12/2/2015 8:06:20 AM(UTC-5)

**12/2/2015 8:06:29 AM(UTC-5), +18655858260 (Joel Smithers)**
Remember though:

Status: Sent
Delivered: 12/2/2015 8:06:30 AM(UTC-5)
Read: 12/2/2015 8:06:30 AM(UTC-5)

**12/2/2015 8:06:50 AM(UTC-5), +18655858260 (Joel Smithers)**
I'm not back in the office until Monday 12/14.

Status: Sent
Delivered: 12/2/2015 8:06:50 AM(UTC-5)
Read: 12/2/2015 8:06:51 AM(UTC-5)

**12/2/2015 8:07:14 AM(UTC-5), +13047419893 (Darryl Williams)**
I would send it all. But don't trust anyone that much

Status: Read
Read: 12/2/2015 8:07:15 AM(UTC-5)

**12/2/2015 8:07:26 AM(UTC-5), +18655858260 (Joel Smithers)**
No doubt.

Status: Sent
Delivered: 12/2/2015 8:07:26 AM(UTC-5)
Read: 12/2/2015 8:07:27 AM(UTC-5)

**12/2/2015 8:10:00 AM(UTC-5), +18655858260 (Joel Smithers)**
Mike Bowe is one cool dude...

Status: Sent
Delivered: 12/2/2015 8:10:01 AM(UTC-5)
Read: 12/2/2015 8:10:15 AM(UTC-5)

**12/2/2015 8:10:23 AM(UTC-5), +13047419893 (Darryl Williams)**
Yes he is

Status: Read
Read: 12/2/2015 8:10:24 AM(UTC-5)

1085

12/2/2015 8:10:45 AM(UTC-5), +18855858260 (Joel Smithers)
I'd say you could prolly trust him.

Status: Sent
Delivered: 12/2/2015 8:10:46 AM(UTC-5)
Read: 12/2/2015 8:10:46 AM(UTC-5)

12/2/2015 8:10:57 AM(UTC-5), +13047419893 (Darryl Williams)
He has worked for me since late 80s

Status: Read
Read: 12/2/2015 8:17:32 AM(UTC-5)

12/2/2015 8:11:16 AM(UTC-5), +13047419893 (Darryl Williams)
Yep

Status: Read
Read: 12/2/2015 8:17:32 AM(UTC-5)

12/2/2015 8:15:08 AM(UTC-5), +13047419893 (Darryl Williams)
Hope u don't cut anyone today. I have to hear them cry for a month.  Lol

Status: Read
Read: 12/2/2015 8:17:32 AM(UTC-5)

12/2/2015 8:17:36 AM(UTC-5), +18855858260 (Joel Smithers)
WoW

Status: Sent
Delivered: 12/2/2015 8:17:38 AM(UTC-5)
Read: 12/2/2015 8:17:51 AM(UTC-5)

12/2/2015 8:17:40 AM(UTC-5), +18855858260 (Joel Smithers)
LoL

Status: Sent
Delivered: 12/2/2015 8:17:41 AM(UTC-5)
Read: 12/2/2015 8:17:51 AM(UTC-5)

12/2/2015 8:18:01 AM(UTC-5), +13047419893 (Darryl Williams)
Lol

Status: Read
Read: 12/2/2015 8:18:02 AM(UTC-5)

12/2/2015 8:18:24 AM(UTC-5), +18855858260 (Joel Smithers)
We'll see... Most folks are just increasing the Op or holding steady.

Status: Sent
Delivered: 12/2/2015 8:18:25 AM(UTC-5)
Read: 12/2/2015 8:18:25 AM(UTC-5)

12/2/2015 8:18:44 AM(UTC-5), +13047419893 (Darryl Williams)
Yea hook them up

Status: Read
Read: 12/2/2015 8:20:06 AM(UTC-5)

12/2/2015 8:19:34 AM(UTC-5), +13047419893 (Darryl Williams)
Ky. In.  Is saving op 40s for all these guys

Status: Read
Read: 12/2/2015 8:20:06 AM(UTC-5)

12/2/2015 8:20:14 AM(UTC-5), +18855858260 (Joel Smithers)
Good

Status: Sent
Delivered: 12/2/2015 8:20:14 AM(UTC-5)
Read: 12/2/2015 8:21:42 AM(UTC-5)

12/2/2015 8:22:12 AM(UTC-5), +13047419893 (Darryl Williams)
Got app with lung doc this morning

Status: Read
Read: 12/2/2015 8:26:30 AM(UTC-5)

12/2/2015 8:26:38 AM(UTC-5), +18855858260 (Joel Smithers)
Outstanding!!

Status: Sent
Delivered: 12/2/2015 8:26:39 AM(UTC-5)
Read: 12/2/2015 8:26:40 AM(UTC-5)

12/2/2015 12:16:42 PM(UTC-5), +13047419893 (Darryl Williams)
My bunch will be there in 15 mins

Status: Read
Read: 12/2/2015 12:17:21 PM(UTC-5)

12/2/2015 12:17:04 PM(UTC-5), +13047419893 (Darryl Williams)
Lora had to stop throw up

Status: Read
Read: 12/2/2015 12:17:21 PM(UTC-5)

12/2/2015 12:17:23 PM(UTC-5), +18855858260 (Joel Smithers)
K

Status: Sent
Delivered: 12/2/2015 12:17:24 PM(UTC-5)
Read: 12/2/2015 12:17:27 PM(UTC-5)

12/2/2015 12:18:33 PM(UTC-5), +13047419893 (Darryl Williams)
Thanks

Status: Read
Read: 12/2/2015 12:20:09 PM(UTC-5)

**12/2/2015 12:44:08 PM(UTC-5), +13047419893 (Darryl Williams)**
Brandon's mom calling begging me to see if u can write him a week or two meds till he gets in another's place.   Said he was sick as dog.
Please don't kill the messenger

Status: Read
Read: 12/2/2015 12:50:06 PM(UTC-5)

**12/2/2015 12:44:45 PM(UTC-5), +13047419893 (Darryl Williams)**
He is a good kid.  Just dumb as a box a rocks

Status: Read
Read: 12/2/2015 12:50:06 PM(UTC-5)

**12/2/2015 3:15:08 PM(UTC-5), +13047419893 (Darryl Williams)**
Have a good week end doc

Status: Read
Read: 12/2/2015 3:16:12 PM(UTC-5)

**12/2/2015 3:16:17 PM(UTC-5), +18855858260 (Joel Smithers)**
Hoping to...

Status: Sent
Delivered: 12/2/2015 3:16:17 PM(UTC-5)
Read: 12/2/2015 3:16:38 PM(UTC-5)

**12/2/2015 3:16:22 PM(UTC-5), +18855858260 (Joel Smithers)**
You do the same!

Status: Sent
Delivered: 12/2/2015 3:16:22 PM(UTC-5)
Read: 12/2/2015 3:16:38 PM(UTC-5)

**12/2/2015 3:16:34 PM(UTC-5), +18855858260 (Joel Smithers)**
When's Debbie gonna come see me?

Status: Sent
Delivered: 12/2/2015 3:16:35 PM(UTC-5)
Read: 12/2/2015 3:16:38 PM(UTC-5)

**12/2/2015 3:17:01 PM(UTC-5), +13047419893 (Darryl Williams)**
Next week.   Me and her both

Status: Read
Read: 12/2/2015 3:17:09 PM(UTC-5)

**12/2/2015 3:17:32 PM(UTC-5), +18855858260 (Joel Smithers)**
I'm not open again until 12/14 after today though.

Status: Sent
Delivered: 12/2/2015 3:17:33 PM(UTC-5)
Read: 12/2/2015 3:17:40 PM(UTC-5)

**12/2/2015 3:17:43 PM(UTC-5), +13047419893 (Darryl Williams)**
Ok

Status: Read
Read: 12/2/2015 3:17:43 PM(UTC-5)

**12/2/2015 3:17:54 PM(UTC-5), +13047419893 (Darryl Williams)**
I got ur number

Status: Read
Read: 12/2/2015 3:17:55 PM(UTC-5)

**12/2/2015 3:18:26 PM(UTC-5), +13047419893 (Darryl Williams)**
U are a high calibur person doc

Status: Read
Read: 12/2/2015 3:18:27 PM(UTC-5)

**12/2/2015 3:20:15 PM(UTC-5), +18855858260 (Joel Smithers)**
I'll be out of country 12/7-12/11, btw

Status: Sent
Delivered: 12/2/2015 3:20:21 PM(UTC-5)
Read: 12/2/2015 3:56:54 PM(UTC-5)

**12/3/2015 6:22:08 PM(UTC-5), +13047419893 (Darryl Williams)**
Don Blankinship  coal God. Was only convicted of conspiracy charges. Nothing else.   Conspiracy charges are bull shit stretches

Status: Read
Read: 12/3/2015 7:00:28 PM(UTC-5)

**12/3/2015 6:22:35 PM(UTC-5), +13047419893 (Darryl Williams)**
Happened today.    Bad day for Coal

Status: Read
Read: 12/3/2015 7:00:28 PM(UTC-5)

**12/3/2015 6:22:53 PM(UTC-5), +13047419893 (Darryl Williams)**
Fed pricks

Status: Read
Read: 12/3/2015 7:00:28 PM(UTC-5)

**12/3/2015 7:01:20 PM(UTC-5), +18855858260 (Joel Smithers)**
That sucks...

Status: Sent
Delivered: 12/3/2015 7:01:26 PM(UTC-5)
Read: 12/3/2015 7:10:45 PM(UTC-5)

**12/3/2015 7:01:33 PM(UTC-5), +18855858260 (Joel Smithers)**
Yeah, that would be a good idea.

Status: Sent
Delivered: 12/3/2015 7:01:34 PM(UTC-5)
Read: 12/3/2015 7:10:45 PM(UTC-5)

12/3/2015 7:05:52 PM(UTC-5), +18655858260 (Joel Smithers)
...it would be most helpful if they came from Virginia.

Status: Sent
Delivered: 12/3/2015 7:05:56 PM(UTC-5)
Read: 12/3/2015 7:10:45 PM(UTC-5)

12/3/2015 10:25:32 PM(UTC-5), +13047419893 (Darryl Williams)
Yep

Status: Read
Read: 12/4/2015 5:30:59 AM(UTC-5)

12/11/2015 12:52:28 PM(UTC-5), +13047419893 (Darryl Williams)
U back in the states

Status: Read
Read: 12/11/2015 1:02:55 PM(UTC-5)

12/11/2015 1:03:06 PM(UTC-5), +18655858260 (Joel Smithers)
Yesssirreee!

Status: Sent
Delivered: 12/11/2015 1:03:07 PM(UTC-5)
Read: 12/11/2015 1:04:16 PM(UTC-5)

12/11/2015 1:03:30 PM(UTC-5), +18655858260 (Joel Smithers)
Just docked yo land this morning...

Status: Sent
Delivered: 12/11/2015 1:03:31 PM(UTC-5)
Read: 12/11/2015 1:04:16 PM(UTC-5)

12/11/2015 1:04:05 PM(UTC-5), +18655858260 (Joel Smithers)
^to

Status: Sent
Delivered: 12/11/2015 1:04:06 PM(UTC-5)
Read: 12/11/2015 1:04:16 PM(UTC-5)

12/11/2015 1:04:32 PM(UTC-5), +18655858260 (Joel Smithers)
Office will be open Monday

Status: Sent
Delivered: 12/11/2015 1:04:32 PM(UTC-5)
Read: 12/11/2015 1:04:33 PM(UTC-5)

12/11/2015 1:04:49 PM(UTC-5), +18655858260 (Joel Smithers)
What y'all been up to!

Status: Sent
Delivered: 12/11/2015 1:04:49 PM(UTC-5)
Read: 12/11/2015 1:04:50 PM(UTC-5)

12/11/2015 1:04:54 PM(UTC-5), +18655858260 (Joel Smithers)
^?

Status: Sent
Delivered: 12/11/2015 1:04:54 PM(UTC-5)
Read: 12/11/2015 1:04:56 PM(UTC-5)

12/11/2015 1:51:21 PM(UTC-5), +13047419893 (Darryl Williams)
I need to get Mike Bowe and Kelly Johnson in as ur 1st patiences min morn if possible

Status: Read
Read: 12/11/2015 1:51:58 PM(UTC-5)

12/12/2015 12:50:46 PM(UTC-5), +13047419893 (Darryl Williams)
I got 2 people in thier 60s  that was going to a place in WV and it closed they want to come to you this week  what day will work

Status: Read
Read: 12/12/2015 1:13:35 PM(UTC-5)

12/12/2015 1:16:14 PM(UTC-5), +18655858260 (Joel Smithers)
Outstanding!!
Not sure... I'll check the schedule and let you know... They need ALL records related to pain and most recent blood work.

Status: Sent
Delivered: 12/12/2015 1:16:14 PM(UTC-5)
Read: 12/12/2015 1:18:56 PM(UTC-5)

12/12/2015 1:18:43 PM(UTC-5), +18655858260 (Joel Smithers)
If possible have faxed to 276-
336-8624

Status: Sent
Delivered: 12/12/2015 1:18:43 PM(UTC-5)
Read: 12/12/2015 1:18:56 PM(UTC-5)

12/12/2015 1:19:11 PM(UTC-5), +13047419893 (Darryl Williams)
Ok cool

Status: Read
Read: 12/12/2015 1:31:21 PM(UTC-5)

12/14/2015 11:57:09 AM(UTC-5), +13047419893 (Darryl Williams)
Hey if u can get Jason bowman next.  They will make it to pharmacy. Before it closes

Status: Read
Read: 12/14/2015 12:00:37 PM(UTC-5)

12/14/2015 11:58:31 AM(UTC-5), +13047419893 (Darryl Williams)
Me and 3 more need to come Thursday or Monday

Status: Read
Read: 12/14/2015 12:00:37 PM(UTC-5)

**12/14/2015 11:59:28 AM(UTC-5), +13047419893 (Darryl Williams)**   Pageid#: 12235
Darryl Williams. Robert Daniels. Charles Hudnall  and Stepine  young

Status: Read
Read: 12/14/2015 12:00:37 PM(UTC-5)

**12/14/2015 12:00:45 PM(UTC-5), +13047419893 (Darryl Williams)**
Monday be better

Status: Read
Read: 12/14/2015 12:00:45 PM(UTC-5)

**12/14/2015 12:00:58 PM(UTC-5), +18855858260 (Joel Smithers)**
Bout to walk in there now lol

Status: Sent
Delivered: 12/14/2015 12:00:58 PM(UTC-5)
Read: 12/14/2015 12:00:59 PM(UTC-5)

**12/14/2015 12:03:53 PM(UTC-5), +18855858260 (Joel Smithers)**
Robert Daniels Rashelle Miller Pam Harlow and Sam Hubbard are all schedule for next Wednesday 12/23.  That is when they should come.

Status: Sent
Delivered: 12/14/2015 12:03:58 PM(UTC-5)
Read: 12/14/2015 12:41:10 PM(UTC-5)

**12/14/2015 12:06:30 PM(UTC-5), +18855858260 (Joel Smithers)**
Charles Hudnall and Stephanie Young are supposed to be here this Wednesday 12/16 (and that's when Mike and Jason were supposed to come as well).

Status: Sent
Delivered: 12/14/2015 12:06:35 PM(UTC-5)
Read: 12/14/2015 12:41:10 PM(UTC-5)

**12/14/2015 12:06:52 PM(UTC-5), +18855858260 (Joel Smithers)**
Any reason they can't still come when scheduled?

Status: Sent
Delivered: 12/14/2015 12:06:52 PM(UTC-5)
Read: 12/14/2015 12:41:10 PM(UTC-5)

**12/14/2015 12:07:36 PM(UTC-5), +18855858260 (Joel Smithers)**
All 4 of you could come that day (time slots from 10-11:30 am).

