| | | | | | | |
|---|---|---|---|---|---|---|
| 4831 | **Name:** Rick & Becky Jessie **Group:** find_friends_results **Source:** Snapchat | | **User ID:** Username (859) 398-3757 | | | |
| 4832 | **Name:** Rick & Becky Jessie **Source:** iPhoneRecentsLog | | **Phone:** +18593983757 | | | |
| 4833 | **Name:** Rick & Becky Jessie **Source:** iPhoneRecentsLog | | **Phone:** +18592748311 | | | |
| 4834 | **Name:** Rick & Becky Jessie **Source:** iPhoneRecentsLog | | **Phone:** 1-859-274-8712 | | | |
| 4835 | **Name:** Rick Jessie's Attorney KY | **Created:** 6/22/2016 1:04:37 PM(UTC-4) **Modified:** 1/2/2017 11:54:05 AM(UTC-5) | **Phone:** General +18594251000 | | | |

10/12/2015 6:25:53 AM(UTC-4), +18855858260 (Joel Smithers)
Just got this from Rick:

**Status:** Sent
**Delivered:** 10/12/2015 6:25:54 AM(UTC-4)
**Read:** 10/12/2015 6:26:24 AM(UTC-4)

10/12/2015 6:26:02 AM(UTC-4), +18855858260 (Joel Smithers)
"Hey doc sorry to bother you but I need you to fax mine and Becky's records to this number 1-859-919-3103 we are sorry but e can't afford to keep coming up there and since our names on that list we can't fill anywhere we tried to get Becky's filled and no one will fill he script it's gong on 3 wks we are sorry hope there are no hard feelings thank you for everything if you don't care to fax our records to 1-859-919-3103 we would really appreciate it very much we will keep in touch with you and angel and the kids thank you again"

**Status:** Sent
**Delivered:** 10/12/2015 6:26:02 AM(UTC-4)
**Read:** 10/12/2015 6:26:24 AM(UTC-4)

**10/12/2015 6:32:25 AM(UTC-4), +18655858260 (Joel Smithers)**
No part.
It's 110% related to Becky not being able to fill her meds.  Not sure how that's going to change by her switching doctors, but oh well.
Status: Sent
Delivered: 10/12/2015 6:32:26 AM(UTC-4)
Read: 10/12/2015 6:32:31 AM(UTC-4)

**10/12/2015 6:32:41AM(UTC-4), +13382021931 (AMS)**
Right
Status: Read
Read: 10/12/2015 6:32:41 AM(UTC-4)

**10/12/2015 6:32:58 AM(UTC-4), +13382021931 (AMS)**
My point exactly it's other things because that's just an excuse
Status: Read
Read: 10/12/2015 6:32:58 AM(UTC-4)

**10/12/2015 6:33:10 AM(UTC-4), +13382021931 (AMS)**
They know were getting ready to have a pharmacy soon
Status: Read
Read: 10/12/2015 6:33:10 AM(UTC-4)

**10/12/2015 6:33:32 AM(UTC-4), +13382021931 (AMS)**
Just an excuse
Status: Read
Read: 10/12/2015 6:33:32 AM(UTC-4)

**10/12/2015 6:33:33 AM(UTC-4), +18655858260 (Joel Smithers)**
You're wrong and should stop looking for ways to start arguments with me - be a peacemaker not a warmonger.
Status: Sent
Delivered: 10/12/2015 6:33:34 AM(UTC-4)
Read: 10/12/2015 6:33:34 AM(UTC-4)

**10/12/2015 6:34:03 AM(UTC-4), +18655858260 (Joel Smithers)**
An excuse for how expensive it is?
Status: Sent
Delivered: 10/12/2015 6:34:13 AM(UTC-4)
Read: 10/12/2015 6:34:18 AM(UTC-4)

**10/12/2015 6:34:37 AM(UTC-4), +13382021931 (AMS)**
No it's not that expensive to come once a month
Status: Read
Read: 10/12/2015 6:34:38 AM(UTC-4)

**10/12/2015 6:35:17 AM(UTC-4), +13382021931 (AMS)**
They were looking at even moving there and the frustration has been mounting I've talked to him about it
Status: Read
Read: 10/12/2015 6:35:19 AM(UTC-4)

10/12/2015 6:38:48 AM(UTC-4), +13362021931 (AMS)
* he has had to deal with it

Status: Read
Read: 10/12/2015 6:38:49 AM(UTC-4)

10/12/2015 6:39:45 AM(UTC-4), +18855858260 (Joel Smithers)
Being moved to the front of the line every time he shows up??? Being treated better than he'll ever be treated by any other doctors office - ever??? Not having to pay a damn dime for he and his wife's first visits to the new practice???

Status: Sent
Delivered: 10/12/2015 6:39:45 AM(UTC-4)
Read: 10/12/2015 6:39:45 AM(UTC-4)

10/12/2015 6:40:14 AM(UTC-4), +18855858260 (Joel Smithers)
...yeah, lots of reasons not to come back...

Status: Sent
Delivered: 10/12/2015 6:40:15 AM(UTC-4)
Read: 10/12/2015 6:40:14 AM(UTC-4)

10/12/2015 6:46:27 AM(UTC-4), +13362021931 (AMS)
*things like them not returning

Status: Read
Read: 10/12/2015 7:08:25 AM(UTC-4)

10/12/2015 7:09:12 AM(UTC-4), +18855858260 (Joel Smithers)
On phone to Rick

Status: Sent
Delivered: 10/12/2015 7:09:12 AM(UTC-4)
Read: 10/12/2015 7:09:31 AM(UTC-4)

10/21/2015 4:58:56 PM(UTC-4), +18855858280 (Joel Smithers)
Just now from Becky Jessie:

**Status:** Sent
**Delivered:** 10/21/2015 4:58:57 PM(UTC-4)
**Read:** 10/21/2015 4:59:06 PM(UTC-4)

10/21/2015 4:59:03 PM(UTC-4), +18855858280 (Joel Smithers)
"Hey doc I need to reshule mine and Deanna appt if we can come in Monday I'd appreciate it I'm sorry about that"

**Status:** Sent
**Delivered:** 10/21/2015 4:59:04 PM(UTC-4)
**Read:** 10/21/2015 4:59:06 PM(UTC-4)

11/24/2015 3:32:58 PM(UTC-5)X-1336202.1931(AMS)
The people Rebecca Jessie were bringing aren't coming

Status: Read
Read: 11/24/2015 4:01:30 PM(UTC-5)

4/28/2016 1:07:20 PM(UTC-4) Jasmithers@gmail.com (AFIT_CIP_Login!@#WSX1ww22ss33xx)
So the Jessies were supposed to come yesterday but showed up today as well as one other follow up... smh

Status: Sent
Delivered: 4/28/2016 1:07:22 PM(UTC-4)
Read: 4/28/2016 1:07:31 PM(UTC-4)

4/28/2016 1:07:41 PM(UTC-4) +13362021931 (AMS)
Yah I know

Status: Read
Delivered: 4/28/2016 1:12:25 PM(UTC-4)
Read: 4/28/2016 1:12:25 PM(UTC-4)

4/28/2016 1:07:53 PM(UTC-4) +13362021931 (AMS)
Deanna text asking where I was

Status: Read
Delivered: 4/28/2016 1:12:25 PM(UTC-4)
Read: 4/28/2016 1:12:25 PM(UTC-4)

**8/16/2015 1:07:55 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey doc just checking see how your weekend going and see what time you going to be at the office in the morning I got some ideas to go over with you see you in the morning

Status: Read
Read: 8/16/2015 1:53:53 PM(UTC-4)

**8/16/2015 1:55:08 PM(UTC-4), +18855858280 (Joel Smithers)**
Going resplendently well, sir... Hope you are doing fine also.  I plan to be there around 0930 with the first pt being scheduled for 1000.

Status: Sent
Delivered: 8/16/2015 1:55:11 PM(UTC-4)
Read: 8/16/2015 3:02:32 PM(UTC-4)

**8/16/2015 3:04:31 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Ok we will be there around the same time be careful and have a safe trip

Status: Read
Read: 8/16/2015 3:05:39 PM(UTC-4)

**8/16/2015 3:08:11 PM(UTC-4), +18855858280 (Joel Smithers)**
Ya'll do the same!

Status: Sent
Delivered: 8/16/2015 3:06:14 PM(UTC-4)
Read: 8/16/2015 3:39:58 PM(UTC-4)

**8/16/2015 3:42:31 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey wanted to let you know I got two people coming tomorrow my daughter and another  lady her name is Faye it the two I told you about the other day I told them to call I don't know if they got through and talked to angel

Status: Read
Read: 8/16/2015 4:12:49 PM(UTC-4)

**8/16/2015 4:14:56 PM(UTC-4), +18855858280 (Joel Smithers)**
Send me there names and numbers just to be sure, please.

Status: Sent
Delivered: 8/16/2015 4:15:03 PM(UTC-4)
Read: 8/16/2015 4:15:22 PM(UTC-4)

**8/16/2015 4:16:48 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
18595853772 this is Deanna Jessie it's our daughter

Status: Read
Read: 8/16/2015 4:17:01 PM(UTC-4)

**8/16/2015 4:22:20 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Deanna Jessie. 1-859-585-3772 she's our daughter

Status: Read
Read: 8/16/2015 4:22:33 PM(UTC-4)

8/16/2015 4:22:38 PM(UTC-4); +18855858260 (Joel Smithers)
K

Status: Sent
Delivered: 8/16/2015 4:22:38 PM(UTC-4)
Read: 8/16/2015 4:22:39 PM(UTC-4)

8/16/2015 4:28:44 PM(UTC-4); +18592748311 (Rick & Becky Jessie)
The other lady is Faye grey her phone number is 1-859-404-1613 she will be riding up with us

Status: Read
Read: 8/16/2015 4:29:06 PM(UTC-4)



**8/18/2015 10:45:42 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Ok be careful see ya in the a.m

**Status:** Read
**Read:** 8/18/2015 10:45:43 PM(UTC-4)



**8/18/2015 10:45:53 PM(UTC-4), +18655858280 (Joel Smithers)**
One hand on the keys, one hand on the Springfield...

**Status:** Sent
**Delivered:** 8/18/2015 10:45:56 PM(UTC-4)
**Read:** 8/18/2015 10:45:56 PM(UTC-4)

**8/18/2015 10:46:10 PM(UTC-4), +18655858280 (Joel Smithers)**
Night night

**Status:** Sent
**Delivered:** 8/18/2015 10:46:11 PM(UTC-4)
**Read:** 8/18/2015 10:46:11 PM(UTC-4)

**8/18/2015 10:46:58 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
That's good lol have a good night

**Status:** Read
**Read:** 8/19/2015 1:11:50 AM(UTC-4)

**8/19/2015 9:48:51 AM(UTC-4), +18655858280 (Joel Smithers)**
Attachments:

IMG_6077.PNG
**Status:** Sent
**Delivered:** 8/19/2015 9:48:55 AM(UTC-4)
**Read:** 8/19/2015 9:49:30 AM(UTC-4)

**8/19/2015 9:49:24 AM(UTC-4), +18655858280 (Joel Smithers)**
Attachments:

IMG_6078.PNG
**Status:** Sent
**Delivered:** 8/19/2015 9:49:30 AM(UTC-4)
**Read:** 8/19/2015 9:49:39 AM(UTC-4)



**8/19/2015 9:49:25 AM(UTC-4), +18655858280 (Joel Smithers)**
Angel found the above options.

**Status:** Sent
**Delivered:** 8/19/2015 9:49:31 AM(UTC-4)
**Read:** 8/19/2015 9:49:40 AM(UTC-4)

**8/19/2015 9:50:47 AM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Ygtok I'll tell rick when he gets back

**Status:** Read
**Read:** 8/19/2015 9:50:47 AM(UTC-4)

**8/19/2015 9:51:43 AM(UTC-4), +18655858280 (Joel Smithers)**
Thx much!!!

**Status:** Sent
**Delivered:** 8/19/2015 9:51:47 AM(UTC-4)
**Read:** 8/19/2015 9:52:34 AM(UTC-4)

**8/19/2015 1:03:02 PM(UTC-4), +18655858280 (Joel Smithers)**
Attachments:

IMG_0128.PNG
**Status:** Sent
**Delivered:** 8/19/2015 1:03:04 PM(UTC-4)
**Read:** 8/19/2015 1:04:07 PM(UTC-4)

**8/19/2015 3:42:11 PM(UTC-4), +18655858280 (Joel Smithers)**
Attachments:



IMG_0129.PNG
**Status:** Sent
**Delivered:** 8/19/2015 3:42:15 PM(UTC-4)
**Read:** 8/19/2015 4:13:03 PM(UTC-4)

**8/19/2015 7:20:09 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
What's up doc where are you

**Status:** Read
**Read:** 8/19/2015 7:36:54 PM(UTC-4)

8/19/2015 7:37:00 PM(UTC-4), +18655858260 (Joel Smithers)
Meeting

**Status:** Sent
**Delivered:** 8/19/2015 7:37:00 PM(UTC-4)
**Read:** 8/19/2015 7:37:28 PM(UTC-4)

8/19/2015 7:37:32 PM(UTC-4), +18655858260 (Joel Smithers)
Will be there shortly

**Status:** Sent
**Delivered:** 8/19/2015 7:37:32 PM(UTC-4)
**Read:** 8/19/2015 7:37:34 PM(UTC-4)

8/19/2015 7:37:46 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
Ok

**Status:** Read
**Read:** 8/19/2015 7:43:23 PM(UTC-4)

8/19/2015 7:38:49 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
Do you know how long

**Status:** Read
**Read:** 8/19/2015 7:43:23 PM(UTC-4)

8/20/2015 1:58:44 AM(UTC-4), +18592748311 (Rick & Becky Jessie)
Hey doc we just got home wanted to check on you make sure your ok just let us know and please keep in touch on how things are going

**Status:** Read
**Read:** 8/20/2015 2:33:17 AM(UTC-4)

8/20/2015 2:34:34 AM(UTC-4), +18655858260 (Joel Smithers)
Glad to hear that!
All is Going well… Almost to Martinsville in about 20 or 30 minutes

**Status:** Sent
**Delivered:** 8/20/2015 2:34:37 AM(UTC-4)
**Read:** 8/20/2015 2:35:12 AM(UTC-4)

8/20/2015 2:38:59 AM(UTC-4), +18592748311 (Rick & Becky Jessie)
Ok take care remember I want to be the first one to see you in your new office this is Becky

**Status:** Read
**Read:** 8/20/2015 2:37:14 AM(UTC-4)

8/20/2015 2:38:40 AM(UTC-4), +18655858260 (Joel Smithers)
Yes'm!!!

**Status:** Sent
**Delivered:** 8/20/2015 2:38:41 AM(UTC-4)
**Read:** 8/20/2015 9:56:52 AM(UTC-4)

8/20/2015 3:13:48 AM(UTC-4), +18655858260 (Joel Smithers)
Made it to the new office!

**Status:** Sent
**Delivered:** 8/20/2015 3:13:49 AM(UTC-4)
**Read:** 8/20/2015 9:56:52 AM(UTC-4)

8/20/2015 9:26:08 AM(UTC-4), +18655858260 (Joel Smithers)
New tires!!!

**Status:** Sent
**Delivered:** 8/20/2015 9:26:10 AM(UTC-4)
**Read:** 8/20/2015 9:56:52 AM(UTC-4)

8/20/2015 9:26:27 AM(UTC-4), +18655858260 (Joel Smithers)

**Attachments:**



IMG_3033.jpeg

**Status:** Sent
**Delivered:** 8/20/2015 9:26:28 AM(UTC-4)
**Read:** 8/20/2015 9:56:52 AM(UTC-4)

8/20/2015 9:27:12 AM(UTC-4), +18655858260 (Joel Smithers)
THANK you BOTH so very much for all your time, help, and assistance yesterday and over the past few weeks!!

**Status:** Sent
**Delivered:** 8/20/2015 9:27:15 AM(UTC-4)
**Read:** 8/20/2015 9:56:52 AM(UTC-4)

8/20/2015 9:58:24 AM(UTC-4), +18592748311 (Rick & Becky Jessie)
You are more than welcome

**Status:** Read
**Read:** 8/20/2015 10:04:25 AM(UTC-4)

8/20/2015 2:12:11 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
Hey doc me and rick got this for you to put in your new officeWe hope you like it

**Attachments:**



IMG_8452.jpeg

**Status:** Read
**Read:** 8/20/2015 2:18:07 PM(UTC-4)

1123

8/23/2015 12:11:12 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
Hey doc we didn't know if your going to no open tomorrow if you are we have to leave around 2:

Status: Read
Read: 8/23/2015 12:12:00 PM(UTC-4)

8/23/2015 12:12:15 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
If you don't care just let me know thanks

Status: Read
Read: 8/23/2015 12:12:16 PM(UTC-4)

8/23/2015 12:12:18 PM(UTC-4), +18655858260 (Joel Smithers)
Won't be open tomorrow

Status: Sent
Delivered: 8/23/2015 12:12:18 PM(UTC-4)
Read: 8/23/2015 12:12:18 PM(UTC-4)

8/23/2015 12:12:43 PM(UTC-4), +18655858260 (Joel Smithers)
Sorry couldn't answer, crying baby

Status: Sent
Delivered: 8/23/2015 12:12:46 PM(UTC-4)
Read: 8/23/2015 12:12:47 PM(UTC-4)

8/23/2015 12:12:55 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
What about Tuesday

Status: Read
Read: 8/23/2015 12:15:34 PM(UTC-4)

8/23/2015 12:15:10 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
Reason why I'm asking it about a 16 hour there and back 8 hours up and 8 hours back we will have to get a hotel

Status: Read
Read: 8/23/2015 12:15:34 PM(UTC-4)

8/23/2015 12:15:41 PM(UTC-4), +18655858260 (Joel Smithers)
Working on it

Status: Sent
Delivered: 8/23/2015 12:15:45 PM(UTC-4)
Read: 8/23/2015 12:15:45 PM(UTC-4)

8/23/2015 12:15:48 PM(UTC-4), +18655858260 (Joel Smithers)
I'll let you know

Status: Sent
Delivered: 8/23/2015 12:15:48 PM(UTC-4)
Read: 8/23/2015 12:15:48 PM(UTC-4)

8/23/2015 12:27:19 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
Thanks we was going to come up early am get hotel room make it easier

Status: Read
Read: 8/23/2015 1:54:25 PM(UTC-4)

8/23/2015 2:13:03 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
Hey call me when you get time need to ask you something

Status: Read
Read: 8/23/2015 2:14:07 PM(UTC-4)

8/24/2015 5:33:24 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
I was going to call you but I hate to bother you so much wanted to see if Billie j Lindsay for Thursday earlier the better sorry for bothering you so much if you don't care could you let me know if that's ok

Status: Read
Read: 8/24/2015 5:58:09 PM(UTC-4)

8/24/2015 6:10:30 PM(UTC-4), +18655858260 (Joel Smithers)
Let me check the schedule before i give you a time

Status: Sent
Delivered: 8/24/2015 6:10:35 PM(UTC-4)
Read: 8/24/2015 6:11:27 PM(UTC-4)

1124

**8/24/2015 6:10:39 PM(UTC-4), +18655858280 (Joel Smithers)**
I'll text later this evening

Status: Sent
Delivered: 8/24/2015 6:10:42 PM(UTC-4)
Read: 8/24/2015 6:11:27 PM(UTC-4)

**8/24/2015 6:11:31 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Ok thanks

Status: Read
Read: 8/24/2015 6:11:41 PM(UTC-4)

**8/24/2015 6:12:18 PM(UTC-4), +18655858280 (Joel Smithers)**
Thank you!!

Status: Sent
Delivered: 8/24/2015 6:12:19 PM(UTC-4)
Read: 8/24/2015 6:13:22 PM(UTC-4)

**8/25/2015 12:10:05 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
 James m long jr This is the guy that needs to come Thursday with Billie Jean . Could you let me know you got this text

Status: Read
Read: 8/25/2015 12:10:50 PM(UTC-4)

**8/25/2015 12:12:56 PM(UTC-4), +18655858280 (Joel Smithers)**
Got it

Status: Sent
Delivered: 8/25/2015 12:12:57 PM(UTC-4)
Read: 8/25/2015 2:03:23 PM(UTC-4)

**8/25/2015 12:13:33 PM(UTC-4), +18655858280 (Joel Smithers)**
Billie is at 10AM
and James will be at 1045AM.

Status: Sent
Delivered: 8/25/2015 12:13:36 PM(UTC-4)
Read: 8/25/2015 2:03:23 PM(UTC-4)

**8/25/2015 12:13:43 PM(UTC-4), +18655858280 (Joel Smithers)**
on Thursday

Status: Sent
Delivered: 8/25/2015 12:13:46 PM(UTC-4)
Read: 8/25/2015 2:03:23 PM(UTC-4)

**8/29/2015 4:41:09 PM(UTC-4), +18655858280 (Joel Smithers)**
What's up?

Status: Sent
Delivered: 8/29/2015 4:42:34 PM(UTC-4)
Read: 8/29/2015 4:44:44 PM(UTC-4)

**8/29/2015 4:41:58 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Call me if you can

Status: Read
Read: 8/29/2015 4:42:29 PM(UTC-4)

**8/29/2015 4:42:29 PM(UTC-4), +18655858280 (Joel Smithers)**
At boy's football game

Status: Sent
Delivered: 8/29/2015 4:42:35 PM(UTC-4)
Read: 8/29/2015 4:44:44 PM(UTC-4)

**8/29/2015 4:44:40 PM(UTC-4), +18655858280 (Joel Smithers)**
I just listened to the voicemail.  Text me his name and number.

