Purity Tested
Nature's Way
EfaGold
MEGA-DH
PREMIUM FISH
1,000 MG
Nerve Tonic
Nerve Tonic
TYLENOL
Acetaminophen
ALTOIDS
PEPPERMINT
50 MINTS
03/09/2017
