

**U.S. Department of Justice**
**Drug Enforcement Administration**

Mid-Atlantic Laboratory
Largo, MD

## Chemical Analysis Report

Bristol Post of Duty
1913 Lee Highway, Suite 302
Bristol, VA 24201

**Case Number:** ▮▮▮▮▮▮▮
**LIMS Number:** 2017-SFL3-00830

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 5 | Oxymorphone | 5.65 g ± 0.01 g | ---- | ---- |

**Remarks:**

Exhibit 5: Supplemental report to reflect analysis conducted. Refer to original laboratory report dated 06/21/2018.

Exhibit 5: The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Exhibit 5: Total dosage unit count = 69 tablets (net); 57.1 tablets (reserve).

### Exhibit Details:

**Date Accepted by Laboratory:** 03/13/2017   **Gross Weight:** 37.2 g   **Date Received by Examiner:** 04/09/2019

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 5 | 69 | Ziplock Plastic Bag | Tablet | 4.68 g |

**Remarks:**

### Exhibit Analysis:

**Sampling:**

Exhibit 5: Oxymorphone confirmed in 23 units tested of 69 units received indicating, to at least a 95% level of confidence, that at least 90% of the units in the population contain the substance(s). A composite was formed from 23 units for further testing.

| Exhibit | Summary of Test(s) |
|---|---|
| 5 | Gas Chromatography, Gas Chromatography/Mass Spectrometry |

**Analyzed By:** /S/ Joseph Ibrahim, Forensic Chemist   **Date:** 04/16/2019
**Approved By:** /S/ Erin M. Angerer, Senior Forensic Chemist   **Date:** 04/16/2019