

**U.S. Department of Justice**
**Drug Enforcement Administration**

Mid-Atlantic Laboratory
Largo, MD

# Chemical Analysis Report

Bristol Post of Duty
1913 Lee Highway, Suite 302
Bristol, VA 24201

Case Number: ▓▓▓▓▓▓▓▓
LIMS Number: 2017-SFL3-00831

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 6 | Oxymorphone | 8.56 g ± 0.01 g | ---- | ---- |

**Remarks:**

Exhibit 6: The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Exhibit 6: Total dosage unit count = 82 tablets (net); 49.9 tablets (reserve).

Exhibit 6: Amended report to reflect analysis requested per SA Michael Long. Refer to original laboratory report dated 06/21/2018.

## Exhibit Details:

Date Accepted by Laboratory: 03/13/2017     Gross Weight: 41.0 g     Date Received by Examiner: 04/16/2019

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 6 | 82 | Ziplock Plastic Bag | Tablet | 5.21 g |

**Remarks:**

## Exhibit Analysis:

**Sampling:**

Exhibit 6: Oxymorphone confirmed in 24 units tested of 82 units received indicating, to at least a 95% level of confidence, that at least 90% of the units in the population contain the substance(s). A composite was formed from 50 units for further testing.

| Exhibit | Summary of Test(s) |
|---|---|
| 6 | Gas Chromatography, Gas Chromatography/Mass Spectrometry |

**Analyzed By:** /S/ Yvette Johnson, Senior Forensic Chemist     **Date:** 04/24/2019
**Approved By:** /S/ Lauren E. Munoz, Senior Forensic Chemist     **Date:** 04/24/2019

DEA Form 113 October 2018                                                                                                    Page 1 of 1