

**U.S. Department of Justice**  
**Drug Enforcement Administration**

Mid-Atlantic Laboratory  
Largo, MD

## Chemical Analysis Report

Bristol Post of Duty  
1913 Lee Highway, Suite 302  
Bristol, VA 24201

Case Number:  
LIMS Number: 2017-SFL3-00835

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 10 | Morphine | 12.28 g ± 0.01 g | ---- | ---- |

**Remarks:**

Exhibit 10: Supplemental report to reflect analysis conducted. Refer to original laboratory report dated 06/21/2018.

Exhibit 10: The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Exhibit 10: Total dosage unit count = 79 tablets (net); 64.8 tablets (reserve).

### Exhibit Details:

Date Accepted by Laboratory: 03/13/2017    Gross Weight: 43.9 g    Date Received by Examiner: 04/11/2019

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 10 | 79 | Ziplock Plastic Bag | Tablet | 10.08 g |

**Remarks:**

### Exhibit Analysis:

**Sampling:**

Exhibit 10: Morphine confirmed in 24 units tested of 79 units received indicating, to at least a 95% level of confidence, that at least 90% of the units in the population contain the substance(s). A composite was formed from 24 units for further testing.

| Exhibit | Summary of Test(s) |
|---|---|
| 10 | Gas Chromatography, Gas Chromatography/Mass Spectrometry |

**Analyzed By:** /S/ Joseph Ibrahim, Forensic Chemist                **Date:** 04/18/2019  
**Approved By:** /S/ Erin M. Angerer, Senior Forensic Chemist        **Date:** 04/19/2019