| 29129 | SMS Messages | Outgoing | | | 5/20/2016 12:11:29 PM(UTC-4) | From: +13362795798 SCH Cell To: +12763784366 Richard Bowen, VA | When is a good time to call you? | |
| 29130 | SMS Messages | Outgoing | | | 5/20/2016 12:11:42 PM(UTC-4) | From: +13362795798 SCH Cell To: +12763784366 Richard Bowen, VA | This is Dr. Smithers | |
| 29131 | SMS Messages | Incoming | | | 5/20/2016 12:11:54 PM(UTC-4) | From: +12763784366 Richard Bowen, VA To: +13362795798 SCH Cell | I can't talk at the moment I'll call you in two hours | |
| 29132 | SMS Messages | Outgoing | | | 5/20/2016 12:11:59 PM(UTC-4) | From: +13362795798 SCH Cell To: +12763784366 Richard Bowen, VA | K | |

| 29133 | SMS Messages | Outgoing | | | 5/20/2016 12:12:21 PM(UTC-4) | From: +13362795798 SCH Cell To: +12763784366 Richard Bowen, VA | Can you give me any idea what this is concerning? | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 29134 | SMS Messages | Incoming | | | 5/20/2016 12:13:54 PM(UTC-4) | From: +12763784366 Richard Bowen, VA To: +13362795798 SCH Cell | Dea | |
| 29135 | SMS Messages | Outgoing | | | 5/20/2016 12:14:00 PM(UTC-4) | From: +13362795798 SCH Cell To: +12763784366 Richard Bowen, VA | K | |
| 29136 | SMS Messages | Outgoing | | | 5/20/2016 12:14:59 PM(UTC-4) | From: +13362795798 SCH Cell To: +12763784366 Richard Bowen, VA | Call when you can | |
| 29140 | SMS Messages | Outgoing | | | 5/20/2016 2:30:40 PM(UTC-4) | From: +13362795798 SCH Cell To: +12763784366 Richard Bowen, VA | It's been over two hours, sir... Can you please either give me more context via a text message or call me, please. Thank you. | |
| 29150 | SMS Messages | Incoming | | | 5/20/2016 2:35:09 PM(UTC-4) | From: +12763784366 Richard Bowen, VA To: +13362795798 SCH Cell | The person who is with me is your problem I can't talk in front of him an you want believe who it is but trust me I'm looking out for you an your family | |
| 29153 | SMS Messages | Incoming | | | 5/20/2016 2:36:24 PM(UTC-4) | From: +12763784366 Richard Bowen, VA To: +13362795798 SCH Cell | You candy tell a soul about what I'm going to tell you | |
| 29154 | SMS Messages | Incoming | | | 5/20/2016 2:36:42 PM(UTC-4) | From: +12763784366 Richard Bowen, VA To: +13362795798 SCH Cell | Cant | |
| 29155 | SMS Messages | Outgoing | | | 5/20/2016 2:38:07 PM(UTC-4) | From: +13362795798 SCH Cell To: +12763784366 Richard Bowen, VA | Interesting. I don't tell anyone about informants and never will. | |
| 29158 | SMS Messages | Incoming | | | 5/20/2016 2:38:38 PM(UTC-4) | From: +12763784366 Richard Bowen, VA To: +13362795798 SCH Cell | You owe me lol | |
| 29159 | SMS Messages | Outgoing | | | 5/20/2016 2:39:29 PM(UTC-4) | From: +13362795798 SCH Cell To: +12763784366 Richard Bowen, VA | That is yet to be determined. When is the last time we saw you at the office? | |

