| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2958 | Inbox | To +13362795798 SCH Cell* From +13047847295 Clayton Colegrove, WV* | 8/9/2016 8:51:53 AM(UTC-4) | Read: 8/9/2016 8:52:39 AM(UTC-4) | Read | Good morning doc  this is clayton colegrove is there a tracking # that i need. | |
| 2963 | Inbox | To +13362795798 SCH Cell* From +13047847295 Clayton Colegrove, WV* | 8/6/2016 1:51:02 PM(UTC-4) | Read: 8/6/2016 2:04:27 PM(UTC-4) | Read | Thank you . Sorry for bothering you. | |
| 2964 | Sent | From +13362795798 SCH Cell* To +13047847295 Clayton Colegrove, WV* | 8/6/2016 1:50:08 PM(UTC-4) | | Sent | Will do. | |
| 2965 | Inbox | To +13362795798 SCH Cell* From +13047847295 Clayton Colegrove, WV* | 8/6/2016 1:49:28 PM(UTC-4) | Read: 8/6/2016 1:49:47 PM(UTC-4) | Read | Box 2410 mt hope drive dingess wv 25671 thats where i live with my uncle. My mailing address is box 2403 mt hope drive dingess wv. But send it to box 2410 | |
| 2966 | Sent | From +13362795798 SCH Cell* To +13047847295 Clayton Colegrove, WV* | 8/6/2016 1:45:49 PM(UTC-4) | | Sent | What is your mailing address, sir? | |
| 2967 | Sent | From +13362795798 SCH Cell* To +13047847295 Clayton Colegrove, WV* | 8/6/2016 1:43:04 PM(UTC-4) | | Sent | K | |
| 2968 | Inbox | To +13362795798 SCH Cell* From +13047847295 Clayton Colegrove, WV* | 8/6/2016 1:42:51 PM(UTC-4) | Read: 8/6/2016 1:42:56 PM(UTC-4) | Read | The lady who came with me before Beverly Sexton. Shes returning the favor of the ride because i brought her. Since im on a fixed income. | |
| 2969 | Sent | From +13362795798 SCH Cell* To +13047847295 Clayton Colegrove, WV* | 8/6/2016 1:40:26 PM(UTC-4) | | Sent | Who is Beverly? | |
| 2970 | Inbox | To +13362795798 SCH Cell* From +13047847295 Clayton Colegrove, WV* | 8/6/2016 1:39:13 PM(UTC-4) | Read: 8/6/2016 1:40:07 PM(UTC-4) | Read | Sorry for bothering you on the weekend but i just got service. | |
| 2971 | Inbox | To +13362795798 SCH Cell* From +13047847295 Clayton Colegrove, WV* | 8/6/2016 1:35:38 PM(UTC-4) | Read: 8/6/2016 1:40:07 PM(UTC-4) | Read | The 23rd so i can forsure have a ride and can pay you. | |

| 2972 | Sent | From +13362795798 SCH Cell* To +13047847295 Clayton Colegrove, WV* | 8/6/2016 1:34:25 PM(UTC-4) | | Sent | I cannot calculate the number of tablets without knowing for certain what date you are coming in for your appointment. | |
|---|---|---|---|---|---|---|---|
| 2973 | Sent | From +13362795798 SCH Cell* To +13047847295 Clayton Colegrove, WV* | 8/6/2016 1:33:41 PM(UTC-4) | | Sent | Which DATE, sir? | |
| 2974 | Inbox | To +13362795798 SCH Cell* From +13047847295 Clayton Colegrove, WV* | 8/6/2016 1:33:17 PM(UTC-4) | Read: 8/6/2016 1:33:25 PM(UTC-4) | Read | And i can also pay you then | |
| | | | | | | | |
| 2981 | Sent | From +13362795798 SCH Cell* To +13047847295 Clayton Colegrove, WV* | 8/5/2016 3:56:28 PM(UTC-4) | | Sent | So which date, sir? | |

| 3012 | Inbox | To +13362795798 SCH Cell* From +13047847295 Clayton Colegrove, WV* | 8/4/2016 9:23:33 AM(UTC-4) | Read: 8/5/2016 3:56:11 PM(UTC-4) | Read | The 8~16~2016 will work but 8~23~2016 so beverly can bring me | |

