| 129 | Participants:<br>+13362795798<br>* * *<br><br>SCH Cell* (owner)<br>* * *<br>+16064228680<br>* * *<br>Debbie Reynolds, Investor, RVs*<br>* * *<br>Source: iMessage: +13362795798<br>Body file: chat-216.txt | Start Time: 3/13/2016 12:53:01 PM(UTC-4)<br>Last Activity: 3/23/2016 12:32:08 PM(UTC-4)<br>Number of attachments: 0 |
| --- | --- | --- |

**3/13/2016 12:53:01 PM(UTC-4), +13362795798 (SCH Cell)**
Greetings Mrs. Debbie,
This is Dr. Smithers.  When would be a good time for us to speak by phone tomorrow?

Status: Sent
Delivered: 3/13/2016 12:53:04 PM(UTC-4)

**3/15/2016 3:58:17 PM(UTC-4), +16064228680 (Debbie Reynolds, Investor, RVs)**
I think I need to schedule an appointment and come in and see you

Status: Read
Read: 3/15/2016 4:40:29 PM(UTC-4)

**3/15/2016 3:58:44 PM(UTC-4), +16064228680 (Debbie Reynolds, Investor, RVs)**
Text me with a time and a date that would be good for you

Status: Read
Read: 3/15/2016 4:40:29 PM(UTC-4)

**3/15/2016 4:41:41 PM(UTC-4), +13362795798 (SCH Cell)**
That is the first of a few reasons I was needing to speak to you. Tomorrow at 12:30 pm would be a good time to meet at my office.  Do you have the address?

Status: Sent
Delivered: 3/15/2016 4:41:42 PM(UTC-4)

**3/15/2016 5:14:48 PM(UTC-4), +16064228680 (Debbie Reynolds, Investor, RVs)**
No

Status: Read
Read: 3/15/2016 5:15:09 PM(UTC-4)

**3/15/2016 5:18:23 PM(UTC-4), +13362795798 (SCH Cell)**
So tomorrow at 12:30 will work for you?

445 Commonwealth Blvd East,
Ste A,
Martinsville, VA 24112

Status: Sent
Delivered: 3/15/2016 5:18:24 PM(UTC-4)

**3/15/2016 6:26:49 PM(UTC-4), +16064228680 (Debbie Reynolds, Investor, RVs)**
No tomarrow is not good .
I have full schedule tomorrow

Status: Read
Read: 3/15/2016 7:29:50 PM(UTC-4)

**3/16/2016 8:58:41 AM(UTC-4), +13362795798 (SCH Cell)**
I'm open Monday-Thursday weekly.  If tomorrow isn't good, the earliest I could see you would be Thursday (3/17) at 12:30 pm or later.
Is that doable?

Status: Sent
Delivered: 3/16/2016 8:58:43 AM(UTC-4)

**3/16/2016 12:11:10 PM(UTC-4), +13362795798 (SCH Cell)**
The 12:30 slot tomorrow has just been filled, so we are booked until 1 pm.  After that the schedule is open until close of business with no other appointments scheduled as of yet.

Status: Sent
Delivered: 3/16/2016 12:11:12 PM(UTC-4)

**3/16/2016 9:47:19 PM(UTC-4), +13362795798 (SCH Cell)**
Any idea if tomorrow will work for your schedule, ma'am?

Status: Sent
Delivered: 3/16/2016 9:47:21 PM(UTC-4)

**3/23/2016 12:32:08 PM(UTC-4), +13362795798 (SCH Cell)**
Greetings Mrs. Debbie, I have a fairly open schedule tomorrow and could see you at 11:30 am if that works for you or a little later if necessary to accommodate how far you have to drive.  Will tomorrow work?

Status: Sent
Delivered: 3/23/2016 12:32:11 PM(UTC-4)



**2/1/2016 4:29:59 PM(UTC-5), +13047419893 (Darryl Williams)**
I have u 3 new patients two of Deborah Renyolds Brothers and a life long friend of mine.    The 2 brothers are David and Roger Edmiston. And my friend is Dickie Richard vickers JR.  These guys used to go to Florida to pain clinics.  And has been getting  hydros latley

Status: Read
Read: 2/1/2016 4:40:23 PM(UTC-5)

**2/1/2016 4:42:05 PM(UTC-5), +13382795798 (SCH Cell)**
Interesting...
We will follow my new policy: most recent imaging studies, blood work, and referral if possible from their primary doc/provider.

Status: Sent
Delivered: 2/1/2016 4:42:05 PM(UTC-5)
Read: 2/1/2016 4:46:46 PM(UTC-5)

**2/1/2016 4:42:57 PM(UTC-5), +13382795798 (SCH Cell)**
That info plus a cover sheet with name, DoB, & best phone #'s can be faxed here:
844-550-7109

Status: Sent
Delivered: 2/1/2016 4:42:57 PM(UTC-5)
Read: 2/1/2016 4:46:46 PM(UTC-5)

**2/1/2016 4:43:21 PM(UTC-5), +13382795798 (SCH Cell)**
I will call them and schedule appointments after the above is completed.

