
**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

☎ 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

INTREPID MANAGEMENT SERVICES INC.
7133 W FRIENDLY AVE APT E
GREENSBORO, NC  27410-6293

## Your Business Advantage Checking

for July 1, 2015 to July 31, 2015

Account number: 8980 7282 6233

**INTREPID MANAGEMENT SERVICES INC.**

## Account summary

| | | |
|---|---|---|
| Beginning balance on July 1, 2015 | $100.00 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle¹: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $100.00 |
| **Ending balance on July 31, 2015** | **$100.00** | ¹Includes checks paid,deposited items&other debits |


**Make an impression.**
(Without making a dent in your account.)
**500 business cards $9⁹⁹**

Visit vistaprint.com and enter
**BOFA500** at checkout.

Expires 10.1.15. S & H charges and restrictions apply. See website for details.  |  Vistaprint is a part of Cimpress and its privacy, information
security & information sharing practices may be different from those of Bank of America®. Bank assumes no responsibility for customer
service, fulfillment or billing. By responding to this offer, you disclose to Vistaprint you are a Bank of America customer.  ARQRND75

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a banking center for information.

© 2015 Bank of America Corporation

 Bank of America, N.A. Member FDIC and      Equal Housing Lender

 **Bank of America**

**Your checking account**

**INTREPID MANAGEMENT SERVICES INC.** | Account # 8980 7282 6233 | July 1, 2015 to July 31, 2015

## Service fees

Based upon the activity below, the monthly fee on your Business Advantage checking account was waived for the statement period ending 06/30/15:

You are an active user of one of the following services    OR    At least one of the following occurred during the previous month

| | |
|---|---|
| ◯ Bank of America Merchant Services | ◯ $2,500+ in net new purchases on a linked Business credit card |
| ◯ Payroll Service by Intuit® | ◯ $15,000+ average monthly balance in primary checking account |
| ◯ Small Business Remote Deposit Online Service | ◯ $35,000+ combined average monthly balance in linked business accounts |

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) |
|---|---|
| 07/01 | 100.00 |

☑ To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.



**Small Business Online Banking**

**TIP OF THE MONTH**

# Transferring funds is a snap

Now you can send **transfers** from business accounts to a Bank of America® personal account, including your own.

Later this year, you'll be able to send transfers from your business accounts to any other Bank of America business account *and* from your personal account to any Bank of America business account.

Click on the **Transfers** tab when logged in at **bankofamerica.com/smallbusiness**.



ARYRND4V | SSM-02-15-0019.B

INTREPID MANAGEMENT SERVICES INC.   |   Account # 8980 7282 6233 4  July 1, 2015 to July 31, 2015

This page intentionally left blank


**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

INTREPID MANAGEMENT SERVICES INC.
7133 W FRIENDLY AVE APT E
GREENSBORO, NC  27410-6293

🔔 | Please see the Account Changes section of your statement for details regarding important changes to your account.

## Your Business Advantage Checking

for August 1, 2015 to August 31, 2015                    Account number: 8980 7282 6233
**INTREPID MANAGEMENT SERVICES INC.**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on August 1, 2015 | $100.00 | # of deposits/credits: 0 | |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 | |
| Withdrawals and other debits | -0.00 | # of items–previous cycle¹: 0 | |
| Checks | -0.00 | # of days in cycle: 31 | |
| Service fees | -0.00 | Average ledger balance: $100.00 | |
| **Ending balance on August 31, 2015** | **$100.00** | ¹Includes checks paid,deposited items&other debits | |

# Payroll made easy


**Intuit.** Payroll

With **Intuit® Online Payroll** and **Intuit Full Service Payroll®** you get simplified payroll services you can access right through Bank of America® Online Banking. Find out which payroll service is right for your business.

**Call 866.700.2142** or visit **bankofamerica.com/payrollsolutions** today.

Monthly and other fees may apply. See product and pricing details at bankofamerica.com/payrollsolutions. Intuit and the Intuit logo are registered trademarks of Intuit, Inc. used under license. Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation. Bank of America, N.A. Member FDIC. ©2015 Bank of America Corporation.   ARGQFY6X I SSM-12-14-0214.B

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a banking center for information.

© 2015 Bank of America Corporation

 Bank of America, N.A. Member FDIC and    Equal Housing Lender

 **Bank of America**

**Your checking account**

INTREPID MANAGEMENT SERVICES INC.   |   Account # 8980 7282 6233   |   August 1, 2015 to August 31, 2015

## Service fees

Based upon the activity below, the monthly fee on your Business Advantage checking account was waived for the statement period ending 07/31/15:

You are an active user of one of the following services        OR        At least one of the following occurred during the previous month

◯   Bank of America Merchant Services                    ◯   $2,500+   in net new purchases on a linked Business credit card

◯   Payroll Service by Intuit®                                    ◯   $15,000+   average monthly balance in primary checking account

◯   Small Business Remote Deposit Online Service    ◯   $35,000+   combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) |
|---|---|
| 08/01 | 100.00 |

✓  To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.

# Make an impression.
(Without making a dent in your account.)
## 500 business cards $9.99

 vistaprint®

Visit vistaprint.com and enter **BOFA500** at checkout.

Expires 10.1.15. S & H charges and restrictions apply. See website for details.  |  Vistaprint is a part of Cimpress and its privacy, information security & information sharing practices may be different from those of Bank of America®. Bank assumes no responsibility for customer service, fulfillment or billing. By responding to this offer, you disclose to Vistaprint you are a Bank of America customer.  ARQRND75

INTREPID MANAGEMENT SERVICES INC.   |   Account # 8980 7282 62333B  August 1, 2015 to August 31, 2015

This page intentionally left blank

# Account Changes

At Bank of America, we are committed to keeping you up-to-date on any changes that may impact your banking accounts.

**In the next few months, you will see changes to some banking fees that may apply to your Small Business checking, savings and CD accounts. Before these go into effect, we would like to explain which fees are changing, when they are changing, and also let you know about steps you can take to help avoid some of them.**

| Fee | Amount | Effective Date | What to Keep in Mind |
|---|---|---|---|
| **Overdraft Protection Transfer Fee**<br><br>When you sign up for this optional service, we transfer available funds from an eligible linked Bank of America account to help protect you from overdrawing your account. This fee is applied to each individual transfer.<br><br>Please see your credit card agreement for information about Overdraft Protection Transfer fees from a linked credit card. If you currently have an eligible linked line of credit where you are charged a $10 flat fee to your checking account for Overdraft Protection Transfer, this fee will increase to $12. | $12 each transfer | This fee applies to transactions that post on or after November 6, 2015. | To help prevent overdraft fees, set up email, text and Mobile Banking app alerts to help you keep track of transactions and balance changes.<br><br>The Mobile Banking app and Mobile Banking app alerts are not available on select devices. Mobile Banking app alerts are not available on the mobile website.<br><br>To learn more and to set up Overdraft Protection for your eligible accounts, visit bankofamerica.com/businessodp. |
| **Domestic Outbound Wire Fee**<br><br>This fee applies to wire transfers you send within the U.S. Wires sent using the Direct Payments Service will receive a discounted fee. | $30 each wire transfer<br>($25 each wire transfer if Direct Payments Service is used) | This fee applies to transactions that post on or after November 6, 2015. | You may want to consider other ways to transfer funds, such as Online Bill Pay or Direct Payments Service. For more information, go to bankofamerica.com/businessonlinepayments, or you can call us at the number on this statement to discuss your specific needs. |
| **Check Copy Fee**<br><br>There is no fee for the first two copies of each request.<br><br>This fee applies for each following copy: $3 per copy, with a maximum of $75 per request.<br><br>Does not apply to accounts opened in Massachusetts and New Hampshire. | $3 per copy ($75 maximum per request) | This fee applies to requests that are processed on or after November 6, 2015 | You can often avoid the fee by viewing and printing your available checks in Online Banking.<br><br>To determine what checks are available through Online Banking, please select the Statements and Documents tab.<br><br>Visit bankofamerica.com/business to sign in or learn more about Online Banking. |
| **Statement Copy Fee**<br><br>Each statement copy requests incurs a fee. | $5 per copy | This fee applies to requests that are processed on or after November 6, 2015 | You can often avoid this fee by viewing and printing your available statements in Online Banking instead of ordering the copy from us.<br><br>To determine what statements are available through Online Banking, please select the Statements and Documents tab.<br><br>Visit bankofamerica.com/business to sign in or learn more about Online Banking. |

