## To Court and Counsel,

In the matter regarding

JOEL ADAMS SMITHERS

CASE NO: 1:17-CR-00027

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

MAY 06 2019

JULIA␣DUDLEY, CLERK
BY:
DEPUTY CLERK

I wish this to be made part of the official record.

I am entitled to an impartial judge.

This court since before the jury was empaneled has not believed my sworn statement and my oral presentation in open court. Since this trial has begun this court has attacked my credibility, disbelieved what I have to say, and shown bias, against my person and my case.

I believe I am entitled to an impartial judge. I believe that must be a Constitutional principle. I respectfully ask that you withdraw from this case.

I have come to this determination on my own.

Signed: _____
(Joel Adams Smithers)

Dated: 5·6·2019