# NOTICE

Please RING BELL OR KNOCK IF NEEDING TO USE THE RESTROOM. ANYONE USING THE RESTROOM OUTSIDE OR AT ONE OF THE OTHER OFFICES DOWNSTAIRS WILL BE FINED $50.

03/07/2017