UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CRIMINAL MINUTES – JURY TRIAL
Day 7

**Case No.:** 1:17cr27     **Date:** 5/7/19

**Defendant:** Joel Smithers, Bond     **Counsel:** Donnie Williams, Appt.

PRESENT:
- JUDGE: James P. Jones
- Deputy Clerk: Felicia Clark
- Court Reporter: Donna Prather, OCR
- U. S. Attorney: Randy Ramseyer; Zachary Lee and Cagle Juhan
- USPO: Not Present
- Case Agent: Patrick Long

TIME IN COURT:
- 9:00 – 10:06 a.m.
- 10:20 – 11:34 a.m.
- 1:00 – 2:20 p.m.
- 2:36 – 5:12 p.m.
- 5:25 – 5:57 p.m.

Total: 6 hours 32 minutes

LIST OF WITNESSES

| GOVERNMENT | DEFENDANT |
| --- | --- |
| 1. | 1. Tom Hayes |
|    | 2. Joel Smithers |

PROCEEDINGS:
☒  Defendant presents evidence.
☒  Defendant to remain on bond.

Additional Information:
Jury Trial Day 7 held.  All parties were present and ready to proceed. Oral motion to suppress evidence by defense counsel. Oral motion to admit Defense Exhibit # 1A (Later labeled Defense Exhibit #2 by the Court). Oral argument by counsel. Court refused Defense Exhibit 2. Court granted motion to suppress evidence by defense counsel. Discussion with counsel as to trial progression. Jurors were brought into the courtroom. Defense counsel presented evidence and questioned witnesses. Court recessed at 10:06 a.m. Court resumed at 10:20 a.m. Court recessed for lunch a 11:34 p.m. Court resumed at 1:00 p.m. Court recessed at 2:20 p.m. Court resumed at 2:36 p.m. Court recessed at 5:12 p.m. Court resumed at 5:25 p.m. Defendant remained on bond. Court adjourned at 5:57 p.m.