# American Board
## of Interventional Pain Physicians

Be it known that

upon the authority of the board of directors

## Joel A. Smithers, DO

has fulfilled the requirements and demonstrated essential knowledge of the basic concepts, pharmacology, clinical use and effectiveness, regulatory issues and abuse of controlled substances

to hereby earn

## Competency Certification
## in Controlled Substance Management

July 21, 2015

Date




Signed _Mark Boswell_
Mark V. Boswell, M.D., Ph.D.
Executive Director