# Recommended Pharmacies

Kentuckiana Pharmacy, 443 Spring St, Suite 303, Jeffersonville, ID

Valu-Rite Pharmacy, 119 Main St, Poca, WV

Cross Lanes Family Pharmacy, 5516 Big Tyler Rd, Charleston, WV

Fritz's Pharmacy and Wellness Center, 370 Seneca Trail, Ronceverte, WV

Clendenin Pharmacy, 10 Main St, Clendenin, WV

Bluewells Family Pharmacy, 3675 Coal Heritage Rd, Bluewell, WV

| | |
|---|---|
| File created | Jul 27, 2015 5:56:41 PM UTC |
| File last modified | Jul 27, 2015 7:22:03 PM UTC |
| File last accessed | Jul 27, 2015 7:22:03 PM UTC |

### Commonly Prescribed Rx.docx

| | |
|---|---|
| Link to original format | Commonly Prescribed Rx.docx |
| File name | Commonly Prescribed Rx.docx |
| Source | Extraction |
| Location | Extraction/N34/FullPath/Active/D/Users/Dr. Smithers/Downloads/SCH Founding documents |
| Item ID | 13935 |
| Type | application/vnd.openxmlformats-officedocument.wordprocessingml |
| MD5 | d6f0dd9c2f1acc1b56e8a8233536352c |
| Content created | Oct 14, 2015 2:30:00 PM UTC |
| Content last modified | Oct 20, 2015 5:18:00 PM UTC |
| File created | Oct 20, 2015 5:18:09 PM UTC |
| File last modified | Oct 20, 2015 5:18:10 PM UTC |
| File last accessed | Oct 20, 2015 5:18:10 PM UTC |

### Recommended Pharmacies.docx

| | |
|---|---|
| Link to original format | Recommended Pharmacies.docx |
| File name | Recommended Pharmacies.docx |
| Source | Extraction |
| Location | Extraction/N34/FullPath/Active/D/Users/Dr. Smithers/Downloads/SCH Founding documents |
| Item ID | 128314 |
| Type | application/vnd.openxmlformats-officedocument.wordprocessingml |
| MD5 | b7355c8ce75efe7d950098a2b67e5f6d |
| Content created | Oct 8, 2015 2:12:00 PM UTC |
| Content last modified | Nov 4, 2015 9:21:00 PM UTC |
| File created | Oct 8, 2015 10:37:19 PM UTC |
| File last modified | Nov 4, 2015 9:21:37 PM UTC |
| File last accessed | Nov 4, 2015 9:21:37 PM UTC |

### SCH Peter Bodai HUD letter 9-30-16.docx

| | |
|---|---|
| Link to original format | SCH Peter Bodai HUD letter 9-30-16.docx |
| File name | SCH Peter Bodai HUD letter 9-30-16.docx |
| Source | Extraction |
| Location | Extraction/N34/FullPath/Active/D/Users/Dr. Smithers/Downloads/SCH Founding documents |
| Item ID | 13965 |
| Type | application/vnd.openxmlformats-officedocument.wordprocessingml |
| MD5 | 9473d6720642577aa63a93f8e7255d20 |
| Content created | Sep 30, 2016 7:10:00 PM UTC |
| Content last modified | Sep 30, 2016 7:10:00 PM UTC |
| File created | Sep 30, 2016 7:10:15 PM UTC |
| File last modified | Sep 30, 2016 7:10:16 PM UTC |
| File last accessed | Sep 30, 2016 7:10:16 PM UTC |

### Smithers Community Healthcare office description.docx

| | |
|---|---|
| Link to original format | Smithers Community Healthcare office description.docx |