**1/10/2016 4:30:45 PM(UTC-5)  +17808980824 (Nicole Selby, WV bluestone)**
Hi dr Smithers I have not forgot about you , I was wondering if you could call in a quick antibiotic for a uti

Status: Read
Read: 1/10/2016 4:31:41 PM(UTC-5)

**1/10/2016 4:31:04 PM(UTC-5)  +17808980824 (Nicole Selby, WV bluestone)**
So I don't have to go to ER or Med express

Status: Read
Read: 1/10/2016 4:31:41 PM(UTC-5)

**1/10/2016 4:31:17 PM(UTC-5)  +17808980824 (Nicole Selby, WV bluestone)**
Just to Princeton Walmart

Status: Read
Read: 1/10/2016 4:31:41 PM(UTC-5)

**1/11/2016 5:57:36 PM(UTC-5)  +13362785798 (SCH Cell)**
Sorry, I've been out of the office the past few days... Unfortunately, I am not prescribing antibiotics unless I am able to do a physical exam and would also need to check your urine for signs of infection. Antibiotics are dangerous and should ONLY be used after proper diagnosis. Hope you were able to get some relief!

Status: Sent
Delivered: 1/11/2016 5:57:42 PM(UTC-5)

GOVERNMENT EXHIBIT 108 1:17cr27