Are we allowed to open the Evidence Bags?

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

**MAY 08 2019**

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

1:17CR27