**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

**CRIMINAL MINUTES – JURY TRIAL**
Day 8

**Case No.:  1:17CR27**           **Date:  5/9/19**

---

**Defendant:  Joel Smithers, Bond**          **Counsel:  Donnie Williams, Appt.**

---

PRESENT:  JUDGE:            James P. Jones   TIME IN COURT:  2:06 – 2:20 p.m.
          Deputy Clerk:     Felicia Clark              Total: 14 minutes
          Court Reporter:   Donna Prather, OCR
          U. S. Attorney:   Randy Ramseyer, Zachary Lee and Cagle Juhan
          USPO:             Angela Sullivan
          Case Agent:       Patrick Long

PROCEEDINGS:

☒ Jury returns at 2:06 p.m..
☒ Jury Verdict: **Guilty on All Counts (1ss thru 862ss)**
    ☒ Jury polled.

☒ Government motion for detention. Court granted. Court will allow defense counsel to file a motion pertaining to custody.  Court allowed defense counsel 14 days to file a motion for judgment of acquittal.  Court discussed forfeiture issues with counsel. Government may request a hearing in regards to the forfeiture prior to the sentencing hearing, if applicable. Court directed defense counsel to request a transcript of the jury trial pertaining to the Government's case in chief. Defense counsel's motion for judgment of acquittal as to Count 1 remains taken under advisement.
☒ Sentencing set for August 16, 2019 at 10:00 a.m. in Abingdon, VA before Judge Jones.
☒ Court orders Presentence Report.
☒ Defendant remanded to custody.