```
 1

 2                 IN THE UNITED STATES DISTRICT COURT

 3                FOR THE WESTERN DISTRICT OF VIRGINIA

 4                          ABINGDON DIVISION

 5

 6   UNITED STATES OF AMERICA,      )
                                    )
 7                 Plaintiff,       )   Criminal Case No.
                                    )   1:17-cr-00027-JPJ-PMS-1
 8   vs.                            )
                                    )
 9   JOEL A. SMITHERS,              )   TESTIMONY OF LORA
                                    )   KICKLIGHTER ONLY
10                 Defendant.       )
     _____

11

12            PARTIAL TRANSCRIPT OF JURY TRIAL - DAY 3
               HONORABLE JUDGE JAMES P. JONES PRESIDING
13                   WEDNESDAY, MAY 1, 2019

14   _____

15

16

17                      A P P E A R A N C E S

18   On behalf of United States:
              Steven Randall Ramseyer
19            Zachary T. Lee
              Samuel Cagle Juhan
20            United States Attorneys Office
              180 West Main Street, Suite B19
21            Abingdon, VA 24210

22   On behalf of Defendant:
              Donald M. Williams, Jr.
23            Williams Law Office, PLC
              P.O. Box 601
24            Pennington Gap, VA 24277

25   Proceedings taken by Certified Court Reporter and transcribed
     using Computer-Aided Transcription
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
276-628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 1 of 64   Pageid#: 8470

1       **<u>INDEX</u>**

2   **<u>PLAINTIFF'S WITNESSES</u>:**                                          **<u>PAGE</u>**

3   **<u>LORA KICKLIGHTER</u>**
            DIRECT EXAMINATION BY MR. LEE                    56
4           CROSS-EXAMINATION BY MR. WILLIAMS                56
            REDIRECT EXAMINATION BY MR. LEE                  56
5           RECROSS-EXAMINATION BY MR. WILLIAMS              56

6

7   **<u>EXHIBITS</u>**                                 **<u>MARKED</u>**  **<u>RECEIVED</u>**

8   ON BEHALF OF THE GOVERNMENT:
    97 -    Plea Agreement of Lora Kicklighter              56
9   48 -    Recorded conversation between                   56
            Smithers and Kicklighter

10

11

12

13

14                              -o0o-

15

16

17

18

19

20

21

22

23

24

25

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 2 of 64   Pageid#: 8471

1     (Requested transcript of Lora Kicklighter only of the

2 proceedings commenced at 9:08 a.m.)

3          THE COURT:  Good morning, ladies and gentlemen.

4 Good to see you this morning.  Hope you had a good evening.

5 We're ready to go.

6          And, Mr. Lee, you may call your next witness.

7          MR. LEE:  Thank you, Judge.

8          Your Honor, the Government calls Lora Kicklighter.

9          THE CLERK:  If you'll raise your right hand.

10          Do you solemnly swear that the testimony you're

11 about to give in this case shall be the truth, the whole

12 truth, and nothing but the truth, so help you God?

13          THE WITNESS:  Yes, I do.

14                    **LORA KICKLIGHTER,**

15 Called as a witness herein by the Government, having been

16 first duly sworn, was examined and testified as follows:

17                    **DIRECT EXAMINATION**

18 BY MR. LEE:

19 Q.   Good morning.

20 A.   Good morning.

21 Q.   Ma'am, it's difficult to hear in here.  So I'm going to

22 ask you to pull over -- pull that microphone over.  Try to

23 speak directly into it.

24 A.   That better?

25 Q.   It is better, thank you.

```
 1            Would you please introduce yourself to the members
 2   of the jury.
 3   A.    My name is Lora Kicklighter.
 4   Q.    And for the purposes of the court reporter, could you
 5   spell your last name.
 6   A.    K-i-c-k-l-i-g-h-t-e-r.
 7   Q.    Ms. Kicklighter, what community have you been residing in
 8   most of your life?
 9   A.    West Virginia.
10   Q.    Whereabouts?
11   A.    In Nicholas County -- Nicholas County and Fayette County.
12   Q.    Okay.  It's pretty obvious, Ms. Kicklighter, you're in
13   custody now, aren't you?
14   A.    Yes, sir.
15   Q.    And are you serving an active federal sentence based upon
16   a felony conviction?
17   A.    Yes, sir.
18   Q.    What sentence are you serving?
19   A.    Time-wise?
20   Q.    Yes.
21   A.    57 months.
22   Q.    So just under five years.
23   A.    Yes.
24   Q.    Was that pursuant to a plea of guilty to a charge of
25   conspiracy to distribute oxycodone?
```

```
1    A.    Yes.

2              MR. LEE:  Your Honor, may I approach the witness?

3              THE COURT:  You may.

4    BY MR. LEE:

5    Q.    Ms. Kicklighter, I'm going to hand you what's been marked

6    as Government's Exhibit 97.  Do you recognize what that is?

7    A.    Yes.

8    Q.    What is that?

9    A.    This is my plea agreement that I signed.

10   Q.    All right.  And is that from the Eastern District of

11   Kentucky?

12   A.    Yes.

13   Q.    All right.

14             MR. LEE:  Your Honor, I move for the admission of

15   Government's Exhibit 97.

16             THE COURT:  It will be admitted.

17        (Government's Exhibit 97 received.)

18   BY MR. LEE:

19   Q.    While we're working on getting the technology, we'll talk

20   about your plea agreement a little bit; okay?

21   A.    Okay.

22   Q.    So you've already been sentenced in the Eastern District

23   of Kentucky and are serving your sentence; correct?

24   A.    Yes, sir.

25   Q.    All right.  Have you been promised anything for your
```

```
 1   cooperation today?
 2   A.   No.
 3   Q.   Are you expecting any sort of consideration or benefit
 4   from your cooperation?
 5   A.   No, none whatsoever.
 6   Q.   All right.  Are you familiar with what a Rule 35 motion
 7   for downward departure or for reduced sentence is?
 8   A.   No.
 9   Q.   Okay.  Are you aware that at times, if you cooperate with
10   the Government, even after you've been sentenced, that your
11   sentence can be reduced if the judge in your case decides it's
12   appropriate?
13   A.   Yes, sir.
14   Q.   Okay.  Are you hoping that that happens based upon your
15   testimony today?
16   A.   Well, yeah.  I mean, nobody wants to be locked up.  But I
17   hope it helps, you know, a bigger way.
18   Q.   Okay.  In fact, you've got some programs that are at the
19   federal correctional institution that you're sentenced to that
20   you want to pursue that will take up a vast majority of the
21   time that you're supposed to spend in prison; is that correct?
22   A.   Yes.
23   Q.   And what are those programs?
24   A.   Right now -- I was about to start RDAP.  It's a
25   residential drug treatment program.  It takes ten months, or
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116
Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 6 of 64   Pageid#: 8475

1   900 hours.  You can get upwards of 12 months off your

2   sentence, six months' half-way time.  But I've been delayed on

3   that, so -- to come here.  But, yeah, so I'm hoping to get

4   back and do that program.

5   Q.   Okay.  But, fair to say, even though nothing has been

6   promised to you, you've already been sentenced, if you get a

7   reduction for your cooperation, that's something you would be

8   happy about; correct?

9   A.   Oh, yes.  Yes.

10  Q.   All right.  Do you know what could derail any chance of

11  getting any sort of reduction or any sort of benefit from your

12  cooperation?

13  A.   No.

14  Q.   What about telling a lie or not being truthful today?

15  A.   I'm really not familiar with -- I mean.  I mean, I'm sure

16  it would be some kind of trouble, you know, you have to be

17  truthful.  So I'm just here to tell the truth, you know.

18  Q.   Fair to say, common sense, if you don't tell the truth

19  when you're testifying today, there's no chance you're going

20  to get anything.  In fact, you might get in more trouble.

21  A.   Right.  Yeah.  And I don't want that.

22  Q.   Okay.  Ms. Kicklighter, your plea agreement details the

23  conduct that you were involved in that led to your charges; is

24  that correct?

25  A.   Yes.

1  Q.   In fact, it specifically discusses that between June and

2  July -- June of 2015 and July of 2016 you were involved with

3  Darryl Williams in operating crews to travel to see

4  Dr. Smithers to get oxycodone; is that correct?

5  A.   Yes, sir.

6  Q.   And that you chose or you went to Dr. Smithers because

7  patients received large prescriptions for oxycodone and other

8  controlled substances with little, if any, physical

9  examination or other type of subjective testing measures?

10            THE COURT:  Yes, sir.

11            MR. WILLIAMS:  I would object to speculation.  I

12  think, unless she has personal knowledge of anything other

13  than her own self, I certainly would object to her speculating

14  what anybody else might have done or whether it would be

15  hearsay testimony she would be speaking on; somebody speaking

16  to her.

17            THE COURT:  Well, Mr. Lee, maybe you better --

18  rather than relying on what it says in the plea agreement, ask

19  the witness herself what -- what on facts she was doing.

20            MR. LEE:  I'll afford documents, Your Honor.  But

21  I'll lay a foundation if the Court would prefer that.

22  BY MR. LEE:

23  Q.   Ms. Kicklighter, I guess just to get right to the heart

24  of the matter, what was the criminal conduct that you pled --

25  that caused you to plead guilty?  What did you do to get your

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 8 of 64   Pageid#: 8477

```
 1    charges and that led you to plead guilty?
 2    A.   I participated in going to a doctor that -- for starters,
 3    the reason I went is because I knew, you know, you could get
 4    strong medication without having an MRI or any of that stuff.
 5    It's kind of like the way they did in Florida a few years back
 6    with what we call the pill mills.  I went and got medication
 7    without -- I mean, without any kind of physical exam or
 8    bringing medical records, anything like that, and got a
 9    prescription for pain pills.  I'm an addict, so that's why I
10    went, because I knew I could get opiates.
11    Q.   And who was that doctor?
12    A.   Dr. Joel Smithers.
13    Q.   Is he in the courtroom today?
14    A.   Yes, sir.
15    Q.   Can you please identify him for the jury and identify
16    what he's wearing.
17    A.   Yes.  He has a gray suit and a blue tie.
18    Q.   And is he seated at the counsel -- which counsel table is
19    he seated at?  The one to your left or the one to your right?
20    A.   The one to my right.
21              MR. LEE:  Your Honor, I'd ask the record reflect
22    she's identified the defendant.
23              THE COURT:  It will so reflect.
24    BY MR. LEE:
25    Q.   And, Ms. Kicklighter, during the time you were going to
```

```
 1    see Dr. Smithers, were you the only one that was going that
 2    you were associating with or were there more people?
 3    A.   Do you mean physically I was by myself?  Is that what
 4    you're asking?
 5    Q.   Well, let me rephrase the question.
 6    A.   Okay.
 7    Q.   You're from a community in West Virginia; is that
 8    correct?
 9    A.   Yes.  I was living in Kentucky when I went to
10    Dr. Smithers.
11    Q.   Okay.  What part of Kentucky were you living?
12    A.   Pike County, Eastern District.
13    Q.   And were you married at the time?
14    A.   No.
15    Q.   Did you have a boyfriend?
16    A.   Yes.
17    Q.   Who was your boyfriend?
18    A.   Darryl Williams.
19    Q.   Okay.  Did you and Darryl Williams facilitate other
20    people going to see Dr. Smithers to obtain prescriptions?
21    A.   Yes.
22    Q.   And how many other people were there?
23    A.   I didn't know everybody that was going.  I didn't know
24    the whole extent of it, but I knew there was probably more
25    than 20 people going.
```

```
 1    Q.    Okay.  What were the names of some of those people?

 2    A.    Michael Bowe, Michael Robinette.  It's been so long, I

 3    forget.  Sam Hubbard.  There was just so many.  Everybody that

 4    I met and knew pretty much in that area was going.

 5    Q.    Okay.  And how did -- or what was the arrangements

 6    between those people who were going to see Dr. Smithers and

 7    yourself or Darryl Williams?

 8    A.    Darryl would pay for everything; the doctor visit, having

 9    the medication filled, the trip, any kind of expenses.  And

10    then when the prescriptions were filled, Darryl would receive

11    half of them and then they would have the other half for

12    payment for paying for everything.  Except for me.  I

13    didn't -- you know, I was just doing it to feed my habit, you

14    know, so.

15    Q.    And what was Darryl doing with the pills?

16    A.    Selling them.

17    Q.    How did you -- I know you said you were familiar with

18    other -- I think what you called pill mills; is that right?

19    A.    Mm-hmm.  That's what they were called, yes.

20    Q.    Okay.  In fact, you've had a long history of drug abuse?

21    A.    Yes.

22    Q.    And you've been convicted in the past of other

23    drug-related offenses; is that correct?

24    A.    I've been charged, not convicted.  This is the first time

25    I've been convicted.
```

```
 1    Q.    Okay.   You were charged in Florida back in 2010 with drug
 2    offenses there; is that correct?
 3    A.    Yes, sir.
 4    Q.    Okay.   Those involved prescription fraud and opiates; is
 5    that correct?
 6    A.    Yes, sir.
 7    Q.    Was that based upon your involvement with the pill mill
 8    in Florida?
 9    A.    Yes.
10    Q.    Okay.
11    A.    It was -- it was really easy to go down there and go to a
12    doctor office that would write prescriptions.   And normally
13    you would get them filled at the pharmacy in the same
14    building.
15    Q.    Okay.   And you said you had a drug addiction when you
16    sought out Dr. Smithers's office; correct?
17    A.    Yes.
18    Q.    Okay.   How did you find out about Dr. Smithers's office?
19    A.    Someone had told -- someone had found out about it and
20    told Darryl.   And so he went.   And then he seen that it was,
21    like, the run of the mill kind of thing, you just --
22              MR. WILLIAMS:  Your Honor -- sorry.   I would have an
23    objection to speculation what Darryl Williams knew or was
24    thinking.
25              MR. LEE:  I'll rephrase the question, Your Honor.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5131

Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 12 of 64   Pageid#: 8481

```
 1              THE COURT:  All right.
 2   BY MR. LEE:
 3   Q.   And did Darryl Williams tell you about his experience at
 4   Dr. Smithers's office and what he wanted to do once he'd
 5   identified Dr. Smithers?
 6   A.   Yes.
 7   Q.   Okay.  What did he tell you?
 8              MR. WILLIAMS:  Your Honor, if I might, I might
 9   object as to hearsay with respect to that.
10              MR. LEE:  If I may, Your Honor, I believe this is a
11   statement in furtherance of a conspiracy made by a
12   co-conspirator.
13              THE COURT:  Very well.  I will admit it on that
14   basis and overrule the objection.
15   BY MR. LEE:
16   Q.   My question was:  What did Darryl tell you about his
17   experience at Dr. Smithers's and what he wanted to do moving
18   forward?
19   A.   He said that that's a good doctor.  You know, all we have
20   to do is pay the money, he'll write good scripts.  You don't
21   even have to have a MRI or medical records or anything.  It's
22   not like -- in these circumstances it's not like you look in
23   the yellow pages to find a doctor for what you need treated
24   for, it's word of mouth.  You know, people go and that's
25   how -- but, yeah, he said, you know, we could start going to
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5131

Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 13 of 64   Pageid#: 8482

```
 1    this doctor.  He's just getting started.  He was in Beaver,
 2    West Virginia.  So the next month I went.
 3    Q.    All right.  Let me backup a little bit.  You talk about
 4    for this kind of a doctor you can't find it in the yellow
 5    pages, you're looking for word of mouth.  What were you
 6    looking to get from a doctor such as Dr. Smithers?
 7    A.    Pain pills, opiates, roxies.  You didn't want to get,
 8    like, the weaker pills, the hydrocodones, because at that
 9    point everybody was already past those, and doctors were
10    writing a lot stronger medication.
11    Q.    Okay.  When you say "word of mouth," what types of people
12    were talking about Dr. Smithers or doctors like him?
13    A.    Addicts.
14    Q.    And, as far as seeking treatment, were you seeking any
15    treatment for any medical issue from Dr. Smithers?
16    A.    At that time I was just hoping to get a prescription of
17    pills to feed my habit.  I was more trying to feed my habit
18    than, you know, get treatment for any -- I mean, I had, like,
19    some nerve damage.  But I found out since then that I can stop
20    the pain by simply stretches, you know, so.
21    Q.    Are you on any opiates now?
22    A.    No.  No.  Not since June 2016.
23    Q.    And who -- how did you find out that stretching would
24    take away whatever pain you've had?
25    A.    It was actually a doctor at a pill mill.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 14 of 64   Pageid#: 8483

```
 1   Q.   Okay.
 2   A.   That, you know -- because I told him, I said, you know,
 3   even though I'm taking such strong opiates, I still have pain.
 4   And he showed me a stretch that I could do.  And I still do it
 5   today when my leg starts to hurt.
 6   Q.   What doctor was that?
 7   A.   I don't remember.  It's, you know -- I mean, like I said,
 8   I've been abusing opiates since 2003.
 9   Q.   Okay.  And we'll talk more about the doctors that you've
10   been to in a minute.
11           So, you said the first time you went to see
12   Dr. Smithers was in Beaver, West Virginia?
13   A.   Yes, sir.
14   Q.   What was the name of the clinic there, if you can recall?
15   A.   I don't think it had a name.  It was on Airport Road.
16   And it was just a brick building, kind of looked like nothing
17   was there.
18   Q.   Describe your first appointment with Dr. Smithers.  What
19   happened?
20   A.   I walked in and it had a, you know, a waiting room and,
21   like, a receptionist area, but there was no receptionist.  So
22   Darryl told me just to go in and, you know, sit down.  And
23   then I was waiting.  At that time Dr. Smithers come out, asked
24   me my name, and then we went back in the office, talked a
25   little bit about what was wrong with me.  And I specifically
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5132

Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 15 of 64   Pageid#: 8484

1   wanted a pain pill called "Opanas," which are like the

2   strongest ones on the market right now.  And he said that he

3   could write me roxies right now and then when we had a

4   better-established relationship he could write me the Opanas.

