```
 1

 2            IN THE UNITED STATES DISTRICT COURT.

 3             FOR THE WESTERN DISTRICT OF VIRGINIA

 4                      ABINGDON DIVISION

 5   UNITED STATES OF AMERICA,    )
                                  )
 6             Plaintiff,         )   Criminal Case No.
                                  )   1:17-cr-00027-JPJ-PMS-1
 7   vs.                          )
                                  )
 8   JOEL A. SMITHERS,            )   TESTIMONY OF MICHELLE SMITH
                                  )   ONLY
 9             Defendant.         )
     _____

10

11            PARTIAL TRANSCRIPT OF JURY TRIAL - DAY 2
               HONORABLE JUDGE JAMES P. JONES PRESIDING
12                    TUESDAY, APRIL 30, 2019

13   _____

14

15

16

17                    A P P E A R A N C E S

18   On behalf of United States:
             Steven Randall Ramseyer
19           Zachary T. Lee
             Samuel Cagle Juhan
20           United States Attorneys Office
             180 West Main Street, Suite B19
21           Abingdon, VA 24210

22   On behalf of Defendant:
             Donald M. Williams, Jr.
23           Williams Law Office, PLC
             P.O. Box 601
24           Pennington Gap, VA 24277

25   Proceedings taken by Certified Court Reporter and transcribed
     using Computer-Aided Transcription
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
276-628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 1 of 43   Pageid#: 8534

## INDEX

**PLAINTIFF'S WITNESSES:**                                      **PAGE**

**MICHELLE SMITH**
        DIRECT EXAMINATION BY MR. RAMSEYER     3
        CROSS-EXAMINATION BY MR. WILLIAMS     21
        REDIRECT EXAMINATION BY MR. RAMSEYER     34
        RECROSS-EXAMINATION BY MR. WILLIAMS     37

**EXHIBITS**                                    **MARKED**   **RECEIVED**

ON BEHALF OF THE PLAINTIFF:
MS-1 -   Records of Michelle Smith     19     19
MS-2 -   Records of Michelle Smith     19     19

-o0o-

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 2 of 43   Pageid#: 8535

1    (Requested transcript of Michelle Smith only of the

2  proceedings commenced at 11:10 a.m.)

3            MR. RAMSEYER:  The Government calls Michelle Smith.

4            THE CLERK:  Please raise your right hand.

5            Do you solemnly swear that the testimony you're

6  about to give in this case shall be the truth, the whole

7  truth, and nothing but the truth, so help you God?

8            THE WITNESS:  Yes.

9            THE CLERK:  You may be seated.

10                        **MICHELLE SMITH,**

11  Called as a witness herein by the Government, having been

12  first duly sworn, was examined and testified as follows:

13                     **DIRECT EXAMINATION**

14  BY MR. RAMSEYER:

15  Q.   Please state your name.

16  A.   Michelle Smith.

17  Q.   I need you to speak up, please.

18  A.   Michelle Smith.

19  Q.   All right.  Michelle, where do you live?  Just the city

20  and state, I'm not asking for the address.

21  A.   Pinsonfork, Kentucky.

22  Q.   Pinson --

23  A.   Yes.

24  Q.   -- fork, Kentucky?

25  A.   Yes.

1    Q.   All right.  And how long have you lived there
2    approximately?
3    A.   Fifteen years.
4    Q.   Okay.  How old are you?
5    A.   Thirty-eight.
6    Q.   And what do you do in Pinsonfork?
7    A.   I have three children.  I just --
8    Q.   Are you employed?
9    A.   Not right -- not currently, no.
10   Q.   Okay.  Did you used to be employed?
11   A.   Yes.
12   Q.   Where did you used to work?
13   A.   ARH Hospital.
14   Q.   Is that Appalachian Regional Healthcare?
15   A.   Yes.
16   Q.   And which hospital did you work at?
17   A.   Tug Valley.
18   Q.   Is that Tug Valley, West Virginia?
19   A.   No.  It's in South Williamson, Kentucky.  It's in
20   Kentucky.
21   Q.   Okay.  So just -- where you live is right on the
22   Kentucky/West Virginia line; right?
23   A.   Yes.
24   Q.   And what did you do at ARH?
25   A.   I worked in the kitchen.

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 4 of 43   Pageid#: 8537

```
 1   Q.    And approximately when did you work -- the years you
 2   worked there?
 3   A.    2015-2017.
 4   Q.    All right.
 5   A.    I think.
 6   Q.    Now, have you ever seen the defendant before?
 7   A.    Yes.
 8   Q.    Okay.  That's Joel Smithers; is that correct?
 9   A.    Yes.
10   Q.    Okay.  When did you see him?
11   A.    I was his patient.
12   Q.    Okay.  Was that back in 2015?
13   A.    I'm nervous.  But I think so, yeah.
14   Q.    Let me show you something.
15   A.    Or '16.
16             MR. RAMSEYER:  Judge, may I approach the witness?
17             THE COURT:  You may.
18   BY MR. RAMSEYER:
19   Q.    Ma'am, I'm showing you -- it's page number MS-34.  It's a
20   page from a patient file.  Is that you, Michelle Smith?
21   A.    Yes.
22   Q.    Is that your handwriting?
23   A.    Yes.
24   Q.    Okay.  It's got a date there.  Do you see it?
25   A.    Mm-hmm.
```

```
 1    Q.    What's the date?

 2    A.    11-30-2015.

 3    Q.    Okay.  So having seen that, does that -- do you believe

 4    that is when you first went to Dr. Smithers?

 5    A.    Yes.

 6    Q.    Sometime around 2015?

 7    A.    Yes.

 8    Q.    All right.  Why did you go to him?

 9    A.    Honestly?

10    Q.    Yes honestly.  It's required.

11    A.    Okay.  My boyfriend was addicted to pills, and he was a

12    patient.

13    Q.    What was your husband's -- excuse me, your boyfriend's

14    name?

15    A.    Bryan Harlow.

16    Q.    Is that B-r-y-a-n?

17    A.    Yes.

18    Q.    H-a-r-l-o-w?

19    A.    Yes.

20    Q.    So your boyfriend was addicted to pain medicine.

21    A.    Yes.

22    Q.    So having -- so you saw the effect that had on him;

23    correct?

24    A.    Yes.

25    Q.    So why did you go to Dr. Smithers to get pain medicine?
```

1    A.    Because he didn't get to keep all his prescriptions,

2    so -- and he was buying 'em.  So I just went so he could

3    have -- hopefully not have to spend money.

4    Q.    Okay.  Well, explain that, what you mean by

5    "he didn't get to keep all his prescriptions."  What do you

6    mean?

7    A.    Well, he had worked it out with this guy that he would go

8    and the guy would pay for everything, and they would split the

9    prescription.

10   Q.    Split the pills?

11   A.    Yeah.

12   Q.    Who was the guy?

13   A.    Darryl Williams.

14   Q.    Okay.  So when you went to Dr. Smithers -- had you gone

15   to his office before with Bryan --

16   A.    No.

17   Q.    -- but not as a patient?

18   A.    No.

19   Q.    Okay.  So you went and what happened?

20   A.    I seen him and he gave me a prescription.

21   Q.    He gave you a prescription for pain pills?

22   A.    Yeah.  Yeah.

23   Q.    Okay.  And what did you do with them?

24   A.    I think -- those weren't -- they were something different

25   that we had never heard of.  Or I -- I don't really know.  I

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 7 of 43   Pageid#: 8540

```
 1    gave them to Darryl.  I don't know.
 2    Q.   Okay.  You gave them to Darryl, then what happened with
 3    them?
 4    A.   I don't know.
 5    Q.   Did you get half of them?
 6    A.   Not those, no.  I mean, they were, I guess, worthless.  I
 7    don't know.  My boyfriend didn't want them, so.
 8    Q.   But you got -- let me show you the prescriptions you got
 9    that first time.
10           MR. RAMSEYER:  May I approach the witness,
11    Your Honor?
12           THE COURT:  You may.
13    BY MR. RAMSEYER:
14    Q.   I'm going to show you page MS-25.  It's a prescription
15    for diclofenac sodium; do you see that?
16    A.   Mm-hmm.
17    Q.   That's to you, Michelle Smith; correct?
18    A.   Yes.
19    Q.   To ranitidine, r-a-n-i-t-i-d-i-n-e.  And that's -- both
20    of these are dated November 30th, 2015; correct?
21    A.   Yes.
22    Q.   Next time for Zanaflex, dated November 30, 2015.  That's
23    page MS-27; correct?
24    A.   Yes.
25    Q.   MS-28, for November 30th of 2015, for Neurontin; correct?
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
8-7-18 28 DT/22

Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 8 of 43   Pageid#: 8541

```
 1   A.    Yes.
 2   Q.    MS-29, November 30th, 2016, for nortriptyline.  Again, to
 3   you; correct?
 4   A.    Yes.
 5   Q.    MS-30, November 30th, 2015, morphine sulfate, 60 tablets;
 6   correct?
 7   A.    Yes.
 8   Q.    And also November 30th, 2015, oxycodone, 30 tablets, at
 9   MS-31; correct?
10   A.    Yes.
11   Q.    So were those some of those pills you wanted and some of
12   them you didn't?
13   A.    Okay, yeah.  I had forgotten about the oxycodone.  But we
14   did have half of those, split them.
15   Q.    Okay.  What about those other ones, the ones that weren't
16   controlleds, what happened with those?  Did you care about
17   them?  Did you want them?
18   A.    I don't even think he filled them.  I don't know.
19   Q.    Okay.  What about the morphine?
20   A.    No.
21   Q.    He didn't fill them?
22   A.    I don't know.  It was just the oxycodone ones.
23   Q.    That's what he wanted?
24   A.    Yeah.
25   Q.    Why did you want the oxycodone?
```

```
 1    A.    Because my husband -- boyfriend was buying them and it
 2    was cheaper, you know, not to have to buy 'em.
 3    Q.    Okay.  How long a drive was it for you and Bryan to get
 4    to Martinsville?
 5    A.    I can't remember.  Maybe three hours.  Maybe longer.  I
 6    really -- I don't remember.
 7    Q.    Did you ever go?
 8    A.    Yeah.
 9    Q.    Okay.  It's a lot more than three hours, isn't it?
10    A.    Maybe five.  It's been a long time ago, I just don't
11    remember.
12    Q.    Okay.  You understand you have to tell the jury the
13    truth; right?
14    A.    Yes.
15    Q.    Okay.  Do you want to tell them the truth about why you
16    really got the pills?
17    A.    That's why.
18    Q.    You said it was because your husband was buying them on
19    the street --
20    A.    Yeah, he was buying them on the street.
21    Q.    -- and he was a drug addict.  And what about you?
22    A.    At that time, no.
23    Q.    Ma'am, do you remember testifying to the grand jury?
24    A.    Yes.
25    Q.    And that you were required to tell the truth?
```

```
 1    A.    Yes.

 2    Q.    And do you remember you tried the same thing, saying that

 3    you didn't take 'em?

 4    A.    Yes.

 5    Q.    You eventually admitted that you yourself snorted the

 6    pills.

 7    A.    I did eventually take them.  But when I first went, I did

 8    not take pills.

 9    Q.    So when you first started going, you weren't snorting

10    'em?

11    A.    No.

12    Q.    But when you -- as you went, you got more pills, you

13    started snorting the pills yourself?

14    A.    Yes.

15              MR. WILLIAMS:  Your Honor, I'm going to object to

16    the leading question.

17              THE COURT:  Overruled.

18    BY MR. RAMSEYER:

19    Q.    And when you were snorting them, why were you snorting

20    them?

21    A.    To get high, I mean.

22    Q.    Okay.

23    A.    Energy.

24    Q.    And were there other people that Darryl Williams was

25    setting up to go down and see Dr. Smithers?
```

```
1    A.    Yes.

2    Q.    Who were they?

3    A.    I only know my brother-in-law and Bryan, I mean.

4    Q.    Who is your brother-in-law?

5    A.    Greg Harlow.

6    Q.    Those are the only ones you know about?

7    A.    Basically, yes.

8    Q.    And when you went to see Dr. Smithers to get pain pills,

9    was there anything wrong with you?

10   A.    No.

11   Q.    Okay.  Did you just walk in and say, hey, doc, there's

12   nothing wrong with me, I just want a bunch of pain pills?

13   A.    No.

14   Q.    Okay.  Why didn't you say that?

15   A.    I'd been coached.  I knew he had to have a reason to give

16   'em to me.

17   Q.    Okay.  So what did you say?

18   A.    I really can't remember.  I had back pain.

19   Q.    Did you tell him you had been in a car wreck?

20   A.    Maybe, yeah.

21   Q.    All right.  So you went there -- how many times did you

22   go there, do you remember?

23   A.    Let's see, maybe three or four.

24   Q.    Okay.  And when you went there, did you see the doctor?

25   Did you ever see Dr. Smithers?
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
276.628.5724

Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 12 of 43   Pageid#: 8545

```
 1   A.   When I went?  Yes.

 2   Q.   Yes.  Were there times the prescriptions were in your

 3   name you didn't see him?

 4   A.   Yes.

 5   Q.   Okay.  What happened in those situations?

 6   A.   He mailed them or somehow Darryl got 'em.  I don't know.

 7   Q.   Okay.  So Darryl got 'em mailed in your name?

 8   A.   Yes.

 9   Q.   Did you fill them?

10   A.   No.

11   Q.   So how did they get filled, do you know?

12   A.   I have no idea.

13   Q.   Are you talking about the ones that were mailed?

14   A.   Yes.

15   Q.   How did you know it happened?

16   A.   He would call Bryan.

17   Q.   And give him half the pills or what?

18   A.   Yeah.

19   Q.   Now, could you afford to pay -- it's $450 when you first

20   went, were you able to pay that?

21   A.   Did I pay it?

22   Q.   Yes.

23   A.   No.

24   Q.   Who paid for it?

25   A.   Darryl would give us money to pay him.
```

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 13 of 43   Pageid#: 8546

1 Q. Okay. And then when you were repeat visits for $300, how
2 would you pay that?
3 A. The same.
4 Q. Okay. Now when you testified before the grand jury that
5 you said you went to Dr. Smithers's office a couple times, and
6 then the next three times Darryl just called you and told you
7 the prescriptions were filled and you'd get your half.
8 A. I think the first time I went, and then the next couple
9 of times it started to be bad weather, so Darryl would just
10 call.
11 Q. Okay. Now, in the area you live, is there a problem with
12 oxycodone, oxymorphone? Do you have people using it on the
13 street?
14 A. Yes.
15 Q. What does it sell for on the street? What's the
16 oxycodone sell for, back in this time period, '15-'16? You
17 said your boyfriend was buying them.
18 A. $50 a pill.
19 Q. Okay. Did you have enough money to buy the
20 prescriptions?
21 A. No.
22 Q. Okay. Who was paying for the prescriptions?
23 A. Darryl was.
24 Q. Did you have any kind of insurance?
25 A. Yes.

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS Document 228 Filed 05/23/19 Page 14 of 43 Pageid#: 8547

```
1    Q.    What did you have?

2    A.    Through the hospital.

3    Q.    Okay.  Why didn't you use your insurance to pay for

4    Dr. Smithers's office visit?

5    A.    I didn't really know if it was an option.  I didn't think

6    he took insurance.

7    Q.    Okay.  If you had like a real medical problem, would you

8    have gone to Dr. Smithers?

9    A.    No.

10   Q.    Okay.  When you actually saw him, what did he do?

11   A.    Just took my blood pressure and asked a few questions.

12   Q.    Okay.  And did he do anything else?

13   A.    Not that I can remember, no.

14   Q.    Okay.  Did you get your prescriptions?

15   A.    Yes.

16   Q.    Okay.  Now there was a time you went there, did you have

17   to give a urine screen sometimes when you went?

18   A.    I think once.

19   Q.    Okay.  Who took the urine screen?

20   A.    There was another guy that worked with him.

21   Q.    Okay.

22   A.    I don't know his name.

23   Q.    All right.  And do you remember there was a time in your

24   urine screen you tested positive for hydrocodone?

25   A.    Mm-hmm.
```

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*276.625.3724*

Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 15 of 43   Pageid#: 8548

```
 1   Q.   Is that a "yes"?

 2   A.   Yes.

 3   Q.   And he hadn't prescribed you hydrocodone, had he?

 4   A.   No.

 5   Q.   So where did you get that?

 6   A.   Probably bought it.

 7   Q.   Bought it where?

 8   A.   Off the street.

 9   Q.   Okay.  So did Dr. Smithers ask you about that?

10   A.   Yes.

11   Q.   Okay.  What did you tell him?

12   A.   The truth.

13   Q.   You told him the truth?

14   A.   I think so.  I mean, I can't -- I don't know what I told

15   him, actually.  I can't -- I don't know.

16              MR. RAMSEYER:  Can I approach the witness,

17   Your Honor?

18              THE COURT:  You may.

19   BY MR. RAMSEYER:

20   Q.   Looking at MS-62, the patient file from Michelle Smith.

21   It says, "Patient reports hydro due to cough syrup from

22   illness."

23              Did you tell him that?

24   A.   I don't -- I don't remember that I did or that I did not.

25   I don't know.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
276-628-5724

Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 16 of 43   Pageid#: 8549

1    Q.    Okay.  Are you still abusing pain medications?

2    A.    No.

3    Q.    When did you quit?

4    A.    Right -- after the federal agents came and talked to us.

5    And I found a Suboxone program and that's what I do.

6    Q.    So you get Suboxone now?

7    A.    Yes.

8    Q.    It's another opiate.

9    A.    I think it's -- I don't know, maybe.

10   Q.    Do you get that every month?

11   A.    Huh?

12   Q.    Do you get that every month?

13   A.    Yes.

14   Q.    When you went to Dr. Smithers's clinic, were there other

15   patients there?

16   A.    Sometimes, yes.

17   Q.    Okay.  And when you went there, there's a waiting area.

18   Did you wait out there?

19   A.    Yeah.

20   Q.    And when you went -- when your name got called, or

21   whatever, did you -- what happened?