Status: Sent
Delivered: 12/14/2015 12:07:40 PM(UTC-5)
Read: 12/14/2015 12:41:10 PM(UTC-5)

**12/14/2015 12:08:01 PM(UTC-5), +18855858260 (Joel Smithers)**
Why are people not sticking to the schedule?

Status: Sent
Delivered: 12/14/2015 12:08:02 PM(UTC-5)
Read: 12/14/2015 12:41:10 PM(UTC-5)

**12/14/2015 12:42:28 PM(UTC-5), +13047419893 (Darryl Williams)**
Half of them ain't got cars and I have to get at least 3-4 togather so they can afford a ride by pitching in togather

Status: Read
Read: 12/14/2015 12:43:00 PM(UTC-5)

**12/14/2015 12:43:11 PM(UTC-5), +18855858260 (Joel Smithers)**
Oh

Status: Sent
Delivered: 12/14/2015 12:43:11 PM(UTC-5)
Read: 12/14/2015 12:43:15 PM(UTC-5)

**12/14/2015 12:43:25 PM(UTC-5), +13047419893 (Darryl Williams)**
The 60 year old. New patience would like to come tommorrow

Status: Read
Read: 12/14/2015 12:43:26 PM(UTC-5)

**12/14/2015 12:44:17 PM(UTC-5), +13047419893 (Darryl Williams)**
I was out of town or I would have sent ur other grand by mike

Status: Read
Read: 12/14/2015 12:44:18 PM(UTC-5)

**12/14/2015 12:44:18 PM(UTC-5), +18855858260 (Joel Smithers)**
Well we need to schedule according to that cause this leaving me with 4 open slots in the middle of the day ain't gonna fly.

Status: Sent
Delivered: 12/14/2015 12:44:18 PM(UTC-5)
Read: 12/14/2015 12:44:19 PM(UTC-5)

**12/14/2015 12:44:45 PM(UTC-5), +18855858260 (Joel Smithers)**
No worries

Status: Sent
Delivered: 12/14/2015 12:44:45 PM(UTC-5)
Read: 12/14/2015 12:44:47 PM(UTC-5)

**12/14/2015 12:46:00 PM(UTC-5), +18855858260 (Joel Smithers)**
They can come Wednesday.

Status: Sent
Delivered: 12/14/2015 12:46:00 PM(UTC-5)
Read: 12/14/2015 12:46:01 PM(UTC-5)

**12/14/2015 12:46:09 PM(UTC-5), +18855858260 (Joel Smithers)**
At 10 am

Status: Sent
Delivered: 12/14/2015 12:46:11 PM(UTC-5)
Read: 12/14/2015 12:46:11 PM(UTC-5)

**12/14/2015 12:46:15 PM(UTC-5), +18655858260 (Joel Smithers)**
Names?

Status: Sent
Delivered: 12/14/2015 12:46:15 PM(UTC-5)
Read: 12/14/2015 12:48:21 PM(UTC-5)

**12/14/2015 12:49:13 PM(UTC-5), +13047419893 (Darryl Williams)**
Thomas Stanley and right now. John Doe.   I will get full names and birth dates ASAP

Status: Read
Read: 12/14/2015 12:50:27 PM(UTC-5)

**12/14/2015 12:49:40 PM(UTC-5), +13047419893 (Darryl Williams)**
They will fax thier records in today

Status: Read
Read: 12/14/2015 12:50:27 PM(UTC-5)

**12/14/2015 12:50:33 PM(UTC-5), +18655858260 (Joel Smithers)**
Excellent

Status: Sent
Delivered: 12/14/2015 12:50:33 PM(UTC-5)
Read: 12/14/2015 12:51:13 PM(UTC-5)

**12/14/2015 12:50:54 PM(UTC-5), +18655858260 (Joel Smithers)**
276-336-8624

Status: Sent
Delivered: 12/14/2015 12:50:55 PM(UTC-5)
Read: 12/14/2015 12:51:13 PM(UTC-5)

**12/14/2015 12:52:27 PM(UTC-5), +13047419893 (Darryl Williams)**
Oh I forget. Ky-Ind.  ain't got 30s oxymorphone. He went big on 40s

Status: Read
Read: 12/14/2015 12:52:46 PM(UTC-5)

**12/16/2015 9:29:11 PM(UTC-5), +13047419893 (Darryl Williams)**
Hello are you ok

Status: Read
Read: 12/16/2015 9:29:33 PM(UTC-5)

**12/16/2015 10:27:36 PM(UTC-5), +18655858260 (Joel Smithers)**
What a trip

Status: Sent
Delivered: 12/16/2015 10:27:41 PM(UTC-5)
Read: 12/16/2015 11:00:33 PM(UTC-5)

**12/16/2015 10:27:38 PM(UTC-5), +18655858260 (Joel Smithers)**
LoL

Status: Sent
Delivered: 12/16/2015 10:27:41 PM(UTC-5)
Read: 12/16/2015 11:00:33 PM(UTC-5)

**12/19/2015 12:18:29 PM(UTC-5), +18655858260 (Joel Smithers)**
Well these are always cheerful articles to read:

Status: Sent
Delivered: 12/19/2015 12:18:36 PM(UTC-5)
Read: 12/19/2015 12:19:57 PM(UTC-5)

**12/19/2015 12:18:35 PM(UTC-5), +18655858260 (Joel Smithers)**
http://www.nbcnews.com/health/health-news/drug-overdose-deaths-hit-new-record-u-s-cdc-says-n482746

Status: Sent
Delivered: 12/19/2015 12:18:36 PM(UTC-5)
Read: 12/19/2015 12:19:57 PM(UTC-5)

**12/19/2015 12:20:21 PM(UTC-5), +18655858260 (Joel Smithers)**
...and I guarantee you the damned DEA doesn't take this as a mandate to stop the criminals manufacturing fentanyl and selling heroin, nope, this means they need to crack down harder on law-abiding doctors and pharmacists.

Status: Sent
Delivered: 12/19/2015 12:20:33 PM(UTC-5)
Read: 12/19/2015 12:56:30 PM(UTC-5)

**12/21/2015 10:39:06 AM(UTC-5), +13047419893 (Darryl Williams)**
Me and Robert Daniels is on our way

Status: Read
Read: 12/21/2015 10:39:47 AM(UTC-5)

**12/21/2015 10:39:38 AM(UTC-5), +13047419893 (Darryl Williams)**
In bluefield

Status: Read
Read: 12/21/2015 10:39:47 AM(UTC-5)

| 883 | Sent | From<br>+18655858260<br>Joel Smithers*<br>To<br>+13047419893<br>Darryl Williams* | 12/21/2015<br>11:52:17 AM(UTC-5) | | | Sent | 1) he doesn't bite.<br>2) i make the final decision. | |
|---|---|---|---|---|---|---|---|---|
| 884 | Sent | From<br>+18655858260<br>Joel Smithers*<br>To<br>+13047419893<br>Darryl Williams* | 12/21/2015<br>11:52:11 AM(UTC-5) | | | Sent | ^How will^ | |
| 885 | Sent | From<br>+18655858260<br>Joel Smithers*<br>To<br>+13047419893<br>Darryl Williams* | 12/21/2015<br>11:50:39 AM(UTC-5) | | | Sent | I will do going through the counseling process change that? | |
| 886 | Sent | From<br>+18655858260<br>Joel Smithers*<br>To<br>+13047419893<br>Darryl Williams* | 12/21/2015<br>10:15:40 AM(UTC-5) | | | Sent | Is Debbie gonna make it this week as well? | |

| 887 | Sent | From +18655858260 Joel Smithers* To +13047419893 Darryl Williams* | 12/21/2015 10:15:30 AM(UTC-5) | | Sent | If y'all wanted to come tomorrow at 1pm it would actually work even better for our schedule due to a cancellation, but either day is fine. Wednesday is booked solid though:-/ | |
| 888 | Sent | From +18655858260 Joel Smithers* To +13047419893 | 12/21/2015 10:13:50 AM(UTC-5) | | Sent | Y'all gonna make it by 1pm today, sir? | |

**12/21/2015 10:39:49 AM(UTC-5), +18855858280 (Joel Smithers)**
K

Status: Sent
Delivered: 12/21/2015 10:39:50 AM(UTC-5)
Read: 12/21/2015 10:40:32 AM(UTC-5)

**12/21/2015 10:39:53 AM(UTC-5), +18855858280 (Joel Smithers)**
Outstanding

Status: Sent
Delivered: 12/21/2015 10:39:54 AM(UTC-5)
Read: 12/21/2015 10:40:32 AM(UTC-5)

**12/21/2015 10:40:18 AM(UTC-5), +18855858280 (Joel Smithers)**
When are Bodie and Steph and Deb coming?

Status: Sent
Delivered: 12/21/2015 10:40:20 AM(UTC-5)
Read: 12/21/2015 10:40:32 AM(UTC-5)

**12/21/2015 11:35:53 AM(UTC-5), +13047419893 (Darryl Williams)**
Boody and steph may not be back.   I will tell ya about it when I get there

Status: Read
Read: 12/21/2015 11:36:52 AM(UTC-5)

**12/21/2015 11:37:00 AM(UTC-5), +18855858280 (Joel Smithers)**
Bummer
K

Status: Sent
Delivered: 12/21/2015 11:37:00 AM(UTC-5)
Read: 12/21/2015 11:37:01 AM(UTC-5)

**12/21/2015 11:38:44 AM(UTC-5), +13047419893 (Darryl Williams)**
What time u taking lunch

Status: Read
Read: 12/21/2015 11:38:49 AM(UTC-5)

**12/21/2015 11:38:55 AM(UTC-5), +18855858280 (Joel Smithers)**
I don't

Status: Sent
Delivered: 12/21/2015 11:38:56 AM(UTC-5)
Read: 12/21/2015 11:38:58 AM(UTC-5)

**12/21/2015 11:39:07 AM(UTC-5), +18855858280 (Joel Smithers)**
Y'all are my last pt's today

Status: Sent
Delivered: 12/21/2015 11:39:08 AM(UTC-5)
Read: 12/21/2015 11:39:08 AM(UTC-5)

**12/21/2015 11:45:20 AM(UTC-5), +13047419893 (Darryl Williams)**
Can I skip the counseled

Status: Read
Read: 12/21/2015 11:46:20 AM(UTC-5)

**12/21/2015 11:46:46 AM(UTC-5), +13047419893 (Darryl Williams)**
I need to talk to you and leave. I only have 1 tank of  02

Status: Read
Read: 12/21/2015 11:48:46 AM(UTC-5)

**12/21/2015 11:49:14 AM(UTC-5), +18855858280 (Joel Smithers)**
Unfortunately no one will ever be allowed to skip the counseling process.

Status: Sent
Delivered: 12/21/2015 11:49:16 AM(UTC-5)
Read: 12/21/2015 11:49:20 AM(UTC-5)

**12/21/2015 11:49:49 AM(UTC-5), +13047419893 (Darryl Williams)**
We need our scripts thou

Status: Read
Read: 12/21/2015 11:49:49 AM(UTC-5)

**12/21/2015 11:50:04 AM(UTC-5), +18855858280 (Joel Smithers)**
So go through the process.

Status: Sent
Delivered: 12/21/2015 11:50:05 AM(UTC-5)
Read: 12/21/2015 11:50:07 AM(UTC-5)

**12/21/2015 11:50:55 AM(UTC-5), +13047419893 (Darryl Williams)**
Ok.

Status: Read
Read: 12/21/2015 11:50:57 AM(UTC-5)

**12/21/2015 12:37:01 PM(UTC-5), +13047419893 (Darryl Williams)**
Lol.   It ain't that I only have verylittle02

Status: Read
Read: 12/21/2015 1:08:06 PM(UTC-5)

**12/21/2015 12:37:48 PM(UTC-5), +13047419893 (Darryl Williams)**
Thanks

Status: Read
Read: 12/21/2015 1:08:06 PM(UTC-5)

**12/21/2015 1:07:38 PM(UTC-5), +13047419893 (Darryl Williams)**
I am in town. Letting my buddy throw up

Status: Read
Read: 12/21/2015 1:08:06 PM(UTC-5)

**12/21/2015 1:08:11 PM(UTC-5), +18855858280 (Joel Smithers)**
Yw

Status: Sent
Delivered: 12/21/2015 1:08:12 PM(UTC-5)
Read: 12/21/2015 1:09:55 PM(UTC-5)

**12/21/2015 1:08:21 PM(UTC-5), +18855858280 (Joel Smithers)**
Eegads

Status: Sent
Delivered: 12/21/2015 1:08:21 PM(UTC-5)
Read: 12/21/2015 1:09:55 PM(UTC-5)

**12/21/2015 1:08:34 PM(UTC-5), +18855858280 (Joel Smithers)**
That's less than positive:-:

Status: Sent
Delivered: 12/21/2015 1:08:36 PM(UTC-5)
Read: 12/21/2015 1:09:55 PM(UTC-5)

**12/21/2015 1:08:39 PM(UTC-5), +18855858280 (Joel Smithers)**
:-/

Status: Sent
Delivered: 12/21/2015 1:08:39 PM(UTC-5)
Read: 12/21/2015 1:09:55 PM(UTC-5)

**12/21/2015 1:10:49 PM(UTC-5), +13047419893 (Darryl Williams)**
He and his wife has got stomach virus

Status: Read
Read: 12/21/2015 1:11:29 PM(UTC-5)

**12/21/2015 1:11:34 PM(UTC-5), +18855858280 (Joel Smithers)**
Lovely

Status: Sent
Delivered: 12/21/2015 1:11:34 PM(UTC-5)
Read: 12/21/2015 1:11:39 PM(UTC-5)

**12/21/2015 1:11:43 PM(UTC-5), +18855858280 (Joel Smithers)**
That's what i had last week

Status: Sent
Delivered: 12/21/2015 1:11:44 PM(UTC-5)
Read: 12/21/2015 1:11:44 PM(UTC-5)

**12/21/2015 1:11:55 PM(UTC-5), +13047419893 (Darryl Williams)**
Hope anti botics  will stop that.  I am full of them

Status: Read
Read: 12/21/2015 1:12:26 PM(UTC-5)

**12/21/2015 1:13:13 PM(UTC-5), +18855858280 (Joel Smithers)**
LoL
True
cept viruses aren't stopped by abx (antibiotics)

Status: Sent
Delivered: 12/21/2015 1:13:24 PM(UTC-5)
Read: 12/21/2015 1:13:24 PM(UTC-5)

**12/22/2015 1:30:45 PM(UTC-5), +18855858280 (Joel Smithers)**
Do you know if Debbie is coming today?

Status: Sent
Delivered: 12/22/2015 1:30:50 PM(UTC-5)
Read: 12/22/2015 1:35:49 PM(UTC-5)

**12/22/2015 1:30:58 PM(UTC-5), +18855858280 (Joel Smithers)**
Y'all make it home safe?

Status: Sent
Delivered: 12/22/2015 1:30:58 PM(UTC-5)
Read: 12/22/2015 1:35:49 PM(UTC-5)

**12/22/2015 1:38:02 PM(UTC-5), +13047419893 (Darryl Williams)**
Boy it was foggy

Status: Read
Read: 12/22/2015 1:36:12 PM(UTC-5)

**12/22/2015 1:38:54 PM(UTC-5), +13047419893 (Darryl Williams)**
Debbie. No she sold 3 campers yesterday.  Said she hates to leave shop

Status: Read
Read: 12/22/2015 1:36:54 PM(UTC-5)

**12/22/2015 1:37:34 PM(UTC-5), +13047419893 (Darryl Williams)**
Hubbard. Miller and Harlow should be there at 8 am tommorrow

Status: Read
Read: 12/22/2015 1:37:34 PM(UTC-5)

**12/22/2015 1:38:22 PM(UTC-5), +13047419893 (Darryl Williams)**
Debbie said after Christmas thier sales drop to nothing till spring