Status: Sent
Delivered: 8/29/2015 4:44:44 PM(UTC-4)
Read: 8/29/2015 4:44:44 PM(UTC-4)

**8/29/2015 4:45:07 PM(UTC-4), +18655858280 (Joel Smithers)**
We can see him on Monday no problem

Status: Sent
Delivered: 8/29/2015 4:45:11 PM(UTC-4)
Read: 8/29/2015 4:45:11 PM(UTC-4)

**8/29/2015 4:45:18 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Call me after the game let me know who wins I got a guy for Monday one new guy and one return see how many opening you have for Monday

Status: Read
Read: 8/29/2015 4:45:27 PM(UTC-4)

**8/29/2015 4:45:36 PM(UTC-4), +18655858280 (Joel Smithers)**
We can see 'em both

Status: Sent
Delivered: 8/29/2015 4:45:37 PM(UTC-4)
Read: 8/29/2015 4:45:51 PM(UTC-4)

**8/29/2015 4:46:07 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Ok might have one or two more

Status: Read
Read: 8/29/2015 4:46:12 PM(UTC-4)

**8/29/2015 7:01:27 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey doc Amanda miles will be later in the week so Debra brown will be Monday at 3:00 if that's ok

Status: Read
Read: 8/29/2015 7:08:30 PM(UTC-4)

**8/29/2015 7:08:50 PM(UTC-4), +18855858280 (Joel Smithers)**
Sounds good to me

Status: Sent
Delivered: 8/29/2015 7:08:55 PM(UTC-4)
Read: 8/29/2015 7:09:02 PM(UTC-4)

**8/29/2015 7:10:21 PM(UTC-4), +18855858280 (Joel Smithers)**
Is Ms. Brown a new patient?

Status: Sent
Delivered: 8/29/2015 7:10:25 PM(UTC-4)
Read: 8/29/2015 7:10:36 PM(UTC-4)

**8/29/2015 7:12:35 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
No she's a return and Janet grey craft is Monday

Status: Read
Read: 8/29/2015 7:12:54 PM(UTC-4)

**8/29/2015 7:12:57 PM(UTC-4), +18855858280 (Joel Smithers)**
K

Status: Sent
Delivered: 8/29/2015 7:13:01 PM(UTC-4)
Read: 8/29/2015 7:13:01 PM(UTC-4)

**8/29/2015 7:13:25 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
She's a return patient too

Status: Read
Read: 8/29/2015 7:13:26 PM(UTC-4)

**8/29/2015 7:13:33 PM(UTC-4), +18855858280 (Joel Smithers)**
She's at 1430

Status: Sent
Delivered: 8/29/2015 7:13:35 PM(UTC-4)
Read: 8/29/2015 7:13:34 PM(UTC-4)

**8/29/2015 7:13:52 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Yes

Status: Read
Read: 8/29/2015 7:13:56 PM(UTC-4)

**8/30/2015 3:51:57 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey doc need Sharon Mullins Tuesday she's a return patient

Status: Read
Read: 8/30/2015 4:29:00 PM(UTC-4)

**8/30/2015 7:52:22 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey doc I got two for Tuesday 1 is Sharon Mullins and 2 is David woods just need appt times

Status: Read
Read: 8/30/2015 7:52:27 PM(UTC-4)

**8/30/2015 8:08:38 PM(UTC-4), +18855858280 (Joel Smithers)**
Sharon is at noon and David is at 1pm.

Status: Sent
Delivered: 8/30/2015 8:08:42 PM(UTC-4)
Read: 8/30/2015 8:09:10 PM(UTC-4)

**8/30/2015 8:09:03 PM(UTC-4), +18855858280 (Joel Smithers)**
Are they both new?

Status: Sent
Delivered: 8/30/2015 8:09:04 PM(UTC-4)
Read: 8/30/2015 8:09:10 PM(UTC-4)

**8/30/2015 8:09:40 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Ok both are returns

Status: Read
Read: 8/30/2015 8:09:40 PM(UTC-4)

8/30/2015 8:09:49 PM(UTC-4), +18855858260 (Joel Smithers)
Okydoky

Status: Sent
Delivered: 8/30/2015 8:09:50 PM(UTC-4)
Read: 8/30/2015 8:09:50 PM(UTC-4)

9/5/2015 12:56:03 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
Here are the names Amanda miles and aundra white and might have a third person for tuesday?

Status: Read
Read: 9/5/2015 1:33:13 PM(UTC-4)

9/7/2015 9:51:43 AM(UTC-4), +18855858260 (Joel Smithers)
R y'all bringin a third person?

Status: Sent
Delivered: 9/7/2015 9:51:47 AM(UTC-4)
Read: 9/7/2015 9:53:29 AM(UTC-4)

9/7/2015 9:52:13 AM(UTC-4), +18855858260 (Joel Smithers)
Are these all new?

Status: Sent
Delivered: 9/7/2015 9:52:19 AM(UTC-4)
Read: 9/7/2015 9:53:29 AM(UTC-4)

9/7/2015 9:53:54 AM(UTC-4), +18855858260 (Joel Smithers)
A. Miles at 1500 and A. White at 1530

Status: Sent
Delivered: 9/7/2015 9:53:57 AM(UTC-4)
Read: 9/7/2015 9:53:58 AM(UTC-4)

9/7/2015 9:54:22 AM(UTC-4), +18592748311 (Rick & Becky Jessie)
They are returns and no on the third person

Status: Read
Read: 9/7/2015 9:54:22 AM(UTC-4)

9/7/2015 9:54:36 AM(UTC-4), +18855858260 (Joel Smithers)
K

Status: Sent
Delivered: 9/7/2015 9:54:36 AM(UTC-4)
Read: 9/7/2015 9:54:37 AM(UTC-4)

9/7/2015 4:27:29 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
Hey doc I got two for Thursday want to know if I can get them in as early as possible thank you

Status: Read
Read: 9/7/2015 4:27:40 PM(UTC-4)

9/7/2015 4:27:55 PM(UTC-4), +18855858260 (Joel Smithers)
K

Status: Sent
Delivered: 9/7/2015 4:27:57 PM(UTC-4)
Read: 9/7/2015 4:28:22 PM(UTC-4)

**9/7/2015 4:28:02 PM(UTC-4), +18855858260 (Joel Smithers)**
I'll see what I can do

Status: Sent
Delivered: 9/7/2015 4:28:05 PM(UTC-4)
Read: 9/7/2015 4:28:22 PM(UTC-4)

**9/7/2015 4:28:11 PM(UTC-4), +18855858260 (Joel Smithers)**
I'll let you know in a few hours when I get back home

Status: Sent
Delivered: 9/7/2015 4:28:12 PM(UTC-4)
Read: 9/7/2015 4:28:22 PM(UTC-4)

**9/7/2015 4:28:32 PM(UTC-4), +18855858260 (Joel Smithers)**
...still moving:-/

Status: Sent
Delivered: 9/7/2015 4:28:36 PM(UTC-4)
Read: 9/7/2015 4:28:36 PM(UTC-4)

**9/7/2015 4:28:44 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Ok thanks

Status: Read
Read: 9/7/2015 4:28:51 PM(UTC-4)

**9/7/2015 4:29:41 PM(UTC-4), +18855858260 (Joel Smithers)**

Status: Sent
Delivered: 9/7/2015 4:29:45 PM(UTC-4)
Read: 9/7/2015 6:10:24 PM(UTC-4)

**9/7/2015 10:32:35 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey doc thursday bits going to be rick and dean Legget early as possible

Status: Read
Read: 9/8/2015 7:23:27 AM(UTC-4)

**9/7/2015 10:35:05 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
 Sorry to bother you this late

Status: Read
Read: 9/8/2015 7:23:27 AM(UTC-4)

**9/8/2015 7:24:21 AM(UTC-4), +18855858260 (Joel Smithers)**
What's up?

Status: Sent
Delivered: 9/8/2015 7:24:25 AM(UTC-4)
Read: 9/8/2015 8:34:27 AM(UTC-4)

**9/8/2015 8:38:13 AM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey can we move Amanda miles and aundra white to tomorrow the earlier the better we was on the way down and rick got sick on me just want to see if it ok to put them tomorrow and rick and dean Legget Thursday early sorry for the unconvinced you

Status: Read
Read: 9/8/2015 11:06:11 AM(UTC-4)

**9/8/2015 11:09:50 AM(UTC-4), +18855858260 (Joel Smithers)**
No worries!
So sorry to hear Ric got sick:-/

Status: Sent
Delivered: 9/8/2015 11:09:55 AM(UTC-4)
Read: 9/8/2015 2:21:01 PM(UTC-4)

**9/8/2015 1:33:34 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
He doc sorry to bother you but what time is rick and dean leggets appt on Thursday

Status: Read
Read: 9/8/2015 1:36:46 PM(UTC-4)

**9/8/2015 2:18:29 PM(UTC-4), +18855858260 (Joel Smithers)**
Are they new?

Status: Sent
Delivered: 9/8/2015 2:18:32 PM(UTC-4)
Read: 9/8/2015 2:21:01 PM(UTC-4)

**9/8/2015 2:18:43 PM(UTC-4), +18855858260 (Joel Smithers)**
2 & 2:30pm

Status: Sent
Delivered: 9/8/2015 2:18:50 PM(UTC-4)
Read: 9/8/2015 2:21:01 PM(UTC-4)

**9/8/2015 2:22:56 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey doc it's rick and dean Legget you have anything earlier

Status: Read
Read: 9/8/2015 2:56:21 PM(UTC-4)

**9/8/2015 2:56:36 PM(UTC-4), +18855858260 (Joel Smithers)**
Are they new?

Status: Sent
Delivered: 9/8/2015 2:56:39 PM(UTC-4)
Read: 9/8/2015 3:03:03 PM(UTC-4)

**9/8/2015 2:57:22 PM(UTC-4), +18855858260 (Joel Smithers)**
No, nothing earlier on Thursday, sorry:-/

Status: Sent
Delivered: 9/8/2015 2:57:25 PM(UTC-4)
Read: 9/8/2015 3:03:03 PM(UTC-4)

**9/8/2015 3:04:01 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Ok no it's my rick and they are returns

Status: Read
Read: 9/8/2015 3:11:58 PM(UTC-4)

**9/8/2015 8:15:35 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey doc next Wednesday the 16 th if it's ok Donald and bobby Hopkins they both need to give their work a notice

Status: Read
Read: 9/8/2015 8:16:38 PM(UTC-4)

**9/8/2015 8:16:52 PM(UTC-4), +18855858280 (Joel Smithers)**
Not a prob

Status: Sent
Delivered: 9/8/2015 8:16:52 PM(UTC-4)
Read: 9/8/2015 8:17:40 PM(UTC-4)

**9/8/2015 8:17:14 PM(UTC-4), +18855858280 (Joel Smithers)**
Actually no.

Status: Sent
Delivered: 9/8/2015 8:17:17 PM(UTC-4)
Read: 9/8/2015 8:17:40 PM(UTC-4)

**9/8/2015 8:17:48 PM(UTC-4), +18855858280 (Joel Smithers)**
Needs to be the 15th

Status: Sent
Delivered: 9/8/2015 8:17:50 PM(UTC-4)
Read: 9/8/2015 8:17:50 PM(UTC-4)

**9/8/2015 8:17:54 PM(UTC-4), +18855858280 (Joel Smithers)**
Tuesday

Status: Sent
Delivered: 9/8/2015 8:17:55 PM(UTC-4)
Read: 9/8/2015 8:17:55 PM(UTC-4)

**9/8/2015 8:18:06 PM(UTC-4), +18855858280 (Joel Smithers)**
Wednesday is booked.

Status: Sent
Delivered: 9/8/2015 8:18:06 PM(UTC-4)
Read: 9/8/2015 8:18:07 PM(UTC-4)

**9/8/2015 8:18:27 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Ok that's fine thank you

Status: Read
Read: 9/8/2015 8:18:27 PM(UTC-4)

**9/8/2015 8:18:42 PM(UTC-4), +18855858280 (Joel Smithers)**
I'll text with times.

Status: Sent
Delivered: 9/8/2015 8:18:43 PM(UTC-4)
Read: 9/8/2015 8:18:43 PM(UTC-4)

**9/9/2015 8:44:45 AM(UTC-4), +15892748311 (Rick & Becky Jessle)**
Ok we are on our way see you in a minute

Status: Read
Read: 9/9/2015 8:44:47 AM(UTC-4)

**9/9/2015 8:44:55 AM(UTC-4), +18855858280 (Joel Smithers)**

Status: Sent
Delivered: 9/9/2015 8:44:56 AM(UTC-4)
Read: 9/9/2015 8:45:01 AM(UTC-4)

**9/9/2015 2:19:16 PM(UTC-4), +15892748311 (Rick & Becky Jessle)**
Just checking on you making sure you and angel are ok lete know please

Status: Read
Read: 9/9/2015 2:19:32 PM(UTC-4)

**9/9/2015 2:19:44 PM(UTC-4), +18855858280 (Joel Smithers)**
Doing well

Status: Sent
Delivered: 9/9/2015 2:19:45 PM(UTC-4)
Read: 9/9/2015 2:19:46 PM(UTC-4)

**9/9/2015 2:19:55 PM(UTC-4), +18855858280 (Joel Smithers)**
Was a courtesy visit.

Status: Sent
Delivered: 9/9/2015 2:19:56 PM(UTC-4)
Read: 9/9/2015 2:19:56 PM(UTC-4)

**9/9/2015 2:20:39 PM(UTC-4), +18855858280 (Joel Smithers)**
3 pharmacies called him to complain:-/

Status: Sent
Delivered: 9/9/2015 2:20:39 PM(UTC-4)
Read: 9/9/2015 2:20:39 PM(UTC-4)

**9/9/2015 2:21:27 PM(UTC-4), +15892748311 (Rick & Becky Jessle)**
Walmart need to verifying

Status: Read
Read: 9/9/2015 2:30:20 PM(UTC-4)

**9/9/2015 2:24:08 PM(UTC-4), +15892748311 (Rick & Becky Jessle)**
So you all are ok

Status: Read
Read: 9/9/2015 2:30:20 PM(UTC-4)

**9/9/2015 2:30:37 PM(UTC-4), +18855858280 (Joel Smithers)**
Indeed we are

Status: Sent
Delivered: 9/9/2015 2:30:41 PM(UTC-4)
Read: 9/9/2015 2:30:57 PM(UTC-4)

**9/9/2015 2:31:09 PM(UTC-4), +15892748311 (Rick & Becky Jessle)**
Good

Status: Read
Read: 9/9/2015 2:33:09 PM(UTC-4)

**9/11/2015 12:11:36 PM(UTC-4), +15892748311 (Rick & Becky Jessle)**
Hey call me asap I've got to tell you something if you don't care

Status: Read
Read: 9/11/2015 12:14:56 PM(UTC-4)

**9/11/2015 12:16:08 PM(UTC-4), +18855858280 (Joel Smithers)**
With a pt. what's up?

Status: Sent
Delivered: 9/11/2015 12:16:20 PM(UTC-4)
Read: 9/11/2015 12:16:44 PM(UTC-4)

**9/11/2015 12:17:01 PM(UTC-4), +15892748311 (Rick & Becky Jessle)**
Got pulled over last night

Status: Read
Read: 9/11/2015 1:41:31 PM(UTC-4)

**9/14/2015 4:37:48 PM(UTC-4), +15892748311 (Rick & Becky Jessle)**
Hey doc it's Becky rick wanted to know if you are going to be opened Friday and also one of our guys needs to try and get an early appointment on sept 28th his name is Matt Hagerman he is a return patient we have Donald and bobby Hoskins coming tomorrow they are returns also I'm sorry to bother you if you don't care just let me know about Friday and Matt thank you very much

Status: Read
Read: 9/14/2015 4:52:03 PM(UTC-4)

**9/14/2015 4:52:56 PM(UTC-4), +18855858280 (Joel Smithers)**
Tomorrow is the only day left this week i could squeeze Matt in.

Status: Sent
Delivered: 9/14/2015 4:53:00 PM(UTC-4)
Read: 9/14/2015 5:02:50 PM(UTC-4)

**9/14/2015 4:53:18 PM(UTC-4), +18855858280 (Joel Smithers)**
I won't be open Friday this week and all the other days are booked.

Status: Sent
Delivered: 9/14/2015 4:53:26 PM(UTC-4)
Read: 9/14/2015 5:02:50 PM(UTC-4)

9/14/2015 5:03:54 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
Ok

Status: Read
Read: 9/14/2015 5:52:22 PM(UTC-4)

9/15/2015 9:00:26 AM(UTC-4), +18592748311 (Rick & Becky Jessie)
Hey doc call be if you can

Status: Read
Read: 9/15/2015 9:28:32 AM(UTC-4)

9/15/2015 9:06:47 AM(UTC-4), +18592748311 (Rick & Becky Jessie)
Hey doc what it is I need Matt Hagerman in on the 28 th early as possible cause he has to work that night and that's the only day he has off if you can thanks

Status: Read
Read: 9/15/2015 9:28:32 AM(UTC-4)

9/19/2015 9:53:27 AM(UTC-4), +18855858280 (Joel Smithers)
Matt is first on Monday 9/28 @ 0930.

Status: Sent
Delivered: 9/19/2015 9:53:31 AM(UTC-4)
Read: 9/19/2015 9:57:08 AM(UTC-4)

9/19/2015 9:54:00 AM(UTC-4), +18855858280 (Joel Smithers)
In other news... I can't seem to get away from KY:

9/19/2015 10:07:24 AM(UTC-4), +18592748311 (Rick & Becky Jessie)
Hey doc can Becky my wife and our daughter Deanna come on this coming Thursday early I think it's the 24 th

Status: Read
Read: 9/19/2015 10:09:37 AM(UTC-4)

9/19/2015 10:12:38 AM(UTC-4), +18855858280 (Joel Smithers)
LoL
Love my KY peeps!

Status: Sent
Delivered: 9/19/2015 10:12:40 AM(UTC-4)
Read: 9/19/2015 10:13:09 AM(UTC-4)

9/19/2015 10:13:38 AM(UTC-4), +18592748311 (Rick & Becky Jessie)
Your not right

Status: Read
Read: 9/19/2015 10:13:39 AM(UTC-4)

9/19/2015 10:14:35 AM(UTC-4), +18855858280 (Joel Smithers)
Takes one to know one

Status: Sent
Delivered: 9/19/2015 10:14:38 AM(UTC-4)
Read: 9/19/2015 10:14:52 AM(UTC-4)

9/19/2015 10:15:57 AM(UTC-4), +18592748311 (Rick & Becky Jessie)
Can Becky and Deanna get in on Thursday the 24 th early

Status: Read
Read: 9/19/2015 10:16:01 AM(UTC-4)

9/19/2015 10:16:11 AM(UTC-4), +18855858280 (Joel Smithers)
Checking now

Status: Sent
Delivered: 9/19/2015 10:16:14 AM(UTC-4)
Read: 9/19/2015 10:16:15 AM(UTC-4)

9/19/2015 10:16:29 AM(UTC-4), +18592748311 (Rick & Becky Jessie)
Let me know what openings you have

Status: Read
Read: 9/19/2015 10:16:29 AM(UTC-4)

**9/19/2015 10:16:42 AM(UTC-4), +18592748311 (Rick & Becky Jessie)**
For the first of the week

Status: Read
Read: 9/19/2015 10:16:42 AM(UTC-4)

**9/19/2015 10:17:27 AM(UTC-4), +18655858260 (Joel Smithers)**
0930 on Monday

Status: Sent
Delivered: 9/19/2015 10:17:30 AM(UTC-4)
Read: 9/19/2015 10:17:40 AM(UTC-4)

**9/19/2015 10:18:13 AM(UTC-4), +18592748311 (Rick & Becky Jessie)**

I'll try and get that filled

Status: Read
Read: 9/19/2015 10:18:13 AM(UTC-4)

**9/19/2015 10:18:13 AM(UTC-4), +18655858260 (Joel Smithers)**
Then booked solid til 1330 on Wednesday

Status: Sent
Delivered: 9/19/2015 10:18:14 AM(UTC-4)
Read: 9/19/2015 10:18:14 AM(UTC-4)

**9/19/2015 10:19:16 AM(UTC-4), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 9/19/2015 10:19:17 AM(UTC-4)
Read: 9/19/2015 10:19:18 AM(UTC-4)

**9/19/2015 10:20:08 AM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Ok I will see what I can do for Monday and Wednesday and Becky and Deanna on Thursday

Status: Read
Read: 9/19/2015 10:20:09 AM(UTC-4)

**9/19/2015 10:20:11 AM(UTC-4), +18655858260 (Joel Smithers)**
Mrs. Becky and Deanna are 1030 and 1100 on Thursday 9/24

Status: Sent
Delivered: 9/19/2015 10:20:11 AM(UTC-4)
Read: 9/19/2015 10:20:12 AM(UTC-4)

**9/19/2015 10:20:37 AM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Good

Status: Read
Read: 9/19/2015 10:20:37 AM(UTC-4)

**9/19/2015 10:20:52 AM(UTC-4), +18655858260 (Joel Smithers)**
I have two before them that morning.

Status: Sent
Delivered: 9/19/2015 10:20:55 AM(UTC-4)
Read: 9/19/2015 10:20:55 AM(UTC-4)

**9/19/2015 10:21:23 AM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Will try fill Monday and Wednesday for you

Status: Read
Read: 9/19/2015 10:21:24 AM(UTC-4)

**9/19/2015 10:22:39 AM(UTC-4), +18655858260 (Joel Smithers)**
After them there is no one else booked for Thursday and only one patient booked for Friday.  I'm seeing patients on Friday this week because we will be out of town on Tuesday for Angel's sister's wedding.

Status: Sent
Delivered: 9/19/2015 10:22:45 AM(UTC-4)
Read: 9/19/2015 10:22:51 AM(UTC-4)

**9/19/2015 10:24:00 AM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Ok we will do what we can to cover those spots

Status: Read
Read: 9/19/2015 10:27:01 AM(UTC-4)

**9/19/2015 10:27:07 AM(UTC-4), +18655858260 (Joel Smithers)**
Outstanding

Status: Sent
Delivered: 9/19/2015 10:27:07 AM(UTC-4)
Read: 9/19/2015 10:29:25 AM(UTC-4)

**9/19/2015 10:28:55 AM(UTC-4), +18655858260 (Joel Smithers)**
Got my guy Wendell Wilson starting Tuesday on auditing, drug tests, and admin stuff...