| 29175 | SMS Messages | Outgoing | | | 5/20/2016 2:50:58 PM(UTC-4) | From: +13362795798 SCH Cell To: +12763784366 Richard Bowen, VA | I lost you | |
| 29176 | SMS Messages | Outgoing | | | 5/20/2016 2:51:49 PM(UTC-4) | From: +13362795798 SCH Cell To: +12763784366 Richard Bowen, VA | I'll have the kids home in 10. Please call me back, sir. | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 29190 | SMS Messages | Incoming | | | 5/20/2016 3:36:51 PM(UTC-4) | From: +12763784366 Richard Bowen, VA To: +13362795798 SCH Cell | Her bday 102787 | |
| 29191 | SMS Messages | Outgoing | | | 5/20/2016 3:37:19 PM(UTC-4) | From: +13362795798 SCH Cell To: +12763784366 Richard Bowen, VA | Ty sir | |
| 29192 | SMS Messages | Outgoing | | | 5/20/2016 3:37:44 PM(UTC-4) | From: +13362795798 SCH Cell To: +12763784366 Richard Bowen, VA | Name again? Sorry, watching kids | |
| 29193 | SMS Messages | Incoming | | | 5/20/2016 3:37:52 PM(UTC-4) | From: +12763784366 Richard Bowen, VA To: +13362795798 SCH Cell | Anything I can do to help | |
| 29194 | SMS Messages | Incoming | | | 5/20/2016 3:38:09 PM(UTC-4) | From: +12763784366 Richard Bowen, VA To: +13362795798 SCH Cell | Carrie olinger | |
| 29197 | SMS Messages | Outgoing | | | 5/20/2016 3:50:43 PM(UTC-4) | From: +13362795798 SCH Cell To: +12763784366 Richard Bowen, VA | You da boss | |
| 29198 | SMS Messages | Outgoing | | | 5/20/2016 3:52:11 PM(UTC-4) | From: +13362795798 SCH Cell To: +12763784366 Richard Bowen, VA | Thx for looking out for us... It hasn't been made known yet but we also have a little one on the way, so I really appreciate any information to help us stay on the straight and narrow. Thank you, sir. | |
| 29201 | SMS Messages | Incoming | | | 5/20/2016 3:56:47 PM(UTC-4) | From: +12763784366 Richard Bowen, VA To: +13362795798 SCH Cell | Look I like y'all an i cant stand a dam snitch it cost me three years of my life an i was just trying to help someone | |
| 29202 | SMS Messages | Incoming | | | 5/20/2016 3:57:34 PM(UTC-4) | From: +12763784366 Richard Bowen, VA To: +13362795798 SCH Cell | I want let him bring you down | |
| 29203 | SMS Messages | Incoming | | | 5/20/2016 4:04:57 PM(UTC-4) | From: +12763784366 Richard Bowen, VA To: +13362795798 SCH Cell | I would send him a letter an tell him the clinic called you an told you make sure he signs for the letter if I was you I wouldn't even talk to him again | |

| 29217 | SMS Messages | Outgoing | | | 5/20/2016 4:22:57 PM(UTC-4) | From: +13362795798 SCH Cell To: +12763784366 Richard Bowen, VA | Follow the directions below and we'll see what we can do to help out: | |
|---|---|---|---|---|---|---|---|---|
| 29218 | SMS Messages | Outgoing | | | 5/20/2016 4:23:19 PM(UTC-4) | From: +13362795798 SCH Cell To: +12763784366 Richard Bowen, VA | Greetings from Dr. Smithers office, It was a pleasure speaking with you on the phone. Prospective patient requirements are as follows: You will be called for further information and/or scheduled for an appointment AFTER the following is faxed & received at our office for review by Dr. Smithers: 1) Cover page with prospective patient's full name, date of birth, best contact phone numbers, and reason for wanting to be seen. 2) All MRIs, CTs, xrays, & any other imaging study's REPORTS (not images) related to your issue(s). 3) Most recent blood work (from Primary Care Provider/family doctor, hospital, or urgent care is acceptable). 4) Most recent office note from Primary Care Provider and referral from them to us is preferred. Please send the above to: Fax: (844) 550-7109 The Center for Integrative Health at Smithers Community Healthcare, P.C. 445 Commonwealth Blvd East, Ste A, Martinsville, VA 24112 Thank you for your interest in becoming a patient and your cooperation. We hope to receive your information soon! Respectfully, Smithers Community Healthcare Staff | |

| 29244 | SMS Messages | Incoming | | | 5/20/2016 5:17:13 PM(UTC-4) | From: +12763784366 Richard Bowen, VA To: +13362795798 SCH Cell | Could you please send that info to my other phone 3786874 I have you serval new people if you are interested an they are on the up an an they need your help doc | |
|---|---|---|---|---|---|---|---|---|
| 29245 | SMS Messages | Outgoing | | | 5/20/2016 5:22:50 PM(UTC-4) | From: +13362795798 SCH Cell To: +12763784366 Richard Bowen, VA | Not a problem | |
| 29246 | SMS Messages | Outgoing | | | 5/20/2016 5:23:20 PM(UTC-4) | From: +13362795798 SCH Cell To: +12763786874 Richard Bowen, Patient | Greetings from Dr. Smithers office, It was a pleasure speaking with you on the phone. Prospective patient requirements are as follows: You will be called for further information and/or scheduled for an appointment AFTER the following is faxed & received at our office for review by Dr. Smithers: 1) Cover page with prospective patient's full name, date of birth, best contact phone numbers, and reason for wanting to be seen. 2) All MRIs, CTs, xrays, & any other imaging study's REPORTS (not images) related to your issue(s). 3) Most recent blood work (from Primary Care Provider/family doctor, hospital, or urgent care is acceptable). 4) Most recent office note from Primary Care Provider and referral from them to us is preferred. Please send the above to: Fax: (844) 550-7109 The Center for Integrative Health at Smithers Community Healthcare, P.C. 445 Commonwealth Blvd East, Ste A, Martinsville, VA 24112 Thank you for your interest in becoming a patient and your cooperation.  We hope to receive your information soon! Respectfully, Smithers Community Healthcare Staff | |
| 29249 | SMS Messages | Incoming | | | 5/20/2016 5:28:17 PM(UTC-4) | From: +12763784366 Richard Bowen, VA To: +13362795798 SCH Cell | Thanks I got you about six people not including me an my wife I'll talk to about us when I see you an I'll text you who I send to you | |