| 3019 | Inbox | To +13362795798 SCH Cell* From +13047847295 Clayton Colegrove, WV* | 8/3/2016 11:18:05 AM(UTC-4) | Read: 8/3/2016 11:45:21 AM(UTC-4) | Read | Hey doc this is clayton a colegrove.i am in a really bad spot right now. I have no ride to come to my appt tomorrow at 9am. My car is broke down and i can't find a ride there. I have never ask before will u please please over night my scripits to me. I owe you $125.00 now plus the $300.00 dollars for this one which make it $425.00 dollars.. I have a new bank account at the same bank..you can draw all of it off my new card on 8-7-2016 please please help me clayton this is the only time i will ask plus you know i all ways pay when i say.. PS can you please send me some Viagria samples to please |

| 4057 | Sent | From +13362795798 SCH Cell* To +13047847295 Clayton Colegrove, WV* | 6/13/2016 11:55:31 AM(UTC-4) | | Sent | Outstanding | |
|---|---|---|---|---|---|---|---|
| 4058 | Inbox | To +13362795798 SCH Cell* From +13047847295 Clayton Colegrove, WV* | 6/13/2016 11:51:54 AM(UTC-4) | Read: 6/13/2016 11:55:27 AM(UTC-4) | Read | Okay that sounds good. Thank you. We will be there. | |
| 4059 | Sent | From +13362795798 SCH Cell* To +13047847295 Clayton Colegrove, WV* | 6/13/2016 11:50:45 AM(UTC-4) | | Sent | You will be part of that group at that time. When we schedule y'all again we'll shoot for a day when you can be first in the morning. Just remind me! | |
| 4060 | Sent | From +13362795798 SCH Cell* To +13047847295 Clayton Colegrove, WV* | 6/13/2016 11:49:51 AM(UTC-4) | | Sent | Their appointment that day is for 12:00 noon | |
| 4061 | Inbox | To +13362795798 SCH Cell* From +13047847295 Clayton Colegrove, WV* | 6/13/2016 11:46:39 AM(UTC-4) | Read: 6/13/2016 11:49:36 AM(UTC-4) | Read | Can it be in the morning? So we can get back since we live 5 hrs away | |
| 4062 | Sent | From +13362795798 SCH Cell* To +13047847295 Clayton Colegrove, WV* | 6/13/2016 11:45:35 AM(UTC-4) | | Sent | Not a problem. | |
| 4063 | Inbox | To +13362795798 SCH Cell* From +13047847295 Clayton Colegrove, WV* | 6/13/2016 11:45:09 AM(UTC-4) | Read: 6/13/2016 11:45:09 AM(UTC-4) | Read | So we can carpool | |
| 4064 | Inbox | To +13362795798 SCH Cell* From +13047847295 Clayton Colegrove, WV* | 6/13/2016 11:44:48 AM(UTC-4) | Read: 6/13/2016 11:45:02 AM(UTC-4) | Read | Hey this is clayton colegrove i will come with jennifer and paul on the 5th if you will see me | |

| 4214 | Inbox | To +13362795798 SCH Cell* From +13047847295 Clayton Colegrove, WV* | 6/6/2016 8:07:33 AM(UTC-4) | Read: 6/6/2016 8:28:04 AM(UTC-4) | Read | Okay. Thank you. | |
|---|---|---|---|---|---|---|---|
| 4215 | Sent | From +13362795798 SCH Cell* To +13047847295 Clayton Colegrove, WV* | 6/6/2016 8:06:54 AM(UTC-4) | | Sent | Outstanding. The office is open. Y'all can go inside and start the process, sir. | |
| 4216 | Inbox | To +13362795798 SCH Cell* From +13047847295 Clayton Colegrove, WV* | 6/6/2016 7:56:45 AM(UTC-4) | Read: 6/6/2016 8:05:53 AM(UTC-4) | Read | Hey this is clayton colegrove. We are here. And we have your money. See you shortly. | |