Status: Sent
Delivered: 2/1/2016 4:43:21 PM(UTC-5)
Read: 2/1/2016 4:46:46 PM(UTC-5)

**2/1/2016 7:43:21 PM(UTC-5), +13382795798 (SCH Cell)**
Alright, here's my list of everyone else that needs scripts:
Gen Bowman
Jason Bowman
Earl Blankenship
Sammy Hubbard
Connie Miller
KJ
DW
DReynolds
MBowe
Rob Daniels
Jo Holloway

Status: Sent
Delivered: 2/1/2016 7:43:23 PM(UTC-5)
Read: 2/1/2016 7:43:23 PM(UTC-5)

**2/1/2016 7:44:01 PM(UTC-5), +13382795798 (SCH Cell)**
7 down & that's the other 11 from this past month that made a total of 18 folks.

Status: Sent
Delivered: 2/1/2016 7:44:01 PM(UTC-5)
Read: 2/1/2016 8:11:01 PM(UTC-5)

**2/2/2016 8:33:20 AM(UTC-5), +13382795798 (SCH Cell)**
Need confirmation on the list before I start working on it.

Status: Sent
Delivered: 2/2/2016 8:33:25 AM(UTC-5)
Read: 2/2/2016 8:39:24 AM(UTC-5)

**2/25/2016 1:41:28 PM(UTC-5), +13362795798 (SCH Cell)**
On another topic, when can Debbie Reynolds come for an appointment?

Status: Sent
Delivered: 2/25/2016 1:41:29 PM(UTC-5)
Read: 2/25/2016 1:42:03 PM(UTC-5)

**2/25/2016 1:41:58 PM(UTC-5), +13362795798 (SCH Cell)**
No. Not names that have DLs attached to them.

Status: Sent
Delivered: 2/25/2016 1:41:59 PM(UTC-5)
Read: 2/25/2016 1:42:03 PM(UTC-5)

**2/25/2016 1:59:19 PM(UTC-5), +13362795798 (SCH Cell)**
Dr. Joel A. Smithers
445 Commonwealth Blvd East,
Ste A,
Martinsville, VA 24112

Status: Sent
Delivered: 2/25/2016 1:59:20 PM(UTC-5)
Read: 2/25/2016 2:26:29 PM(UTC-5)

**2/25/2016 2:33:56 PM(UTC-5), +13047419893 (Darryl Williams)**
Doc if u can mail Lora kicklighter Rebecca Pritt Franklin Williams mike Robinette also John Harlow Greg Harlow Michele smith send that FedEx so I can get them no later than Saturday

Status: Read
Read: 2/25/2016 2:34:10 PM(UTC-5)

**2/25/2016 3:07:33 PM(UTC-5), +13362795798 (SCH Cell)**
K

Status: Sent
Delivered: 2/25/2016 3:07:41 PM(UTC-5)
Read: 2/25/2016 3:29:29 PM(UTC-5)

**2/25/2016 3:08:32 PM(UTC-5), +13362795798 (SCH Cell)**
Why can't that first list of names come to my office and be seen tomorrow?

Status: Sent
Delivered: 2/25/2016 3:08:37 PM(UTC-5)
Read: 2/25/2016 3:29:29 PM(UTC-5)

**2/25/2016 3:31:27 PM(UTC-5), +13047419893 (Darryl Williams)**
Well we're just trying to make it fair and that group went last time

Status: Read
Read: 2/25/2016 3:33:04 PM(UTC-5)

**2/25/2016 3:32:58 PM(UTC-5), +13047419893 (Darryl Williams)**
They were the last ones to see you so they should b the last ones to see you again

Status: Read
Read: 2/25/2016 3:33:04 PM(UTC-5)

**2/25/2016 8:58:13 PM(UTC-5), +13047419893 (Darryl Williams)**
Debarah Renyolds  can and will be there next week   She will let me know what day tommorrow

Status: Read
Read: 2/25/2016 8:59:47 PM(UTC-5)

**2/25/2016 8:59:55 PM(UTC-5), +13362795798 (SCH Cell)**
Outstanding

Status: Sent
Delivered: 2/25/2016 8:59:55 PM(UTC-5)
Read: 2/25/2016 9:02:29 PM(UTC-5)

**2/25/2016 9:00:22 PM(UTC-5), +13362795798 (SCH Cell)**
Monday and Friday are NOT available.  I will be closed.

Status: Sent
Delivered: 2/25/2016 9:00:23 PM(UTC-5)
Read: 2/25/2016 9:02:29 PM(UTC-5)

**2/25/2016 9:02:37 PM(UTC-5), +13047419893 (Darryl Williams)**
Ok

Status: Read
Read: 2/25/2016 9:02:46 PM(UTC-5)

**2/26/2016 4:41:40 PM(UTC-5), +13362795798 (SCH Cell)**
Which day (Tuesday, Wednesday, or Thursday) will Mrs. Reynolds be able to come?