Continued on next page

Continued from previous page

| Fee | Amount | Effective Date | What to Keep in Mind |
|---|---|---|---|
| **Legal Process Fee**<br>This fee is charged for each legal order or process that directs us to freeze, attach or withhold funds or other property, such as an attachment, levy or garnishment. | $125 each occurrence (Or such other rate as may be set by law) | This fee applies to each legal process that is handled on or after November 6, 2015. | More information can be found in your Deposit Agreement and Disclosures under the section, "Legal Process — Subpoena and Levy." |
| **Deposited Item Fee — for Savings Accounts**<br>This fee applies when the statement cycle limit for the number of items deposited into the account. | No fee for first 25 deposited items per statement cycle, then 45¢ per item | Effective November 1, 2015 | This fee will now apply to Business Investment Accounts and accounts having "Business Interest Maximizer" in the name, such as Platinum Business Interest Maximizer savings. |

**We are here to help**

For more information about these changes and other fees that may apply to your accounts, visit your nearby financial center, or review the Business Schedule of Fees for the state in which you opened your account at bankofamerica.com/businessfeesataglance.

Please let us know if you have any questions about these changes or would like to discuss how you may be able to reduce or waive some of these fees by converting your account to another account type. You can stop by a financial center or give us a call at the number listed on this statement.

En los próximos meses, verá cambios en algunos cargos por servicios que podrían aplicarse a sus cuentas de cheques, de ahorros y de Certificados de Depósito (CD) para Pequeñas Empresas. Antes de que entren en vigencia, nos gustaría explicarle qué cargos cambiarán y cuándo lo harán, y también informarle los pasos que puede tomar para evitar algunos de ellos.

Para obtener más información, visite un centro financiero de Bank of America.

©2015 Bank of America Corporation | ARC7CDG8 | SSM-03-15-0543.D — Non CA



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

☎ 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

INTREPID MANAGEMENT SERVICES INC.
7133 W FRIENDLY AVE APT E
GREENSBORO, NC  27410-6293

## Your Business Advantage Checking

for September 1, 2015 to September 30, 2015                    Account number: 8980 7282 6233

**INTREPID MANAGEMENT SERVICES INC.**

## Account summary

| | | |
|---|---|---|
| Beginning balance on September 1, 2015 | $100.00 | # of deposits/credits: 1 |
| Deposits and other credits | 150.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle¹: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $110.00 |
| **Ending balance on September 30, 2015** | **$250.00** | ¹Includes checks paid,deposited items&other debits |

# Payroll made easy

With **Intuit® Online Payroll** and **Intuit Full Service Payroll®** you get simplified payroll services you can access right through Bank of America® Online Banking. Find out which payroll service is right for your business.

Call **866.700.2142** or visit **bankofamerica.com/payrollsolutions** today.



Intuit. Payroll

Monthly and other fees may apply. See product and pricing details at bankofamerica.com/payrollsolutions. Intuit and the Intuit logo are registered trademarks of Intuit, Inc. used under license. Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation. Bank of America, N.A. Member FDIC. ©2015 Bank of America Corporation.   ARGQPY6X | SSM-12-14-0214.B

INTREPID MANAGEMENT SERVICES INC.   |   Account # 8980 7282 6~~1384~~2   September 1, 2015 to September 30, 2015

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a banking center for information.

© 2015 Bank of America Corporation

 **Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**

 **Bank of America**                                     **Your checking account**

INTREPID MANAGEMENT SERVICES INC.  |  Account # 8980 7282 6233  |  September 1, 2015 to September 30, 2015

## Deposits and other credits

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 09/29/15 | BKOFAMERICA MOBILE 09/29 3383802643 DEPOSIT | *MOBILE | FL | 150.00 |
| **Total deposits and other credits** | | | | **$150.00** |

## Service fees

Based upon the activity below, the monthly fee on your Business Advantage checking account was waived for the statement period ending 08/31/15:

| You are an active user of one of the following services | OR | At least one of the following occurred during the previous month | |
|---|---|---|---|
| ◯ Bank of America Merchant Services | | ◯ $2,500+ | in net new purchases on a linked Business credit card |
| ◯ Payroll Service by Intuit® | | ◯ $15,000+ | average monthly balance in primary checking account |
| ◯ Small Business Remote Deposit Online Service | | ◯ $35,000+ | combined average monthly balance in linked business accounts |

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|-----------|
| 09/01 | 100.00 | 09/29 | 250.00 |

⊘ To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.

**SMALL BUSINESS COMMUNITY**

**Cash Flow Management**

# The right planning to keep cash flowing

Learn more about forecasting, modeling and budgeting to help you create a cash flow management plan that makes your money work harder for you.

Visit **bankofamerica.com/sbc** today.

ARTQKRH4  |  SSM-06-15-0388.B

This page intentionally left blank

 **Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

INTREPID MANAGEMENT SERVICES INC.
7133 W FRIENDLY AVE APT E
GREENSBORO, NC  27410-6293

## Your Business Advantage Checking

for October 1, 2015 to October 31, 2015                Account number: 8980 7282 6233
**INTREPID MANAGEMENT SERVICES INC.**

## Account summary

| | | |
|---|---|---|
| Beginning balance on October 1, 2015 | $250.00 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $250.00 |
| **Ending balance on October 31, 2015** | **$250.00** | *[1]Includes checks paid,deposited items&other debits* |



# Dreading the shredding?

**Go paperless** and make a statement.

- Your secure paperless statements don't need storing or shredding
- Get email reminders that link right to your statements for easy access
- View and download your business statements anytime, with no paper waste

Click the **Profile & Settings** link when logged in
at **bankofamerica.com/smallbusiness**.



ARMVQ3JF | SSM-02-15-0019.I

INTREPID MANAGEMENT SERVICES INC.   |   Account # 8980 7282 6233 45   October 1, 2015 to October 31, 2015

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2015 Bank of America Corporation

 Bank of America, N.A. Member FDIC and     Equal Housing Lender

**Bank of America** ⧫

**Your checking account**

**INTREPID MANAGEMENT SERVICES INC.**  |  **Account # 8980 7282 6233**  |  **October 1, 2015 to October 31, 2015**

In November, we will begin requiring a valid identification (ID) for cash deposits made to small business accounts with our tellers.

We are making this change to help us better manage the risks associated with cash transactions. Starting in November, we will need a valid ID to accept a cash deposit from you. If you allow others to make deposits to your small business accounts, such as employees, they will also need to show a valid ID.

Your Bank of America® ATM, debit or deposit card with PIN verification is the easiest way for us to confirm your identity. You may also use valid government-issued photo IDs, such as a driver's license, US Armed Services ID or a passport.

As a reminder, you can still deposit cash and checks at any Bank of America ATM that accepts deposits.

If you have any questions, we are here to help. Please call the number listed on this statement.

## Service fees

Based upon the activity below, the monthly fee on your Business Advantage checking account was waived for the statement period ending 09/30/15:

| You are an active user of one of the following services | OR | At least one of the following occurred during the previous month | |
|---|---|---|---|
| ◯  Bank of America Merchant Services | | ◯  $2,500+ | in net new purchases on a linked Business credit card |
| ◯  Payroll Service by Intuit® | | ◯  $15,000+ | average monthly balance in primary checking account |
| ◯  Small Business Remote Deposit Online Service | | ◯  $35,000+ | combined average monthly balance in linked business accounts |

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) |
|---|---|
| 10/01 | 250.00 |

## They're not just heroes, they're our neighbors

Join us in helping connect our returning service members and veterans to the things they need to make their lives better. Express your support using **#troopthanks** and we'll donate $1 (up to $1 million) to Wounded Warrior Project. For details, visit bankofamerica.com/troopthanks.