5           I didn't have any medical records with me, no MRI,

6   nothing, because I already was told I don't need any of that.

7   So it was, you know, it -- you know, you could just tell.

8   When you've been to different pill mills and stuff, you could

9   just tell how it was.  So it was easy to get a prescription.

10  Q.   And you said that was in Beaver, West Virginia?

11  A.   Mm-hmm.

12  Q.   Where was your next appointment with Dr. Smithers?

13  A.   Martinsville, Virginia.

14  Q.   Okay.  Do you know why the clinic -- why you originally

15  went to Beaver, West Virginia, then all of a sudden had to go

16  to Martinsville?

17  A.   Given my past experience with doctors that -- you know,

18  you could show -- one month you can go, and you can show up

19  the next month for the appointment and they're closed down --

20          MR. WILLIAMS:  Your Honor, I'd have an objection.  I

21  think she's -- I think if she testifies to personal knowledge.

22  But I think if she's saying that she typically understands

23  this might be something, I don't think that would be

24  admissible.  I think that's speculation.

25          THE COURT:  She said, "Given my past experience with

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 693-5723

Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 16 of 64   Pageid#: 8485

```
 1    doctors."  That's how she started her phrase.
 2            MR. WILLIAMS:  What I'm saying is, I think that
 3    that's indicating that she doesn't have a personal knowledge
 4    of why Dr. Smithers left.  She would be basing it on some kind
 5    of a past history which --
 6            THE COURT:  Well, I'll overrule the objection.
 7            Go ahead.
 8    BY MR. LEE:
 9    Q.   Please continue.
10    A.   We were -- most doctors, if -- what the terminology we
11    use, if it gets a little hot for them, they move locations.
12    And that's just what everybody assumed.  I mean, every pain
13    doctor or pill mill that I have been to has been shut down.
14    And, you know, like I said, you just show up and there's
15    nobody there.
16    Q.   How -- okay.  How did you find out that Dr. Smithers had
17    moved to Martinsville?
18    A.   He -- he told some of the patients that had -- you know,
19    that was going that the next visit would be in Martinsville,
20    Virginia.
21    Q.   Okay.  So y'all just -- how did you know where to go or
22    how to get an appointment?
23    A.   Darryl had the address.  I think Dr. Smithers had maybe
24    text him the address or -- so.
25    Q.   Okay.  When you went to Dr. Smithers's office in
```

1   Martinsville for that next visit, did -- what happened?

2   A.   I guess our relationship was a little more established,

3   because he wrote me the roxy 30s and also 90 Opana 40s.

4   Q.   You said that was, in your experience, basically the

5   strongest opiates you could get?

6   A.   Yeah.

7   Q.   Okay.  And when you specifically asked Dr. Smithers at

8   that first visit for him to write the strongest opiate you

9   could get, did he question your motives or go into any

10   problems there might be with you asking for that out of the

11  blue?

12  A.   No.  He just said that he couldn't write 'em on our first

13  visit, but after we got our relationship a little more

14  established -- and what I assumed was that I had to go to him

15  a couple times before, you know, I could get what I consider

16  the good pills at that time.

17  Q.   Okay.  Did you ever have trouble filling your

18  prescriptions --

19  A.   Yes.

20  Q.   -- that were written by Dr. Smithers?

21  A.   Yeah.  That's always kind of a hang up.  And it --

22  Dr. Smithers had text different pharmacies to our phone and

23  recommend that we could go to.

24  Q.   And what pharmacies were those?

25  A.   They were, like, your independent -- you know, not like

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
276.638.5712

Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 18 of 64   Pageid#: 8487

1    CVS or Rite-Aid or anything.  They were -- one was in Buffalo,

2    West Virginia.  It was called Buffalo Pharmacy.  There was

3    another one in West Virginia that I went to a lot.  Poca.  I

4    think it's called Poca Drugs.  When you find a pharmacy that,

5    you know, they want cash, then you know that's a pharmacy

6    that'll fill without questioning.  Except for Buffalo.

7    Buffalo, if you'd come in with a prescription for 90 Opanas,

8    he would only give you 60 of 'em, but they would charge you

9    the $1400 for 90 of 'em.

10   Q.   Okay.  So the pharmacy would charge you for the full

11   prescription, but they'd short you 30 pills?

12   A.   Yeah.

13   Q.   Do you know what they were doing with the other 30 pills?

14        And I don't want to you assume or speculate, just if

15   you know.

16   A.   Right.  First-hand knowledge, I don't know.  But I had

17   heard that, you know, that they were --

18        THE COURT:  Don't testify to what you heard.

19        THE WITNESS:  Okay.  No, I don't know.

20   BY MR. LEE:

21   Q.   Okay.  And you said for those -- those types of

22   pharmacies that wouldn't question your prescription, wouldn't

23   question where you were from and would fill Dr. Smithers's

24   prescriptions, they were all cash; is that correct?

25   A.   Mm-hmm.  Yes.

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 19 of 64   Pageid#: 8488

```
1    Q.    Okay.  And Dr. Smithers, how did you have to pay him?

2    A.    Cash.

3    Q.    Okay.  Did he also take credit cards?

4    A.    Yeah.  Credit cards or cash.

5    Q.    Would he allow insurance?  Medicaid?  Anything like that?

6    A.    Not that I was aware of.

7    Q.    And as things progressed through the next year, in

8    essence, June to July of '16 -- June of '15 to July '16, just

9    tell the members of the jury how things would operate with

10   Darryl and you and the crew of folks that were going to

11   Dr. Smithers.

12   A.    Well, they would -- there would be several people going

13   at one time to the doctor.  And then they would come back, and

14   they would bring Darryl the prescriptions.  Darryl would send

15   one of our other co-defendants to the pharmacy and get them

16   all filled, then they would bring the prescriptions back to

17   Darryl filled.  And then the people that the prescriptions

18   were for would get half of the medication and Darryl would

19   keep the other half.

20         There were also, I believe, a couple months that

21   nobody had to go to the doctor.  Dr. Smithers told us that he

22   was having repairs done on the roof of his building, so he

23   actually mailed prescriptions two different times to our

24   house, and you didn't even have to go to the doctor.  So that

25   was, you know, that was really convenient.
```

1   Q.   Did you still have to pay the $300 office visit for each

2   of those prescriptions to get mailed?

3   A.   Yes.

4   Q.   And when Dr. Smithers would mail prescriptions to your

5   house, was it just your prescription and Darryl's or were

6   there other prescriptions?

7   A.   Oh, no, it was whoever had appointments.  It would be

8   quite a bit of them.  You know, several people.

9   Q.   Like six, seven different people's prescriptions would

10   all just get mailed to your house?

11   A.   Yeah.

12   Q.   And how would you pay Dr. Smithers if you weren't even

13   going to your visits?

14   A.   Darryl would either send one of our co-defendants to

15   MoneyGram the money to them or call and do a prepaid credit

16   card over the phone to pay for the visits.

17   Q.   Okay.  And who would organize these trips of the crew to

18   Dr. Smithers's office?  Was it Dr. Smithers?  Was it Darryl?

19   How would that happen?

20   A.   Darryl would call and say -- tell Dr. Smithers, I've got

21   so many coming tomorrow, you know, a day in advance.  And they

22   just kept -- they corresponded, you know, between each other

23   to let him know.

24   Q.   Okay.  Did you also go to a pharmacy known as Mike's Best

25   Practices in Wytheville?

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(276) 628-5129*

Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 21 of 64   Pageid#: 8490

```
 1   A.    Yes.  That was -- yeah, that was -- I think that that was
 2   maybe the last pharmacy that I went to, the last time that I
 3   went maybe.  It was -- Dr. Smithers had text my phone after
 4   I'd left the office with Mike's Pharmacy and the address.
 5   Q.    Did he tell you why you needed to go there?
 6   A.    Because it was already cleared that he would fill the
 7   prescriptions.
 8   Q.    Do you know who worked that out?
 9   A.    I do not.
10   Q.    At some point, you and Darryl got, in essence, busted by
11   the DEA; is that correct?
12   A.    Yes.
13   Q.    And you began to cooperate with the DEA investigating
14   Dr. Smithers; is that correct?
15   A.    Yes.
16   Q.    Do you remember approximately when that was?
17   A.    June, maybe, of -- May or June of 2016.
18   Q.    And what did you do to assist the investigation?
19   A.    I called -- I made a phone call that was recorded.  I was
20   with the DEA agents, and I called Dr. Smithers, and I paid
21   for, I want to say, maybe four visits over the phone with
22   three different credit cards that the DEA agents had gave to
23   me.
24   Q.    If I told you that occurred on or about July the 19th of
25   2016, does that sound about right?
```

```
1    A.    Yeah, it does.

2    Q.    And you made a recorded phone call to Dr. Smithers on

3    that day; is that correct?

4    A.    Yes.

5    Q.    Have you had a chance to listen to that phone call --

6    A.    Yes.

7    Q.    -- prior to today?

8    A.    Yes.

9    Q.    And does that recording accurately reflect the

10   conversation that you had with the defendant, Dr. Smithers?

11   A.    Yes.

12         MR. LEE:  Your Honor, at this time I'd move for the

13   introduction of Government's Exhibit 48, which is a recording

14   of that phone conversation between the defendant and the

15   witness, Ms. Kicklighter.

16         THE COURT:  It will be admitted.

17     (Government's Exhibit 48 received.)

18         THE COURT:  Is that on a disk?

19         MR. LEE:  I believe it has been already turned over

20   on the thumb drive previously provided.

21         THE COURT:  All right.  Very well, you may proceed.

22         MR. LEE:  Your Honor, I'd like to play that.  There

23   is an audio recording and a transcript that is also played.

24         THE COURT:  All right.  Ladies and gentlemen, you're

25   going to see on this recording on your TV monitor the words.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 23 of 64   Pageid#: 8492

1    But I need to caution you that the real evidence is what you

2    hear.  And if you hear something different than what is

3    written, then you have to rely on what you hear.  The words

4    are just merely for your convenience.  But it's -- the

5    evidence itself is the sound that you hear.

6              You may proceed.

7              MR. LEE:  Ms. Vogt.

8        (Audio played.)

9    BY MR. LEE:

10   Q.   Was that on the phone conversation that you had with

11   Dr. Smithers?

12   A.   Yes, sir.

13   Q.   Okay.  If I told you that that actually occurred on July

14   18th of 2016, as opposed to the 19th, do you disagree with

15   that?

16   A.   No, that's right.

17   Q.   Okay.

18   A.   Yes.

19             MR. LEE:  Now, Ms. Vogt, if you could pull up LK,

20   page 6, Ms. Kicklighter's patient file, please.

21             Which is Government's Exhibit LK.

22   BY MR. LEE:

23   Q.   Ms. Kicklighter, do you recognize what that is on the

24   screen in front of you?

25   A.   Yes.

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5711

Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 24 of 64   Pageid#: 8493

1    Q.    Okay.  What is that?

2    A.    That's a discharge notice from Dr. Smithers's office.

3    Q.    Okay.  It means you've been kicked out as a patient;

4    right?

5    A.    Mm-hmm.

6    Q.    Okay.  The date you were kicked out, July the 5th of

7    2016; correct?

8    A.    Yes.

9    Q.    So approximately two weeks before you made that phone

10   call to Dr. Smithers to pay for five patients' visits, you'd

11   been kicked out of his practice for using cocaine.

12   A.    Yes.

13   Q.    Was Darryl Williams even a patient in July of 2016?

14   A.    I think he had already been discharged.

15   Q.    He'd been kicked out too, hadn't he?

16   A.    I believe so, yes.

17   Q.    For using some kind of drugs that he wasn't supposed to

18   be using; right?

19   A.    Right.

20   Q.    All right.  If I told you that he was kicked out in May

21   of 2016, would that sound accurate?

22   A.    Yes, as far as I can remember.

23   Q.    Okay.  So, on July the 18th of 2016 when you and Darryl

24   Williams paid $1200 to Dr. Smithers for five patients to get

25   prescriptions from him, you both had been kicked out of the

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5131

Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 25 of 64   Pageid#: 8494

 1    practice; correct?

 2    A.    Yes.

 3          MR. LEE:  Thank you, Ms. Vogt.

 4    BY MR. LEE:

 5    Q.    The pills that Darryl was selling that those five

 6    patients got on that day and then the other patients had

 7    gotten, along with yourself, for at least the previous year,

 8    how much would they sell for on the street?

 9    A.    The Opanas would sell for $100 a piece.  The roxies would

10    sell, I think, anywhere from 30 to $50 a piece.

11    Q.    And the MS Contin?  Did you ever get Hydromorphone?

12    A.    No, I never received those.  I'm not sure.

13    Q.    So you were just receiving oxycodone and Opana?

14    A.    I got oxycodone for a couple months, and then I was --

15    that prescription got taken away, so then I only received the

16    Opana 40s for the rest of the time.

17    Q.    Okay.  I think you used some terminology that you're

18    familiar with and I'm familiar with but the jury may not be

19    familiar with.  You mentioned roxies, what's a roxy?

20    A.    It's Roxicodone, 30 milligrams.  That's what -- they're

21    either called Roxicodones or oxycodones, but it's the same

22    medicine.

23    Q.    Okay.  All right.

24          MR. LEE:  If I could direct Ms. Vogt to page 37 of

25    Government's Exhibit LK.

```
 1              MS. VOGT:  What pages?

 2              MR. LEE:  37, please.

 3   BY MR. LEE:

 4   Q.    Now, Ms. Kicklighter, had you discussed that you'd been

 5   in trouble for drugs previously with Dr. Smithers?

 6   A.    I don't -- I don't remember if I did or not.

 7   Q.    Did he or somebody in his practice tell you that they

 8   were going to do a criminal background check of you when you

 9   became a patient?