22   A.    We went back to his office, to a room.

23   Q.    Okay.  What was in that room?

24   A.    A chair, computer.

25   Q.    Was there a computer?

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 17 of 43   Pageid#: 8550

```
1    A.    A laptop.

2    Q.    And who did you speak with?

3    A.    Dr. Smithers.

4    Q.    All right.

5    A.    Well, when you first went, you talked to -- I don't know,

6    they called him a counselor.  And, you know, he doesn't -- I

7    don't know what, maybe a Casper.  I'm not sure what he did.

8    But you saw him and then you saw Dr. Smithers.

9    Q.    Okay.  And did there come a time when Darryl Williams

10   quit arranging for you to go down there?

11   A.    No.

12   Q.    At some point you quit going?

13   A.    Well, we got in trouble.

14   Q.    All right.  That time when you tested positive for

15   hydrocodone, at least in the notes, it says you said you got

16   cough syrup.  Did you still get your Schedule II drugs after

17   that?

18   A.    Yes.

19   Q.    Ma'am, when you were -- when you were illegally using the

20   pills, you say you were snorting them?

21   A.    Yes.

22   Q.    What did that do to the inside of your nose?

23   A.    Made it run.  I mean, I don't --

24   Q.    It's not good for your nose, is it?

25   A.    No.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
276-628-5734
Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 18 of 43   Pageid#: 8551

1    Q.    When you were using pills and snorting, how many were you

2    snorting a day?

3    A.    Just a couple.  Not -- like, maybe one when I got up and

4    then one half through the day or so.

5    Q.    Okay.

6            MR. RAMSEYER:  Your Honor, I think later in the day,

7    or early tomorrow, we're going to move to admit all the

8    patients files that are relevant.  At this time I'd like to

9    move into evidence Government's Exhibit MS and Government's

10   Exhibit 2, which are the records for Michelle Smith and then

11   the other records I was referencing when talking to the

12   witness.

13           THE COURT:  Okay.  It will be admitted.

14           MR. RAMSEYER:  It's two exhibits, Your Honor, MS-1,

15   and MS-2.

16           THE COURT:  They will both be admitted.

17           MR. RAMSEYER:  Some other MS-2 are copies of some

18   prescriptions that were found in the office for Ms. Smith.

19       (Government's Exhibit MS-1 marked and received.)

20       (Government Exhibit MS-2 marked and received.)

21           MR. RAMSEYER:  Thank you, ma'am.  Please answer

22   defense counsel's questions.

23           THE COURT:  Okay.  Cross-examination.

24           MR. WILLIAMS:  May we have a moment at side bar,

25   please?

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
276.628.5523

Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 19 of 43   Pageid#: 8552

```
 1              THE COURT:  I'm sorry?

 2              MR. WILLIAMS:  May we have a moment at sidebar,

 3      please?

 4              THE COURT:  Ladies and gentlemen, I need to talk

 5      with the lawyers.  If you'll follow the bailiff out, please.

 6          (Proceedings held in the absence of the jury.)

 7              MR. WILLIAMS:  Your Honor, I had one issue.  I

 8      didn't know that he had admitted the entire record of

 9      Ms. Smith, and I wanted to make sure I had access to those

10      records.  It's my understanding he has admitted the full

11      record.  We have no objection to that.  And I was just

12      concerned that we had had an agreement that we were going to

13      agree to admit all of the records, and I was concerned with

14      the way he said that he hadn't admitted the records.  That's

15      why I wanted just to clarify prior to that.  It's my

16      understanding he has.  I'm prepared to go forward now, so.

17              THE COURT:  Okay.  Well, Mr. Williams, before -- I

18      don't have bench conferences.  It's too difficult.  The

19      defendant needs to be present, too many people in front.

20              MR. WILLIAMS:  I understand.

21              THE COURT:  It's hard to hear.

22              MR. WILLIAMS:  I understand.

23              THE COURT:  So I need to remove the jury when you

24      have objections that have to be argued.

25              MR. WILLIAMS:  I understand.  I apologize.
```

1          THE COURT:  So before you ask for, you know, a

2   conference with the Court, if you would first just quietly

3   talk to the U.S. Attorney.  And that's perfectly all right.

4   Do it quietly so the jury doesn't hear.  And that way we don't

5   have to remove the jury and, you know, delay the process of

6   the trial.

7          MR. WILLIAMS:  I understand.  I apologize,

8   Your Honor.

9          THE COURT:  Yes, sir.

10          MR. WILLIAMS:  Okay.

11          THE COURT:  So I've admitted these records.

12          MR. WILLIAMS:  Your Honor, I'm ready.

13          THE COURT:  So, Mr. Williams, are you ready for your

14   cross-examination of this witness?

15          MR. WILLIAMS:  I am, Your Honor.

16          THE COURT:  All right.  We'll have the jury back in,

17   please.

18      (Proceedings held in the presence of the jury.)

19          THE COURT:  All right.  Mr. Williams, you may

20   cross-examine.

21                          **CROSS-EXAMINATION**

22   BY MR. WILLIAMS:

23   Q.   Ms. Smith, I think you testified there earlier, you first

24   started seeing Dr. Smithers in November of 2015; is that

25   correct?

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*276-628-5723*

Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 21 of 43   Pageid#: 8554

```
 1    A.    Yes.

 2    Q.    And at that time I think you said that you had -- did you

 3    discuss several things with Dr. Smithers at that time about

 4    what your problems were?

 5    A.    Yes.

 6    Q.    Okay.  Do you recall telling him you had lower back pain?

 7    A.    Yes.

 8    Q.    Okay.  And do you recall telling him that on the present

 9    pain scale, you said the worst it got was 9 to 10?  Does that

10    sound correct?

11    A.    Yes.  I mean, I don't remember.  But, yes.

12    Q.    Okay.

13    A.    Probably.

14          THE COURT:  Well, ma'am, if you don't remember, you

15    can't guess.  All right.  So if you don't remember, you have

16    to say, "I don't remember."  Just don't guess.

17          THE WITNESS:  Okay.

18          THE COURT:  All right?

19          THE WITNESS:  Yes, sir.

20    BY MR. WILLIAMS:

21    Q.    If Dr. Smithers had written down your pain at worst was 9

22    to 10, does that sound like something you would have told him?

23    A.    I don't remember.

24    Q.    Okay.

25          MR. WILLIAMS:  May I approach the witness,
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
276-628-5731

Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 22 of 43   Pageid#: 8555

1   Your Honor?

2          THE COURT:  You may.

3          MR. WILLIAMS:  I'll show you what is MS Exhibit 32.

4   BY MR. WILLIAMS:

5   Q.   Can you tell the Court what that is, or tell the members

6   of the jury what that is.

7          That is an initial pain assessment tool.

8   A.   Yes.

9   Q.   Okay.  And what name is the patient's name?

10  A.   Michelle Smith.

11  Q.   Okay.  I'm asking you to show, -- it says "worst pain."

12  What does it say beside that?

13  A.   Eight.

14  Q.   Okay.  That's present pain --

15  A.   No, present pain.

16  Q.   What does it say "worst pain" is?

17  A.   Nine to ten.

18  Q.   Okay.  Does that sound like something that you would have

19  told him at that time?

20  A.   I don't know.

21  Q.   Okay.  You're not saying he made that up, are you?

22  A.   I'm saying I don't remember him asking.

23  Q.   Okay.  All right.  Did he take your blood pressure at

24  that time?

25  A.   Yes.

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
276-628-5114

Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 23 of 43   Pageid#: 8556

```
 1   Q.    Okay.  And heart rate?

 2   A.    Yes.

 3   Q.    Okay.  It says, "Heart rate 65."  Does that sound like

 4   that would have been --

 5   A.    Yes.

 6   Q.    So he did some -- he did talk to you about several

 7   things, did he not, when you went in there?

 8   A.    (Nods head.)

 9   Q.    I think you told him you had been involved in a motor

10   vehicle accident; is that correct?

11   A.    I do remember that, yes.

12   Q.    Okay.  And that motor vehicle accident was approximately

13   in 2015; is that right?

14   A.    Yes.

15   Q.    Did the motor vehicle accident occur or not?

16   A.    Yeah.

17   Q.    Okay.  And what happened in the motor vehicle accident?

18   A.    I was side swiped.

19   Q.    Okay.  And so did you actually have back pain of 8 to 9

20   at that point in time?

21   A.    No.

22   Q.    Okay.  So you at that time were lying to Dr. Smithers; is

23   that correct?

24   A.    Yes.  If I told him that, that was a lie, yes.

25   Q.    Okay.  And did you tell him that your chief complaint was
```

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 24 of 43   Pageid#: 8557

```
 1   chronic pain and lower back pain?
 2   A.   Yes.
 3   Q.   Okay.  And did you tell him that you had primarily seen
 4   Dr. Soma before?
 5   A.   Yes.
 6   Q.   Okay.  It says on the form there that you stated that you
 7   had pain bending forward, increased pain; does that sound
 8   correct?
 9   A.   Again, I -- I don't remember him asking those questions.
10   Q.   Okay.  All right.  Did -- how would -- why would he have
11   said that you had trouble bending forward if you hadn't told
12   him that?
13           THE COURT:  Well, I don't know that the witness can
14   answer that question, Mr. Williams.
15           MR. WILLIAMS:  Okay.
16   BY MR. WILLIAMS:
17   Q.   Did you state that you had dull, aching pain?
18   A.   Yes.
19   Q.   And hot burning pain?
20   A.   Yes.
21   Q.   It changed in severity, but was always present?
22   A.   I don't remember that.
23   Q.   Okay.  Did you remember telling him that physical therapy
24   hadn't helped you?
25   A.   Yes.
```

```
 1   Q.   Okay.  And that it caused numbness and tingling in your
 2   hips and thigh?
 3   A.   Yes.
 4   Q.   Okay.  And all of that was incorrect; is that right?
 5   A.   Yes.
 6   Q.   Okay.  And you told him -- did you provide an MRI to him?
 7   A.   No.
 8   Q.   Okay.  Did you tell him you had an MRI?
 9   A.   No.
10   Q.   You didn't tell him you had an MRI of the lumbar and hip
11   in April of 2015?
12   A.   No.
13   Q.   Okay.  Didn't tell him you had an x-ray in April of 2015?
14   A.   No.
15   Q.   So you're saying that you never told him that and if
16   those are in the medical records, they would be incorrect?
17   A.   Right.
18   Q.   Okay.  Did you tell him that you had been to a physical
19   therapist over it?
20   A.   Yes.
21   Q.   You had been to see an orthopedic surgeon?
22   A.   I don't remember saying that.
23   Q.   Don't recall?  Okay.
24        What kind of medications had you been on prior?
25   A.   None.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
276-638-5723

Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 26 of 43   Pageid#: 8559

 1   Q.   You had not been on any prior medications?

 2   A.   No.

 3   Q.   Okay.  You hadn't been on anything for -- for anything

 4   prior to that, hadn't been on Oxycontin 20 milligrams prior to

 5   that?

 6   A.   No.

 7   Q.   Taken twice daily?

 8   A.   No.

 9   Q.   You didn't tell him that?

10   A.   I don't remember.

11   Q.   You don't recall?

12   A.   I don't recall.  I don't.

13   Q.   Okay.  So you're not sure whether you told him or not.

14           MR. WILLIAMS:  May I approach the witness,

15   Your Honor?

16           THE COURT:  Well, the record is in the record.  I

17   mean, she says she can't remember.

18           MR. WILLIAMS:  Okay.  All right.

19           THE WITNESS:  It was 12:00 at night when I saw him.

20           MR. WILLIAMS:  Okay.

21           THE WITNESS:  So I don't remember.

22           THE COURT:  It was 12:00 at night?

23           THE WITNESS:  It was late at night, yes.

24           THE COURT:  So he was having office hours at that

25   time?

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 27 of 43   Pageid#: 8560

```
 1              THE WITNESS:  (Nods head.)