Status: Read
Read: 12/22/2015 1:38:22 PM(UTC-5)

**12/22/2015 1:38:29 PM(UTC-5), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 12/22/2015 1:38:30 PM(UTC-5)
Read: 12/22/2015 1:38:36 PM(UTC-5)

**12/22/2015 1:38:41 PM(UTC-5), +18655858260 (Joel Smithers)**
So who's bringing my grand

Status: Sent
Delivered: 12/22/2015 1:38:41 PM(UTC-5)
Read: 12/22/2015 1:38:42 PM(UTC-5)

**12/22/2015 1:39:15 PM(UTC-5), +13047419893 (Darryl Williams)**
Mike Bowe is bringing Hubbard

Status: Read
Read: 12/22/2015 1:39:43 PM(UTC-5)

**12/22/2015 1:39:31 PM(UTC-5), +13047419893 (Darryl Williams)**
I will give it to him

Status: Read
Read: 12/22/2015 1:39:43 PM(UTC-5)

**12/22/2015 1:39:54 PM(UTC-5), +18655858260 (Joel Smithers)**
LoL
Excellent

Status: Sent
Delivered: 12/22/2015 1:39:54 PM(UTC-5)
Read: 12/22/2015 1:39:56 PM(UTC-5)

**12/22/2015 1:39:57 PM(UTC-5), +18655858260 (Joel Smithers)**
Funfun

Status: Sent
Delivered: 12/22/2015 1:39:58 PM(UTC-5)
Read: 12/22/2015 1:40:00 PM(UTC-5)

**12/22/2015 1:42:42 PM(UTC-5), +18655858260 (Joel Smithers)**
Thank ya much

Status: Sent
Delivered: 12/22/2015 1:42:43 PM(UTC-5)
Read: 12/22/2015 1:45:06 PM(UTC-5)

**12/22/2015 1:45:17 PM(UTC-5), +13047419893 (Darryl Williams)**
Thank you doc

Status: Read
Read: 12/22/2015 1:45:32 PM(UTC-5)

**12/22/2015 2:44:22 PM(UTC-5), +13047419893 (Darryl Williams)**
Are u going to be in office seeing patients any day next week

Status: Read
Read: 12/22/2015 2:44:37 PM(UTC-5)

**12/22/2015 2:44:41 PM(UTC-5), +18655858260 (Joel Smithers)**
No sir

Status: Sent
Delivered: 12/22/2015 2:44:42 PM(UTC-5)
Read: 12/22/2015 2:44:43 PM(UTC-5)

**12/22/2015 2:48:07 PM(UTC-5), +13047419893 (Darryl Williams)**
Lora Mae. Her mother. Mike Robinette and Scotty Williams  has app on 6th  but they will be out of meds for 4 days

Status: Read
Read: 12/22/2015 3:05:13 PM(UTC-5)

**12/22/2015 4:31:17 PM(UTC-5), +18655858260 (Joel Smithers)**
Incorrect

Status: Sent
Delivered: 12/22/2015 4:31:17 PM(UTC-5)
Read: 12/22/2015 4:10:46 PM(UTC-5)

**12/22/2015 4:38:37 PM(UTC-5), +18655858260 (Joel Smithers)**
I went through all of their charts and the earliest any of them should've filled their Opana was December 2nd the rest either should've filled on December 5th or 9th.  The fill dates indicate the schedule that they should be on if they are taking their medicines as prescribed.

Status: Sent
Delivered: 12/22/2015 4:38:37 PM(UTC-5)
Read: 12/22/2015 5:10:46 PM(UTC-5)

**12/22/2015 4:40:48 PM(UTC-5), +18655858260 (Joel Smithers)**
Meaning the day they see me is when they should be getting their Rx filled.  Unfortunately, i cannot see them sooner.  And each of them was instructed about the closeness of the dates and was told to be VERY EXTRA careful with their oxycodone so they would have it if they needed it those last few days.

Status: Sent
Delivered: 12/22/2015 4:40:48 PM(UTC-5)
Read: 12/22/2015 5:10:46 PM(UTC-5)

**12/22/2015 5:11:26 PM(UTC-5), +13047419893 (Darryl Williams)**
Ok.   They will be there on the 6th

Status: Read
Read: 12/22/2015 5:49:47 PM(UTC-5)

**12/23/2015 9:14:44 AM(UTC-5), +13047419893 (Darryl Williams)**
Good morning

Status: Read
Read: 12/23/2015 9:15:27 AM(UTC-5)

**12/23/2015 9:15:35 AM(UTC-5), +18655858260 (Joel Smithers)**
Greetings friend

Status: Sent
Delivered: 12/23/2015 9:15:35 AM(UTC-5)
Read: 12/23/2015 9:15:35 AM(UTC-5)

**12/23/2015 9:16:37 AM(UTC-5), +13047419893 (Darryl Williams)**
I will have to send ur grand by bluebird this afternoon

Status: Read
Read: 12/23/2015 9:16:40 AM(UTC-5)

**12/23/2015 9:16:46 AM(UTC-5), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 12/23/2015 9:16:47 AM(UTC-5)
Read: 12/23/2015 9:16:50 AM(UTC-5)

**12/23/2015 9:17:43 AM(UTC-5), +13047419893 (Darryl Williams)**
I sold a 4 wheeler and a motorcycle and the guy gave me a ck. from a small local bank

Status: Read
Read: 12/23/2015 9:18:50 AM(UTC-5)

**12/23/2015 9:18:20 AM(UTC-5), +13047419893 (Darryl Williams)**
I had to drive to Louisville this morning

Status: Read
Read: 12/23/2015 9:18:50 AM(UTC-5)

**12/23/2015 9:19:03 AM(UTC-5), +18655858260 (Joel Smithers)**
Nice

Status: Sent
Delivered: 12/23/2015 9:19:04 AM(UTC-5)
Read: 12/23/2015 9:19:08 AM(UTC-5)

**12/23/2015 9:19:30 AM(UTC-5), +13047419893 (Darryl Williams)**
So when I get home I will cash the 3600 ck and send urs out by bluebird

Status: Read
Read: 12/23/2015 9:19:32 AM(UTC-5)

**12/23/2015 9:19:42 AM(UTC-5), +18655858260 (Joel Smithers)**
Outstanding

Status: Sent
Delivered: 12/23/2015 9:19:42 AM(UTC-5)
Read: 12/23/2015 9:19:45 AM(UTC-5)

**12/23/2015 9:20:27 AM(UTC-5), +18655858260 (Joel Smithers)**
Be sure to use the "Send & Request" function in the app.

Status: Sent
Delivered: 12/23/2015 9:20:27 AM(UTC-5)
Read: 12/23/2015 9:20:37 AM(UTC-5)

**12/23/2015 9:29:39 AM(UTC-5), +13047419893 (Darryl Williams)**
Ok.  Harlow and Miller are both 100 dollars short.  I will send it as well.     1200 to u today

Status: Read
Read: 12/23/2015 9:29:59 AM(UTC-5)

**12/23/2015 9:30:08 AM(UTC-5), +13047419893 (Darryl Williams)**
Got u on send and request

Status: Read
Read: 12/23/2015 9:30:08 AM(UTC-5)

**12/23/2015 9:30:10 AM(UTC-5), +18655858260 (Joel Smithers)**
Ok
Thank you

Status: Sent
Delivered: 12/23/2015 9:30:11 AM(UTC-5)
Read: 12/23/2015 9:30:10 AM(UTC-5)

**12/23/2015 9:30:19 AM(UTC-5), +18655858260 (Joel Smithers)**


Status: Sent
Delivered: 12/23/2015 9:30:20 AM(UTC-5)
Read: 12/23/2015 9:30:46 AM(UTC-5)

**12/23/2015 10:35:48 AM(UTC-5), +13047419893 (Darryl Williams)**
He loaded up on 40s at KY -ind

Status: Read
Read: 12/23/2015 11:01:11 AM(UTC-5)

**12/23/2015 12:21:31 PM(UTC-5), +18655858260 (Joel Smithers)**
This is what i have so far:

Status: Sent
Delivered: 12/23/2015 12:21:35 PM(UTC-5)
Read: 12/23/2015 12:21:40 PM(UTC-5)

12/23/2015 12:21:53 PM(UTC-5), +18855858260 (Joel Smithers)
Attachments:



IMG_5140.jpeg
Status: Sent
Delivered: 12/23/2015 12:21:54 PM(UTC-5)
Read: 12/23/2015 12:21:58 PM(UTC-5)

12/23/2015 12:21:55 PM(UTC-5), +13047419893 (Darryl Williams)
What?

Status: Read
Read: 12/23/2015 12:21:55 PM(UTC-5)

12/23/2015 12:23:50 PM(UTC-5), +13047419893 (Darryl Williams)
Ok

Status: Read
Read: 12/23/2015 12:24:47 PM(UTC-5)

12/23/2015 12:24:58 PM(UTC-5), +18855858260 (Joel Smithers)
Didn't want you to overpay me.

Status: Sent
Delivered: 12/23/2015 12:24:58 PM(UTC-5)
Read: 12/23/2015 12:24:58 PM(UTC-5)

12/23/2015 12:25:16 PM(UTC-5), +13047419893 (Darryl Williams)
I need a order for MRI for Lora kicklighter. Fax to 812-282-3974.    Open side MRI.    Across from KY IND   Pharmacy

Status: Read
Read: 12/23/2015 12:25:17 PM(UTC-5)

12/23/2015 12:25:27 PM(UTC-5), +18855858260 (Joel Smithers)
Or them owe more than they should.

Status: Sent
Delivered: 12/23/2015 12:25:28 PM(UTC-5)
Read: 12/23/2015 12:25:28 PM(UTC-5)

12/23/2015 12:25:35 PM(UTC-5), +13047419893 (Darryl Williams)
375.  MRI. WO. Contrast

Status: Read
Read: 12/23/2015 12:25:35 PM(UTC-5)

12/23/2015 12:25:46 PM(UTC-5), +18855858260 (Joel Smithers)
WoW!!!!

Status: Sent
Delivered: 12/23/2015 12:25:47 PM(UTC-5)
Read: 12/23/2015 12:25:49 PM(UTC-5)

12/23/2015 12:25:53 PM(UTC-5), +18855858260 (Joel Smithers)
Shut the front door

Status: Sent
Delivered: 12/23/2015 12:26:53 PM(UTC-5)
Read: 12/23/2015 12:25:53 PM(UTC-5)

12/23/2015 12:26:04 PM(UTC-5), +18855858260 (Joel Smithers)
Holy smokes man

Status: Sent
Delivered: 12/23/2015 12:26:04 PM(UTC-5)
Read: 12/23/2015 12:26:04 PM(UTC-5)

12/23/2015 12:26:49 PM(UTC-5), +18855858260 (Joel Smithers)
Can you also give me the name of the company and their phone number, please?

Status: Sent
Delivered: 12/23/2015 12:26:51 PM(UTC-5)
Read: 12/23/2015 12:26:51 PM(UTC-5)

12/23/2015 12:28:37 PM(UTC-5), +13047419893 (Darryl Williams)
Open side Mri.    812-282-0167

Status: Read
Read: 12/23/2015 12:38:59 PM(UTC-5)

12/23/2015 12:35:19 PM(UTC-5), +13047419893 (Darryl Williams)
Straight across street from ky aina

Status: Read
Read: 12/23/2015 12:38:59 PM(UTC-5)

12/23/2015 12:38:39 PM(UTC-5), +13047419893 (Darryl Williams)
Mike Bowe has been 10 time still gets lost in Martinsville.  Lol.    He is dumber then a box of rocks

Status: Read
Read: 12/23/2015 12:38:59 PM(UTC-5)

12/25/2015 12:25:13 PM(UTC-5), +13047419893 (Darryl Williams)
I went to Walmart last night and parking lot was full so I turned around I will get it out tomm

Status: Read
Read: 12/25/2015 1:44:56 PM(UTC-5)

**12/25/2015 12:28:24 PM(UTC-5), +13047419893 (Darryl Williams)**
Are you Home in Greensboro or did you head to Texas

Status: Read
Read: 12/25/2015 1:44:56 PM(UTC-5)

**12/25/2015 1:45:06 PM(UTC-5), +18855858280 (Joel Smithers)**
In G'boro

Status: Sent
Delivered: 12/25/2015 1:45:06 PM(UTC-5)
Read: 12/25/2015 2:02:39 PM(UTC-5)

**12/25/2015 1:45:36 PM(UTC-5), +18855858280 (Joel Smithers)**
No worries, sir

Status: Sent
Delivered: 12/25/2015 1:45:37 PM(UTC-5)
Read: 12/25/2015 2:02:39 PM(UTC-5)

**12/25/2015 3:40:57 PM(UTC-5), +13047419893 (Darryl Williams)**
Hey I may be going to Sanford NC then stopping in Greensboro.   Look for u a House and realtor who will work with us to cons ur debts into mortgage

Status: Read
Read: 12/25/2015 3:43:10 PM(UTC-5)

**12/25/2015 3:42:10 PM(UTC-5), +13047419893 (Darryl Williams)**
May head that way  Sun or Mon.  Could meet ya for coffee or lunch. Give u ur cash

Status: Read
Read: 12/25/2015 3:43:10 PM(UTC-5)

**12/25/2015 3:43:45 PM(UTC-5), +18855858280 (Joel Smithers)**
That would be excellent

Status: Sent
Delivered: 12/25/2015 3:43:46 PM(UTC-5)
Read: 12/25/2015 3:43:46 PM(UTC-5)

**12/25/2015 3:44:38 PM(UTC-5), +13047419893 (Darryl Williams)**
My GF. Son is in Sanford.

Status: Read
Read: 12/25/2015 3:46:36 PM(UTC-5)

**12/25/2015 3:45:32 PM(UTC-5), +13047419893 (Darryl Williams)**
Let u know as soon as I know. As Paul Harvey said   Good day

Status: Read
Read: 12/25/2015 3:46:36 PM(UTC-5)

**12/25/2015 3:46:49 PM(UTC-5), +18855858280 (Joel Smithers)**
LoL

Status: Sent
Delivered: 12/25/2015 3:46:49 PM(UTC-5)
Read: 12/25/2015 3:48:58 PM(UTC-5)

**12/25/2015 3:48:54 PM(UTC-5), +18855858280 (Joel Smithers)**
Yes indeed lol

Status: Sent
Delivered: 12/25/2015 3:46:55 PM(UTC-5)
Read: 12/25/2015 3:48:58 PM(UTC-5)

**12/28/2015 7:19:19 PM(UTC-5), +13047419893 (Darryl Williams)**
Hey I talked to Brian Elkins he is needing to get his scripts can he and Mike Bowe drive to Greensboro and meet ya and pay ya and pick up his scripts

Status: Read
Read: 12/28/2015 7:19:32 PM(UTC-5)

**12/28/2015 7:19:44 PM(UTC-5), +18855858280 (Joel Smithers)**
No

Status: Sent
Delivered: 12/28/2015 7:19:44 PM(UTC-5)
Read: 12/28/2015 7:19:49 PM(UTC-5)

**12/28/2015 7:19:53 PM(UTC-5), +13047419893 (Darryl Williams)**
Ok

Status: Read
Read: 12/28/2015 7:19:53 PM(UTC-5)

**12/28/2015 7:20:35 PM(UTC-5), +18855858280 (Joel Smithers)**
He can give me a valid card number that lets me accept payment then I'll mail his scripts to him.