Status: Sent
Delivered: 9/19/2015 10:28:59 AM(UTC-4)
Read: 9/19/2015 10:29:25 AM(UTC-4)

**9/19/2015 10:29:51 AM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Good deal

Status: Read
Read: 9/19/2015 10:29:51 AM(UTC-4)

**9/19/2015 10:30:01 AM(UTC-4), +18655858260 (Joel Smithers)**
Will be getting more efficient and effective

Status: Sent
Delivered: 9/19/2015 10:30:02 AM(UTC-4)
Read: 9/19/2015 10:30:07 AM(UTC-4)

**9/19/2015 10:30:38 AM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Good

Status: Read
Read: 9/19/2015 10:31:04 AM(UTC-4)

**9/19/2015 12:54:55 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey doc can we move Billie Lindsay from the 28 th to this Friday and James long needs a appt for Friday also still working on Monday and Wednesday thank you we ain't home right now to look at our list as soon as I can I will get back with you

Status: Read
Read: 9/19/2015 1:26:31 PM(UTC-4)

**9/19/2015 12:55:04 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Thank you so much

Status: Read
Read: 9/19/2015 1:26:31 PM(UTC-4)

**9/19/2015 1:32:47 PM(UTC-4), +18655858260 (Joel Smithers)**
Lindsey is 0930 and Long is at 1000 this coming Friday 9/25.

Status: Sent
Delivered: 9/19/2015 1:32:51 PM(UTC-4)
Read: 9/19/2015 1:33:50 PM(UTC-4)

**9/19/2015 1:34:03 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Ok thank you

Status: Read
Read: 9/19/2015 1:58:14 PM(UTC-4)

**9/19/2015 1:58:23 PM(UTC-4), +18655858260 (Joel Smithers)**
Y'all b welcome!

Status: Sent
Delivered: 9/19/2015 1:58:24 PM(UTC-4)
Read: 9/19/2015 2:03:50 PM(UTC-4)

**9/19/2015 1:58:41 PM(UTC-4), +18655858260 (Joel Smithers)**
Thank you for coordinating!!!

Status: Sent
Delivered: 9/19/2015 1:58:43 PM(UTC-4)
Read: 9/19/2015 2:03:50 PM(UTC-4)

**9/19/2015 6:04:24 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey doc I might have one for Wednesday she will be a new patient if that's ok

Status: Read
Read: 9/19/2015 6:13:41 PM(UTC-4)

**9/19/2015 6:04:43 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
She's a good one

Status: Read
Read: 9/19/2015 6:13:41 PM(UTC-4)

**9/19/2015 6:13:48 PM(UTC-4), +18655858260 (Joel Smithers)**
Excellent

Status: Sent
Delivered: 9/19/2015 6:13:52 PM(UTC-4)
Read: 9/19/2015 6:14:02 PM(UTC-4)

**9/19/2015 6:14:27 PM(UTC-4), +18655858260 (Joel Smithers)**
Give me a name and I'll give you a time.

Status: Sent
Delivered: 9/19/2015 6:14:30 PM(UTC-4)
Read: 9/19/2015 6:14:31 PM(UTC-4)

**9/19/2015 7:01:25 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Her name is Angela I York can she be on Wednesday early

Status: Read
Read: 9/20/2015 3:58:37 PM(UTC-4)

**9/20/2015 8:24:08 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey doc did you give me a time for Angela York for Wednesday if we can get a early appt that would be great I couldn't remember if you did I'm sorry to bother you on Sunday

Status: Read
Read: 9/21/2015 12:17:04 AM(UTC-4)

**9/21/2015 12:18:46 AM(UTC-4), +18655858260 (Joel Smithers)**
No worries, sir.

Status: Sent
Delivered: 9/21/2015 12:18:50 AM(UTC-4)
Read: 9/21/2015 7:59:11 AM(UTC-4)

**9/21/2015 12:19:10 AM(UTC-4), +18655858260 (Joel Smithers)**
Are you bringing her or is she alone?

Status: Sent
Delivered: 9/21/2015 12:19:14 AM(UTC-4)
Read: 9/21/2015 7:59:11 AM(UTC-4)

**9/21/2015 8:03:48 AM(UTC-4), +18592748311 (Rick & Becky Jessie)**
We will be bringing her we are talking about Angela York for Wednesday I forgot what time she's a new patient

Status: Read
Read: 9/21/2015 8:47:19 AM(UTC-4)

**9/21/2015 8:48:03 AM(UTC-4), +18655858260 (Joel Smithers)**
I'll re-check the schedule but the earliest we have on Wednesday is 1330 right now:-/

Status: Sent
Delivered: 9/21/2015 8:48:07 AM(UTC-4)
Read: 9/21/2015 8:51:08 AM(UTC-4)

**9/21/2015 8:51:34 AM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Ok that's fine

Status: Read
Read: 9/21/2015 8:53:21 AM(UTC-4)

**9/21/2015 11:43:09 AM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Just want to make sure about Angela York for Wednesday at 9:30?

Status: Read
Read: 9/21/2015 11:48:53 AM(UTC-4)

**9/21/2015 11:49:48 AM(UTC-4), +18655858260 (Joel Smithers)**
No sir, the earliest available was Wednesday at 1330:-/

Status: Sent
Delivered: 9/21/2015 11:54:23 AM(UTC-4)
Read: 9/21/2015 11:55:16 AM(UTC-4)

**9/21/2015 11:50:05 AM(UTC-4), +18655858260 (Joel Smithers)**
I've got her blocked off for that time.

Status: Sent
Delivered: 9/21/2015 11:54:24 AM(UTC-4)
Read: 9/21/2015 11:55:16 AM(UTC-4)

**9/21/2015 11:55:58 AM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Ok that's fine thank you we will be bringing her again thank you

Status: Read
Read: 9/21/2015 12:34:44 PM(UTC-4)

**9/21/2015 5:01:21 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey doc I need an appt for Janet craycraft next week if she could have it on Tuesday of next week   that would be great thank you so much and I'm getting them lined out for nex week

Status: Read
Read: 9/21/2015 5:15:15 PM(UTC-4)

**9/21/2015 5:44:23 PM(UTC-4), +18655858260 (Joel Smithers)**
Checking, will let ya know.

Status: Sent
Delivered: 9/21/2015 5:44:26 PM(UTC-4)
Read: 9/21/2015 5:44:40 PM(UTC-4)

**9/21/2015 5:44:53 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Ok thank you

Status: Read
Read: 9/21/2015 7:40:12 PM(UTC-4)

**9/22/2015 9:45:33 AM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey doc sorry to bother you did you get a chance to check on Janet  greycrafts oappt for next week

Status: Read
Read: 9/22/2015 11:21:40 AM(UTC-4)

**9/22/2015 11:24:34 AM(UTC-4), +18655858260 (Joel Smithers)**
930 Tuesday

Status: Sent
Delivered: 9/22/2015 11:24:37 AM(UTC-4)
Read: 9/22/2015 12:00:03 PM(UTC-4)

**9/22/2015 12:00:42 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Thank you

Status: Read
Read: 9/22/2015 12:00:53 PM(UTC-4)

**9/22/2015 12:01:11 PM(UTC-4), +18655858260 (Joel Smithers)**
Most welcome

Status: Sent
Delivered: 9/22/2015 12:01:13 PM(UTC-4)
Read: 9/22/2015 12:01:14 PM(UTC-4)

**9/22/2015 12:02:28 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
We will see you tomorrow

Status: Read
Read: 9/22/2015 12:03:13 PM(UTC-4)

**9/22/2015 12:03:53 PM(UTC-4), +18655858260 (Joel Smithers)**
Yepyep

Status: Sent
Delivered: 9/22/2015 12:03:54 PM(UTC-4)
Read: 9/22/2015 12:04:38 PM(UTC-4)

**9/22/2015 8:24:07 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey doc our new patient had to cancel

Status: Read
Read: 9/22/2015 8:34:01 PM(UTC-4)

**9/22/2015 8:28:52 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
She has to go to the hospital tomorrow if we can reshule her next week her name is Angela York I'm sorry I'm trying to fill the opening with someone else I'll let you know when I find someone

Status: Read
Read: 9/22/2015 8:34:01 PM(UTC-4)

**9/22/2015 8:35:25 PM(UTC-4), +18655858280 (Joel Smithers)**
Ok.
No worries.
We'll let you know her new day and time. Is there a day next week you'd prefer?

Status: Sent
Delivered: 9/22/2015 8:35:30 PM(UTC-4)
Read: 9/22/2015 8:35:50 PM(UTC-4)

**9/22/2015 8:36:04 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
If I can could we put candy George for next Tuesday with Janet gray craft

Status: Read
Read: 9/22/2015 8:44:03 PM(UTC-4)

**9/22/2015 8:37:02 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Wednesday would be fine

Status: Read
Read: 9/22/2015 8:44:03 PM(UTC-4)

**9/24/2015 7:54:04 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey I'm sorry to bother you I have a big favor to ask I have two people coming tommorrow and one Monday and two Tuesday and the two for tommorrow I haven't got the money yet to cover there office visit like I told them I was wanting to know if you would help me if they could come to the visit tommorrow and pay you Monday if you can that would be great but if you can't that's ok

Status: Read
Read: 9/24/2015 7:54:56 PM(UTC-4)

**9/24/2015 7:55:38 PM(UTC-4), +18655858280 (Joel Smithers)**
Absolutely they can. No worries.  I trust you, sir.

Status: Sent
Delivered: 9/24/2015 7:55:46 PM(UTC-4)
Read: 9/24/2015 7:56:15 PM(UTC-4)

**9/24/2015 7:57:01 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Thank you I promise I'll take care of u Monday

Status: Read
Read: 9/24/2015 7:57:20 PM(UTC-4)

**9/24/2015 7:57:30 PM(UTC-4), +18655858280 (Joel Smithers)**
No worries.
Outstanding

Status: Sent
Delivered: 9/24/2015 7:57:30 PM(UTC-4)
Read: 9/24/2015 7:57:46 PM(UTC-4)

**9/24/2015 7:58:12 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Thank you so much

Status: Read
Read: 9/24/2015 7:58:24 PM(UTC-4)

**9/26/2015 7:10:05 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey doc is there anyway we can get Timmy  Damron in on Monday around 10:00 with Matt Hagerman they are both riding with us anyway possible thank you

Status: Read
Read: 9/27/2015 5:53:41 PM(UTC-4)

**9/27/2015 12:27:08 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey doc just wanted to see if you got my message about Timmy Damron for Monday with Matt Hagerman

Status: Read
Read: 9/27/2015 5:53:41 PM(UTC-4)

**9/27/2015 1:54:23 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Sorry to bother you was just checking to see if Timmy Damron can get in with Matt Monday if not can we put him in on Wednesday

Status: Read
Read: 9/27/2015 5:53:41 PM(UTC-4)

**9/27/2015 5:54:12 PM(UTC-4), +18655858280 (Joel Smithers)**
Yes. Monday is good.

Status: Sent
Delivered: 9/27/2015 5:54:15 PM(UTC-4)
Read: 9/27/2015 6:08:18 PM(UTC-4)

**9/27/2015 6:13:53 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey I'm sorry to bother you but can we put Timmy Damron on Wednesday with the other girl instead of Monday and I'm sorry and rick also wanted me to let you know he is sick and he would see you Tuesday

Status: Read
Read: 9/27/2015 6:14:04 PM(UTC-4)

**9/27/2015 6:20:29 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
And are you going to be open on Friday

Status: Read
Read: 9/27/2015 6:20:29 PM(UTC-4)

**9/27/2015 6:21:02 PM(UTC-4), +18655858260 (Joel Smithers)**
TD will be on Wednesday as requested.  What time?

Status: Sent
Delivered: 9/27/2015 6:21:03 PM(UTC-4)
Read: 9/27/2015 6:21:03 PM(UTC-4)

**9/27/2015 6:21:18 PM(UTC-4), +18655858260 (Joel Smithers)**
No to being open Friday.

Status: Sent
Delivered: 9/27/2015 6:21:19 PM(UTC-4)
Read: 9/27/2015 6:21:19 PM(UTC-4)

**9/27/2015 6:21:38 PM(UTC-4), +18655858260 (Joel Smithers)**
So sorry to hear Rick isn't feeling well:-/

Status: Sent
Delivered: 9/27/2015 6:21:39 PM(UTC-4)
Read: 9/27/2015 6:21:40 PM(UTC-4)

**9/27/2015 6:22:07 PM(UTC-4), +18655858260 (Joel Smithers)**
...he better get his ass the ER before i see him again or I'll admit him to the hospital here!!!

Status: Sent
Delivered: 9/27/2015 6:22:11 PM(UTC-4)
Read: 9/27/2015 6:22:11 PM(UTC-4)

**9/27/2015 6:24:57 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Can Steven Belvins and Sharon Mullins come on Thursday and he went to the hospital this morning. And they told h he has 3 cracked ribs and bro kudus as for time for td early as possible

Status: Read
Read: 9/27/2015 6:24:57 PM(UTC-4)

**9/27/2015 6:32:10 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
What time did you schule angles York for she's the one coming with td on Wednesday

Status: Read
Read: 9/27/2015 6:32:24 PM(UTC-4)

**9/27/2015 6:36:28 PM(UTC-4), +18655858260 (Joel Smithers)**
Angela York was supposed to come Wednesday at 1:30 PM last week:-/

Status: Sent
Delivered: 9/27/2015 6:36:32 PM(UTC-4)
Read: 9/27/2015 6:36:46 PM(UTC-4)

**9/27/2015 6:38:15 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Can Sharon and Stevie come on Thursday

Status: Read
Read: 9/27/2015 6:38:16 PM(UTC-4)

**9/27/2015 6:38:20 PM(UTC-4), +18655858260 (Joel Smithers)**
So what day is she for sure coming this week?

Status: Sent
Delivered: 9/27/2015 6:38:22 PM(UTC-4)
Read: 9/27/2015 6:38:22 PM(UTC-4)

**9/27/2015 6:38:33 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Wednesday

Status: Read
Read: 9/27/2015 6:38:33 PM(UTC-4)

**9/27/2015 6:38:34 PM(UTC-4), +18655858260 (Joel Smithers)**
Sharon and Stevie who?

Status: Sent
Delivered: 9/27/2015 6:38:35 PM(UTC-4)
Read: 9/27/2015 6:38:35 PM(UTC-4)

**9/27/2015 6:38:37 PM(UTC-4), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 9/27/2015 6:38:38 PM(UTC-4)
Read: 9/27/2015 6:38:38 PM(UTC-4)

**9/27/2015 6:39:01 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Sharon Mullins and Steven Belvins

Status: Read
Read: 9/27/2015 6:39:01 PM(UTC-4)

**9/27/2015 6:39:38 PM(UTC-4), +18655858260 (Joel Smithers)**
Timmy Damron is at 10:30 and A.York at 11:00.

Status: Sent
Delivered: 9/27/2015 6:39:41 PM(UTC-4)
Read: 9/27/2015 6:39:41 PM(UTC-4)

**9/27/2015 6:39:44 PM(UTC-4), +18655858260 (Joel Smithers)**
On Wednesday.

Status: Sent
Delivered: 9/27/2015 6:39:45 PM(UTC-4)
Read: 9/27/2015 6:39:45 PM(UTC-4)

**9/27/2015 6:41:26 PM(UTC-4), +18655858260 (Joel Smithers)**
Sharon and Steve are at 9:30 and 10 AM on Thursday.

Status: Sent
Delivered: 9/27/2015 6:41:27 PM(UTC-4)
Read: 9/27/2015 6:41:28 PM(UTC-4)

9/27/2015 7:01:50 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
Thank you so much sorry for bothering you so much

Status: Read
Read: 9/27/2015 7:34:41 PM(UTC-4)

9/27/2015 7:34:49 PM(UTC-4), +18655858260 (Joel Smithers)
No worries

Status: Sent
Delivered: 9/27/2015 7:34:52 PM(UTC-4)
Read: 9/27/2015 7:35:16 PM(UTC-4)

9/27/2015 7:34:56 PM(UTC-4), +18655858260 (Joel Smithers)
Happy to help

Status: Sent
Delivered: 9/27/2015 7:34:59 PM(UTC-4)
Read: 9/27/2015 7:35:16 PM(UTC-4)

9/27/2015 7:35:17 PM(UTC-4), +18655858260 (Joel Smithers)
Tell Rick we're praying for him to get well soon

Status: Sent
Delivered: 9/27/2015 7:35:17 PM(UTC-4)
Read: 9/27/2015 7:35:18 PM(UTC-4)

9/27/2015 7:36:42 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
Thank you he said he loves you like a kentucky brother  that means more

Status: Read
Read: 9/27/2015 7:37:06 PM(UTC-4)

9/27/2015 7:53:40 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
Can you tell me what time Janet craycraft and candy George times are I can't find where I wrote them down they are for Tuesday

Status: Read
Read: 9/27/2015 7:55:28 PM(UTC-4)

9/27/2015 8:13:31 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
Hey doc if you can't get ahold of me on this phone here's ricks phone number you can call or text us 1-859-274-8712 my phones goes out tonight

Status: Read
Read: 9/27/2015 11:22:44 PM(UTC-4)

10/1/2015 9:58:49 AM(UTC-4), +18592748311 (Rick & Becky Jessie)
Will you be open tomorrow

Status: Read
Read: 10/1/2015 9:59:50 AM(UTC-4)

10/1/2015 9:59:53 AM(UTC-4), +18655858260 (Joel Smithers)
Nopers

Status: Sent
Delivered: 10/1/2015 9:59:54 AM(UTC-4)
Read: 10/1/2015 10:01:57 AM(UTC-4)

10/1/2015 10:06:09 AM(UTC-4), +18592748311 (Rick & Becky Jessie)
We are having a time filling my scripts

Status: Read
Read: 10/1/2015 11:12:26 AM(UTC-4)

10/1/2015 11:12:43 AM(UTC-4), +18655858260 (Joel Smithers)
Becky's or Rick's? .

Status: Sent
Delivered: 10/1/2015 11:12:46 AM(UTC-4)
Read: 10/1/2015 12:41:31 PM(UTC-4)

10/1/2015 12:41:55 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
Becky's

Status: Read
Read: 10/1/2015 12:51:47 PM(UTC-4)

10/1/2015 12:44:53 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
I need a time for Stevie fearin on Monday and mark Lindsay

Status: Read
Read: 10/1/2015 12:51:47 PM(UTC-4)

10/1/2015 1:34:27 PM(UTC-4), +18655858260 (Joel Smithers)
3:30 & 4:00pm

Status: Sent
Delivered: 10/1/2015 1:34:31 PM(UTC-4)
Read: 10/1/2015 1:34:39 PM(UTC-4)

10/1/2015 1:34:49 PM(UTC-4), +18655858260 (Joel Smithers)
And next week is completely FULL now.

Status: Sent
Delivered: 10/1/2015 1:34:53 PM(UTC-4)
Read: 10/1/2015 1:34:53 PM(UTC-4)

10/2/2015 1:16:36 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
Hey doc hate to bother you but weight need you to verify of it's ok

Status: Read
Read: 10/2/2015 1:35:11 PM(UTC-4)

**10/2/2015 1:35:16 PM(UTC-4), +18655858280 (Joel Smithers)**
Absolutely!

Status: Sent
Delivered: 10/2/2015 1:35:17 PM(UTC-4)
Read: 10/2/2015 1:36:14 PM(UTC-4)

**10/2/2015 1:38:31 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Ok thank you

Status: Read
Read: 10/2/2015 1:38:31 PM(UTC-4)

**10/2/2015 1:38:42 PM(UTC-4), +18655858280 (Joel Smithers)**
Where are they calling from?

Status: Sent
Delivered: 10/2/2015 1:38:45 PM(UTC-4)
Read: 10/2/2015 1:39:04 PM(UTC-4)

**10/2/2015 1:41:30 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
K-mart  I think outside Roanoke I think buy I'm not sure if they call I just wanted to make sure they could get through what's a number they can call it they do

Status: Read
Read: 10/2/2015 1:52:18 PM(UTC-4)

**10/2/2015 1:52:48 PM(UTC-4), +18655858280 (Joel Smithers)**
My 865 or 276 numbers are fine

Status: Sent
Delivered: 10/2/2015 1:52:51 PM(UTC-4)
Read: 10/2/2015 1:53:05 PM(UTC-4)

**10/2/2015 1:53:23 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Ok thanks

Status: Read
Read: 10/2/2015 1:54:37 PM(UTC-4)

**10/2/2015 2:44:22 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Could you send me the phones numbers I don't think I have them

Status: Read
Read: 10/2/2015 2:49:52 PM(UTC-4)

**10/2/2015 2:50:09 PM(UTC-4), +18655858280 (Joel Smithers)**
On the script:
276-226-2282

Status: Sent
Delivered: 10/2/2015 2:50:11 PM(UTC-4)
Read: 10/2/2015 2:50:27 PM(UTC-4)

**10/2/2015 2:51:03 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Ok

Status: Read
Read: 10/2/2015 2:51:16 PM(UTC-4)

**10/2/2015 5:15:54 PM(UTC-4), +18655858280 (Joel Smithers)**
Family pharmacy is GTG

Status: Sent
Delivered: 10/2/2015 5:15:57 PM(UTC-4)
Read: 10/2/2015 5:16:36 PM(UTC-4)

**10/2/2015 5:16:02 PM(UTC-4), +18655858280 (Joel Smithers)**
(Good to Go)

Status: Sent
Delivered: 10/2/2015 5:16:04 PM(UTC-4)
Read: 10/2/2015 5:16:36 PM(UTC-4)

**10/2/2015 5:16:34 PM(UTC-4), +18655858280 (Joel Smithers)**
Y'all are in Rocky Mount, VA today?

Status: Sent
Delivered: 10/2/2015 5:16:37 PM(UTC-4)
Read: 10/2/2015 5:16:37 PM(UTC-4)

**10/2/2015 5:16:59 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Yes

Status: Read
Read: 10/2/2015 5:17:41 PM(UTC-4)

**10/2/2015 5:17:24 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Did they call you

Status: Read
Read: 10/2/2015 5:17:41 PM(UTC-4)

**10/2/2015 5:17:49 PM(UTC-4), +18655858280 (Joel Smithers)**
Just talked to em

Status: Sent
Delivered: 10/2/2015 5:17:50 PM(UTC-4)
Read: 10/2/2015 5:17:50 PM(UTC-4)

**10/2/2015 5:18:06 PM(UTC-4), +18655858280 (Joel Smithers)**
They're filling Becky's scripts

Status: Sent
Delivered: 10/2/2015 5:18:10 PM(UTC-4)
Read: 10/2/2015 5:18:10 PM(UTC-4)

10/2/2015 5:18:18 PM(UTC-4), +18655858280 (Joel Smithers)

Status: Sent
Delivered: 10/2/2015 5:18:19 PM(UTC-4)
Read: 10/2/2015 5:18:19 PM(UTC-4)

10/2/2015 5:20:08 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
It is a very nice place

Status: Read
Read: 10/2/2015 5:22:36 PM(UTC-4)

10/2/2015 5:23:07 PM(UTC-4), +18655858280 (Joel Smithers)
Awesomenessssssssss!!!!!!