6815

| 30882 | MMS Messages | Incoming | 1 | | 6/2/2016 3:15:29 PM(UTC-4) | From: +12763786874 Richard Bowen, Patient | 0601161728a.jpg | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 30883 | SMS Messages | Outgoing | | | 6/2/2016 3:16:05 PM(UTC-4) | To: +12763786874 Richard Bowen, Patient | Wow... | |
| 30884 | SMS Messages | Incoming | | | 6/2/2016 3:16:31 PM(UTC-4) | From: +12763786874 Richard Bowen, Patient | Dr smithers , this is Richard. Thought you would like to see this pic | |
| 30885 | SMS Messages | Outgoing | | | 6/2/2016 3:17:12 PM(UTC-4) | To: +12763786874 Richard Bowen, Patient | Most definitely | |
| 30886 | SMS Messages | Incoming | | | 6/2/2016 3:17:30 PM(UTC-4) | From: +12763786874 Richard Bowen, Patient | Yeah. That's just for that drug. Hasn't got him all the charges on the pot | |
| 30887 | SMS Messages | Outgoing | | | 6/2/2016 3:17:51 PM(UTC-4) | To: +12763786874 Richard Bowen, Patient | Wow... | |
| 30888 | SMS Messages | Incoming | | | 6/2/2016 3:18:05 PM(UTC-4) | From: +12763786874 Richard Bowen, Patient | Call me when u can. | |



| 32146 | SMS Messages | Incoming | | | 6/15/2016 12:46:08 PM(UTC-4) | From: +12763784366 Richard Bowen, VA To: +13362795798 SCH Cell | Hey just called me bitching cause he got kick out trying to figure out who told on him thought you wanted to no | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 32147 | SMS Messages | Outgoing | | | 6/15/2016 12:46:53 PM(UTC-4) | From: +13362795798 SCH Cell To: +12763784366 Richard Bowen, VA | LoL | |
| 32148 | SMS Messages | Outgoing | | | 6/15/2016 12:47:14 PM(UTC-4) | From: +13362795798 SCH Cell To: +12763784366 Richard Bowen, VA | Yeah he's been sayin shit over text... | |
| 32149 | SMS Messages | Incoming | | | 6/15/2016 12:51:40 PM(UTC-4) | From: +12763784366 Richard Bowen, VA To: +13362795798 SCH Cell | Hey didn't say why kick him out just said he was up shit creek lol | |

| 32179 | SMS Messages | Outgoing | | | 6/15/2016 4:58:09 PM(UTC-4) | From: +13362795798 SCH Cell To: +12763784366 Richard Bowen, VA | Parting words from our friend he just sent in a text: "Fuck your letter your an asshole, if u knew that someone broke in my house, probably called u talking stupid shit, but if u were half the man I thought u were you woulda picked up the phone n called me. So whatever, I ain't taking bullshit from no one including you...." | |
| 32180 | SMS Messages | Incoming | | | 6/15/2016 5:00:58 PM(UTC-4) | From: +12763784366 Richard Bowen, VA To: +13362795798 SCH Cell | He is one of a kind my friend it just makes him look bad with the dea | |
| 32181 | SMS Messages | Outgoing | | | 6/15/2016 5:03:04 PM(UTC-4) | From: +13362795798 SCH Cell To: +12763784366 Richard Bowen, VA | Yup | |
| 32182 | SMS Messages | Outgoing | | | 6/15/2016 5:03:56 PM(UTC-4) | From: +13362795798 SCH Cell To: +12763784366 Richard Bowen, VA | And what I've learned is that when someone blows up like that it is because they do NOT have good and honest intentions. | |
| 32183 | SMS Messages | Incoming | | | 6/15/2016 5:05:06 PM(UTC-4) | From: +12763784366 Richard Bowen, VA To: +13362795798 SCH Cell | I really need to get my wife in to see you she's in bad shape he holding my dam money | |