| 4646 | Inbox | To +13362795798 SCH Cell* From +13047847295 Clayton Colegrove, WV* | 5/24/2016 2:38:52 PM(UTC-4) | Read: 5/24/2016 2:44:57 PM(UTC-4) | Read | No problem. See you then. | |
|---|---|---|---|---|---|---|---|
| 4647 | Sent | From +13362795798 SCH Cell* To +13047847295 Clayton Colegrove, WV* | 5/24/2016 2:38:12 PM(UTC-4) | | Sent | You are most welcome. Thank you for keeping us informed! | |
| 4648 | Inbox | To +13362795798 SCH Cell* From +13047847295 Clayton Colegrove, WV* | 5/24/2016 2:35:32 PM(UTC-4) | Read: 5/24/2016 2:37:47 PM(UTC-4) | Read | Okay thank you! | |
| 4649 | Sent | From +13362795798 SCH Cell* To +13047847295 Clayton Colegrove, WV* | 5/24/2016 2:34:44 PM(UTC-4) | | Sent | I will keep you posted if any openings come available on the second (6/2). As of now I have y'all scheduled for Monday (6/6) starting at 1:00 PM. | |
| 4650 | Inbox | To +13362795798 SCH Cell* From +13047847295 Clayton Colegrove, WV* | 5/24/2016 2:04:01 PM(UTC-4) | Read: 5/24/2016 2:30:22 PM(UTC-4) | Read | If you can work us in after the 2nd call me at home(3047528289) and let me know because i will have cash money then. But ill keep ours forthe 6th as planned if nothing can be changed. | |
| 4651 | Sent | From +13362795798 SCH Cell* To +13047847295 Clayton Colegrove, WV* | 5/24/2016 1:48:16 PM(UTC-4) | | Sent | Greetings sir, The only day next week with any openings at this point is Tuesday (5/31) at 12:00 noon. Can you come then? | |
| 4652 | Inbox | To +13362795798 SCH Cell* From +13047847295 Clayton Colegrove, WV* | 5/24/2016 1:45:25 PM(UTC-4) | Read: 5/24/2016 1:46:30 PM(UTC-4) | Read | Hey this is Clayton Colegrove. I got everything worked out to where I can come in on the 2nd instead of the 6th like we talked about before. Can me and Beverly come in that morning? | |

| 5156 | Sent | From +13362795798 SCH Cell* To +13047847295 Clayton Colegrove, WV* | 5/4/2016 4:49:47 PM(UTC-4) | | Sent | You are most welcome, sir. | |
|---|---|---|---|---|---|---|---|
| 5157 | Inbox | To +13362795798 SCH Cell* From +13047847295 Clayton Colegrove, WV* | 5/4/2016 4:49:25 PM(UTC-4) | Read: 5/4/2016 4:49:37 PM(UTC-4) | Read | Thank you very much! | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5158 | Sent | From +13362795798 SCH Cell* To +13047847295 Clayton Colegrove, WV* | 5/4/2016 4:48:27 PM(UTC-4) | | Sent | Other options: Harts Pharmacy in Harts, WV Ross Drug in Milton, WV Any Kroger or Rite Aid (it all depends on the pharmacist, some will some won't) | |
| 5159 | Sent | From +13362795798 SCH Cell* To +13047847295 Clayton Colegrove, WV* | 5/4/2016 4:44:22 PM(UTC-4) | | Sent | Here are some other options below, just keep in mind that you CANNOT call them, the patient has to walk in with their prescriptions and hand them over with their insurance card to find out whether or not the pharmacy will accept them. Pharmacists will NOT tell you the truth over the phone and a lot of them will even lie to your face. | |
| 5160 | Inbox | To +13362795798 SCH Cell* From +13047847295 Clayton Colegrove, WV* | 5/4/2016 4:43:29 PM(UTC-4) | Read: 5/4/2016 4:43:29 PM(UTC-4) | Read | Ok we will try. Thanks! | |
| 5161 | Sent | From +13362795798 SCH Cell* To +13047847295 Clayton Colegrove, WV* | 5/4/2016 4:42:02 PM(UTC-4) | | Sent | Valu-Rite in Poca might fill them but don't tell them I sent you! | |
| 5162 | Inbox | To +13362795798 SCH Cell* From +13047847295 Clayton Colegrove, WV* | 5/4/2016 4:37:43 PM(UTC-4) | Read: 5/4/2016 4:41:20 PM(UTC-4) | Read | Hey this is clayton colegrove. They would not fill beverleys scripts at buffalo pharmacy. Where else could she go to fill them? | |

| 5253 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+13047847295<br>Clayton Colegrove, WV* | 5/2/2016<br>6:59:22 PM(UTC-4) | Read:<br>5/2/2016<br>7:03:57 PM(UTC-4) | Read | This is clayton colegrove i will be there the 4th at 8:30 i have the 750 dollars in cash and will give it to you then. please dont withdraw off of my card. I have the cash |

| 5790 | Sent | From +13362795798 SCH Cell* To +13047847295 Clayton Colegrove, WV* | 4/21/2016 12:19:09 PM(UTC-4) | | Sent | You are most welcome, sir. | |
|---|---|---|---|---|---|---|---|
| 5792 | Inbox | To +13362795798 SCH Cell* From +13047847295 Clayton Colegrove, WV* | 4/21/2016 12:18:48 PM(UTC-4) | Read: 4/21/2016 12:18:58 PM(UTC-4) | Read | Okay thank you i will have her do so thank you | |
| 5793 | Inbox | To +13362795798 SCH Cell* From +13047847295 Clayton Colegrove, WV* | 4/21/2016 12:17:17 PM(UTC-4) | Read: 4/21/2016 12:17:17 PM(UTC-4) | Read | Okay i will see you on the fourth can she come with me then? | |