Status: Sent
Delivered: 2/26/2016 4:41:41 PM(UTC-5)
Read: 2/26/2016 4:45:06 PM(UTC-5)

**2/26/2016 4:45:49 PM(UTC-5), +13047419893 (Darryl Williams)**
Not sure yet.   I will find out

Status: Read
Read: 2/26/2016 4:45:49 PM(UTC-5)

**3/1/2016 3:58:24 PM(UTC-5), +13362795798 (SCH Cell)**
Any word on Mrs. Debby?

Status: Sent
Delivered: 3/1/2016 3:58:25 PM(UTC-5)
Read: 3/1/2016 8:39:04 PM(UTC-5)

**3/1/2016 8:39:27 PM(UTC-5), +13047419893 (Darryl Williams)**
No yet.   Said she will text me tonight

Status: Read
Read: 3/1/2016 9:08:25 PM(UTC-5)

DR1000 - 006

**3/2/2016 2:22:56 PM(UTC-5), +13362795798 (SCH Cell)**
Outstanding

**Status:** Sent
**Delivered:** 3/2/2016 2:22:56 PM(UTC-5)
**Read:** 3/2/2016 2:22:57 PM(UTC-5)

**3/2/2016 2:24:47 PM(UTC-5), +13362795798 (SCH Cell)**
Mrs. Debby?

**Status:** Sent
**Delivered:** 3/2/2016 2:24:48 PM(UTC-5)
**Read:** 3/2/2016 2:28:27 PM(UTC-5)

**3/2/2016 2:28:37 PM(UTC-5), +13047419893 (Darryl Williams)**
Working on it

**Status:** Read
**Read:** 3/2/2016 2:28:47 PM(UTC-5)

**3/2/2016 2:28:58 PM(UTC-5), +13362795798 (SCH Cell)**
Outstanding
Ty, sir

**Status:** Sent
**Delivered:** 3/2/2016 2:28:58 PM(UTC-5)
**Read:** 3/2/2016 2:28:58 PM(UTC-5)

| 6228 | Sent | To +13047419893 Darryl Williams* | 4/12/2016 5:01:25 PM(UTC-4) | | Sent | I've got Kelly Johnson listed for an appointment this Thursday at 12:30. Does anyone else need to come with him?  Will he be coming?  Is Debbie ever going to come? | |

| 6779 | Sent | From<br>+13362795798<br>SCH Cell*<br>To<br>+16064549893<br>Darryl Williams* | 3/24/2016<br>1:10:41 PM(UTC-4) | | Sent | Wowzers...<br>Get me a list of names please.  Is Debby planning to come that day as well? | |
| 6780 | Inbox | To<br>+13362795798<br>SCH Cell*<br>From<br>+16064549893<br>Darryl Williams* | 3/24/2016<br>1:09:13 PM(UTC-4) | Read:<br>3/24/2016<br>1:09:59 PM(UTC-4) | Read | About 6 people that day | |

| 6790 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 3/24/2016 12:41:59 PM(UTC-4) | | Sent | K Thx When's Debby coming???? | |
| 6791 | Inbox | To +13362795798 SCH Cell* From +16064549893 Darryl Williams* | 3/24/2016 12:41:05 PM(UTC-4) | Read: 3/24/2016 12:41:39 PM(UTC-4) | Read | Meshell   Brian Harlow has 300 from Robert daniels | |

| 6958 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 3/23/2016 11:52:03 AM(UTC-4) | | Sent | Debby and Sheila coming today??? | |

| 7222 | Sent | From +13362795798 SCH Cell* To +16064549893 Darryl Williams* | 3/18/2016 10:47:56 AM(UTC-4) | | Sent | I have many openings next week. Debbie and whoever else is needing to make appointments needs to let me know or let you know so we can get them scheduled. Lots of folks are wanting to become new patients these days (most from WV due to more docs there getting shut down) so the sooner we can get everyone scheduled for this month the better. | |

| 7391 | Inbox | From +16064549893 Darryl Williams* | 3/16/2016 10:22:23 PM(UTC-4) | Read: 3/16/2016 10:28:09 PM(UTC-4) | Read | Debbie wants to come next week and bring a sister and 2 brothers I am going to help them get their paper work to u | |

9/11/2015 9:55:39 AM(UTC-4), +13047419893 (Darryl Williams)
What's ur fax number. Debbie Renyolds is going to fax you her med records

Status: Read
Read: 9/11/2015 9:55:39 AM(UTC-4)



9/13/2015 2:20:44 PM(UTC-4), +13047419893 (Darryl Williams)
Been talking to Debbie Renyolds for ya