**Join us at #troopthanks or bankofamerica.com/troopthanks.**

WOUNDED WARRIOR PROJECT

Bank of America, N.A. Member FDIC. ©2015 Bank of America Corporation   AR8JKYNH   SSM-07-15-0368.B

INTREPID MANAGEMENT SERVICES INC.  |  Account # 8980 7282 6233  |  October 1, 2015 to October 31, 2015

✐   To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.


**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

INTREPID MANAGEMENT SERVICES INC.
7133 W FRIENDLY AVE APT E
GREENSBORO, NC  27410-6293

## Your Business Advantage Checking

for November 1, 2015 to November 30, 2015                Account number: 8980 7282 6233

**INTREPID MANAGEMENT SERVICES INC.**

## Account summary

| | | |
|---|---|---|
| Beginning balance on November 1, 2015 | $250.00 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 1 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -29.95 | Average ledger balance: $221.04 |
| **Ending balance on November 30, 2015** | **$220.05** | [1]Includes checks paid,deposited items&other debits |

# Simplify payroll so you can easily run it yourself

Run payroll, view balances, file taxes and more with Payroll Services by Intuit®.
It's easy to learn and easy to use with Small Business Online Banking.

Call **866.700.2142** or visit **bankofamerica.com/payroll** today.

**Intuit.** Payroll

Monthly and other fees may apply. See product and pricing details at bankofamerica.com/payroll. Intuit and the Intuit logo are registered trademarks of Intuit, Inc. used under license. Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation. Bank of America, N.A. Member FDIC.
©2015 Bank of America Corporation.  ARCR6HS3 | SSM-08-15-0433.B

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a banking center for information.

© 2015 Bank of America Corporation

 Bank of America, N.A. Member FDIC and    Equal Housing Lender

**Bank of America** 〰

**Your checking account**

INTREPID MANAGEMENT SERVICES INC.   |   Account # 8980 7282 6233   |   November 1, 2015 to November 30, 2015

## Service fees

Based on the activity on your business accounts for the statement period ending 10/30/15, a Monthly Fee was charged for your Business Advantage checking account (Primary).  You can avoid the fee in the future by meeting one of the requirements below:

You are an active user of one of the following services        OR        At least one of the following occurred during the previous month

○   Bank of America Merchant Services        ○   $2,500+   in net new purchases on a linked Business credit card

○   Payroll Service by Intuit®        ○   $15,000+   average monthly balance in primary checking account

○   Small Business Remote Deposit Online Service        ○   $35,000+   combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 11/02/15 | Monthly Fee for Business Advantage | -29.95 |
| **Total service fees** | | **-$29.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|---|---|---|---|
| 11/01 | 250.00 | 11/02 | 220.05 |

✅   To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.

# How can we improve your business banking?

You can help us improve our products and services by joining the **Bank of America® Advisory Panel**. And just for joining, you'll be entered into a drawing for a chance to win a $3,000 cash prize.[1]

To learn more and join, enter code **SBDD** at **bankofamerica.com/advisorypanel** today.

[1]No purchase necessary. Sweepstakes ends 1/31/2016. Open to all U.S. residents, 18 years of age or older. For official rules and entry go to bankofamerica.com/advisorypanel. Void where prohibited. ©2015 Bank of America Corporation        ARLDSJH6 | SSM-08-15-0429B

INTREPID MANAGEMENT SERVICES INC.   |   Account # 8980 7282 6233 52 November 1, 2015 to November 30, 2015

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

INTREPID MANAGEMENT SERVICES INC.
7133 W FRIENDLY AVE APT E
GREENSBORO, NC  27410-6293

# Your Business Advantage Checking

for December 1, 2015 to December 31, 2015

Account number: 8980 7282 6233

**INTREPID MANAGEMENT SERVICES INC.**

## Account summary

| | | |
|---|---|---|
| Beginning balance on December 1, 2015 | $220.05 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 1 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle¹: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -29.95 | Average ledger balance: $190.10 |
| **Ending balance on December 31, 2015** | **$190.10** | ¹Includes checks paid,deposited items&other debits |

# You never stop working to improve your business. Neither do we.

Learn more. Just give us a call at 855.833.3608.

With our fast card processing, access your funds as soon as the next business day.¹ Plus, you'll enjoy:

• Security that encrypts each transaction
• Dedicated 24/7 customer service
• The ability to accept chip card payments



**Merchant Services**

¹After deposit of transactions and only when you direct payment of your settlement funds to a Bank of America business checking account. Valid only on Visa®, MasterCard® and Discover® transactions. Exceptions may apply. Merchant Services are provided by Bank of America, N.A. and its representative Banc of America Merchant Services, LLC. Banc of America Merchant Services, LLC is not a bank, and does not offer bank deposits, and its services are not guaranteed by the FDIC or any other governmental agency. ©2015 Banc of America Merchant Services, LLC. All rights reserved. ARVNF688 | SSM-07-15-0156.B

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2015 Bank of America Corporation



Bank of America, N.A. Member FDIC and   Equal Housing Lender

**Bank of America** ⋙

**Your checking account**

INTREPID MANAGEMENT SERVICES INC.   |   Account # 8980 7282 6233   |   December 1, 2015 to December 31, 2015

## Service fees

Based on the activity on your business accounts for the statement period ending 11/30/15, a Monthly Fee was charged for your Business Advantage checking account (Primary).  You can avoid the fee in the future by meeting one of the requirements below:

You are an active user of one of the following services          OR          At least one of the following occurred during the previous month

○   Bank of America Merchant Services                    ○   $2,500+   in net new purchases on a linked Business credit card

○   Payroll Service by Intuit®                                ○   $15,000+  average monthly balance in primary checking account

○   Small Business Remote Deposit Online Service          ○   $35,000+  combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 12/01/15 | Monthly Fee for Business Advantage | -29.95 |
| **Total service fees** | | **-$29.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 12/01 | 190.10 |

✅   To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.

# Simplify payroll so you can easily run it yourself

Run payroll, view balances, file taxes and more with Payroll Services by Intuit®.
It's easy to learn and easy to use with Small Business Online Banking.

Call **866.700.2142** or visit **bankofamerica.com/payroll** today.          **Intuit.** Payroll

**Monthly and other fees may apply. See product and pricing details at bankofamerica.com/payroll. Intuit and the Intuit logo are registered trademarks of Intuit, Inc. used under license. Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation. Bank of America, N.A. Member FDIC.** ©2015 Bank of America Corporation.  ARCR6HS3  |  SSM-08-15-0433.B

This page intentionally left blank


## Bank of America

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

INTREPID MANAGEMENT SERVICES INC.
7133 W FRIENDLY AVE APT E
GREENSBORO, NC  27410-6293

## Your Business Advantage Checking

for January 1, 2016 to January 31, 2016

Account number: 8980 7282 6233

**INTREPID MANAGEMENT SERVICES INC.**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on January 1, 2016 | $190.10 | # of deposits/credits: 0 | |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 1 | |
| Withdrawals and other debits | -0.00 | # of items-previous cycle¹: 0 | |
| Checks | -0.00 | # of days in cycle: 31 | |
| Service fees | -29.95 | Average ledger balance: $163.04 | |
| **Ending balance on January 31, 2016** | **$160.15** | ¹Includes checks paid,deposited items&other debits | |

# Simplify payroll so you can easily run it yourself

Run payroll, view balances, file taxes and more with Payroll Services by Intuit®.
It's easy to learn and easy to use with Small Business Online Banking.

Call **866.700.2142** or visit **bankofamerica.com/payroll** today.

**Intuit.** Payroll

Monthly and other fees may apply. See product and pricing details at bankofamerica.com/payroll. Intuit and the Intuit logo are registered trademarks of Intuit, Inc. used under license. Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation. Bank of America, N.A. Member FDIC.
©2015 Bank of America Corporation.  ARCR6HS3 | SSM-08-15-0433.B

INTREPID MANAGEMENT SERVICES INC.   |   Account # 8980 7282 6235 58  January 1, 2016 to January 31, 2016

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a banking center for information.