10   A.    Maybe towards the end.  There had been somebody new hired

11   in the office that would do, like, you know, would bring you

12   in and you would pay him and then he would see -- you know,

13   kind of like when you go to a regular -- I used the term

14   "regular doctor," like, they take your vitals and all that and

15   then you'd wait and then you'd see the doctor.  But he -- we

16   would pay him.

17   Q.    Okay.  Who was that person?

18   A.    I can't -- it's hard for me to remember.  Wendell.

19   Q.    Wendell Wilson?

20   A.    Yes, Wendell Wilson.  And he was -- as far as I know, he

21   was an ex-state trooper, I think, from Tennessee maybe.

22   Q.    Okay.

23   A.    And he still lived in Tennessee, but he came to

24   Martinsville to work at Dr. Smithers's office.

25   Q.    Okay.  I'm showing you page 37.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 638-5123

Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 27 of 64   Pageid#: 8496

         1          MR. LEE:  Ms. Vogt, if you could blow up down to the
         2    bottom.  Yes.
         3    BY MR. LEE:
         4    Q.   Page 37 of your patient file.  This appears to be some
         5    sort of background criminal history check of you.  Your name's
         6    at the top; correct?
         7    A.   Yes.
         8    Q.   And that's your identifying information; your date of
         9    birth, your address, et cetera; is that correct?
        10    A.   Yes.
        11    Q.   Okay.  And it shows that you had previously been charged
        12    with withholding information to obtain a controlled substance
        13    or prescription, and trafficking in illegal drugs; is that
        14    correct?
        15    A.   Yes.
        16    Q.   Okay.  And then do you recognize whose signature that is
        17    right there (indicating)?
        18    A.   I believe it's Dr. Smithers's.
        19    Q.   Okay.  And it indicates he knew that and -- at least when
        20    the date on the form is, in November of 2015; correct?
        21    A.   Yes.
        22    Q.   So he knew in November, at minimum, that you had had
        23    prior charges for prescription fraud and drug distribution.
        24    A.   Yes.
        25    Q.   I also want to direct your attention -- well, let me ask

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
(276) 628-5131
Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 28 of 64   Pageid#: 8497

```
 1    you a question.  Ma'am, are you familiar with what a
 2    prescription monitoring program is?
 3    A.    Are you referring to, like, the Casper system?
 4    Q.    Well, what's the Casper system?
 5    A.    Where -- it's like a nationwide data bank that keeps
 6    track of your prescriptions so that you can't get more than
 7    one a month filled.
 8    Q.    Okay.
 9    A.    Is that --
10    Q.    Similar to that.  Virginia has a prescription monitoring
11    program.  Are you familiar with who looks at those data bases
12    when thinking about writing prescriptions?
13    A.    Yeah, your doctor.
14    Q.    Okay.
15    A.    You know, yeah.
16    Q.    And did Dr. Smithers ever talk about the fact that he
17    would check a data base such as that while you were a part of
18    his practice?
19    A.    I don't remember him mentioning it.
20    Q.    Okay.  I want to direct your attention to page 74 of your
21    patient file.
22          MR. LEE:  Ms. Vogt, if you could blow up this
23    portion right there, please.
24    BY MR. LEE:
25    Q.    So, ma'am, this is a history of your prescriptions.
```

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 29 of 64   Pageid#: 8498

1  Looking at -- looks between December of 2014 and through

2  February of 2015.  Does that look like what that is?

3  A.   Yes.

4  Q.   Okay.  And it also lists the doctors that you'd been

5  getting prescriptions from, both there and on the next page

6  we'll see in a minute.  But it references that you've been

7  getting prescriptions from a doctor in Carthage, Tennessee; is

8  that correct?

9  A.   Yes.

10  Q.   And that you got prescriptions from Dr. Smithers in

11  Martinsville, Virginia; is that correct?

12  A.   Yes.

13          MR. LEE:  And if you'd go to the next page, page 75,

14  please.

15  BY MR. LEE:

16  Q.   Then this also indicates you went to a doctor in

17  Washington D.C.

18  A.   Yes.

19  Q.   Okay.  And then these are all the different pharmacies

20  that you'd had to fill prescriptions at between 2014 and

21  December of 2015.  Does that look like the pharmacies that

22  you'd been using?

23  A.   Yes.

24  Q.   Okay.  So Dr. Smithers knew that you had had to go to

25  Chattanooga, Tennessee, to fill a prescription?

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(276) 628-5171*

Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 30 of 64   Pageid#: 8499

1    A.    Yes.

2    Q.    How far is Chattanooga from Eastern Kentucky where you

3    were living -- or West Virginia?

4    A.    I think probably about five or six hours from Pike

5    County, Kentucky.

6    Q.    Okay.  Did you also have to go to a pharmacy in Richmond,

7    or Dumfries to fill a prescription?

8    A.    Yes.

9    Q.    And then, obviously, Buffalo, West Virginia, and

10   Jeffersonville, Indiana; is that correct?

11   A.    Yes.

12   Q.    How far is Jeffersonville, Indiana, from Martinsville?

13   A.    It's right on the line of Kentucky and Indiana.  So from

14   Pike County, I think it's probably about three hours.  I mean,

15   I should remember that because I'd went so many times.  But

16   when you're heavily medicated, it's hard to remember things.

17   Q.    Okay.  So at least in December of 2015, Dr. Smithers knew

18   you'd travelled everywhere from Richmond, Virginia, to

19   Chattanooga, Tennessee, to fill your prescriptions; correct?

20   A.    Yes.

21   Q.    And that you'd had to travel everywhere from Washington

22   D.C. to Carthage, Tennessee, to get prescriptions; is that

23   correct?

24   A.    Yes.

25   Q.    Where is Carthage, Tennessee?

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(276) 628-5731*

Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 31 of 64   Pageid#: 8500

```
 1   A.   It's -- that was on the border of Tennessee and Georgia.
 2   Q.   Okay.  How far was that from Pike County, Kentucky?
 3   A.   It's about the same distance.  It's Chattanooga.  It's
 4   close to Chattanooga.
 5   Q.   Okay.  Did Dr. Smithers ever ask you why you had to
 6   travel such great distances to get a prescription or to see a
 7   doctor?
 8   A.   No.  No, that's just the way things went.
 9   Q.   Did Dr. Smithers keep normal office hours like a regular
10   doctor would keep?
11   A.   The times that I was there, yes, it was -- you know, I
12   mean, you were there a long time waiting.  It was like an
13   all-day thing.
14   Q.   Did he ever keep office hours late into the night that
15   you're aware of?
16   A.   Not that I'm aware of.
17        MR. LEE:  Ms. Vogt, if you could put up the map,
18   Government's Exhibit 50, please.
19   BY MR. LEE:
20   Q.   Now, this is Government's Exhibit 50.  And there's
21   Martinsville (indicating).  Can you find where you were living
22   during this timeframe on the map and circle that.
23   A.   Yes.  Right here --
24   Q.   If you'd touch the screen, it should allow you to draw,
25   make a circle.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5131
Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 32 of 64   Pageid#: 8501

```
 1              THE COURT:  You may need to turn that on, Madam
 2   Clerk.
 3              No.  No.  On her screen.
 4              MR. LEE:  So that she can mark it up.
 5              THE COURT:  So that she can mark it.
 6              No, you have to punch on her screen up in the
 7   left -- right-hand top.
 8              THE WITNESS:  Okay.  It did something there.
 9              Right there on P --
10              MR. LEE:  Yeah.
11              Okay.  So where that green -- if you could make it a
12   little bit bigger so the jury can see.  You can even circle
13   it.  There you go.
14   BY MR. LEE:
15   Q.   So that's where you were living in the Pikeville area?
16   A.   Yes.
17   Q.   And Kentuckiana Pharmacy that I just circled, is that one
18   of the pharmacies you would routinely go to to fill
19   Dr. Smithers's prescriptions?
20   A.   Yes.  There and in Poca, and Buffalo, is the ones I more
21   commonly used for when I went to Dr. Smithers.
22   Q.   Poca and Buffalo, which are up there that I just circled?
23   A.   Yes.  And then Olde Virginia Pharmacy that was not too
24   far.  It was the closest pharmacy from Martinsville.  They
25   would fill the Roxicodones.  They wouldn't fill the Opanas,
```

```
 1    they said they didn't carry 'em.
 2    Q.    Okay.  Do you know how you or Darryl found out about the
 3    Kentuckiana Pharmacy in Indiana?
 4    A.    Darryl found out about it.  I don't know if it was from
 5    Dr. Smithers or from one of the people that he was sending to
 6    Dr. Smithers.
 7    Q.    Okay.  Some of the folks that were part of Darryl's
 8    crew -- I'm just going to run through some names, let me know
 9    if these were folks that were involved in Darryl's crew or
10    not.
11              Michael Bowe?
12    A.    Yes.
13    Q.    Jason Bowman?
14    A.    Yes.
15    Q.    Michael Robinette?
16    A.    Yes.
17    Q.    Franklin Williams?
18    A.    Yes.
19    Q.    Earl Blankenship?
20    A.    Yes.
21    Q.    Michelle Smith?
22    A.    Yes.
23    Q.    Bryan Harlow?
24    A.    Yes.
25    Q.    John Greg Harlow?
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 34 of 64   Pageid#: 8503

```
 1   A.    Yes.

 2   Q.    Geneva Bowman?

 3   A.    Yes.

 4   Q.    Rebecca Pritt?

 5   A.    Yes.

 6   Q.    Is that your mother?

 7   A.    Yes.

 8   Q.    Kelly Johnson?

 9   A.    Yes.

10   Q.    Robert Daniels?

11   A.    Yes.

12   Q.    Samuel Hubbard?

13   A.    Yes.

14   Q.    Connie Miller?

15   A.    I'm not familiar with that name.

16   Q.    Okay.

17   A.    But, like I said, there was people going that I wasn't

18   aware of.

19   Q.    Okay.  Pamela Harlow?

20   A.    Yes.

21   Q.    Do you know a woman named Deborah Reynolds?

22   A.    Yes.

23   Q.    Was she getting prescriptions?  Or was Darryl getting

24   prescriptions in her name?

25   A.    I think a couple times he had, yes.
```

```
 1    Q.    You didn't --

 2    A.    She -- I'm sorry.

 3    Q.    No.  Please continue.

 4    A.    She didn't have to go to Dr. Smithers's office, so they

 5    kind of just did it over the phone.  Darryl had her driver's

 6    license.

 7    Q.    Okay.  So she never went to see Dr. Smithers?

 8    A.    No.

 9    Q.    But still got prescriptions for the opiates?

10    A.    Yes.

11    Q.    Pain prescriptions.

12          Okay.  Do you know Hassel Daniels?

13    A.    I'm sorry.

14    Q.    Hassel Daniels?

15    A.    Doesn't ring a bell.

16    Q.    What about Neil Jewell?

17    A.    Yes.

18    Q.    And Joshua Marion?

19    A.    Yes.

20    Q.    Were they also part of folks that were going on behalf of

21    Darryl to get pills?

22    A.    Yes.

23    Q.    I mentioned Connie Miller, you may know her as Rochelle

24    Miller, do you know her?

25    A.    It sounds a little bit familiar.
```

```
 1          MR. LEE:  Okay.  Ms. Kicklighter, thank you.  I
 2   don't have any further questions.  Please answer any questions
 3   defense counsel may have.
 4          THE COURT:  All right.  Cross-examination.
 5                     CROSS-EXAMINATION
 6   BY MR. WILLIAMS:
 7   Q.   Morning, Ms. Kicklighter.  How are you today?
 8   A.   Good morning.  I'm fine.  How are you?
 9   Q.   Okay.
10          Now, you had stated, I think prior to that -- let's
11   start out with your medical history here.  You first saw
12   Dr. Smithers on September the 10th of 2015; is that correct?
13   A.   That sounds about right.
14   Q.   Okay.  That would have been the first time, I think, in
15   Virginia; does that sound about right?
16   A.   The first time was in Beaver, West Virginia.
17   Q.   Right.  The first time in Virginia would have been
18   September --
19   A.   Okay.
20   Q.   -- 2015; does that sound about right?
21   A.   Correct.
22   Q.   Did -- certainly Dr. Smithers took your blood pressure.
23   Did you have a blood pressure 102 over 76; does that sound
24   correct?
25   A.   Mm-hmm, yes.
```

Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 37 of 64   Pageid#: 8506

1    Q.    Said your heart rate was 92; does that sound right?

2    A.    Yes.

3    Q.    98 percent oxygen level; is that correct?

4    A.    Yes.

5          MR. LEE:  Objection, Your Honor.  I don't know that

6    there's any foundation that Ms. Kicklighter would know what

7    the results of any testing that may or may not have occurred

8    or what's in her medical file.  There's been no foundation for

9    that.

10          THE COURT:  Well, do you know?  He's reading

11   something.  But do you know what, in fact, the results were?

12          THE WITNESS:  I mean, I didn't get the results, but,

13   you know, I about know what my blood pressure and heart rate

14   runs.  But, I mean, I wasn't told.  It was just routine.

15   BY MR. WILLIAMS:

16   Q.    So it was routine that Dr. Smithers would do all of that

17   when you'd go in to talk to him; is that correct?

18   A.    Yeah.

19   Q.    Okay.  And did -- do you recall on that date that you had

20   reported your pain levels?  Do you remember what you told him

21   your pain levels were?

22   A.    I'm not sure.

23   Q.    Let's back up.  What was it that you first told him was

24   the reason that you were there asking for pain medicine at

25   that time?

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5397
Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 38 of 64   Pageid#: 8507

1   A.   I told him that I had some nerve damage to a main nerve

2   that goes down into my leg from my back.

3   Q.   Okay.  And that was the result of some car accidents; is

4   that correct?

5   A.   Several different.

6   Q.   Okay.  What all accidents did you have?

7   A.   I mean, I never had no major surgeries or anything like

8   that, just some -- a couple car accidents and --

9   Q.   When were those car accidents?

10  A.   One was in the early '90s.  But I didn't seek medical

11  attention after the accident.  And then I had a car accident

12  in 1995.

13  Q.   Did you also have an ATV accident?

14  A.   Yes.

15  Q.   Describe the ATV accident.

16  A.   I was going up a hill and the ATV raised up and flipped

17  me off of it.

18  Q.   Okay.  What kind of injuries did you have as a result of

19  that?

20  A.   I didn't go to the hospital.  My back hurt for a little

21  while.

22  Q.   Okay.  Do you recall, did you have any kind of MRI's done

23  during this time?