 2              THE COURT:  Is that a "yes"?

 3              THE WITNESS:  Yes.  Yes.

 4    BY MR. WILLIAMS:

 5    Q.   Do you recall doing --

 6              THE COURT:  Let me ask you this, ma'am.  Did he ask

 7    you why you had -- did he ask you where you were from?  Is

 8    that in the record?  Or did he ask you that?

 9              THE WITNESS:  No.  He didn't ask.  I mean, he

10    already knew.  I didn't, you know, make the appointment.  I

11    mean, I just showed up.

12              THE COURT:  Did he ask you -- I take it that you

13    told him your address; is that correct?

14              THE WITNESS:  Yes, I'm --

15              THE COURT:  Did he ask you why you were coming to

16    see him?

17              THE WITNESS:  No.

18              THE COURT:  Okay.  Go ahead.

19    BY MR. WILLIAMS:

20    Q.   Ms. Smith, do you remember filling out an SOAPPR form?

21    It was asking you to answer as honestly as possible about your

22    pain.  Do you recall filling out one of those?

23    A.   Yeah.

24    Q.   Okay.  And you checked on those different things, did you

25    not?
```

```
 1   A.    Yes.

 2   Q.    Okay.  How often had you had mood swings?

 3   A.    Yes.

 4   Q.    Okay.  And how often had you felt the need for higher

 5   doses of medication to treat your pain?  Do you recall that?

 6   A.    I would have to see --

 7   Q.    Do you recall filling out the form?

 8   A.    I would have to see the paper before I can say.

 9             MR. WILLIAMS:  I'm referring to MS-042.

10             THE WITNESS:  I remember, yes.

11   BY MR. WILLIAMS:

12   Q.    Okay.  You completed MS-43; is that correct?

13   A.    Yes.

14   Q.    And so did you answer those?

15   A.    Sometimes he would fill those out and ask me the

16   questions as he went through 'em.

17   Q.    Okay.  But he answered what you told him, did he not?

18   A.    I don't know.  I mean, I didn't see what he marked.

19   Q.    If it says that you said you often felt need for higher

20   doses of medication to treat your pain, you're saying you lied

21   about that on that form?

22   A.    If I said that, yes.  I mean, yes, I lied.

23   Q.    You saw Dr. Smithers how many times?

24             Actually, let's just go through --

25   A.    I don't --
```

```
 1   Q.   Okay.  It says -- I think that's on 7-18-16, you saw him

 2   on that date; does that sound correct?

 3   A.   Yes.

 4   Q.   It says here that your pain was -- pain level was worst

 5   was 5 and lowest of 3; does that sound correct?

 6   A.   Yes.

 7   Q.   Okay.  Indicates that your pain was well controlled by

 8   pain -- by the medication.

 9   A.   Yes.

10   Q.   Okay.  Do you recall filling out an Opioid Maintenance

11   Agreement?

12   A.   Yes.

13   Q.   Okay.  Do you recall what that agreement said?

14   A.   No.

15   Q.   Did you read it?

16   A.   I don't recall.

17   Q.   You don't recall if you read it or not?

18   A.   No.

19   Q.   So you typically just sign something that you don't read?

20   A.   Under those circumstances, yes.

21   Q.   Okay.  With the Opioid Maintenance Agreement -- you

22   stated that you gave your pills out, did you not?  You gave

23   your pills to Mr. Williams?  You gave part of your pills --

24   you gave him the prescription, he gave you part of the pills

25   and then he kept part, that's what your testimony was;
```

1   correct?

2   A.   Yes.

3   Q.   Okay.  And as part of the Opioid Maintenance Agreement,

4   paragraph No. 8 says, "You agree that you will not give or

5   sell your medications to any other person under any

6   circumstances.  If you do so, you may endanger that person's

7   health and it is also against the law."

8        Do you recall signing that?

9   A.   Yes.

10  Q.   Okay.  So you violated that agreement that you had --

11  A.   Yes.

12  Q.   -- there; correct?

13       You didn't tell Dr. Smithers what you were doing,

14  did you?

15  A.   No.

16  Q.   Because you knew he would cut you off and he wouldn't see

17  you anymore, didn't you?

18       You knew that he would dismiss you as a patient; is

19  that correct?

20  A.   If I told him?

21  Q.   Yeah.

22       That's what your fear was, wasn't it?

23  A.   My fear?

24  Q.   Yeah.

25  A.   I didn't -- I mean, it just -- he never asked.

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
276.628.5125
Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 31 of 43   Pageid#: 8564

1  Q.   Paragraph No. 10, I'm referring to MS-67, Document MS-67,

2  states that, "You will communicate fully to your physician to

3  the best of your ability at the initial and all follow-up

4  visits your pain level and functional activity level, along

5  with any side effects of the medication.  This information

6  allows your physician to adjust your treatment plan

7  accordingly."

8        You violated that agreement, didn't you?

9  A.   Yeah.

10 Q.   You didn't tell him what was wrong with you.

11 A.   Mm-hmm.

12 Q.   You lied to him about what all was happening with you.

13 You lied to him about having an MRI done.  Lied to him about

14 your pain level.  You can answer.

15 A.   Yes.

16 Q.   Lied to him about every one of those, did you not?

17 A.   Yes.

18 Q.   On your initial assessment, Dr. Smithers came up with you

19 had chronic back pain, that was due to what you had told him;

20 correct?

21 A.   Yes.

22        MR. RAMSEYER:  Your Honor, objection.

23        THE COURT:  She wouldn't know that.

24        MR. WILLIAMS:  I withdraw that.

25        THE COURT:  Mr. Williams, move along, please.

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
276.628.5173
Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 32 of 43   Pageid#: 8565

```
1   BY MR. WILLIAMS:

2   Q.   Ms. Smith, have you ever been charged with a crime?

3   A.   No.

4   Q.   You've not.

5   A.   Other than speeding or, like, deer tags or something,

6   but...

7   Q.   No felony charge or --

8   A.   No.

9   Q.   -- crime of lying, cheating, or stealing?

10  A.   No.

11           MR. WILLIAMS:  May I have just a moment, Your Honor?

12  BY MR. WILLIAMS:

13  Q.   Your testimony is that you had never taken opiates before

14  prior to this; is that correct?

15  A.   Yes.

16           MR. WILLIAMS:  Okay.  No further questions.

17           THE COURT:  All right.  Any --

18           MR. RAMSEYER:  I just didn't hear the last question.

19           MR. WILLIAMS:  I asked her --

20           THE COURT:  Wait a minute.

21           THE WITNESS:  Well, can I clarify something --

22           THE COURT:  Yes, ma'am.

23           THE WITNESS:  -- please?

24           I've had two C-sections, and I was given medicine

25  after those.  But that's -- was maybe hydrocodone and that's
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
276-608-5123

Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 33 of 43   Pageid#: 8566

1    been it.

2            THE COURT:  The question to her was whether she had

3    taken opiates before this.  Or the question was:  "Your

4    testimony is that you'd never taken opiates before this; is

5    that correct?"

6            And she said, "Yes."

7            That was the answer.  And she's just added on to

8    what you've heard.

9                    **REDIRECT EXAMINATION**

10   BY MR. RAMSEYER:

11   Q.   So, ma'am, when you got C-sections, you had hydrocodone

12   for a few days?

13   A.   Yes.

14   Q.   But you've taken opiates on the street, haven't you?  You

15   said you snorted them.

16   A.   Yes.

17   Q.   Was that all after you went to Dr. Smithers?

18   A.   Yes.

19   Q.   All?  You never snorted an opiate pill before you went to

20   Dr. Smithers?

21   A.   Snorted?  No.

22   Q.   Did you abuse them before then?

23   A.   You mean --

24   Q.   Did you take pills that weren't prescribed to you by a

25   doctor before?

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
276/628-5725

Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 34 of 43   Pageid#: 8567

```
 1   A.   I have, yes.

 2   Q.   And those were opiates?

 3   A.   Yes.

 4   Q.   At a party or something?  Or what were you doing?

 5   A.   Yeah.  I mean, no, not a party.  Like, my boyfriend

 6   would, you know -- he was prescribed them and I'd have a

 7   headache and take 'em.  But, you know, it wasn't to get high

 8   then.

 9   Q.   Okay.  Now, the defense attorney asked you some questions

10   about these documents you were signing.  You didn't read 'em,

11   did you?

12   A.   I can't remember.  I mean, I don't know if I -- typically

13   I would, but...

14   Q.   Well, let me ask you, when you went to Dr. Smithers, were

15   you going to get real medical treatment?

16   A.   No.

17   Q.   What were you going for?

18   A.   Pills.

19   Q.   Okay.  And were you going to sign anything you had to

20   sign to get pills?

21   A.   Yes.

22   Q.   All right.  For instance, I'm going to show you page

23   MS-67, which is this agreement.

24        MR. RAMSEYER:  If we could switch to this.  It's

25   already introduced, so the jury can see it.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
276-628-5171

Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 35 of 43   Pageid#: 8568

```
1   BY MR. RAMSEYER:

2   Q.   It's already been introduced into evidence.  Page 667.

3   This is an Agreement for Opioid Maintenance Therapy for Pain.

4   Here's page 1.  Here's page 2.  Is that your signature down

5   there?