Status: Sent
Delivered: 12/28/2015 7:20:35 PM(UTC-5)
Read: 12/28/2015 7:20:35 PM(UTC-5)

**12/28/2015 7:21:33 PM(UTC-5), +13047419893 (Darryl Williams)**
Ok.  I was going to send my funds too

Status: Read
Read: 12/28/2015 7:21:48 PM(UTC-5)

1096

**12/28/2015 7:22:27 PM(UTC-5), +18855858260 (Joel Smithers)**
Outstanding

Status: Sent
Delivered: 12/28/2015 7:22:29 PM(UTC-5)
Read: 12/28/2015 7:22:30 PM(UTC-5)

**12/28/2015 7:23:34 PM(UTC-5), +13047419893 (Darryl Williams)**
They was bringing u Brian's money if he drove down

Status: Read
Read: 12/28/2015 7:23:48 PM(UTC-5)

**12/28/2015 7:24:04 PM(UTC-5), +18855858260 (Joel Smithers)**
I would prefer to do everything by phone.

Status: Sent
Delivered: 12/28/2015 7:24:04 PM(UTC-5)
Read: 12/28/2015 7:24:05 PM(UTC-5)

**12/28/2015 7:24:18 PM(UTC-5), +18855858260 (Joel Smithers)**
Saves time and money as well.

Status: Sent
Delivered: 12/28/2015 7:24:18 PM(UTC-5)
Read: 12/28/2015 7:24:19 PM(UTC-5)

**12/28/2015 7:25:56 PM(UTC-5), +13047419893 (Darryl Williams)**
Ok what you want me to do

Status: Read
Read: 12/28/2015 7:26:14 PM(UTC-5)

**12/28/2015 7:26:49 PM(UTC-5), +18855858260 (Joel Smithers)**
I thought you were doing Bluebird as previously discussed?

Status: Sent
Delivered: 12/28/2015 7:26:50 PM(UTC-5)
Read: 12/28/2015 7:26:50 PM(UTC-5)

**12/28/2015 7:27:24 PM(UTC-5), +13047419893 (Darryl Williams)**
I was then I planned to go to Sanford and stop by

Status: Read
Read: 12/28/2015 7:27:45 PM(UTC-5)

**12/28/2015 7:27:52 PM(UTC-5), +13047419893 (Darryl Williams)**
But I ain't going to Sanford till Thursday

Status: Read
Read: 12/28/2015 7:27:52 PM(UTC-5)

**12/28/2015 7:28:44 PM(UTC-5), +13047419893 (Darryl Williams)**
I can do bluebird in the morning

Status: Read
Read: 12/28/2015 7:28:44 PM(UTC-5)

**12/28/2015 7:29:15 PM(UTC-5), +18855858260 (Joel Smithers)**
Bluebird is far more convenient.

Status: Sent
Delivered: 12/28/2015 7:29:16 PM(UTC-5)
Read: 12/28/2015 7:29:16 PM(UTC-5)

**12/28/2015 7:30:06 PM(UTC-5), +13047419893 (Darryl Williams)**
Ok

Status: Read
Read: 12/28/2015 7:30:06 PM(UTC-5)

**12/28/2015 7:30:27 PM(UTC-5), +13047419893 (Darryl Williams)**
Get u in the morning

Status: Read
Read: 12/28/2015 7:30:27 PM(UTC-5)

**12/28/2015 7:30:35 PM(UTC-5), +18855858260 (Joel Smithers)**
Especially since we'll need it for some transactions in the near future.

Status: Sent
Delivered: 12/28/2015 7:30:36 PM(UTC-5)
Read: 12/28/2015 7:30:42 PM(UTC-5)

**12/28/2015 7:31:00 PM(UTC-5), +13047419893 (Darryl Williams)**
N problem

Status: Read
Read: 12/28/2015 7:31:00 PM(UTC-5)

**12/28/2015 7:31:08 PM(UTC-5), +18855858260 (Joel Smithers)**
I'll explain tomorrow if you have time to speak.

Status: Sent
Delivered: 12/28/2015 7:31:10 PM(UTC-5)
Read: 12/28/2015 7:31:10 PM(UTC-5)

**12/28/2015 7:31:40 PM(UTC-5), +13047419893 (Darryl Williams)**
I think I have ur bluebird info

Status: Read
Read: 12/28/2015 7:31:52 PM(UTC-5)

**12/28/2015 7:32:05 PM(UTC-5), +18855858260 (Joel Smithers)**
All you need is my name and cell

Status: Sent
Delivered: 12/28/2015 7:32:05 PM(UTC-5)
Read: 12/28/2015 7:35:57 PM(UTC-5)

**12/28/2015 7:38:25 PM(UTC-5), +13047419893 (Darryl Williams)**
Ok give full name and what number doc

Status: Read
Read: 12/28/2015 7:36:29 PM(UTC-5)

**12/28/2015 7:37:12 PM(UTC-5), +18655858260 (Joel Smithers)**
Joel Smithers
8655858260

Status: Sent
Delivered: 12/28/2015 7:37:12 PM(UTC-5)
Read: 12/28/2015 7:39:02 PM(UTC-5)

**12/28/2015 7:39:18 PM(UTC-5), +13047419893 (Darryl Williams)**
Cool send it tommorrow

Status: Read
Read: 12/28/2015 7:39:45 PM(UTC-5)

**12/28/2015 7:40:22 PM(UTC-5), +13047419893 (Darryl Williams)**
Thanks Doc

Status: Read
Read: 12/28/2015 7:40:23 PM(UTC-5)

**12/28/2015 7:40:28 PM(UTC-5), +18655858260 (Joel Smithers)**
I can actually send you a request,

Status: Sent
Delivered: 12/28/2015 7:40:29 PM(UTC-5)
Read: 12/28/2015 7:42:27 PM(UTC-5)

**12/28/2015 7:40:50 PM(UTC-5), +18655858260 (Joel Smithers)**
What phone number did you register with?

Status: Sent
Delivered: 12/28/2015 7:40:50 PM(UTC-5)
Read: 12/28/2015 7:42:27 PM(UTC-5)

**12/28/2015 7:42:53 PM(UTC-5), +18655858260 (Joel Smithers)**
This one:
(304) 741-9893?

Status: Sent
Delivered: 12/28/2015 7:42:53 PM(UTC-5)
Read: 12/28/2015 7:42:53 PM(UTC-5)

**12/28/2015 7:43:00 PM(UTC-5), +13047419893 (Darryl Williams)**
i am not registered with bluebird

Status: Read
Read: 12/28/2015 7:43:00 PM(UTC-5)

**12/28/2015 7:43:18 PM(UTC-5), +13047419893 (Darryl Williams)**
But I can add funds to ur card

Status: Read
Read: 12/28/2015 7:43:19 PM(UTC-5)

**12/28/2015 7:43:27 PM(UTC-5), +18655858260 (Joel Smithers)**
Oh

Status: Sent
Delivered: 12/28/2015 7:43:27 PM(UTC-5)
Read: 12/28/2015 7:43:29 PM(UTC-5)

**12/28/2015 7:43:31 PM(UTC-5), +18655858260 (Joel Smithers)**
How?

Status: Sent
Delivered: 12/28/2015 7:43:31 PM(UTC-5)
Read: 12/28/2015 7:43:32 PM(UTC-5)

**12/28/2015 7:43:52 PM(UTC-5), +13047419893 (Darryl Williams)**
Lady at Walmart said I could

Status: Read
Read: 12/28/2015 7:43:52 PM(UTC-5)

**12/28/2015 7:44:35 PM(UTC-5), +18655858260 (Joel Smithers)**
Coolness

Status: Sent
Delivered: 12/28/2015 7:44:35 PM(UTC-5)
Read: 12/28/2015 7:44:36 PM(UTC-5)

**12/29/2015 2:10:07 PM(UTC-5), +13047419893 (Darryl Williams)**
Hey

Status: Read
Read: 12/29/2015 3:48:11 PM(UTC-5)

**12/29/2015 2:12:51 PM(UTC-5), +13047419893 (Darryl Williams)**
Brian Elkiins  is here with a  prepaid Walmart master card.  5288-5200-2549-3320. Exp. 05/19. Sercurity code 828

Status: Read
Read: 12/29/2015 3:48:11 PM(UTC-5)

**12/29/2015 2:14:56 PM(UTC-5), +13047419893 (Darryl Williams)**
Doc this is Brian Elkins  please fed Ed or ups scripts to
35 caney fork
Turkey creek ky 41514

Which ever way is fastest.

Status: Read
Read: 12/29/2015 3:48:11 PM(UTC-5)

**12/29/2015 2:15:41 PM(UTC-5), +13047419893 (Darryl Williams)**
I am at Darryl's for a few mins if u need him

Status: Read
Read: 12/29/2015 3:48:11 PM(UTC-5)

**12/29/2015 2:25:28 PM(UTC-5), +13047419893 (Darryl Williams)**
There is 300 on that card the zip related to that card is 41514.

Status: Read
Read: 12/29/2015 3:48:11 PM(UTC-5)

**12/29/2015 2:28:14 PM(UTC-5), +13047419893 (Darryl Williams)**
Name on that card is Monique Smith

Status: Read
Read: 12/29/2015 3:48:11 PM(UTC-5)

**12/29/2015 3:48:43 PM(UTC-5), +18855858260 (Joel Smithers)**
Thank you

Status: Sent
Delivered: 12/29/2015 3:48:43 PM(UTC-5)
Read: 12/29/2015 3:53:48 PM(UTC-5)

**12/29/2015 3:48:54 PM(UTC-5), +18855858260 (Joel Smithers)**
I will be mailing them asap

Status: Sent
Delivered: 12/29/2015 3:48:54 PM(UTC-5)
Read: 12/29/2015 3:53:48 PM(UTC-5)

**12/29/2015 3:49:14 PM(UTC-5), +18855858260 (Joel Smithers)**
I'll send you the tracking details

Status: Sent
Delivered: 12/29/2015 3:49:15 PM(UTC-5)
Read: 12/29/2015 3:53:48 PM(UTC-5)

**12/29/2015 3:53:55 PM(UTC-5), +13047419893 (Darryl Williams)**
Cool beans

Status: Read
Read: 12/29/2015 4:09:36 PM(UTC-5)

**12/29/2015 4:12:45 PM(UTC-5), +18855858260 (Joel Smithers)**
You should be receiving a texted receipt from PayPal

Status: Sent
Delivered: 12/29/2015 4:12:48 PM(UTC-5)
Read: 12/29/2015 4:12:54 PM(UTC-5)

**12/29/2015 4:13:02 PM(UTC-5), +13047419893 (Darryl Williams)**
Done got it

Status: Read
Read: 12/29/2015 4:13:05 PM(UTC-5)

**12/29/2015 4:14:09 PM(UTC-5), +13047419893 (Darryl Williams)**
Doc this Darryl. That was too easy can't I send ur funds same way

Status: Read
Read: 12/29/2015 4:27:24 PM(UTC-5)

**12/29/2015 4:16:16 PM(UTC-5), +13047419893 (Darryl Williams)**
Or I can send by mike Monday he is bringing 3 Harlows

Status: Read
Read: 12/29/2015 4:27:24 PM(UTC-5)

**12/29/2015 4:28:09 PM(UTC-5), +18855858260 (Joel Smithers)**
You can but it costs me $10.65 for EVERY transaction I run that way.

Status: Sent
Delivered: 12/29/2015 4:28:10 PM(UTC-5)
Read: 12/29/2015 4:28:17 PM(UTC-5)

**12/29/2015 4:30:24 PM(UTC-5), +13047419893 (Darryl Williams)**
Well I can send by mike Monday. I trust him

Status: Read
Read: 12/30/2015 10:26:03 AM(UTC-5)

**12/29/2015 7:44:37 PM(UTC-5), +13047419893 (Darryl Williams)**
Did you get to ship that out today

Status: Read
Read: 12/30/2015 10:26:03 AM(UTC-5)

**12/31/2015 1:24:54 PM(UTC-5), +18855858260 (Joel Smithers)**
No one is being seen Monday

Status: Sent
Delivered: 12/31/2015 1:24:55 PM(UTC-5)
Read: 12/31/2015 1:25:12 PM(UTC-5)

**12/31/2015 1:25:14 PM(UTC-5), +18855858260 (Joel Smithers)**
I'll be mailing everyone's scripts

Status: Sent
Delivered: 12/31/2015 1:25:14 PM(UTC-5)
Read: 12/31/2015 1:25:14 PM(UTC-5)

**12/31/2015 1:25:27 PM(UTC-5), +13047419893 (Darryl Williams)**
When u mailing

Status: Read
Read: 12/31/2015 1:25:27 PM(UTC-5)

12/31/2015 1:25:38 PM(UTC-5), +18655858280 (Joel Smithers)
Whoever wants to can make a donation.

Status: Sent
Delivered: 12/31/2015 1:25:36 PM(UTC-5)
Read: 12/31/2015 1:25:36 PM(UTC-5)

12/31/2015 1:26:17 PM(UTC-5), +13047419893 (Darryl Williams)
Oh we can make donation

Status: Read
Read: 12/31/2015 1:26:17 PM(UTC-5)

12/31/2015 1:27:34 PM(UTC-5), +13047419893 (Darryl Williams)
3 Harlows was scheduled for Monday

Status: Read
Read: 12/31/2015 1:27:35 PM(UTC-5)

12/31/2015 1:27:51 PM(UTC-5), +18655858280 (Joel Smithers)
I have a second Bluebird card we can set you up on and they can mail out a real one to you in a few days.

Status: Sent
Delivered: 12/31/2015 1:27:51 PM(UTC-5)
Read: 12/31/2015 1:27:51 PM(UTC-5)

12/31/2015 1:28:06 PM(UTC-5), +13047419893 (Darryl Williams)
Greg  Brian and his wife

Status: Read
Read: 12/31/2015 1:28:06 PM(UTC-5)

12/31/2015 1:28:52 PM(UTC-5), +18655858280 (Joel Smithers)
I'm gonna call you and explain at some point.

Status: Sent
Delivered: 12/31/2015 1:28:52 PM(UTC-5)
Read: 12/31/2015 1:28:52 PM(UTC-5)

12/31/2015 1:29:14 PM(UTC-5), +18655858280 (Joel Smithers)
Office will be closed for 4-5 wks for renovations.

Status: Sent
Delivered: 12/31/2015 1:29:15 PM(UTC-5)
Read: 12/31/2015 1:29:15 PM(UTC-5)

12/31/2015 1:29:26 PM(UTC-5), +18655858280 (Joel Smithers)
Leaking roof:-/

Status: Sent
Delivered: 12/31/2015 1:29:27 PM(UTC-5)
Read: 12/31/2015 1:29:27 PM(UTC-5)

12/31/2015 1:29:29 PM(UTC-5), +13047419893 (Darryl Williams)

K

Status: Read
Read: 12/31/2015 1:29:30 PM(UTC-5)

12/31/2015 1:30:19 PM(UTC-5), +13047419893 (Darryl Williams)
And Geneva Bowman

Status: Read
Read: 12/31/2015 1:30:19 PM(UTC-5)

12/31/2015 1:31:22 PM(UTC-5), +13047419893 (Darryl Williams)
Wish you could mail those today we would get them Monday

Status: Read
Read: 12/31/2015 1:31:54 PM(UTC-5)

12/31/2015 1:32:47 PM(UTC-5), +18655858280 (Joel Smithers)
Problem:
I don't have their charts with me.

Status: Sent
Delivered: 12/31/2015 1:32:47 PM(UTC-5)
Read: 12/31/2015 1:32:52 PM(UTC-5)

12/31/2015 1:33:12 PM(UTC-5), +13047419893 (Darryl Williams)
I can get what they had last time

Status: Read
Read: 12/31/2015 1:33:23 PM(UTC-5)

12/31/2015 1:33:28 PM(UTC-5), +18655858280 (Joel Smithers)
So can I.