Status: Sent
Delivered: 10/2/2015 5:23:12 PM(UTC-4)
Read: 10/2/2015 5:35:41 PM(UTC-4)

10/2/2015 5:36:07 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
They didn't have the medicine in stock so they couldn't fill it

Status: Read
Read: 10/2/2015 5:45:27 PM(UTC-4)

10/2/2015 5:38:58 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
We are up at a cvs right up the road so they should be calling ya in a few

Status: Read
Read: 10/2/2015 5:45:27 PM(UTC-4)

10/2/2015 5:45:32 PM(UTC-4), +18655858280 (Joel Smithers)
K

Status: Sent
Delivered: 10/2/2015 5:45:33 PM(UTC-4)
Read: 10/2/2015 5:46:49 PM(UTC-4)

10/3/2015 12:53:13 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
Hey doc call rick at this number 1-859-274-8712 he has something to tell you we will talk to you later call him asap thanks

Status: Read
Read: 10/3/2015 12:53:46 PM(UTC-4)

10/4/2015 1:27:15 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
Hey doc I might need you to verifyy scripts from walgreens in ky if they call please answer it's for me

Status: Read
Read: 10/4/2015 1:27:41 PM(UTC-4)

10/4/2015 1:27:54 PM(UTC-4), +18655858280 (Joel Smithers)
K

Status: Sent
Delivered: 10/4/2015 1:27:54 PM(UTC-4)
Read: 10/4/2015 1:28:07 PM(UTC-4)

10/4/2015 1:28:03 PM(UTC-4), +18655858280 (Joel Smithers)
What's their number?

Status: Sent
Delivered: 10/4/2015 1:28:03 PM(UTC-4)
Read: 10/4/2015 1:28:07 PM(UTC-4)

10/4/2015 1:28:45 PM(UTC-4), +18592748311 (Rick & Becky Jessie)

She's looking at them right now

Status: Read
Read: 10/4/2015 1:28:53 PM(UTC-4)

10/4/2015 1:28:58 PM(UTC-4), +18655858280 (Joel Smithers)
K

Status: Sent
Delivered: 10/4/2015 1:28:58 PM(UTC-4)
Read: 10/4/2015 1:28:58 PM(UTC-4)

10/4/2015 1:30:18 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
 They said they couldn't

Status: Read
Read: 10/4/2015 1:30:45 PM(UTC-4)

10/4/2015 1:30:50 PM(UTC-4), +18655858280 (Joel Smithers)

Status: Sent
Delivered: 10/4/2015 1:30:51 PM(UTC-4)
Read: 10/4/2015 1:30:51 PM(UTC-4)

10/4/2015 1:31:34 PM(UTC-4), +18592748311 (Rick & Becky Jessie)
I'll keep trying just answer if I text you

Status: Read
Read: 10/4/2015 1:31:54 PM(UTC-4)

10/4/2015 1:32:01 PM(UTC-4), +18655858280 (Joel Smithers)
Will do

Status: Sent
Delivered: 10/4/2015 1:32:02 PM(UTC-4)
Read: 10/4/2015 1:32:02 PM(UTC-4)

**10/4/2015 3:49:50 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Call me it's important

**Status:** Read
**Read:** 10/4/2015 3:50:10 PM(UTC-4)

**10/4/2015 3:51:54 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
1-859-498-4320

**Status:** Read
**Read:** 10/4/2015 3:51:56 PM(UTC-4)

**10/4/2015 4:12:16 PM(UTC-4), +18655858280 (Joel Smithers)**
They won't do it:-/

**Status:** Sent
**Delivered:** 10/4/2015 4:12:21 PM(UTC-4)
**Read:** 10/4/2015 4:13:04 PM(UTC-4)

**10/4/2015 4:13:29 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
 Did they say why they wouldn't do it

**Status:** Read
**Read:** 10/4/2015 4:15:27 PM(UTC-4)

**10/4/2015 6:28:05 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey doc it's Stevie fearin and amanda miles  for Monday
 is there anyway they can get in early

**Status:** Read
**Read:** 10/4/2015 7:32:14 PM(UTC-4)

**10/4/2015 8:03:34 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
She has to work tomorrow night and doesn't have a babysitter

**Status:** Read
**Read:** 10/4/2015 8:03:49 PM(UTC-4)

**10/4/2015 8:40:53 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey doc can they get in early in the morning

**Status:** Read
**Read:** 10/4/2015 8:41:28 PM(UTC-4)

**10/4/2015 8:41:37 PM(UTC-4), +18655858280 (Joel Smithers)**
Be there at 0830

**Status:** Sent
**Delivered:** 10/4/2015 8:41:38 PM(UTC-4)
**Read:** 10/4/2015 8:41:39 PM(UTC-4)

**10/4/2015 8:41:42 PM(UTC-4), +18655858280 (Joel Smithers)**
Are they new?

**Status:** Sent
**Delivered:** 10/4/2015 8:41:43 PM(UTC-4)
**Read:** 10/4/2015 8:41:43 PM(UTC-4)

**10/4/2015 8:42:10 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
No and thank you very much

**Status:** Read
**Read:** 10/4/2015 8:42:10 PM(UTC-4)

**10/4/2015 8:42:19 PM(UTC-4), +18655858280 (Joel Smithers)**


**Status:** Sent
**Delivered:** 10/4/2015 8:42:20 PM(UTC-4)
**Read:** 10/4/2015 8:42:21 PM(UTC-4)

**10/4/2015 8:42:39 PM(UTC-4), +18655858280 (Joel Smithers)**
Thank y'all for helpin good people out

**Status:** Sent
**Delivered:** 10/4/2015 8:42:43 PM(UTC-4)
**Read:** 10/4/2015 8:42:43 PM(UTC-4)

**10/4/2015 8:43:20 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Your more than welcome

**Status:** Read
**Read:** 10/4/2015 8:43:20 PM(UTC-4)

**10/4/2015 8:44:38 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Can I send my script with Jon

**Status:** Read
**Read:** 10/4/2015 8:44:38 PM(UTC-4)

**10/4/2015 8:46:39 PM(UTC-4), +18655858280 (Joel Smithers)**
Yes

**Status:** Sent
**Delivered:** 10/4/2015 8:46:41 PM(UTC-4)
**Read:** 10/4/2015 8:46:49 PM(UTC-4)

**10/4/2015 8:47:58 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
I appreciate it

**Status:** Read
**Read:** 10/4/2015 8:51:48 PM(UTC-4)

**10/12/2015 12:14:14 AM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey doc sorry to bother you but I need you to fax mine and Becky's records to this number 1-859-919-3103 we are sorry but e can't afford to keep coming up there and since our names on that list we can't fill anywhere we tried to get Becky's filled and no one will fill he script it's gong on 3 wks we are sorry hope there are no hard feelings thank you for everything if you don't care to fax our records to 1-859-919-3103 we would really appreciate it very much we will keep in touch with you and angel and the kids thank you again

**Status:** Read
**Read:** 10/12/2015 6:24:39 AM(UTC-4)

**10/12/2015 6:28:12 AM(UTC-4), +18655858260 (Joel Smithers)**
Wow...

**Status:** Sent
**Delivered:** 10/12/2015 6:26:16 AM(UTC-4)
**Read:** 10/12/2015 6:28:40 AM(UTC-4)

**10/12/2015 6:28:07 AM(UTC-4), +18655858260 (Joel Smithers)**
No hard feelings at all... Totally understand. We will have a pharmacy here in a month or two that will always be able to take care of you even if your not seeing me.

**Status:** Sent
**Delivered:** 10/12/2015 6:28:11 AM(UTC-4)
**Read:** 10/12/2015 6:28:40 AM(UTC-4)

**10/12/2015 6:28:55 AM(UTC-4), +18655858260 (Joel Smithers)**
Please tell me the name of the doctor and practice i am faxing these records to so i can out it on the fax cover sheet.

**Status:** Sent
**Delivered:** 10/12/2015 6:28:58 AM(UTC-4)
**Read:** 10/12/2015 6:28:58 AM(UTC-4)

**10/12/2015 9:34:52 AM(UTC-4), +18655858260 (Joel Smithers)**
Here's the list of pharmacies:

**Status:** Sent
**Delivered:** 10/12/2015 9:34:56 AM(UTC-4)
**Read:** 10/12/2015 10:00:32 AM(UTC-4)

**10/12/2015 9:35:23 AM(UTC-4), +18655858260 (Joel Smithers)**

Attachments:



IMG_0786.jpeg

**Status:** Sent
**Delivered:** 10/12/2015 9:35:28 AM(UTC-4)
**Read:** 10/12/2015 10:00:32 AM(UTC-4)

# Recommended Pharmacie

Rite Pharmacy, 119 Main St, Poca, WV

Lanes Family Pharmacy, 5516 Big Tyler Rd, Charleston, WV

Pharmacy and Wellness Center, 370 Seneca Trail, Ronceverte, V

Pharmacy, 10 Main St, Clendenin, WV

Family Pharmacy, 3675 Coal Heritage Rd, Bluewell, WV

Pharmacy, 836 Fincastle Turnpike, Tazewell, VA

**10/13/2015 8:06:28 PM(UTC-4), +18655858260 (Joel Smithers)**
No worries at all

**Status:** Sent
**Delivered:** 10/13/2015 8:06:30 PM(UTC-4)
**Read:** 10/13/2015 8:07:19 PM(UTC-4)

**10/13/2015 8:07:00 PM(UTC-4), +18655858260 (Joel Smithers)**
I'm happy to see him tomorrow, money or not.

**Status:** Sent
**Delivered:** 10/13/2015 8:09:20 PM(UTC-4)
**Read:** 10/13/2015 8:19:51 PM(UTC-4)

**10/13/2015 8:09:29 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Thank you so much we will see you in the morning if you don't care don't tell rick I ask you we will take care of you next week when rick gets that wood out

**Status:** Read
**Read:** 10/13/2015 8:18:08 PM(UTC-4)

**10/13/2015 8:18:21 PM(UTC-4), +18655858260 (Joel Smithers)**
No worries

**Status:** Sent
**Delivered:** 10/13/2015 8:18:26 PM(UTC-4)
**Read:** 10/13/2015 8:19:51 PM(UTC-4)

**10/13/2015 8:25:05 PM(UTC-4), +18655858260 (Joel Smithers)**
You are most welcome

**Status:** Sent
**Delivered:** 10/13/2015 8:25:09 PM(UTC-4)
**Read:** 10/13/2015 8:33:58 PM(UTC-4)

**10/16/2015 10:08:59 AM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey doc I'm sorry to bother you but Becky and Deanna won't be able to make there appt today I got real sick throwing up and diarrea I ended up in the hospital yesterday I'm real sorry can they reshule there appt

**Status:** Read
**Read:** 10/16/2015 10:10:10 AM(UTC-4)

**10/21/2015 12:15:25 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Rick wants to know could you please check for him you get the chance and let him know thank you

**Status:** Read
**Read:** 10/21/2015 12:23:34 PM(UTC-4)

**10/21/2015 4:38:54 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey doc I need to reshule mine and Deanna appt if we can come in Monday I'd appreciate it I'm sorry about that

**Status:** Read
**Read:** 10/21/2015 4:58:32 PM(UTC-4)

**10/21/2015 5:09:28 PM(UTC-4), +18655858260 (Joel Smithers)**
What time on Monday?

**Status:** Sent
**Delivered:** 10/21/2015 5:09:31 PM(UTC-4)
**Read:** 10/21/2015 5:10:34 PM(UTC-4)

**10/21/2015 5:10:03 PM(UTC-4), +18655858260 (Joel Smithers)**
I need pictures of his medicine bottles that he just received, please.

**Status:** Sent
**Delivered:** 10/21/2015 5:10:07 PM(UTC-4)
**Read:** 10/21/2015 5:10:34 PM(UTC-4)

**10/21/2015 5:11:21 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
As early as possible

**Status:** Read
**Read:** 10/21/2015 5:12:52 PM(UTC-4)

**10/21/2015 5:41:51 PM(UTC-4), +18655858260 (Joel Smithers)**
How does 830 & 900 sound?

**Status:** Sent
**Delivered:** 10/21/2015 5:41:55 PM(UTC-4)
**Read:** 10/21/2015 6:46:45 PM(UTC-4)

**10/21/2015 5:42:09 PM(UTC-4), +18655858260 (Joel Smithers)**
First two patient's of the day

**Status:** Sent
**Delivered:** 10/21/2015 5:42:13 PM(UTC-4)
**Read:** 10/21/2015 6:46:45 PM(UTC-4)

**10/21/2015 6:53:48 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**

Attachments:


IMG_20151021_185203.jpg


IMG_20151021_185152.jpg

**Status:** Read
**Read:** 10/21/2015 7:52:32 PM(UTC-4)

**10/21/2015 7:54:41 PM(UTC-4), +18655858260 (Joel Smithers)**
That is the correct amount of Oxycodone.  We can discuss this at your next visit if it is an issue.

**Status:** Sent
**Delivered:** 10/21/2015 7:54:45 PM(UTC-4)
**Read:** 10/21/2015 7:57:28 PM(UTC-4)

**10/21/2015 8:06:27 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Rick said he knew that was what he got it's the oxymorphones    That we was questioning about I got 90 and they charged me 390 we'll you said rick got 90 they are charging rick 585 that why we were questioning it

Status: Read
Read: 10/21/2015 8:17:52 PM(UTC-4)

**10/22/2015 10:02:00 AM(UTC-4), +18655858260 (Joel Smithers)**
Thanks for the pics.  I'm still confused but will call to clarify later today.  In the meantime can you please send me a picture of his oxyMorphone bottle (like the above two pictures). Thanks much!
So sorry for your trouble.

Status: Sent
Delivered: 10/22/2015 10:02:05 AM(UTC-4)
Read: 10/22/2015 10:02:37 AM(UTC-4)

**10/23/2015 6:20:53 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey doc sorry to bother you but it was ricks fault that Donald and bobby hop skin didn't make it to their appt  rick was sick and they couldn't get off work if there is any way possible that they could come Wednesday early rick said he'd make sure they will be there I'll have them call

Status: Read
Read: 10/25/2015 11:31:01 AM(UTC-4)

**10/24/2015 3:55:20 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey doc I'm sorry to bother you is there anyway Deanna could come on Tuesday instead of Monday we don't have a way til Tuesday and Donald and bobby hop skin on Wednesday if you can get them in and that's the only day off that they could it was our fault that they didn't come to their appt

Status: Read
Read: 10/25/2015 11:31:01 AM(UTC-4)

**10/25/2015 10:57:46 AM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey doc I was just making sure you got my message about Deanna coming Tuesday instead if Monday

Status: Read
Read: 10/25/2015 11:31:01 AM(UTC-4)

**10/25/2015 11:32:47 AM(UTC-4), +18655858260 (Joel Smithers)**
Tuesday morning is a meeting.  Could y'all all come at 8 AM on Wednesday morning instead to save y'all from having to make multiple trips?

Status: Sent
Delivered: 10/25/2015 11:32:51 AM(UTC-4)
Read: 10/25/2015 11:34:34 AM(UTC-4)

**10/25/2015 11:33:18 AM(UTC-4), +18655858260 (Joel Smithers)**
Could Deanna come Wednesday morning as well?

Status: Sent
Delivered: 10/25/2015 11:33:19 AM(UTC-4)
Read: 10/25/2015 11:34:34 AM(UTC-4)

**10/25/2015 11:49:28 AM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Can Deanna come Wednesday and Donald and bobby hop skin Thursday

Status: Read
Read: 10/25/2015 12:13:08 PM(UTC-4)

**10/25/2015 12:45:58 PM(UTC-4), +18655858260 (Joel Smithers)**
Certainly

Status: Sent
Delivered: 10/25/2015 12:46:01 PM(UTC-4)
Read: 10/25/2015 12:46:21 PM(UTC-4)

**10/25/2015 12:46:33 PM(UTC-4), +18655858260 (Joel Smithers)**
ALL need to plan to arrive by 8 AM both days.

Status: Sent
Delivered: 10/25/2015 12:46:37 PM(UTC-4)
Read: 10/25/2015 12:46:38 PM(UTC-4)

**10/25/2015 12:47:24 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Ok thank you

Status: Read
Read: 10/25/2015 12:47:47 PM(UTC-4)

**10/27/2015 9:51:32 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey doc I'm sorry but Deanna is sick and won't be able to make it to her appt can she come Monday morning early I was hoping she was getting better this evening but Donald and bobby hopskin still good for Thursday they will be there Thursday I'll be with dee Monday if you don't care for my appt

Status: Read
Read: 10/27/2015 9:51:57 PM(UTC-4)

**10/27/2015 9:53:17 PM(UTC-4), +18655858260 (Joel Smithers)**
Sure
Not a problem
Sorry she's not feeling well!

Status: Sent
Delivered: 10/27/2015 9:53:21 PM(UTC-4)
Read: 10/27/2015 9:53:57 PM(UTC-4)

**10/27/2015 9:54:14 PM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Thank you so much we will see you Thursday

Status: Read
Read: 10/27/2015 9:59:38 PM(UTC-4)

**10/29/2015 7:58:57 AM(UTC-4), +18592748311 (Rick & Becky Jessie)**
Hey doc sorry to bother you just wanted to let you know Donald Hopkins isn't able to make it because his boss called him in for today but bobby Hopkins will be there we really appreciate you helping a veteran thank you.