| 5794 | Sent | From +13362795798 SCH Cell* To +13047847295 Clayton Colegrove, WV* | 4/21/2016 12:16:57 PM(UTC-4) | | Sent | Which would be these directions: Prospective patient requirements are as follows: You will be called for further information and/or scheduled for an appointment AFTER the following is faxed & received at our office for review by Dr. Smithers: 1) Cover page with prospective patient's full name, date of birth, best contact phone numbers, and reason for wanting to be seen. 2) All MRIs, CTs, xrays, & any other imaging study's REPORTS (not images) related to your issue(s). 3) Most recent blood work (from Primary Care Provider/family doctor, hospital, or urgent care is acceptable). 4) Most recent office note from Primary Care Provider and referral from them to us is preferred. Please send the above to: Fax: (844) 550-7109 The Center for Integrative Health at Smithers Community Healthcare, P.C. 445 Commonwealth Blvd East, Ste A, Martinsville, VA 24112 Thank you for your interest in becoming a patient and your cooperation. We hope to receive your information soon! Respectfully, Smithers Community Healthcare Staff | |
| 5795 | Sent | From +13362795798 SCH Cell* To +13047847295 Clayton Colegrove, WV* | 4/21/2016 12:15:45 PM(UTC-4) | | Sent | Hello sir. She will need to follow the same directions you did to have an appointment. | |
| 5796 | Inbox | To +13362795798 SCH Cell* From +13047847295 Clayton Colegrove, WV* | 4/21/2016 12:12:35 PM(UTC-4) | Read: 4/21/2016 12:14:53 PM(UTC-4) | Read | This is clayton colegrove i have app on the 4th m of may at 8 30am can u see a friend of mine beverly sexton po box 116 dingess wv 25671 304 752 6307 is her number mine u have. if u can or not let me know. she is dissable ss to.this is my text number | |

| 6294 | Sent | To<br>+13049281067<br>Robert paul<br>Mullins/Jennifer<br>Copley, 1067* | 4/8/2016<br>11:30:36 AM(UTC-4) | | Sent | No. Unfortunately Poca is correct. Good places to try are any CVS, Rite Aid, Kmart, Kroger, Food City, or ANY pharmacy close to home. |
| --- | --- | --- | --- | --- | --- | --- |
| 6297 | Inbox | From<br>+13049281067<br>Robert paul<br>Mullins/Jennifer<br>Copley, 1067* | 4/8/2016<br>10:11:04 AM(UTC-4) | Read:<br>4/8/2016<br>11:28:48<br>AM(UTC-4) | Read | Dr. Smithers are they anyway you can help Clayton with Poca pharmacy he told him he was full and where having trouble finding a place |

| 6315 | Inbox | From +13049281067 Robert paul Mullins/Jennifer Copley, 1067* | 4/7/2016 1:04:21 PM(UTC-4) | Read: 4/7/2016 2:05:11 PM(UTC-4) | Read | Listen Clayton is trying to ride on me down here to pay Dr visit and everything. I got a check today and will get one next week. I have waited 3 years for this and I don't think it's fair that everybody try and take advantage of me and they all get a check. Sorry still 2 1/hours awry. I would just like to spend a little money on my daughter that is graduating this year in May and not let people take advantage of me. Me and Paul are alright but we will have to talk to Clayton about payment when we get there. |

| 6322 | Inbox | From +13049281067 Robert paul Mullins/Jennifer Copley, 1067* | 4/7/2016 10:55:25 AM(UTC-4) | Read: 4/7/2016 10:55:41 AM(UTC-4) | Read | Yes Paul and clayton | |
| 6323 | Sent | To +13049281067 Robert paul Mullins/Jennifer Copley, 1067* | 4/7/2016 10:42:20 AM(UTC-4) | | Sent | Are Paul and Clayton coming as well? | |

| 6346 | Inbox | From +13049281067 Robert paul Mullins/Jennifer Copley, 1067* | 4/7/2016 8:57:30 AM(UTC-4) | Read: 4/7/2016 8:57:32 AM(UTC-4) | Read | Will you.see.a new patient today. They have sent u their information faxed it to you Clayton colgrove | |