Status: Read
Read: 9/13/2015 2:20:44 PM(UTC-4)

9/13/2015 2:20:53 PM(UTC-4), +13047419893 (Darryl Williams)
Doing ok

Status: Read
Read: 9/13/2015 2:20:53 PM(UTC-4)

DR1000 - 015   1019

**9/13/2015 9:18:12 PM(UTC-4), +13047419893 (Darryl Williams)**
Ok Debbie Renyolds want to meet ya to discuss loan and at same time she wants to be a patient she will bring her med records

Status: Read
Read: 9/13/2015 9:19:44 PM(UTC-4)

**9/13/2015 9:19:11 PM(UTC-4), +13047419893 (Darryl Williams)**
It's hard for her to get away from her work

Status: Read
Read: 9/13/2015 9:19:44 PM(UTC-4)

**9/13/2015 9:19:57 PM(UTC-4), +18655858280 (Joel Smithers)**
Noted

Status: Sent
Delivered: 9/13/2015 9:19:58 PM(UTC-4)
Read: 9/13/2015 9:19:59 PM(UTC-4)

**9/13/2015 9:21:36 PM(UTC-4), +13047419893 (Darryl Williams)**
See ya in morning. I got ur funds

Status: Read
Read: 9/13/2015 11:08:34 PM(UTC-4)

**9/13/2015 11:09:02 PM(UTC-4), +18655858280 (Joel Smithers)**
Outstanding!
Thank you.

Status: Sent
Delivered: 9/13/2015 11:09:07 PM(UTC-4)
Read: 9/13/2015 11:11:43 PM(UTC-4)

**9/30/2015 10:04:38 PM(UTC-4), +13047419893 (Darryl Williams)**
Debbie Renyolds said.  Write a small 1-2 page of what u need and a simple pay back projection. She in very interested

Status: Read
Read: 9/30/2015 10:04:39 PM(UTC-4)

**9/30/2015 10:07:52 PM(UTC-4), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 9/30/2015 10:07:52 PM(UTC-4)
Read: 9/30/2015 10:10:29 PM(UTC-4)

**9/30/2015 10:12:39 PM(UTC-4), +18655858260 (Joel Smithers)**
What is an acceptable "payback projection" in your mind, sir?

Status: Sent
Delivered: 9/30/2015 10:12:40 PM(UTC-4)
Read: 9/30/2015 10:12:40 PM(UTC-4)

**9/30/2015 10:14:39 PM(UTC-4), +13047419893 (Darryl Williams)**
She said she is trying to find away to get there ( take time off)  for a Dr visit

She said she took 3 days off to go to a RV show and order about a half years worth of RVs.   She said place went all to hell while she was gone. Lol.   She is OCD. Lol.   Said if she didn't get to go soon she was going to hit the street

Status: Read
Read: 10/1/2015 6:56:07 AM(UTC-4)

**9/30/2015 10:15:50 PM(UTC-4), +13047419893 (Darryl Williams)**
I will see if she has all her papers ( med records) tommorrow

Status: Read
Read: 10/1/2015 6:56:07 AM(UTC-4)

**10/12/2015 1:57:40 PM(UTC-4), +13047419893 (Darryl Williams)**
Debbie Renyolds  can get loose Thursday.  So I think Thursday will be good for us

Status: Read
Read: 10/12/2015 1:57:41 PM(UTC-4)

**10/12/2015 1:58:29 PM(UTC-4), +18655858280 (Joel Smithers)**
Alright, I'll get Charles, yours, and Ms. Young's in the mail later today. I'll text you the tracking info and whatnot once it's done.

Status: Sent
Delivered: 10/12/2015 1:58:30 PM(UTC-4)
Read: 10/12/2015 1:59:30 PM(UTC-4)

**10/14/2015 7:26:47 PM(UTC-4), +13047419893 (Darryl Williams)**
Hello did you get to fed x those out

Status: Read
Read: 10/14/2015 8:04:39 PM(UTC-4)

**10/14/2015 7:44:38 PM(UTC-4), +13047419893 (Darryl Williams)**
Or did we decide I would pick them up

Status: Read
Read: 10/14/2015 8:04:39 PM(UTC-4)

**10/14/2015 8:05:27 PM(UTC-4), +18655858280 (Joel Smithers)**
I'm just now leaving the office unfortunately, and even if I mailed them tonight they would not leave until tomorrow evening on the FedEx truck so you would not receive them until Friday morning:-/

Status: Sent
Delivered: 10/14/2015 8:05:28 PM(UTC-4)
Read: 10/14/2015 8:05:33 PM(UTC-4)

**10/14/2015 8:06:06 PM(UTC-4), +13047419893 (Darryl Williams)**
Cool.  I will see my friend tommorrow

Status: Read
Read: 10/14/2015 8:06:06 PM(UTC-4)

**10/14/2015 8:06:35 PM(UTC-4), +18655858260 (Joel Smithers)**
I would highly recommend coming tomorrow morning as planned for Debbie's appointment at 10 AM and I will give you an envelope with them in it then. At that time you can also provide me with reimbursement.