© 2015 Bank of America Corporation

 Bank of America, N.A. Member FDIC and     Equal Housing Lender

## Bank of America ◤◤◤

**Your checking account**

**INTREPID MANAGEMENT SERVICES INC.** | Account # 8980 7282 6233 | January 1, 2016 to January 31, 2016

---

## Service fees

Based on the activity on your business accounts for the statement period ending 12/31/15, a Monthly Fee was charged for your Business Advantage checking account (Primary). You can avoid the fee in the future by meeting one of the requirements below:

You are an active user of one of the following services     OR     At least one of the following occurred during the previous month

| | |
|---|---|
| ○ Bank of America Merchant Services | ○ $2,500+ in net new purchases on a linked Business credit card |
| ○ Payroll Service by Intuit® | ○ $15,000+ average monthly balance in primary checking account |
| ○ Small Business Remote Deposit Online Service | ○ $35,000+ combined average monthly balance in linked business accounts |

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 01/04/16 | Monthly Fee for Business Advantage | -29.95 |
| **Total service fees** | | **-$29.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|---|---|---|---|
| 01/01 | 190.10 | 01/04 | 160.15 |

⊘  To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.

---

# We appreciate your business

To learn more about our other business products and services, please visit us at **bankofamerica.com/smallbusiness**.

ARMJ4QYN | SSM-08-15-0436.B

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

☎ 1.888.BUSINESS (1.888.287.4637)

🖳 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

INTREPID MANAGEMENT SERVICES INC.
7133 W FRIENDLY AVE APT E
GREENSBORO, NC  27410-6293

# Your Business Advantage Checking

for February 1, 2016 to February 29, 2016

Account number: 8980 7282 6233

**INTREPID MANAGEMENT SERVICES INC.**

## Account summary

| | | |
|---|---|---|
| Beginning balance on February 1, 2016 | $160.15 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 1 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 29 |
| Service fees | -29.95 | Average ledger balance: $130.20 |
| **Ending balance on February 29, 2016** | **$130.20** | [1]Includes checks paid,deposited items&other debits |



# You never stop working to improve your business. Neither do we.

Learn more. Just give us a call at 855.833.3608.

**Merchant Services**

With our fast card processing, access your funds as soon as the next business day.[1] Plus, you'll enjoy:

- Security that encrypts each transaction
- Dedicated 24/7 customer service
- The ability to accept chip card payments

[1]After deposit of transactions and only when you direct payment of your settlement funds to a Bank of America business checking account. Valid only on Visa®, MasterCard® and Discover® transactions. Exceptions may apply. Merchant Services are provided by Bank of America, N.A. and its representative Banc of America Merchant Services, LLC. Banc of America Merchant Services, LLC is not a bank, and does not offer bank deposits, and its services are not guaranteed by the FDIC or any other governmental agency.
©2015 Banc of America Merchant Services, LLC. All rights reserved. ARVNF688 | SSM-07-15-0156.B

INTREPID MANAGEMENT SERVICES INC.   |   Account # 8980 7282 6233862   February 1, 2016 to February 29, 2016

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation

 Bank of America, N.A. Member FDIC and      Equal Housing Lender



**Your checking account**

INTREPID MANAGEMENT SERVICES INC.  |  Account # 8980 7282 6233  |  February 1, 2016 to February 29, 2016

## Service fees

Based on the activity on your business accounts for the statement period ending 01/29/16, a Monthly Fee was charged for your Business Advantage checking account (Primary).  You can avoid the fee in the future by meeting one of the requirements below:

| You are an active user of one of the following services | OR | At least one of the following occurred during the previous month | |
|---|---|---|---|
| ◯ Bank of America Merchant Services | | ◯ $2,500+ | in net new purchases on a linked Business credit card |
| ◯ Payroll Service by Intuit® | | ◯ $15,000+ | average monthly balance in primary checking account |
| ◯ Small Business Remote Deposit Online Service | | ◯ $35,000+ | combined average monthly balance in linked business accounts |

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 02/01/16 | Monthly Fee for Business Advantage | -29.95 |
| **Total service fees** | | **-$29.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) |
|---|---|
| 02/01 | 130.20 |

✅ To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.



# Do what you love.
# Let us help with the rest.

Watch videos about products and services that can make running your business easier, including the Clover® Station® point-of-sale system.

## Visit **bankofamerica.com/SBvideos**.

*Clover Station requires Clover Mobile, Clover Mini, or FD40 equipment to accept EMV® and Apple Pay™ transactions.
©2015 Bank of America Corporation  ARKCBSKB  |  SSM-09-15-0535.B

This page intentionally left blank


**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

INTREPID MANAGEMENT SERVICES INC.
7133 W FRIENDLY AVE APT E
GREENSBORO, NC  27410-6293

## Your Business Advantage Checking

for March 1, 2016 to March 31, 2016

Account number: 8980 7282 6233

**INTREPID MANAGEMENT SERVICES INC.**

## Account summary

| | | | |
|---|---:|---|---|
| Beginning balance on March 1, 2016 | $130.20 | # of deposits/credits: 0 | |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 1 | |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 | |
| Checks | -0.00 | # of days in cycle: 31 | |
| Service fees | -29.95 | Average ledger balance: $100.25 | |
| **Ending balance on March 31, 2016** | **$100.25** | [1]Includes checks paid,deposited items&other debits | |

# Simplify payroll so you can easily run it yourself

Run payroll, view balances, file taxes and more with Payroll Services by Intuit®.
It's easy to learn and easy to use with Small Business Online Banking.

Call 866.700.2142 or visit bankofamerica.com/payroll today.

**Inⳛuiⳛ**. Payroll

Monthly and other fees may apply. See product and pricing details at bankofamerica.com/payroll. Intuit and the Intuit logo are registered trademarks of Intuit, Inc. used under license. Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation. Bank of America, N.A. Member FDIC.
©2015 Bank of America Corporation.  ARCR6HS3 | SSM-08-15-0433.B

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation

 Bank of America, N.A. Member FDIC and   Equal Housing Lender

**Bank of America**

**Your checking account**

**INTREPID MANAGEMENT SERVICES INC.**   |   **Account # 8980 7282 6233**   |   **March 1, 2016 to March 31, 2016**

## Service fees

Based on the activity on your business accounts for the statement period ending 02/29/16, a Monthly Fee was charged for your Business Advantage checking account (Primary).  You can avoid the fee in the future by meeting one of the requirements below:

You are an active user of one of the following services        OR        At least one of the following occurred during the previous month

○   Bank of America Merchant Services                    ○   $2,500+   in net new purchases on a linked Business credit card

○   Payroll Service by Intuit®                             ○   $15,000+   average monthly balance in primary checking account

○   Small Business Remote Deposit Online Service        ○   $35,000+   combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 03/01/16 | Monthly Fee for Business Advantage | -29.95 |
| **Total service fees** | | **-$29.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 03/01 | 100.25 |

☑   To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.



**Small Business Online Banking**

**TIP OF THE MONTH**

# Transferring funds is a snap

Now you can send **transfers** from business accounts to a Bank of America® personal account, including your own.

Later this year, you'll be able to send transfers from your business accounts to any other Bank of America business account *and* from your personal account to any Bank of America business account.

Click on the **Transfers** tab when logged in at **bankofamerica.com/smallbusiness**.



ARYRND4V | SSM-02-15-0019B

INTREPID MANAGEMENT SERVICES INC. | Account # 8980 7282 6286B March 1, 2016 to March 31, 2016

This page intentionally left blank


**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

INTREPID MANAGEMENT SERVICES INC.
7133 W FRIENDLY AVE APT E
GREENSBORO, NC  27410-6293

## Your Business Advantage Checking

for April 1, 2016 to April 30, 2016                    Account number: 8980 7282 6233
**INTREPID MANAGEMENT SERVICES INC.**

## Account summary

| | | |
|---|---|---|
| Beginning balance on April 1, 2016 | $100.25 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 1 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle¹: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -29.95 | Average ledger balance: $73.29 |
| **Ending balance on April 30, 2016** | **$70.30** | ¹Includes checks paid,deposited items&other debits |



# Upgrade your point-of-sale system

Clover® solutions: The latest in payment processing and more —
all to help you manage your business's unique needs.