24  A.   I had had some testing done to try to figure out what was

25  making my leg hurt.  And that's when I was told that it was

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5121
Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 39 of 64   Pageid#: 8508

```
 1    nerve damage.
 2    Q.   And you had some nerve damage in your leg.  Do you recall
 3    what you told Dr. Smithers was wrong with you on September the
 4    10th, 2015?
 5    A.   I'm sure I told him that my back, lower back, and nerve
 6    damage.
 7    Q.   Okay.
 8    A.   That's -- that's kind of what you told all the doctors
 9    to...
10    Q.   Okay.  Now, with respect to this, you told -- did you
11    tell Dr. Smithers you had had an MRI done?
12    A.   Yeah.  I've had several MRIs done, especially in the
13    state of Florida.  Because when you went to a pill mill there,
14    they required you to have an MRI.  Usually you could go down
15    the street and get one, so.
16    Q.   And Dr. Smithers told you you were going to have to
17    provide an MRI, didn't he?
18    A.   Yeah, after a few visits.
19    Q.   Okay.  And he didn't tell you that the very first visit?
20    A.   Not that I can recall, no.
21    Q.   You're absolutely certain of that, that he didn't tell
22    you on the very first visit that you needed to have an MRI?
23    A.   Not that I recall.
24    Q.   Okay.  Did -- so when you went to Dr. Smithers, you had
25    stated earlier that you didn't really need the pain medicine;
```

```
 1    is that right?  That you were an addict seeking it?

 2    A.    Yeah.

 3    Q.    Okay.  You never told Dr. Smithers that, did you?

 4    A.    No.

 5    Q.    Okay.  You went in pretending like you had all these

 6    injuries, didn't you?

 7    A.    Yeah.  I mean, I knew what to tell the doctors, you know,

 8    that your back was hurt.

 9    Q.    And you knew it because you had done it before, hadn't

10    you?

11    A.    Yes.

12    Q.    Okay.  You had been able to go through and you'd fooled

13    several doctors, hadn't you?

14    A.    Yes.

15    Q.    Okay.  You went through and you had a series -- and you

16    knew how the system worked, didn't you?

17    A.    Yes.

18    Q.    Dr. Smithers was a good, caring doctor, wasn't he?  He

19    cared about you, didn't he?  Took time to meet with you.  Took

20    time to ask you about your problems.

21              MR. LEE:  Objection, Your Honor.  I don't know that

22    he's allowing the witness to answer.

23              THE COURT:  You can't ask, sir -- ask multiple

24    questions.  You need --

25              MR. WILLIAMS:  I'm sorry, Your Honor.
```

```
 1              THE COURT:  You need to ask one question at a time,
 2      please.
 3      BY MR. WILLIAMS:
 4      Q.   You knew what to tell doctors when you went in, didn't
 5      you?
 6              MR. RAMSEYER:  Your Honor, he never gave her the
 7      chance to answer whether he was a caring doctor.
 8              THE COURT:  Well, I think he's withdrawn that
 9      question.
10              MR. WILLIAMS:  I'll withdraw that question,
11      Your Honor.
12      BY MR. WILLIAMS:
13      Q.   You knew what to tell doctors when you went in, didn't
14      you?
15      A.   Right.
16      Q.   Okay.  Now, did -- on that visit, you indicated you had
17      chronic back pain; does that sound correct?
18      A.   Yes.
19      Q.   Okay.  And do you recall whether you told him it was
20      suddenly or whether it worsened or not?
21      A.   I told him that the pain was getting more common.
22      Q.   Okay.  Did you tell him that there was shooting pains and
23      tightness and numbness?
24      A.   Yeah, that's -- you know what to mark on the papers to --
25      yeah.
```

```
 1    Q.    Okay.  So you lied at that point; right?

 2    A.    No, I wouldn't say lied, no, because my leg did hurt.

 3    Q.    So you had a legitimate pain?

 4    A.    Not to receive 40 milligrams of opiates three times a

 5    day, no, I didn't have that kind of pain.

 6    Q.    Okay.  But you indicated that that's what you had, didn't

 7    you?

 8    A.    Yeah, I told him I hurt a lot.

 9    Q.    Okay.  And do you remember what you told him your pain

10    level was?

11    A.    I probably said an 8 to 10.

12    Q.    Okay.  And so was your pain level an 8 to 10?

13    A.    Sometimes.

14    Q.    Sometimes.  So you were telling the truth; right?

15    A.    No, not the whole truth.

16    Q.    Okay.  But you just said that it was a pain level of 8 to

17    10, and, yeah, that's what it was.

18    A.    Yeah, that's what everybody tells -- you know, that's

19    what -- you know, you tell 'em you've got a pain level, you

20    tell 'em you got chronic back problems, your legs hurt from

21    it.

22    Q.    So what you're saying --

23    A.    That's what --

24    Q.    Are you saying that was a lie or you're saying that was a

25    truth?
```

```
 1              THE COURT:  Wait.  You can't talk at once.  Did you
 2    finish your answer?
 3              THE WITNESS:  That's what everybody told the doctor.
 4    We all said basically about the same thing.
 5    BY MR. WILLIAMS:
 6    Q.   Okay.  But my question to you was:  Was that the truth or
 7    was that a lie?
 8    A.   At some points my pain was between an 8 and a 10.
 9    Q.   So your answer is sometimes it was a lie and sometimes it
10    was the truth; is that right?
11    A.   No.  Sometimes my pain would be at an 8, about an 8 or a
12    10.  Sometimes.  Not all the time.
13    Q.   Okay.  Now, Ms. Kicklighter, you stated that you had all
14    of this that you and Mr. Williams -- you pled guilty to this
15    charge in Kentucky.  You obviously didn't tell Dr. Smithers
16    any of this, did you?
17    A.   What?
18    Q.   About that you were selling the pills and all that kind
19    of stuff, did you?
20    A.   I don't know if Darryl did or not.  But he knew that
21    Darryl was paying for everybody's visits.
22    Q.   Okay.  That doesn't mean he necessarily knew that Darryl
23    was selling pills or anything, does it?
24    A.   You could say that.
25    Q.   Now, you never told Dr. Smithers that you were selling
```

1  pills, did you?

2  A.   No.

3  Q.   Okay.  And why did you not tell him?  It's because you

4  knew he was going to -- he would kick you out, didn't you?

5  A.   I never mentioned it because he already knew what was

6  going on.

7  Q.   Okay.

8  A.   I mean, you don't -- you don't have people paying for

9  other people's prescriptions and doctor  visits at other kinds

10  of doctors.

11          MR. WILLIAMS:  I'll object to non-responsive.  I

12  think certainly she's speculating here.

13          THE COURT:  I'll overrule the objection.

14  BY MR. WILLIAMS:

15  Q.   Now, Ms. Kicklighter, you agree that this was a ruse that

16  was cooked up by -- this was a con that was cooked up by

17  Mr. Williams to go back and forth and get pills.

18  A.   Yeah, between him and the people that was going.

19  Q.   And when you came in, you were telling Dr. Smithers that

20  you were complain -- that you had severe chronic pain, didn't

21  you?

22  A.   Yeah.

23  Q.   Okay.  And did you ever provide the MRIs that he

24  requested?

25  A.   No.  He had mentioned it after --

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5243
Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 45 of 64   Pageid#: 8514

1   Q.   He was trying to get you to go get MRIs, wasn't he?

2   A.   Yeah.  I told him I had medical records, but I never

3   brought them to him or anything like that not the whole time I

4   was going to him.

5   Q.   Now, Ms. Kicklighter, you were placed on a high-risk

6   contract in November; is that correct?

7   A.   I believe so.

8   Q.   Do you recall that?

9   A.   Yes.

10  Q.   Okay.  And you were actually discharged, were you not,

11  from Dr. Smithers's practice?

12  A.   Yes.

13  Q.   Okay.  And when was that, do you recall?

14  A.   Maybe in June of 2016, maybe.

15  Q.   Okay.  And was Darryl Williams kicked out of

16  Dr. Smithers's practice?

17  A.   Yes.

18  Q.   Who else was kicked out of Dr. Smithers's practice out of

19  that group?

20  A.   I can't remember.  Maybe Scotty Williams, Franklin

21  Williams.

22  Q.   Any others that you know of?

23  A.   Not that I can recall.

24  Q.   Now, Ms. Kicklighter, did -- you were contacted by the

25  special agents regarding doing that audio tape, were you not?

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 46 of 64   Pageid#: 8515

```
 1    A.    Yes.

 2    Q.    Okay.  And they provided you with some money to send; is

 3    that correct?

 4    A.    Yes, some prepaid credit cards.

 5    Q.    Okay.  And then you were going to receive some

 6    prescriptions; is that correct?

 7    A.    Right.

 8    Q.    Okay.

 9    A.    There were four or five people at Dr. Smithers's office

10    that day that he needed payment for.

11    Q.    Okay.  And was it true that you, during that attempt,

12    tried to conceal 25 pills from the agent?

13    A.    No.  That -- no, that wasn't on that day.

14    Q.    That never happened?

15    A.    It did happen, but not on that day.  That day was just a

16    phone call on July the 19th, 2016.

17    Q.    So it would have been a few days later that you did try

18    to conceal 25 pills from the agent; is that correct?

19    A.    Yes.

20    Q.    Okay.  Now, Ms. Kicklighter, how many times did you go

21    back and forth to Dr. Smithers?  Is it safe to say you had --

22    you visited on 9-10; is that correct?  Does that sound right?

23    A.    September, yeah.

24    Q.    Okay.  Then on November the 5th of 2015?

25    A.    Yes.
```

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(276) 628-5724*

Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 47 of 64   Pageid#: 8516

```
 1   Q.   Okay.  December the 2nd, does that sound like a correct
 2   date?
 3   A.   Maybe.  I know there was a couple months that I didn't
 4   have to go.  He mailed the prescriptions.
 5   Q.   Okay.  But there were several prescriptions that were
 6   gone.  Every time you went, did you fill out a pain form?
 7   A.   I believe so, yeah.  He had papers to fill out.
 8   Q.   And on those pain forms, did you -- what you filled out,
 9   you indicated you had severe pain; is that correct?
10   A.   Yes.
11   Q.   Okay.  On July the 5th, 2016, you said you had a pain
12   level of about 8?
13   A.   Mm-hmm.
14   Q.   Would that sound typical?
15        Okay.  And June the 6th, it said you had a pain
16   level of about 9, at worst; does that sound correct?
17        And all of those times, what -- what were you
18   indicating as far as the medicine, how it was helping you; do
19   you recall?
20   A.   I didn't receive the Roxicodones the whole time.
21   Q.   Okay.
22   A.   But I did receive the Opana 40s the whole time.
23   Q.   But if you were saying on July the 5th that your relief
24   level was 100 percent, does that sound like what you would
25   have answered?
```

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
(276) 628-5734

Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 48 of 64   Pageid#: 8517

```
 1   A.    Probably so.

 2   Q.    Okay.  And on June the 6th, you said your relief was 90

 3   percent.

 4   A.    I mean, that's -- I mean, I don't recall exact numbers,

 5   but...

 6   Q.    Okay.  Was that true?  Was the medicine helping you at

 7   that point?

 8   A.    That kind of medicine, such a strong pill, you know,

 9   three of them a day, you didn't feel a whole lot of anything.

10   Q.    Okay.  But you were indicating to Dr. Smithers that his

11   treatment was helping you, did you not?

12   A.    Yes.

13   Q.    Okay.  And was that a lie?

14   A.    That was an uninformed observation.  I know -- what I

15   know now compared to what I knew then, the medicine was

16   hurting me more than it was helping me.

17   Q.    Your involvement with Darryl Williams got you in a lot of

18   trouble, did it not?

19   A.    Yes.

20   Q.    Darryl conned you, didn't he?

21   A.    No.

22   Q.    He didn't?

23         Now, when you said you first went to Dr. Smithers,

24   you said that he had -- it was just him, I think, in the

25   office; is that right?
```

```
1    A.    Yes.

2    Q.    Okay.  And as he progressed, he began to hire staff as

3    time went on, did he not?

4    A.    No.  He hired one guy, Wendell.  Sometimes his wife would

5    come in the office and take up -- there was actually a time

6    that Darryl went in the office and was taking people's

7    paperwork for him and helping Dr. Smithers because he would be

8    by his self.

9    Q.    Was there a time when Peter Bodai was working there?  Do

10   you recall Peter Bodai?

11   A.    I don't recall.  The only one I recall is Dr. Smithers,

12   Wendell, and Dr. Smithers's wife.  I don't recall her name

13   though.

14   Q.    Dr. Smithers did pill counts?  Or Wendell did, didn't he?

15   When you would come in?

16   A.    No.

17   Q.    He never did a pill count on you?

18   A.    I mean, he may have.  But it wasn't -- it wasn't a

19   regular thing.

20   Q.    Okay.

21   A.    Not that I can recall.

22   Q.    Okay.  You don't recall?

23   A.    I was -- I mean, during this time I was always high,

24   really high.

25   Q.    Okay.  So it's fair to say you don't remember a lot
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5724

Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 50 of 64   Pageid#: 8519

```
 1    during that period?
 2    A.   I don't remember if they were counting pills or not.
 3    Q.   Okay.
 4    A.   I think towards the end maybe they were.  And towards the
 5    end he did start to do drug tests.
 6    Q.   Okay.  They were doing -- Wendell was doing the drug
 7    testing; right?
 8    A.   Right.
 9    Q.   You would have to go in and take that test?
10    A.   Mm-hmm.
11    Q.   And you tested positive for cocaine.  And when you did,
12    what happened?  What did Dr. Smithers do?
13    A.   I was discharged.  Some of the other people that tested
14    positive for cocaine, they didn't get discharged.
15    Q.   Okay.  Who was that?
16    A.   But Darryl and I did.
17    Q.   Who didn't get discharged?
18    A.   I think Michael Bowe.
19    Q.   You think?  Or you know?
20    A.   I know there was -- there was a couple that -- because we
21    had talked about it why somebody -- you know, one person got
22    discharged and the other person didn't.
23    Q.   Most everybody within Darryl Williams's group got
24    discharged at some point, did they not?
25    A.   Yeah, I think so, after -- yeah.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 51 of 64   Pageid#: 8520

```
1              MR. WILLIAMS:  May I have just a moment, Your Honor?
2    BY MR. WILLIAMS:
3    Q.   Ms. Kicklighter, one thing I think Mr. Lee had brought up
4    was that you tested positive on 6-6 of '16, does that sound
5    correct?  For cocaine?
6    A.   Mm-hmm.
7    Q.   And you were discharged on 7-5 of '16; is that correct?
8    A.   Yeah, that sounds about right.
9    Q.   Okay.  And was that lab result sent off to be confirmed?
10   Is that what --
11   A.   I'm assuming  --
12   Q.   Did you request --
13   A.   I'm assuming that he sent it off to a lab.
14   Q.   Okay.  And did you request it be sent off to a lab to be
15   confirmed?
16   A.   No.
17   Q.   Okay.  But they sent it off to make sure?
18   A.   That's what Dr. Smithers told me.
19   Q.   Okay.  And that was the reason why they waited a month
20   before they discharged you; correct?
21   A.   I guess so.
22   Q.   And Mike Bowe was discharged about the same time you
23   were, was he not?
24   A.   Yeah, it was -- yeah, they -- yeah, I believe so.
25              MR. WILLIAMS:  I believe that's all the questions I
```

```
 1    have at this time.

 2              THE COURT:  All right.

 3              Redirect?

 4              MR. LEE:  Briefly, Your Honor.

 5                      REDIRECT EXAMINATION

 6    BY MR. LEE:

 7    Q.   Ms. Kicklighter, even though you and Darryl Williams had

 8    been discharged, Dr. Smithers was still willing to take your

 9    money, wasn't he?

10    A.   Oh, yeah.  Yeah.  It was -- Darryl and him had friendly

11    conversations.  Darryl was actually trying to help

12    Dr. Smithers, I think, come up with an investor for -- to try

13    to put in a pharmacy.  Business went on as usual, even though

14    we weren't going.

15    Q.   And Darryl Williams was still willing to and did, and

16    Dr. Smithers was willing to accept new patients sent by Darryl

17    Williams after both you and he had been discharged, wasn't he?

18    A.   Yes.

19    Q.   Okay.

20              MR. LEE:  LK, page 31.

21    BY MR. LEE:

22    Q.   I'm going to show you something, Ms. Kicklighter.

23              On your screen there, do you recognize what that is?

24    A.   There's nothing on here right now.

25    Q.
```

Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 53 of 64   Pageid#: 8522

```
 1              MR. LEE:  Government's Exhibit LK, page 31.
 2   BY MR. LEE:
 3   Q.   Is that your intake form at Priority Urgent Care in
 4   Beckley, West Virginia?
 5   A.   Yes.
 6              MR. LEE:  If you could go to the next page, please.
 7   BY MR. LEE:
 8   Q.   And you've signed it there August the 12th of 2015.
 9   A.   Yes.
10              MR. LEE:  And then the next page.  Page 33.
11   BY MR. LEE:
12   Q.   Signed it again.  And that's Dr. Smithers's signature,
13   isn't it?
14   A.   Yes.
15   Q.   Okay.  Ms. Kicklighter, fair to say the majority of the
16   doctors you've been to, have they been shut down?
17   A.   Yes.
18              MR. LEE:  If you could go to page 86.
19   BY MR. LEE:
20   Q.   This is page 86 of your medical records.  And it
21   references that you had previously been to a place called the
22   Hope Clinic in Charleston, West Virginia; is that correct?
23   A.   Yes.
24   Q.   What happened to the Hope Clinic?
25   A.   I think I got discharged at the Hope Clinic.
```