6   A.   Yes.

7   Q.   It's dated November 30th of '15; correct?

8   A.   Yeah.

9   Q.   And one of the things on this agreement is you're

10  supposed to tell the doctor which pharmacy you're going to

11  use, because you can only use one pharmacy according to

12  agreement.  Did you do that, No. 2?

13  A.   Yes.

14  Q.   You didn't even fill it out, did you?

15  A.   No.

16  Q.   Just signed the back of the form.

17           Anybody ask you, you have to fill this out.  For

18  this to mean something, it has to be filled out.  Anybody say

19  that?

20  A.   No.

21  Q.   And every time you went to see Dr. Smithers, did you get

22  what you wanted?

23  A.   Yes.

24           MR. RAMSEYER:  Thank you.

25           THE COURT:  Anything further?
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 36 of 43   Pageid#: 8569

**RECROSS-EXAMINATION**

BY MR. WILLIAMS:

Q.   Ms. Smith, at the time that you filled that out, did you indicate to Dr. Smithers that you didn't know which pharmacy you were going to use at that time?  Do you recall saying that?

A.   I don't recall.

Q.   Okay.  You also stated, I think, that you had had a tubal ligation; is that true?

A.   Yes.

Q.   Okay.  And that was back in 2008?

A.   Yes.

Q.   Okay.  Did you receive pain medicine for that?

A.   I had a C-section, and they done it right after -- you know, it was more procedure, back to back.

Q.   Did you receive any kind of pain medicine for that?

A.   When I had the C-section, yes.

        MR. WILLIAMS:  Okay.  All right.  Thank you.

        No further questions.

        THE COURT:  Anything further?

        MR. RAMSEYER:  No further questions, Your Honor.

        THE COURT:  All right.  Thank you, ma'am.

        You may step down.

    (Testimony of Michelle Smith concluded at 11:57 a.m.)

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 37 of 43   Pageid#: 8570

1      **REPORTER'S CERTIFICATE**

2

3           I, DONNA J. PRATHER, do hereby certify that the

4      above and foregoing, consisting of the preceding 37 pages,

5      constitutes a true and accurate transcript of my stenographic

6      notes and is a full, true and complete transcript of the

7      proceedings to the best of my ability.

8           Dated this 23rd day of May, 2019

9

10          DONNA J. PRATHER, RPR, CRR, CBC, CCP

11          Federal Official Court Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 38 of 43   Pageid#: 8571

## $

**$300** [1] - 14:1
**$450** [1] - 13:19
**$50** [1] - 14:18

## '

**'15** [1] - 36:7
**'15-'16** [1] - 14:16
**'16** [1] - 5:15
**'em** [10] - 7:2, 10:2, 11:3, 11:10, 12:16, 13:6, 13:7, 29:16, 35:7, 35:10

## 1

**1** [1] - 36:4
**10** [3] - 22:9, 22:22, 32:1
**11-30-2015** [1] - 6:2
**11:10** [1] - 3:2
**11:57** [1] - 37:24
**12:00** [2] - 27:19, 27:22
**180** [1] - 1:20
**19** [4] - 2:10, 2:11
**1:17-cr-00027-JPJ-PMS-1** [1] - 1:6

## 2

**2** [4] - 1:11, 19:10, 36:4, 36:12
**20** [1] - 27:4
**2008** [1] - 37:11
**2015** [11] - 5:12, 6:6, 8:20, 8:22, 8:25, 9:5, 9:8, 21:24, 24:13, 26:11, 26:13
**2015-2017** [1] - 5:3
**2016** [1] - 9:2
**2019** [1] - 1:12
**21** [1] - 2:4
**24210** [1] - 1:21
**24277** [1] - 1:24

## 3

**3** [2] - 2:3, 30:5
**30** [1] - 1:12, 8:22, 9:8
**30th** [6] - 8:20, 8:25, 9:2, 9:5, 9:8, 36:7
**32** [1] - 23:3
**34** [1] - 2:4
**37** [1] - 2:5

## 5

**5** [1] - 30:5

## 6

**60** [1] - 9:5
**601** [1] - 1:23
**65** [1] - 24:3
**667** [1] - 36:2

## 7

**7-18-16** [1] - 30:1

## 8

**8** [2] - 24:19, 31:4

## 9

**9** [3] - 22:9, 22:21, 24:19

## A

**a.m** [2] - 3:2, 37:24
**ability** [1] - 32:3
**ABINGDON** [1] - 1:4
**Abingdon** [1] - 1:21
**able** [1] - 13:20
**absence** [1] - 20:6
**abuse** [1] - 34:22
**abusing** [1] - 17:1
**access** [1] - 20:9
**accident** [4] - 24:10, 24:12, 24:15, 24:17
**according** [1] - 36:11
**accordingly** [1] - 32:7
**aching** [1] - 25:17
**activity** [1] - 32:4
**added** [1] - 34:7
**addict** [1] - 10:21
**addicted** [2] - 6:11, 6:20
**address** [2] - 3:20, 28:13
**adjust** [1] - 32:6
**admit** [2] - 19:7, 20:13
**admitted** [7] - 11:5, 19:13, 19:16, 20:8, 20:10, 20:14, 21:11
**afford** [1] - 13:19
**agents** [1] - 17:4
**ago** [1] - 10:10
**agree** [2] - 20:13, 31:4
**Agreement** [4] - 30:11, 30:21, 31:3, 36:3
**agreement** [7] - 20:12, 30:13, 31:10, 32:8, 35:23, 36:9, 36:12

**ahead** [1] - 28:18
**Aided** [1] - 1:25
**allows** [1] - 32:6
**AMERICA** [1] - 1:5
**answer** [6] - 19:21, 25:14, 28:21, 29:14, 32:14, 34:7
**answered** [1] - 29:17
**apologize** [2] - 20:25, 21:7
**Appalachian** [1] - 4:14
**appointment** [1] - 28:10
**approach** [5] - 5:16, 8:10, 16:16, 22:25, 27:14
**APRIL** [1] - 1:12
**April** [2] - 26:11, 26:13
**area** [2] - 14:11, 17:17
**argued** [1] - 20:24
**ARH** [2] - 4:13, 4:24
**arranging** [1] - 18:10
**assessment** [2] - 23:7, 32:18
**attorney** [1] - 35:9
**Attorney** [1] - 21:3
**Attorneys** [1] - 1:20

## B

**B19** [1] - 1:20
**bad** [1] - 14:9
**bailiff** [1] - 20:5
**bar** [1] - 19:24
**BEHALF** [1] - 2:10
**behalf** [2] - 1:18, 1:22
**bench** [1] - 20:18
**bending** [2] - 25:7, 25:11
**beside** [1] - 23:12
**best** [1] - 32:3
**blood** [2] - 15:11, 23:23
**bought** [2] - 16:6, 16:7
**Box** [1] - 1:23
**boyfriend** [6] - 6:11, 6:20, 8:7, 10:1, 14:17, 35:5
**boyfriend's** [1] - 6:13
**brother** [2] - 12:3, 12:4
**brother-in-law** [2] - 12:3, 12:4
**Bryan** [5] - 6:15, 7:15, 10:3, 12:3,

13:16
**BRYAN** [1] - 6:16
**bunch** [1] - 12:12
**burning** [1] - 25:19
**but..** [2] - 33:6, 35:13
**buy** [2] - 10:2, 14:19
**buying** [5] - 7:2, 10:1, 10:18, 10:20, 14:17
**BY** [21] - 2:3, 2:4, 2:4, 2:5, 3:14, 5:18, 8:13, 11:18, 16:19, 21:22, 22:20, 23:4, 25:16, 28:4, 28:19, 29:11, 33:1, 33:12, 34:10, 36:1, 37:2

## C

**C-section** [2] - 37:14, 37:17
**C-sections** [2] - 33:24, 34:11
**Cagle** [1] - 1:19
**car** [1] - 12:19
**care** [1] - 9:16
**Case** [1] - 1:6
**case** [1] - 3:6
**Casper** [1] - 18:7
**caused** [1] - 26:1
**Certified** [1] - 1:25
**chair** [1] - 17:24
**changed** [1] - 25:21
**charge** [1] - 33:7
**charged** [1] - 33:2
**cheaper** [1] - 10:2
**cheating** [1] - 33:9
**checked** [1] - 28:24
**chief** [1] - 24:25
**children** [1] - 4:7
**chronic** [2] - 25:1, 32:19
**circumstances** [2] - 30:20, 31:6
**city** [1] - 3:19
**clarify** [2] - 20:15, 33:21
**CLERK** [2] - 3:4, 3:9
**clinic** [1] - 17:14
**coached** [1] - 12:15
**coming** [1] - 28:15
**commenced** [1] - 3:2
**communicate** [1] - 32:2
**complaint** [1] - 24:25
**completed** [1] - 29:12
**computer** [2] - 17:24, 17:25
**Computer** [1] - 1:25