Status: Sent
Delivered: 12/31/2015 1:33:29 PM(UTC-5)
Read: 12/31/2015 1:33:30 PM(UTC-5)

**12/31/2015 1:33:38 PM(UTC-5), +13047419893 (Darryl Williams)**
Cool

Status: Read
Read: 12/31/2015 1:33:36 PM(UTC-5)

**12/31/2015 1:33:49 PM(UTC-5), +18855858260 (Joel Smithers)**
Just need first and last names and DOBs.

Status: Sent
Delivered: 12/31/2015 1:33:49 PM(UTC-5)
Read: 12/31/2015 1:33:49 PM(UTC-5)

**12/31/2015 1:33:58 PM(UTC-5), +13047419893 (Darryl Williams)**
Ok

Status: Read
Read: 12/31/2015 1:34:12 PM(UTC-5)

**12/31/2015 1:34:27 PM(UTC-5), +13047419893 (Darryl Williams)**
Give me 5 mins.    Ship that bluebird out

Status: Read
Read: 12/31/2015 1:34:28 PM(UTC-5)

**12/31/2015 1:34:31 PM(UTC-5), +13047419893 (Darryl Williams)**
Too

Status: Read
Read: 12/31/2015 1:34:31 PM(UTC-5)

**12/31/2015 1:35:20 PM(UTC-5), +13047419893 (Darryl Williams)**
Make it Saturday delivery I will pay for shipping

Status: Read
Read: 12/31/2015 3:29:52 PM(UTC-5)

**12/31/2015 1:48:36 PM(UTC-5), +13047419893 (Darryl Williams)**
Geneva Bowman. 05-14-63

Status: Read
Read: 12/31/2015 3:29:52 PM(UTC-5)

**12/31/2015 1:52:40 PM(UTC-5), +13047419893 (Darryl Williams)**
Bryan Harlow. 06-12-75. He got. 90-oxymorphone  and 30-30s roxy

Status: Read
Read: 12/31/2015 3:29:52 PM(UTC-5)

**12/31/2015 1:58:08 PM(UTC-5), +13047419893 (Darryl Williams)**
Michalle Smith. 10-14-80. She got. 60 ms cotton 15mg. And 30 roxy 10mg

Status: Read
Read: 12/31/2015 3:29:52 PM(UTC-5)

**12/31/2015 2:04:22 PM(UTC-5), +13047419893 (Darryl Williams)**
Greg Harlow 10-18- 64. He got 90- oxymorphone 40s and  30-roxy 30s

Status: Read
Read: 12/31/2015 3:29:52 PM(UTC-5)

**12/31/2015 2:09:50 PM(UTC-5), +13047419893 (Darryl Williams)**
Lora Kicklighter. 12-26-74. 90 oxymorphone  and she ask can she get her roxys back. She has been good

Status: Read
Read: 12/31/2015 3:29:52 PM(UTC-5)

**12/31/2015 3:00:46 PM(UTC-5), +13047419893 (Darryl Williams)**
Michael Robinette. 12-4-65.   90- oxymorphone 40s and 30 R 30s

Status: Read
Read: 12/31/2015 3:29:52 PM(UTC-5)

**12/31/2015 3:09:11 PM(UTC-5), +13047419893 (Darryl Williams)**
Franklin Williams  I need his Dob

Status: Read
Read: 12/31/2015 3:29:52 PM(UTC-5)

**12/31/2015 3:16:34 PM(UTC-5), +13047419893 (Darryl Williams)**
Franklin Williams 1-16-62. 90- 40s oxymorphone and 20-15s roxy

Status: Read
Read: 12/31/2015 3:29:52 PM(UTC-5)

**12/31/2015 3:18:24 PM(UTC-5), +13047419893 (Darryl Williams)**
Rebecca Pritt.  7-3-53. 90 40s and 20-20s R

Status: Read
Read: 12/31/2015 3:29:52 PM(UTC-5)

**12/31/2015 3:19:04 PM(UTC-5), +13047419893 (Darryl Williams)**
Please ship UPS

Status: Read
Read: 12/31/2015 3:29:52 PM(UTC-5)

**12/31/2015 3:19:48 PM(UTC-5), +13047419893 (Darryl Williams)**
If u can ship today let me know and I will give u address

Status: Read
Read: 12/31/2015 3:29:52 PM(UTC-5)

**12/31/2015 3:34:31 PM(UTC-5), +18855858260 (Joel Smithers)**
Go ahead and give me the address.

Status: Sent
Delivered: 12/31/2015 3:34:31 PM(UTC-5)
Read: 12/31/2015 3:35:13 PM(UTC-5)

**12/31/2015 3:35:44 PM(UTC-5), +18655858280 (Joel Smithers)**
I just spoke to UPS here locally and the trucks have already left for the day. The earliest anything will leave now is Saturday and he said if we next day air it, it would arrive by Monday morning. So that is what I'm planning to do.

Status: Sent
Delivered: 12/31/2015 3:35:44 PM(UTC-5)
Read: 12/31/2015 3:35:44 PM(UTC-5)

**12/31/2015 3:38:01 PM(UTC-5), +18655858280 (Joel Smithers)**
What address do you want me to send it to?

Status: Sent
Delivered: 12/31/2015 3:36:02 PM(UTC-5)
Read: 12/31/2015 3:36:01 PM(UTC-5)

**12/31/2015 3:38:28 PM(UTC-5), +13047419893 (Darryl Williams)**
Give me a minute

Status: Read
Read: 12/31/2015 3:36:39 PM(UTC-5)

**12/31/2015 3:36:55 PM(UTC-5), +18655858280 (Joel Smithers)**
It's ok... You have until Saturday

Status: Sent
Delivered: 12/31/2015 3:36:56 PM(UTC-5)
Read: 12/31/2015 3:36:55 PM(UTC-5)

**12/31/2015 3:37:01 PM(UTC-5), +18655858280 (Joel Smithers)**
LoL

Status: Sent
Delivered: 12/31/2015 3:37:02 PM(UTC-5)
Read: 12/31/2015 3:37:03 PM(UTC-5)

**12/31/2015 3:38:18 PM(UTC-5), +13047419893 (Darryl Williams)**
Cool.  I think I will have you send it to Lexington. So everyone can head to Ky-ind

Status: Read
Read: 12/31/2015 3:38:28 PM(UTC-5)

**12/31/2015 3:38:38 PM(UTC-5), +18655858280 (Joel Smithers)**

Status: Sent
Delivered: 12/31/2015 3:38:38 PM(UTC-5)
Read: 12/31/2015 3:42:07 PM(UTC-5)

**1/1/2016 1:42:07 PM(UTC-5), +13047419893 (Darryl Williams)**
Ok I will also need need Earl Blankenship. 1-26-46. 120 - roxy 20s.  He had his kidney removed and bladder cancer was removed. He has new blood work and request  opana 40s and roxy 20s if possible

Status: Read
Read: 1/1/2016 4:21:53 PM(UTC-5)

**1/1/2016 1:47:05 PM(UTC-5), +13047419893 (Darryl Williams)**
Ok Earl D Blankenship 10-16-77.  New patient had app mon same as dad. He has been getting  120 -30 roxys and 60 oxymorphone  he said u actually looked at his back and scars ( he is all whacked up). He walks like hunch back of Noter dame

Status: Read
Read: 1/1/2016 4:21:53 PM(UTC-5)

**1/1/2016 4:22:42 PM(UTC-5), +18655858280 (Joel Smithers)**
Yup
I remember

Status: Sent
Delivered: 1/1/2016 4:22:43 PM(UTC-5)
Read: 1/1/2016 4:22:59 PM(UTC-5)

**1/1/2016 4:23:12 PM(UTC-5), +18655858280 (Joel Smithers)**
I'll need to speak to him by phone though.

Status: Sent
Delivered: 1/1/2016 4:23:12 PM(UTC-5)
Read: 1/1/2016 4:23:13 PM(UTC-5)

**1/1/2016 4:23:35 PM(UTC-5), +18655858280 (Joel Smithers)**
Please get his # for me.

Status: Sent
Delivered: 1/1/2016 4:23:35 PM(UTC-5)
Read: 1/1/2016 4:23:36 PM(UTC-5)

**1/1/2016 4:24:15 PM(UTC-5), +13047419893 (Darryl Williams)**
N problem.   Hey please send thiers with the others I make a small fee

Status: Read
Read: 1/1/2016 4:24:15 PM(UTC-5)

**1/1/2016 4:24:21 PM(UTC-5), +18655858280 (Joel Smithers)**
A $450 donation as a new pt would be much appreciated as well.

Status: Sent
Delivered: 1/1/2016 4:24:21 PM(UTC-5)
Read: 1/1/2016 4:24:29 PM(UTC-5)

**1/1/2016 4:24:41 PM(UTC-5), +13047419893 (Darryl Williams)**
Oh I will get it

Status: Read
Read: 1/1/2016 4:24:41 PM(UTC-5)

**1/1/2016 4:25:02 PM(UTC-5), +18655858280 (Joel Smithers)**
It will all be hdd out tm.

Status: Sent
Delivered: 1/1/2016 4:25:03 PM(UTC-5)
Read: 1/1/2016 4:25:03 PM(UTC-5)

**1/1/2016 4:25:15 PM(UTC-5), +18855858260 (Joel Smithers)**
What address?

**Status:** Sent
**Delivered:** 1/1/2016 4:25:15 PM(UTC-5)
**Read:** 1/1/2016 4:25:15 PM(UTC-5)

**1/1/2016 4:28:02 PM(UTC-5), +13047419893 (Darryl Williams)**
606-237-4419

**Status:** Read
**Read:** 1/1/2016 5:48:06 PM(UTC-5)

**1/1/2016 5:48:10 PM(UTC-5), +18855858260 (Joel Smithers)**
Ty

**Status:** Sent
**Delivered:** 1/1/2016 5:48:12 PM(UTC-5)
**Read:** 1/1/2016 5:49:26 PM(UTC-5)

**1/1/2016 5:48:32 PM(UTC-5), +18855858260 (Joel Smithers)**
...bet the dea is ALL over this!!!:

**Status:** Sent
**Delivered:** 1/1/2016 5:48:33 PM(UTC-5)
**Read:** 1/1/2016 5:49:26 PM(UTC-5)

**1/2/2016 11:54:12 AM(UTC-5), +13047419893 (Darryl Williams)**
Hello

**Status:** Read
**Read:** 1/2/2016 12:17:18 PM(UTC-5)

**1/2/2016 12:17:28 PM(UTC-5), +18855858260 (Joel Smithers)**
Guess where i am?

**Status:** Sent
**Delivered:** 1/2/2016 12:17:28 PM(UTC-5)
**Read:** 1/2/2016 12:17:28 PM(UTC-5)

**1/2/2016 12:17:35 PM(UTC-5), +18855858260 (Joel Smithers)**

**Status:** Sent
**Delivered:** 1/2/2016 12:17:35 PM(UTC-5)
**Read:** 1/2/2016 12:17:38 PM(UTC-5)

**1/2/2016 12:17:43 PM(UTC-5), +13047419893 (Darryl Williams)**
Ship to Darryl Williams in care of Ups store 2901- Richmond Rd suite 130 Lexington ky 40509

**Status:** Read
**Read:** 1/2/2016 12:17:47 PM(UTC-5)

**1/2/2016 12:17:52 PM(UTC-5), +13047419893 (Darryl Williams)**
Ups store

**Status:** Read
**Read:** 1/2/2016 12:17:53 PM(UTC-5)

**1/2/2016 12:18:17 PM(UTC-5), +13047419893 (Darryl Williams)**
Monday delivery

**Status:** Read
**Read:** 1/2/2016 12:18:17 PM(UTC-5)

**1/2/2016 12:20:13 PM(UTC-5), +18855858260 (Joel Smithers)**
Excellent

**Status:** Sent
**Delivered:** 1/2/2016 12:20:13 PM(UTC-5)
**Read:** 1/2/2016 12:20:13 PM(UTC-5)

**1/2/2016 12:20:15 PM(UTC-5), +18855858260 (Joel Smithers)**
Ty

**Status:** Sent
**Delivered:** 1/2/2016 12:20:15 PM(UTC-5)
**Read:** 1/2/2016 12:20:17 PM(UTC-5)

**1/2/2016 12:20:25 PM(UTC-5), +18855858260 (Joel Smithers)**
Also sending this:

**Status:** Sent
**Delivered:** 1/2/2016 12:20:25 PM(UTC-5)
**Read:** 1/2/2016 12:20:25 PM(UTC-5)

**1/2/2016 12:21:48 PM(UTC-5), +18855858260 (Joel Smithers)**

Attachments:



IMG_6669.jpeg

**Status:** Sent
**Delivered:** 1/2/2016 12:21:49 PM(UTC-5)
**Read:** 1/2/2016 12:21:52 PM(UTC-5)

1/2/2016 12:22:15 PM(UTC-5), +13047419893 (Darryl Williams)
Will that be in ur name or mine

**Status:** Read
**Read:** 1/2/2016 12:22:15 PM(UTC-5)

---

1/2/2016 12:22:16 PM(UTC-5), +18655858280 (Joel Smithers)

Attachments:



IMG_3996.jpeg

**Status:** Sent
**Delivered:** 1/2/2016 12:22:16 PM(UTC-5)
**Read:** 1/2/2016 12:22:21 PM(UTC-5)

---

1/2/2016 12:23:32 PM(UTC-5), +18655858280 (Joel Smithers)
Yours.
It's a blank, unregistered card.  If it doesn't work you can order a new one on the website or by phone for FREE and register with that new card.

**Status:** Sent
**Delivered:** 1/2/2016 12:23:33 PM(UTC-5)
**Read:** 1/2/2016 12:23:33 PM(UTC-5)

---

1/2/2016 12:24:00 PM(UTC-5), +13047419893 (Darryl Williams)
Cool

**Status:** Read
**Read:** 1/2/2016 12:24:00 PM(UTC-5)

---

1/2/2016 12:24:21 PM(UTC-5), +18655858280 (Joel Smithers)
...i bought that one at Walmart for $5 to five to my kid as a gift but ended up not using it.

**Status:** Sent
**Delivered:** 1/2/2016 12:24:21 PM(UTC-5)
**Read:** 1/2/2016 12:24:21 PM(UTC-5)

---

1/2/2016 12:24:38 PM(UTC-5), +18655858280 (Joel Smithers)
So it should work fine.

**Status:** Sent
**Delivered:** 1/2/2016 12:24:38 PM(UTC-5)
**Read:** 1/2/2016 12:24:38 PM(UTC-5)

---

1/2/2016 12:24:49 PM(UTC-5), +13047419893 (Darryl Williams)
K

**Status:** Read
**Read:** 1/2/2016 12:24:49 PM(UTC-5)

---

1/2/2016 12:25:12 PM(UTC-5), +18655858280 (Joel Smithers)
It will take 7 to 10 days probably for them to mail you a new card which means there will be that much of a delay before you can start using it to send funds.

**Status:** Sent
**Delivered:** 1/2/2016 12:25:12 PM(UTC-5)
**Read:** 1/2/2016 12:25:12 PM(UTC-5)

---

1/2/2016 12:27:27 PM(UTC-5), +18655858280 (Joel Smithers)
That it just a "dumby" registration card.  Once your registered they mail you a new card with your name and information on it, and that's when you can start using ALL the features of the Bluebird card.

**Status:** Sent
**Delivered:** 1/2/2016 12:27:32 PM(UTC-5)
**Read:** 1/2/2016 12:27:58 PM(UTC-5)

---

1/2/2016 12:28:12 PM(UTC-5), +13047419893 (Darryl Williams)
Cool. Beans

**Status:** Read
**Read:** 1/2/2016 12:44:51 PM(UTC-5)

---

1/2/2016 12:30:30 PM(UTC-5), +13047419893 (Darryl Williams)
Ok send to the Lexington ups store listed above.  Monday morning delivery I will be there waiting on it

**Status:** Read
**Read:** 1/2/2016 12:44:52 PM(UTC-5)

---

1/2/2016 12:45:06 PM(UTC-5), +18655858280 (Joel Smithers)
Will do

**Status:** Sent
**Delivered:** 1/2/2016 12:45:06 PM(UTC-5)
**Read:** 1/2/2016 12:54:44 PM(UTC-5)

---

1/2/2016 1:37:50 PM(UTC-5), +13047419893 (Darryl Williams)
Lora says she needs a script for Yaz

**Status:** Read
**Read:** 1/2/2016 1:37:52 PM(UTC-5)

---

1/2/2016 2:13:22 PM(UTC-5), +18655858280 (Joel Smithers)
Not from me.
Go to Health Dept or PCP (primary care provider) or OBGYN.