Status: Read
Read: 10/29/2015 8:09:31 AM(UTC-4)

1143





| 819 | Sent | From +13362795798 SCH Cell* To +13048778838 Peter Bodai* | 12/27/2016 11:45:41 AM(UTC-5) | | Sent | K:I'll call in a bit |
| 820 | Inbox | To +13362795798 SCH Cell* From +13048778838 Peter Bodai* | 12/27/2016 11:44:09 AM(UTC-5) | Read: 12/27/2016 11:45:17 AM(UTC-5) | Read | Sir, Loren from Rite Aid #:503-839-3403 is calling to validate Rebecca Jessie DOB 1-25-63 oxycode |

| 1155 | Sent | From +13362795798 SCH Cell* To +13048778838 Peter Bodai* | 11/28/2016 2:34:27 PM(UTC-5) | | Sent | Need to cover Wilson's costs at the very least. | |
| 1156 | Sent | From +13362795798 SCH Cell* To +13048778838 Peter Bodai* | 11/28/2016 2:34:06 PM(UTC-5) | | Sent | Whatever they can afford | |
| 1157 | Inbox | To +13362795798 SCH Cell* From +13048778838 Peter Bodai* | 11/28/2016 2:32:38 PM(UTC-5) | **Read:** 11/28/2016 2:33:51 PM(UTC-5) | Read | The Jessie's r here, what r the payments arrangements? | |

| 1408 | Sent | To<br>+13048778838<br>Peter Bodai | 11/15/2016<br>11:44:05 AM(UTC-5) | | Sent | Please call the Jessies and let them know we need a firm date they can definitely come to the office BEFORE any prescriptions will be written. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 143 | Inbox | From +18593983757 Rick & Becky Jessie* | 10/21/2016 12:26:33 PM(UTC-4) | Read: 10/21/2016 12:29:40 PM(UTC-4) | Read | Hey doc this is Rick I'm sorry to bother you I really need to know how you sent them so I know what to do I'm out thank you |
| 144 | | From +13049983780 Brent Maynard WV* | 10/21/2016 12:14:47 PM(UTC-4) | | Unknown | |
| 145 | Inbox | From +18593983757 Rick & Becky Jessie* | 10/21/2016 11:39:14 AM(UTC-4) | Read: 10/21/2016 11:39:53 AM(UTC-4) | Read | Hey doc please give me a call asap please still didn't get the scripts sorry to keep bothering you |
| 146 | Inbox | From +18593983757 Rick & Becky Jessie* | 10/21/2016 10:21:18 AM(UTC-4) | Read: 10/21/2016 11:39:53 AM(UTC-4) | Read | week please let us know thank you |
| 147 | Inbox | From +18593983757 Rick & Becky Jessie* | 10/21/2016 10:21:18 AM(UTC-4) | Read: 10/21/2016 11:39:53 AM(UTC-4) | Read | Hey doc I'm sorry to bother you we was just wondering how you sent them we haven't received them yet and we will have the letter sent to you this coming |
| 148 | Inbox | From +18593983757 Rick & Becky Jessie* | 10/20/2016 4:24:38 PM(UTC-4) | Read: 10/20/2016 6:40:05 PM(UTC-4) | Read | soon as the va gets that paper done I will fax everything to you please let me know thank you |
| 149 | Inbox | From +18593983757 Rick & Becky Jessie* | 10/20/2016 4:24:36 PM(UTC-4) | Read: 10/20/2016 6:40:05 PM(UTC-4) | Read | Hey doc I'm sorry to bother you but I was just checking to see if you mailed the scripts we haven't received them yet and also wanted to let you know as |
| 153 | Inbox | From +18593983757 Rick & Becky Jessie* | 10/19/2016 12:24:34 PM(UTC-4) | Read: 10/19/2016 12:56:46 PM(UTC-4) | Read | appreciate everything you do |
| 154 | Inbox | From +18593983757 Rick & Becky Jessie* | 10/19/2016 12:24:34 PM(UTC-4) | Read: 10/19/2016 12:56:46 PM(UTC-4) | Read | Hey doc I'm sorry to bother you just checking to see if you had mailed those scripts out Rick is out today sorry for bothering you so much and we really |
| 155 | Inbox | From +18593983757 Rick & Becky Jessie* | 10/18/2016 8:26:38 PM(UTC-4) | Read: 10/18/2016 8:44:35 PM(UTC-4) | Read | Hey doc Rick's Dr at the va said they would rewrite that letter for travel and they would let him know when it's done and I will fax them to you thank you again |
| 157 | Inbox | From +18593983757 Rick & Becky Jessie* | 10/17/2016 1:08:44 PM(UTC-4) | | Read | Hey doc please send me your fax number again and I will resend the paper that I got |
| 158 | Inbox | From +18593983757 Rick & Becky Jessie* | 10/17/2016 11:43:52 AM(UTC-4) | | Read | a answer so I didn't know if you was just let me know please and thank you |
| 159 | Inbox | From +18593983757 Rick & Becky Jessie* | 10/17/2016 11:43:52 AM(UTC-4) | | Read | Hey doc I'm sorry for bothering you but I was just wondering if you got that paper I sent Thursday and if you was going to send our scripts I didn't get |

9234

| | | | | | | |
|---|---|---|---|---|---|---|
| 160 | Inbox | From +18593983757 Rick & Becky Jessie* | 10/15/2016 8:26:32 AM(UTC-4) | Read: 10/17/2016 8:43:52 AM(UTC-4) | Read | Hey doc I'm sorry for bothering you so much but I was just checking to see if you got that paper I sent Thursday if you don't care just let me know thank |
| 161 | Inbox | From +18593983757 Rick & Becky Jessie* | 10/15/2016 8:26:32 AM(UTC-4) | Read: 10/17/2016 8:43:52 AM(UTC-4) | Read | you so much |
| 163 | Inbox | From +18593983757 Rick & Becky Jessie* | 10/14/2016 9:57:32 AM(UTC-4) | Read: 10/17/2016 8:43:52 AM(UTC-4) | Read | Sorry for bothering you i was just checking to see if you got that paper |
| 165 | Inbox | From +18593983757 Rick & Becky Jessie* | 10/13/2016 12:35:56 PM(UTC-4) | Read: 10/13/2016 1:31:15 PM(UTC-4) | Read | te it |
| 166 | Inbox | From +18593983757 Rick & Becky Jessie* | 10/13/2016 12:35:55 PM(UTC-4) | Read: 10/13/2016 1:31:15 PM(UTC-4) | Read | fax his paperwork to you if you don't care let me know that way I can tell him thank you for everything that you have done for us we really apprecia |
| 167 | Inbox | From +18593983757 Rick & Becky Jessie* | 10/13/2016 12:35:54 PM(UTC-4) | Read: 10/13/2016 1:31:15 PM(UTC-4) | Read | with this surgery but he also wanted to know if you could send our scripts and date it for the 19th that way he can go ahead and get them filled I will |
| 168 | Inbox | From +18593983757 Rick & Becky Jessie* | 10/13/2016 12:35:54 PM(UTC-4) | Read: 10/13/2016 1:31:15 PM(UTC-4) | Read | Hey doc I'm sorry for bothering you but Rick wanted me to text you and find out how you want us to send the money to you, he is really having a hard time |
| 169 | Inbox | From +16066259619 Robert Daniels, KY* | 10/13/2016 12:12:14 PM(UTC-4) | | Unknown | |
| 170 | Inbox | From +18593983757 Rick & Becky Jessie* | 10/12/2016 4:27:29 PM(UTC-4) | Read: 10/12/2016 4:29:32 PM(UTC-4) | Read | oner if they have an opening margins not good I will send the paperwork tomorrow |
| 171 | Inbox | From +18593983757 Rick & Becky Jessie* | 10/12/2016 4:27:27 PM(UTC-4) | Read: 10/12/2016 4:29:32 PM(UTC-4) | Read | Hey doc I'm sorry to bother you just wanted to let you know that Rick has to have another surgery that flap died they got it scheduled for the 31st or so |

9235

| 634 | Sent | To +18593983757 Rick & Becky Jessie* | 2/5/2016 10:29:09 AM(UTC-5) | | Sent | K |
| 635 | Inbox | From +18593983757 Rick & Becky Jessie* | 2/5/2016 10:25:20 AM(UTC-5) | Read: 2/5/2016 10:28:54 AM(UTC-5) | Read | there to send it |
| 636 | Inbox | From +18593983757 Rick & Becky Jessie* | 2/5/2016 10:25:19 AM(UTC-5) | Read: 2/5/2016 10:28:54 AM(UTC-5) | Read | Hey doc, rick went to the va yesterday they said they would have to mail it to him and he will send it to you probably take a couple of days nobody was |

9258

| 639 | Inbox | From +18593983757 Rick & Becky Jessie | 2/3/2016 10:59:48 AM(UTC-5) | Read: 2/3/2016 11:13:06 AM(UTC-5) | Read | ppt for March for us to come down thank you for everything,as soon we get that 400$ will send it to you thanks |
|-----|-------|------|------|------|------|------|
| 640 | Inbox | From +18593983757 Rick & Becky Jessie | 2/3/2016 10:59:47 AM(UTC-5) | Read: 2/3/2016 11:13:06 AM(UTC-5) | Read | et it and send it to you ,try to get this week if you could do this last month sending our scripts to us and if you could go ahead and set us up and a |
| 641 | Inbox | From +18593983757 Rick & Becky Jessie | 2/3/2016 10:59:47 AM(UTC-5) | Read: 2/3/2016 11:13:06 AM(UTC-5) | Read | Hey doc his dr from the va took care of that paper that I mention to you Rick's paperwork from DEC, ls on a disc there's about 600 pages Jan we have to g |
| 642 | Sent | To +18593983757 Rick & Becky Jessie | 2/3/2016 9:36:40 AM(UTC-5) | | Sent | Also any new imaging/radiology studies and blood work/labs done on Rick as well as an updated medication list should be faxed to the above number ASAP. Thank you. |
| 643 | Sent | To +18593983757 Rick & Becky Jessie | 2/3/2016 9:35:28 AM(UTC-5) | | Sent | I haven't seen any pictures yet. Hope things are improving for y'all. His VA doc really needs to be the one to write that letter and I would like a copy of it faxed to me at: 844-550-7109. Thank you. |
| 644 | Sent | To +18593983757 Rick & Becky Jessie | 2/3/2016 9:34:11 AM(UTC-5) | | Sent | Greetings folks |
| 645 | Inbox | From +18593983757 Rick & Becky Jessie | 2/2/2016 10:54:47 PM(UTC-5) | Read: 2/3/2016 9:33:05 AM(UTC-5) | Read | the number in the morning |
| 646 | Inbox | From +18593983757 Rick & Becky Jessie | 2/2/2016 10:54:46 PM(UTC-5) | Read: 2/3/2016 9:33:04 AM(UTC-5) | Read | just wants a second letter to be on the safe side I'll send you the fax number,we would really appreciate it .Thank You so much talk to you soon,I'll fax |
| 647 | Inbox | From +18593983757 Rick & Becky Jessie | 2/2/2016 10:54:46 PM(UTC-5) | Read: 2/3/2016 9:33:04 AM(UTC-5) | Read | sleep needs a room to his self is there anyway you would write it for us and fax it to the housing authority,we are getting one from his dr.at the va he |
| 648 | Inbox | From +18593983757 Rick & Becky Jessie | 2/2/2016 10:54:45 PM(UTC-5) | Read: 2/3/2016 9:33:04 AM(UTC-5) | Read | Hey doc I'm going to try and send you pics of Ricks head what it looks like now, I'll probably send them to you from deanna's phone,need to ask you a ques |
| 649 | Inbox | From +18593983757 Rick & Becky Jessie | 2/2/2016 10:54:45 PM(UTC-5) | Read: 2/3/2016 9:33:04 AM(UTC-5) | Read | tion,we got a chance to get a apartment where dee lives,they need statement with your letterhead on it saying rick can't sleep laying down he sits up to |
| 650 | Inbox | From +18593983757 Rick & Becky Jessie | 2/2/2016 1:44:10 PM(UTC-5) | Read: 2/2/2016 2:41:34 PM(UTC-5) | Read | ngel and kids,we really appreciate everything you have done for us |
| 651 | Inbox | From +18593983757 Rick & Becky Jessie | 2/2/2016 1:44:10 PM(UTC-5) | Read: 2/2/2016 2:41:34 PM(UTC-5) | Read | nd our scripts to us at Deanna's address i'm hoping this will be the last time you have to send them to us,hoping, we can get down there to see you and a |
| 652 | Inbox | From +18593983757 Rick & Becky Jessie | 2/2/2016 1:44:09 PM(UTC-5) | Read: 2/2/2016 2:41:34 PM(UTC-5) | Read | ed me to text you and let you know that we are going to send you 400$ ,they are going to take more stitches out today,just wanted to see if you could se |
| 653 | Inbox | From +18593983757 Rick & Becky Jessie | 2/2/2016 1:44:09 PM(UTC-5) | Read: 2/2/2016 2:41:34 PM(UTC-5) | Read | Hey doc just a update on rick still not doing well,I hope you get the picture of his head if you look at the front it's starting to open up again,he want |

| 702 | Inbox | From +18593983757 *Rick & Becky Jessie* | 1/12/2016 3:02:01 PM(UTC-5) | Read: 1/12/2016 3:02:12 PM(UTC-5) | Read | Ok thank you very much | |
| 703 | Sent | To +18593983757 *Rick & Becky Jessie* | 1/12/2016 3:01:27 PM(UTC-5) | | Sent | They could be there tomorrow or the day after | |
| 704 | Sent | To +18593983757 *Rick & Becky Jessie* | 1/12/2016 3:01:10 PM(UTC-5) | | Sent | Today | |
| 705 | Inbox | From +18593983757 *Rick & Becky Jessie* | 1/12/2016 3:00:49 PM(UTC-5) | Read: 1/12/2016 3:00:49 PM(UTC-5) | Read | When did you send them | |
| 706 | Sent | To +18593983757 *Rick & Becky Jessie* | 1/12/2016 3:00:16 PM(UTC-5) | | Sent | USPS | |
| 707 | Sent | To +18593983757 *Rick & Becky Jessie* | 1/12/2016 3:00:12 PM(UTC-5) | | Sent | 1-3 days | |
| 708 | Sent | To +18593983757 *Rick & Becky Jessie* | 1/12/2016 3:00:04 PM(UTC-5) | | Sent | Priority | |
| 709 | Inbox | From +18593983757 *Rick & Becky Jessie* | 1/12/2016 2:57:23 PM(UTC-5) | Read: 1/12/2016 2:59:56 PM(UTC-5) | Read | Regular mail | |
| 710 | Inbox | From +18593983757 *Rick & Becky Jessie* | 1/12/2016 2:56:45 PM(UTC-5) | Read: 1/12/2016 2:59:56 PM(UTC-5) | Read | Ok | |

| 711 | Sent | To +18593983757 Rick & Becky Jessie* | 1/12/2016 2:56:01 PM(UTC-5) | | Sent | The Rx are headed to Deanna's address |
| 712 | Inbox | From +18593983757 Rick & Becky Jessie* | 1/12/2016 2:55:00 PM(UTC-5) | Read: 1/12/2016 2:55:33 PM(UTC-5) | Read | Hey doc rick was wanting to know if you could do like you did last month we are already in lexington and could go on down to indainia |
| 713 | Inbox | From +18593983757 Rick & Becky Jessie* | 1/12/2016 12:41:12 PM(UTC-5) | Read: 1/12/2016 1:23:44 PM(UTC-5) | Read | take the bandages off today he was wondering if you sent them regular mail or the way you did last month pplease let me know asap please |
| 714 | Inbox | From +18593983757 Rick & Becky Jessie* | 1/12/2016 12:41:11 PM(UTC-5) | Read: 1/12/2016 1:23:44 PM(UTC-5) | Read | Hey doc just checking with you about the script we haven't got them yet and deanna and rick and myself are out ricks hurting really bad they are going to |

| 730 | Inbox | From +18593983757 Rick & Becky Jessie* | 1/9/2016 10:00:53 AM(UTC-5) | Read: 1/9/2016 11:12:36 AM(UTC-5) | Read | Rick wanted me to text you to see if you was sending them to deanna's address |

| 733 | Inbox | From +18593983757 Rick & Becky Jessie* | 1/8/2016 11:53:16 AM(UTC-5) | Read: 1/8/2016 1:39:33 PM(UTC-5) | Read | Thank you so much |
| 734 | Sent | To +18593983757 Rick & Becky Jessie* | 1/8/2016 10:50:29 AM(UTC-5) | | Sent | Yes I received them and will be sending out scripts today |
| 735 | Inbox | From +18593983757 Rick & Becky Jessie* | 1/8/2016 10:47:37 AM(UTC-5) | Read: 1/8/2016 10:49:50 AM(UTC-5) | Read | hospital the other day his leg wouldnt stop bleeding that's where I sent the pictures from if you don't care just let me know something please |
| 736 | Inbox | From +18593983757 Rick & Becky Jessie* | 1/8/2016 10:47:34 AM(UTC-5) | Read: 1/8/2016 10:49:50 AM(UTC-5) | Read | Hey doc,sorry to bother you,I didn't know if you got my text just wondering if you could do that again for deanna and us I had to take rick back to the |

9262

| 737 | Inbox | From +18593983757 Rick & Becky Jessie* | 1/6/2016 7:02:13 PM(UTC-5) | Read: 1/6/2016 7:02:18 PM(UTC-5) | Read | ciate it and again thank you so much for everything if you could let me know I'd appreciate it |  |
| 738 | Inbox | From +18593983757 Rick & Becky Jessie* | 1/6/2016 7:02:13 PM(UTC-5) | Read: 1/6/2016 7:02:18 PM(UTC-5) | Read | e you helping us the way you have, I don't know of a Dr that would do what you have done to help us but if you could do like last month would really appre |  |
| 739 | Inbox | From +18593983757 Rick & Becky Jessie* | 1/6/2016 7:02:12 PM(UTC-5) | Read: 1/6/2016 7:02:18 PM(UTC-5) | Read | ng me with rick and everything as soon as we get alittle ahead we will send you some money on what we owe you and me and rick and deanna really appreciat |  |
| 740 | Inbox | From +18593983757 Rick & Becky Jessie* | 1/6/2016 7:02:11 PM(UTC-5) | Read: 1/6/2016 7:02:18 PM(UTC-5) | Read | Hey doc hate to bother you and i really hate to ask you but do you think you could do our meds like you did last month and deanna's to she has been helpi |  |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 900 | Inbox | **To** +18655858260 Joel Smithers* **From** +18593983757 Rick & Becky Jessie* | 12/15/2015 1:16:37 PM(UTC-5) | **Read:** 12/15/2015 1:16:43 PM(UTC-5) | Read | Ok ill call in about a hour or so | |
| 901 | Sent | **From** +18655858260 Joel Smithers* **To** +18593983757 Rick & Becky Jessie* | 12/15/2015 1:15:53 PM(UTC-5) | | Sent | Just sent them a bit ago | |
| 902 | Sent | **From** +18655858260 Joel Smithers* **To** +18593983757 Rick & Becky Jessie* | 12/15/2015 1:15:26 PM(UTC-5) | | Sent | I did | |

| 903 | Inbox | To +18655858260 Joel Smithers* From +18593983757 Rick & Becky Jessie*? | 12/15/2015 1:11:51 PM(UTC-5) | Read: 12/15/2015 1:15:21 PM(UTC-5) | Read | Hey doc sorry to bother you rick wanted me to check with you to see if you already text Assad about our medicine |

| 910 | Inbox | To +18655858260 Joel Smithers* From +18593983757 Rick & Becky Jessie* | 12/15/2015 5:50:53 AM(UTC-5) | Read: 12/15/2015 7:26:08 AM(UTC-5) | Read | 201 brooks ave mt sterling 40353 again i'm sorry to bother you |
| 911 | Inbox | To +18655858260 Joel Smithers* From +18593983757 Rick & Becky Jessie* | 12/15/2015 5:50:52 AM(UTC-5) | Read: 12/15/2015 7:26:08 AM(UTC-5) | Read | i'm sorry to bother you but Rick wanted me to text you to see if you had a chance to get our scripts out if you don't care send them to Deanna's address |

| 915 | Inbox | To +18655858260 Joel Smithers* From +18593983757 Rick & Becky Jessie* | 12/14/2015 4:29:51 PM(UTC-5) | Read: 12/14/2015 4:32:20 PM(UTC-5) | Read | Ok thank you |
| 916 | Sent | From +18655858260 Joel Smithers* To +18593983757 Rick & Becky Jessie* | 12/14/2015 4:28:24 PM(UTC-5) | | Sent | I will try but I am swamped. As soon as I get them out, I'll text you the tracking number. Overnight is expensive and will be added to bill. |
| 917 | Inbox | To +18655858260 Joel Smithers* From +18593983757 Rick & Becky Jessie* | 12/14/2015 3:11:29 PM(UTC-5) | Read: 12/14/2015 4:27:26 PM(UTC-5) | Read | Hey doc im sorry to bother you I was just wondering if i could do that for me and rick please let me know |

| 927 | Inbox | To +18655858260 Joel Smithers* From +18593983757 Rick & Becky Jessie* | 12/14/2015 8:26:48 AM(UTC-5) | Read: 12/14/2015 8:53:35 AM(UTC-5) | Read | ick has been having a rough time well both of us has if you don't care could you let us know asap please thank you | 7 |
| 928 | Inbox | To +18655858260 Joel Smithers* From +18593983757 Rick & Becky Jessie* | 12/14/2015 8:26:47 AM(UTC-5) | Read: 12/14/2015 8:53:35 AM(UTC-5) | Read | t of our meds if you could overnight them we would really appreciate it I'm sorry to bother you I know you are busy again we would really appreciate it r | |
| 929 | Inbox | To +18655858260 Joel Smithers* From +18593983757 Rick & Becky Jessie* | 12/14/2015 8:26:47 AM(UTC-5) | Read: 12/14/2015 8:53:35 AM(UTC-5) | Read | Hey doc rick wanted me to text you to see if you would be able to send our scripts to Deanna's address 201 Brooks ave in mt sterling we both have been ou | |

| 953 | Inbox | From +18593983757 Rick & Becky Jessie* | 12/11/2015 10:43:57 AM(UTC-5) | Read: 12/11/2015 10:44:34 AM(UTC-5) | Read | Ok |
| 954 | Sent | To +18593983757 Rick & Becky Jessie* | 12/11/2015 10:22:01 AM(UTC-5) | | Sent | Sorry:-( |
| 955 | Inbox | From +18593983757 Rick & Becky Jessie* | 12/11/2015 10:20:01 AM(UTC-5) | Read: 12/11/2015 10:21:54 AM(UTC-5) | Read | Ok thats fine thanjs appreucate it |
| 956 | Sent | To +18593983757 Rick & Becky Jessie* | 12/11/2015 10:18:46 AM(UTC-5) | | Sent | Well, i truly hate it for you but we'll have to wait until Monday before I have any access to my scripts (didn't bring any with me on vacay :-() |
| 957 | Sent | To +18593983757 Rick & Becky Jessie* | 12/11/2015 10:17:16 AM(UTC-5) | | Sent | Oh |
| 958 | Inbox | From +18593983757 Rick & Becky Jessie* | 12/11/2015 10:16:11 AM(UTC-5) | Read: 12/11/2015 10:17:14 AM(UTC-5) | Read | They cancel out today we cant afford the oxymorphone and we are both out of oxycodone |
| 959 | Inbox | From +18593983757 Rick & Becky Jessie* | 12/11/2015 10:11:56 AM(UTC-5) | Read: 12/11/2015 10:17:14 AM(UTC-5) | Read | Im working on getting the money to pick up the rest |
| 960 | Sent | To +18593983757 Rick & Becky Jessie* | 12/11/2015 10:09:38 AM(UTC-5) | | Sent | Please speak to him and let me know what he says about the medicine y'all still have to pick up there. I will wait to here from y'all about that before mailing any scripts out to you... |
| 961 | Sent | To +18593983757 Rick & Becky Jessie* | 12/11/2015 10:07:13 AM(UTC-5) | | Sent | Outstanding news! I'm sorry to report that unfortunately we just got back to land and I won't be able to mail any Rx until Monday...I spoke to Dr. Assad Monday morning after speaking to Becky and he informed me that y'all still have medicine to be picked up. |
| 962 | Inbox | From +18593983757 Rick & Becky Jessie* | 12/11/2015 8:03:13 AM(UTC-5) | Read: 12/11/2015 10:04:22 AM(UTC-5) | Read | eat her address is 201 brooks ave in mt.sterling ky 40353 thats where we are staying for the time being thank you so much for everything |
| 963 | Inbox | From +18593983757 Rick & Becky Jessie* | 12/11/2015 8:03:12 AM(UTC-5) | Read: 12/11/2015 10:04:22 AM(UTC-5) | Read | they scrapped his head and said it was going to be a big surgery if there is any way you would over nite our script to Deanna's address that would be gr |
| 964 | Inbox | From +18593983757 Rick & Becky Jessie* | 12/11/2015 8:03:12 AM(UTC-5) | Read: 12/11/2015 10:04:22 AM(UTC-5) | Read | Hey doc its becky just wanted to let you kiow that they let rick leave the hospital and he has surgery on the 4th of jan and we are both out of our meds |

| | | | | | | |
|---|---|---|---|---|---|---|
| 990 | Sent | **To** +18593983757 Rick & Becky Jessie* | 12/4/2015 12:57:24 PM(UTC-5) | | Sent | Yes, they are their way. |
| 991 | Sent | **To** +18593983757 Rick & Becky Jessie* | 12/4/2015 12:56:54 PM(UTC-5) | | Sent | Glad to hear he is right where he needs to be. |
| 992 | Inbox | **From** +18593983757 Rick & Becky Jessie* | 12/4/2015 10:34:10 AM(UTC-5) | **Read:** 12/4/2015 11:02:09 AM(UTC-5) | Read | cks doing |
| 993 | Inbox | **From** +18593983757 Rick & Becky Jessie* | 12/4/2015 10:34:10 AM(UTC-5) | **Read:** 12/4/2015 11:02:09 AM(UTC-5) | Read | fit,dee came and got me ill keep you informed i was wondering if you sent those scripts im sorry to bother you but I thought you would want to know how ri |
| 994 | Inbox | **From** +18593983757 Rick & Becky Jessie* | 12/4/2015 10:34:10 AM(UTC-5) | **Read:** 12/4/2015 11:02:09 AM(UTC-5) | Read | 101.2 his blood sugar was 400 I talked to him this morning he said he had a bad night they gave him more ivs they wouldn't let me stay with him last nig |
| 995 | Inbox | **From** +18593983757 Rick & Becky Jessie* | 12/4/2015 10:34:10 AM(UTC-5) | **Read:** 12/4/2015 11:02:09 AM(UTC-5) | Read | Hey doc let you know whats going on with rick they moved him into icu yesterday his white cell count was 16000 and he was running a fever |
| 997 | Inbox | **From** +18593983757 Rick & Becky Jessie* | 12/3/2015 7:45:03 AM(UTC-5) | **Read:** 12/3/2015 7:45:30 AM(UTC-5) | Read | its his sugar was 400,got infection which we knew that I just wanted you to know talk to you later his Dr should be coming in before to much longer |
| 998 | Inbox | **From** +18593983757 Rick & Becky Jessie* | 12/3/2015 7:45:03 AM(UTC-5) | **Read:** 12/3/2015 7:45:30 AM(UTC-5) | Read | Hey doc just wanted to let you know I took rick to the ER at the VA and they admitted him said his blood pressure was up his white count was off the char |