Status: Sent
Delivered: 10/14/2015 8:06:36 PM(UTC-4)
Read: 10/14/2015 8:06:36 PM(UTC-4)

**10/14/2015 8:06:53 PM(UTC-4), +18655858260 (Joel Smithers)**
Outstanding

Status: Sent
Delivered: 10/14/2015 8:06:54 PM(UTC-4)
Read: 10/14/2015 8:06:54 PM(UTC-4)

**10/14/2015 8:07:02 PM(UTC-4), +18655858260 (Joel Smithers)**
Y'all drive safe!

Status: Sent
Delivered: 10/14/2015 8:07:03 PM(UTC-4)
Read: 10/14/2015 8:07:03 PM(UTC-4)

**10/14/2015 8:07:32 PM(UTC-4), +13047419893 (Darryl Williams)**
Yes.  Yes.  And yes

Status: Read
Read: 10/14/2015 8:08:15 PM(UTC-4)

**10/14/2015 8:09:00 PM(UTC-4), +18655858260 (Joel Smithers)**
What I plan to do is while Debbie is filling out her paperwork, when I get a free moment, I will call you back and we can make the transaction in my office.

Status: Sent
Delivered: 10/14/2015 8:09:00 PM(UTC-4)
Read: 10/14/2015 8:09:01 PM(UTC-4)

**10/15/2015 9:36:57 AM(UTC-4), +13047419893 (Darryl Williams)**
Going thru wytheville

Status: Read
Read: 10/15/2015 10:03:43 AM(UTC-4)

**10/15/2015 9:39:59 AM(UTC-4), +13047419893 (Darryl Williams)**
Be on 58 in 25 mins

Status: Read
Read: 10/15/2015 10:03:43 AM(UTC-4)

**10/15/2015 10:03:47 AM(UTC-4), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 10/15/2015 10:03:49 AM(UTC-4)
Read: 10/15/2015 10:05:49 AM(UTC-4)

**10/15/2015 10:06:19 AM(UTC-4), +18655858260 (Joel Smithers)**
220 down from Roanoke might be faster...

Status: Sent
Delivered: 10/15/2015 10:06:19 AM(UTC-4)
Read: 10/15/2015 10:06:30 AM(UTC-4)

**10/15/2015 11:29:07 AM(UTC-4), +13047419893 (Darryl Williams)**
U about finished

Status: Read
Read: 10/15/2015 11:43:46 AM(UTC-4)

**10/15/2015 11:49:21 AM(UTC-4), +18655858260 (Joel Smithers)**
Yes

Status: Sent
Delivered: 10/15/2015 11:49:51 AM(UTC-4)
Read: 10/15/2015 11:49:51 AM(UTC-4)

**10/15/2015 11:49:22 AM(UTC-4), +18655858260 (Joel Smithers)**
Sir

Status: Sent
Delivered: 10/15/2015 11:49:24 AM(UTC-4)
Read: 10/15/2015 11:49:51 AM(UTC-4)

**10/15/2015 11:50:25 AM(UTC-4), +13047419893 (Darryl Williams)**
2 mins away

Status: Read
Read: 10/15/2015 12:27:32 PM(UTC-4)

**10/15/2015 12:49:05 PM(UTC-4), +13047419893 (Darryl Williams)**

Attachments:



IMG_6521.jpg

Status: Read
Read: 10/15/2015 12:59:39 PM(UTC-4)

**10/15/2015 12:49:57 PM(UTC-4), +13047419893 (Darryl Williams)**
Debbie Renyolds DL

Attachments:



IMG_7156.jpg
Status: Read
Read: 10/15/2015 12:59:39 PM(UTC-4)

**10/18/2015 2:53:12 PM(UTC-4), +13047419893 (Darryl Williams)**
What time u be in tomm morning

Status: Read
Read: 10/18/2015 4:09:26 PM(UTC-4)

**10/18/2015 5:16:49 PM(UTC-4), +18655858260 (Joel Smithers)**
I can fix the mscontin and shorten their wait.  The other issues are unchangeable.

Status: Sent
Delivered: 10/18/2015 5:19:29 PM(UTC-4)
Read: 10/18/2015 5:37:05 PM(UTC-4)

**10/18/2015 5:22:07 PM(UTC-4), +18655858260 (Joel Smithers)**
We can do payment plans for them to catch up over a couple of months.

Status: Sent
Delivered: 10/18/2015 5:22:11 PM(UTC-4)
Read: 10/18/2015 5:37:05 PM(UTC-4)

**10/18/2015 5:37:18 PM(UTC-4), +13047419893 (Darryl Williams)**
I feel if they got 90 and 90 or 90 and 60.  They will stick with ya.    They all are existing pats

Status: Read
Read: 10/18/2015 5:39:03 PM(UTC-4)

**10/18/2015 5:38:29 PM(UTC-4), +13047419893 (Darryl Williams)**
No I can pay you for all of them this Thursday coming or Monday a week from tomm.