Learn more at **bankofamerica.com/GoClover**.


**Merchant Services**

© 2016 Banc of America Merchant Services, LLC. All rights reserved. All trademarks, service marks and trade names referenced in this material are the property of
and licensed by their respective owners. Merchant Services are provided by Bank of America, N.A. and its representative Banc of America Merchant Services, LLC.
Bank of America Merchant Services, LLC is not a bank, does not offer bank deposits, and its services are not guaranteed or insured by the FDIC or any other
governmental agency.  ARW37FF8 | SSM-01-16-8370.B

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation

 **Bank of America, N.A. Member FDIC and** **Equal Housing Lender**

# Bank of America

**Your checking account**

INTREPID MANAGEMENT SERVICES INC.   |   Account # 8980 7282 6233   |   April 1, 2016 to April 30, 2016

## Service fees

Based on the activity on your business accounts for the statement period ending 03/31/16, a Monthly Fee was charged for your Business Advantage checking account (Primary). You can avoid the fee in the future by meeting one of the requirements below:

| You are an active user of one of the following services | OR | At least one of the following occurred during the previous month |
|---|---|---|
| ○  Bank of America Merchant Services | | ○  $2,500+  in net new purchases on a linked Business credit card |
| ○  Payroll Service by Intuit® | | ○  $15,000+  average monthly balance in primary checking account |
| ○  Small Business Remote Deposit Online Service | | ○  $35,000+  combined average monthly balance in linked business accounts |

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 04/04/16 | Monthly Fee for Business Advantage | -29.95 |
| **Total service fees** | | **-$29.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|---|---|---|---|
| 04/01 | 100.25 | 04/04 | 70.30 |

✅  To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.



# Manage your cash flow from your desktop, tablet or smartphone with Viewpost®

Now you can send, receive and pay business invoices on the go.   **viewpost.**

**Learn more at bankofamerica.com/viewpost or call 866.283.8704 today.**

Bank of America does not deliver the services associated with Viewpost products. Internet access is required. Internet service provider fees may apply. Other bank fees may apply. See our Business Schedule of Fees for details. Viewpost is a registered trademark of Viewpost IP Holdings, LLC. All Rights Reserved. Eligibility requirements, other conditions, and fees may apply. Contact Viewpost for complete details regarding Viewpost products, terms and fees. ARSBWQSV  SSM-01-16-8371.B

This page intentionally left blank

 **Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

INTREPID MANAGEMENT SERVICES INC.
7133 W FRIENDLY AVE APT E
GREENSBORO, NC 27410-6293

## Your Business Advantage Checking

for May 1, 2016 to May 31, 2016                              Account number: 8980 7282 6233

**INTREPID MANAGEMENT SERVICES INC.**

### Account summary

| | | |
|---|---|---|
| Beginning balance on May 1, 2016 | $70.30 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 1 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle¹: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -29.95 | Average ledger balance: $41.31 |
| **Ending balance on May 31, 2016** | **$40.35** | ¹Includes checks paid,deposited items&other debits |



# Upgrade your point-of-sale system

Clover® solutions: The latest in payment processing and more —
all to help you manage your business's unique needs.

Learn more at **bankofamerica.com/GoClover**.

 **Bank of America**
**Merchant Services**

© 2016 Banc of America Merchant Services, LLC. All rights reserved. All trademarks, service marks and trade names referenced in this material are the property of and licensed by their respective owners. Merchant Services are provided by Bank of America, N.A. and its representative Banc of America Merchant Services, LLC. Banc of America Merchant Services, LLC is not a bank, does not offer bank deposits, and its services are not guaranteed or insured by the FDIC or any other governmental agency. ARW37FF8 | SSM-01-16-8370.B

INTREPID MANAGEMENT SERVICES INC.   |   Account # 8980 7282 6~~3387~~4   May 1, 2016 to May 31, 2016

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation

 **Bank of America, N.A. Member FDIC and     Equal Housing Lender**



**Bank of America**

**Your checking account**

INTREPID MANAGEMENT SERVICES INC.  |  Account # 8980 7282 6233  |  May 1, 2016 to May 31, 2016

## Service fees

Based on the activity on your business accounts for the statement period ending 04/29/16, a Monthly Fee was charged for your Business Advantage checking account (Primary).  You can avoid the fee in the future by meeting one of the requirements below:

You are an active user of one of the following services     OR     At least one of the following occurred during the previous month

○  Bank of America Merchant Services

○  Payroll Service by Intuit®

○  Small Business Remote Deposit Online Service

○  $2,500+   in net new purchases on a linked Business credit card

○  $15,000+   average monthly balance in primary checking account

○  $35,000+   combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 05/02/16 | Monthly Fee for Business Advantage | -29.95 |
| **Total service fees** | | **-$29.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) |
|------|-------------|------|-------------|
| 05/01 | 70.30 | 05/02 | 40.35 |

☑  To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.



# Do what you love.
# Let us help with the rest.

Watch videos about products and services that can make running your business easier, including the Clover® Station® point-of-sale system.

## Visit **bankofamerica.com/SBvideos**.

*Clover Station requires Clover Mobile, Clover Mini, or FD40 equipment to accept EMV® and Apple Pay™ transactions.
©2015 Bank of America Corporation  ARKCBSKB | SSM-09-15-0535.B*

This page intentionally left blank

# Bank of America

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

INTREPID MANAGEMENT SERVICES INC.
7133 W FRIENDLY AVE APT E
GREENSBORO, NC  27410-6293

## Your Business Advantage Checking

for June 1, 2016 to June 30, 2016           Account number: 8980 7282 6233
**INTREPID MANAGEMENT SERVICES INC.**

## Account summary

| | | |
|---|---|---|
| Beginning balance on June 1, 2016 | $40.35 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 1 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle¹: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -29.95 | Average ledger balance: $10.40 |
| **Ending balance on June 30, 2016** | **$10.40** | ¹Includes checks paid,deposited items&other debits |



TIP OF THE MONTH

**Small Business
Online Banking**

# Dreading the shredding?

**Go paperless** and make a statement.

• Your secure paperless statements don't need storing or shredding
• Get email reminders that link right to your statements for easy access
• View and download your business statements anytime, with no paper waste

Click **Profile & Settings** (in the upper right next to **Sign Out**) when logged in at **bankofamerica.com/smallbusiness**.

©2016 Bank of America Corporation.  |  ARQKTWWW  |  SSM-03-16-0475 B



INTREPID MANAGEMENT SERVICES INC.   |   Account # 8980 7282 6237 8   June 1, 2016 to June 30, 2016

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation

 Bank of America, N.A. Member FDIC and     Equal Housing Lender

**Bank of America** 

**Your checking account**

INTREPID MANAGEMENT SERVICES INC.   |   Account # 8980 7282 6233   |   June 1, 2016 to June 30, 2016

## Service fees

Based on the activity on your business accounts for the statement period ending 05/31/16, a Monthly Fee was charged for your Business Advantage checking account (Primary).  You can avoid the fee in the future by meeting one of the requirements below:

| You are an active user of one of the following services | OR | At least one of the following occurred during the previous month |
|---|---|---|
| ◯  Bank of America Merchant Services | | ◯  $2,500+  in net new purchases on a linked Business credit card |
| ◯  Payroll Service by Intuit® | | ◯  $15,000+  average monthly balance in primary checking account |
| ◯  Small Business Remote Deposit Online Service | | ◯  $35,000+  combined average monthly balance in linked business accounts |

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 06/01/16 | Monthly Fee for Business Advantage | -29.95 |

| **Total service fees** | **-$29.95** |
|---|---|

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) |
|---|---|
| 06/01 | 10.40 |

☑  To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.