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*276.628.5171*

Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 54 of 64   Pageid#: 8523

```
1    Q.    What happened to the practice itself?

2    A.    Oh, it was shut down.  I mean, every pain doctor that

3    I've been to has been shut down.

4    Q.    Okay.

5    A.    But, actually, at the Hope Clinic, now I remember, that

6    was where the doctor was at that actually showed me the

7    stretching I can do to relieve some pain in my leg.

8    Q.    But it got shut down, too, didn't it?

9    A.    Yeah.  Yeah.  Then there was a pharmacy that everybody

10   went to, I can't think of the name of it.  It was in

11   Charleston, West Virginia.  But it got shut down too.

12             MR. LEE:  Thank you, Ms. Kicklighter.  No further

13   questions.

14             THE COURT:  All right.  Anything further?
```

**RECROSS-EXAMINATION**

```
16   BY MR. WILLIAMS:

17   Q.    One final question.

18             Ms. Kicklighter, once again, most of Darryl

19   Williams's patients were discharged; correct?  By

20   Dr. Smithers?

21   A.    I'm not sure how many.

22   Q.    Okay.  But a significant number of them, they were

23   discharged; correct?

24   A.    I would say, yes.

25             MR. WILLIAMS:  No further questions.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 55 of 64   Pageid#: 8524

1          THE COURT:  All right.  Thank you, ma'am.

2          You may step down.

3          THE WITNESS:  Thank you.

4      (Testimony of Ms. Kicklighter concluded at 10:29 a.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5194

Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 56 of 64   Pageid#: 8525

1                    **REPORTER'S CERTIFICATE**

2

3          I, DONNA J. PRATHER, do hereby certify that the

4    above and foregoing, consisting of the preceding 56 pages,

5    constitutes a true and accurate transcript of my stenographic

6    notes and is a full, true and complete transcript of the

7    proceedings to the best of my ability.

8          Dated this 23rd day of May, 2019.

9

10                         DONNA J. PRATHER, RPR, CRR, CBC, CCP
11                         Federal Official Court Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(276) 628-5581/28810*

Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 57 of 64   Pageid#: 8526

## $

**$100** [1] - 26:9
**$1200** [1] - 25:24
**$1400** [1] - 19:9
**$300** [1] - 21:1
**$50** [1] - 26:10

## '

**'15** [1] - 20:8
**'16** [4] - 20:8, 52:4, 52:7
**'90s** [1] - 39:10
**'em** [6] - 18:12, 19:8, 19:9, 34:1, 43:19, 43:20

## 1

**1** [1] - 1:13
**10** [5] - 43:11, 43:12, 43:17, 44:8, 44:12
**100** [1] - 48:24
**102** [1] - 37:23
**10:29** [1] - 56:4
**10th** [2] - 37:12, 40:4
**12** [1] - 7:1
**12th** [1] - 54:8
**180** [1] - 1:20
**18th** [2] - 24:14, 25:23
**1995** [1] - 39:12
**19th** [3] - 22:24, 24:14, 47:16
**1:17-cr-00027-JPJ-PMS-1** [1] - 1:7

## 2

**20** [1] - 10:25
**2003** [1] - 15:8
**2010** [1] - 12:1
**2014** [2] - 30:1, 30:20
**2015** [10] - 8:2, 28:20, 30:2, 30:21, 31:17, 37:12, 37:20, 40:4, 47:24, 54:8
**2016** [12] - 8:2, 14:22, 22:17, 22:25, 24:14, 25:7, 25:13, 25:21, 25:23, 46:14, 47:16, 48:11
**2019** [1] - 1:13
**24210** [1] - 1:21
**24277** [1] - 1:24
**25** [2] - 47:12, 47:18
**2nd** [1] - 48:1

## 3

**3** [1] - 1:12

## 30

**30** [4] - 19:11, 19:13, 26:10, 26:20
**30s** [1] - 18:3
**31** [1] - 53:20, 54:1
**33** [1] - 54:10
**35** [1] - 6:6
**37** [4] - 26:24, 27:2, 27:25, 28:4

## 4

**40** [1] - 43:4
**40s** [3] - 18:3, 26:16, 48:22
**48** [3] - 2:9, 23:13, 23:17

## 5

**50** [2] - 32:18, 32:20
**56** [6] - 2:3, 2:4, 2:4, 2:5, 2:8, 2:9
**57** [1] - 4:21
**5th** [4] - 25:6, 47:24, 48:11, 48:23

## 6

**6** [1] - 24:20
**6-6** [1] - 52:4
**60** [1] - 19:8
**601** [1] - 1:23
**6th** [2] - 48:15, 49:2

## 7

**7-5** [1] - 52:7
**74** [1] - 29:20
**75** [1] - 30:13
**76** [1] - 37:23

## 8

**8** [7] - 43:11, 43:12, 43:16, 44:8, 44:11, 48:12
**86** [2] - 54:18, 54:20

## 9

**9** [1] - 48:16
**9-10** [1] - 47:22
**90** [4] - 18:3, 19:7, 19:9, 49:2
**900** [1] - 7:1
**92** [1] - 38:1
**97** [4] - 2:8, 5:6, 5:15, 5:17
**98** [1] - 38:3
**9:08** [1] - 3:2

## A

**a.m** [2] - 3:2, 56:4
**ABINGDON** [1] - 1:4
**Abingdon** [1] - 1:21
**able** [1] - 41:12
**absolutely** [1] - 40:21
**abuse** [1] - 11:20
**abusing** [1] - 15:8
**accept** [1] - 53:16
**accident** [4] - 39:11, 39:13, 39:15
**accidents** [4] - 39:3, 39:6, 39:8, 39:9
**accurate** [1] - 25:21
**accurately** [1] - 23:9
**active** [1] - 4:15
**addict** [2] - 9:9, 41:1
**addiction** [1] - 12:15
**addicts** [1] - 14:13
**address** [4] - 17:23, 17:24, 22:4, 28:9
**admissible** [1] - 16:24
**admission** [1] - 5:14
**admit** [1] - 13:13
**admitted** [2] - 5:16, 23:16
**advance** [1] - 21:21
**afford** [1] - 8:20
**agent** [2] - 47:12, 47:18
**agents** [3] - 22:20, 22:22, 46:25
**agree** [1] - 45:15
**agreement** [4] - 5:9, 5:20, 7:22, 8:18
**Agreement** [1] - 2:8
**ahead** [1] - 17:7
**Aid** [1] - 19:1
**Aided** [1] - 1:25
**Airport** [1] - 15:15
**all-day** [1] - 32:13
**allow** [2] - 20:5, 32:24
**allowing** [1] - 41:22
**AMERICA** [1] - 1:6
**answer** [5] - 37:2, 41:22, 42:7, 44:2, 44:9
**answered** [1] - 48:25
**appointment** [4] - 15:18, 16:12, 16:19, 17:22
**appointments** [1] - 21:7
**approach** [1] - 5:2
**appropriate** [1] - 6:12

## area

**area** [3] - 11:4, 15:21, 33:15
**arrangements** [1] - 11:5
**assist** [1] - 22:18
**associating** [1] - 10:2
**assume** [1] - 19:14
**assumed** [2] - 17:12, 18:14
**assuming** [2] - 52:11, 52:13
**attempt** [1] - 47:11
**attention** [3] - 28:25, 29:20, 39:11
**Attorneys** [1] - 1:20
**ATV** [3] - 39:13, 39:15, 39:16
**audio** [3] - 23:23, 24:8, 46:25
**August** [1] - 54:8
**aware** [5] - 6:9, 20:6, 32:15, 32:16, 35:18

## B

**B19** [1] - 1:20
**background** [2] - 27:8, 28:5
**backup** [1] - 14:3
**bank** [1] - 29:5
**base** [1] - 29:17
**based** [3] - 4:15, 6:14, 12:7
**bases** [1] - 29:11
**basing** [1] - 17:4
**basis** [1] - 13:14
**Beaver** [5] - 14:1, 15:12, 16:10, 16:15, 37:16
**became** [1] - 27:9
**Beckley** [1] - 54:4
**began** [2] - 22:13, 50:2
**behalf** [3] - 1:18, 1:22, 36:20
**BEHALF** [1] - 2:8
**bell** [1] - 36:15
**benefit** [2] - 6:3, 7:11
**Best** [1] - 21:24
**better** [4] - 3:24, 3:25, 8:17, 16:4
**better-established** [1] - 16:4
**between** [7] - 2:9, 8:1, 11:6, 21:22, 23:14, 30:1, 30:20, 44:8, 45:18
**bigger** [2] - 6:17, 33:12

## birth

**birth** [1] - 28:9
**bit** [6] - 5:20, 14:3, 15:25, 21:8, 33:12, 36:25
**Blankenship** [1] - 34:19
**blood** [3] - 37:22, 37:23, 38:13
**blow** [2] - 28:1, 29:22
**blue** [2] - 9:17, 18:11
**Bodai** [2] - 50:9, 50:10
**border** [1] - 32:1
**bottom** [1] - 28:2
**Bowe** [4] - 11:2, 34:11, 51:18, 52:22
**Bowman** [2] - 34:13, 35:2
**Box** [1] - 1:23
**boyfriend** [2] - 10:15, 10:17
**brick** [1] - 15:16
**briefly** [1] - 53:4
**bring** [3] - 20:14, 20:16, 27:11
**bringing** [1] - 9:8
**brought** [2] - 46:3, 52:3
**Bryan** [1] - 34:23
**Buffalo** [6] - 19:1, 19:2, 19:6, 31:9, 33:20, 33:22
**buffalo** [1] - 19:7
**building** [3] - 12:14, 15:16, 20:22
**business** [1] - 53:13
**busted** [1] - 22:10
**but..** [1] - 49:5
**BY** [36] - 2:3, 2:4, 2:4, 2:5, 3:18, 5:4, 5:18, 8:22, 9:24, 13:2, 13:15, 17:8, 19:20, 24:9, 24:22, 26:4, 27:3, 28:3, 29:24, 30:15, 32:19, 33:14, 37:6, 38:15, 42:3, 42:12, 44:5, 45:14, 52:2, 53:6, 53:21, 54:2, 54:7, 54:11, 54:19, 55:16

## C

**Cagle** [1] - 1:19
**car** [4] - 39:3, 39:8, 39:9, 39:11
**card** [1] - 21:16
**cards** [4] - 20:3, 20:4, 22:22, 47:4
**Care** [1] - 54:3

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 58 of 64   Pageid#: 8527

cared [1] - 41:19
caring [2] - 41:18, 42:7
carry [1] - 34:1
Carthage [3] - 30:7, 31:22, 31:25
case [2] - 3:11, 6:11
Case [1] - 1:7
cash [4] - 19:5, 19:24, 20:2, 20:4
Casper [2] - 29:3, 29:4
caused [1] - 8:25
caution [1] - 24:1
certain [1] - 40:21
certainly [3] - 8:13, 37:22, 45:12
Certified [1] - 1:25
cetera [1] - 28:9
chance [4] - 7:10, 7:19, 23:5, 42:7
charge [4] - 4:24, 19:8, 19:10, 44:15
charged [3] - 11:24, 12:1, 28:11
charges [3] - 7:23, 9:1, 28:23
Charleston [2] - 54:22, 55:11
Chattanooga [5] - 30:25, 31:2, 31:19, 32:3, 32:4
check [3] - 27:8, 28:5, 29:17
chose [1] - 8:6
chronic [3] - 42:17, 43:20, 45:20
circle [3] - 32:22, 32:25, 33:12
circled [2] - 33:17, 33:22
circumstances [1] - 13:22
cleared [1] - 22:6
CLERK [1] - 3:9
Clerk [1] - 33:2
Clinic [4] - 54:22, 54:24, 54:25, 55:5
clinic [2] - 15:14, 16:14
close [1] - 32:4
closed [1] - 16:19
closest [1] - 33:24
co [3] - 13:12, 20:15, 21:14
co-conspirator [1] - 13:12
co-defendants [2] - 20:15, 21:14
cocaine [4] - 25:11,

51:11, 51:14, 52:5
coming [1] - 21:21
commenced [1] - 3:2
common [2] - 7:18, 42:21
commonly [1] - 33:21
community [2] - 4:7, 10:7
compared [1] - 49:15
complain [1] - 45:20
Computer [1] - 1:25
Computer-Aided [1] - 1:25
con [1] - 45:16
conceal [2] - 47:12, 47:18
concluded [1] - 56:4
conduct [2] - 7:23, 8:24
confirmed [2] - 52:9, 52:15
conned [1] - 49:20
Connie [2] - 35:14, 36:23
consider [1] - 18:15
consideration [1] - 6:3
conspiracy [2] - 4:25, 13:11
conspirator [1] - 13:12
contacted [1] - 46:24
Contin [1] - 26:11
continue [2] - 17:9, 36:3
contract [1] - 46:6
controlled [2] - 8:8, 28:12
convenience [1] - 24:4
convenient [1] - 20:25
conversation [4] - 2:9, 23:10, 23:14, 24:10
conversations [1] - 53:11
convicted [3] - 11:22, 11:24, 11:25
conviction [1] - 4:16
cooked [2] - 45:16
cooperate [2] - 6:9, 22:13
cooperation [4] - 6:1, 6:4, 7:7, 7:12
Correct [1] - 37:21
correct [45] - 5:23, 6:21, 7:8, 7:24, 8:4, 10:8, 11:23, 12:2,

12:5, 12:16, 19:24, 22:11, 22:14, 23:3, 25:7, 26:1, 28:6, 28:9, 28:14, 28:20, 30:8, 30:11, 31:10, 31:19, 31:23, 37:12, 37:24, 38:3, 38:17, 39:4, 42:17, 46:6, 47:3, 47:6, 47:18, 47:22, 48:1, 48:9, 48:16, 52:5, 52:7, 52:20, 54:22, 55:19, 55:23
correctional [1] - 6:19
corresponded [1] - 21:22
counsel [2] - 9:18, 37:3
count [1] - 50:17
counting [1] - 51:2
counts [1] - 50:14
County [7] - 4:11, 10:12, 31:5, 31:14, 32:2