**Computer-Aided** [1] - 1:25
**concerned** [2] - 20:12, 20:13
**concluded** [1] - 37:24
**conference** [1] - 21:2
**conferences** [1] - 20:18
**controlled** [1] - 30:7
**controlleds** [1] - 9:16
**copies** [1] - 19:17
**correct** [25] - 5:8, 6:23, 8:17, 8:20, 8:23, 8:25, 9:3, 9:6, 9:9, 21:25, 22:10, 24:10, 24:23, 25:8, 28:13, 29:12, 30:2, 30:5, 31:1, 31:12, 31:19, 32:20, 33:14, 34:5, 36:7
**cough** [2] - 16:21, 18:16
**counsel's** [1] - 19:22
**counselor** [1] - 18:6
**couple** [3] - 14:5, 14:8, 19:3
**COURT** [40] - 1:2, 5:17, 8:12, 11:17, 16:18, 19:13, 19:16, 19:23, 20:1, 20:4, 20:17, 20:21, 20:23, 21:1, 21:9, 21:11, 21:13, 21:16, 21:19, 22:14, 22:18, 23:2, 25:13, 27:16, 27:22, 27:24, 28:2, 28:6, 28:12, 28:15, 28:18, 32:23, 32:25, 33:17, 33:20, 33:22, 34:2, 36:25, 37:20, 37:22
**Court** [3] - 1:25, 21:2, 23:5
**crime** [2] - 33:2, 33:9
**Criminal** [1] - 1:6
**cross** [3] - 19:23, 21:14, 21:20
**CROSS** [2] - 2:4, 21:21
**cross-examination** [2] - 19:23, 21:14
**CROSS-EXAMINATION** [2] - 2:4, 21:21
**cross-examine** [1] - 21:20
**cut** [1] - 31:16

## D

**daily** [1] - 27:7
**Darryl** [11] - 7:13, 8:1, 8:2, 11:24, 13:6, 13:7, 13:25, 14:6, 14:9, 14:23, 18:9
**date** [3] - 5:24, 6:1, 30:2
**dated** [3] - 8:20, 8:22, 36:7
**DAY** [1] - 1:11
**days** [1] - 34:12
**deer** [1] - 33:5
**defendant** [2] - 5:6, 20:19
**Defendant** [2] - 1:9, 1:22
**defense** [2] - 19:22, 35:9
**delay** [1] - 21:5
**diclofenac** [1] - 8:15
**different** [2] - 7:24, 28:24
**difficult** [1] - 20:18
**DIRECT** [2] - 2:3, 3:13
**discuss** [1] - 22:3
**dismiss** [1] - 31:18
**DISTRICT** [2] - 1:2, 1:3
**DIVISION** [1] - 1:4
**doc** [1] - 12:11
**doctor** [3] - 12:24, 34:25, 36:10
**Document** [1] - 32:1
**documents** [1] - 35:10
**Donald** [1] - 1:22
**done** [2] - 32:13, 37:14
**doses** [2] - 29:5, 29:20
**down** [5] - 11:25, 18:10, 22:21, 36:4, 37:23
**Dr** [26] - 6:4, 6:25, 7:14, 11:25, 12:8, 12:25, 14:5, 15:4, 15:8, 16:9, 17:14, 18:3, 18:8, 21:24, 22:3, 22:21, 24:22, 25:4, 29:23, 31:13, 32:18, 34:17, 34:20, 35:14, 36:21, 37:4
**drive** [1] - 10:3
**drug** [1] - 10:21
**drugs** [1] - 18:16
**due** [2] - 16:21, 32:19

**dull** [1] - 25:17
**duly** [1] - 3:12

## E

**early** [1] - 19:7
**effect** [1] - 6:22
**effects** [1] - 32:5
**eight** [2] - 4:5, 23:13
**employed** [2] - 4:8, 4:10
**endanger** [1] - 31:6
**energy** [1] - 11:23
**entire** [1] - 20:8
**eventually** [2] - 11:5, 11:7
**evidence** [2] - 19:9, 36:2
**EXAMINATION** [8] - 2:3, 2:4, 2:4, 2:5, 3:13, 21:21, 34:9, 37:1
**examination** [2] - 19:23, 21:14
**examine** [1] - 21:20
**examined** [1] - 3:12
**excuse** [1] - 6:13
**Exhibit** [5] - 19:9, 19:10, 19:19, 19:20, 23:3
**EXHIBITS** [1] - 2:9
**exhibits** [1] - 19:14
**explain** [1] - 7:4

## F

**fear** [2] - 31:22, 31:23
**federal** [1] - 17:4
**felony** [1] - 33:7
**felt** [2] - 29:4, 29:19
**few** [2] - 15:11, 34:12
**fifteen** [1] - 4:3
**file** [2] - 5:20, 16:20
**files** [1] - 19:8
**fill** [5] - 9:21, 13:9, 29:15, 36:14, 36:17
**filled** [5] - 9:18, 13:11, 14:7, 36:18, 37:3
**filling** [4] - 28:20, 28:22, 29:7, 30:10
**first** [10] - 3:12, 6:4, 8:9, 11:7, 11:9, 13:19, 14:8, 18:5, 21:2, 21:23
**five** [1] - 10:10
**follow** [2] - 20:5, 32:3
**follow-up** [1] - 32:3
**follows** [1] - 3:12

## FOR
**FOR** [1] - 1:3
**forgotten** [1] - 9:13
**fork** [1] - 3:24
**form** [5] - 25:6, 28:20, 29:7, 29:21, 36:16
**forward** [3] - 20:16, 25:7, 25:11
**four** [1] - 12:23
**front** [1] - 20:19
**full** [1] - 20:10
**fully** [1] - 32:2
**functional** [1] - 32:4

## G

**Gap** [1] - 1:24
**gentlemen** [1] - 20:4
**given** [1] - 33:24
**God** [1] - 3:7
**Government** [3] - 3:3, 3:11, 19:20
**Government's** [3] - 19:9, 19:19
**grand** [2] - 10:23, 14:4
**Greg** [1] - 12:5
**guess** [3] - 8:6, 22:15, 22:16
**guy** [4] - 7:7, 7:8, 7:12, 15:20

## H

**half** [5] - 8:5, 9:14, 13:17, 14:7, 19:4
**hand** [1] - 3:4
**handwriting** [1] - 5:22
**hard** [1] - 20:21
**Harlow** [2] - 6:15, 12:5
**HARLOW** [1] - 6:18
**head** [2] - 24:8, 28:1
**headache** [1] - 35:7
**health** [1] - 31:7
**Healthcare** [1] - 4:14
**hear** [3] - 20:21, 21:4, 33:18
**heard** [2] - 7:25, 34:8
**heart** [1] - 24:1
**Heart** [1] - 24:3
**held** [2] - 20:6, 21:18
**help** [1] - 3:7
**helped** [1] - 25:24
**herein** [1] - 3:11
**high** [2] - 11:21, 35:7
**higher** [2] - 29:4, 29:19
**hip** [1] - 26:10

**hips** [1] - 26:2
**hmm** [4] - 5:25, 8:16, 15:25, 32:11
**honestly** [3] - 6:9, 6:10, 28:21
**Honor** [14] - 8:11, 11:15, 16:17, 19:6, 19:14, 20:7, 21:8, 21:12, 21:15, 23:1, 27:15, 32:22, 33:11, 37:21
**HONORABLE** [1] - 1:11
**hopefully** [1] - 7:3
**Hospital** [1] - 4:13
**hospital** [2] - 4:16, 15:2
**hot** [1] - 25:19
**hours** [3] - 10:5, 10:9, 27:24
**husband** [2] - 10:1, 10:18
**husband's** [1] - 6:13
**hydro** [1] - 16:21
**hydrocodone** [5] - 15:24, 16:3, 18:15, 33:25, 34:11

## I

**idea** [1] - 13:12
**II** [1] - 18:16
**illegally** [1] - 18:19
**illness** [1] - 16:22
**IN** [1] - 1:2
**incorrect** [2] - 26:4, 26:16
**increased** [1] - 25:7
**INDEX** [1] - 2:1
**indicate** [1] - 37:4
**indicates** [1] - 30:7
**information** [1] - 32:5
**initial** [3] - 23:7, 32:3, 32:18
**inside** [1] - 18:22
**instance** [1] - 35:22
**insurance** [3] - 14:24, 15:3, 15:6
**introduced** [2] - 35:25, 36:2
**involved** [1] - 24:9
**issue** [1] - 20:7

## J

**JAMES** [1] - 1:11
**Joel** [1] - 5:8
**JOEL** [1] - 1:8
**JONES** [1] - 1:11
**Jr** [1] - 1:22

**Judge** [1] - 5:16
**JUDGE** [1] - 1:11
**Juhan** [1] - 1:19
**jury** [11] - 10:12, 10:23, 14:4, 20:6, 20:23, 21:4, 21:5, 21:16, 21:18, 23:6, 35:25
**JURY** [1] - 1:11

## K

**keep** [2] - 7:1, 7:5
**Kentucky** [4] - 3:21, 3:24, 4:19, 4:20
**Kentucky/West** [1] - 4:22
**kept** [1] - 30:25
**kind** [3] - 14:24, 26:24, 37:16
**kitchen** [1] - 4:25

## L

**ladies** [1] - 20:4
**laptop** [1] - 18:1
**last** [1] - 33:18
**late** [1] - 27:23
**Law** [1] - 1:23
**law** [3] - 12:3, 12:4, 31:7
**lawyers** [1] - 20:5
**leading** [1] - 11:16
**least** [1] - 18:15
**Lee** [1] - 1:19
**level** [4] - 30:4, 32:4, 32:14
**lie** [1] - 24:24
**lied** [6] - 29:20, 29:22, 32:12, 32:13, 32:16
**ligation** [1] - 37:9
**line** [1] - 4:22
**live** [3] - 3:19, 4:21, 14:11
**lived** [1] - 4:1
**looking** [1] - 16:20
**lower** [2] - 22:6, 25:1
**lowest** [1] - 30:5
**lumbar** [1] - 26:10
**lying** [2] - 24:22, 33:9