**Status:** Sent
**Delivered:** 1/2/2016 2:13:26 PM(UTC-5)
**Read:** 1/2/2016 2:13:56 PM(UTC-5)

---

1/2/2016 2:14:08 PM(UTC-5), +13047419893 (Darryl Williams)
No problem

**Status:** Read
**Read:** 1/2/2016 2:14:07 PM(UTC-5)



**Bluebird**

3 5 1 2

3 7 5 1    5 1 1 5 8 4    8 1 6 5 3

Valid Thru
0 9 / 2 3

AMERICAN EXPRESS

AMERICAN
EXPRESS

AMEX

**1/2/2016 2:15:26 PM(UTC-5), +18655858260 (Joel Smithers)**
I told her this last visit.
She also will not be getting ANY immediate release (IR) pain meds until i have multiple clean urines and no signs of IVDA (iv drug abuse).
We discussed this as well at her last visit.

Status: Sent
Delivered: 1/2/2016 2:15:29 PM(UTC-5)
Read: 1/2/2016 2:17:46 PM(UTC-5)

**1/2/2016 2:20:21 PM(UTC-5), +13047419893 (Darryl Williams)**
No problem

Status: Read
Read: 1/2/2016 2:20:21 PM(UTC-5)

**1/2/2016 3:04:45 PM(UTC-5), +18655858260 (Joel Smithers)**
All is shipped.
Picture of tracking and receipt to follow.
Total accounting as follows:
2400 for 8 est
450 for new
Plus 1000 already owed =
3850 donated
Plus shipping as pictured below:

Status: Sent
Delivered: 1/2/2016 3:04:48 PM(UTC-5)
Read: 1/2/2016 3:04:58 PM(UTC-5)

**1/2/2016 3:05:22 PM(UTC-5), +13047419893 (Darryl Williams)**
Ok. U got it

Status: Read
Read: 1/2/2016 3:05:22 PM(UTC-5)

**1/2/2016 3:07:48 PM(UTC-5), +18655858260 (Joel Smithers)**
Bummer...

Status: Sent
Delivered: 1/2/2016 3:07:52 PM(UTC-5)
Read: 1/2/2016 3:12:29 PM(UTC-5)

**1/2/2016 3:12:55 PM(UTC-5), +13047419893 (Darryl Williams)**
Did not get pic

Status: Read
Read: 1/2/2016 3:12:56 PM(UTC-5)

**1/2/2016 3:13:41 PM(UTC-5), +18655858260 (Joel Smithers)**
Attachments:



IMG_1277.JPG
Status: Sent
Delivered: 1/2/2016 3:13:44 PM(UTC-5)
Read: 1/2/2016 3:16:05 PM(UTC-5)

**1/2/2016 3:13:41 PM(UTC-5), +18655858260 (Joel Smithers)**
Earliest they're saying it's gonna be there is 8am TUESDAY:-/

Status: Sent
Delivered: 1/2/2016 3:13:45 PM(UTC-5)
Read: 1/2/2016 3:16:38 PM(UTC-5)

**1/2/2016 3:16:29 PM(UTC-5), +18655858260 (Joel Smithers)**
Attachments:



IMG_5311.jpeg
Status: Sent
Delivered: 1/2/2016 3:16:29 PM(UTC-5)
Read: 1/2/2016 3:16:38 PM(UTC-5)

**1/2/2016 3:16:54 PM(UTC-5), +18655858260 (Joel Smithers)**
Attachments:



IMG_3477.jpeg
Status: Sent
Delivered: 1/2/2016 3:16:55 PM(UTC-5)
Read: 1/2/2016 3:17:15 PM(UTC-5)

**1/2/2016 3:50:12 PM(UTC-5), +18655858260 (Joel Smithers)**
Sorry about that.

Status: Sent
Delivered: 1/2/2016 3:50:34 PM(UTC-5)
Read: 1/2/2016 3:55:21 PM(UTC-5)

**1/5/2016 7:41:31 AM(UTC-5), +13047419893 (Darryl Williams)**
Hey I did not get Michael robinettes script

Status: Read
Read: 1/5/2016 8:12:23 AM(UTC-5)

**1/5/2016 8:12:26 AM(UTC-5), +18655858280 (Joel Smithers)**
Shit

Status: Sent
Delivered: 1/5/2016 8:12:29 AM(UTC-5)
Read: 1/5/2016 8:13:13 AM(UTC-5)

**1/5/2016 8:12:45 AM(UTC-5), +18655858280 (Joel Smithers)**
Yeah... Cause I didn't do them.

Status: Sent
Delivered: 1/5/2016 8:12:49 AM(UTC-5)
Read: 1/5/2016 8:13:13 AM(UTC-5)

**1/5/2016 8:12:48 AM(UTC-5), +18655858280 (Joel Smithers)**
Fuck

Status: Sent
Delivered: 1/5/2016 8:12:49 AM(UTC-5)
Read: 1/5/2016 8:13:13 AM(UTC-5)

**1/5/2016 8:14:20 AM(UTC-5), +13047419893 (Darryl Williams)**
No biggie

Status: Read
Read: 1/5/2016 8:17:57 AM(UTC-5)

**1/5/2016 8:18:18 AM(UTC-5), +18655858280 (Joel Smithers)**
I have not seen him since November... Is he planning to come back?

Status: Sent
Delivered: 1/5/2016 8:18:18 AM(UTC-5)
Read: 1/5/2016 8:20:51 AM(UTC-5)

**1/5/2016 8:21:36 AM(UTC-5), +13047419893 (Darryl Williams)**
U had him scheduled fo tommorrow

Status: Read
Read: 1/5/2016 8:38:35 AM(UTC-5)

**1/5/2016 8:22:13 AM(UTC-5), +13047419893 (Darryl Williams)**
He came with Lora and Scotty

Status: Read
Read: 1/5/2016 8:38:35 AM(UTC-5)

**1/5/2016 8:38:59 AM(UTC-5), +18655858280 (Joel Smithers)**
He came in December?

Status: Sent
Delivered: 1/5/2016 8:39:02 AM(UTC-5)
Read: 1/5/2016 8:39:51 AM(UTC-5)

**1/5/2016 8:39:27 AM(UTC-5), +18655858280 (Joel Smithers)**
The last time I show him filling any prescriptions was in December.

Status: Sent
Delivered: 1/5/2016 8:39:31 AM(UTC-5)
Read: 1/5/2016 8:39:51 AM(UTC-5)

**1/5/2016 8:40:02 AM(UTC-5), +13047419893 (Darryl Williams)**
That's right

Status: Read
Read: 1/5/2016 8:40:35 AM(UTC-5)

**1/5/2016 8:40:29 AM(UTC-5), +13047419893 (Darryl Williams)**
It's Jan

Status: Read
Read: 1/5/2016 8:40:35 AM(UTC-5)

**1/5/2016 8:40:52 AM(UTC-5), +13047419893 (Darryl Williams)**
He is due

Status: Read
Read: 1/5/2016 8:40:55 AM(UTC-5)

**1/5/2016 8:41:17 AM(UTC-5), +18655858280 (Joel Smithers)**
More like 2 months overdue!

Status: Sent
Delivered: 1/5/2016 8:41:17 AM(UTC-5)
Read: 1/5/2016 8:41:17 AM(UTC-5)

**1/5/2016 8:43:36 AM(UTC-5), +13047419893 (Darryl Williams)**
No

Status: Read
Read: 1/5/2016 9:21:06 AM(UTC-5)

**1/5/2016 8:44:15 AM(UTC-5), +13047419893 (Darryl Williams)**
Dec to jan

Status: Read
Read: 1/5/2016 9:21:06 AM(UTC-5)

**1/5/2016 8:44:27 AM(UTC-5), +13047419893 (Darryl Williams)**
1 month

Status: Read
Read: 1/5/2016 9:21:06 AM(UTC-5)

**1/5/2016 9:21:24 AM(UTC-5), +18655858280 (Joel Smithers)**
He's been out for 1 month?

Status: Sent
Delivered: 1/5/2016 9:21:27 AM(UTC-5)
Read: 1/5/2016 9:22:14 AM(UTC-5)

# Shipment Receipt:   Page #1 of 1
### THIS IS NOT A SHIPPING LABEL   PLEASE SAVE FOR YOUR RECORDS

SHIP DATE:
Mon 4 Jan 2016

EXPECTED DELIVERY DATE:
TUES 5 JAN 2016 8:00 AM

SHIP FROM:
JOEL SMITHERS
202 TOPWATER LN
Greensboro  NC 27455
(865) 585-8260

SHIP TO:
DARRYL WILLIAMS
2901 RICHMOND RD
STE 130
LEXINGTON KY 40509-1763
Business
(304) 741-9893

SHIPPED THROUGH:
THE UPS STORE #2272
GREENSBORO,NC 27408-1924
(336) 545-9171

SHIPMENT INFORMATION:
UPS Next Day Air Early AM Com
0.1 lbs actual wt (ManWt)
LTR Billed Weight
Carrier Letter

Tracking Number: 1z2E75441558795185
Shipment ID: MMKGDYEKEZA1S
Ship Ref 1: 010416
Ship Ref 2: JK

DESCRIPTION OF GOODS:
- -

SHIPMENT CHARGES:

| | |
|---|---:|
| Next Day Air Early AM Com | 57.25 |
| Service Options | 0.00 |
| Fuel Surcharge | 2.43 |
| CMS Processing Fee | 0.20 |
| **Total** | **$59.88** |

COMPLETE ONLINE TRACKING:  Enter this address in your web browser to track:
http://theupsstore.com  (select Tracking, enter Shipment ID #)   SHIPMENT
QUESTIONS? Contact SHIPPED THROUGH above.

CUSTOMER ACKNOWLEDGEMENT: I acknowledge and accept Terms & Conditions in force
for tendering shipments through this location and certify that address, content
and values provided for this shipment are accurate in all respects.

Signature:

ShipmentID: MMKGDYEKEZA1S

Powered by iShip(r)
01/02/2016 16:22 PM  Pacific Time N

The UPS Store

```
            The UPS Store - #2272
          2618 Battleground Ave STE A
            Greensboro, NC 27408
               (336) 545-9171
       ******  DUPLICATE RECEIPT  ******

            01/02/16  03:11 PM

       We are the one stop for all your
     shipping, postal and business needs.

     Full service printing and finishing.
```



```
  001 001000 (001)              TO $  59.88
  NDA Early AM
  Tracking# 1Z2E75441558795185

                   SubTotal  $  59.88
                      Total  $  59.88

                 Debit Card  $  59.88

  Receipt ID 82224218820601888184 001 Items
  CSH: Jason           Tran: 4846 Reg: 002

                      Sale

  Debit Entry Method: Swiped
  Acct Type: Checking

  Trace:00000013              Appr Code:
  Retrieval #:MG0026248925
```

TO $   59.88

NDA Early AM
Tracking# 1Z2E75441558795185

SubTotal   $   59.88
Total   $   59.88

Debit Card   $   59.88

Receipt ID 82224218820601888184 001 Items
CSH: Jason                     Tran: 4846 Reg: 002

Sale

***********5691

Debit Entry Method: Swiped
Acct Type: Checking

Trace:00000013          Appr Code:141939
Retrieval #:MG0026248925          Batch #:

Amount                          $   59.88
==========
Merchant Total                  $   59.88

Approved

Visit our website at www.theupsstore.com
Please come back again soon.

Whatever your business and personal
needs, we are here to serve you.

We're here to help.
Join our FREE email program to receive
great offers and resources.

www.theupsstore.com/signup



**1/5/2016 9:22:30 AM(UTC-5), +13047419893 (Darryl Williams)**
No he has never miss a app

Status: Read
Read: 1/5/2016 9:24:14 AM(UTC-5)

**1/5/2016 9:24:14 AM(UTC-5), +13047419893 (Darryl Williams)**
He was with Lora kicklighter. Rebecca Pritt. And Franklin Williams last two visits

Status: Read
Read: 1/5/2016 9:24:15 AM(UTC-5)

**1/5/2016 9:24:23 AM(UTC-5), +18655858260 (Joel Smithers)**
Oh

Status: Sent
Delivered: 1/5/2016 9:24:24 AM(UTC-5)
Read: 1/5/2016 9:24:43 AM(UTC-5)

**1/5/2016 9:26:27 AM(UTC-5), +13047419893 (Darryl Williams)**
Mail Michael Robinettes to Darryl Williams. 1174 Mullins fork rd Stone Ky 41567

Status: Read
Read: 1/5/2016 9:29:41 AM(UTC-5)

**1/5/2016 9:29:44 AM(UTC-5), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 1/5/2016 9:29:45 AM(UTC-5)
Read: 1/5/2016 9:29:50 AM(UTC-5)

**1/5/2016 9:30:16 AM(UTC-5), +13047419893 (Darryl Williams)**
You can send Michael Bowes as well

Status: Read
Read: 1/5/2016 9:34:17 AM(UTC-5)

**1/5/2016 9:31:49 AM(UTC-5), +13047419893 (Darryl Williams)**
My Older brother will most likely become a new patient  he got laid off at work. Where they 0 tolerance policy

Status: Read
Read: 1/5/2016 9:34:17 AM(UTC-5)

**1/5/2016 9:32:25 AM(UTC-5), +13047419893 (Darryl Williams)**
Also Deborah Renyolds

Status: Read
Read: 1/5/2016 9:34:17 AM(UTC-5)

**1/5/2016 9:33:23 AM(UTC-5), +13047419893 (Darryl Williams)**
Deborah Renyolds 2-18-62

Status: Read
Read: 1/5/2016 9:34:17 AM(UTC-5)

**1/5/2016 9:40:47 AM(UTC-5), +13047419893 (Darryl Williams)**
Michael Bowe 4-15-53

Status: Read
Read: 1/5/2016 9:44:15 AM(UTC-5)

**1/5/2016 9:44:18 AM(UTC-5), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 1/5/2016 9:44:20 AM(UTC-5)
Read: 1/5/2016 9:45:11 AM(UTC-5)

**1/5/2016 9:45:03 AM(UTC-5), +18655858260 (Joel Smithers)**
New cell to text/call me on:
336-279-5798

Status: Sent
Delivered: 1/5/2016 9:45:04 AM(UTC-5)
Read: 1/5/2016 9:45:11 AM(UTC-5)

**1/5/2016 9:45:18 AM(UTC-5), +13047419893 (Darryl Williams)**
K

Status: Read
Read: 1/5/2016 9:45:25 AM(UTC-5)

**1/6/2016 7:11:58 AM(UTC-5), +13047419893 (Darryl Williams)**
12CCA8A4-1FAE-414E-9635-D810E3F2E54F

Status: Read
Read: 1/6/2016 7:20:08 AM(UTC-5)

**1/6/2016 7:12:29 AM(UTC-5), +18655858260 (Joel Smithers)**
My bad

Status: Sent
Delivered: 1/6/2016 7:12:29 AM(UTC-5)
Read: 1/6/2016 7:15:39 AM(UTC-5)

**1/6/2016 7:16:54 AM(UTC-5), +13047419893 (Darryl Williams)**
Not a problem, Darryl is asleep, he didn't even stop snoring lol

Status: Read
Read: 1/6/2016 7:20:08 AM(UTC-5)

**1/6/2016 7:20:25 AM(UTC-5), +18655858260 (Joel Smithers)**
Excellent

Status: Sent
Delivered: 1/6/2016 7:20:26 AM(UTC-5)
Read: 1/6/2016 7:20:28 AM(UTC-5)

**4/4/2016 4:35:56 PM(UTC-4), +13047419893 (Darryl Williams)**
Lora got her scripts Thursday and she has been as far north as Dumprees Va ( Richmond) and everywhere in Wv and she had to return to Buffalo Pharmacy where he will only fill 60. It's really stressed her out and she ask me to text ya and see if you could this one time write her about 60 roxy 30s to compensate for her losing 30 opanas. This would only be a one time thing because kentuckiana will be able to fill her whole perscription in may. She has drove all day Friday, sat, and Sunday to several pharmacies and has had no luck. If you can do this for us Kerry and Rabi hatfield is there now and would bring the perscription to her.  Thanks

**Status:** Read
**Delivered:** 4/4/2016 4:36:16 PM(UTC-4)
**Read:** 4/4/2016 4:36:16 PM(UTC-4)

**4/4/2016 4:37:39 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
K

**Status:** Sent
**Delivered:** 4/4/2016 4:37:42 PM(UTC-4)
**Read:** 4/4/2016 4:37:57 PM(UTC-4)

**4/4/2016 4:44:22 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
I sent the script with Kerry in a secure envelope.  She said she'd give it to you or Lora tomorrow.