9275

| 1020 | Inbox | **From** +18593983757 Rick & Becky Jessie* | 11/30/2015 10:29:49 AM(UTC-5) | **Read:** 11/30/2015 10:35:14 AM(UTC-5) | Read | And her address is 201 brooks ave mt sterling ky 40353 and u can send it by regular mail | |
| 1021 | Inbox | **From** +18593983757 Rick & Becky Jessie* | 11/30/2015 10:27:41 AM(UTC-5) | **Read:** 11/30/2015 10:35:14 AM(UTC-5) | Read | hat they are packed and she gets 60 15 oxycodons and 60 30 morphine | |
| 1022 | Inbox | **From** +18593983757 Rick & Becky Jessie* | 11/30/2015 10:27:40 AM(UTC-5) | **Read:** 11/30/2015 10:35:14 AM(UTC-5) | Read | Hey I need to ask you something deanna's son has to have surgery and she can't make it down there is there anyway you could send her prescripton to her a | |
| 1023 | Inbox | **From** +18593983757 Rick & Becky Jessie* | 11/30/2015 10:27:40 AM(UTC-5) | **Read:** 11/30/2015 10:35:14 AM(UTC-5) | Read | t her address she goes for her blood work and mri next week and as soon as she gets it she will send it to you please the reason its taking so long is t | |

| 1044 | Sent | To +18593983757 Rick & Becky Jessie* | 11/29/2015 2:10:44 PM(UTC-5) | | Sent | Most welcome | |
| 1045 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/29/2015 2:08:21 PM(UTC-5) | Read: 11/29/2015 2:09:29 PM(UTC-5) | Read | Thank you :( | |
| 1046 | Sent | To +18593983757 Rick & Becky Jessie* | 11/29/2015 2:03:40 PM(UTC-5) | | Sent | No worries | |
| 1047 | Sent | To +18593983757 Rick & Becky Jessie* | 11/29/2015 2:03:34 PM(UTC-5) | | Sent | K | |
| 1048 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/29/2015 2:01:17 PM(UTC-5) | Read: 11/29/2015 2:03:26 PM(UTC-5) | Read | :( Im about to● - * | |
| 1049 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/29/2015 1:59:58 PM(UTC-5) | Read: 11/29/2015 2:03:26 PM(UTC-5) | Read | I made a mistake its not Billie Lindsay its Bobby Hopkins and Donald Hopkins | |
| 1050 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/29/2015 11:53:30 AM(UTC-5) | Read: 11/29/2015 11:53:30 AM(UTC-5) | Read | Ok they will | |
| 1051 | Sent | To +18593983757 Rick & Becky Jessie* | 11/29/2015 11:51:57 AM(UTC-5) | | Sent | If they can, it would really help if they could have their $75 counseling fee though | |
| 1052 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/29/2015 11:51:30 AM(UTC-5) | Read: 11/29/2015 11:51:30 AM(UTC-5) | Read | You really saved me thank you so very much | |
| 1053 | Sent | To +18593983757 Rick & Becky Jessie* | 11/29/2015 11:49:02 AM(UTC-5) | | Sent | So sorry for all that you're going through :( | |
| 1054 | Sent | To +18593983757 Rick & Becky Jessie* | 11/29/2015 11:47:41 AM(UTC-5) | | Sent | No worries | |
| 1055 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/29/2015 11:44:41 AM(UTC-5) | Read: 11/29/2015 11:47:06 AM(UTC-5) | Read | Hey doc I'm sorry I know I owe you, Billie Lindsay and Donald Hopkins are coming down Monday if you change could let me owe you for them they said they wo | |
| 1056 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/29/2015 11:44:41 AM(UTC-5) | Read: 11/29/2015 11:47:06 AM(UTC-5) | Read | will never ask you anything again, I promise if you could it would save me please let me know something again I'm so sorry | |
| 1057 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/29/2015 11:44:41 AM(UTC-5) | Read: 11/29/2015 11:47:06 AM(UTC-5) | Read | uld give me money to try and put a deposit down on a place, we have to be out Monday morning, and my blazer is down, no vehicle right now, I'm sorry to ask I | |

| 1237 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/13/2015 10:45:09 AM(UTC-5) | Read: 11/13/2015 10:46:09 AM(UTC-5) | Read | Ok thanks | |
| 1238 | Sent | To +18593983757 Rick & Becky Jessie* | 11/13/2015 10:43:12 AM(UTC-5) | | Sent | I'll text tracking info as soon as I have it. | |
| 1239 | Sent | To +18593983757 Rick & Becky Jessie* | 11/13/2015 10:42:54 AM(UTC-5) | | Sent | Planning on it, yes. | |
| 1240 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/13/2015 10:40:47 AM(UTC-5) | Read: 11/13/2015 10:42:45 AM(UTC-5) | Read | Is there anyway you could overnight them rick will be out this weekend if you could we'd appreciate it so much | |
| 1244 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/12/2015 8:40:11 AM(UTC-5) | Read: 11/12/2015 8:43:58 AM(UTC-5) | Read | Ok thank you | |
| 1245 | Sent | To +18593983757 Rick & Becky Jessie* | 11/12/2015 8:39:25 AM(UTC-5) | | Sent | They will be priority mail most likely, I will text you the tracking number. | |
| 1246 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/12/2015 8:26:28 AM(UTC-5) | Read: 11/12/2015 8:38:42 AM(UTC-5) | Read | Are they going to be over nighted do we can make sure we are here | |
| 1247 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/12/2015 8:25:35 AM(UTC-5) | Read: 11/12/2015 8:38:42 AM(UTC-5) | Read | 2855 spencer rd mt sterling ky 40353 | |
| 1253 | Sent | To +18593983757 Rick & Becky Jessie* | 11/11/2015 9:57:46 AM(UTC-5) | | Sent | Frankly, I'm having difficulty keeping up with everything. Not just y'all but all the business stuff and issues with other pt's as well.  From now on please text Angel (she actually had this idea a few days ago and I should have told you then so this situation could have been avoided).  Her number is 336-202-1931 | |
| 1254 | Sent | To +18593983757 Rick & Becky Jessie* | 11/11/2015 9:53:01 AM(UTC-5) | | Sent | I'm very sorry. I thought y'all were coming on Thursday. | |
| 1255 | Sent | To +18593983757 Rick & Becky Jessie* | 11/11/2015 9:50:01 AM(UTC-5) | | Sent | We are closed today for Veterans Day. | |
| 1256 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/11/2015 9:42:04 AM(UTC-5) | Read: 11/11/2015 9:49:39 AM(UTC-5) | Read | Hey doc where are you we been here at the office waiting on you just checking to see if you are ok | |

| 1263 | Inbox | From +18593983757 Rick & Becky Jessie? | 11/10/2015 4:07:45 PM(UTC-5) | Read: 11/10/2015 5:04:41 PM(UTC-5) | Read | You don't know how much you've help us thank you so much |
| 1264 | Sent | To +18593983757 Rick & Becky Jessie* | 11/10/2015 4:05:22 PM(UTC-5) | | Sent | You're both good Come on |
| 1265 | Inbox | From +18593983757 Rick & Becky Jessie? | 11/10/2015 3:55:08 PM(UTC-5) | Read: 11/10/2015 4:05:07 PM(UTC-5) | Read | Hey rick said he'd pay you back if it meant he'd sell everything we have to pay you what we owe you |
| 1266 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/10/2015 12:07:38 PM(UTC-5) | Read: 11/10/2015 12:39:42 PM(UTC-5) | Read | t letting us slide on the office visits and we will pay you everything that we owe you |
| 1267 | Inbox | From +18593983757 Rick & Becky Jessie? | 11/10/2015 12:07:38 PM(UTC-5) | Read: 11/10/2015 12:39:42 PM(UTC-5) | Read | a place yet  he was wanting me to ask you about the office visits for me and him tomorrow we don't have the money im sorry I hate to keep asking you abou |
| 1268 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/10/2015 12:07:37 PM(UTC-5) | Read: 11/10/2015 12:39:42 PM(UTC-5) | Read | Hey doc im sorry to bother you as you know we have been going through rough times lately with rick being sick and trying to move and still haven't found |

| 1280 | Sent | To +18593983757 Rick & Becky Jessie* | 11/9/2015 12:28:40 PM(UTC-5) | | Sent | K |
|------|------|------|------|------|------|------|
| 1281 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/9/2015 12:16:22 PM(UTC-5) | Read: 11/9/2015 12:27:53 PM(UTC-5) | Read | We need to move Mark Lindsay and anthony paige to next monday we thought we had their ride figured out but they cant do it so we will bring them next mon |
| 1282 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/9/2015 12:16:19 PM(UTC-5) | Read: 11/9/2015 12:27:53 PM(UTC-5) | Read | day thank you for everything me and rick will see you wednesday hopfully keep your fingers crossed |
| 1283 | Sent | To +18593983757 Rick & Becky Jessie* | 11/9/2015 7:10:55 AM(UTC-5) | | Sent | Sounds good. Everyday your coming or bringing someone just plan to be there as early as possible (0745 at the earliest). |
| 1284 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/8/2015 11:05:37 PM(UTC-5) | Read: 11/9/2015 7:09:20 AM(UTC-5) | Read | lie jean lindsay and donald hopskins again thank you |
| 1285 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/8/2015 11:05:36 PM(UTC-5) | Read: 11/9/2015 7:09:20 AM(UTC-5) | Read | Hey doc thanks for all the help rock has pre-op and appt all day tuesday. Mark lindsay was moved to monday,but we had to get him another ride we can get |
| 1286 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/8/2015 11:05:36 PM(UTC-5) | Read: 11/9/2015 7:09:20 AM(UTC-5) | Read | him there on tuesday in the am so it would be like this if you can tuesday:mark lindsay and anthony paige and wednesday rick and becky and thursday bil |

| 1309 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/5/2015 8:10:53 AM(UTC-5) | Read: 11/5/2015 8:16:21 AM(UTC-5) | Read | Thank you so much I really appreciate it so much |
| 1310 | Sent | To +18593983757 Rick & Becky Jessie* | 11/5/2015 8:06:42 AM(UTC-5) | | Sent | No worries |
| 1311 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/5/2015 7:59:38 AM(UTC-5) | Read: 11/5/2015 8:06:05 AM(UTC-5) | Read | I hate to ask you but we all are short on money this week she has been helping us move our stuff |
| 1312 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/5/2015 7:53:09 AM(UTC-5) | Read: 11/5/2015 8:06:05 AM(UTC-5) | Read | me and rick comes down she short on money |
| 1313 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/5/2015 7:52:16 AM(UTC-5) | Read: 11/5/2015 8:06:05 AM(UTC-5) | Read | Hwy doc I'm sorry to bother you but Samantha miller has been helping us I was wondering if there was be any way we take care of her office next week when |
| 1316 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/4/2015 6:46:43 PM(UTC-5) | Read: 11/4/2015 6:47:40 PM(UTC-5) | Read | Thank yoy |
| 1317 | Sent | To +18593983757 Rick & Becky Jessie* | 11/4/2015 6:46:00 PM(UTC-5) | | Sent | Not a problem! Drive safe! We'll see ya in the morning! |
| 1318 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/4/2015 6:09:28 PM(UTC-5) | Read: 11/4/2015 6:44:43 PM(UTC-5) | Read | going to be with rick so I can come with Deanna I hope you don't care to swithed them I'm sorry but that's our only ride down thank you for everything |
| 1319 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/4/2015 6:09:27 PM(UTC-5) | Read: 11/4/2015 6:44:43 PM(UTC-5) | Read | Hey doc we will see you in the morning only need to put mark Lindsay for Monday and Samantha miller with Deanna tomorrow she's driving us down and Jon's |
| 1320 | Inbox | From +18593983757 Rick & Becky Jessie* | 11/4/2015 6:08:29 PM(UTC-5) | Read: 11/4/2015 6:44:43 PM(UTC-5) | Read | Hey doc we will see you in the morning only need to put mark Lindsay for Monday and Samantha miller with Deanna tomorrow she's driving us down and Jon's |

| 1332 | Inbox | **From** +18593983757 Rick & Becky Jessie* | 11/3/2015 7:40:00 PM(UTC-5) | **Read:** 11/3/2015 7:53:05 PM(UTC-5) | Read | Thank you |
| 1333 | Inbox | **From** +18593983757 Rick & Becky Jessie* | 11/3/2015 7:39:45 PM(UTC-5) | **Read:** 11/3/2015 7:53:05 PM(UTC-5) | Read | Thank you |
| 1334 | Sent | **To** +18593983757 Rick & Becky Jessie* | 11/3/2015 | | Sent | That's fine. Sorry to hear Rick has to go back. Hope they are helping him. |
| 1335 | Inbox | **From** +18593983757 Rick & Becky Jessie* | 11/3/2015 6:22:30 PM(UTC-5) | **Read:** 11/3/2015 6:50:12 PM(UTC-5) | Read | I'm sorry I'll keep you posted on rick thank you, from the bottom of |
| 1336 | Inbox | **From** +18593983757 Rick & Becky Jessie* | 11/3/2015 6:22:27 PM(UTC-5) | **Read:** 11/3/2015 6:50:12 PM(UTC-5) | Read | my heart if you don't care just let me know |
| 1337 | Inbox | **From** +18593983757 Rick & Becky Jessie* | 11/3/2015 6:22:27 PM(UTC-5) | **Read:** 11/3/2015 6:50:12 PM(UTC-5) | Read | ng that would help me alot I know I've been a pain in your but and |
| 1338 | Inbox | **From** +18593983757 Rick & Becky Jessie* | 11/3/2015 6:22:25 PM(UTC-5) | **Read:** 11/3/2015 6:50:12 PM(UTC-5) | Read | d to ask you I need to move Deanna and mark lindsay to Thursday ca |
| 1339 | Inbox | **From** +18593983757 Rick & Becky Jessie* | 11/3/2015 6:22:25 PM(UTC-5) | **Read:** 11/3/2015 6:50:12 PM(UTC-5) | Read | to go back tomorrow so if they can come first thing Thursday morni |
| 1340 | Inbox | **From** +18593983757 Rick & Becky Jessie* | 11/3/2015 6:22:23 PM(UTC-5) | **Read:** 11/3/2015 6:50:12 PM(UTC-5) | Read | fuse as you know rick has been sick we went to the Dr today and have |
| 1341 | Inbox | **From** +18593983757 Rick & Becky Jessie* | 11/3/2015 6:22:23 PM(UTC-5) | **Read:** 11/3/2015 6:50:12 PM(UTC-5) | Read | Hey doc I'm so sorry but I know you will probably kill me but I nee |
| 1347 | Inbox | **From** +18593983757 Rick & Becky Jessie* | 11/3/2015 3:36:15 PM(UTC-5) | **Read:** 11/3/2015 3:44:42 PM(UTC-5) | Read | Thank you |
| 1348 | Sent | **To** +18593983757 Rick & Becky Jessie* | 11/3/2015 2:25:56 PM(UTC-5) | | Sent | Not a problem. |
| 1349 | Inbox | **From** +18593983757 Rick & Becky Jessie* | 11/3/2015 2:08:28 PM(UTC-5) | **Read:** 11/3/2015 2:25:21 PM(UTC-5) | Read | t and mark lunsday will be riding with us tomorrow he didn't have a ride if you could send me a text I would appreciate it thank you |
| 1350 | Inbox | **From** +18593983757 Rick & Becky Jessie* | 11/3/2015 2:08:28 PM(UTC-5) | **Read:** 11/3/2015 2:25:21 PM(UTC-5) | Read | Hey doc I'm sorry to bother you I was wondering if there is anyway you could let us pay Deanna's office visit next week when me and rick come for our app |

| 1385 | Inbox | From +18592748712 Rick & Becky Jessie* | 10/19/2015 11:29:00 AM(UTC-4) | Read: 10/19/2015 11:32:56 AM(UTC-4) | Read | Thanks love you |  |
| 1386 | Sent | To +18592748712 Rick & Becky Jessie* | 10/19/2015 11:27:30 AM(UTC-4) |  | Sent | So very happy to help! You are most welcome. |  |
| 1387 | Inbox | From +18592748712 Rick & Becky Jessie* | 10/19/2015 11:05:34 AM(UTC-4) | Read: 10/19/2015 11:26:52 AM(UTC-4) | Read | alright |  |
| 1388 | Inbox | From +18592748712 Rick & Becky Jessie* | 10/19/2015 11:05:34 AM(UTC-4) | Read: 10/19/2015 11:26:52 AM(UTC-4) | Read | many people about none of my problem s  thanks for listening you're |  |
| 1389 | Inbox | From +18592748712 Rick & Becky Jessie* | 10/19/2015 11:05:33 AM(UTC-4) | Read: 10/19/2015 11:26:52 AM(UTC-4) | Read | Thanks so much for everything you just don't know I don't talk to |  |
| 1390 | Sent | To +18592748712 Rick & Becky Jessie* | 10/19/2015 10:59:13 AM(UTC-4) |  | Sent | © |  |
| 1391 | Inbox | From +18592748712 Rick & Becky Jessie* | 10/19/2015 10:21:24 AM(UTC-4) | Read: 10/19/2015 10:58:53 AM(UTC-4) | Read | g a good job so far |  |

| 1392 | Inbox | From +18592748712 (Rick & Becky Jessie* | 10/19/2015 10:21:24 AM(UTC-4) | Read 10/19/2015 10:58:53 AM(UTC-4) | Read ( | Them thing are strong cost a little but you are right they are doin |  |  |

| 1421 | Sent | **From** +18655858260 Joel Smithers* **To** +18592748712 Rick & Becky Jessie* | 10/13/2015 2:35:30 PM(UTC-4) | | Sent | K | |

| 1424 | Inbox | **To** +18655858260 Joel Smithers* **From** +18592748712 Rick & Becky Jessie* | 10/13/2015 2:03:24 PM(UTC-4) | **Read:** 10/13/2015 2:35:28 PM(UTC-4) | Read | When you can call me | |

| 1469 | Sent | **To** +18592748712 Rick & Becky Jessie* | 10/7/2015 10:10:05 PM(UTC-4) | | Sent | John has been a big help too!!! | |
| 1470 | Sent | **To** +18592748712 Rick & Becky.Jessie* | 10/7/2015 10:09:54 PM(UTC-4) | | Sent | Thanks for all y'all's help with everyone and everything!!! | |
| 1471 | Sent | **To** +18592748712 Rick & Becky Jessie* | 10/7/2015 10:09:25 PM(UTC-4) | | Sent | It worked well when it was simple but now i have more to keep up with and it's been a bit too much for me lol | |
| 1472 | Sent | **To** +18592748712 Rick & Becky Jessie* | 10/7/2015 10:08:47 PM(UTC-4) | | Sent | No worries | |
| 1473 | Sent | **To** +18592748712 Rick & Becky Jessie* | 10/7/2015 10:08:44 PM(UTC-4) | | Sent | Excellent | |