Status: Read
Read: 10/18/2015 5:39:03 PM(UTC-4)

**10/18/2015 5:39:17 PM(UTC-4), +13047419893 (Darryl Williams)**
They are bringing me collateral. To hold until I get ur funds

Status: Read
Read: 10/18/2015 5:39:17 PM(UTC-4)

**10/18/2015 5:40:51 PM(UTC-4), +13047419893 (Darryl Williams)**
If u can fed x. Thier scripts that will give all my bunch a little break from traveling this month and give u a little break as well

Status: Read
Read: 10/18/2015 5:40:53 PM(UTC-4)

**10/18/2015 5:41:48 PM(UTC-4), +13047419893 (Darryl Williams)**
No instead of Fed x ing I will send Brandon down early in morning so most of the can fill tommorrow

Status: Read
Read: 10/18/2015 5:41:49 PM(UTC-4)

**10/18/2015 5:41:51 PM(UTC-4), +18655858260 (Joel Smithers)**
I have no problem switching them.  I am quickly seeing that MSContin is almost a complete waste of time... Everyone does so well on opana and sleeps better and comes back and really has no complaints... It seems to simply be a better medicine.

Status: Sent
Delivered: 10/18/2015 5:41:52 PM(UTC-4)
Read: 10/18/2015 5:41:52 PM(UTC-4)

**10/18/2015 5:42:45 PM(UTC-4), +13047419893 (Darryl Williams)**
Yes I will warn all they must come down next month

Status: Read
Read: 10/18/2015 5:42:47 PM(UTC-4)

**10/18/2015 5:43:49 PM(UTC-4), +13047419893 (Darryl Williams)**
They last few guys we have done is as happy as a puppy with 2 peckers

Status: Read
Read: 10/18/2015 5:43:51 PM(UTC-4)

**10/18/2015 5:44:49 PM(UTC-4), +18655858260 (Joel Smithers)**
LoL Excellent!
What was Ms. Debbies response?

Status: Sent
Delivered: 10/18/2015 5:44:50 PM(UTC-4)
Read: 10/18/2015 5:44:50 PM(UTC-4)

**10/18/2015 5:45:27 PM(UTC-4), +13047419893 (Darryl Williams)**
Thursday will need to bring two new patients.   Robert Daniels wife and her mother.   My GF Lora will bring them

Status: Read
Read: 10/18/2015 5:45:28 PM(UTC-4)

**10/18/2015 5:45:57 PM(UTC-4), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 10/18/2015 5:45:57 PM(UTC-4)
Read: 10/18/2015 5:57:13 PM(UTC-4)





DR1000 - 021



**10/21/2015 3:52:45 PM(UTC-4), +18655858260 (Joel Smithers)**
Thx

**Status:** Sent
**Delivered:** 10/21/2015 3:53:10 PM(UTC-4)
**Read:** 10/21/2015 4:06:10 PM(UTC-4)

**10/21/2015 4:06:21 PM(UTC-4), +13047419893 (Darryl Williams)**
U welcome

**Status:** Read
**Read:** 10/21/2015 4:31:13 PM(UTC-4)

**10/25/2015 7:56:56 PM(UTC-4), +18655858260 (Joel Smithers)**
Any idea when Mrs. Debbie's gonna pay me a visit?

**Status:** Sent
**Delivered:** 10/25/2015 7:56:56 PM(UTC-4)
**Read:** 10/25/2015 7:57:45 PM(UTC-4)

**10/25/2015 7:58:48 PM(UTC-4), +13047419893 (Darryl Williams)**
She wants to see a one page loan proposal

**Status:** Read
**Read:** 10/25/2015 7:59:01 PM(UTC-4)

**10/25/2015 7:59:30 PM(UTC-4), +13047419893 (Darryl Williams)**
I think she will be tied up till after deer season. ( basically thanksgiving)

**Status:** Read
**Read:** 10/25/2015 7:59:32 PM(UTC-4)

**10/25/2015 8:01:26 PM(UTC-4), +18655858260 (Joel Smithers)**
Yeah... Just need to see her for a pt visit at some point.