# Markets go up. Markets come down.

Learn five steps to help you manage your investments in volatile markets at merrilledge.com/5steps



**MERRILL EDGE**
Bank of America
Corporation

Merrill Edge® is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), and consists of the Merrill Edge Advisory Center™ (investment guidance) and self-directed online investing. MLPF&S is a registered broker-dealer, member SIPC and a wholly owned subsidiary of Bank of America Corporation. Merrill Lynch, Merrill Edge, the Merrill Edge logo, and Merrill Edge Advisory Center are trademarks of Bank of America Corporation.

| Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|---|

ARLN38SQ  SSM-02-16-0222.B

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

INTREPID MANAGEMENT SERVICES INC.
7133 W FRIENDLY AVE APT E
GREENSBORO, NC 27410-6293

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

⚠ | Please see the Account Changes section of your statement for details regarding important changes to your account.

# Your Business Advantage Checking

for July 1, 2016 to July 31, 2016
**INTREPID MANAGEMENT SERVICES INC.**

Account number: 8980 7282 6233

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on July 1, 2016 | $10.40 | # of deposits/credits: 0 | |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 1 | |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 | |
| Checks | -0.00 | # of days in cycle: 31 | |
| Service fees | -29.95 | Average ledger balance: -$19.55 | |
| **Ending balance on July 31, 2016** | **-$19.55** | [1]Includes checks paid,deposited items&other debits | |

## Let ADP handle your payroll and HR

Bank of America® business customers can now take advantage of payroll and HR solutions from ADP. Let ADP payroll consultants help you choose the solution that's right for you, and support your business 24/7.

 To speak with an ADP consultant, call **844.274.1901** today. Monday through Friday, 8:30 a.m. to 10 p.m. Eastern.


A more human resource.™

Bank of America does not deliver the services associated with ADP products. Internet access is required. Internet service provider fees may apply. Other bank fees may apply. See the Business Schedule of Fees at bankofamerica/businessfeesataglance for details. ADP and the ADP logo are registered trademarks of ADP, LLC, and ADP A more human resource is a service mark of ADP, LLC used under license. Bank of America is a registered trademark of Bank of America Corporation. ©2016 Bank of America Corporation AR64RKYY | SSM-02-16-0475.B

INTREPID MANAGEMENT SERVICES INC.   |   Account # 8980 7282 6~~1388~~2   July 1, 2016 to July 31, 2016

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation

 **Bank of America, N.A. Member FDIC and   Equal Housing Lender**

**Bank of America** 📈

**Your checking account**

INTREPID MANAGEMENT SERVICES INC.  |  Account # 8980 7282 6233  |  July 1, 2016 to July 31, 2016

## Service fees

Based on the activity on your business accounts for the statement period ending 06/30/16, a Monthly Fee was charged for your Business Advantage checking account (Primary).  You can avoid the fee in the future by meeting one of the requirements below:

You are an active user of one of the following services          OR          At least one of the following occurred during the previous month

○  Bank of America Merchant Services                    ○   $2,500+    in net new purchases on a linked Business credit card

○  Payroll Service by Intuit®                           ○   $15,000+   average monthly balance in primary checking account

○  Small Business Remote Deposit Online Service         ○   $35,000+   combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 07/01/16 | Monthly Fee for Business Advantage | -29.95 |
| **Total service fees** | | **-$29.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 07/01 | -19.55 |

✓  To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.



# Manage your cash flow from your desktop, tablet or smartphone with Viewpost®

Now you can send, receive and pay business invoices on the go.   **viewpost.**

Learn more at bankofamerica.com/**viewpost** or call **866.283.8704** today.

Bank of America does not deliver the services associated with Viewpost products. Internet access is required. Internet service provider fees may apply. Other bank fees may apply. See our Business Schedule of Fees for details. Viewpost is a registered trademark of Viewpost IP Holdings, LLC. All Rights Reserved. Eligibility requirements, other conditions, and fees may apply. Contact Viewpost for complete details regarding Viewpost products, terms and fees. ARSGWQSY, SSM-01-16-8371.B

INTREPID MANAGEMENT SERVICES INC.   |   Account # 8980 7282 6233 84  July 1, 2016 to July 31, 2016

This page intentionally left blank

# Account Changes

We want to make sure you stay up-to-date on changes to your accounts.

**The information provided outlines changes we are making to some of the banking fees that may apply to your Small Business checking and savings accounts. You will also see some changes to the options you have to avoid Monthly Fees on your accounts. Please see listed details on what is changing and when these changes will become effective.**

| Fee | Amount | Effective Date | What to Keep in Mind |
|---|---|---|---|
| **Cash Deposit Processing Fee:**<br><br>**Business Fundamentals®, Business Interest Checking, Business Economy Checking, and Additional Checking** | No fee for first $7,500 in cash deposited per statement cycle, then 30¢ per $100 | Effective October 1, 2016 | The Cash Deposit Processing fee applies when you exceed the statement cycle limit for the amount of cash deposited into the account.<br><br>The fee will not be posted in the month that the cash is deposited as the fee is based on the prior month's transactions. It will be posted and you will see the fee on either your next monthly statement or the following one.<br><br>For information on included accounts and linked accounts, please see the "Frequently Asked Questions about Business Checking and Savings Accounts" section in the Business Schedule of Fees for the state in which you opened your account at: bankofamerica.com/businessfeesataglance |
| **Cash Deposit Processing Fee:**<br><br>**Business Advantage Checking**<br><br>The cash deposited amount is summed across the primary account and the one included Business Advantage checking account to determine total cash deposited per statement cycle. | No fee for first $20,000 in cash deposited per statement cycle, then 30¢ per $100 | Effective October 1, 2016 | |
| **Cash Deposit Processing Fee:**<br><br>**Business Investment Savings Account and accounts having "Business Interest Maximizer" in the name, such as Platinum Business Interest Maximizer savings** | No fee for first $5,000 in cash deposited per statement cycle, then 30¢ per $100 | Effective October 1, 2016 | |
| **Business Advantage Account Change:**<br><br>The Monthly Fee will no longer be waived based on enrollment in Remote Deposit Online Service. | | Effective for statement cycles beginning on or after November 1, 2016 | The $29.95 Monthly Fee is not changing and you can avoid it when you meet any ONE of the following requirements during each statement cycle:<br><br>-Spend $2,500 in new net purchases on a linked business credit card<br><br>-Maintain an average monthly balance of $15,000 or more on the primary account<br><br>-Maintain a combined average monthly balance of $35,000 or more in your linked Bank of America deposit accounts<br><br>-Actively use Bank of America Merchant Services or Payroll Service by Intuit®<br><br>Please review the Business Schedule of Fees for the state in which you opened your account for additional details about the ways to avoid the Monthly Fee at: bankofamerica.com/businessfeesataglance |

Continued on next page

Continued from previous page

| Fee: | Amount: | Effective Date | What to Keep in Mind |
|---|---|---|---|
| Business Investment Savings Account Change:<br><br>Monthly Maintenance Fee Amount and Minimum Daily Balance Requirement | $5 per month; OR Maintain a $2,500 minimum daily balance | Effective for statement cycles beginning on or after November 1, 2016 | Depending on the state in which your account was opened, the $5 Monthly Maintenance Fee is either not changing for you, or is decreasing from $10. You can avoid the $5 Monthly Maintenance Fee on your account when you meet any ONE of the following requirements during each statement cycle:<br><br>-Maintain a minimum daily balance of $2,500 or more in your account<br>OR<br>-Link to your Business Fundamentals checking solution (one per checking solution) |
| Business Interest Maximizer Account Change:<br><br>Minimum Daily Balance Requirement<br><br>This change applies to all accounts having "Business Interest Maximizer" in the name, EXCEPT Platinum Business Interest Maximizer savings. | Maintain a $5,000 minimum daily balance | Effective for statement cycles beginning on or after November 1, 2016 | The $15 Monthly Maintenance Fee is not changing and you can avoid it when you meet any ONE of the following requirements during each statement cycle:<br><br>-Maintain a minimum daily account balance of $5,000 or more in your account<br><br>OR<br><br>-Link to your Business Advantage checking solution (one per checking solution) |
| Check Cashing Fee for Non-customers:<br><br>If a check you wrote is cashed at Bank of America by an individual who does not have a Bank of America account, the individual may be charged an $8 Check Cashing fee. This fee only applies if the individual cashing the check does not have a Bank of America checking, savings, CD account, Individual Retirement Account (IRA), loan, credit card, mortgage, safe deposit box, or a Merrill Edge or Merrill Lynch investment account. | $8 per check | This fee applies to checks cashed on or after September 19, 2016 | While this fee does not apply to you, it is important to keep this fee in mind in case you issue a check to someone who does not have a Bank of America account and brings it to Bank of America to be cashed.<br><br>You may also want to consider other ways to make payments to individuals or businesses. To learn more about our online payment solutions, please go to: bankofamerica.com/onlinetools |

**We are here to help**

For more information about these changes and other fees that may apply to your accounts, visit your nearby financial center, or review the Business Schedule of Fees for the state in which you opened your account at bankofamerica.com/businessfeesataglance.