couple [7] - 18:15, 20:20, 26:14, 35:25, 39:8, 48:3, 51:20
COURT [28] - 1:2, 3:3, 5:3, 5:16, 8:10, 8:17, 9:23, 13:1, 13:13, 16:25, 17:6, 19:18, 23:16, 23:18, 23:21, 23:24, 33:1, 33:5, 37:4, 38:10, 41:23, 42:1, 42:8, 44:1, 45:13, 53:2, 55:14, 56:1
Court [1] - 1:25, 8:21
court [1] - 4:4
courtroom [1] - 9:13
credit [5] - 20:3, 20:4, 21:15, 22:22, 47:4
crew [4] - 20:10, 21:17, 34:8, 34:9
crews [1] - 8:3
Criminal [1] - 1:7
criminal [3] - 8:24, 27:8, 28:5
CROSS [2] - 2:4, 37:5
cross [1] - 37:4
CROSS-EXAMINATION [2] - 2:4, 37:5
cross-examination [1] - 37:4
custody [1] - 4:13
CVS [1] - 19:1

**D**

D.C [2] - 30:17, 31:22
damage [5] - 14:19, 39:1, 40:1, 40:2, 40:6
Daniels [3] - 35:10, 36:12, 36:14
Darryl [45] - 8:3, 10:18, 10:19, 11:7, 11:8, 11:10, 11:15, 12:20, 12:23, 13:3, 13:16, 15:22, 17:23, 20:10, 20:14, 20:17, 20:18, 21:14, 21:18, 21:20, 22:10, 25:13, 25:23, 26:5, 34:2, 34:4, 35:23, 36:5, 36:21, 44:20, 44:21, 44:22, 46:15, 49:17, 49:20, 50:6, 51:16, 51:23, 53:7, 53:10, 53:11, 53:15, 53:16, 55:18
Darryl's [3] - 21:5, 34:7, 34:9
data [2] - 29:5, 29:11, 29:17
date [5] - 25:6, 28:8, 28:20, 38:19, 48:2
DAY [1] - 1:12
days [1] - 47:17
DEA [4] - 22:11, 22:13, 22:20, 22:22
Deborah [1] - 35:21
December [4] - 30:1, 30:21, 31:17, 48:1
decides [1] - 6:11
Defendant [2] - 1:10, 1:22
defendant [3] - 9:22, 23:10, 23:14
defendants [2] - 20:15, 21:14
defense [1] - 37:3
delayed [1] - 7:2
departure [1] - 6:7
derail [1] - 7:10
describe [2] - 15:18, 39:15
details [1] - 7:22
different [8] - 16:8, 18:22, 20:23, 21:9, 22:22, 24:2, 30:19, 39:5
difficult [1] - 3:21
DIRECT [2] - 2:3, 3:17
direct [3] - 26:24, 28:25, 29:20
directly [1] - 3:23

disagree [1] - 24:14
discharge [1] - 25:2
discharged [15] - 25:14, 46:10, 51:13, 51:14, 51:17, 51:22, 51:24, 52:7, 52:20, 52:22, 53:8, 53:17, 54:25, 55:19, 55:23
discussed [1] - 27:4
discusses [1] - 8:1
disk [1] - 23:18
distance [1] - 32:3
distances [1] - 32:6
distribute [1] - 4:25
distribution [1] - 28:23
District [3] - 5:10, 5:22, 10:12
DISTRICT [2] - 1:2, 1:3
DIVISION [1] - 1:4
doctor [28] - 9:2, 9:11, 11:8, 12:12, 13:19, 13:23, 14:1, 14:4, 14:6, 14:25, 15:6, 17:13, 20:13, 20:21, 20:24, 27:14, 27:15, 29:13, 30:7, 30:16, 32:7, 32:10, 41:18, 42:7, 44:3, 45:9, 55:2, 55:6
doctors [14] - 14:9, 14:12, 15:9, 16:17, 17:1, 17:10, 30:4, 40:8, 41:7, 41:13, 42:4, 42:13, 45:10, 54:16
documents [1] - 8:20
Donald [1] - 1:22
done [7] - 8:14, 20:22, 39:22, 39:24, 40:11, 40:12, 41:9
down [13] - 12:11, 15:22, 16:19, 17:13, 28:1, 39:2, 40:14, 54:16, 55:2, 55:3, 55:8, 55:11, 56:2
downward [1] - 6:7
Dr [89] - 8:4, 8:6, 9:12, 10:1, 10:10, 10:20, 11:6, 12:16, 12:18, 13:4, 13:5, 13:17, 14:6, 14:12, 14:15, 15:12, 15:18, 15:23, 16:12, 17:4, 17:16, 17:23, 17:25, 18:7, 18:20, 18:22, 19:23, 20:1, 20:11, 20:21, 21:4, 21:12, 21:18, 21:20, 22:3,

22:14, 22:20, 23:2, 23:10, 24:11, 25:2, 25:10, 25:24, 27:5, 27:24, 28:18, 29:16, 30:10, 30:24, 31:17, 32:5, 32:9, 33:19, 33:21, 34:5, 34:6, 36:4, 36:7, 37:12, 37:22, 38:16, 40:3, 40:11, 40:16, 40:24, 41:3, 41:18, 44:15, 44:25, 45:19, 46:11, 46:16, 46:18, 47:9, 47:21, 49:10, 49:23, 50:7, 50:11, 50:12, 50:14, 51:12, 52:18, 53:8, 53:12, 53:16, 54:12, 55:20
**draw** [1] - 32:24
**drive** [1] - 23:20
**driver's** [1] - 36:5
**drug** [8] - 6:25, 11:20, 11:23, 12:1, 12:15, 28:23, 51:5, 51:6
**drug-related** [1] - 11:23
**drugs** [3] - 25:17, 27:5, 28:13
**Drugs** [1] - 19:4
**duly** [1] - 3:16
**Dumfries** [1] - 31:7
**during** [6] - 9:25, 32:22, 39:23, 47:11, 50:23, 51:1

## E

**Earl** [1] - 34:19
**early** [1] - 39:10
**Eastern** [4] - 5:10, 5:22, 10:12, 31:2
**easy** [2] - 12:11, 16:9
**either** [2] - 21:14, 26:21
**end** [3] - 27:10, 51:4, 51:5
**especially** [1] - 40:12
**essence** [2] - 20:8, 22:10
**established** [3] - 16:4, 18:2, 18:14
**et** [1] - 28:9
**evening** [1] - 3:4
**everywhere** [2] - 31:18, 31:21
**evidence** [2] - 24:1, 24:5
**ex** [1] - 27:21
**ex-state** [1] - 27:21

**exact** [1] - 49:4
**exam** [1] - 9:7
**EXAMINATION** [8] - 2:3, 2:4, 2:4, 2:5, 3:17, 37:5, 53:5, 55:15
**examination** [2] - 8:9, 37:4
**examined** [1] - 3:16
**except** [2] - 11:12, 19:6
**Exhibit** [10] - 5:6, 5:15, 5:17, 23:13, 23:17, 24:21, 26:25, 32:18, 32:20, 54:1
**EXHIBITS** [1] - 2:7
**expecting** [1] - 6:3
**expenses** [1] - 11:9
**experience** [5] - 13:3, 13:17, 16:17, 16:25, 18:4
**extent** [1] - 10:24

## F

**facilitate** [1] - 10:19
**fact** [6] - 6:18, 7:20, 8:1, 11:20, 29:16, 38:11
**facts** [1] - 8:19
**fair** [4] - 7:5, 7:18, 50:25, 54:15
**familiar** [10] - 6:6, 7:15, 11:17, 26:18, 26:19, 29:1, 29:11, 35:15, 36:25
**far** [8] - 14:14, 25:22, 27:20, 31:2, 31:12, 32:2, 33:24, 48:18
**Fayette** [1] - 4:11
**February** [1] - 30:2
**federal** [2] - 4:15, 6:19
**feed** [3] - 11:13, 14:17
**felony** [1] - 4:16
**few** [3] - 9:5, 40:18, 47:17
**figure** [1] - 39:24
**file** [4] - 24:20, 28:4, 29:21, 38:8
**fill** [12] - 19:6, 19:23, 22:6, 30:20, 30:25, 31:7, 31:19, 33:18, 33:25, 48:6, 48:7
**filled** [7] - 11:9, 11:10, 12:13, 20:16, 20:17, 29:7, 48:8
**filling** [1] - 18:17
**final** [1] - 55:17

**fine** [1] - 37:8
**finish** [1] - 44:2
**first** [15] - 3:16, 11:24, 15:11, 15:18, 18:8, 18:12, 19:16, 37:11, 37:14, 37:16, 37:17, 38:23, 40:19, 40:22, 49:23
**first-hand** [1] - 19:16
**five** [4] - 4:22, 25:10, 25:24, 26:5, 31:4, 47:9
**flipped** [1] - 39:16
**Florida** [4] - 9:5, 12:1, 12:8, 40:13
**folks** [2] - 20:10, 34:7, 34:9, 36:20
**follows** [1] - 3:16
**fooled** [1] - 41:12
**FOR** [1] - 1:3
**forget** [1] - 11:3
**form** [3] - 28:20, 48:6, 54:3
**forms** [1] - 48:8
**forth** [2] - 45:17, 47:21
**forward** [1] - 13:18
**foundation** [3] - 8:21, 38:6, 38:8
**four** [2] - 22:21, 47:9
**Franklin** [1] - 34:17, 46:20
**fraud** [2] - 12:4, 28:23
**friendly** [1] - 53:10
**front** [1] - 24:24
**full** [1] - 19:10
**furtherance** [1] - 13:11

## G

**Gap** [1] - 1:24
**Geneva** [1] - 35:2
**gentlemen** [2] - 3:3, 23:24
**Georgia** [1] - 32:1
**given** [1] - 16:17
**Given** [1] - 16:25
**God** [1] - 3:12
**GOVERNMENT** [1] - 2:8
**Government** [3] - 3:8, 3:15, 6:10
**Government's** [10] - 5:6, 5:15, 5:17, 23:13, 23:17, 24:21, 26:25, 32:18, 32:20, 54:1
**gray** [1] - 9:17
**great** [1] - 32:6

**green** [1] - 33:11
**Greg** [1] - 34:25
**group** [2] - 46:19, 51:23
**guess** [3] - 8:23, 18:2, 52:21
**guilty** [4] - 4:24, 8:25, 9:1, 44:14
**guy** [1] - 50:4

## H

**habit** [3] - 11:13, 14:17
**half** [5] - 7:2, 11:11, 20:18, 20:19
**half-way** [1] - 7:2
**hand** [3] - 3:9, 5:5, 19:16, 33:7
**hang** [1] - 18:21
**happy** [1] - 7:8
**hard** [2] - 27:18, 31:16
**Harlow** [3] - 34:23, 34:25, 35:19
**Hassel** [2] - 36:12, 36:14
**hear** [5] - 3:21, 24:2, 24:3, 24:5
**heard** [2] - 19:17, 19:18
**hearsay** [2] - 8:15, 13:9
**heart** [3] - 8:23, 38:1, 38:13
**heavily** [1] - 31:16
**help** [3] - 3:12, 53:11
**helping** [5] - 48:18, 49:6, 49:11, 49:16, 50:7
**helps** [1] - 6:17
**herein** [1] - 3:15
**herself** [1] - 8:19
**high** [3] - 46:5, 50:23, 50:24
**high-risk** [1] - 46:5
**hill** [1] - 39:16
**hire** [1] - 50:2
**hired** [2] - 27:10, 50:4
**history** [5] - 11:20, 17:5, 28:5, 29:25, 37:11
**hmm** [8] - 11:19, 16:11, 19:25, 25:5, 37:25, 48:13, 51:10, 52:6
**Honor** [19] - 3:8, 5:2, 5:14, 8:20, 9:21, 12:22, 12:25, 13:8,

13:10, 16:20, 23:12, 23:22, 38:5, 41:21, 41:25, 42:6, 42:11, 52:1, 53:4
**HONORABLE** [1] - 1:12
**hope** [2] - 3:4, 6:17
**Hope** [4] - 54:22, 54:24, 54:25, 55:5
**hoping** [3] - 6:14, 7:3, 14:16
**hospital** [1] - 39:20
**hot** [1] - 17:11
**hours** [5] - 7:1, 31:4, 31:14, 32:9, 32:14
**house** [3] - 20:24, 21:5, 21:10
**Hubbard** [2] - 11:3, 35:12
**hurt** [7] - 15:5, 39:20, 39:25, 41:8, 43:2, 43:8, 43:20
**hurting** [1] - 49:16
**hydrocodones** [1] - 14:8
**Hydromorphone** [1] - 26:11

## I

**identified** [2] - 9:22, 13:5
**identify** [2] - 9:15
**identifying** [1] - 28:8
**illegal** [1] - 28:13
**IN** [1] - 1:2
**independent** [1] - 18:25
**INDEX** [1] - 2:1
**Indiana** [4] - 31:10, 31:12, 31:13, 34:3
**indicated** [3] - 42:16, 43:6, 48:9
**indicates** [2] - 28:19, 30:16
**indicating** [4] - 17:3, 28:17, 48:18, 49:10
**indicating)** [1] - 32:21
**information** [2] - 28:8, 28:12
**injuries** [2] - 39:18, 41:6
**institution** [1] - 6:19
**insurance** [1] - 20:5
**intake** [1] - 54:3
**introduce** [1] - 4:1
**introduction** [1] - 23:13
**investigating** [1] -

22:13
**investigation** [1] - 22:18
**investor** [1] - 53:12
**involved** [4] - 7:23, 8:2, 12:4, 34:9
**involvement** [2] - 12:7, 49:17
**issue** [1] - 14:15
**itself** [2] - 24:5, 55:1

## J

**JAMES** [1] - 1:12
**Jason** [1] - 34:13
**Jeffersonville** [2] - 31:10, 31:12
**Jewell** [1] - 36:16
**Joel** [1] - 9:12
**JOEL** [1] - 1:9
**John** [1] - 34:25
**Johnson** [1] - 35:8
**JONES** [1] - 1:12
**Joshua** [1] - 36:18
**Jr** [1] - 1:22
**Judge** [1] - 3:7
**JUDGE** [1] - 1:12
**judge** [1] - 6:11
**Juhan** [1] - 1:19
**July** [12] - 8:2, 20:8, 22:24, 24:13, 25:6, 25:13, 25:23, 47:16, 48:11, 48:23
**June** [10] - 8:1, 8:2, 14:22, 20:8, 22:17, 46:14, 48:15, 49:2
**jury** [5] - 4:2, 9:15, 20:9, 26:18, 33:12
**JURY** [1] - 1:12

## K

**k-i-c-k-l-i-g-h-t-e-r** [1] - 4:6
**keep** [4] - 20:19, 32:9, 32:10, 32:14
**keeps** [1] - 29:5
**Kelly** [1] - 35:8
**Kentuckiana** [2] - 33:17, 34:3
**Kentucky** [9] - 5:11, 5:23, 10:9, 10:11, 31:2, 31:5, 31:13, 32:2, 44:15
**kept** [1] - 21:22
**kick** [1] - 45:4
**kicked** [8] - 25:3, 25:6, 25:11, 25:15, 25:20, 25:25, 46:15, 46:18
**Kicklighter** [29] - 2:8,

2:9, 3:1, 3:8, 4:3, 4:7, 4:12, 5:5, 7:22, 8:23, 9:25, 23:15, 24:23, 27:4, 37:1, 37:7, 38:6, 44:13, 45:15, 46:5, 46:24, 47:20, 52:3, 53:7, 53:22, 54:15, 55:12, 55:18, 56:4
**KICKLIGHTER** [3] - 1:9, 2:3, 3:14
**Kicklighter's** [1] - 24:20
**kind** [18] - 7:16, 9:5, 9:7, 11:9, 12:21, 14:4, 15:16, 17:4, 18:21, 25:17, 27:13, 36:5, 39:18, 39:22, 40:8, 43:5, 44:18, 49:8
**kinds** [1] - 45:9
**knowledge** [4] - 8:12, 16:21, 17:3, 19:16
**known** [1] - 21:24

## L

**lab** [3] - 52:9, 52:13, 52:14
**ladies** [2] - 3:3, 23:24
**large** [1] - 8:7
**last** [3] - 4:5, 22:2
**late** [1] - 32:14
**Law** [1] - 1:23
**lay** [1] - 8:21
**least** [3] - 26:7, 28:19, 31:17
**led** [2] - 7:23, 9:1
**Lee** [4] - 1:19, 3:6, 8:17, 52:3
**LEE** [57] - 2:3, 2:4, 3:7, 3:18, 5:2, 5:4, 5:14, 5:18, 8:20, 8:22, 9:21, 9:24, 12:25, 13:2, 13:10, 13:15, 17:8, 19:20, 23:12, 23:19, 23:22, 24:7, 24:9, 24:19, 24:22, 26:3, 26:4, 26:24, 27:2, 27:3, 28:1, 28:3, 29:22, 29:24, 30:13, 30:15, 32:17, 32:19, 33:4, 33:10, 33:14, 37:1, 38:5, 41:21, 53:4, 53:6, 53:20, 53:21, 54:1, 54:2, 54:6, 54:7, 54:10, 54:11, 54:18, 54:19, 55:12, 55:16, 55:25
**left** [4] - 9:19, 17:4, 22:4, 33:7
**leg** [6] - 15:5, 39:2,

39:25, 40:2, 43:2, 55:7