## M

**ma'am** [9] - 5:19, 10:23, 18:19, 19:21, 22:14, 28:6, 33:22, 34:11, 37:22
**mailed** [3] - 13:6, 13:7, 13:13

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(434) 728-5411

Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 40 of 43   Pageid#: 8573

**Main** [1] - 1:20
**Maintenance** [4] - 30:10, 30:21, 31:3, 36:3
**marked** [3] - 19:19, 19:20, 29:18
**MARKED** [1] - 2:9
**Martinsville** [1] - 10:4
**mean** [18] - 7:4, 7:6, 8:6, 11:21, 12:3, 16:14, 18:23, 22:11, 27:17, 28:9, 28:11, 29:18, 29:22, 31:25, 34:23, 35:5, 35:12, 36:18
**medical** [3] - 15:7, 26:16, 35:15
**medication** [4] - 29:5, 29:20, 30:8, 32:5
**medications** [4] - 17:1, 26:24, 27:1, 31:5
**medicine** [5] - 6:20, 6:25, 33:24, 37:13, 37:16
**members** [1] - 23:5
**Michelle** [13] - 2:10, 2:11, 3:1, 3:3, 3:16, 3:18, 3:19, 5:20, 8:17, 16:20, 19:10, 23:10, 37:24
**MICHELLE** [3] - 1:8, 2:3, 3:10
**milligrams** [1] - 27:4
**minute** [1] - 33:20
**moment** [3] - 19:24, 20:2, 33:11
**money** [3] - 7:3, 13:25, 14:19
**month** [2] - 17:10, 17:12
**mood** [1] - 29:2
**morphine** [2] - 9:5, 9:19
**motor** [4] - 24:9, 24:12, 24:15, 24:17
**move** [3] - 19:7, 19:9, 32:25
**MR** [57] - 2:3, 2:4, 2:4, 2:5, 3:3, 3:14, 5:16, 5:18, 8:10, 8:13, 11:15, 11:18, 16:16, 16:19, 19:6, 19:14, 19:17, 19:21, 19:24, 20:2, 20:7, 20:20, 20:22, 20:25, 21:7, 21:10, 21:12, 21:15, 21:22, 22:20, 22:25,

23:3, 23:4, 25:15, 25:16, 27:14, 27:18, 27:20, 28:4, 28:19, 29:9, 29:11, 32:22, 32:24, 33:1, 33:11, 33:12, 33:16, 33:18, 33:19, 34:10, 35:24, 36:1, 36:24, 37:2, 37:18, 37:21
**MRI** [4] - 26:6, 26:8, 26:10, 32:13
**MS** [2] - 19:9, 23:3
**MS-042** [1] - 29:9
**MS-1** [3] - 2:10, 19:14, 19:19
**MS-2** [4] - 2:11, 19:15, 19:17, 19:20
**MS-25** [1] - 8:14
**MS-27** [1] - 8:23
**MS-28** [1] - 8:25
**MS-29** [1] - 9:2
**MS-30** [1] - 9:5
**MS-31** [1] - 9:9
**MS-34** [1] - 5:19
**MS-43** [1] - 29:12
**MS-62** [1] - 16:20
**MS-67** [3] - 32:1, 35:23

## N

**name** [8] - 3:15, 6:14, 13:3, 13:7, 15:22, 17:20, 23:9
**need** [5] - 3:17, 20:4, 20:23, 29:4, 29:19
**needs** [1] - 20:19
**nervous** [1] - 5:13
**Neurontin** [1] - 8:25
**never** [5] - 7:25, 26:15, 31:25, 33:13, 34:4, 34:19
**next** [3] - 8:22, 14:6, 14:8
**night** [3] - 27:19, 27:22, 27:23
**nine** [1] - 23:17
**none** [1] - 26:25
**nortriptyline** [1] - 9:2
**nose** [2] - 18:22, 18:24
**notes** [1] - 18:15
**nothing** [2] - 3:7, 12:12
**November** [8] - 8:20, 8:22, 8:25, 9:2, 9:5, 9:8, 21:24, 36:7
**number** [1] - 5:19
**numbness** [1] - 26:1

## O

**object** [1] - 11:15
**objection** [2] - 20:11, 32:22
**objections** [1] - 20:24
**occur** [1] - 24:15
**OF** [6] - 1:3, 1:5, 1:8, 1:11, 2:10
**office** [6] - 7:15, 14:5, 15:4, 17:22, 19:18, 27:24
**Office** [2] - 1:20, 1:23
**often** [3] - 29:2, 29:4, 29:19
**old** [1] - 4:4
**ON** [1] - 2:10
**once** [1] - 15:18
**one** [7] - 19:3, 19:4, 20:7, 28:22, 32:16, 36:9, 36:11
**ones** [5] - 9:15, 9:22, 12:6, 13:13
**ONLY** [1] - 1:8
**opiate** [2] - 17:8, 34:19
**opiates** [5] - 33:13, 34:3, 34:4, 34:14, 35:2
**Opioid** [4] - 30:10, 30:21, 31:3, 36:3
**option** [1] - 15:5
**orthopedic** [1] - 26:21
**overruled** [1] - 11:17
**oxycodone** [6] - 9:8, 9:13, 9:22, 9:25, 14:12, 14:16
**Oxycontin** [1] - 27:4
**oxymorphone** [1] - 14:12

## P

**P.O** [1] - 1:23
**page** [8] - 5:19, 5:20, 8:14, 8:23, 35:22, 36:2, 36:4
**PAGE** [1] - 2:2
**paid** [1] - 13:24
**pain** [34] - 6:20, 6:25, 7:21, 12:8, 12:12, 12:18, 17:1, 22:6, 22:9, 22:21, 23:7, 23:11, 23:14, 23:15, 23:16, 24:19, 25:1, 25:7, 25:17, 25:19, 28:22, 29:5, 29:20, 30:4, 30:7, 30:8, 32:4, 32:14, 32:19, 37:13,

37:16
**Pain** [1] - 36:3
**paper** [1] - 29:8
**paragraph** [2] - 31:4, 32:1
**part** [4] - 30:23, 30:24, 30:25, 31:3
**party** [2] - 35:4, 35:5
**patient** [5] - 5:11, 5:20, 6:12, 7:17, 16:20, 31:18
**Patient** [1] - 16:21
**patient's** [1] - 23:9
**patients** [2] - 17:15, 19:8
**pay** [7] - 7:8, 13:19, 13:20, 13:21, 13:25, 14:2, 15:3
**paying** [1] - 14:22
**Pennington** [1] - 1:24
**people** [3] - 11:24, 14:12, 20:19
**perfectly** [1] - 21:3
**period** [1] - 14:16
**person** [1] - 31:5
**person's** [1] - 31:6
**pharmacy** [3] - 36:10, 36:11, 37:4
**physical** [2] - 25:23, 26:18
**physician** [2] - 32:2, 32:6
**pill** [2] - 14:18, 34:19
**pills** [21] - 6:11, 7:10, 7:21, 9:11, 10:16, 11:6, 11:8, 11:12, 11:13, 12:8, 12:12, 13:17, 18:20, 19:1, 30:22, 30:23, 30:24, 34:24, 35:18, 35:20
**Pinson** [1] - 3:22
**Pinsonfork** [2] - 3:21, 4:6
**PLAINTIFF** [1] - 2:10
**Plaintiff** [1] - 1:6
**PLAINTIFF'S** [1] - 2:2
**plan** [1] - 32:6
**PLC** [1] - 1:23
**point** [2] - 18:12, 24:20
**positive** [2] - 15:24, 18:14
**possible** [1] - 28:21
**prepared** [1] - 20:16
**prescribed** [3] - 16:3, 34:24, 35:6
**prescription** [5] - 7:9, 7:20, 7:21, 8:14,

30:24
**prescriptions** [9] - 7:1, 7:5, 8:8, 13:2, 14:7, 14:20, 14:22, 15:14, 19:18
**presence** [1] - 21:18
**present** [5] - 20:19, 22:8, 23:14, 23:15, 25:21
**PRESIDING** [1] - 1:11
**pressure** [2] - 15:11, 23:23
**primarily** [1] - 25:3
**problem** [2] - 14:11, 15:7
**problems** [1] - 22:4
**procedure** [1] - 37:15
**Proceedings** [3] - 1:25, 20:6, 21:18
**proceedings** [1] - 3:2
**process** [1] - 21:5
**program** [1] - 17:5
**provide** [1] - 26:6

## Q

**questions** [8] - 15:11, 19:22, 25:9, 29:16, 33:16, 35:9, 37:19, 37:21
**quietly** [1] - 21:2, 21:4
**quit** [3] - 17:3, 18:10, 18:12

## R

**r-a-n-i-t-i-d-i-n-e** [1] - 8:19
**raise** [1] - 3:4
**Ramseyer** [1] - 1:18
**RAMSEYER** [22] - 2:3, 2:4, 3:3, 3:14, 5:16, 5:18, 8:10, 8:13, 11:18, 16:16, 16:19, 19:6, 19:14, 19:17, 19:21, 32:22, 33:18, 34:10, 35:24, 36:1, 36:24, 37:21
**Randall** [1] - 1:18
**ranitidine** [1] - 8:19
**rate** [2] - 24:1, 24:3
**ray** [1] - 26:13
**read** [4] - 30:15, 30:17, 30:19, 35:10
**ready** [2] - 21:12, 21:13
**real** [2] - 15:7, 35:15

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 228   Filed 05/23/19   Page 41 of 43   Pageid#: 8574