**Status:** Sent
**Delivered:** 4/4/2016 4:44:23 PM(UTC-4)
**Read:** 4/4/2016 4:44:33 PM(UTC-4)

**4/4/2016 4:44:55 PM(UTC-4), +13047419893 (Darryl Williams)**
I thank from the bottom of my heart

**Status:** Read

**4/6/2016 5:16:58 PM(UTC-4), +13047419893 (Darryl Williams)**
Josh marion wants to know if he can come in tommorow

**Status:** Read
**Delivered:** 4/6/2016 5:17:14 PM(UTC-4)
**Read:** 4/6/2016 5:17:14 PM(UTC-4)

**4/6/2016 5:17:30 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
I haven't received any paper work on him.

**Status:** Sent
**Delivered:** 4/6/2016 5:17:31 PM(UTC-4)
**Read:** 4/6/2016 5:17:31 PM(UTC-4)

**4/6/2016 5:17:36 PM(UTC-4), +13047419893 (Darryl Williams)**
A guy name Curtis church is sending u a fax.

**Status:** Read

**4/6/2016 5:17:47 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
And there are no openings anyway.

**Status:** Sent
**Delivered:** 4/6/2016 5:17:48 PM(UTC-4)
**Read:** 4/6/2016 5:17:48 PM(UTC-4)

**4/6/2016 5:17:54 PM(UTC-4), +13047419893 (Darryl Williams)**
He has been a patient there

**Status:** Read

**4/6/2016 5:18:01 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
Where?

**Status:** Sent
**Delivered:** 4/6/2016 5:18:02 PM(UTC-4)
**Read:** 4/6/2016 5:18:03 PM(UTC-4)

**4/6/2016 5:18:09 PM(UTC-4), +13047419893 (Darryl Williams)**
There

**Status:** Read

**4/6/2016 5:18:14 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
With me?

**Status:** Sent
**Delivered:** 4/6/2016 5:18:15 PM(UTC-4)
**Read:** 4/6/2016 5:18:15 PM(UTC-4)

**4/6/2016 5:18:23 PM(UTC-4), +13047419893 (Darryl Williams)**
He moved to NY

**Status:** Read
**Delivered:** 4/6/2016 5:18:28 PM(UTC-4)
**Read:** 4/6/2016 5:18:28 PM(UTC-4)

**4/6/2016 5:18:31 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
Oh

**Status:** Sent
**Delivered:** 4/6/2016 5:18:32 PM(UTC-4)
**Read:** 4/6/2016 5:18:35 PM(UTC-4)

**4/6/2016 5:18:34 PM(UTC-4), +13047419893 (Darryl Williams)**
He moved back

**Status:** Read

**4/6/2016 5:18:35 PM(UTC-4), +13047419893 (Darryl Williams)**
Yes

**Status:** Read

**4/6/2016 5:18:45 PM(UTC-4), +13047419893 (Darryl Williams)**
Marion

**Status:** Read

4/6/2016 5:18:52 PM(UTC-4), +13047419893 (Darryl Williams)
Last name

Status: Read

4/6/2016 5:19:03 PM(UTC-4), jasmithers@gmail.com (AFIT_CIP_Login I@#WSX11ww22ss33xx)
Hmmmmm did he see him in Beckley?

Status: Sent
Delivered: 4/6/2016 5:19:04 PM(UTC-4)
Read: 4/6/2016 5:19:17 PM(UTC-4)

4/6/2016 5:19:34 PM(UTC-4), +13047419893 (Darryl Williams)
Let me get his whole name

Status: Read
Delivered: 4/6/2016 5:19:35 PM(UTC-4)
Read: 4/6/2016 5:19:35 PM(UTC-4)

4/6/2016 5:26:18 PM(UTC-4), jasmithers@gmail.com (AFIT_CIP_Login I@#WSX11ww22ss33xx)
I found his chart.

Status: Sent
Delivered: 4/6/2016 5:26:19 PM(UTC-4)
Read: 4/6/2016 5:35:16 PM(UTC-4)

4/6/2016 5:35:24 PM(UTC-4), +13047419893 (Darryl Williams)
Cool

Status: Read
Delivered: 4/6/2016 5:35:24 PM(UTC-4)
Read: 4/6/2016 5:35:24 PM(UTC-4)

4/6/2016 5:35:38 PM(UTC-4), +13047419893 (Darryl Williams)
When u want him to come

Status: Read

4/6/2016 5:36:40 PM(UTC-4), +13047419893 (Darryl Williams)
Curtis church has everything you need and is faxing it to ya

Status: Read
Delivered: 4/6/2016 5:36:41 PM(UTC-4)
Read: 4/6/2016 5:36:41 PM(UTC-4)

4/6/2016 5:37:44 PM(UTC-4), +13047419893 (Darryl Williams)
He wants to come tommorrow but I told him you was full  and he needs to get his fax in to ya

Status: Read

4/6/2016 5:38:21 PM(UTC-4), jasmithers@gmail.com (AFIT_CIP_Login I@#WSX11ww22ss33xx)
No.  Josh Marion needs to call me.  He can call on 336-279-5798

Status: Sent
Delivered: 4/6/2016 5:38:22 PM(UTC-4)
Read: 4/6/2016 5:38:22 PM(UTC-4)

4/6/2016 5:38:41 PM(UTC-4), jasmithers@gmail.com (AFIT_CIP_Login I@#WSX11ww22ss33xx)
K

Status: Sent
Delivered: 4/6/2016 5:38:41 PM(UTC-4)
Read: 4/6/2016 5:38:46 PM(UTC-4)

4/6/2016 5:38:45 PM(UTC-4), +13047419893 (Darryl Williams)
Mike Bowe is in Hospital. He has had several light strokes

Status: Read
Delivered: 4/6/2016 5:38:45 PM(UTC-4)
Read: 4/6/2016 5:38:45 PM(UTC-4)

4/6/2016 5:38:54 PM(UTC-4), jasmithers@gmail.com (AFIT_CIP_Login I@#WSX11ww22ss33xx)
I'll be looking for his fax.

Status: Sent
Delivered: 4/6/2016 5:38:55 PM(UTC-4)
Read: 4/6/2016 5:39:18 PM(UTC-4)

4/6/2016 5:39:21 PM(UTC-4), +13047419893 (Darryl Williams)
K

Status: Read

4/6/2016 5:39:22 PM(UTC-4), jasmithers@gmail.com (AFIT_CIP_Login I@#WSX11ww22ss33xx)
YIKES!

Status: Sent
Delivered: 4/6/2016 5:39:23 PM(UTC-4)
Read: 4/6/2016 5:39:22 PM(UTC-4)

4/6/2016 5:39:40 PM(UTC-4), jasmithers@gmail.com (AFIT_CIP_Login I@#WSX11ww22ss33xx)
So is he not coming tomorrow???

Status: Sent
Delivered: 4/6/2016 5:39:41 PM(UTC-4)
Read: 4/6/2016 5:39:41 PM(UTC-4)

4/6/2016 5:39:56 PM(UTC-4), +13047419893 (Darryl Williams)
Call mike when you get a chance.   606-625-0844

Status: Read

**4/6/2016 5:40:30 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
K
What's Josh Marion's #?

Status: Sent
Delivered: 4/6/2016 5:40:31 PM(UTC-4)
Read: 4/6/2016 5:40:31 PM(UTC-4)

**4/6/2016 5:40:38 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
LoL

Status: Sent
Delivered: 4/6/2016 5:40:38 PM(UTC-4)
Read: 4/6/2016 5:40:38 PM(UTC-4)

**4/6/2016 5:40:43 PM(UTC-4), +13047419893 (Darryl Williams)**
I will get it

Status: Read

**4/6/2016 5:40:55 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
...that'll keep him in good spirits lol

Status: Sent
Delivered: 4/6/2016 5:40:55 PM(UTC-4)
Read: 4/6/2016 5:40:55 PM(UTC-4)

**4/6/2016 5:40:57 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
K

Status: Sent
Delivered: 4/6/2016 5:40:58 PM(UTC-4)
Read: 4/6/2016 5:41:02 PM(UTC-4)

**4/6/2016 6:16:36 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
Called Mike... He seems to be in good spirits... Hope he gets better soon.

Status: Sent
Delivered: 4/6/2016 6:16:40 PM(UTC-4)
Read: 4/6/2016 6:48:11 PM(UTC-4)

**4/6/2016 6:17:14 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
So between Mike Robinette and Jason Bowman who will be bringing the $1,450 tomorrow?

Status: Sent
Delivered: 4/6/2016 6:17:15 PM(UTC-4)
Read: 4/6/2016 6:48:11 PM(UTC-4)

**4/6/2016 6:48:26 PM(UTC-4), +13047419893 (Darryl Williams)**
Correct

Status: Read
Delivered: 4/6/2016 6:49:29 PM(UTC-4)
Read: 4/6/2016 6:49:29 PM(UTC-4)

**4/6/2016 6:48:45 PM(UTC-4), +13047419893 (Darryl Williams)**
They are bring Mike Bowes fee too

Status: Read
Delivered: 4/6/2016 6:49:29 PM(UTC-4)
Read: 4/6/2016 6:49:29 PM(UTC-4)

**4/6/2016 6:50:08 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
K
I could just wait to see him next week. Especially since he isn't taking his medicine while he's in the hospital.

Status: Sent
Delivered: 4/6/2016 6:50:07 PM(UTC-4)
Read: 4/6/2016 7:06:40 PM(UTC-4)

**4/7/2016 2:00:06 PM(UTC-4), +13047419893 (Darryl Williams)**
They guys there have thier fee money.  And I am going to wire to them.  Mikes fee money and the other 1450.  They will go to Walmart and get today and bring it back to ya

Status: Read
Delivered: 4/7/2016 2:04:22 PM(UTC-4)
Read: 4/7/2016 2:04:22 PM(UTC-4)

**4/7/2016 2:00:37 PM(UTC-4), +13047419893 (Darryl Williams)**
I am waiting on a guy to come pay me

Status: Read
Delivered: 4/7/2016 2:04:22 PM(UTC-4)
Read: 4/7/2016 2:04:22 PM(UTC-4)

**4/7/2016 2:04:31 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
K

Status: Sent
Delivered: 4/7/2016 2:04:32 PM(UTC-4)
Read: 4/7/2016 2:04:42 PM(UTC-4)

**4/7/2016 2:04:34 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
Thx

Status: Sent
Delivered: 4/7/2016 2:04:34 PM(UTC-4)
Read: 4/7/2016 2:04:42 PM(UTC-4)

4/10/2016 12:48:02 PM(UTC-4), +13047419893 (Darryl Williams)
Yep

**Status:** Read
**Delivered:** 4/10/2016 3:57:47 PM(UTC-4)
**Read:** 4/10/2016 3:57:47 PM(UTC-4)

4/12/2016 5:01:25 PM(UTC-4), jasmithers@gmail.com (AFIT_CIP_Login_I@#WSX11ww22ss33xx)
I've got Kelly Johnson listed for an appointment this Thursday at 12:30. Does anyone else need to come with him?  Will he be coming?  Is Debbie ever going to come?

**Status:** Sent
**Delivered:** 4/13/2016 1:18:12 AM(UTC-4)
**Read:** 4/13/2016 1:18:12 AM(UTC-4)

6/1/2016 7:39:14 PM(UTC-4), +13047419893 (Darryl Williams)
Sorry other went dead

**Status:** Read
**Delivered:** 6/1/2016 7:46:16 PM(UTC-4)
**Read:** 6/1/2016 7:46:16 PM(UTC-4)

6/1/2016 7:39:37 PM(UTC-4), +13047419893 (Darryl Williams)
Did not get ur last few texts

**Status:** Read
**Delivered:** 6/1/2016 7:46:16 PM(UTC-4)
**Read:** 6/1/2016 7:46:16 PM(UTC-4)

6/1/2016 7:40:41 PM(UTC-4), +13047419893 (Darryl Williams)
U think I just need Suboxan clinic.   You don't think I have cronic pain

**Status:** Read
**Delivered:** 6/1/2016 7:46:16 PM(UTC-4)
**Read:** 6/1/2016 7:46:16 PM(UTC-4)

6/1/2016 7:49:08 PM(UTC-4), jasmithers@gmail.com (AFIT_CIP_Login_I@#WSX11ww22ss33xx)
I was simply suggesting that as a bridge until you get in to pain management, sir.

**Status:** Sent
**Delivered:** 6/1/2016 7:49:34 PM(UTC-4)
**Read:** 6/1/2016 7:52:01 PM(UTC-4)

6/1/2016 7:51:04 PM(UTC-4), jasmithers@gmail.com (AFIT_CIP_Login_I@#WSX11ww22ss33xx)
Or if you feel you are an addict then that plus counseling would be a helpful bridge to recovery.  I'm not you and am only offering suggestions just as before.  I'm offering them out of care and concern (not being a smartass or anything like that).

**Status:** Sent
**Delivered:** 6/1/2016 7:51:05 PM(UTC-4)
**Read:** 6/1/2016 7:52:01 PM(UTC-4)

6/1/2016 7:55:57 PM(UTC-4), +13047419893 (Darryl Williams)
I drew my first SSI check for 733 dollars and was going to lend it to ur patients and we can't get a simple  answer out of you

**Status:** Read
**Delivered:** 6/1/2016 7:57:28 PM(UTC-4)
**Read:** 6/1/2016 7:57:28 PM(UTC-4)

6/1/2016 7:57:43 PM(UTC-4), jasmithers@gmail.com (AFIT_CIP_Login_I@#WSX11ww22ss33xx)
I'm confused

**Status:** Sent
**Delivered:** 6/1/2016 7:57:43 PM(UTC-4)
**Read:** 6/1/2016 7:57:43 PM(UTC-4)

6/1/2016 7:57:52 PM(UTC-4), jasmithers@gmail.com (AFIT_CIP_Login_I@#WSX11ww22ss33xx)
What is the question?

**Status:** Sent
**Delivered:** 6/1/2016 7:57:52 PM(UTC-4)
**Read:** 6/1/2016 7:57:52 PM(UTC-4)

6/1/2016 7:59:45 PM(UTC-4), jasmithers@gmail.com (AFIT_CIP_Login_I@#WSX11ww22ss33xx)
I haven't reviewed anyone's file; I don't make decisions until I do.