| 1474 | Inbox | From +18592748712 Rick & Becky Jessie* | 10/7/2015 9:53:56 PM(UTC-4) | Read: 10/7/2015 10:08:32 PM(UTC-4) | Read | Everybody will be doing it theirselves we are sorry to bother you so much |
| 1475 | Inbox | From +18592748712 Rick & Becky Jessie* | 10/7/2015 9:49:47 PM(UTC-4) | Read: 10/7/2015 10:08:32 PM(UTC-4) | Read | Ok |
| 1476 | Sent | To +18592748712 Rick & Becky Jessie* | 10/7/2015 9:48:16 PM(UTC-4) | | Sent | And they need to be the ones to call and leave a voicemail on the 844-373-7883 number so that we have verification from them that their appointment is canceled or needing to be rescheduled. I simply cannot keep up with text messages from everyone and all the changes that people are requesting. And if we do it through the voicemail we have verification of the patient requesting the change in their appointment time. |
| 1477 | Inbox | From +18592748712 Rick & Becky Jessie* | 10/7/2015 9:47:52 PM(UTC-4) | Read: 10/7/2015 9:47:52 PM(UTC-4) | Read | OK thank you I will let her know |
| 1478 | Sent | To +18592748712 Rick & Becky Jessie* | 10/7/2015 9:45:51 PM(UTC-4) | | Sent | She is cool to come tm but we need to get more organized with our schedule here. People are going to have to start missing their visit and be out of their medicine for an entire month if they cannot come to their appointment when it is scheduled. |
| 1479 | Inbox | From +18592748712 Rick & Becky Jessie* | 10/7/2015 9:38:18 PM(UTC-4) | Read: 10/7/2015 9:44:03 PM(UTC-4) | Read | It wasn't her fault it was mine I'm very sorry about that she was asking me about it |
| 1480 | Inbox | From +18592748712 Rick & Becky Jessie* | 10/7/2015 9:36:53 PM(UTC-4) | Read: 10/7/2015 9:44:03 PM(UTC-4) | Read | mes tomorrow |
| 1481 | Inbox | From +18592748712 Rick & Becky Jessie* | 10/7/2015 9:35:50 PM(UTC-4) | Read: 10/7/2015 9:44:03 PM(UTC-4) | Read | I text you the other day asking about moving her along with moving mark and Antony you said it was fine I'm sorry if I misunderstood is it OK if she co |
| 1482 | Sent | To +18592748712 Rick & Becky Jessie* | 10/7/2015 9:29:20 PM(UTC-4) | | Sent | I have her down as a no show |
| 1483 | Sent | To +18592748712 Rick & Becky Jessie* | 10/7/2015 9:29:03 PM(UTC-4) | | Sent | WTF??? |
| 1484 | Sent | To +18592748712 Rick & Becky Jessie* | 10/7/2015 9:28:59 PM(UTC-4) | | Sent | Wait, Miles was supposed to be here today!!! |
| 1485 | Inbox | From +18592748712 Rick & Becky Jessie* | 10/7/2015 9:27:56 PM(UTC-4) | Read: 10/7/2015 9:27:57 PM(UTC-4) | Read | Ok |
| 1486 | Sent | To +18592748712 Rick & Becky Jessie* | 10/7/2015 9:27:11 PM(UTC-4) | | Sent | Yes, sir |
| 1487 | Inbox | From +18592748712 Rick & Becky Jessie* | 10/7/2015 8:59:15 PM(UTC-4) | Read: 10/7/2015 9:23:24 PM(UTC-4) | Read | Hey doc Amanda miles has a appt in the morning at 9:00 is it still a go for her |
| 1492 | Sent | From +18655858260 Joel Smithers* To +18592748712 Rick & Becky Jessie* | 10/6/2015 3:46:53 PM(UTC-4) | | Sent | Here's what I could find |
| 1493 | Sent | From +18655858260 Joel Smithers* To +18592748712 Rick & Becky Jessie* | 10/6/2015 3:40:29 PM(UTC-4) | | Sent | Idk their number or address |
| 1494 | Sent | From +18655858260 Joel Smithers* To +18592748712 Rick & Becky Jessie* | 10/6/2015 3:40:18 PM(UTC-4) | | Sent | They close at 7pm |

| 1495 | Inbox | To +18655858260 Joel Smithers* From +18592748712 Rick & Becky Jessie* | 10/6/2015 3:26:26 PM(UTC-4) | Read: 12331 3:40:04 PM(UTC-4) 10/6/2015 | Read | I'm sorry to bother you send me a phone nber for Buffalo I need of asap |
| 1496 | Inbox | To +18655858260 Joel Smithers* From +13362021931 AMS* | 10/6/2015 3:26:08 PM(UTC-4) | Read: 10/6/2015 3:39:45 PM(UTC-4) | Read | Only two VM today |
| 1497 | Inbox | To +18655858260 Joel Smithers* From +18592748712 Rick & Becky Jessie* | 10/6/2015 3:06:47 PM(UTC-4) | Read: 10/6/2015 3:40:04 PM(UTC-4) | Read | Could you call me |
| 1498 | Inbox | To +18655858260 Joel Smithers* From +18592748712 Rick & Becky Jessie* | 10/6/2015 2:49:13 PM(UTC-4) | Read: 10/6/2015 3:40:04 PM(UTC-4) | Read | Do you know the address to buffalo and what time they close |
| 1499 | Sent | From +18655858260 Joel Smithers* To +18592748712 Rick & Becky Jessie* | 10/6/2015 2:28:57 PM(UTC-4) | | Sent | |
| 1500 | Inbox | To +18655858260 Joel Smithers* From +18592748712 Rick & Becky Jessie* | 10/6/2015 2:28:34 PM(UTC-4) | Read: 10/6/2015 2:28:34 PM(UTC-4) | Read | They won't do it |
| 1501 | Sent | From +18655858260 Joel Smithers* To +18592748712 Rick & Becky Jessie* | 10/6/2015 2:27:28 PM(UTC-4) | | Sent | I will |
| 1502 | Inbox | To +18655858260 Joel Smithers* From +18592748712 Rick & Becky Jessie* | 10/6/2015 2:23:36 PM(UTC-4) | Read: 10/6/2015 2:27:21 PM(UTC-4) | Read | Will you please let me know |
| 1503 | Sent | From +18655858260 Joel Smithers* To +18592748712 Rick & Becky Jessie* | 10/6/2015 2:14:40 PM(UTC-4) | | Sent | Waiting to hear from them while I see pt's |
| 1504 | Inbox | To +18655858260 Joel Smithers* From +18592748712 Rick & Becky Jessie* | 10/6/2015 2:11:55 PM(UTC-4) | Read: 10/6/2015 2:11:55 PM(UTC-4) | Read | Are you going to call them or them call you |
| 1505 | Sent | From +18655858260 Joel Smithers* To +18592748712 Rick & Becky Jessie* | 10/6/2015 2:10:45 PM(UTC-4) | | Sent | K |
| 1506 | Inbox | To +18655858260 Joel Smithers* From +18592748712 Rick & Becky Jessie* | 10/6/2015 2:08:02 PM(UTC-4) | Read: 10/6/2015 2:10:36 PM(UTC-4) | Read | Hey doc the pharm at Walmart will be calling you 502-244-2276 or you can call them this is the phone number |
| 1507 | Inbox | To +18655858260 Joel Smithers* From +18592748712 Rick & Becky Jessie* | 10/6/2015 1:38:40 PM(UTC-4) | Read: 10/6/2015 2:10:36 PM(UTC-4) | Read | Hey doc you might be getting a call from the Walmart that tim Damrom went to to confirm my scripts so please answer the call |
| 1508 | Inbox | To +18655858260 Joel Smithers* From +18592748712 Rick & Becky Jessie* | 10/5/2015 11:32:40 PM(UTC-4) | Read: 10/6/2015 6:55:42 AM(UTC-4) | Read | OK thank you so much |
| 1509 | Sent | From +18655858260 Joel Smithers* To +18592748712 Rick & Becky Jessie* | 10/5/2015 10:44:42 PM(UTC-4) | | Sent | They can just swap for the times already agreed to. |
| 1510 | Inbox | To +18655858260 Joel Smithers* From +18592748712 Rick & Becky Jessie* | 10/5/2015 9:57:44 PM(UTC-4) | Read: 10/5/2015 10:44:18 PM(UTC-4) | Read | If you can can they have early appt |

9297

| | | To/From | Date/Time | Read | Status | Message | |
|---|---|---|---|---|---|---|---|
| 1511 | Inbox | To<br>+18655858260<br>Joel Smithers*<br>From<br>+18592748712<br>Rick & Becky Jessie* | 10/5/2015<br>9:07:54 PM(UTC-4) | Read:<br>10/5/2015<br>9:35:51 PM(UTC-4) | Read | a little trouble getting things together and thank you again for today I'm sorry I have to move them | |
| 1512 | Inbox | To<br>+18655858260<br>Joel Smithers*<br>From<br>+18592748712<br>Rick & Becky Jessie* | 10/5/2015<br>9:06:50 PM(UTC-4) | Read:<br>10/5/2015<br>9:35:51 PM(UTC-4) | Read | Hey doc I am so sorry I need to move mark Lindsay and Antony Paige to Wednesday and Aundra white and Amanda miles for Thursday and rick for monday having | |
| 1514 | Inbox | To<br>+18655858260<br>Joel Smithers*<br>From<br>+18592748712<br>Rick & Becky Jessie* | 10/5/2015<br>3:21:47 PM(UTC-4) | Read:<br>10/5/2015<br>3:27:30 PM(UTC-4) | Read | Thank you | |
| 1515 | Sent | From<br>+18655858260<br>Joel Smithers*<br>To<br>+18592748712<br>Rick & Becky Jessie* | 10/5/2015<br>3:15:21 PM(UTC-4) | | Sent | I did. They are going to fill them | |
| 1516 | Inbox | To<br>+18655858260<br>Joel Smithers*<br>From<br>+18592748712<br>Rick & Becky Jessie* | 10/5/2015<br>2:49:12 PM(UTC-4) | Read:<br>10/5/2015<br>3:14:54 PM(UTC-4) | Read | Sorry to bother you again just checking see if you had a chance to call them | |
| 1518 | Sent | From<br>+18655858260<br>Joel Smithers*<br>To<br>+18592748712<br>Rick & Becky Jessie* | 10/5/2015<br>1:59:27 PM(UTC-4) | | Sent | No worries!<br>Happy to help© | |
| 1520 | Inbox | To<br>+18655858260<br>Joel Smithers*<br>From<br>+18592748712<br>Rick & Becky Jessie* | 10/5/2015<br>1:54:01 PM(UTC-4) | Read:<br>10/5/2015<br>1:59:01 PM(UTC-4) | Read | I'm sorry for bothering you I do appreciate your time | |
| 1521 | Sent | From<br>+18655858260<br>Joel Smithers*<br>To<br>+18592748712<br>Rick & Becky Jessie* | 10/5/2015<br>1:52:41 PM(UTC-4) | | Sent | Yes | |
| 1522 | Inbox | To<br>+18655858260<br>Joel Smithers*<br>From<br>+18592748712<br>Rick & Becky Jessie* | 10/5/2015<br>1:49:07 PM(UTC-4) | Read:<br>10/5/2015<br>1:52:38 PM(UTC-4) | Read | Are you busy tiday | |
| 1523 | Inbox | To<br>+18655858260<br>Joel Smithers*<br>From<br>+18592748712<br>Rick & Becky Jessie* | 10/5/2015<br>1:48:36 PM(UTC-4) | Read:<br>10/5/2015<br>1:52:38 PM(UTC-4) | Read | I forgot the have their lunch from 1:00 to 2:00 and thank you for fixing my scripts | |
| 1524 | Sent | From<br>+18655858260<br>Joel Smithers*<br>To<br>+18592748712<br>Rick & Becky Jessie* | 10/5/2015<br>1:47:18 PM(UTC-4) | | Sent | I'll try back in 30min or so | |
| 1525 | Sent | From<br>+18655858260<br>Joel Smithers*<br>To<br>+18592748712<br>Rick & Becky Jessie* | 10/5/2015<br>1:47:02 PM(UTC-4) | | Sent | The message says they don't open back up til 2pm today | |
| 1526 | Inbox | To<br>+18655858260<br>Joel Smithers*<br>From<br>+18592748712<br>Rick & Becky Jessie* | 10/5/2015<br>1:43:00 PM(UTC-4) | Read:<br>10/5/2015<br>1:44:45 PM(UTC-4) | Read | OK thank you | |

| 1527 | Inbox | **To**<br>+18655858260<br>Joel Smithers*<br>**From**<br>+18592748712<br>Rick & Becky Jessie* | 10/5/2015<br>1:42:46 PM(UTC-4) | **Read:**12333<br>10/5/2015<br>1:44:45 PM(UTC-4) | Read | Text me back so I know you got my text thank you | |
| 1528 | Sent | **From**<br>+18655858260<br>Joel Smithers*<br>**To**<br>+18592748712<br>Rick & Becky Jessie* | 10/5/2015<br>1:42:28 PM(UTC-4) | | Sent | Calling now | |
| 1529 | Inbox | **To**<br>+18655858260<br>Joel Smithers*<br>**From**<br>+18592748712<br>Rick & Becky Jessie* | 10/5/2015<br>1:41:17 PM(UTC-4) | **Read:**<br>10/5/2015<br>1:41:45 PM(UTC-4) | Read | Hey doc Timmy damron is trying to fill his scripts in Louisville at Walmart they been trying to contact you for verify His scripts I got the phone number | |
| 1530 | Inbox | **To**<br>+18655858260<br>Joel Smithers*<br>**From**<br>+18592748712<br>Rick & Becky Jessie* | 10/5/2015<br>1:41:17 PM(UTC-4) | **Read:**<br>10/5/2015<br>1:41:45 PM(UTC-4) | Read | to them if you will call them 1-502-244-2551, I really appreciate it | |
| 1533 | Inbox | **From**<br>+18592748311<br>Rick & Becky Jessie* | 10/2/2015<br>5:22:49 PM(UTC-4) | **Read:**<br>10/2/2015<br>5:22:50 PM(UTC-4) | Read | Found a couple of pharm you have to call them to get in there system | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1554 | Inbox | **From** +18592748712 Rick & Becky Jessie* | 9/29/2015 7:18:32 PM(UTC-4) | **Read:** 9/29/2015 7:19:05 PM(UTC-4) | Read | Hey doc |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1557 | Inbox | **From** +18592748712 Rick & Becky Jessie* | 9/29/2015 4:13:44 AM(UTC-4) | **Read:** 9/29/2015 4:15:47 PM(UTC-4) | Read | Ok |
| 1558 | Inbox | **From** +18592748712 Rick & Becky Jessie* | 9/29/2015 4:13:28 PM(UTC-4) | **Read:** 9/29/2015 4:13:32 PM(UTC-4) | Read | OK |
| 1559 | Sent | **To** +18592748712 Rick & Becky Jessie* | 9/29/2015 4:07:04 PM(UTC-4) | | Sent | Sams Walmart Local/mom&pop pharmacies |
| 1560 | Inbox | **From** +18592748712 Rick & Becky Jessie* | 9/29/2015 3:33:08 PM(UTC-4) | **Read:** 9/29/2015 4:06:03 PM(UTC-4) | Read | Any other ideas |
| 1561 | Sent | **To** +18592748712 Rick & Becky Jessie* | 9/29/2015 3:30:54 PM(UTC-4) | | Sent | I've heard that since this morning from another pt |
| 1562 | Inbox | **From** +18592748712 Rick & Becky Jessie* | 9/29/2015 3:29:53 PM(UTC-4) | **Read:** 9/29/2015 3:30:21 PM(UTC-4) | Read | Hey doc that 24 hour CVS said they wouldn't fill for you |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1567 | Sent | **To** +18592748712 Rick & Becky Jessie* | 9/29/2015 9:55:46 AM(UTC-4) | | Sent | Monday 10/5 for Shane and Steve is 1:30 and 2:00 pm |
| 1568 | Sent | **To** +18592748712 Rick & Becky Jessie* | 9/29/2015 9:54:32 AM(UTC-4) | | Sent | Tuesday 10/6 for Mark and Anthony at 12:00 and 12:30 |
| 1569 | Inbox | **From** +18592748712 Rick & Becky Jessie* | 9/28/2015 10:32:23 PM(UTC-4) | **Read:** 9/29/2015 9:44:28 AM(UTC-4) | Read | you don't care leave a spot open for him |
| 1570 | Inbox | **From** +18592748712 Rick & Becky Jessie* | 9/28/2015 10:32:23 PM(UTC-4) | **Read:** 9/29/2015 9:44:27 AM(UTC-4) | Read | That's Tuesday for mark and Anthony that the 6 th I've got a couple of guys for Monday it Shane Vance and steve I'm notvsure what his last name is[  if |
| 1571 | Sent | **To** +18592748712 Rick & Becky Jessie* | 9/28/2015 9:36:26 PM(UTC-4) | | Sent | Mark and Anthony for Monday 10/6 should be fine I'll get times soon |
| 1572 | Sent | **To** +18592748712 Rick & Becky Jessie* | 9/28/2015 9:31:41 PM(UTC-4) | | Sent | Sure |
| 1573 | Inbox | **From** +18592748712 Rick & Becky Jessie* | 9/28/2015 9:08:53 PM(UTC-4) | **Read:** 9/28/2015 9:27:37 PM(UTC-4) | Read | OK can we switch Janet craycraft to Wednesday and put Timmy damron in her place tomorrow |
| 1574 | Sent | **To** +18592748712 Rick & Becky Jessie* | 9/28/2015 8:46:21 PM(UTC-4) | | Sent | No |
| 1575 | Inbox | **From** +18592748712 Rick & Becky Jessie* | 9/28/2015 8:39:08 PM(UTC-4) | **Read:** 9/28/2015 8:46:17 PM(UTC-4) | Read | Hey doc are you going to be open on October the 9 th |

9300

| 1576 | Inbox | From<br>+18592748712<br>Rick & Becky Jessie* | 9/28/2015<br>7:17:42 PM(UTC-4) | Read:<br>9/28/2015<br>7:18:11 PM(UTC-4) | Read | Anthony-Paige-I just need times for them I'm so sorry for bothering |
| 1577 | Inbox | From<br>+18592748712<br>Rick & Becky Jessie* | 9/28/2015<br>7:17:42 PM(UTC-4) | Read:<br>9/28/2015<br>7:18:11 PM(UTC-4) | Read | Hey doc I got two people for the 6 the of October mark Lindsay and |
| 1578 | Inbox | From<br>+18592748712<br>Rick & Becky Jessie* | 9/28/2015<br>7:17:42 PM(UTC-4) | Read:<br>9/28/2015<br>7:18:11 PM(UTC-4) | Read | you so much |
| 1580 | Inbox | From<br>+18592748712<br>Rick & Becky Jessie* | 9/28/2015<br>10:10:30 AM(UTC-4) | Read:<br>9/28/2015<br>10:23:57 AM(UTC-4) | Read | OK I need to talk to you about my script |
| 1581 | Sent | To<br>+18592748712<br>Rick & Becky Jessie* | 9/28/2015<br>10:05:21 AM(UTC-4) | | Sent | Tuesday tomorrow |
| 1582 | Sent | To<br>+18592748712<br>Rick & Becky Jessie* | 9/28/2015<br>10:05:15 AM(UTC-4) | | Sent | Yes |
| 1583 | Inbox | From<br>+18592748712<br>Rick & Becky Jessie* | 9/28/2015<br>10:04:46 AM(UTC-4) | Read:<br>9/28/2015<br>10:05:09 AM(UTC-4) | Read | That for Tuesday right |
| 1584 | Sent | To<br>+18592748712<br>Rick & Becky Jessie* | 9/28/2015<br>10:01:21 AM(UTC-4) | | Sent | Other than Janet I have no other pt's scheduled for tm |
| 1585 | Sent | To<br>+18592748712<br>Rick & Becky Jessie* | 9/28/2015<br>10:00:44 AM(UTC-4) | | Sent | There's a spot for Candy George at 1000 tm if she wants it |
| 1586 | Sent | To<br>+18592748712<br>Rick & Becky Jessie* | 9/28/2015<br>10:00:05 AM(UTC-4) | | Sent | Janet Craycraft is tm at 0930 |
| 1587 | Sent | To<br>+18592748712<br>Rick & Becky Jessie* | 9/28/2015<br>9:17:37 AM(UTC-4) | | Sent | Excellent!<br>Will do |
| 1588 | Inbox | From<br>+18592748712<br>Rick & Becky Jessie* | 9/28/2015<br>9:14:30 AM(UTC-4) | Read:<br>9/28/2015<br>9:17:12 AM(UTC-4) | Read | Good morning Jon and matt Hagerman are there just wanted to let you know Becky's phone is out of min so text this phone if you need anything |

| 1706 | Sent | **To** +18592748311 Rick & Becky Jessie* | 9/8/2015 11:19:25 AM(UTC-4) | | Sent | They are for 0930 and 1000AM TOMORROW. | |
| 1707 | Sent | **To** +18592748311 Rick & Becky Jessie* | 9/8/2015 11:16:00 AM(UTC-4) | | Sent | I'll check the schedule and get back with you. | |

| 17663 | SMS Messages | Incoming | | | | 3/4/2016 9:53:37 AM(UTC-5) | From: +18593983757 Rick & Becky Jessie To: +13362795798 SCH Cell | Hey doc it's Becky Jessie and Rick,we are sorry,we haven't got our money yet,they say we will receive it around the 17 thru the 20th,we hope,we will send the 420 plus 600 more,we will send you Rick's blood work when we get it,Rick's head don't look good it has three holes opened up,bad news is that's the way it started that made the big hole,good news is the skin and flesh is good,and probably going to have another surgery,we will know something towards the end of the month,they don't want Rick out much with his head opened,we still haven't got a car yet,we can't wait to get that money,so we can pay you and the housing authority,if you don't care, and we really hate to ask if you could send our scripts this will be the last time,next month, hopefully we can get down there,if you would we would really appreciate it,we thought it would already be here,we are sorry,we didn't mean for it to take this long the housing authority,put us in a house right down from deanna,for now,the VA and the housing authority,are helping us again,we are sorry,if you don't care to send them one more time we appreciate it and everything you have done to help,us,thanks doc | |