**Status:** Sent
**Delivered:** 10/25/2015 8:01:26 PM(UTC-4)
**Read:** 10/25/2015 8:01:26 PM(UTC-4)

**11/4/2015 7:35:34 AM(UTC-5), +18655858260 (Joel Smithers)**
Is Debbie gonna help finance????

Status: Sent
Delivered: 11/4/2015 7:35:38 AM(UTC-5)
Read: 11/4/2015 7:35:38 AM(UTC-5)

**11/4/2015 7:35:54 AM(UTC-5), +13047419893 (Darryl Williams)**
Put some lip stick on it and pay u down

Status: Read
Read: 11/4/2015 7:36:08 AM(UTC-5)

DR1000 - 024   1057

**11/23/2015 11:37:20 AM(UTC-5), +18655858260 (Joel Smithers)**
Awesomeness

**Status:** Sent
**Delivered:** 11/23/2015 11:37:20 AM(UTC-5)
**Read:** 11/23/2015 11:37:20 AM(UTC-5)

**11/23/2015 3:19:46 PM(UTC-5), +13047419893 (Darryl Williams)**
I need to get Niel Jewell's and Deborah Renyolds

**Status:** Read
**Read:** 11/23/2015 3:23:59 PM(UTC-5)

**11/23/2015 3:24:07 PM(UTC-5), +18655858260 (Joel Smithers)**
K

**Status:** Sent
**Delivered:** 11/23/2015 3:24:07 PM(UTC-5)
**Read:** 11/23/2015 3:45:38 PM(UTC-5)

**11/23/2015 3:56:28 PM(UTC-5), +13047419893 (Darryl Williams)**
I owed u 900   Plus 1350 today and Darryl Williams Niel Jewell and deb Renyolds  makes it a total 3150

**Status:** Read
**Read:** 11/23/2015 3:56:33 PM(UTC-5)

**11/23/2015 3:56:40 PM(UTC-5), +18655858260 (Joel Smithers)**
K

**Status:** Sent
**Delivered:** 11/23/2015 3:56:41 PM(UTC-5)
**Read:** 11/23/2015 3:56:44 PM(UTC-5)

DR1000 - 025   1077

**11/23/2015 3:57:08 PM(UTC-5), +18655858260 (Joel Smithers)**
Be sure to tell Deb i said thanks for getting me her medical records

Status: Sent
Delivered: 11/23/2015 3:57:09 PM(UTC-5)
Read: 11/23/2015 3:57:09 PM(UTC-5)

**11/23/2015 3:57:38 PM(UTC-5), +13047419893 (Darryl Williams)**
Less 300 shelia Aliff paid makes grand total 2850

Status: Read
Read: 11/23/2015 3:59:09 PM(UTC-5)

**11/23/2015 3:58:20 PM(UTC-5), +13047419893 (Darryl Williams)**
I already paid for Aliff and she never paid me

Status: Read
Read: 11/23/2015 3:59:09 PM(UTC-5)

**11/23/2015 3:59:09 PM(UTC-5), +13047419893 (Darryl Williams)**
I will make me. Deborah and Neil. Comes next week or ASAP for visit

Status: Read
Read: 11/23/2015 3:59:09 PM(UTC-5)

**11/23/2015 3:59:22 PM(UTC-5), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 11/23/2015 3:59:22 PM(UTC-5)
Read: 11/23/2015 3:59:25 PM(UTC-5)

**11/23/2015 4:02:33 PM(UTC-5), +13047419893 (Darryl Williams)**
The 2850 includes. Me deb and Niel Jewell

Status: Read
Read: 11/23/2015 4:05:48 PM(UTC-5)

**11/23/2015 4:05:57 PM(UTC-5), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 11/23/2015 4:05:57 PM(UTC-5)
Read: 11/23/2015 4:06:14 PM(UTC-5)

**11/23/2015 7:53:57 PM(UTC-5), +18655858260 (Joel Smithers)**
Can i give the debbie and neil's next week or do you need them this week?

Status: Sent
Delivered: 11/23/2015 7:53:57 PM(UTC-5)
Read: 11/23/2015 8:03:26 PM(UTC-5)

**11/23/2015 8:03:44 PM(UTC-5), +13047419893 (Darryl Williams)**
Need this week if poss

Status: Read
Read: 11/23/2015 8:04:02 PM(UTC-5)

**11/23/2015 8:04:04 PM(UTC-5), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 11/23/2015 8:04:04 PM(UTC-5)
Read: 11/23/2015 8:04:29 PM(UTC-5)

**11/29/2015 9:33:05 AM(UTC-5), +13047419893 (Darryl Williams)**
Hey we are picking up Racheal Miller and Deborah Renyolds  scripts this morning  and the Pharmist will not have 30 mg  opana. ER.   What can he replace that will can he give them double of the 15s.  Or can he give them 40s. If u can change the scripts   He won't get 30s for 3 weeks

Status: Read
Read: 11/29/2015 9:36:00 AM(UTC-5)

**11/29/2015 9:36:32 AM(UTC-5), +18655858260 (Joel Smithers)**
He can double the 15's

Status: Sent
Delivered: 11/29/2015 9:36:32 AM(UTC-5)
Read: 11/29/2015 9:37:50 AM(UTC-5)

**11/29/2015 9:47:18 AM(UTC-5), +13047419893 (Darryl Williams)**
Okie doki.     You might have to inform him or call him

Status: Read
Read: 11/29/2015 9:47:53 AM(UTC-5)