Please let us know if you have any questions about these changes or would like to discuss how you may be able to reduce or waive some of these fees by converting your account to another account type. You can stop by a financial center or give us a call at the number listed on this statement.

En los próximos meses, verá cambios en algunos cargos por servicios que podrían aplicarse a sus cuentas de cheques, de ahorros y de Certificados de Depósito (CD) para Pequeñas Empresas. Antes de que entren en vigencia, nos gustaría explicarle qué cargos cambiarán y cuándo lo harán, y también informarle los pasos que puede tomar para evitar algunos de ellos.

Para obtener más información, visite un centro financiero de Bank of America.



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥️ bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

INTREPID MANAGEMENT SERVICES INC.
7133 W FRIENDLY AVE APT E
GREENSBORO, NC 27410-6293

## Your Business Advantage Checking

for August 1, 2016 to August 31, 2016          Account number: 8980 7282 6233
**INTREPID MANAGEMENT SERVICES INC.**

## Account summary

| | | |
|---|---|---|
| Beginning balance on August 1, 2016 | -$19.55 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 1 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -29.95 | Average ledger balance: -$49.50 |
| **Ending balance on August 31, 2016** | **-$49.50** | [1]Includes checks paid,deposited items&other debits |



# Boost your efficiency with a flexible point-of-sale system

The Clover⁹ suite of products can help.
Learn more at **bankofamerica.com/GoClover**.


**Merchant Services**

Merchant Services are provided by Bank of America, N.A. and its representative Banc of America Merchant Services, LLC.
Banc of America Merchant Services, LLC is not a bank, and does not offer bank deposits, and its services are not guaranteed by
the FDIC or any other governmental agency. ©2016 Banc of America Merchant Services, LLC. AR7M4M4C | SSM-05-16-0084.B

INTREPID MANAGEMENT SERVICES INC.   |   Account # 8980 7282 6**13**88 August 1, 2016 to August 31, 2016

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation

 Bank of America, N.A. Member FDIC and **Equal Housing Lender**

**Bank of America** ◣◤

**Your checking account**

INTREPID MANAGEMENT SERVICES INC.   |   Account # 8980 7282 6233   |   August 1, 2016 to August 31, 2016

## Service fees

Based on the activity on your business accounts for the statement period ending 07/29/16, a Monthly Fee was charged for your Business Advantage checking account (Primary).  You can avoid the fee in the future by meeting one of the requirements below:

You are an active user of one of the following services   OR   At least one of the following occurred during the previous month

○   Bank of America Merchant Services

○   Payroll Service by Intuit®

○   Small Business Remote Deposit Online Service

○   $2,500+   in net new purchases on a linked Business credit card

○   $15,000+   average monthly balance in primary checking account

○   $35,000+   combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 08/01/16 | Monthly Fee for Business Advantage | -29.95 |
| **Total service fees** | | **-$29.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) |
|---|---|
| 08/01 | -49.50 |

# Learn how to tackle the high costs of a college education

Get ideas to help you save and invest now at **merrilledge.com/tacklingcollege**

**MERRILL ⧉ EDGE**
Bank of America Corporation

Merrill Edge® is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), and consists of the Merrill Edge Advisory Center™ (investment guidance) and self-directed online investing. MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of Bank of America Corporation. Banking products are provided by Bank of America, N.A. and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

| Investment products: | **Are Not FDIC Insured** | **Are Not Bank Guaranteed** | **May Lose Value** | SSM-05-16-0095.B | AR3FT93T |

This page intentionally left blank



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

INTREPID MANAGEMENT SERVICES INC.
7133 W FRIENDLY AVE APT E
GREENSBORO, NC 27410-6293

## Your Business Advantage Checking

for September 1, 2016 to September 30, 2016                Account number: 8980 7282 6233
**INTREPID MANAGEMENT SERVICES INC.**

## Account summary

| | | |
|---|---|---|
| Beginning balance on September 1, 2016 | -$49.50 | # of deposits/credits: 3 |
| Deposits and other credits | 89.85 | # of withdrawals/debits: 2 |
| Withdrawals and other debits | -10.40 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -29.95 | Average ledger balance: -$21.18 |
| **Ending balance on September 30, 2016** | **$0.00** | [1]Includes checks paid,deposited items&other debits |

## Hire-to-retire payroll and HR support

Get the right payroll and HR solutions for your business from
an ADP consultant dedicated to Bank of America customers.

To learn more, visit **bankofamerica.com/ADPnow**, or call **844.274.1901** today.



A more human resource.™

ADP and the ADP logo are registered trademarks of ADP, LLC, and ADP A more human resource is a service mark of ADP, LLC, used under license.
Bank of America does not deliver the services associated with ADP products. Internet access is required. Internet service provider fees may apply. Other bank fees may apply. See the Business
Schedule of Fees at bankofamerica.com/businessfeesataglance for details.
Bank of America is a registered trademark of Bank of America Corporation. ©2016 Bank of America Corporation.          SSM-06-16-0173.B | ARWSKQGM

PULL: E   CYCLE: 44   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: JAX

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation

 Bank of America, N.A. Member FDIC and   Equal Housing Lender

**Bank of America** 　　　　　　　　　　　　　　　**Your checking account**

INTREPID MANAGEMENT SERVICES INC.   |   Account # 8980 7282 6233   |   September 1, 2016 to September 30, 2016

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|-------:|
| 09/09/16 | MONTHLY SERVICE CHARGE REFUND | 29.95 |
| 09/09/16 | MONTHLY SERVICE CHARGE REFUND | 29.95 |
| 09/09/16 | MONTHLY SERVICE CHARGE REFUND | 29.95 |
| **Total deposits and other credits** | | **$89.85** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|-------:|
| 09/09/16 | Agent Assisted transfer to CHK 4440 Confirmation# 7242885086 | -10.40 |
| **Total withdrawals and other debits** | | **-$10.40** |

---

# Payments, invoicing and reporting, all in one place

Bank of America® is teaming up with Viewpost® to help you streamline your business finances.

Learn more at bankofamerica.com/**getviewpost** or call **866.283.8704** today.

**viewpost.**

Viewpost is a registered trademark of Viewpost IP Holdings, LLC. All Rights Reserved. Eligibility requirements, other conditions, and fees may apply. Contact Viewpost for complete details regarding Viewpost products, terms and fees. Bank of America does not deliver the services associated with Viewpost products. Internet access is required. Internet service provider fees may apply. Other bank fees may apply. See Business Schedule of Fees at bankofamerica.com/businessfeesataglance for details. Bank of America is a registered trademark of Bank of America Corporation. ©2015 Bank of America Corporation      AR8Y09RR  |  SSM-06-16-0175B

INTREPID MANAGEMENT SERVICES INC.  |  Account # 8980 7282 6233  |  September 1, 2016 to September 30, 2016

## Service fees

Based on the activity on your business accounts for the statement period ending 08/31/16, a Monthly Fee was charged for your Business Advantage checking account (Primary). You can avoid the fee in the future by meeting one of the requirements below:

| You are an active user of one of the following services | OR | At least one of the following occurred during the previous month |
|---|---|---|
| ○ Bank of America Merchant Services | | ○ $2,500+ in net new purchases on a linked Business credit card |
| ○ Payroll Service by Intuit® | | ○ $15,000+ average monthly balance in primary checking account |
| ○ Small Business Remote Deposit Online Service | | ○ $35,000+ combined average monthly balance in linked business accounts |

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 09/01/16 | Monthly Fee for Business Advantage | -29.95 |
| **Total service fees** | | **-$29.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|---|---|---|---|
| 09/01 | -79.45 | 09/09 | 0.00 |


**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

<span>))</span> 1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

INTREPID MANAGEMENT SERVICES INC.
7133 W FRIENDLY AVE APT E
GREENSBORO, NC 27410-6293

## Your Business Advantage Checking

for October 1, 2016 to October 31, 2016          Account number: 8980 7282 6233

**INTREPID MANAGEMENT SERVICES INC.**

## Account summary

| | | |
|---|---|---|
| Beginning balance on October 1, 2016 | $0.00 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 1 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle¹: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -29.95 | Average ledger balance: -$28.01 |
| **Ending balance on October 31, 2016** | **-$29.95** | ¹Includes checks paid,deposited items&other debits |



# Boost your efficiency with a flexible point-of-sale system

The Clover® suite of products can help.
Learn more at **bankofamerica.com/GoClover**.