**legitimate** [1] - 43:3
**legs** [1] - 43:20
**level** [8] - 38:3, 43:10, 43:12, 43:16, 43:19, 48:12, 48:16, 48:24
**levels** [2] - 38:20, 38:21
**license** [1] - 36:6
**lie** [5] - 7:14, 43:24, 44:7, 44:9, 49:13
**lied** [2] - 43:1, 43:2
**life** [1] - 4:8
**line** [1] - 31:13
**listen** [1] - 23:5
**lists** [1] - 30:4
**lived** [1] - 27:23
**living** [5] - 10:9, 10:11, 31:3, 32:21, 33:15
**LK** [5] - 24:19, 24:21, 26:25, 53:20, 54:1
**locations** [1] - 17:11
**locked** [1] - 6:16
**look** [3] - 13:22, 30:2, 30:21
**looked** [1] - 15:16
**looking** [3] - 14:5, 14:6, 30:1
**looks** [2] - 29:11, 30:1
**Lora** [4] - 2:8, 3:1, 3:8, 4:3
**LORA** [3] - 1:9, 2:3, 3:14
**lower** [1] - 40:5

## M

**ma'am** [4] - 3:21, 29:1, 29:25, 56:1
**Madam** [1] - 33:1
**mail** [1] - 21:4
**mailed** [4] - 20:23, 21:2, 21:10, 48:4
**Main** [1] - 1:20
**main** [1] - 39:1
**major** [1] - 39:7
**majority** [2] - 6:20, 54:15
**map** [2] - 32:17, 32:22
**Marion** [1] - 36:18
**mark** [3] - 33:4, 33:5, 42:24
**marked** [1] - 5:5
**MARKED** [1] - 2:7
**market** [1] - 16:2

**married** [1] - 10:13
**Martinsville** [10] - 16:13, 16:16, 17:17, 17:19, 18:1, 27:24, 30:11, 31:12, 32:21, 33:24
**matter** [1] - 8:24
**MAY** [1] - 1:13
**mean** [21] - 6:16, 7:15, 9:7, 10:3, 14:18, 15:7, 17:12, 31:14, 32:12, 38:12, 38:14, 39:7, 41:7, 44:22, 45:8, 49:4, 50:18, 50:23, 55:2
**means** [1] - 25:3
**measures** [1] - 8:9
**Medicaid** [1] - 20:5
**medical** [9] - 9:8, 13:21, 14:15, 16:5, 37:11, 38:8, 39:10, 46:2, 54:20
**medicated** [1] - 31:16
**medication** [5] - 9:4, 9:6, 11:9, 14:10, 20:18
**medicine** [7] - 26:22, 38:24, 40:25, 48:18, 49:6, 49:8, 49:15
**meet** [1] - 41:19
**members** [2] - 4:1, 20:9
**mentioned** [4] - 26:19, 36:23, 45:5, 45:25
**mentioning** [1] - 29:19
**merely** [1] - 24:4
**met** [1] - 11:4
**Michael** [5] - 11:2, 34:11, 34:15, 51:18
**Michelle** [1] - 34:21
**microphone** [1] - 3:22
**might** [6] - 7:20, 8:14, 13:8, 16:23, 18:10
**Mike** [1] - 52:22
**Mike's** [2] - 21:24, 22:4
**mill** [5] - 12:7, 12:21, 14:25, 17:13, 40:13
**Miller** [3] - 35:14, 36:23, 36:24
**milligrams** [2] - 26:20, 43:4
**mills** [3] - 9:6, 11:18, 16:8
**minimum** [1] - 28:22

**minute** [2] - 15:10, 30:6
**moment** [1] - 52:1
**money** [4] - 13:20, 21:15, 47:2, 53:9
**MoneyGram** [1] - 21:15
**monitor** [1] - 23:25
**monitoring** [2] - 29:2, 29:10
**month** [5] - 14:2, 16:18, 16:19, 29:7, 52:19
**months** [6] - 4:21, 6:25, 7:1, 20:20, 26:14, 48:3
**months'** [1] - 7:2
**morning** [6] - 3:3, 3:4, 3:19, 3:20, 37:7, 37:8
**most** [4] - 4:8, 17:10, 51:23, 55:18
**mother** [1] - 35:6
**motion** [1] - 6:6
**motives** [1] - 18:9
**mouth** [3] - 13:24, 14:5, 14:11
**move** [3] - 5:14, 17:11, 23:12
**moved** [1] - 17:17
**moving** [1] - 13:17
**MR** [79] - 2:3, 2:4, 2:4, 2:5, 3:7, 3:18, 5:2, 5:4, 5:14, 5:18, 8:11, 8:20, 8:22, 9:21, 9:24, 12:22, 12:25, 13:2, 13:8, 13:10, 13:15, 16:20, 17:2, 17:8, 19:20, 23:12, 23:19, 23:22, 24:7, 24:9, 24:19, 24:22, 26:3, 26:4, 26:24, 27:2, 27:3, 28:1, 28:3, 29:22, 29:24, 30:13, 30:15, 32:17, 32:19, 33:4, 33:10, 33:14, 37:1, 37:6, 38:5, 38:15, 41:21, 41:25, 42:3, 42:6, 42:10, 42:12, 44:5, 45:11, 45:14, 52:1, 52:2, 52:25, 53:4, 53:6, 53:20, 53:21, 54:1, 54:2, 54:6, 54:7, 54:10, 54:11, 54:18, 54:19, 55:12, 55:16, 55:25
**MRI** [7] - 9:4, 13:21, 16:5, 40:11, 40:14, 40:17, 40:22

**MRI's** [1] - 39:22
**MRIs** [3] - 40:12, 45:23, 46:1
**MS** [2] - 26:11, 27:1
**multiple** [1] - 41:23

# N

**name** [9] - 4:3, 4:5, 15:14, 15:15, 15:24, 35:15, 35:24, 50:12, 55:10
**name's** [1] - 28:5
**named** [1] - 35:21
**names** [2] - 11:1, 34:8
**nationwide** [1] - 29:5
**necessarily** [1] - 44:22
**need** [7] - 13:23, 16:6, 24:1, 33:1, 40:25, 41:24, 42:1
**needed** [2] - 22:5, 40:22, 47:10
**Neil** [1] - 36:16
**nerve** [6] - 14:19, 39:1, 40:1, 40:2, 40:5
**never** [10] - 26:12, 36:7, 39:7, 41:3, 42:6, 44:25, 45:5, 46:2, 47:14, 50:17
**new** [2] - 27:10, 53:16
**next** [11] - 3:6, 14:2, 16:12, 16:19, 17:19, 18:1, 20:7, 30:5, 30:13, 54:6, 54:10
**Nicholas** [2] - 4:11
**night** [1] - 32:14
**nobody** [3] - 6:16, 17:15, 20:21
**non** [1] - 45:11
**non-responsive** [1] - 45:11
**none** [1] - 6:5
**normal** [1] - 32:9
**normally** [1] - 12:12
**nothing** [5] - 3:12, 7:5, 15:16, 16:6, 53:24
**notice** [1] - 25:2
**November** [4] - 28:20, 28:22, 46:6, 47:24
**number** [1] - 55:22
**numbers** [1] - 49:4
**numbness** [1] - 42:23

# O

**object** [4] - 8:11, 8:13, 13:9, 45:11
**objection** [7] - 12:23, 13:14, 16:20, 17:6, 38:5, 41:21, 45:13
**observation** [1] - 49:14
**obtain** [2] - 10:20, 28:12
**obvious** [1] - 4:12
**obviously** [2] - 31:9, 44:15
**occurred** [2] - 22:24, 24:13, 38:7
**OF** [5] - 1:3, 1:6, 1:9, 1:12, 2:8
**offenses** [1] - 11:23, 12:2
**Office** [2] - 1:20, 1:23
**office** [19] - 12:12, 12:16, 12:18, 13:4, 15:24, 17:25, 21:1, 21:18, 22:4, 25:2, 27:11, 27:24, 32:9, 32:14, 36:4, 47:9, 49:25, 50:5, 50:6
**Olde** [1] - 33:23
**ON** [1] - 2:8
**once** [3] - 13:4, 44:1, 55:18
**one** [21] - 9:19, 9:20, 10:1, 16:18, 19:1, 19:3, 20:13, 20:15, 21:14, 29:7, 33:17, 34:5, 39:10, 40:15, 42:1, 50:4, 50:11, 51:21, 52:3, 55:17
**ones** [2] - 16:2, 33:20
**ONLY** [1] - 1:9
**Opana** [4] - 18:3, 26:13, 26:16, 48:22
**Opanas** [5] - 16:1, 16:4, 19:7, 26:9, 33:25
**operate** [1] - 20:9
**operating** [1] - 8:3
**opiate** [1] - 18:8
**opiates** [9] - 9:10, 12:4, 14:7, 14:21, 15:3, 15:8, 18:5, 36:9, 43:4
**opposed** [1] - 24:14
**organize** [1] - 21:17
**originally** [1] - 16:14
**overrule** [3] - 13:14, 17:6, 45:13
**own** [1] - 8:13

**oxycodone** [5] - 4:25, 8:4, 8:7, 26:13, 26:14
**oxycodones** [1] - 26:21
**oxygen** [1] - 38:3

# P

**P.O** [1] - 1:23
**page** [15] - 24:20, 26:24, 27:25, 28:4, 29:20, 30:5, 30:13, 53:20, 54:1, 54:6, 54:10, 54:18, 54:20
**PAGE** [1] - 2:2
**pages** [3] - 13:23, 14:5, 27:1
**paid** [2] - 22:20, 25:24
**pain** [30] - 9:9, 14:7, 14:20, 14:24, 15:3, 16:1, 17:12, 36:11, 38:20, 38:21, 38:24, 40:25, 42:17, 42:21, 43:3, 43:5, 43:9, 43:12, 43:16, 43:19, 44:8, 44:11, 45:20, 46:6, 48:8, 48:9, 48:11, 48:15, 55:2, 55:7
**pains** [1] - 42:22
**Pamela** [1] - 35:19
**papers** [2] - 42:24, 48:7
**paperwork** [1] - 50:7
**part** [4] - 10:11, 29:17, 34:7, 36:20
**participated** [1] - 9:2
**past** [5] - 11:22, 14:9, 16:17, 16:25, 17:5
**patient** [6] - 24:20, 25:3, 25:13, 27:9, 28:4, 29:21
**patients** [7] - 8:7, 17:18, 25:24, 26:6, 53:16, 55:19
**patients'** [1] - 25:10
**pay** [9] - 11:8, 13:20, 20:1, 21:1, 21:12, 21:16, 25:10, 27:12, 27:16
**paying** [3] - 11:12, 44:21, 45:8
**payment** [2] - 11:12, 47:10
**Pennington** [1] - 1:24
**people** [17] - 10:2,

10:20, 10:22, 10:25, 11:1, 11:6, 13:24, 14:11, 20:12, 20:17, 21:8, 34:5, 35:17, 45:8, 45:18, 47:9, 51:13
**people's** [3] - 21:9, 45:9, 50:6
**percent** [3] - 38:3, 48:24, 49:3
**period** [1] - 51:1
**person** [3] - 27:17, 51:21, 51:22
**personal** [3] - 8:12, 16:21, 17:3
**Peter** [2] - 50:9, 50:10
**pharmacies** [6] - 18:22, 18:24, 19:22, 30:19, 30:21, 33:18
**pharmacy** [11] - 12:13, 19:4, 19:5, 19:10, 20:15, 21:24, 22:2, 31:6, 33:24, 53:13, 55:9
**Pharmacy** [5] - 19:2, 22:4, 33:17, 33:23, 34:3
**phone** [2] - 18:22, 21:16, 22:3, 22:19, 22:21, 23:2, 23:5, 23:14, 24:10, 25:9, 36:5, 47:16
**phrase** [1] - 17:1
**physical** [2] - 8:8, 9:7
**physically** [1] - 10:3
**piece** [2] - 26:9, 26:10
**Pike** [3] - 10:12, 31:4, 31:14, 32:2
**Pikeville** [1] - 33:15
**pill** [11] - 9:6, 11:18, 12:7, 14:25, 16:1, 16:8, 17:13, 40:13, 49:8, 50:14, 50:17
**pills** [17] - 9:9, 11:15, 14:7, 14:8, 14:17, 18:16, 19:11, 19:13, 26:5, 36:21, 44:18, 44:23, 45:1, 45:17, 47:12, 47:18, 51:2
**place** [1] - 54:21
**placed** [1] - 46:5
**Plaintiff** [1] - 1:7
**PLAINTIFF'S** [1] - 2:2
**play** [1] - 23:22
**played** [2] - 23:23, 24:8

**PLC** [1] - 1:23
**plea** [5] - 4:24, 5:9, 5:20, 7:22, 8:18
**Plea** [1] - 2:8
**plead** [2] - 8:25, 9:1
**pled** [2] - 8:24, 44:14
**Poca** [4] - 19:3, 19:4, 33:20, 33:22
**point** [5] - 14:9, 22:10, 43:1, 49:7, 51:24
**points** [1] - 44:8
**portion** [1] - 29:23
**positive** [3] - 51:11, 51:14, 52:4
**practice** [8] - 25:11, 26:1, 27:7, 29:18, 46:11, 46:16, 46:18, 55:1
**Practices** [1] - 21:25
**prefer** [1] - 8:21
**prepaid** [2] - 21:15, 47:4
**prescription** [16] - 9:9, 12:4, 14:16, 16:9, 19:7, 19:11, 19:22, 21:5, 26:15, 28:13, 28:23, 29:2, 29:10, 30:25, 31:7, 32:6
**prescriptions** [34] - 8:7, 10:20, 11:10, 12:12, 18:18, 19:24, 20:14, 20:16, 20:17, 20:23, 21:2, 21:4, 21:6, 21:9, 22:7, 25:25, 29:6, 29:12, 29:25, 30:5, 30:7, 30:10, 30:20, 31:19, 31:22, 33:19, 35:23, 35:24, 36:9, 36:11, 45:9, 47:6, 48:4, 48:5
**PRESIDING** [1] - 1:12
**pressure** [3] - 37:22, 37:23, 38:13
**pretending** [1] - 41:5
**pretty** [2] - 4:12, 11:4
**previous** [1] - 26:7
**previously** [4] - 23:20, 27:5, 28:11, 54:21
**Priority** [1] - 54:3
**prison** [1] - 6:21
**Pritt** [1] - 35:4
**problems** [3] - 18:10, 41:20, 43:20
**proceed** [2] - 23:21, 24:6
**Proceedings** [1] - 1:25

proceedings [1] - 3:2

program [4] - 6:25, 7:4, 29:2, 29:11

programs [2] - 6:18, 6:23

progressed [2] - 20:7, 50:2

promised [2] - 5:25, 7:6

provide [2] - 40:17, 45:23

provided [2] - 23:20, 47:2

pull [3] - 3:22, 24:19

punch [1] - 33:6

purposes [1] - 4:4

pursuant [1] - 4:24

pursue [1] - 6:20

put [2] - 32:17, 53:13

**Q**

questioning [1] - 19:6

questions [6] - 37:2, 41:24, 52:25, 55:13, 55:25

quite [1] - 21:8

**R**

raise [1] - 3:9

raised [1] - 39:16

Ramseyer [1] - 1:18

RAMSEYER [1] - 42:6

Randall [1] - 1:18

rate [2] - 38:1, 38:13

rather [1] - 8:18

RDAP [1] - 6:24

reading [1] - 38:10

ready [1] - 3:5

real [1] - 24:1