**really** [5] - 7:25, 10:6, 10:16, 12:18, 15:5
**reason** [1] - 12:15
**receive** [2] - 37:13, 37:16
**received** [2] - 19:19, 19:20
**RECEIVED** [1] - 2:9
**record** [5] - 20:8, 20:11, 27:16, 28:8
**Records** [2] - 2:10, 2:11
**records** [7] - 19:10, 19:11, 20:10, 20:13, 20:14, 21:11, 26:16
**RECROSS** [2] - 2:5, 37:1
**RECROSS-EXAMINATION** [2] - 2:5, 37:1
**REDIRECT** [2] - 2:4, 34:9
**referencing** [1] - 19:11
**referring** [2] - 29:9, 32:1
**Regional** [1] - 4:14
**relevant** [1] - 19:8
**remember** [27] - 10:5, 10:6, 10:11, 10:23, 11:2, 12:18, 12:22, 15:13, 15:23, 16:24, 22:11, 22:14, 22:15, 22:16, 22:23, 23:22, 24:11, 25:9, 25:22, 25:23, 26:22, 27:10, 27:17, 27:21, 28:20, 29:10, 35:12
**remove** [2] - 20:23, 21:5
**repeat** [1] - 14:1
**Reporter** [1] - 1:25
**reports** [1] - 16:21
**Requested** [1] - 3:1
**required** [2] - 6:10, 10:25
**room** [2] - 17:22, 17:23
**run** [1] - 18:23

## S

**Samuel** [1] - 1:19
**saw** [7] - 6:22, 15:10, 18:8, 27:19, 29:23, 30:1
**scale** [1] - 22:9
**Schedule** [1] - 18:16
**screen** [2] - 15:17,
15:19, 15:24
**seated** [1] - 3:9
**section** [2] - 37:14, 37:17
**sections** [2] - 33:24, 34:11
**see** [17] - 5:10, 5:24, 8:15, 11:25, 12:8, 12:23, 12:24, 12:25, 13:3, 26:21, 28:16, 29:6, 29:8, 29:18, 31:16, 35:25, 36:21
**seeing** [1] - 21:24
**sell** [3] - 14:15, 14:16, 31:5
**setting** [1] - 11:25
**several** [2] - 22:3, 24:6
**severity** [1] - 25:21
**shall** [1] - 3:6
**show** [6] - 5:14, 8:8, 8:14, 23:3, 23:11, 35:22
**showed** [1] - 28:11
**showing** [1] - 5:19
**side** [3] - 19:24, 24:18, 32:5
**sidebar** [1] - 20:2
**sign** [3] - 30:19, 35:19, 35:20
**signature** [1] - 36:4
**signed** [1] - 36:16
**signing** [2] - 31:8, 35:10
**situations** [1] - 13:5
**Smith** [18] - 2:10, 2:11, 3:1, 3:3, 3:16, 3:18, 5:20, 8:17, 16:20, 19:10, 19:18, 20:9, 21:23, 23:10, 28:20, 33:2, 37:3, 37:24
**SMITH** [3] - 1:8, 2:3, 3:10
**Smithers** [23] - 5:8, 6:4, 6:25, 7:14, 11:25, 12:8, 12:25, 15:8, 16:9, 18:3, 18:8, 21:24, 22:3, 22:21, 24:22, 29:23, 31:13, 32:18, 34:17, 34:20, 35:14, 36:21, 37:4
**SMITHERS** [1] - 1:8
**Smithers's** [3] - 14:5, 15:4, 17:14
**snorted** [4] - 11:5, 34:15, 34:19, 34:21
**snorting** [7] - 11:9, 11:13, 11:19, 18:20, 19:1, 19:2

**SOAPPR** [1] - 28:20
**sodium** [1] - 8:15
**solemnly** [1] - 3:5
**Soma** [1] - 25:4
**sometime** [1] - 6:6
**sometimes** [3] - 15:17, 17:16, 29:15
**sorry** [1] - 20:1
**sound** [7] - 22:10, 22:22, 23:18, 24:3, 25:7, 30:2, 30:5
**South** [1] - 4:19
**speeding** [1] - 33:5
**spend** [1] - 7:3
**split** [3] - 7:8, 7:10, 9:14
**started** [4] - 11:9, 11:13, 14:9, 21:24
**state** [3] - 3:15, 3:20, 25:17
**states** [1] - 32:2
**STATES** [2] - 1:2, 1:5
**States** [2] - 1:18, 1:20
**stealing** [1] - 33:9
**step** [1] - 37:23
**Steven** [1] - 1:18
**still** [2] - 17:1, 18:16
**street** [6] - 10:19, 10:20, 14:13, 14:15, 16:8, 34:14
**Street** [1] - 1:20
**Suboxone** [2] - 17:5, 17:6
**Suite** [1] - 1:20
**sulfate** [1] - 9:5
**supposed** [1] - 36:10
**surgeon** [1] - 26:21
**swear** [1] - 3:5
**swings** [1] - 29:2
**swiped** [1] - 24:18
**switch** [1] - 35:24
**sworn** [1] - 3:12
**syrup** [2] - 16:21, 18:16

## T

**tablets** [2] - 9:5, 9:8
**tags** [1] - 33:5
**ten** [1] - 23:17
**tested** [2] - 15:24, 18:14
**testified** [3] - 3:12, 14:4, 21:23
**testifying** [1] - 10:23
**TESTIMONY** [1] - 1:8
**testimony** [4] - 3:5, 30:25, 33:13, 34:4
**Testimony** [1] -

37:24
**THE** [58] - 1:2, 1:3, 2:10, 3:4, 3:8, 3:9, 5:17, 8:12, 11:17, 16:18, 19:13, 19:16, 19:23, 20:1, 20:4, 20:17, 20:21, 20:23, 21:1, 21:9, 21:11, 21:13, 21:16, 21:19, 22:14, 22:17, 22:18, 22:19, 23:2, 25:13, 27:16, 27:19, 27:21, 27:22, 27:23, 27:24, 28:1, 28:2, 28:3, 28:6, 28:9, 28:12, 28:14, 28:15, 28:17, 28:18, 29:10, 32:23, 32:25, 33:17, 33:20, 33:21, 33:22, 33:23, 34:2, 36:25, 37:20, 37:22
**therapist** [1] - 26:19
**Therapy** [1] - 36:3
**therapy** [1] - 25:23
**thigh** [1] - 26:2
**thirty** [1] - 4:5
**thirty-eight** [1] - 4:5
**three** [5] - 4:7, 10:5, 10:9, 12:23, 14:6
**tingling** [1] - 26:1
**tomorrow** [1] - 19:7
**took** [3] - 15:6, 15:11, 15:19
**tool** [1] - 23:7
**transcribed** [1] - 1:25
**TRANSCRIPT** [1] - 1:11
**transcript** [1] - 3:1
**Transcription** [1] - 1:25
**treat** [2] - 29:5, 29:20
**treatment** [2] - 32:6, 35:15
**TRIAL** [1] - 1:11
**trial** [1] - 21:6
**tried** [1] - 11:2
**trouble** [2] - 18:13, 25:11
**true** [1] - 37:9
**truth** [8] - 3:6, 3:7, 10:13, 10:15, 10:25, 16:12, 16:13
**tubal** [1] - 37:8
**TUESDAY** [1] - 1:12
**Tug** [2] - 4:17, 4:18
**twice** [1] - 27:7
**two** [2] - 19:14, 33:24
**typically** [2] - 30:19, 35:12

## U

**U.S** [1] - 21:3
**under** [2] - 30:20, 31:5
**UNITED** [2] - 1:2, 1:5
**United** [2] - 1:18, 1:20
**up** [7] - 3:17, 11:25, 19:3, 23:21, 28:11, 32:3, 32:18
**urine** [3] - 15:17, 15:19, 15:24

## V

**VA** [1] - 1:21, 1:24
**Valley** [2] - 4:17, 4:18
**vehicle** [4] - 24:10, 24:12, 24:15, 24:17
**violated** [2] - 31:10, 32:8
**VIRGINIA** [1] - 1:3
**Virginia** [2] - 4:18, 4:22
**visit** [1] - 15:4
**visits** [2] - 14:1, 32:4
**vs** [1] - 1:7

## W

**wait** [2] - 17:18, 33:20
**waiting** [1] - 17:17
**walk** [1] - 12:11
**weather** [1] - 14:9
**West** [2] - 1:20, 4:18
**WESTERN** [1] - 1:3
**whole** [1] - 3:6
**WILLIAMS** [35] - 2:4, 2:5, 11:15, 19:24, 20:2, 20:7, 20:20, 20:22, 20:25, 21:7, 21:10, 21:12, 21:15, 21:22, 22:20, 22:25, 23:3, 23:4, 25:15, 25:16, 27:14, 27:18, 27:20, 28:4, 28:19, 29:9, 29:11, 32:24, 33:1, 33:11, 33:12, 33:16, 33:19, 37:2, 37:18
**Williams** [11] - 1:22, 1:23, 7:13, 11:24, 18:9, 20:17, 21:13, 21:19, 25:14, 30:23, 32:25
**Williamson** [1] - 4:19
**withdraw** [1] - 32:24
**WITNESS** [14] - 3:8,

4

22:17, 22:19, 27:19,
27:21, 27:23, 28:1,
28:3, 28:9, 28:14,
28:17, 29:10, 33:21,
33:23
  **witness** [9] - 3:11,
5:16, 8:10, 16:16,
19:12, 21:14, 22:25,
25:13, 27:14
  **WITNESSES** [1] - 2:2
  **worst** [5] - 22:9,
22:21, 23:11, 23:16,
30:4
  **worthless** [1] - 8:6
  **wreck** [1] - 12:19
  **written** [1] - 22:21

## X

**x-ray** [1] - 26:13

## Y

**years** [2] - 4:3, 5:1
**yourself** [2] - 11:5,
11:13

## Z

**Zachary** [1] - 1:19
**Zanaflex** [1] - 8:22