**Status:** Sent
**Delivered:** 6/1/2016 7:59:45 PM(UTC-4)
**Read:** 6/1/2016 7:59:45 PM(UTC-4)

6/1/2016 8:01:21 PM(UTC-4), +13047419893 (Darryl Williams)
U threw  mike Bowe out and that very day I ask u nicely to let me know if I needed to go somewhere else

**Status:** Read

6/1/2016 8:02:02 PM(UTC-4), jasmithers@gmail.com (AFIT_CIP_Login_I@#WSX11ww22ss33xx)
I didn't know or review your file until the day you came in, sir.

**Status:** Sent
**Delivered:** 6/1/2016 8:02:02 PM(UTC-4)
**Read:** 6/1/2016 8:02:02 PM(UTC-4)

6/1/2016 8:02:21 PM(UTC-4), +13047419893 (Darryl Williams)
The Day u threw me out u already had my scripts.  4 of them made out

**Status:** Read
**Delivered:** 6/1/2016 8:02:21 PM(UTC-4)
**Read:** 6/1/2016 8:02:21 PM(UTC-4)

**6/1/2016 8:02:49 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
That record wasn't printed off by someone else (not me) and placed in your file until the day of your appointment.

Status: Sent
Delivered: 6/1/2016 8:02:50 PM(UTC-4)
Read: 6/1/2016 8:02:50 PM(UTC-4)

**6/1/2016 8:03:20 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
I wrote them right before calling you back right after I reviewed your chart.

Status: Sent
Delivered: 6/1/2016 8:03:21 PM(UTC-4)
Read: 6/1/2016 8:03:21 PM(UTC-4)

**6/1/2016 8:03:23 PM(UTC-4), +13047419893 (Darryl Williams)**
Doc I ask u for a favor and look where we are

Status: Read

**6/1/2016 8:03:32 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
I'm lost

Status: Sent
Delivered: 6/1/2016 8:03:32 PM(UTC-4)
Read: 6/1/2016 8:03:34 PM(UTC-4)

**6/1/2016 8:04:50 PM(UTC-4), +13047419893 (Darryl Williams)**
You simply could have said u and urs head somewhere else.   But know u let us come and pay u to kick us in the teeth

Status: Read
Delivered: 6/1/2016 8:04:54 PM(UTC-4)
Read: 6/1/2016 8:04:54 PM(UTC-4)

**6/1/2016 8:05:12 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
Seriously?

Status: Sent
Delivered: 6/1/2016 8:05:13 PM(UTC-4)
Read: 6/1/2016 8:05:13 PM(UTC-4)

**6/1/2016 8:05:38 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
Has everyone from KY been thrown out of my office?

Status: Sent
Delivered: 6/1/2016 8:05:38 PM(UTC-4)
Read: 6/1/2016 8:05:38 PM(UTC-4)

**6/1/2016 8:05:56 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
Stop

Status: Sent
Delivered: 6/1/2016 8:05:57 PM(UTC-4)
Read: 6/1/2016 8:05:57 PM(UTC-4)

**6/1/2016 8:06:00 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
Just stop

Status: Sent
Delivered: 6/1/2016 8:06:00 PM(UTC-4)
Read: 6/1/2016 8:06:01 PM(UTC-4)

**6/1/2016 8:06:29 PM(UTC-4), +13047419893 (Darryl Williams)**
No Jerry Maynard and all his crew is snuggled in just fine

Status: Read

**6/1/2016 8:06:52 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
You're absolutely delusional and completely wrong.

Status: Sent
Delivered: 6/1/2016 8:06:52 PM(UTC-4)
Read: 6/1/2016 8:06:52 PM(UTC-4)

**6/1/2016 8:07:14 PM(UTC-4), +13047419893 (Darryl Williams)**
Am I

Status: Read
Delivered: 6/1/2016 8:07:23 PM(UTC-4)
Read: 6/1/2016 8:07:23 PM(UTC-4)

**6/1/2016 8:08:30 PM(UTC-4), +13047419893 (Darryl Williams)**
I am a real decent person doc who believes in live and let live

Status: Read
Delivered: 6/1/2016 8:10:19 PM(UTC-4)
Read: 6/1/2016 8:10:19 PM(UTC-4)

**6/1/2016 8:10:18 PM(UTC-4), +13047419893 (Darryl Williams)**
I am now waking up with my body jerking and legs flopping.  Because of one drug test that was 6 months old

Status: Read
Delivered: 6/1/2016 8:10:19 PM(UTC-4)
Read: 6/1/2016 8:10:19 PM(UTC-4)

**6/1/2016 8:11:55 PM(UTC-4), +13047419893 (Darryl Williams)**
Why did u even pee test me the last time I was there.     It was clean.  But no the drug test before Christmas

Status: Read

**6/1/2016 8:14:51 PM(UTC-4), +13047419893 (Darryl Williams)**
If you will just tell me the real reason I could possibly forget all about this and move on.

Status: Read
Delivered: 6/1/2016 8:14:58 PM(UTC-4)
Read: 6/1/2016 8:14:58 PM(UTC-4)

**6/1/2016 8:18:22 PM(UTC-4), +13047419893 (Darryl Williams)**
I would like to get a copy of my contract you said I signed

Status: Read

**6/1/2016 8:17:03 PM(UTC-4), jasmithers@gmail.com (AFIT_CIP_Login I@#WSX11ww22ss33xx)**
The real reason is the same as the reason I gave you the day you were discharged, sir.  And EVERY SINGLE PERSON before you and since you that has been positive for cocaine has met the same fate: immediate discharge.

Status: Sent
Delivered: 6/1/2016 8:17:04 PM(UTC-4)
Read: 6/1/2016 10:14:01 PM(UTC-4)

**6/1/2016 10:23:33 PM(UTC-4), +13047419893 (Darryl Williams)**
Well doc my situation is a little different then most if I get a new Doc and leave the eastern district of Ky I have to get permission from a rookie Type B person who will ask why are changing docs  my criminal charges are IRS not Drug related.  But he will make a mountain out of a mole hill  so I am stuck  without pain managment

Status: Read
Delivered: 6/1/2016 10:30:15 PM(UTC-4)
Read: 6/1/2016 10:30:15 PM(UTC-4)

**6/1/2016 10:24:58 PM(UTC-4), +13047419893 (Darryl Williams)**
I tried to explain that to you and you Rudley cut me off the day you threw me out

Status: Read
Delivered: 6/1/2016 10:30:15 PM(UTC-4)
Read: 6/1/2016 10:30:15 PM(UTC-4)

**6/1/2016 10:27:16 PM(UTC-4), +13047419893 (Darryl Williams)**
You tell people you won't throw them out over weed but you don't give me a 2 nd chance

Status: Read
Delivered: 6/1/2016 10:30:15 PM(UTC-4)
Read: 6/1/2016 10:30:15 PM(UTC-4)

**6/1/2016 10:29:58 PM(UTC-4), +13047419893 (Darryl Williams)**
Hey I believe in law and order  but it should be the same for everyone

Status: Read
Delivered: 6/1/2016 10:30:15 PM(UTC-4)
Read: 6/1/2016 10:30:15 PM(UTC-4)

**6/1/2016 10:33:23 PM(UTC-4), +13047419893 (Darryl Williams)**
I think I am talking to a wall

Status: Read

**6/1/2016 10:40:38 PM(UTC-4), +13047419893 (Darryl Williams)**
That's fine

Status: Read
Delivered: 6/1/2016 10:50:47 PM(UTC-4)
Read: 6/1/2016 10:50:47 PM(UTC-4)

**6/1/2016 10:42:19 PM(UTC-4), +13047419893 (Darryl Williams)**
Good night Doc.    I am going to sleep on this  advise you to do the same

Status: Read
Delivered: 6/1/2016 10:50:47 PM(UTC-4)
Read: 6/1/2016 10:50:47 PM(UTC-4)

**6/1/2016 10:51:39 PM(UTC-4), jasmithers@gmail.com (AFIT_CIP_Login I@#WSX11ww22ss33xx)**
It might make you happy to know that since Monday I have barely been able to stand straight or walk without limp.

Status: Sent
Delivered: 6/1/2016 10:51:40 PM(UTC-4)
Read: 6/1/2016 10:52:12 PM(UTC-4)

**6/1/2016 10:51:50 PM(UTC-4), jasmithers@gmail.com (AFIT_CIP_Login I@#WSX11ww22ss33xx)**
...I'm in excruciating pain.

Status: Sent
Delivered: 6/1/2016 10:51:50 PM(UTC-4)
Read: 6/1/2016 10:52:12 PM(UTC-4)

**6/1/2016 10:52:30 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
My lower back went out on me (it does every year or two since my snowboarding accident in 2004)...

Status: Sent
Delivered: 6/1/2016 10:52:30 PM(UTC-4)
Read: 6/1/2016 10:52:30 PM(UTC-4)

**6/1/2016 10:52:41 PM(UTC-4), +13047419893 (Darryl Williams)**
I don't wish no one pain

Status: Read

**6/1/2016 10:54:20 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
...was bending over to get a glass casserole dish out if the bottom cabinet and just turned the wrong way as I was standing up and bam pop whammy there it was and I couldn't even stand up straight.

Status: Sent
Delivered: 6/1/2016 10:54:20 PM(UTC-4)
Read: 6/1/2016 10:54:20 PM(UTC-4)

**6/1/2016 10:55:42 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
I know I am grumpy over my pain.    But I know you ain't been perfect  nor I. But  it ain't right to give some 2 nd chances and not others

Status: Sent
Delivered: 6/1/2016 10:55:43 PM(UTC-4)
Read: 6/1/2016 10:55:43 PM(UTC-4)

**6/1/2016 10:56:01 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
I used to get tramadol from my family doctor but it does nothing so I just load up on Aleve and suffer... I don't dare go to a pain doc and get narcotics because the DEA will see that and put an even BIGGER target on me.

Status: Sent
Delivered: 6/1/2016 10:56:01 PM(UTC-4)
Read: 6/1/2016 10:56:01 PM(UTC-4)

**6/1/2016 10:56:39 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
...Big Brother sees and hears all.

Status: Sent
Delivered: 6/1/2016 10:56:40 PM(UTC-4)
Read: 6/1/2016 10:56:40 PM(UTC-4)

**6/1/2016 10:56:51 PM(UTC-4), +13047419893 (Darryl Williams)**
I know every time I have throwed my back out it was something like bending over to tie ur shoe

Status: Read
Delivered: 6/1/2016 10:59:44 PM(UTC-4)
Read: 6/1/2016 10:59:44 PM(UTC-4)

**6/1/2016 10:59:19 PM(UTC-4), +13047419893 (Darryl Williams)**
I was not notified that there was a bad sample on me and was not giving the opportunity to retest

Status: Read
Delivered: 6/1/2016 10:59:44 PM(UTC-4)
Read: 6/1/2016 10:59:44 PM(UTC-4)

**6/1/2016 10:59:58 PM(UTC-4), +13047419893 (Darryl Williams)**
Scotty took two samples today

Status: Read

**6/1/2016 11:00:30 PM(UTC-4), +13047419893 (Darryl Williams)**
Just want to be treated the same

Status: Read

**6/1/2016 11:01:12 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
That was not authorized by me and I have never authorized that to be allowed.

Status: Sent
Delivered: 6/1/2016 11:01:12 PM(UTC-4)
Read: 6/1/2016 11:01:12 PM(UTC-4)

**6/1/2016 11:01:32 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login I@#WSX11ww22ss33xx)**
I will review his file when comes in for his appointment and we will go from there.

Status: Sent
Delivered: 6/1/2016 11:01:32 PM(UTC-4)
Read: 6/1/2016 11:01:33 PM(UTC-4)

**6/1/2016 11:01:47 PM(UTC-4), +13047419893 (Darryl Williams)**
Well it sure happened

Status: Read
Delivered: 6/1/2016 11:01:58 PM(UTC-4)
Read: 6/1/2016 11:01:58 PM(UTC-4)

**6/1/2016 11:04:15 PM(UTC-4), +13047419893 (Darryl Williams)**
Well I want to get my file  see if someone will take me

Status: Read

**6/1/2016 11:05:13 PM(UTC-4), +13047419893 (Darryl Williams)**
Washington spine and woodbridge won't take ky people

Status: Read
Delivered: 6/1/2016 11:05:22 PM(UTC-4)
Read: 6/1/2016 11:05:22 PM(UTC-4)

**6/1/2016 11:07:48 PM(UTC-4), +13047419893 (Darryl Williams)**
I bet he won't come back. He going to risk his money

Status: Read
Delivered: 6/1/2016 11:21:12 PM(UTC-4)
Read: 6/1/2016 11:21:12 PM(UTC-4)

8/1/2016 11:08:18 PM(UTC-4), +13047419893 (Darryl Williams)
Ain't going to risk his money

Status: Read
Delivered: 6/1/2016 11:21:12 PM(UTC-4)
Read: 6/1/2016 11:21:12 PM(UTC-4)

| 116 | Participants:<br>+18655858260<br>* * *<br>Joel Smithers* (owner)<br>* * *<br>+16062055014<br>* * *<br>William Hall, Call Patient Turkey Calls Knives*<br>* * *<br><br>Source: iMessage: +18655858260<br>Body file: chat-894.txt | Start Time: 8/17/2015 2:11:10 PM(UTC-4)<br>Last Activity: 11/2/2015 2:42:58 PM(UTC-5)<br>Number of attachments: 1 |

Status: Read
Read: 8/17/2015 2:24:00 PM(UTC-4)

8/17/2015 2:24:16 PM(UTC-4), +18655858260 (Joel Smithers)
No worries

Status: Sent
Delivered: 8/17/2015 2:24:16 PM(UTC-4)
Read: 8/17/2015 2:24:37 PM(UTC-4)

8/17/2015 2:24:23 PM(UTC-4), +18655858260 (Joel Smithers)
Come on in

Status: Sent
Delivered: 8/17/2015 2:24:23 PM(UTC-4)
Read: 8/17/2015 2:24:37 PM(UTC-4)

Status: Read
Read: 8/19/2015 1:13:57 PM(UTC-4)

8/19/2015 1:14:55 PM(UTC-4), +18655858260 (Joel Smithers)
Outstanding!
I'm moving to Martinsville today and won't be able to see folks until next week there.

Status: Sent
Delivered: 8/19/2015 1:14:56 PM(UTC-4)
Read: 8/19/2015 1:15:03 PM(UTC-4)

8/19/2015 1:15:15 PM(UTC-4), +18655858260 (Joel Smithers)
Have them call 844-373-7883 and leave name and number to schedule appt

Status: Sent
Delivered: 8/19/2015 1:15:15 PM(UTC-4)
Read: 8/19/2015 1:15:15 PM(UTC-4)

Status: Read
Read: 8/19/2015 1:17:48 PM(UTC-4)

8/19/2015 1:19:08 PM(UTC-4), +18655858260 (Joel Smithers)
Outstanding
Sounds good, sir!

Status: Sent
Delivered: 8/19/2015 1:19:08 PM(UTC-4)
Read: 8/19/2015 1:19:09 PM(UTC-4)

| | | | | | | |
|---|---|---|---|---|---|---|
| 2086 | **Name:** Darryl Williams | **Created:** 8/28/2015 4:12:55 PM(UTC-4)  **Modified:** 1/2/2017 11:54:06 AM(UTC-5) | **Phone:** Mobile (606) 454-9893 Mobile (304) 741-9893 iPhone (304) 741-9893 | | 1174 Mullen fork rd Stone ky 41567  9893=primary | |
| 2087 | **Name:** Darryl Williams **Group:** find_friends_results **Source:** Snapchat | | **User ID:** Username (304) 741-9893 | | | |
| 2088 | **Name:** Darryl Williams **Source:** iPhoneRecentsLog | | **Phone:** +16064549893 | | | |
| 2089 | **Name:** Darryl Williams **Source:** iPhoneRecentsLog | | **Phone:** +13047419893 | | | |