6301

| 17803 | SMS Messages | Incoming | | | 3/5/2016 2:37:37 PM(UTC-5) | From: +18593983757 Rick & Becky Jessie To: +13362795798 SCH Cell | Hey doc I didn't know if you got my text yesterday if you could let me know I'd appreciate it | |

| 17833 | SMS Messages | Outgoing | | | | 3/6/2016 3:09:15 PM(UTC-5) | From: +13362795798 SCH Cell To: +18593983757 Rick & Becky Jessie | I have received your msgs. How early can i call you all tomorrow morning to discuss things? | |
| 17834 | SMS Messages | Incoming | | | | 3/6/2016 3:10:02 PM(UTC-5) | From: +18593983757 Rick & Becky Jessie To: +13362795798 SCH Cell | Anytime | |

| 17871 | SMS Messages | Incoming | | | | 3/7/2016 9:00:35 AM(UTC-5) | From: +18593983757 Rick & Becky Jessie | Hey doc it's Becky Jessie I'm sorry I missed your call please call me back if you don't care asap please |

| 18007 | SMS Messages | Incoming | | | 3/8/2016 8:01:19 AM(UTC-5) | From: +18593983757 Rick & Becky Jessie | Hey doc it's Becky Jessie i'm sorry I missed your call yesterday please call me back asap please | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18112 | SMS Messages | Incoming | | | 3/8/2016 9:13:46 PM(UTC-5) | From: +18593983757 Rick & Becky Jessie | Hey doc i'm so sorry I missed your call,i tried to call you back,I didn't know if you could send our scripts like the last time,if you could.we'd really |
| 18113 | SMS Messages | Incoming | | | 3/8/2016 9:13:47 PM(UTC-5) | From: +18593983757 Rick & Becky Jessie | as we get it.talk to you later |
| 18114 | SMS Messages | Incoming | | | 3/8/2016 9:13:48 PM(UTC-5) | From: +18593983757 Rick & Becky Jessie | appreciate it,Rick might have to have another surgery again,don't know yet,I will let you know when we know more and we will send you that money as soon |
| 18118 | SMS Messages | Outgoing | | | 3/9/2016 8:32:03 AM(UTC-5) | To: +18593983757 Rick & Becky Jessie | Text me this afternoon to remind me to call you.  Sorry for not getting back sooner. |
| 18121 | SMS Messages | Incoming | | | 3/9/2016 8:33:23 AM(UTC-5) | From: +18593983757 Rick & Becky Jessie | Sure thing sorry again for missing your call the other day |

6321

| | 18169 | SMS Messages | Incoming | | | 3/9/2016 12:37:32 PM(UTC-5) | From: +18593983757 Rick & Becky Jessie | Hey doc it's Becky you wanted me to text you and remind you don't forget to call me please | |

| 18201 | SMS Messages | Incoming | | | 3/9/2016 6:23:08 PM(UTC-5) | 1067 From: +18593983757 Rick & Becky Jessie | Hey doc I'm sorry to bother you again but you wanted me to remind you to call me? | |

| 18221 | SMS Messages | Incoming | | | 3/10/2016 8:19:20 AM(UTC-5) | From: +18593983757 Rick & Becky Jessie | Hey doc it's Becky, Jessie you wanted me to text you and remind you to call us, please call us as soon as you get the chance please |

| 18235 | SMS Messages | Incoming | | | 3/10/2016 10:30:11 AM(UTC-5) | From: +18593983757 Rick & Becky Jessie | Hey doc i'm sorry to bother you again but Rick wanted me to text you and ask if you could do like last month,if you could we'd really appreciate it and e) |
| 18236 | SMS Messages | Incoming | | | 3/10/2016 10:30:12 AM(UTC-5) | From: +18593983757 Rick & Becky Jessie | verything thing you have done for us and as soon as we get our money we will send it to you and he said next month we will come down there no matter what |
| 18237 | SMS Messages | Incoming | | | 3/10/2016 10:30:12 AM(UTC-5) | From: +18593983757 Rick & Becky Jessie | and what they say he wants to see you and angel and the kids again thank you so very much |

| 18929 | SMS Messages | Incoming | | | 3/15/2016 12:09:10 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie To: +13362795798 SCH Cell | hank you |  |
| 18930 | SMS Messages | Incoming | | | 3/15/2016 12:09:10 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie To: +13362795798 SCH Cell | Hey doc i'm sorry to bother you but Rick wanted to see if you got them sent out on Friday.he was watching the mail and they wasn't in there sorry again t |  |

| 21851 | SMS Messages | Incoming | | | | 4/1/2016 11:50:16 AM(UTC-4) | From: +18593983757 Rick & Becky Jessie To: +13362795798 SCH Cell | Hey doc it's Becky Jessie I'm sorry to bother you but we need t o move our appt to the 15th or the 18th |

| | 21876 | SMS Messages | Outgoing | | | 4/1/2016 8:07:43 PM(UTC-4) | Durocher From: +13362795798 SCH Cell To: +18593983757 Rick & Becky Jessie | We can look and see. The 18th would be fine but I'm not open on Fridays (15th). | |
|---|---|---|---|---|---|---|---|---|---|
| | 21877 | SMS Messages | Incoming | | | 4/1/2016 8:09:51 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie To: +13362795798 SCH Cell | That's great thanks | |

| 21995 | SMS Messages | Outgoing | | | | 4/4/2016 9:29:34 AM(UTC-4) | From: +13362795798 SCH Cell To: +18593983757 Rick & Becky Jessie | So I have a 12 o'clock spot open for all three of you on Monday, April 18. Will that work? | |
| 21996 | SMS Messages | Incoming | | | | 4/4/2016 9:30:25 AM(UTC-4) | From: +18593983757 Rick & Becky Jessie To: +13362795798 SCH Cell | Yea | |
| 21997 | SMS Messages | Outgoing | | | | 4/4/2016 9:31:11 AM(UTC-4) | From: +13362795798 SCH Cell To: +18593983757 Rick & Becky Jessie | Also, if money is an issue, please don't worry about trying to pay at this visit. I understand that finances are tight for all of you right now. I simply need to see you all for your scheduled visits. | |
| 21998 | SMS Messages | Incoming | | | | 4/4/2016 9:32:30 AM(UTC-4) | From: +18593983757 Rick & Becky Jessie To: +13362795798 SCH Cell | Ok thank u so much | |

| 23747 | SMS Messages | Incoming | | | 4/17/2016 9:02:36 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie To: +13362795798 SCH Cell | Hey doc i'm sorry to bother you but I don't think we can make it tomorrow,we have tried to get a ride but can't find anyone to give us a ride,is there an | |
| 23748 | SMS Messages | Incoming | | | 4/17/2016 9:02:36 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie To: +13362795798 SCH Cell | yway you would send Rick scripts and we will try and get up there either Friday  if you could please fed ex  them we don't know what to do we can't make | |
| 23749 | SMS Messages | Incoming | | | 4/17/2016 9:02:37 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie To: +13362795798 SCH Cell | it til friday we will be there thanks for everything | |

| 23785 | SMS Messages | Outgoing | | | 4/18/2016 10:57:57 AM (UTC-4) | From: +13362795798 SCH Cell / To: +18593983757 Rick & Becky Jessie | I'm sorry to hear that.  The office is closed on Friday (most every Friday, only open M-Thrs). | |

| 23787 | SMS Messages | Outgoing | | | 4/18/2016 10:58:51 AM (UTC-4) | From: +13362795798 SCH Cell / To: +18593983757 Rick & Becky Jessie | I would rather you spend money to get the 3 of you here instead of on meds. | |

| 23791 | SMS Messages | Outgoing | | | 4/18/2016 10:59:20 AM (UTC-4) | From: +13362795798 SCH Cell / To: +18593983757 Rick & Becky Jessie | If I wire you money could y'all rent a car or get someone to bring the three of you? | |

| 23823 | SMS Messages | Incoming | | | 4/18/2016 4:06:01 PM(UTC-4) | From: +18595853772 Rick & Becky Jessie To: +13362795798 SCH Cell | as wondering if you git my message about not being able to get there,is there anyway possible you would send our scripts this last time I promise we will |
|---|---|---|---|---|---|---|---|
| 23824 | SMS Messages | Incoming | | | 4/18/2016 4:06:01 PM(UTC-4) | From: +18595853772 Rick & Becky Jessie To: +13362795798 SCH Cell | hey doc it's becky just wanted to let you know,I had to bring rick up to the va hospital he has been getting sick for the last 6 days throwing up but I w |
| 23825 | SMS Messages | Incoming | | | 4/18/2016 4:06:03 PM(UTC-4) | From: +18595853772 Rick & Becky Jessie To: +13362795798 SCH Cell | I be there thank you so much copher momma :)) |
| 23826 | SMS Messages | Incoming | | | 4/18/2016 4:11:55 PM(UTC-4) | From: +18595853772 Rick & Becky Jessie To: +13362795798 SCH Cell | (be there when you say please I dont know what else to do,this is deannas phone ,my phone is out of time,so please let me know something I promise we wil |
| 23827 | SMS Messages | Incoming | | | 4/18/2016 4:50:14 PM(UTC-4) | From: +18595853772 Rick & Becky Jessie To: +13362795798 SCH Cell | that there going to keep him but like I said before  if you could just send out scripts this one last time and I swear to you we will make it there when |
| 23828 | SMS Messages | Incoming | | | 4/18/2016 4:50:14 PM(UTC-4) | From: +18595853772 Rick & Becky Jessie To: +13362795798 SCH Cell | hey doc its becky again I dont know if you got my message before but just to let you know that they admitted him to the VA hospital,I dont know how long |
| 23829 | SMS Messages | Incoming | | | 4/18/2016 4:50:15 PM(UTC-4) | From: +18595853772 Rick & Becky Jessie To: +13362795798 SCH Cell | you tell us to be there my back is against the wall all I can do is ask you, im so sorry again but when you can,please let me know something please... (c |
| 23830 | SMS Messages | Incoming | | | 4/18/2016 4:50:16 PM(UTC-4) | From: +18595853772 Rick & Becky Jessie To: +13362795798 SCH Cell | opher momma :)) |

| 24031 | SMS Messages | Incoming | | | | 4/20/2016 12:43:42 PM(UTC-4) | From: +18595853772 Rick & Becky Jessie To: +13362795798 SCH Cell | hey doc its becky we are still at the va I was just wanting to let u know that they kept rick and we was wondering if u would send our scripts this last | |
| 24032 | SMS Messages | Incoming | | | | 4/20/2016 12:43:43 PM(UTC-4) | From: +18595853772 Rick & Becky Jessie To: +13362795798 SCH Cell | ce please let me know thank u copher momma ;)) | |
| 24033 | SMS Messages | Incoming | | | | 4/20/2016 12:43:43 PM(UTC-4) | From: +18595853772 Rick & Becky Jessie To: +13362795798 SCH Cell | time and we are so sorry that we couldnt make it and when u can text me back and we can set a date for sure to come down everything just hit us all at on | |

| 24603 | SMS Messages | Incoming | | | 4/22/2016 1:11:24 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie To: +13362795798 SCH Cell | Id send Rick scripts ,he's out ,he was in the hospital thanks | |
| 24604 | SMS Messages | Incoming | | | 4/22/2016 1:11:24 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie To: +13362795798 SCH Cell | Hey doc i'm sorry to bother you but Rick wanted me to text you and let you know we are going to try and get down there next week,are there anyway you cou~ | |
| 24606 | SMS Messages | Outgoing | | | 4/22/2016 1:30:23 PM (UTC-4) | From: +13362795798 SCH Cell To: +18593983757 Rick & Becky Jessie | Oh, hey I need Rick's date of birth | |
| 24607 | SMS Messages | Incoming | | | 4/22/2016 1:30:59 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie To: +13362795798 SCH Cell | 03/20/1967 | |
| 24608 | SMS Messages | Outgoing | | | 4/22/2016 1:31:10 PM(UTC-4) | From: +13362795798 SCH Cell To: +18593983757 Rick & Becky Jessie | Thx | |
| 24609 | SMS Messages | Incoming | | | 4/22/2016 1:32:10 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie To: +13362795798 SCH Cell | He wanted to know if you could FedEx overnight | |
| 24610 | SMS Messages | Outgoing | | | 4/22/2016 1:43:23 PM(UTC-4) | From: +13362795798 SCH Cell To: +18593983757 Rick & Becky Jessie | I can | |
| 24611 | SMS Messages | Outgoing | | | 4/22/2016 1:43:33 PM(UTC-4) | From: +13362795798 SCH Cell To: +18593983757 Rick & Becky Jessie | For $70.50 | |
| 24612 | SMS Messages | Outgoing | | | 4/22/2016 1:43:50 PM(UTC-4) | From: +13362795798 SCH Cell To: +18593983757 Rick & Becky Jessie | ...we can just add it to the bill though. | |
| 24613 | SMS Messages | Incoming | | | 4/22/2016 1:44:39 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie To: +13362795798 SCH Cell | He said he would bring it when we come Thursday | |
| 24619 | SMS Messages | Outgoing | | | 4/22/2016 1:49:22 PM(UTC-4) | From: +13362795798 SCH Cell To: +18593983757 Rick & Becky Jessie | It's fine... Bring what you can and we'll settle up as we can. Sorry for sounding rushed on the phone and not getting back with y'all sooner. | |
| 24620 | SMS Messages | Incoming | | | 4/22/2016 1:50:27 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie To: +13362795798 SCH Cell | Ok thanks | |
| 24621 | SMS Messages | Outgoing | | | 4/22/2016 1:50:31 PM(UTC-4) | From: +13362795798 SCH Cell To: +18593983757 Rick & Becky Jessie | I'm sure y'all have several bills to pay just like we do and Rick really needs to be able to relax to improve the healing process as much as possible - stress won't help that. | |
| 24622 | SMS Messages | Incoming | | | 4/22/2016 1:51:40 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie To: +13362795798 SCH Cell | I know we been so stressed out | |

| 24688 | SMS Messages | Outgoing | | | | 4/22/2016 5:36:25 PM(UTC-4) | From: +13362795798 SCH Cell To: +18593983757 Rick & Becky Jessie | FedEx said it should be there by 11:30 tomorrow morning. And it cost a little bit more than I thought it would. I hope that's not a problem. Here's the tracking info and cost. | |
| 24689 | MMS Messages | Outgoing | 1 | | | 4/22/2016 5:38:42 PM(UTC-4) | From: +13362795798 SCH Cell To: +18593983757 Rick &;Becky Jessie | IMG_1756.jpeg | |

| 29027 | SMS Messages | Incoming | | | 5/19/2016 6:18:27 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie To: +13362795798 SCH Cell | Hey doc this is becky Jessie just wanted to let you know whats going on the va called yesterday and told rick to come in on Tuesday the 24th to get it do |
| 29028 | SMS Messages | Incoming | | | 5/19/2016 6:18:28 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie To: +13362795798 SCH Cell | them when its done needless to say we wont be able to make it on Wednesday 25th we will be there next month on the date you set the doctors at the va ha |
| 29029 | SMS Messages | Incoming | | | 5/19/2016 6:18:29 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie To: +13362795798 SCH Cell | ne and we was wanting to know if you could send ours and deannas in the mail tommorrow friday the 20th so they will make it by next week so he will have |
| 29030 | SMS Messages | Incoming | | | 5/19/2016 6:18:30 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie To: +13362795798 SCH Cell | d the records of ricks sugar and blood pressure and he took it twice a day and we all appreciate it so much |
| 29031 | SMS Messages | Incoming | | | 5/19/2016 6:18:31 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie To: +13362795798 SCH Cell | ve been watching his sugar and blood pressure before surgery to make sure it is good and it has been and when we come down we will bring all paperwork an |

| 33375 | Contacts | | | 6/22/2016 1:04:35 PM(UTC-4) | | Rick Jessie's Attorney KY | |
|---|---|---|---|---|---|---|---|

| 39478 | Notes | | | | 8/22/2016 11:28:54 AM(UTC-4) | | MAIL: FedEx Jessies *USPS Danny Colegrove*NEVER PAID*$130 owed |
|---|---|---|---|---|---|---|---|
| | | | | | | | Diane Yarber @ 2PM TUESDAY 8-23 2-4-75 276-243-7493 |
| | | | | | | | Steven Furguson Monday 11:30 am |
| | | | | | | | Carlow Young Monday 12:30 pm |
| | | | | | | | Timothy Crabtree Tuesday 12:00 pm |
| | | | | | | | NOTE IN CHART Cristy Kinser CAN fill branded Opana ER |
| | | | | | | | Craig Johnson Tuesday 8-30 11:00 am 304-222-4313 |

7213

| 47250 | SMS Messages | Incoming | | | | 10/12/2016 4:27:27 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie | Hey doc I'm sorry to bother you just wanted to let you know that Rick has to have another surgery that flap died they got it scheduled for the 31st or so | |
| 47251 | SMS Messages | Incoming | | | | 10/12/2016 4:27:29 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie | oner if they have an opening margins not good I will send the paperwork tomorrow | |

| 47325 | SMS Messages | Incoming | | | 10/13/2016 12:35:54 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie | with this surgery,but he also wanted to know if you could send our scripts and date it for the 19th that way he can go ahead and get them filled,I will |
|---|---|---|---|---|---|---|---|
| 47326 | SMS Messages | Incoming | | | 10/13/2016 12:35:54 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie | Hey doc I'm sorry for bothering you but Rick wanted me to text you and find out how you want us to send the money to you ,he is really having a hard time |
| 47327 | SMS Messages | Incoming | | | 10/13/2016 12:35:55 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie | fax his paperwork to you.if you don't care just let me know that way I can tell him thank you for everything that you have done for us we really apprecia |
| 47328 | SMS Messages | Incoming | | | 10/13/2016 12:35:56 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie | te it |

| 47406 | SMS Messages | Incoming | | | 10/14/2016 9:57:32 AM(UTC-4) | From: +18593983757 Rick & Becky Jessie | Sorry for bothering you i was just checking to see if you got that paper | |

| 47577 | SMS Messages | Incoming | | | | 10/15/2016 8:26:32 AM(UTC-4) | From: +18593983757 Rick & Becky Jessie | Hey doc I'm sorry for bothering you so much but I was just checking to see if you got that paper I sent Thursday if you don't care just let me know thank | | |
| 47578 | SMS Messages | Incoming | | | | 10/15/2016 8:26:32 AM(UTC-4) | From: +18593983757 Rick & Becky Jessie | you so much | | |

| 47783 | SMS Messages | Incoming | | | 10/17/2016 11:43:52 AM(UTC-4) | From: +18593983757 Rick & Becky Jessie | a answer so I didn't know if you was just let me know please and thank you | |
|---|---|---|---|---|---|---|---|---|
| 47784 | SMS Messages | Incoming | | | 10/17/2016 11:43:52 AM(UTC-4) | From: +18593983757 Rick & Becky Jessie | Hey doc I'm sorry for bothering you but I was just wondering if you got that paper I sent Thursday and if you was going to send our scripts I didn't get | |
| 47788 | SMS Messages | Incoming | | | 10/17/2016 1:08:44 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie | Hey doc please send me your fax number again and I will resend the paper that I got | |

| 48004 | SMS Messages | Incoming | | | 10/18/2016 8:26:38 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie | Hey doc Rick's Dr at the va said they would rewrite that letter for travel and they would let him know when it's done and I will fax them to you thank you again | |

| 48130 | SMS Messages | Incoming | | | 10/19/2016 12:24:34 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie | appreciate everything you do? | |
| 48131 | SMS Messages | Incoming | | | 10/19/2016 12:24:34 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie | Hey doc I'm sorry to bother you just checking to see if you had mailed those scripts out Rick is out today sorry for bothering you so much and we really | |

| 48286 | SMS Messages | Incoming | | | | 10/20/2016 4:24:36 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie | Hey doc I'm sorry to bother you but I was just checking to see if you mailed the scripts,we haven't received them yet,and also wanted to let you know as | |

| 48386 | SMS Messages | Incoming | | | 10/21/2016. 10:21:18 AM(UTC-4) | From: +18593983757 Rick & Becky Jessie | Hey doc I'm sorry to bother you we was just wondering how you sent them we haven't received them yet and we will have the letter sent to you this coming | |
| 48396 | Call Log | Incoming | | | 10/21/2016 11:36:13 AM(UTC-4) | From: 8593983757 Rick & Becky Jessie | 00:00:00 | |
| 48397 | SMS Messages | Incoming | | | 10/21/2016 11:39:14 AM(UTC-4) | From: +18593983757 Rick & Becky Jessie | Hey doc please give me a call asap please still didn't get the scripts sorry to keep bothering you | |
| 48399 | Call Log | Incoming | | | 10/21/2016 11:54:04 AM(UTC-4) | From: 8593983757 Rick & Becky Jessie | 00:00:00 | |

| 48430 | SMS Messages | Incoming | | | 10/21/2016 12:26:33 PM(UTC-4) | From: +18593983757 Rick & Becky Jessie | Hey doc this is Rick I'm sorry to bother you I really need to know how you sent them so I know what to do I'm out thank you | |

| 52874 | SMS Messages | Outgoing | | | 11/15/2016 11:44:05 AM(UTC-5) | To: +13048778838 Peter Bodai | Please call the Jessies and let them know we need a firm date they can definitely come to the office BEFORE any prescriptions will be written. | |

| 55564 | SMS Messages | Incoming | | | 11/28/2016 2:32:38 PM(UTC-5) | From: +13048778838 Peter Bodai To: +13362795798 SCH Cell | The Jessie's r here, what r the payments arrangements? | |
| 55565 | SMS Messages | Outgoing | | | 11/28/2016 2:34:06 PM(UTC-5) | From: +13362795798 SCH Cell To: +13048778838 Peter Bodai | Whatever they can afford | |
| 55566 | SMS Messages | Outgoing | | | 11/28/2016 2:34:27 PM(UTC-5) | From: +13362795798 SCH Cell To: +13048778838 Peter Bodai | Need to cover Wilson's costs at the very least. | |