**12/2/2015 3:16:34 PM(UTC-5), +18655858260 (Joel Smithers)**
When's Debbie gonna come see me?

Status: Sent
Delivered: 12/2/2015 3:16:35 PM(UTC-5)
Read: 12/2/2015 3:16:38 PM(UTC-5)

**12/2/2015 3:17:01 PM(UTC-5), +13047419893 (Darryl Williams)**
Next week.   Me and her both

Status: Read
Read: 12/2/2015 3:17:09 PM(UTC-5)

**12/2/2015 3:17:32 PM(UTC-5), +18655858260 (Joel Smithers)**
I'm not open again until 12/14 after today though.

Status: Sent
Delivered: 12/2/2015 3:17:33 PM(UTC-5)
Read: 12/2/2015 3:17:40 PM(UTC-5)

**12/2/2015 3:17:43 PM(UTC-5), +13047419893 (Darryl Williams)**
Ok

Status: Read
Read: 12/2/2015 3:17:43 PM(UTC-5)

**12/21/2015 10:40:18 AM(UTC-5), +18655858260 (Joel Smithers)**
When are Bodie and Steph and Deb coming?

Status: Sent
Delivered: 12/21/2015 10:40:20 AM(UTC-5)
Read: 12/21/2015 10:40:32 AM(UTC-5)

**12/21/2015 11:35:53 AM(UTC-5), +13047419893 (Darryl Williams)**
Boody and steph may not be back. I will tell ya about it when I get there

Status: Read
Read: 12/21/2015 11:36:52 AM(UTC-5)

**12/21/2015 11:37:00 AM(UTC-5), +18655858260 (Joel Smithers)**
Bummer
K

Status: Sent
Delivered: 12/21/2015 11:37:00 AM(UTC-5)
Read: 12/21/2015 11:37:01 AM(UTC-5)

**12/22/2015 1:30:45 PM(UTC-5), +18655858260 (Joel Smithers)**
Do you know if Debbie is coming today?

Status: Sent
Delivered: 12/22/2015 1:30:50 PM(UTC-5)
Read: 12/22/2015 1:35:49 PM(UTC-5)

**12/22/2015 1:30:58 PM(UTC-5), +18655858260 (Joel Smithers)**
Y'all make it home safe?

Status: Sent
Delivered: 12/22/2015 1:30:58 PM(UTC-5)
Read: 12/22/2015 1:35:49 PM(UTC-5)

**12/22/2015 1:36:02 PM(UTC-5), +13047419893 (Darryl Williams)**
Boy it was foggy

Status: Read
Read: 12/22/2015 1:36:12 PM(UTC-5)

**12/22/2015 1:36:54 PM(UTC-5), +13047419893 (Darryl Williams)**
Debbie. No she sold 3 campers yesterday.  Said she hates to leave shop

Status: Read
Read: 12/22/2015 1:36:54 PM(UTC-5)

**12/22/2015 1:37:34 PM(UTC-5), +13047419893 (Darryl Williams)**
Hubbard. Miller and Harlow should be there at 8 am tommorrow

Status: Read
Read: 12/22/2015 1:37:34 PM(UTC-5)

**12/22/2015 1:38:22 PM(UTC-5), +13047419893 (Darryl Williams)**
Debbie said after Christmas thier sales drop to nothing till spring

Status: Read
Read: 12/22/2015 1:38:22 PM(UTC-5)

**1/5/2016 9:32:25 AM(UTC-5), +13047419893 (Darryl Williams)**
Also Deborah Renyolds

Status: Read
Read: 1/5/2016 9:34:17 AM(UTC-5)

**1/5/2016 9:33:23 AM(UTC-5), +13047419893 (Darryl Williams)**
Deborah Renyolds █████-62

Status: Read
Read: 1/5/2016 9:34:17 AM(UTC-5)

**1/5/2016 9:40:47 AM(UTC-5), +13047419893 (Darryl Williams)**
Michael Bowe █████ 53

Status: Read
Read: 1/5/2016 9:44:15 AM(UTC-5)

**1/5/2016 9:44:18 AM(UTC-5), +18655858260 (Joel Smithers)**
K

Status: Sent
Delivered: 1/5/2016 9:44:20 AM(UTC-5)
Read: 1/5/2016 9:45:11 AM(UTC-5)

DR1000 - 032

**4/12/2016 5:01:25 PM(UTC-4), jasmithers@gmail.com (AFIT CIP Login !@#WSX11ww22ss33xx)**
I've got Kelly Johnson listed for an appointment this Thursday at 12:30. Does anyone else need to come with him? Will he be coming? Is Debbie ever going to come?

Status: Sent
Delivered: 4/13/2016 1:18:12 AM(UTC-4)
Read: 4/13/2016 1:18:12 AM(UTC-4)