**Merchant Services**

Merchant Services are provided by Bank of America, N.A. and its representative Banc of America Merchant Services, LLC.
Banc of America Merchant Services, LLC is not a bank, and does not offer bank deposits, and its services are not guaranteed by
the FDIC or any other governmental agency. ©2016 Banc of America Merchant Services, LLC. AR7M4M4C | SSM-05-16-0084.B

PULL: E   CYCLE: 44   SPEC: E   DELIVERY: E   TYPE:      IMAGE: I   BC: JAX          Page 1 of 6

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation

 Bank of America, N.A. Member FDIC and        Equal Housing Lender

**Bank of America** ⫻

**Your checking account**

INTREPID MANAGEMENT SERVICES INC.   |   Account # 8980 7282 6233   |   October 1, 2016 to October 31, 2016

## Service fees

Based on the activity on your business accounts for the statement period ending 09/30/16, a Monthly Fee was charged for your Business Advantage checking account (Primary). You can avoid the fee in the future by meeting one of the requirements below:

You are an active user of one of the following services OR At least one of the following occurred during the previous month

| | | |
|---|---|---|
| ○ Bank of America Merchant Services | ○ $2,500+ | in net new purchases on a linked Business credit card |
| ○ Payroll Service by Intuit® | ○ $15,000+ | average monthly balance in primary checking account |
| ○ Small Business Remote Deposit Online Service | ○ $35,000+ | combined average monthly balance in linked business accounts |

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 10/03/16 | Monthly Fee for Business Advantage | -29.95 |
| **Total service fees** | | **-$29.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) |
|---|---|
| 10/03 | -29.95 |

## Hire-to-retire payroll and HR support

Get the right payroll and HR solutions for your business from an ADP consultant dedicated to Bank of America customers.

To learn more, visit bankofamerica.com/ADPnow, or call 844.274.1901 today.



A more human resource.™

ADP and the ADP logo are registered trademarks of ADP, LLC, and ADP A more human resource is a service mark of ADP, LLC, used under license. Bank of America does not deliver the services associated with ADP products. Internet access is required. Internet service provider fees may apply. Other bank fees may apply. See the Business Schedule of Fees at bankofamerica.com/businessfeesataglance for details.
Bank of America is a registered trademark of Bank of America Corporation. ©2016 Bank of America Corporation.   SSM-06-16-0173.B | ARW5KQGM

INTREPID MANAGEMENT SERVICES INC.   |   Account # 8980 7282 6233   October 1, 2016 to October 31, 2016

This page intentionally left blank

This page intentionally left blank

This page intentionally left blank


**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

INTREPID MANAGEMENT SERVICES INC.
7133 W FRIENDLY AVE APT E
GREENSBORO, NC  27410-6293

## Your Business Advantage Checking

for November 1, 2016 to November 30, 2016                    Account number: 8980 7282 6233
**INTREPID MANAGEMENT SERVICES INC.**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on November 1, 2016 | -$29.95 | # of deposits/credits: 0 | |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 1 | |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 | |
| Checks | -0.00 | # of days in cycle: 30 | |
| Service fees | -29.95 | Average ledger balance: -$59.90 | |
| **Ending balance on November 30, 2016** | **-$59.90** | [1]Includes checks paid,deposited items&other debits | |

# Hire-to-retire payroll and HR support

Get the right payroll and HR solutions for your business from
an ADP consultant dedicated to Bank of America customers.

To learn more, visit **bankofamerica.com/ADPnow**, or call **844.274.1901** today.


A more human resource.™

ADP and the ADP logo are registered trademarks of ADP, LLC, and ADP A more human resource is a service mark of ADP, LLC, used under license.
Bank of America does not deliver the services associated with ADP products. Internet access is required. Internet service provider fees may apply. Other bank fees may apply. See the Business
Schedule of Fees at bankofamerica.com/businessfeesataglance for details.
Bank of America is a registered trademark of Bank of America Corporation.  ©2016 Bank of America Corporation.                    SSM-06-16-0173.B | ARWSKQGM

INTREPID MANAGEMENT SERVICES INC. | Account # 8980 7282 6233 120ovember 1, 2016 to November 30, 2016

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation

 Bank of America, N.A. Member FDIC and    Equal Housing Lender

**Bank of America** 〰

**Your checking account**

INTREPID MANAGEMENT SERVICES INC.   |   Account # 8980 7282 6233   |   November 1, 2016 to November 30, 2016

## Service fees

Based on the activity on your business accounts for the statement period ending 10/31/16, a Monthly Fee was charged for your Business Advantage checking account (Primary).  You can avoid the fee in the future by meeting one of the requirements below:

You are an active user of one of the following services             OR        At least one of the following occurred during the previous month

○    Bank of America Merchant Services                    ○    $2,500+    in net new purchases on a linked Business credit card

○    Payroll Services                                    ○    $15,000+    average monthly balance in primary checking account

                                                     ○    $35,000+    combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 11/01/16 | Monthly Fee for Business Advantage | -29.95 |
| **Total service fees** | | **-$29.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 11/01 | -59.90 |

.

# Payments, invoicing and reporting, all in one place

Bank of America® is teaming up with Viewpost® to help you streamline your business finances.

Learn more at bankofamerica.com/**getviewpost** or call **866.283.8704** today.

viewpost.

Viewpost is a registered trademark of Viewpost IP Holdings, LLC. All Rights Reserved. Eligibility requirements, other conditions, and fees may apply. Contact Viewpost for complete details regarding Viewpost products, terms and fees. Bank of America does not deliver the services associated with Viewpost products. Internet access is required. Internet service provider fees may apply. Other bank fees may apply. See Business Schedule of Fees at bankofamerica.com/businessfeesataglance for details. Bank of America is a registered trademark of Bank of America Corporation. ©2016 Bank of America Corporation.    AR5VXHRR | SSM-06-16-0175B

INTREPID MANAGEMENT SERVICES INC.   |   Account # 8980 7282 6233   1204   November 1, 2016 to November 30, 2016

This page intentionally left blank

```
Amount:        $150.00              Sequence Number: 2112334294
Account:       898072826233         Capture Date:    09/29/2015
Bank Number: 58159802               Check Number:    3383802643
```

# Deposit

This deposit was made without a paper deposit slip. We have generated this information to document your deposit. Thank you for banking with Bank of America.



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 09/29/2015 | 2112334294 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA, NA |

| | | | |
|---|---|---|---|
| Amount: | $150.00 | Sequence Number: | 2112334295 |
| Account: | 1362330654 | Capture Date: | 09/29/2015 |
| Bank Number: | 05311259 | Check Number: | 492 |

**STEPHEN M BELLER** 11-09
**WANDA F BELLER**
354 SYCAMORE HOLLOW 304-854-1801
COLCORD, WV 25048

492

66-1259/531
.362

09-25-15

Pay to the order of *Joel Smithers*  $150.00

*One Hundred Fifty Dollars* 150 00/100

**WOODFOREST**
NATIONAL BANK

For _____    *Wanda Beller*

⑈053112592⑈ 0492⑈ 1362330654⑈

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 09/29/2015 | 2112334295 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA, NA |