really [5] - 7:15, 12:11, 20:25, 40:25, 50:24

reason [3] - 9:3, 38:24, 52:19

Rebecca [1] - 35:4

receive [5] - 11:10, 43:4, 47:5, 48:20, 48:22

received [5] - 5:17, 8:7, 23:17, 26:12, 26:15

RECEIVED [1] - 2:7

receiving [1] - 26:13

receptionist [2] - 15:21

recognize [4] - 5:6,

24:23, 28:16, 53:23

recommend [1] - 18:23

record [1] - 9:21

recorded [2] - 22:19, 23:2

Recorded [1] - 2:9

recording [4] - 23:9, 23:13, 23:23, 23:25

records [5] - 9:8, 13:21, 16:5, 46:2, 54:20

RECROSS [2] - 2:5, 55:15

RECROSS-EXAMINATION [2] - 2:5, 55:15

redirect [1] - 53:3

REDIRECT [2] - 2:4, 53:5

reduced [2] - 6:7, 6:11

reduction [1] - 7:7, 7:11

references [2] - 30:6, 54:21

referring [1] - 29:3

reflect [3] - 9:21, 9:23, 23:9

regarding [1] - 46:25

regular [4] - 27:13, 27:14, 32:9, 50:19

related [1] - 11:23

relationship [3] - 16:4, 18:2, 18:13

relief [2] - 48:23, 49:2

relieve [1] - 55:7

rely [1] - 24:3

relying [1] - 8:18

remember [14] - 15:7, 22:16, 25:22, 27:6, 27:18, 29:19, 31:15, 31:16, 38:20, 43:9, 46:20, 50:25, 51:2, 55:5

repairs [1] - 20:22

rephrase [2] - 10:5, 12:25

reported [1] - 38:20

reporter [1] - 4:4

Reporter [1] - 1:25

request [2] - 52:12, 52:14

requested [1] - 45:24

Requested [1] - 3:1

required [1] - 40:14

residential [1] - 6:25

residing [1] - 4:7

respect [2] - 13:9,

40:10

responsive [1] - 45:11

rest [1] - 26:16

result [3] - 39:3, 39:18, 52:9

results [3] - 38:7, 38:11, 38:12

Reynolds [1] - 35:21

Richmond [2] - 31:6, 31:18

right-hand [1] - 33:7

ring [1] - 36:15

risk [1] - 46:5

Rite [1] - 19:1

Rite-Aid [1] - 19:1

Road [1] - 15:15

Robert [1] - 35:10

Robinette [2] - 11:2, 34:15

Rochelle [1] - 36:23

roof [1] - 20:22

room [1] - 15:20

routine [2] - 38:14, 38:16

routinely [1] - 33:18

Roxicodone [1] - 26:20

Roxicodones [3] - 26:21, 33:25, 48:20

roxies [14] - 14:7, 16:3, 26:9, 26:19

roxy [2] - 18:3, 26:19

Rule [1] - 6:6

run [2] - 12:21, 34:8

runs [1] - 38:14

ruse [1] - 45:15

**S**

safe [1] - 47:21

Sam [1] - 11:3

Samuel [2] - 1:19, 35:12

saw [1] - 37:11

Scotty [1] - 46:20

screen [5] - 24:24, 32:24, 33:3, 33:6, 53:23

scripts [1] - 13:20

seated [2] - 9:18, 9:19

see [13] - 3:4, 8:3, 10:1, 10:20, 11:6, 15:11, 23:25, 27:12, 27:15, 30:6, 32:6, 33:12, 36:7

seek [1] - 39:10

seeking [2] - 14:14, 41:1

self [2] - 8:13, 50:8

sell [3] - 26:8, 26:9, 26:10

selling [5] - 11:16, 26:5, 44:18, 44:23, 44:25

send [2] - 20:14, 21:14, 47:2

sending [1] - 34:5

sense [1] - 7:18

sent [5] - 52:9, 52:13, 52:14, 52:17, 53:16

sentence [6] - 4:15, 4:18, 5:23, 6:7, 6:11, 7:2

sentenced [4] - 5:22, 6:10, 6:19, 7:6

September [4] - 37:12, 37:18, 40:3, 47:23

series [1] - 41:15

serving [3] - 4:15, 4:18, 5:23

seven [1] - 21:9

several [6] - 20:12, 21:8, 39:5, 40:12, 41:13, 48:5

severe [2] - 45:20, 48:9

shall [1] - 3:11

shooting [1] - 42:22

short [1] - 19:11

show [4] - 16:18, 17:14, 53:22

showed [2] - 15:4, 55:6

showing [1] - 27:25

shows [1] - 28:11

shut [6] - 17:13, 54:16, 55:2, 55:3, 55:8, 55:11

signature [2] - 28:16, 54:12

signed [3] - 5:9, 54:8, 54:12

significant [1] - 55:22

similar [1] - 29:10

simply [1] - 14:20

sit [1] - 15:22

six [3] - 7:2, 21:9, 31:4

Smith [1] - 34:21

SMITHERS [1] - 1:9

Smithers [72] - 2:9, 8:4, 8:6, 9:12, 10:1, 10:10, 10:20, 11:6, 13:5, 14:6, 14:12, 14:15, 15:12, 15:18,

15:23, 16:12, 17:4, 17:16, 17:23, 18:7, 18:20, 18:22, 20:1, 20:11, 20:21, 21:4, 21:12, 21:18, 21:20, 22:3, 22:14, 22:20, 23:2, 23:10, 24:11, 25:10, 25:24, 27:5, 29:16, 30:10, 30:24, 31:17, 32:5, 32:9, 33:21, 34:5, 34:6, 36:7, 37:12, 37:22, 38:16, 40:3, 40:11, 40:16, 40:24, 41:3, 41:18, 44:15, 44:25, 45:19, 47:21, 49:10, 49:23, 50:7, 50:11, 50:14, 51:12, 52:18, 53:8, 53:12, 53:16, 55:20

Smithers's [18] - 12:16, 12:18, 13:4, 13:17, 17:25, 19:23, 21:18, 25:2, 27:24, 28:18, 33:19, 36:4, 46:11, 46:16, 46:18, 47:9, 50:12, 54:12

solemnly [1] - 3:10

someone [2] - 12:19

sometimes [7] - 43:13, 43:14, 44:9, 44:11, 44:12, 50:4

sorry [4] - 12:22, 36:2, 36:13, 41:25

sort [4] - 6:3, 7:11, 28:5

sought [1] - 12:16

sound [14] - 22:25, 24:5, 25:21, 37:15, 37:20, 37:23, 38:1, 42:17, 47:22, 48:1, 48:14, 48:16, 48:24, 52:4

sounds [3] - 36:25, 37:13, 52:8

speaking [2] - 8:15

special [1] - 46:25

specifically [3] - 8:1, 15:25, 18:7

speculate [1] - 19:14

speculating [2] - 8:13, 45:12

speculation [3] - 8:11, 12:23, 16:24

spell [1] - 4:5

spend [1] - 6:21

staff [1] - 50:2

start [4] - 6:24, 13:25, 37:11, 51:5

started [2] - 14:1,

17:1
**starters** [1] - 9:2
**starts** [1] - 15:5
**state** [2] - 27:21, 40:13
**statement** [1] - 13:11
**STATES** [2] - 1:2, 1:6
**States** [2] - 1:18, 1:20
**step** [1] - 56:2
**Steven** [1] - 1:18
**still** [7] - 15:3, 15:4, 21:1, 27:23, 36:9, 53:8, 53:15
**stop** [1] - 14:19
**street** [2] - 26:8, 40:15
**Street** [1] - 1:20
**stretch** [1] - 15:4
**stretches** [1] - 14:20
**stretching** [2] - 14:23, 55:7
**strong** [3] - 9:4, 15:3, 49:8
**stronger** [1] - 14:10
**strongest** [3] - 16:2, 18:5, 18:8
**stuff** [3] - 9:4, 16:8, 44:19
**subjective** [1] - 8:9
**substance** [1] - 28:12
**substances** [1] - 8:8
**sudden** [1] - 16:15
**suddenly** [1] - 42:20
**suit** [1] - 9:17
**Suite** [1] - 1:20
**supposed** [2] - 6:21, 25:17
**surgeries** [1] - 39:7
**swear** [1] - 3:10
**sworn** [1] - 3:16
**system** [3] - 29:3, 29:4, 41:16

## T

**table** [1] - 9:18
**tape** [1] - 46:25
**technology** [1] - 5:19
**ten** [1] - 6:25
**Tennessee** [8] - 27:21, 27:23, 30:7, 30:25, 31:19, 31:22, 31:25, 32:1
**term** [1] - 27:13
**terminology** [2] - 17:10, 26:17
**test** [1] - 51:9
**tested** [3] - 51:11,

51:13, 52:4
**testified** [1] - 3:16
**testifies** [1] - 16:21
**testify** [1] - 19:18
**testifying** [1] - 7:19
**TESTIMONY** [1] - 1:9
**testimony** [3] - 3:10, 6:15, 8:15
**Testimony** [1] - 56:4
**testing** [4] - 8:9, 38:7, 39:24, 51:7
**tests** [1] - 51:5
**text** [3] - 17:24, 18:22, 22:3
**that'll** [1] - 19:6
**THE** [37] - 1:2, 1:3, 2:8, 3:3, 3:9, 3:13, 5:3, 5:16, 8:10, 8:17, 9:23, 13:1, 13:13, 16:25, 17:6, 19:18, 19:19, 23:16, 23:18, 23:21, 23:24, 33:1, 33:5, 33:8, 37:4, 38:10, 38:12, 41:23, 42:1, 42:8, 44:1, 44:3, 45:13, 53:2, 55:14, 56:1, 56:3
**thinking** [2] - 12:24, 29:12
**three** [4] - 22:22, 31:14, 43:4, 49:9
**thumb** [1] - 23:20
**tie** [1] - 9:17
**tightness** [1] - 42:23
**time-wise** [1] - 4:19
**timeframe** [1] - 32:22
**to..** [1] - 40:9
**today** [8] - 6:1, 6:15, 7:14, 7:19, 9:13, 15:5, 23:7, 37:7
**tomorrow** [1] - 21:21
**took** [3] - 37:22, 41:19
**top** [2] - 28:6, 33:7
**touch** [1] - 32:24
**towards** [3] - 27:10, 51:4
**track** [1] - 29:6
**trafficking** [1] - 28:13
**transcribed** [1] - 1:25
**TRANSCRIPT** [1] - 1:12
**transcript** [2] - 3:1, 23:23
**Transcription** [1] - 1:25
**travel** [3] - 8:3, 31:21, 32:6

**travelled** [1] - 31:18
**treated** [1] - 13:23
**treatment** [5] - 6:25, 14:14, 14:15, 14:18, 49:11
**TRIAL** [1] - 1:12
**tried** [1] - 47:12
**trip** [1] - 11:9
**trips** [1] - 21:17
**trooper** [1] - 27:21
**trouble** [5] - 7:16, 7:20, 18:17, 27:5, 49:18
**true** [2] - 47:11, 49:6
**truth** [10] - 3:11, 3:12, 7:17, 7:18, 43:14, 43:15, 43:25, 44:6, 44:10
**truthful** [2] - 7:14, 7:17
**try** [4] - 3:22, 39:24, 47:17, 53:12
**trying** [2] - 14:17, 46:1, 53:11
**turn** [1] - 33:1
**turned** [1] - 23:19
**TV** [1] - 23:25
**two** [2] - 20:23, 25:9
**type** [1] - 8:9
**types** [2] - 14:11, 19:21
**typical** [1] - 48:14
**typically** [1] - 16:22

## U

**under** [1] - 4:22
**uninformed** [1] - 49:14
**UNITED** [2] - 1:2, 1:6
**United** [2] - 1:18, 1:20
**unless** [1] - 8:12
**up** [20] - 6:16, 6:20, 16:18, 17:14, 18:21, 24:19, 28:1, 29:22, 32:17, 33:4, 33:6, 33:22, 38:23, 39:16, 45:16, 50:5, 52:3, 53:12
**upwards** [1] - 7:1
**Urgent** [1] - 54:3
**usual** [1] - 53:13

## V

**VA** [2] - 1:21, 1:24
**vast** [1] - 6:20
**Virginia** [22] - 4:9, 10:7, 14:2, 15:12, 16:10, 16:13, 16:15,

17:20, 19:2, 19:3, 29:10, 30:11, 31:3, 31:9, 31:18, 33:23, 37:15, 37:16, 37:17, 54:4, 54:22, 55:11
**VIRGINIA** [1] - 1:3
**visit** [9] - 11:8, 17:19, 18:1, 18:8, 18:13, 21:1, 40:19, 40:22, 42:16
**visited** [1] - 47:22
**visits** [7] - 21:13, 21:16, 22:21, 25:10, 40:18, 44:21, 45:9
**vitals** [1] - 27:14
**Vogt** [7] - 24:7, 24:19, 26:3, 26:24, 28:1, 29:22, 32:17
**VOGT** [1] - 27:1
**vs** [1] - 1:8

## W

**wait** [2] - 27:15, 44:1
**waited** [1] - 52:19
**waiting** [3] - 15:20, 15:23, 32:12
**walked** [1] - 15:20
**wants** [1] - 6:16
**Washington** [2] - 30:17, 31:21
**weaker** [1] - 14:8
**wearing** [1] - 9:16
**WEDNESDAY** [1] - 1:13
**weeks** [1] - 25:9
**Wendell** [7] - 27:18, 27:19, 27:20, 50:4, 50:12, 50:14, 51:6
**West** [15] - 1:20, 4:9, 10:7, 14:2, 15:12, 16:10, 16:15, 19:2, 19:3, 31:3, 31:9, 37:16, 54:4, 54:22, 55:11
**WESTERN** [1] - 1:3
**whatsoever** [1] - 6:5
**whereabouts** [1] - 4:10
**whole** [7] - 3:11, 10:24, 43:15, 46:3, 48:20, 48:22, 49:9
**wife** [2] - 50:4, 50:12
**WILLIAMS** [21] - 2:4, 2:5, 8:11, 12:22, 13:8, 16:20, 17:2, 37:6, 38:15, 41:25, 42:3, 42:10, 42:12, 44:5, 45:11, 45:14, 52:1, 52:2, 52:25, 55:16,

55:25
**Williams** [20] - 1:22, 1:23, 8:3, 10:18, 10:19, 11:7, 12:23, 13:3, 25:13, 25:24, 34:17, 44:14, 45:17, 46:15, 46:20, 46:21, 49:17, 53:7, 53:15, 53:17
**Williams's** [2] - 51:23, 55:19
**willing** [3] - 53:8, 53:15, 53:16
**Wilson** [2] - 27:19, 27:20
**wise** [1] - 4:19
**withdraw** [1] - 42:10
**withdrawn** [1] - 42:8
**withholding** [1] - 28:12
**WITNESS** [6] - 3:13, 19:19, 33:8, 38:12, 44:3, 56:3
**witness** [6] - 3:6, 3:15, 5:2, 8:19, 23:15, 41:22
**WITNESSES** [1] - 2:2
**woman** [1] - 35:21
**word** [3] - 13:24, 14:5, 14:11
**words** [2] - 23:25, 24:3
**worsened** [1] - 42:20
**worst** [1] - 48:16
**write** [6] - 12:12, 13:20, 16:3, 16:4, 18:8, 18:12
**writing** [2] - 14:10, 29:12
**written** [2] - 18:20, 24:3
**wrote** [1] - 18:3
**Wytheville** [1] - 21:25

## Y

**y'all** [1] - 17:21
**year** [2] - 20:7, 26:7
**years** [2] - 4:22, 9:5
**yellow** [2] - 13:23, 14:4
**yourself** [3] - 4:1, 11:7, 26:7

## Z

**Zachary** [1] - 1:19

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 227   Filed 05/23/19   Page 64 of 64   Pageid#: 8533