IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

ABINGDON DIVISION

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,          )   Criminal Case No.
                                    )   1:17-cr-00027-JPJ-PMS-1
vs.                                 )
                                    )
JOEL A. SMITHERS,                   )
                                    )
                Defendant.          )
_____

TRANSCRIPT OF JURY TRIAL – DAY 5
HONORABLE JUDGE JAMES P. JONES PRESIDING
FRIDAY, MAY 3, 2019
_____


**A P P E A R A N C E S**

On behalf of United States:
        **Steven Randall Ramseyer**
        **Zachary T. Lee**
        **Samuel Cagle Juhan**
        United States Attorneys Office
        180 West Main Street, Suite B19
        Abingdon, VA 24210

On behalf of Defendant:
        **Donald M. Williams, Jr.**
        Williams Law Office, PLC
        P.O. Box 601
        Pennington Gap, VA 24277

Proceedings taken by Certified Court Reporter and transcribed
using Computer-Aided Transcription

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 1 of 72   Pageid#: 10322

**INDEX**

**GOVERNMENT'S WITNESSES:**                                    **PAGE**

**DR. STACEY HAIL**
          DIRECT EXAMINATION BY MR. JUHAN                        6
          CROSS-EXAMINATION BY MR. WILLIAMS                     37




**EXHIBITS**                                    **MARKED    RECEIVED**

ON BEHALF OF THE DEFENSE:
1 -       FDA Drug Safety Communication                          41

-o0o-

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
276/628-5131
Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 2 of 72   Pageid#: 10323

1    (Proceedings commenced at 9:03 a.m.)

2         THE COURT:  Good morning, ladies and gentlemen.

3         The trial that I had next week has gone away.  It's

4    been settled.  And the clerk, at my direction, asked the

5    Government if it was -- would be prepared to go with its

6    expert that was going to testify on Thursday earlier.

7         Is that --

8         MR. RAMSEYER:  We were able to get ahold of him, and

9    he's going to be here Monday morning at 9:00, Your Honor.

10        THE COURT:  All right.  So we -- you anticipate that

11   that's the last Government witness.

12        MR. RAMSEYER:  At this time, Your Honor.

13        THE COURT:  So, Mr. Williams, will you be ready to

14   proceed then.

15        MR. WILLIAMS:  Your Honor, I think certainly, one of

16   the things, we had one witness the Court recognized, I think

17   we didn't recognize him back until Thursday.  Certainly if we

18   are able to get their subpoenas issued and served, we don't

19   have any problem going forward.

20        THE COURT:  Well, that's true.  I did recognize him

21   for Thursday.  But let's -- why don't you contact him and say

22   the judge has directed him to return --

23        MR. WILLIAMS:  Okay.

24        THE COURT:  -- on Monday.

25        MR. WILLIAMS:  Okay.  I will.  I think we had at

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS  Document 234  Filed 06/07/19  Page 3 of 72  Pageid#: 10324

```
 1   least a couple other witnesses I think initially I had
 2   summoned for the start of next week.  I think we decided not
 3   to -- feeling like the Government's case was going to go a lot
 4   longer, and I certainly need to probably reach out to those,
 5   see if we can contact those and can get those here as well.
 6   But we will certainly do everything at all possible to try and
 7   get those witnesses here.
 8                THE COURT:  And what about your expert?
 9                MR. WILLIAMS:  Your Honor, we're going to withdraw
10   the request for expert at this time.
11                THE COURT:  All right.  Very good.
12                So we'll have trial on Monday and hopefully continue
13   on until we conclude the evidence.
14                So I'll tell the jury that news.  We'll have the
15   jury in.  And the Government is otherwise ready to go?
16                MR. RAMSEYER:  Yes, Your Honor.
17          (Proceedings held in the presence of the jury.)
18                THE COURT:  Good morning, ladies and gentlemen.
19   Good to see you.
20                I have some news about our schedule.  Today it
21   appears the Government has one witness, maybe somewhat
22   lengthy, but it's likely, I think, that he probably will not
23   go all day today.  The trial that I had for next week has gone
24   away, the other trial.  So I'll need you to come back on
25   Monday morning instead of Thursday.  And we're getting close
```

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
276.628.5116

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 4 of 72   Pageid#: 10325

1    to the end, so that's good news.  I hope you didn't have

2    any -- it doesn't inconvenience you, but it's good news that I

3    think we're going to be able to I think conclude hopefully

4    pretty quickly next week in perhaps one or two days.

5              So, again, it will be necessary for you to be back

6    Monday morning at 9:00.  Again, hopefully either that day or

7    the next day we'll be able to finish the evidence in the case.

8    That's my hope.

9              So I'm sorry about that change, but I think it's for

10   the best to get you back into your regular life without this

11   obligation.  And, again, I apologize if that made any

12   inconvenience to you, but it was just one of those things that

13   happened.  So that's where we are.

14             The Government may call its next witness.

15             MR. JUHAN:  The United States calls Dr. Stacey Hail.

16             THE CLERK:  If you'll come forward.

17             If you'll raise your right hand.

18             Do you solemnly swear that the testimony you're

19   about to give in this case shall be the truth, the whole

20   truth, and nothing but the truth, so help you God?

21             THE WITNESS:  Yes.

22             THE CLERK:  You may take the stand.

23                         **DR. STACEY HAIL,**

24   Called as a witness herein by the Government, having been

25   first duly sworn, was examined and testified as follows:

**DIRECT EXAMINATION**

BY MR. JUHAN:

Q.    Would you please introduce yourself to the jury.

A.    Good morning.  My name is Dr. Stacey Hail.

Q.    And, Dr. Hail, how do you spell Stacey and how do you
spell Hail?

A.    S-t-a-c-e-y.  H-a-i-l, like a hail storm.

Q.    Thank you.

       And you're a medical doctor; correct?

A.    Correct.

Q.    Just now you took an oath before you came on the stand;
correct?

A.    Correct.

Q.    But as a medical doctor, there's another kind of oath you
have also?

A.    Yes.

Q.    What is that oath called as a doctor?

A.    The Hippocratic Oath.

Q.    Would you tell the jury what the Hippocratic Oath is.

A.    The Hippocratic Oath is an oath that you take when you
graduate from medical school to promise to do no harm.

Q.    And when you promise to do no harm, to whom are you
promising to do no harm?

A.    Your patients.

Q.    Now, where are you from, Dr. Hail, originally?

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*276-628-5131*

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 6 of 72   Pageid#: 10327

1   A.   I am originally from Oakton, Virginia, and grew up here

2   until I was 11.  So this area is very nostalgic because when I

3   was a little girl we used to be apple picking in the

4   mountains.

5   Q.   And do you still live in Virginia?

6   A.   I don't.  We moved away when I was 11 to Georgia, and I'm

7   currently living in Dallas, Texas.

8   Q.   So let's talk about a little bit of your professional and

9   educational background and how you ended up in Dallas, Texas.

10  Where did you go to school?

11  A.   I went to Southern Methodist University in Dallas, Texas,

12  and I received a Bachelor of Science in Chemistry, which took

13  four years.

14  Q.   So after you got your BS in chemistry, where did you go

15  then?

16  A.   I went back to Georgia, since I was still a Georgia

17  resident technically, and I went to the Medical College of

18  Georgia where I received my medical degree.  That is in

19  Augusta where I obtained my master's.

20  Q.   How long does it take to get a medical degree?

21  A.   Four years.

22  Q.   And where did you go after you got your medical degree?

23  A.   After my medical degree I went back to Dallas, Texas,

24  where I did my internship and residency in emergency medicine

25  as part of the University of Texas Southwestern and Parkland

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 7 of 72   Pageid#: 10328

```
 1   Hospital.  Parkland is where they took JFK when he was shot.
 2   Q.   Now you mentioned two terms there; internship and
 3   residency.  Could you elaborate for the jury what those mean
 4   in the medical profession?
 5   A.   An internship is the first year of your training.  It
 6   tends to be pretty diverse, and you rotate through different
 7   specialties, like pediatrics, and OB/Gyn, and surgery.  And
 8   then the last couple years are called residency, and they are
 9   more focused on the specialty.  So, in my case, emergency
10   medicine.
11   Q.   And what about -- so there's the internship and then
12   there's the back half that's part of the residency?
13   A.   The whole thing is called a residency.  The first year is
14   known as the internship.
15   Q.   And once you got out of the internship phase, you were
16   more focused on emergency medicine; is that correct?
17   A.   Correct.
18   Q.   And then when you finished your residency, what did you
19   do then?
20   A.   I did a two-year fellowship in medical toxicology that
21   was through Parkland Hospital and the North Texas Poison
22   Center.
23   Q.   And, again, can you kind of explain a little bit more
24   what a fellowship in medical terms is?
25   A.   A fellowship is specialty training beyond your residency.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
276.639.5530

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 8 of 72   Pageid#: 10329

1    So perhaps the more common example to think of would be, say,

2    a cardiologist.  All cardiologists have gone and done a

3    residency in internal medicine.  But, then, if they want to

4    become a cardiologist, or a heart doctor, they have to do

5    additional training beyond residency to become a cardiologist.

6    So, in my case, I did a fellowship in medical toxicology

7    beyond emergency medicine.

8    Q.   So is it fair to say that medical toxicology is a

9    specialty?

10    A.   Yes.

11    Q.   And is there some kind of certification or fellowship

12    designation process one has to go through to become a medical

13    toxicologist?

14    A.   You can't come straight out of medical school and do a

15    fellowship in medical toxicology.  You have to actually do a

16    residency in something first and then do the fellowship.  Now,

17    a lot of people say, well, that's kind of strange, you're an

18    emergency physician but you're also a medical toxicologist.

19    But when you think about poisoning, which is what toxicology

20    is, it's generally acute or emergent, like overdoses, or snake

21    bites, or chemical exposures.  Those things all wind up in the

22    emergency room, so it's logical for medical toxicology to

23    follow emergency medicine.  There are fewer than 300 board

24    certified medical toxicologists in the entire country, so I'm

25    pretty rare.

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 9 of 72   Pageid#: 10330

```
 1   Q.   You said there are fewer than 300 board certified

 2   toxicologists in the country.  What's that mean to be board

 3   certified and how did you become board certified?

 4   A.   To become board certified, first I had to do the

 5   residency in emergency medicine, then I had to become board

 6   certified in emergency medicine.  So that requires completing

 7   the residency, doing a written exam, followed by an oral exam.

 8   And then to become board certified in medical toxicology, you

 9   have to complete the fellowship in medical toxicology and then

10   pass a very, very difficult written test to become board

11   certified.

12   Q.   So you mentioned an exam and a test.  Did you pass those?

13   A.   Yes.

14   Q.   So let's focus a little bit more now not on your history

15   but what you're doing right now.  What are some of your jobs?

16   A.   Well, I first and foremost am an emergency physician, so

17   I help to staff the Parkland Hospital Emergency Department.

18   And beside being famous for where JFK was taken when he was

19   shot, it also holds the distinction of being the single

20   busiest emergency department in the entire country.  So in

21   that sense I still work as an emergency physician.

22   Q.   And are you familiar with the term "Level I trauma

23   center"?

24   A.   Yes.

25   Q.   What does that mean?
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5106

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 10 of 72   Pageid#: 10331

1   A.    A Level I trauma center is a distinction of certain

2   trauma centers that offer a certain number of services.  So

3   you have to have a 24/7 trauma team.  You have to have a

4   neurosurgeon.  You have to have an orthopedic surgeon.  So

5   certain hospitals are designated as Level I when they offer

6   all of these services.

7   Q.   So when you're working as a physician at the Parkland ER,

8   can you explain to the jury what your day looks like and who

9   you're interacting with.

10  A.    In the Parkland ER we are the designated indigent

11  hospital in Dallas County, so we get all comers.  And that

12  means that on a given shift in the Parkland ER I may be taking

13  care of heart attacks, strokes, overdoses, trauma patients,

14  anything that comes in.

15  Q.   What about any supervisory responsibilities you might

16  have at the hospital?

17  A.    So because we are an academic institution, I always have

18  medical students and interns and residents that are working

19  with me in the ER.  Now, I can see patients on my own, and I

20  often do, but I also am teaching at the bedside and

21  supervising doctors in training.

22  Q.   Okay.  So that's your work at the Parkland ER.  What

23  other roles do you do as a doctor?

24  A.    As a medical toxicologist, we have it set up out of the

25  North Texas Poison Center where you go on call 24/7 for an

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(434) 848-5186

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 11 of 72   Pageid#: 10332

1   entire week.  So, technically, I go on call at noon today.

2   But that's not going to work because I'm here and not there,

3   so someone is covering.  But I would be on call from noon

4   today until Friday noon next week.  And in that sense I help

5   to consult with physicians across North Texas who are managing

6   poisoned patients.  Obviously, there are moms and dads that

7   call the poison center because their child drank bleach, but

8   we also get phone calls from doctors in different parts of

9   North Texas that need help and advice, or a consultation on

10  managing an overdose patient.  So we do that over the phone

11  because obviously we can't be everywhere at one time.

12          Then during that week, so this whole next week after

13  I leave here, I will lead toxicology rounds.  It's a round

14  table discussion and we talk about all of the cases that were

15  called into the poison center by health care professionals,

16  and then we round at the bedside at our Parkland Hospital,

17  Children's Hospital, and University Hospital any poisoned

18  patients that are at those hospitals.

19  Q.   Okay.  So we talked about Parkland ER, we talked about

20  the poison center, then are you also a professor?

21  A.   I'm an associate professor of emergency medicine and

22  medical toxicology.

23  Q.   And where are you a professor at?

24  A.   University of Texas, Southwestern Medical Center.

25  Q.   So when you're wearing your hat as a professor, you just

```
 1   sit in an office all day doing research?  What's that?  What's
 2   going on?
 3   A.   So the answer would be no.  As an associate professor,
 4   most of my teaching is at the bedside, so, in the Parkland ER,
 5   or on the ward seeing patients, or at Children's seeing
 6   patients that are poisoned.  Now, we have Thursday conferences
 7   for emergency medicine and I teach at those sometimes.
 8   Sometimes I teach in the medical school as a guest lecturer.
 9   And then when it is my toxicology week, like this week coming
10   up, like I said, I will, after we round on the patients, then
11   I will give lectures on a toxicology topic to the rotators in
12   the poison center.
13   Q.   Fair to say you're a pretty busy lady?
14   A.   It seems like it, yes.
15   Q.   Have you received any honors or awards over the course of
16   your career as a medical toxicologist and as an emergency
17   medicine physician?
18   A.   Yes.  I was designated as a -- it's FACMT, which is a
19   Fellow of the American College of Medical Toxicology, not to
20   be confused with a fellowship.  And it is a distinction for
21   someone whose been practicing in that field for a period of
22   time and has offered service and research and things of that
23   sort.
24   Q.   And I don't think we mentioned this earlier, but how long
25   have you been a medical doctor?
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 13 of 72   Pageid#:
10334

1    A.    I graduated in 1999 from medical school.  So that would

2    be 20 years.

3    Q.    So we've talked a little bit about toxicology.  Can you

4    explain to the jury what just a plain toxicologist is and

5    does?

6    A.    The term toxicologist is kind of confusing because that

7    doesn't really explain what you're talking about.  There are

8    plenty of Ph.D. toxicologists, and they are more like lab

9    rats.  They work in a laboratory setting.  And their

10   interaction with a patient is a test tube of blood or urine.

11   The distinction is, for me who is a medical toxicologist, we

12   are the toxicologists that treat poisoned patients.  So our

13   interaction with the patient is the patient and how they are

14   manifesting signs of toxicity.

15   Q.    So as a medical toxicologist, you're a little more hands

16   on with patients; is that a fair way to put it?

17   A.    Correct.  I do not work in a laboratory.

18   Q.    Now, in your experience over 20 years as a doctor and as

19   a medical toxicologist, have you dealt with or assessed

20   whether a substance was deadly to a patient or could

21   potentially be deadly to a patient?

22   A.    Of course.

23   Q.    Ballpark, how many times have you had that kind of

24   experience in your career?

25   A.    Too numerous to count.

1    Q.    Okay. 100?

2    A.    More than 100.

3    Q.    500?

4    A.    Probably more.

5    Q.    A thousand?

6    A.    Sure.

7    Q.    Okay. So when you're doing that -- strike that.

8         When you're engaged with a patient that has a

9 poisoning or a toxicology issue, what are kind of the

10 principles and methods or things that you're looking to to try

11 to figure out what's wrong with that person?

12    A.    Well, when you see a patient in the Emergency Department,

13 we call them an undifferentiated patient, meaning we don't

14 know always what's going on with them. So I don't approach

15 the patient in a toxicology tunnel. I make sure that they

16 aren't a victim of trauma, that they are not suffering from an

17 underlying natural cause, and I use what we call differential

18 diagnosis, which is that if you come into my ER and you're

19 complaining of chest pain, I ask you questions, that's the

20 history, that is very important, and then I supplement that

21 with an EKG, or imaging, or labs, and that will help me to

22 rule in or rule out a diagnosis. So differential diagnosis is

23 this mindless process that we as physicians go through and

24 trying figure out what's going on with somebody. Then with

25 that added bonus of medical toxicology, I then approach the

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 618-5100

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 15 of 72   Pageid#:
10336

1  patient from a toxicology standpoint.

2  Q.   And so in your career working in this field, have you

3  also dealt not just with live patients, but patients who have

4  been deceased?

5  A.   Yes.

6  Q.   And have you opined upon or investigated and tried to

7  figure out what caused those deaths?

8  A.   Yes.  And the difference between an emergency physician

9  and a medical examiner is that often times I am seeing

10  patients in an perimortem period, meaning that they're still

11  alive, but they're very critical or they're dying.  And seeing

12  a person as they're dying is very, very important.  Because

13  once somebody is dead, a dead body is a dead body is a dead

14  body.  But there's a lot of information to be gleaned in that

15  period of time when you as a physician are watching that

16  patient in this critical time.  Because dying from one thing

17  looks different from dying from another.

18  Q.   Do you try to sort -- kind of rule in certain things as

19  causes and also rule out at the same time?  Is there kind of a

20  sorting process you go through?

21  A.   Yes, that's the differential diagnosis process.

22  Q.   Okay.  So over your career, how many cases or instances

23  of individuals who have died from poisoning or toxicity do you

24  think you've encountered?

25  A.   Again, too numerous to count.

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 16 of 72   Pageid#: 10337

```
 1    Q.    Okay.  And do some of those involve opioid deaths?

 2    A.    Yes.

 3    Q.    And what other kinds of substances that you've

 4    encountered besides opioids have killed individuals?

 5    A.    Well, we, as toxicologists, manage snake bites, which in

 6    Texas can be pretty deadly.  I see cocaine intoxication,

 7    methamphetamine intoxication.  You know, being a toxicologist,

 8    people are always coming up with new street drugs.  So all the

 9    new synthetic marijuana, like A2 and bath salts, always trying

10    to keep up with all the different drugs that enter the street

11    market too.

12          MR. JUHAN:  Your Honor, at this time we'd move to

13    qualify the witness as an expert in medical toxicology and

14    emergency medicine.

15          MR. WILLIAMS:  Your Honor, we would object.

16          THE COURT:  I'm sorry?

17          MR. WILLIAMS:  We would object.

18          THE COURT:  And the basis of your objection?

19          MR. WILLIAMS:  We just feel that she's not

20    qualified.

21          THE COURT:  I'll overrule the objection.  You may

22    proceed.

23          MR. JUHAN:  Thank you, Your Honor.

24    BY MR. JUHAN:

25    Q.    Now as an expert you're being compensated for your time
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 17 of 72   Pageid#:
10338

1    here in court today; correct?

2    A.    Correct.

3    Q.    You mentioned earlier, you live in Texas?

4    A.    Correct.

5    Q.    And you've talked about some of your jobs.  You also have

6    a family?

7    A.    I do.

8    Q.    So it's fair to say that if you weren't here today, much

9    like the jury, you'd be doing some other things with your

10   life?

11   A.    I would.

12   Q.    So in full disclosure, what's the rate you're being

13   compensated to come to court today?

14   A.    $550 an hour.

15   Q.    Are you being paid for the substance or the content of

16   your testimony?

17   A.    No.

18   Q.    Okay.  So now that you've been qualified as an expert,

19   I'd like to get a little more in detail with you.  You were

20   asked to look at some files for this case; correct?

21   A.    Correct.

22   Q.    In your experience as an educator and as someone who

23   trains other doctors, do you find it helpful to try to explain

24   concepts to other individuals using demonstrative aids?

25   A.    Yes.  I'm an associate professor that teaches, so, yes.

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 638-5063
Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 18 of 72   Pageid#: 10339

```
 1            MR. JUHAN:  Your Honor, with the Court's permission,
 2   we'd like the witness to be able to write on the ELMO and
 3   display screen for demonstrative purposes.
 4            THE COURT:  Yes, sir.
 5   BY MR. JUHAN:
 6   Q.   Now, ma'am, if you can follow along.  Can you see the
 7   screen in front of you?
 8   A.   Yes.
 9   Q.   So if you hit this little arrow right there, it's going
10   to bring you up a drawing.  You can draw there.  If at some
11   point in time you're talking and there's something you want to
12   try to help convey to the jury, just feel free to use that.
13   A.   Okay.
14   Q.   Now there's certain terms of art in your profession that
15   you use and other experts use that are important to
16   understand; is that correct?
17   A.   Correct.
18   Q.   So let's start with one of them.  Let's talk about
19   toxidrome.  What is toxidrome?
20   A.   Okay.  That's one I'm going to try to -- so this is not
21   me being condescending, this is -- just pretend that you are
22   my doctors in training at the North Texas Poison Center and
23   I'm going to teach you the tools of the trade, so to speak.
24   So this word toxidrome is a bread and butter medical
25   toxicology term.  And it is mashing together the words "toxic"
```

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(276) 498-5106*

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 19 of 72   Pageid#: 10340

 1    plus "syndrome".  So toxic and syndrome together are

 2    toxidrome.

 3    Q.    So what is a toxidrome?  Like, what does that mean in

 4    laymen's terms?

 5    A.    So a toxidrome are the signs and symptoms, constellation

 6    of signs and symptoms unique to a particular substance.  So,

 7    for example, if you watch the news and you hear about the

 8    latest celebrity overdose, you hear the news commentators

 9    talking about an overdose and you would think an overdose is

10    an overdose is an overdose.  But that's not true.  Dying from

11    one kind of drug can look different from dying from another.

12    This is critically important.  This is why we spend two years

13    in training to learn these toxidromes.  Looking toxic from

14    cocaine looks different from looking toxic from heroine.

15    Q.    Is there a term in your profession called

16    sympathomimetic?

17    A.    Sympathomimetic.

18    Q.    Okay.

19    A.    So, I'm going to write that --

20    Q.    Since I can't say it.

21    A.    -- since you couldn't say it.

22          So sympathomimetic is one type of toxidrome.  It

23    means mimicking the sympathetic nervous system.  Your

24    sympathetic nervous system is your fight or flight nervous

25    system.  So when you are toxic from, say, cocaine, or

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 926-3556

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 20 of 72   Pageid#: 10341

1  methamphetamine, or bath salts, or PCP, you are

2  sympathomimetic.  You are acting agitated.  You might have an

3  elevated heart rate, an elevated blood pressure, seizures,

4  sweaty.

5          And so this is an example of the toxidrome, the

6  constellation of signs and symptoms from somebody who is high

7  on cocaine.  They are sympathomimetic.  And this is important

8  to understand because this is how I as a physician am looking

9  at the patient when they come in toxic.

10 Q.   So you've talked about being symp -- the "S" word and

11 cocaine.  But other drugs wouldn't be like that; is that

12 right?

13 A.   Right.

14 Q.   So can you talk a little bit about opioids?

15 A.   So I bring up sympathomimetic purely for contrasting

16 purposes to teach you the difference.

17         The opioid toxidrome looks different.  There are

18 pinpoint pupils.  There is central nervous system depression.

19 This is unconscious.  Central nervous system stands for, like,

20 your brain.  So if you are central nervous system depressed,

21 you are unconscious.  And then, most importantly, is

22 respiratory depression.  That means that if you are toxic from

23 an opioid you breathe slower and slower and slower until you

24 stop breathing and die.  And the word for that is apnea.

25 Apnea means to stop breathing.

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5106
Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 21 of 72   Pageid#: 10342

```
 1              So the point about the opioid toxidrome and how it
 2    kills is you go to sleep and die.
 3              THE COURT:  Pinpoint pupils mean pupils in your eye;
 4    is that right?  Is what you're talking about?
 5              THE WITNESS:  It means that the pupils are
 6    super-duper tiny.  So it's the black part of your eye.  So in
 7    the sympathomimetic toxidrome your pupils are big, like really
 8    wide eyed.  But someone who is opioid toxic and they're still
 9    alive, their pupils are teeny, tiny pinpoint.
10    BY MR. JUHAN:
11    Q.   So kind of contrasting these two different categories,
12    would it be an accurate generalization to say that someone who
13    dies of cocaine overdose is super hyped up and dies.  And
14    someone who dies of an opioid overdose might just fall asleep
15    and never wake up?
16    A.   Right.  And that's very important because I do a lot of
17    cases for different types of law enforcement where someone has
18    a sudden death in custody.  And so imagine you have this guy
19    running down the street and he's naked, and he's sweaty, and
20    he's agitated, and his pupils are big, and he's acting crazy.
21    The police are chasing him.  And he drops dead.  Postmortem,
22    there's heroin and cocaine.  That's a cocaine death because he
23    was cocaine toxic.  That's not how you die from heroin.
24              Whereas I have cases where I'm supposed to figure
25    out if someone died from an opioid and the story is they went
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 22 of 72   Pageid#:
10343

```
1    to sleep.  They were snoring loudly and then they stopped
2    breathing and they died.  And postmortem, there's cocaine and
3    heroin.  Well, that's not how you die from cocaine, that's how
4    you die from heroin.  So understanding what I call the
5    toxidrome, the perimortem circumstances, what was happening
6    around the time of death is critically important in ascribing
7    a cause of death to a particular substance.
8    Q.   Is there also a term in your field called sedative
9    hypnotic?
10   A.   Yes.
11   Q.   Do we need to clear this to have some more room?
12   A.   Yes.  How do you clear it?
13   Q.   I will do that for you.
14   A.   Thank you.  Fancy.
15   Q.   There you go.
16   A.   So there is another toxidrome called sedative hypnotic.
17   And one of the things that you invariably see in a lot of
18   these opioid deaths is Xanax.  Xanax seems to always present.
19   Xanax is the trade name.  The actual generic name is
20   alprazolam.  Any of the drugs that end in "am", clonazepam,
21   diazepam, alprazolam, these are called benzodiazepines.
22   Q.   What's a -- can you say, benzodiazepine, elaborate
23   please.
24   A.   A benzodiazepine is an antianxiety agent.  It is a
25   sedative.  It's a hypnotic.  Hypnotic means that it's supposed
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5106

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 23 of 72   Pageid#:
10344

1    to help you fall asleep.  What's important about these

2    benzodiazepines is that they are relatively new in our world

3    of sedative hypnotics.  In the 1960s, they had some really

4    crazy sedative hypnotic agents.  Like Elvis Presley died from

5    Placidyl.  There were the Mickey Finns, which was chloral

6    hydrate and ethanol.  There were a number of different agents

7    that had significant respiratory depression that were very

8    interesting.  But since these benzodiazepines, these

9    benzodiazepines do not have significant respiratory depression

10   in and of themselves, so when --

11   Q.   Can I stop you and ask, what -- nowadays, today, what are

12   some examples that the jury might be familiar with of

13   benzodiazepines?

14   A.   So Xanax, Valium, Klonopin.  Those are the ones that you

15   might see in -- by prescription.  In the hospital setting we

16   use some others, like Versed for procedures.

17   Q.   I'm sorry, I interrupted.  You were talking about how the

18   benzodiazepines have changed from the '60s to today.

19   A.   The sedatives have changed from the '60s to today.

20   Because today we have these benzodiazepines and they don't

21   have significant respiratory depression.  I see people

22   overdose on an entire bottle of Xanax all the time.  And they

23   will come into the Emergency Department and they will be very

24   sleepy, but they don't stop breathing and die.  Now, by virtue

25   of the fact they cause you to relax, you're going to breathe a

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5106

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 24 of 72   Pageid#:
10345

1  little bit slower because you're relaxed.  But what you have

2  to understand is that opioids go to the brain stem and they

3  work at certain receptors that cause you to stop breathing.

4  Now, these benzodiazepines may enhance that, but they do not

5  cause significant respiratory depression by themselves.

6  Q.   You mentioned the brain stem and opioids going there.

7  Kind of explain a little bit about that to the jury.  Where is

8  the brain stem?  What is it?  What's it do?

9  A.    Well, we all have brains.  And there are the cerebral

10  hemispheres, then there is the cerebellum, which helps you

11  with balance.  And then going from the brain to the spinal

12  cord is your brain stem.  This is where your critical life

13  functions live.  And so if someone were to have a stroke

14  there, it could be life threatening.  The opioids go to

15  receptors that are found in the part of the brain stem that

16  keep you breathing.  We don't think about breathing, really.

17  It's kind of a natural reflex.  That's because our brain stem

18  is in control of it.  The opioids go there and bind to

19  receptors that cause people to stop breathing.

20             THE COURT:  Let me -- if I can interrupt.  I'm not

21  sure, and perhaps the jury knows this, but just to make sure.

22  You know, what is an opioid?  What is it?  What distinguishes

23  that agent from others?

24             THE WITNESS:  Okay.  That's actually a great

25  question because there are opiates.  These are from the poppy.

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 25 of 72   Pageid#:
10346

BY MR. JUHAN:

Q.   When you say "poppy," you mean the poppy plant?

A.   Poppy plant.  Do you remember watching the Wizard of Oz

and they finally see the Emerald City, they're running through

the poppy fields and they're getting really, really sleepy.

That's because poppies have opiates.  So if the drug comes

straight from the poppy, it is an opiate.  So morphine and

codeine and laudanum from the old-fashioned days.  If it comes

straight from the poppy, it is an opiate.

        Now, if you take one of those substances from the

poppy and you play with it in a laboratory, you have what are

called semi-synthetic opioids.  You technically can't call it

an opiate anymore because the opiate comes straight from the

poppy.  So once you've played with it in the laboratory, it

becomes an opioid.  So these would be things like hydrocodone

and oxycodone, just for an example.

        And then if you create it from scratch -- sorry

guys -- synthetic, is if you create it from scratch in the

laboratory, like a fentanyl or a methadone.

        And so that's how we distinguish opioids.  It's okay

to call an opiate an opioid, but it's not okay to call an

opioid an opiate.

Q.   Where does -- you have hydrocodone, oxycodone, fentanyl

and methadone, is that the one --

A.   Yes.

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116
Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 26 of 72   Pageid#:
10347

1  Q.   Where does oxymorphone fall in these categories?

2  A.   (Writing on screen.)

3  Q.   So it's an opioid.

4  A.   Yes.

5  Q.   And what happens in the body when an individual takes

6  oxycodone?  What does the body do to that oxycodone?

7  A.   So can you erase it again, please?

8  Q.   Sure.

9  A.   Thank you.

10         Oxycodone is metabolized to oxymorphone.

11  Q.   What's the word "metabolize" mean?

12  A.   It's how your body changes the parent substance.  So the

13  parent substance is what you put into your body.  And the

14  metabolite is what your body does to change it.

15  Q.   Is there anything else that oxycodone and oxymorphone

16  that you feel like the jury would be helpful for them to know?

17  A.   So oxycodone is metabolized to oxymorphone.  Oxymorphone

18  is not metabolized to oxycodone.  So it's not uncommon after

19  someone has taken oxycodone to see oxycodone and oxymorphone

20  because oxymorphone is a metabolite.  But you do not see

21  oxycodone present just from somebody taking oxymorphone.

22  Q.   So if someone takes oxycodone, they could have both

23  oxycodone and oxymorphone in their system?

24  A.   Yes.

25  Q.   And if someone takes both oxycodone and oxymorphone, then

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 638-1906

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 27 of 72   Pageid#: 10348

1    both of them could also be in the system too?

2    A.    Of course.  Because that would be logical.  If you take

3    oxymorphone, you're going to have oxymorphone.  If you take

4    oxycodone, you will have oxycodone and oxymorphone.

5    Q.    Okay.  I have one last terminological question before we

6    move to your ultimate opinion in the case.  Just briefly

7    describe to the jury what the term "pulmonary edema" is and

8    how that relates to what you do as medical toxicologist and ER

9    doc.

10   A.    Sure.

11         Can you erase me again?

12   Q.    Sure.

13   A.    Thanks.

14         So what he just said was pulmonary edema.  Pulmonary

15   edema.  This is lung.  This is fluid.  (Indicating).  And

16   pulmonary edema is something that I invariably see in most

17   opioid deaths, but it is not the toxidrome, per se.  It is a

18   result of the toxidrome.  So one of the things that happens in

19   individuals that are unconscious, the CNS depression, like we

20   talked about with the opioid toxidrome, is you lose airway

21   reflexes and the tissue in your airway collapses.

22         So, my husband snores at night, that's because when

23   he falls asleep and he's unconscious, that airway tissue

24   collapses on itself.  And as he's breathing, it goes through

25   that obstruction and makes the sound snoring.  So what do I

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5106
Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 28 of 72   Pageid#: 10349

1    do?  I kick him a little bit and he wakes up and the snoring

2    stops.  Okay.

3            Similar thing happens when someone is unconscious

4    from an opioid.  The airway collapses on itself.  Now that's

5    an obstruction.  As they're breathing, it makes that snoring

6    sound.  I want to be clear, it's not snoring.  That's how lay

7    people describe it.  We call it agonal respirations.  This is

8    a very important thing because as they're struggling to

9    breathe and get past that obstruction, they are creating

10   negative pressure in their lungs.

11           So if you were to close your nose and close your

12   mouth.  Try to breathe.  You feel yourself making this

13   negative pressure in your lungs.  You're trying to overcome

14   that obstruction.  That negative pressure pulls fluid into the

15   lungs out of the capillaries in the bloodstream.  Okay.  So

16   this is a process that takes a while as you're breathing

17   slower and slower against this obstruction and they develop

18   fluid in their lungs.  And then when they are found dead, they

19   are often found with what's called a "foam cone," or foam

20   coming out of the nose and the mouth.

21   Q.   Dr. Hail, I'd like to talk about the opinion that you

22   rendered in this case.  You rendered an opinion regarding the

23   cause of death of Heather Hartshorn, didn't you?

24   A.   Yes.

25   Q.   And in coming to that opinion, did you utilize your

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 29 of 72   Pageid#: 10350

1    training and experience --

2              THE COURT:  Yes, sir.

3              MR. WILLIAMS:  Your Honor, I would note an objection

4    at this point.  I think certainly there -- our position is

5    that she's getting ready to testify as to evidence that would

6    be hearsay.  It would also be in violation of confrontation

7    clause with respect to that she -- we anticipate she's going

8    to be testifying off of a document that is not in evidence.

9    That would be an out-of-court statement offered for the truth

10   of the matter asserted.

11             THE COURT:  Any response?

12             MR. JUHAN:  Yes, Your Honor.  An expert, of course,

13   can rely upon, in forming an opinion, things that aren't part

14   of the record.  In fact, I'm not going to ask her about the

15   details of the document she relied upon, just what she relied

16   upon and what her conclusion was.

17             THE COURT:  I'll overrule the objection.

18             MR. WILLIAMS:  Your Honor, if I may, so I don't have

19   to keep doing it, I just ask for a continuing objection.

20             THE COURT:  Yes, sir.

21   BY MR. JUHAN:

22   Q.   Dr. Hail, I was asking you, in forming your opinion

23   regarding the death of Heather Hartshorn, did you utilize the

24   training and experience that you told the jury about?

25   A.   Yes.

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116
Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 30 of 72   Pageid#: 10351

1  Q.   And did you use kind of the principles and terms and

2  standards that other experts in your field use and that you've

3  also told the jury about?

4  A.   Yes.

5  Q.   So I want to go over some of the things that you relied

6  upon in forming your opinion.  Did you look at Heather

7  Hartshorn's medical file?

8  A.   I did.

9         MR. JUHAN:  Ms. Vogt, if we could pull up Exhibit

10  HH, which is in evidence, specifically page 2.

11         And blow up the last two lines on that entry.

12  BY MR. JUHAN:

13  Q.   Dr. Hail, what does this entry in Miss Hartshorn's

14  medical file reflect?

15  A.   It reflects that on 2-20-17, which was two days prior to

16  her being found dead, she was prescribed oxymorphone,

17  30 milligrams, and oxycodone, 30 milligrams.

18  Q.   Prescribed by whom?

19  A.   Dr. Smithers.

20         MR. JUHAN:  You can take that down.

21         Ms. Vogt, if we could go to Exhibit HH-298.

22  BY MR. JUHAN:

23  Q.   And, Dr. Hail, what is this document?

24  A.   This is a prescription for Heather Hartshorn that was

25  written on 2-20-17 for oxycodone, 30 milligrams IR, stands for

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5106
Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 31 of 72   Pageid#:
10352

1    immediate release, and there were 55 prescribed by

2    Dr. Smithers.

3              MR. JUHAN:  Thank you.

4              Ms. Vogt, if we might go to HH-299.

5    BY MR. JUHAN:

6    Q.   And what is this document?

7    A.   This is also a prescription for her that was written on

8    2-20-17, by Dr. Smithers, for oxymorphone, 30 milligrams ER,

9    which stands for extended release.  And that's important.  And

10   there were 60 that were prescribed.

11   Q.   Why is it important that it's extended release?

12   A.   The extended release preparations are pharmacologically

13   engineered in such a way that the oxymorphone is trickled into

14   your blood system over time; hence the name extended release.

15   And what's important about this is these prescriptions, the

16   trade name is Opana ER.  The generic name is oxymorphone.

17   They are one and the same, okay.

18              This particular drug is very prone to abuse because

19   when you crush it up, instead of that little bit getting

20   released over a long period of time you're getting a huge

21   bolus of oxymorphone at one time.

22   Q.   When you say "bolus," what's that mean?

23   A.   Bolus means all at once.  That instead of this

24   oxymorphone being released over an extended period of time,

25   it's all at once.

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 32 of 72   Pageid#:
10353

1    Q.   And would that kind of bolus or all at once also hold

2    true if you took more than one extended release pill at a

3    time?

4    A.   Sure.  Whether you take it by mouth -- it's certainly

5    more dangerous to crush it up.  But any of these opioids are

6    dangerous if you take more than is prescribed at one time.

7    Q.   So you relied upon the patient files.  Is that something

8    that experts in your field would typically rely on to form an

9    opinion on cause of death?

10   A.   Yes.

11   Q.   What else did you rely upon?  Without going into what was

12   in what you relied upon, what else did you look at to form

13   your opinion?

14   A.   Well, as I was explaining earlier, a physician's job is

15   to get a history from the patient.  It's the single most

16   important part of diagnosing somebody.  So if somebody comes

17   in and says, I'm having chest pains.  Okay.  Don't tell me

18   anymore, I'm just going to draw some blood.  That's obviously

19   silly.  You ask a lot of questions as a physician.  You build

20   a timeline.  You look at what led up to the illness.  The same

21   is true in a cause of death opinion.  Cause of death is a

22   diagnosis.  And so getting the history is vitally important.

23   I call that in a death situation perimortem circumstances.

24   What was happening around the time of death?  So that

25   information obviously can't come from the patient anymore, so

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5566

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 33 of 72   Pageid#: 10354

1    it comes from the police reports, the paramedic reports, and

2    the EMS reports.  It comes from family testimony or what

3    friends might have described.  It comes from scene photos.  It

4    comes from where the person was found.  Did they have a needle

5    in their arm?  Were there prescription bottles?  Things of

6    that sort are important in creating the history of perimortem

7    that go in diagnosing the patient with what their cause of

8    death was.

9    Q.    I want to be more specific about this case; Heather

10   Hartshorn.  You looked at her files.  Did you look at an

11   autopsy report?

12   A.    Yes.

13   Q.    Did you look at a medical examiner's toxicology report?

14   A.    Yes.

15   Q.    Did you look at a police report?

16   A.    Yes.

17   Q.    What -- was there anything else that you consulted?

18   A.    The PMP.

19   Q.    And what's PMP?

20   A.    The PMP is -- it stands for the Prescription Monitoring

21   Program.  It is a document that is a data base prepared by --

22   it can be the Board of Pharmacy in some states, or the DEA in

23   other states.  In Texas it is prepared by our Board of

24   Pharmacy.  And I don't understand the exact process of

25   whether -- when you fill a prescription is there -- does it

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(434) another hour
Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 34 of 72   Pageid#:
10355

immediately upload into this document or does someone have to

manually put it in?  I don't know how that works.  But

controlled substances that are filled in pharmacies get

uploaded into this document.  And as an emergency physician, I

am able to access this document with my own DEA number.  And

if I have a patient, I can see what they're being prescribed

in terms of a controlled substance.  It doesn't show, like,

blood pressure medicines and antibiotics.  It's just

controlled substances.  And I -- and then in this case, the

state of Virginia and the state of West Virginia provided PMPs

for her.

Q.   So to just kind of boil it down, PMP is basically a

database of prescriptions for patients; is that a fair

summary?

A.   Yes.  And every state has one, except Missouri and

Washington D.C.

Q.   So these things that you've said you consulted to form an

opinion in this case, are those all things that experts such

as yourself to form a cause-of-death opinion would consult?

A.   Yes.

Q.   Are you familiar with what's known as a "but for

causation standard of death"?

A.   Yes.

Q.   Dr. Hail, what is your expert opinion about the cause of

death of Heather Hartshorn?

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5106

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 35 of 72   Pageid#:
10356

```
1              MR. WILLIAMS:  Your Honor, I would object that this

2    is going to the ultimate decision to be tried by the jury.  I

3    certainly would object to that coming in.

4              THE COURT:  I'll overrule the objection.

5              MR. JUHAN:  I'll ask the question again.

6    BY MR. JUHAN:

7    Q.   What is your expert opinion regarding the cause of death

8    of Heather Hartshorn?

9    A.   My opinion is that Heather Hartshorn's cause of death is

10   that she would not have died but for the oxymorphone and the

11   oxycodone that was prescribed by Dr. Smithers on 2-20-17.

12             MR. JUHAN:  Doctor Hartshorn, thank you.

13             If you would answer any questions the defense

14   attorney might have.

15             THE COURT:  All right.  Mr Williams.

16             MR. WILLIAMS:  Your Honor, may I have just a brief

17   recess to discuss with my client?

18             THE COURT:  Yes, sir.

19             Ladies and gentlemen, we're going to take a short

20   recess at this time.  If you'll follow the bailiff out.

21        (Proceedings held in the absence of the jury.)

22             THE COURT:  All right.  We'll be in recess.

23        (Proceedings suspended at 9:57 a.m. and resumed at 10:12

24   a.m.)

25             THE COURT:  All right.  Are we ready for the jury?
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 36 of 72   Pageid#:
10357

```
 1              MR. WILLIAMS:  We are, Your Honor.

 2              THE COURT:  All right.  We'll have the jury back.

 3         (Proceedings held in the presence of the jury.)

 4              THE COURT:  All right.  Mr. Williams, you may

 5    proceed.

 6              MR. WILLIAMS:  Thank you, Your Honor.
```

**CROSS-EXAMINATION**

```
 8    BY MR. WILLIAMS:

 9    Q.   Dr. Hail, you just testified regarding the death of

10    Heather Hartshorn.  You indicated that there were factors,

11    certain things that you consulted outside of your -- outside

12    documents and stuff like that to come to your decision; is

13    that correct?

14    A.   What do you mean by "outside of the documents"?

15    Q.   Like police reports, autopsy reports, things such as

16    that; is that correct?

17    A.   Correct.

18    Q.   Okay.  Based upon your examination of those, were there

19    any other factors that you considered?

20    A.   Well, that's kind of broad.

21    Q.   Were there any other factors that you thought could have

22    contributed that you had to look at to eliminate to come to

23    your conclusion?

24    A.   No.

25    Q.   So, as far as any other type -- were there any other type
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(434) 848-5286

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 37 of 72   Pageid#:
10358

1    drugs that were in Heather's system that you considered?

2    A.    There were.

3    Q.    Okay.  What were those drugs?

4    A.    Alprazolam and 7-aminoclonazepam.

5    Q.    Okay.  And what is 7-aminoclonazepam?

6    A.    It is a metabolite of clonazepam.  The trade name is

7    Klonopin.  Alprazolam and clonazepam are the benzodiazepines

8    that we talked about earlier.

9    Q.    Okay.  What are some of the side effects of

10   benzodiazepines?

11   A.    Well, side effects would include things like being sleepy

12   or groggy.

13   Q.    Okay.  And would certain side effects be possibly

14   depression?

15   A.    Yes.

16   Q.    Okay.  What about suicidal behaviors?

17   A.    Yes.  And in that circumstance it's hard to figure out

18   what was first, the chicken or the egg, because these

19   medications are used sometimes in anxiety, but they can also

20   have psychiatric effects too.

21   Q.    Are you aware whether Ms. Hartshorn had prescriptions for

22   Klonopin?

23   A.    I did not see a prescription for Klonopin.

24   Q.    Okay.  And I think you also said there was a prescription

25   for Xanax; is that correct?

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116
Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 38 of 72   Pageid#: 10359

```
 1    A.    Yes.
 2    Q.    Okay.  And Xanax also being a benzodiazepine, would you
 3    expect the same side effects from it as well?
 4    A.    Yes.
 5    Q.    Okay.  And so someone who was on these drugs or taking
 6    these drugs -- let me back up just a second.
 7          Did she have -- did you find any evidence of a
 8    prescription for Xanax?
 9    A.    Yes.
10    Q.    Okay.  And when was that prescription filled, do you
11    recall?
12    A.    I believe it was on 2-20-17.  And I believe that it was
13    from Dr. Hassan.  And it shows up on the West Virginia PMP.
14    Q.    Okay.  And so that was also the same day that she also
15    got a prescription from Dr. Smithers; correct?
16    A.    Correct.
17    Q.    Okay.  Now, are you aware of any warnings that had been
18    given regarding the use of benzodiazepines and opiates
19    combined?
20    A.    Correct.  They should not be prescribed together.
21    Q.    Okay.  And, in fact, there's an FDA safety communication,
22    is there not, that came out in 2016?
23    A.    Yes.
24    Q.    Are you aware of that?
25          MR. WILLIAMS:  May I approach the witness,
```

1   Your Honor?

2           THE COURT:  You may.

3           MR. WILLIAMS:  Your Honor, may I approach the

4   witness?

5           THE COURT:  You may.

6   BY MR. WILLIAMS:

7   Q.   Dr. Hail, I'm going to ask you if you would look at that

8   document, please.

9           Can you tell the members of the jury what that is a

10  document of?

11  A.   Yes.  This is a document that is FDA drug safety

12  communication.  "FDA warns about serious risks and death when

13  combining opioid pain or cough medicines with benzodiazepines

14  requires its strongest warning."

15  Q.   Okay.  And what would be a strongest warning?  What would

16  be something like that?

17  A.   Well I haven't read this entire document, but I suspect

18  that what they're getting at is the fact that benzodiazepines

19  enhance the respiratory depressant effects of opioids when

20  they are combined, which is what we talked about earlier.

21  Q.   Okay.  Would you mind reading the first paragraph of that

22  document?

23          MR. JUHAN:  Your Honor, I object at this point.

24  It's not been admitted into evidence.

25          THE COURT:  Yes, sir.

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116
Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 40 of 72   Pageid#:
10361

```
 1              MR. WILLIAMS:  Okay.  Your Honor --

 2              THE COURT:  The question is do you move it into

 3    evidence?

 4              MR. WILLIAMS:  I move it into evidence at this

 5    point.

 6              THE COURT:  All right.  I will admit it.

 7         (Defense Exhibit 1 received.)

 8              THE COURT:  Does it have a number?

 9              MR. WILLIAMS:  We would move it Defense Exhibit 1.

10              THE COURT:  All right.

11    BY MR. WILLIAMS:

12    Q.   Dr. Hail, would you care to read the first paragraph and

13    read it out loud to the jury.

14    A.   Sure.  "A U.S. Food and Drug Administration and FDA

15    review has found that the growing combined use of opioid

16    medicines with benzodiazepines or other drugs that depress the

17    central nerve system, CNS, has resulted in serious side

18    effects, including slow or difficult breathing and deaths.

19    Opioids are used to treat pain and cough.  Benzodiazepines are

20    used to treat anxiety, insomnia, and seizures.  In an effort

21    to decrease the use of opioids and benzodiazepines, or opioids

22    and other CNS depressants, together we are adding box

23    warnings, our strongest warnings, to the drug labelling of

24    prescription opioid pain and prescription opioid cough

25    medicines and benzodiazepines."
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 41 of 72   Pageid#:
10362

```
 1              MR. WILLIAMS:  Thank you.
 2              Ask that that be --
 3              THE COURT:  Sir, it's admitted.  If you'll hand it
 4    to the clerk, please.
 5    BY MR. WILLIAMS:
 6    Q.    Now, Dr. Hail, were you aware that here recently that
 7    there's been a black box warning regarding benzos and opiate
 8    combinations that's been placed on that?
 9    A.    Yes.
10    Q.    Okay.  And so, at least through these documents, the FDA
11    is concerned whenever benzodiazepines are combined with the
12    opiate-type medication; is that correct?
13    A.    Correct.
14    Q.    Okay.  And so, with that, it would be there's a concern
15    that there is this synergism between the two; is that correct?
16    A.    Yes.  Additive or synergistic.  Additive is two plus two
17    is four.  Synergistic would be two plus two is six.
18    Q.    Okay.  Now, you said that Klonopin, that's broken down
19    into what?
20    A.    7-aminoclonazepam.
21    Q.    Okay.  And Xanax would be broken into what?
22    A.    Xanax is alprazolam.  And so it can be metabolized to
23    hydroxy alprazolam and then there are some others.
24    Q.    Okay.  Now, Dr. Hail, isn't it true that there are
25    certain people that just for simple reasons pass away?  No
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(434) schedule

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 42 of 72   Pageid#:
10363

      1    cause or anything else.  I know that's a simple stupid

      2    question, but I have a point that I'm sort of getting to.

      3    A.    Okay.  Well, I would submit that you don't just die.

      4    There has to be a reason for it.

      5    Q.    There's a cause.

      6    A.    Yes.

      7    Q.    Okay.  But it doesn't have to be based upon some kind of

      8    medication or anything else; correct?

      9    A.    Well, as I discussed earlier in the direct, the

     10    methodology of a physician is to look at trauma, natural

     11    causes, arrhythmia, toxicology causes.

     12    Q.    Okay.  Now, with respect to things, its true people

     13    choose to take their own lives at times; correct?

     14    A.    Correct.

     15    Q.    And so sometimes, with respect to this, in reviewing

     16    Heather Hartshorn's medical records, did you come across

     17    anything you would consider regarding her history considering

     18    something where she might take her life?

     19    A.    Yes.  She had a history of chronic back pain.  She had a

     20    history of depression and anxiety.

     21    Q.    Okay.  And was there any indication of suicide attempts

     22    or thoughts?

     23    A.    There was a mention that she had been suicidal in the

     24    past.  And her mother believed that she was suicidal as well.

     25    Q.    Okay.  Now, were there any type of physical ailments that

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 43 of 72   Pageid#:
10364

```
1    you considered regarding this?

2    A.    Not anything that would cause sudden death.

3    Q.    Okay.  Was there anything regarding heart issues or

4    anything else that was documented that you considered at all?

5    A.    On her autopsy report it was documented that she had an

6    enlarged heart, and they called it hypertensive cardiovascular

7    disease.

8    Q.    Okay.  What is hypertensive cardiovascular disease?

9    A.    Well, hypertension means that your blood pressure is

10   elevated.  And blood pressure that's elevated can take a toll

11   on your body over time.  And one of the things that can happen

12   is that you develop an enlarged heart.  So think about the

13   fact that your heart is a muscle.  And if it's pumping against

14   that high blood pressure all the time, what happens when you

15   lift weights?  It gets bigger.  So her heart because it was

16   pumping against apparently elevated blood pressure over some

17   time -- she was only 35, but the heart was mildly enlarged.

18   Q.    Okay.  And with that, would -- what would be the risk

19   that would be caused by that?  What are some of the side

20   effects of that?

21   A.    So having enlarged heart, or having hypertensive

22   cardiovascular disease is not a cause of death.  I take care

23   of plenty of people in the ER every day that have enlarged

24   hearts.  I see it on their chest X-rays all the time and they

25   live to tell about it.  So it is not a cause of death.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(434) 426-3106
Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 44 of 72   Pageid#:
10365

```
 1              Now, if your heart is enlarged, it could potentially
 2    be prone to having an arrhythmia, which is abnormal heart
 3    rhythm.  But people with normal hearts can have abnormal heart
 4    rhythms too, for example, when you hear teenagers at football
 5    practice that suddenly have a lethal arrhythmia.  So having an
 6    enlarged heart in and of itself doesn't mean an arrhythmia has
 7    occurred.  And there's nothing postmortem that can be seen to
 8    prove that arrhythmia has or has not occurred because it's an
 9    electrical rhythm and once you die there is no rhythm anymore.
10    Q.   And you were not the one who conducted the autopsy;
11    correct?
12    A.   Correct.
13    Q.   And so when you're talking about arrhythmias -- I think
14    you sort of touched on it a little bit, but I want to make
15    sure the jury understands -- these are the type of things when
16    we see young athletes playing basketball and they suddenly
17    drop dead on the basketball court; correct?
18    A.   Correct.
19    Q.   And it would be sort of like the heart's kind of out of
20    rhythm.  In other words, I'm sitting here, I'm kind of nervous
21    sitting up here.  So mine is probably doing something like
22    that (indicating), whereas somebody who is just driving down
23    the road would have just sort of a normal heartbeat; correct?
24    Typically.
25              Go ahead.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(434) 848-5606

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 45 of 72   Pageid#:
10366

1   A.   Well, having a fast heart rate is called tachycardia.

2   That's not necessarily a lethal rhythm.   There are plenty of

3   rhythms that are not normal that don't necessarily cause

4   death.

5   Q.   Okay.   But if an arrhythmia would occur, it would be

6   something -- and correct me if I'm wrong -- it would be

7   something sort of like where you might have a heartbeat,

8   (clapping), and then you might have two, (clapping) and it

9   would beat sort of out of order.   Is that --

10          I know this is simple stupid terms.   I'm a simple

11  lawyer here and I'm just trying to make sure the jurors

12  understand.

13          THE COURT:   Just ask questions, please,

14  Mr. Williams.

15          MR. WILLIAMS:   Okay.

16          THE WITNESS:   So, again, what you're just

17  describing, a beat and then two beats, has a medical term

18  called bigeminy.   But when we are talking about lethal

19  arrhythmias, we're talking about the drop-dead kind of

20  arrhythmias.   And these are things like ventricular

21  fibrillation that needs to be shocked.   Pulseless ventricular

22  tachycardia, that needs to be shocked.   There's something

23  called torsades.   And then there is asystole, which is

24  flatline.   So there is a whole host of rhythms that are

25  abnormal that you learn about in medicine that is totally

beyond the scope of today, but that arrythmia that is lethal,

meaning causing someone to drop dead, is always a

consideration in a cause-of-death determination because there

is nothing anybody can see on the autopsy to prove or disprove

that it happened.  Now I can see them sometimes in the

Emergency Department if I happen to have the ability to catch

it on a monitor during a code.  But once someone has died,

there's nothing that you can do to prove or disprove it.  So

it's always on the table as a consideration every single time

somebody dies, even if they have a car accident.  So what we

say in medicine when we look at an arrhythmia as a potential

cause of death is that it is a diagnosis of exclusion; meaning

that you have excluded other causes of death that are much

more likely than the potential for a lethal arrhythmia.

BY MR. WILLIAMS:

Q.   Okay.  Now, I think you stated that Heather had in her

system Klonopin and Xanax; is that correct?

A.   Correct.

MR. WILLIAMS:  Your Honor, may I approach the

witness?

MR. RAMSEYER:  Judge, if I may.  Mr. Williams wanted

to introduce the package insert for Klonopin and Xanax.  We

don't have an objection to the package insert for the drugs

being in there, but we haven't had a chance to verify that

that's the current package insert.  That's the only issue, if

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(434) 848-5101
Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 47 of 72   Pageid#:
10368

```
 1    we could have an opportunity at some point to make sure that's
 2    the current package insert before it's introduced.
 3              THE COURT:  All right.  Well, what about that?  I
 4    mean, the documents need to be authenticated.  Do you have any
 5    evidence that that's the current --
 6              MR. WILLIAMS:  I do not at this time.  I mean, we
 7    pulled this off of the website there for packaging, so that's
 8    what we were intending to introduce, so.
 9              THE COURT:  Well, I mean, is it dated or anything
10    like that?
11              MR. WILLIAMS:  One thing says, "FDA approved --
12              THE COURT:  I mean, I assume the witness doesn't
13    know what the current package insert is for these drugs.
14              THE WITNESS:  I'm comfortable answering a question
15    about it.  I have not memorized it.
16              THE COURT:  Right.  But let me ask you this,
17    Dr. Hail.  The package inserts are things that the regulatory
18    agency requires the drug companies to put in the prescription
19    so that it warns doctors and patients of possible adverse
20    effects; is that correct?
21              THE WITNESS:  Correct.
22              THE COURT:  And these so-called package inserts
23    change over time -- well, they change over time.
24              THE WITNESS:  Right.  The package insert is a piece
25    of paper that comes in the box with the prescription.  And
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5106

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 48 of 72   Pageid#:
10369

```
1    what's important to know about it is that it is a document
2    that is prepared by the drug company in conjunction with the
3    government.  No offense to the feds, but this is kind of a
4    cover your butt sort of thing.  So it's negotiated between the
5    drug company and the government.  And it's meant to prevent
6    the drug company from lawsuits.  And it covers every possible,
7    conceivable symptom known to mankind that could possibly
8    happen and it's included in that document.
9              From the standpoint of physicians, if you go to the
10   doctor and they prescribe you something and they read the
11   package insert, you should probably run the other way.
12             THE COURT:  All right.
13             MR. WILLIAMS:  Your Honor, we would move for
14   admission of these documents.
15             THE COURT:  Well, I think the Government has
16   objected on the grounds it's not been authenticated is my
17   concern.
18             MR. WILLIAMS:  Okay.
19             THE COURT:  So at this time I will exclude it.  I
20   will not admit it.
21             MR. WILLIAMS:  May I approach the witness,
22   Your Honor?
23             THE COURT:  You may.
24   BY MR. WILLIAMS:
25   Q.   Dr. Hail, I want to show you another document there from
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116
Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 49 of 72   Pageid#: 10370

```
 1    the FDA.  I think, once again, the FDA is --
 2           Can you just describe sort of what the FDA is?  Food
 3    and Drug Administration?
 4    A.   Yes.
 5    Q.   Okay.  Their role would to be to look out for safety of
 6    drugs, combination of drugs, approving drugs for distribution
 7    and stuff; is that correct?
 8    A.   Yes.
 9    Q.   Okay.  And the document that I've handed you, what is
10    that a document of?
11    A.   This says, "FDA Drug Safety Communication.  FDA urges
12    caution about withholding opioid --
13           MR. JUHAN:  I'm sorry, Your Honor.  I have to
14    object.  This isn't in evidence yet.
15    BY MR. WILLIAMS:
16    Q.   I just asked her what it was.  I didn't ask her really to
17    read it at this point.  If I could --
18    A.   Well, I'm seeing it for the first time, so I have to read
19    out loud to say what it is.
20    Q.   If you don't mind, just look at it for a second.
21           THE COURT:  Well, I think you've said, ma'am, that
22    it's a Food and Administration Drug Safety Communication, or
23    appears to be; is that accurate?
24           THE WITNESS:  Yes.  The FDA, the Food and Drug
25    Administration.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 50 of 72   Pageid#:
10371

```
 1              THE COURT:  Well, it's a -- something on it says
 2   Drug Safety Communication.
 3              THE WITNESS:  Yes.
 4              THE COURT:  All right.  So what's your question
 5   and --
 6   BY MR. WILLIAMS:
 7   Q.   My question at this point --
 8              MR. WILLIAMS:  Certainly I would ask to be admitted
 9   as a business record.  With respect to the FDA, it's been on
10   their website and everything, and we would ask for its
11   admission at this time.
12              MR. JUHAN:  Your Honor, there's no foundation for
13   business record exception.  And we don't object to having
14   questions be asked to the witness about the document.  But as
15   far as its admission, there's no -- the witness has never seen
16   it before.  There's no authentication.
17              MR. WILLIAMS:  I'll ask questions.
18   BY MR. WILLIAMS:
19   Q.   Okay.  Dr. Hail, with respect to that document, what
20   are -- reading through it, I'm going to ask you just, if you
21   would, to read through it if you don't care, okay?
22              Dr. Hail, I'm going to ask you to read certain parts
23   of it.  Based upon your reading of that, what does that
24   document say?
25   A.   This is an FDA --
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 51 of 72   Pageid#: 10372

```
 1              MR. JUHAN:  Objection, Your Honor, what the document
 2    says.
 3              THE COURT:  I mean, is there something in there that
 4    the doctor would know about?  I mean, otherwise, you know, I
 5    could read it or --
 6              MR. WILLIAMS:  Right.
 7              THE COURT:  -- anybody can walk in off the street.
 8    I mean, why don't you ask -- you can do what you want.
 9              MR. WILLIAMS:  Okay.
10              THE COURT:  But you may want to ask the doctor some
11    question.  I take it this has some relevance to the safety of
12    other drugs or something like that.
13              MR. WILLIAMS:  Right.
14    BY MR. WILLIAMS:
15    Q.   Does this have -- this has -- Dr. Hail, this is a
16    document that is talking about the safety and the concerns of
17    the mixing --
18              MR. JUHAN:  Objection, Your Honor.  He's still
19    talking about what the document says.
20              THE COURT:  Well, let me see the document, ma'am.
21              Thank you.
22              MR. WILLIAMS:  Your Honor, I think I can rephrase my
23    question if the Court will allow.
24              THE COURT:  Well, let me talk to counsel.
25              Ladies and gentlemen, I'm going to -- this is maybe
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(434) 848-5106

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 52 of 72   Pageid#:
10373

1    a technical point, but I need to talk to the lawyers a little

2    bit about the admission of this document.  So if you'll follow

3    the bailiff out.

4            (Proceedings held in the absence of the jury.)

5            THE COURT:  All right.  Counsel -- I guess,

6    Mr. Juhan, you're handling this.  Why is this not, not

7    admissible, but at least presented to the expert as a

8    statement containing a treatise periodical or pamphlet if the

9    statement is called to the attention of the expert witness on

10   cross-examination and the publication is established as a

11   reliable authority by the expert's admission or testimony.  If

12   admitted, the statement may be read into evidence but not

13   received as an exhibit.  That's at 803-18, under Federal Rules

14   of Evidence.

15           MR. JUHAN:  Yes, Your Honor.  There's been no

16   foundation from this witness that that is what it is.  It's a

17   printout.  We don't know who made the printout, where it came

18   from.  We don't know that it is reliable.  So the foundational

19   questions about -- that would go into forming the basis of

20   this --

21           THE COURT:  Right.  No, I agree.  Those things would

22   have to be done.  But, you know, let's get to the meat of it

23   and why wouldn't it --

24           Mr. Williams, what I want you to do is to ask the

25   witness if -- you know, what this is, what it appears to be,

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(434) 848-5100

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 53 of 72   Pageid#: 10374

1   whether it is a reliable authority.  Now, it may not be

2   necessary.  You know, she may agree with the statements made

3   in there.  I think she's already testified about the

4   combination of certain drugs and how that may be dangerous.

5   She's already admitted or testified to that.  So you could ask

6   her about it.  But, otherwise, you need to lay the foundation

7   under the Rule 803 --

8               MR. WILLIAMS:  I understand.

9               THE COURT:  -- 18 in regard to this.

10              MR. WILLIAMS:  Got you.  Thank you, Your Honor.

11              THE COURT:  Do you understand?

12              MR. WILLIAMS:  I do, Your Honor.

13              THE COURT:  Okay.  So what I'm going to do is hand

14   it back to the witness.  And out of the presence of the jury,

15   we're going to take up -- we'll see if you can establish that

16   with the witness.

17              MR. WILLIAMS:  All right.

18              THE COURT:  And I'll allow the Government to ask any

19   questions out of the presence of the jury otherwise.

20   BY MR. WILLIAMS:

21   Q.   Dr. Hail, the document that I've handed you, what is that

22   document -- what authority is that document from?

23   A.   This appears to be a FDA Drug Safety Communication.

24   Q.   Okay.  And the FDA Safety Administration would issue

25   these warnings for what?

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5106

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 54 of 72   Pageid#: 10375

1  A.   Just to increase awareness with regard to issues with

2  food or medications, things of that sort.

3  Q.   Okay.  And does this document appear to be off of the FDA

4  website?

5  A.   It appears to be.

6  Q.   Okay.  And is that a reliable authority that doctors

7  consult and everything, toxicologists, regarding the

8  distribution of medication?

9  A.   Certainly I would say it's reliable.  I would make the

10  point that it is not telling physicians how exactly to

11  practice.  It does not define the standard of care.

12  Q.   Okay.

13          THE COURT:  All right.  Now, what is it that you

14  want her to read into evidence, if you wish her to read?

15          MR. WILLIAMS:  I think it was the first paragraph.

16  Your Honor.  If I may have the document back just a second.

17          THE COURT:  Counsel, we need to move along.  I'm not

18  going to allow the entire document to be read.  If there's

19  some pertinent point that you wish the witness to read, if

20  you'll --

21          MR. WILLIAMS:  I think there would be just two parts

22  within the document that we would ask for her to read,

23  Your Honor.

24          THE COURT:  All right.

25          Mr. Juhan, anything else you want to say or ask to

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5194

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 55 of 72   Pageid#:
10376

```
 1    the witness?
 2              MR. JUHAN:  Not at this time, Your Honor.
 3              THE COURT:  All right.  We'll have the jury back in.
 4          And you're going to give the document to the witness
 5    if you want her to read anything.
 6              MR. WILLIAMS:  Okay.  And we would move for its
 7    admission.
 8              THE COURT:  It cannot be admitted.
 9              MR. WILLIAMS:  Gotcha.  Understand.
10        (Proceedings held in the presence of the jury.)
11              THE COURT:  All right.  Mr. Williams, you may
12    proceed.
13    BY MR. WILLIAMS:
14    Q.   Dr. Hail, you've been presented with a FDA Safety
15    Communication; is that correct?
16    A.   Correct.
17    Q.   Okay.  And what is that safety communication about?
18    A.   This particular drug safety communication is about
19    treating opioid addiction.  And it is talking about not
20    withholding the medication to treat opioid addiction, like
21    methadone and buprenorphine, to individuals that are taking
22    benzodiazepines because of the hope that they can start
23    treating their opioid addiction.
24    Q.   Okay.  Dr. Hail, would you mind reading under where it
25    says, "safety announcement" on page 1, 9-20-2017?  Would you
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 56 of 72   Pageid#:
10377

1   read that first paragraph?

2   A.   "Based on our additional review, the U.S. Food and Drug

3   Administration, FDA, is advising that the opioid addiction

4   medications buprenorphine and methadone should not be withheld

5   from patients taking benzodiazepines or other drugs that

6   depress the central nervous system.  The combined use of these

7   drugs increases the risk of serious side effects.  However,

8   the harm caused by untreated opioid addiction can outweigh

9   these risks.  Careful medication management by health care

10  professionals can reduce these risks.  We are requiring this

11  information to be added to the buprenorphine and methadone

12  drug labels, along with detailed recommendations for

13  minimizing the use of medication-assisted treatment, MAT,

14  drugs and benzodiazepines together."

15  Q.   And that's basically saying that someone who is taking

16  opiates and also taking benzodiazepines would be what?  If

17  you're taking -- is it saying that you should not take the --

18  let me rephrase the question.

19         It's saying that opiate addiction, the harm of

20  untreated opiate addiction can outweigh the risk of

21  benzodiazepines; is that what it's saying?

22  A.   What this is saying is not that it is safe to take

23  opiates or opioids and benzodiazepines together.  In fact, the

24  whole point of the paragraph that I just read was about

25  minimizing the use.  However, when people take benzodiazepines

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 57 of 72   Pageid#: 10378

```
1    long term, they are at risk for abrupt withdrawal.  Meaning
2    that just like alcohol withdrawal is life threatening,
3    benzodiazepine withdrawal is also life threatening and so you
4    can't just stop it.  Okay.  That's part of it.
5              The other part of this is that we're not saying that
6    it is -- it's not saying it is safe to mix opioids and
7    benzodiazepines at all.  That is absolutely not what this is
8    saying.  This is specifically with regard to opioid addiction
9    and the medications used to treat addiction, which are
10   methadone and buprenorphine, which have different pharmacology
11   from the opioids that are at question today, which are
12   oxymorphone and oxycodone, which are for pain, not for opioid
13   addiction.  So this specific communication is inapplicable to
14   the case that we're discussing today.
15   Q.   Now, Dr. Hail, with respect to what we have today, you
16   admit that you were not present at the time the autopsy was
17   conducted; correct?
18   A.   Of course not.
19   Q.   Okay.  And you weren't present at the time they found
20   Miss Hartshorn's body, anything like that; correct?
21   A.   Correct.
22   Q.   Okay.  Now, Dr. Hail, how many times have you testified
23   in criminal cases?
24   A.   How many times have I testified --
25   Q.   In criminal cases.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5106

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 58 of 72   Pageid#: 10379

```
 1   A.    In criminal cases?  Just federal court?

 2   Q.    Federal court.

 3   A.    I think this is my 12th or 13th.

 4   Q.    Okay.  And how many times have you testified for the

 5   defendant in those cases?

 6   A.    None in federal drug crime cases.

 7   Q.    Okay.  And I think you testified that your rate of pay is

 8   $550 an hour; is that correct?

 9   A.    Correct.

10         MR. WILLIAMS:  May I have a moment with my client,

11   Your Honor?

12         One second, Your Honor.  I apologize.

13         No further questions, Your Honor.

14         THE COURT:  All right.  Any further questions?

15         MR. JUHAN:  No further questions, Your Honor.

16         THE COURT:  All right.  Thank you, ma'am.

17         And you could hand that back to Mr. Williams.

18         THE WITNESS:  Okay.

19         THE COURT:  And may this witness be excused?

20         You may be excused, ma'am.  You may leave.

21         MR. WILLIAMS:  Your Honor, my client has asked that

22   she be subject to further recall.

23         THE COURT:  Well, ladies and gentlemen, I need you

24   to step out of the courtroom just a minute.

25         Yes, ma'am, if you'll just sit down there a minute.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116
Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 59 of 72   Pageid#:
10380

         1              THE WITNESS:  Here or outside?

         2              THE COURT:  Just in here.  Thank you.

         3         (Proceedings held in the absence of the jury.)

         4              THE COURT:  All right.  Mr. Williams, you're going

         5    to have to explain to me why an expert witness who is here

         6    coming from Dallas, Texas, and at some considerable expense of

         7    the Government is subject to recall.

         8              MR. WILLIAMS:  Your Honor, I did not intend to call

         9    her for recall.  He was screaming in my ear for me to ask her

        10    to be subject to recall.  Upon talking with him now, we do not

        11    need her to be subject to recall.  I've explained to him what

        12    that was and so on.

        13              THE COURT:  All right.  Thank you, Dr. Hail, you may

        14    leave.  You're excused.

        15              All right.  As I understand, the Government has no

        16    further witnesses at this time; is that correct?

        17              MR. RAMSEYER:  Yes, Your Honor.

        18              THE COURT:  Is there anything we need to take up

        19    before I bring the jury back in and excuse them for the day?

        20              All right.  We'll have the jury back in, please.

        21         (Proceedings held in the presence of the jury.)

        22              THE COURT:  All right.  Ladies and gentlemen, we are

        23    now concluded for the day.  There's no further evidence to be

        24    presented today.  And so I'm going to let you go.  It will be

        25    necessary for you to return Monday morning.  And, again, I'm

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 60 of 72   Pageid#:
10381

not sure how much evidence will be presented that day, but we're -- we can see the horizon at the end of the case here. We're getting toward the end.  The Government does have at least one witness that they're going to present on Monday morning.

So, have a good weekend.  It's supposed to rain, I think, maybe tomorrow, but let's hope it stays sunny, unless you like rain.  And please remember my instructions to you about not discussing this case with your family, friends, acquaintances.  Don't do any research on any of the information we received today.  Again, you're going to hear all the evidence you properly may consider in the courtroom. And it would not be proper for you to do any research on the internet or otherwise.

If there's any news accounts of the case, don't read, listen, or watch any of them.  So you may leave, and I hope you have a good weekend, and we'll see you Monday morning.

(Proceedings held in the absence of the jury.)

THE COURT:  All right.  Counsel, if there's nothing further, then we will recess court.

(Proceedings concluded at 11:00 a.m.)

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5106

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 61 of 72   Pageid#: 10382

**REPORTER'S CERTIFICATE**

1
2
3        I, DONNA J. PRATHER, do hereby certify that the
4    above and foregoing, consisting of the preceding 61 pages,
5    constitutes a true and accurate transcript of my stenographic
6    notes and is a full, true and complete transcript of the
7    proceedings to the best of my ability.
8        Dated this 6th day of June, 2019.
9
10
11                S/Donna Prather
                  _____
12                DONNA J. PRATHER, RPR, CRR, CBC, CCP
                  Federal Official Court Reporter
13
14
15
16
17
18
19
20
21
22
23
24
25

**$**

**$550** [2] - 18:14, 59:8

**'**

**'60s** [2] - 24:18, 24:19

**1**

**1** [4] - 2:9, 41:7, 41:9, 56:25
**100** [2] - 15:1, 15:2
**10:12** [1] - 36:23
**11** [2] - 7:2, 7:6
**11:00** [1] - 61:22
**12th** [1] - 59:3
**13th** [1] - 59:3
**18** [1] - 54:9
**180** [1] - 1:20
**1960s** [1] - 24:3
**1999** [1] - 14:1
**1:17-cr-00027-JPJ-PMS-1** [1] - 1:6

**2**

**2** [1] - 31:10
**2-20-17** [5] - 31:15, 31:25, 32:8, 36:11, 39:12
**20** [2] - 14:2, 14:18
**2016** [1] - 39:22
**2019** [1] - 1:12
**24/7** [2] - 11:3, 11:25
**24210** [1] - 1:21
**24277** [1] - 1:24

**3**

**3** [1] - 1:12
**30** [4] - 31:17, 31:25, 32:8
**300** [2] - 9:23, 10:1
**35** [1] - 44:17
**37** [1] - 2:4

**4**

**41** [1] - 2:9

**5**

**5** [1] - 1:11
**500** [1] - 15:3
**55** [1] - 32:1

**6**

**6** [1] - 2:3
**60** [1] - 32:10
**601** [1] - 1:23

**7**

**7-aminoclonazepam** [3] - 38:4, 38:5, 42:20

**8**

**803** [1] - 54:7
**803-18** [1] - 53:13

**9**

**9-20-2017** [1] - 56:25
**9:00** [2] - 3:9, 5:6
**9:03** [1] - 3:1
**9:57** [1] - 36:23

**A**

**a.m** [4] - 3:1, 36:23, 36:24, 61:22
**A2** [1] - 17:9
**ability** [1] - 47:6
**ABINGDON** [1] - 1:4
**Abingdon** [1] - 1:21
**able** [6] - 3:8, 3:18, 5:3, 5:7, 19:2, 35:5
**abnormal** [3] - 45:2, 45:3, 46:25
**abrupt** [1] - 58:1
**absence** [4] - 36:21, 53:4, 60:3, 61:19
**absolutely** [1] - 58:7
**abuse** [1] - 32:18
**academic** [1] - 11:17
**access** [1] - 35:5
**accident** [1] - 47:10
**accounts** [1] - 61:15
**accurate** [2] - 22:12, 50:23
**acquaintances** [1] - 61:10
**acting** [2] - 21:2, 22:20
**actual** [1] - 23:19
**acute** [1] - 9:20
**added** [2] - 15:25, 57:11
**addiction** [10] - 56:19, 56:20, 56:23, 57:3, 57:8, 57:19, 57:20, 58:8, 58:9, 58:13
**adding** [1] - 41:22
**additional** [2] - 9:5, 57:2
**additive** [1] - 42:16
**Administration** [6] - 41:14, 50:3, 50:22, 50:25, 54:24, 57:3

**admissible** [1] - 53:7
**admission** [6] - 49:14, 51:11, 51:15, 53:2, 53:11, 56:7
**admit** [3] - 41:6, 49:20, 58:16
**admitted** [6] - 40:24, 42:3, 51:8, 53:12, 54:5, 56:8
**adverse** [1] - 48:19
**advice** [1] - 12:9
**advising** [1] - 57:3
**agency** [1] - 48:18
**agent** [2] - 23:24, 25:23
**agents** [2] - 24:4, 24:6
**agitated** [1] - 21:2, 22:20
**agonal** [1] - 29:7
**agree** [2] - 53:21, 54:2
**ahead** [1] - 45:25
**ahold** [1] - 3:8
**Aided** [1] - 1:25
**aids** [1] - 18:24
**ailments** [1] - 43:25
**airway** [4] - 28:20, 28:21, 28:23, 29:4
**alcohol** [1] - 58:2
**alive** [2] - 16:11, 22:9
**allow** [3] - 52:23, 54:18, 55:18
**alprazolam** [6] - 23:20, 23:21, 38:4, 38:7, 42:22, 42:23
**AMERICA** [1] - 1:5
**American** [1] - 13:19
**announcement** [1] - 56:25
**answer** [2] - 13:3, 36:13
**answering** [1] - 48:14
**antianxiety** [1] - 23:24
**antibiotics** [1] - 35:8
**anticipate** [2] - 3:10, 30:7
**anxiety** [3] - 38:19, 41:20, 43:20
**apnea** [2] - 21:24, 21:25
**apologize** [2] - 5:11, 59:12
**appear** [1] - 55:3
**apple** [1] - 7:3
**approach** [6] - 15:14, 15:25, 39:25, 40:3, 47:19, 49:21

**approved** [1] - 48:11
**approving** [1] - 50:6
**area** [1] - 7:2
**arm** [1] - 34:5
**arrhythmia** [8] - 43:11, 45:2, 45:5, 45:6, 45:8, 46:5, 47:11, 47:14
**arrhythmias** [3] - 45:13, 46:19, 46:20
**arrow** [1] - 19:9
**arrythmia** [1] - 47:1
**art** [1] - 19:14
**ascribing** [1] - 23:6
**asleep** [3] - 22:14, 24:1, 28:23
**asserted** [1] - 30:10
**assessed** [1] - 14:19
**assisted** [1] - 57:13
**associate** [3] - 12:21, 13:3, 18:25
**assume** [1] - 48:12
**asystole** [1] - 46:23
**athletes** [1] - 45:16
**attacks** [1] - 11:13
**attempts** [1] - 43:21
**attention** [1] - 53:9
**attorney** [1] - 36:14
**Attorneys** [1] - 1:20
**Augusta** [1] - 7:19
**authenticated** [2] - 48:4, 49:16
**authentication** [1] - 51:16
**authority** [4] - 53:11, 54:1, 54:22, 55:6
**autopsy** [3] - 34:11, 37:15, 44:5, 45:10, 47:4, 58:16
**awards** [1] - 13:15
**aware** [4] - 38:21, 39:17, 39:24, 42:6
**awareness** [1] - 55:1

**B**

**B19** [1] - 1:20
**Bachelor** [1] - 7:12
**background** [1] - 7:9
**bailiff** [2] - 36:20, 53:3
**balance** [1] - 25:11
**ballpark** [1] - 14:23
**base** [1] - 34:21
**based** [4] - 37:18, 43:7, 51:23, 57:2
**basis** [2] - 17:18, 53:19
**basketball** [2] - 45:16, 45:17

**bath** [2] - 17:9, 21:1
**beat** [2] - 46:9, 46:17
**beats** [1] - 46:17
**become** [8] - 9:4, 9:5, 9:12, 10:3, 10:4, 10:5, 10:8, 10:10
**becomes** [1] - 26:15
**bedside** [3] - 11:20, 12:16, 13:4
**behalf** [2] - 1:18, 1:22
**BEHALF** [1] - 2:9
**behaviors** [1] - 38:16
**benzodiazepine** [4] - 23:22, 23:24, 39:2, 58:3
**benzodiazepines** [26] - 23:21, 24:2, 24:8, 24:9, 24:13, 24:18, 24:20, 25:4, 38:7, 38:10, 39:18, 40:13, 40:18, 41:16, 41:19, 41:21, 41:25, 42:11, 56:22, 57:5, 57:14, 57:16, 57:21, 57:23, 57:25, 58:7
**benzos** [1] - 42:7
**beside** [1] - 10:18
**best** [1] - 5:10
**between** [3] - 16:8, 42:15, 49:4
**beyond** [1] - 8:25, 9:5, 9:7, 47:1
**big** [2] - 22:7, 22:20
**bigeminy** [1] - 46:18
**bigger** [1] - 44:15
**bind** [1] - 25:18
**bit** [11] - 7:8, 8:23, 10:14, 14:3, 21:14, 25:1, 25:7, 29:1, 32:19, 45:14, 53:2
**bites** [2] - 9:21, 17:5
**black** [2] - 22:6, 42:7
**bleach** [1] - 12:7
**blood** [9] - 14:10, 21:3, 32:14, 33:18, 35:8, 44:9, 44:10, 44:14, 44:16
**bloodstream** [1] - 29:15
**blow** [1] - 31:11
**Board** [2] - 34:22, 34:23
**board** [8] - 9:23, 10:1, 10:2, 10:3, 10:4, 10:5, 10:8, 10:10
**body** [10] - 16:13, 16:14, 27:5, 27:6, 27:12, 27:13, 27:14, 44:11, 58:20

**boil** [1] - 35:12
**bolus** [4] - 32:21, 32:22, 32:23, 33:1
**bonus** [1] - 15:25
**bottle** [1] - 24:22
**bottles** [1] - 34:5
**Box** [1] - 1:23
**box** [3] - 41:22, 42:7, 48:25
**brain** [8] - 21:20, 25:2, 25:6, 25:8, 25:11, 25:12, 25:15, 25:17
**brains** [1] - 25:9
**bread** [1] - 19:24
**breathe** [4] - 21:23, 24:25, 29:9, 29:12
**breathing** [12] - 21:24, 21:25, 23:2, 24:24, 25:3, 25:16, 25:19, 28:24, 29:5, 29:16, 41:18
**brief** [1] - 36:16
**briefly** [1] - 28:6
**bring** [3] - 19:10, 21:15, 60:19
**broad** [1] - 37:20
**broken** [2] - 42:18, 42:21
**BS** [1] - 7:14
**build** [1] - 33:19
**buprenorphine** [4] - 56:21, 57:4, 57:11, 58:10
**busiest** [1] - 10:20
**business** [2] - 51:9, 51:13
**busy** [1] - 13:13
**butt** [1] - 49:4
**butter** [1] - 19:24
**BY** [24] - 2:3, 2:4, 6:2, 17:24, 19:5, 22:10, 26:1, 30:21, 31:12, 31:22, 32:5, 36:6, 37:8, 40:6, 41:11, 42:5, 47:15, 49:24, 50:15, 51:6, 51:18, 52:14, 54:20, 56:13

## C

**Cagle** [1] - 1:19
**cannot** [1] - 56:8
**capillaries** [1] - 29:15
**car** [1] - 47:10
**cardiologist** [3] - 9:2, 9:4, 9:5
**cardiologists** [1] -

**9:2**
**cardiovascular** [3] - 44:6, 44:8, 44:22
**care** [7] - 11:13, 12:15, 41:12, 44:22, 51:21, 55:11, 57:9
**career** [4] - 13:16, 14:24, 16:2, 16:22
**careful** [1] - 57:9
**case** [15] - 4:3, 5:7, 5:19, 8:9, 9:6, 18:20, 28:6, 29:22, 34:9, 35:9, 35:18, 58:14, 61:2, 61:9, 61:15
**Case** [1] - 1:6
**cases** [9] - 12:14, 16:22, 22:17, 22:24, 58:23, 58:25, 59:1, 59:5, 59:6
**catch** [1] - 47:6
**categories** [2] - 22:11, 27:1
**causation** [1] - 35:22
**cause-of-death** [2] - 35:19, 47:3
**caused** [3] - 16:7, 44:19, 57:8
**causes** [4] - 16:19, 43:11, 47:13
**causing** [1] - 47:2
**caution** [1] - 50:12
**celebrity** [1] - 20:8
**center** [6] - 10:23, 11:1, 12:7, 12:15, 12:20, 13:12
**Center** [4] - 8:22, 11:25, 12:24, 19:22
**centers** [1] - 11:2
**central** [5] - 21:18, 21:19, 21:20, 41:17, 57:6
**cerebellum** [1] - 25:10
**cerebral** [1] - 25:9
**certain** [11] - 11:1, 11:2, 11:5, 16:18, 19:14, 25:3, 37:11, 38:13, 42:25, 51:22, 54:4
**certainly** [9] - 3:15, 3:17, 4:4, 4:6, 30:4, 33:4, 36:3, 51:8, 55:9
**certification** [1] - 9:11
**Certified** [1] - 1:25
**certified** [8] - 9:24, 10:1, 10:3, 10:4, 10:6, 10:8, 10:11
**chance** [1] - 47:24
**change** [4] - 5:9,

**27:14, 48:23**
**changed** [2] - 24:18, 24:19
**changes** [1] - 27:12
**chasing** [1] - 22:21
**chemical** [1] - 9:21
**Chemistry** [1] - 7:12
**chemistry** [1] - 7:14
**chest** [3] - 15:19, 33:17, 44:24
**chicken** [1] - 38:18
**child** [1] - 12:7
**Children's** [2] - 12:17, 13:5
**chloral** [1] - 24:5
**choose** [1] - 43:13
**chronic** [1] - 43:19
**circumstance** [1] - 38:17
**circumstances** [2] - 23:5, 33:23
**City** [1] - 26:4
**clapping** [2] - 46:8
**clause** [1] - 30:7
**clear** [3] - 23:11, 23:12, 29:6
**clerk** [2] - 3:4, 42:4
**CLERK** [2] - 5:16, 5:22
**client** [3] - 36:17, 59:10, 59:21
**clonazepam** [3] - 23:20, 38:6, 38:7
**close** [3] - 4:25, 29:11
**CNS** [3] - 28:19, 41:17, 41:22
**cocaine** [11] - 17:6, 20:14, 20:25, 21:7, 21:11, 22:13, 22:22, 22:23, 23:2, 23:3
**code** [1] - 47:7
**codeine** [1] - 26:8
**collapses** [1] - 28:21, 28:24, 29:4
**College** [2] - 7:17, 13:19
**combination** [2] - 50:6, 54:4
**combinations** [1] - 42:8
**combined** [5] - 39:19, 40:20, 41:15, 42:11, 57:6
**combining** [1] - 40:13
**comers** [1] - 11:11
**comfortable** [1] - 48:14
**coming** [6] - 13:9,

**17:8, 29:20, 29:25, 36:3, 60:6**
**commenced** [1] - 3:1
**commentators** [1] - 20:8
**common** [1] - 9:1
**Communication** [6] - 2:9, 50:11, 50:22, 51:2, 54:23, 56:15
**communication** [5] - 39:21, 40:12, 56:17, 56:18, 58:13
**companies** [1] - 48:18
**company** [3] - 49:2, 49:5, 49:6
**compensated** [2] - 17:25, 18:13
**complaining** [1] - 15:19
**complete** [1] - 10:9
**completing** [1] - 10:6
**Computer** [1] - 1:25
**Computer-Aided** [1] - 1:25
**conceivable** [1] - 49:7
**concepts** [1] - 18:24
**concern** [2] - 42:14, 49:17
**concerned** [1] - 42:11
**concerns** [1] - 52:16
**conclude** [2] - 4:13, 5:3
**concluded** [2] - 60:23, 61:22
**conclusion** [2] - 30:16, 37:23
**condescending** [1] - 19:21
**conducted** [2] - 45:10, 58:17
**cone** [1] - 29:19
**conferences** [1] - 13:6
**confrontation** [1] - 30:6
**confused** [1] - 13:20
**confusing** [1] - 14:6
**conjunction** [1] - 49:2
**consider** [2] - 43:17, 61:12
**considerable** [1] - 60:6
**consideration** [2] - 47:3, 47:9
**considered** [4] - 37:19, 38:1, 44:1,

**44:4**
**considering** [1] - 43:17
**constellation** [2] - 20:5, 21:6
**consult** [2] - 12:5, 35:19, 55:7
**consultation** [1] - 12:9
**consulted** [3] - 34:17, 35:17, 37:11
**contact** [2] - 3:21, 4:5
**containing** [1] - 53:8
**content** [1] - 18:15
**continue** [1] - 4:12
**continuing** [1] - 30:19
**contrasting** [1] - 21:15, 22:11
**contributed** [1] - 37:22
**control** [1] - 25:18
**controlled** [3] - 35:3, 35:7, 35:9
**convey** [1] - 19:12
**cord** [1] - 25:12
**correct** [27] - 6:9, 6:12, 8:16, 18:1, 18:20, 19:16, 37:13, 37:16, 38:25, 39:15, 42:12, 42:13, 42:15, 43:8, 43:13, 45:11, 45:17, 45:23, 46:6, 47:17, 48:20, 50:7, 56:15, 58:17, 58:20, 59:8, 60:16
**Correct** [19] - 6:10, 6:13, 8:17, 14:17, 18:2, 18:4, 18:21, 19:17, 37:17, 39:16, 39:20, 43:14, 45:12, 45:18, 47:18, 48:21, 56:16, 58:21, 59:9
**cough** [3] - 40:13, 41:19, 41:24
**counsel** [4] - 52:24, 53:5, 55:17, 61:20
**count** [2] - 14:25, 16:25
**country** [3] - 9:24, 10:2, 10:20
**County** [1] - 11:11
**couple** [2] - 4:1, 8:8
**course** [5] - 13:15, 14:22, 28:2, 30:12, 58:18
**COURT** [74] - 1:2, 3:2, 3:10, 3:13, 3:20, 3:24, 4:8, 4:11, 4:18,

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 285-5132

Case 1:17-cr-00027-JPJ-PMS   Document 234-5   Filed 06/07/19   Page 64 of 72   Pageid#: 10385

17:16, 17:18, 17:21, 19:4, 22:3, 25:20, 30:2, 30:11, 30:17, 30:20, 36:4, 36:15, 36:18, 36:22, 36:25, 37:2, 37:4, 40:2, 40:5, 40:25, 41:2, 41:6, 41:8, 41:10, 42:3, 46:13, 48:3, 48:9, 48:12, 48:16, 48:22, 49:12, 49:15, 49:19, 49:23, 50:21, 51:1, 51:4, 52:3, 52:7, 52:10, 52:20, 52:24, 53:5, 53:21, 54:9, 54:11, 54:13, 54:18, 55:13, 55:17, 55:24, 56:3, 56:8, 56:11, 59:14, 59:16, 59:19, 59:23, 60:2, 60:4, 60:13, 60:18, 60:22, 61:20

**court** [7] - 18:1, 18:13, 30:9, 45:17, 59:1, 59:2, 61:21

**Court** [3] - 1:25, 3:16, 52:23

**Court's** [1] - 19:1

**courtroom** [2] - 59:24, 61:12

**cover** [1] - 49:4

**covering** [1] - 12:3

**covers** [1] - 49:6

**crazy** [2] - 22:20, 24:4

**create** [2] - 26:17, 26:18

**creating** [2] - 29:9, 34:6

**crime** [1] - 59:6

**Criminal** [1] - 1:6

**criminal** [3] - 58:23, 58:25, 59:1

**critical** [3] - 16:11, 16:16, 25:12

**critically** [2] - 20:12, 23:6

**CROSS** [2] - 2:4, 37:7

**cross** [1] - 53:10

**CROSS-EXAMINATION** [2] - 2:4, 37:7

**cross-examination** [1] - 53:10

**crush** [2] - 32:19, 33:5

**current** [4] - 47:25, 48:2, 48:5, 48:13

**custody** [1] - 22:18

## D

**D.C** [1] - 35:16

**dads** [1] - 12:6

**Dallas** [6] - 7:7, 7:9, 7:11, 7:23, 11:11, 60:6

**dangerous** [3] - 33:5, 33:6, 54:4

**data** [1] - 34:21

**database** [1] - 35:13

**dated** [1] - 48:9

**DAY** [1] - 1:11

**days** [3] - 5:4, 26:8, 31:15

**DEA** [2] - 34:22, 35:5

**dead** [10] - 16:13, 22:21, 29:18, 31:16, 45:17, 46:19, 47:2

**deadly** [3] - 14:20, 14:21, 17:6

**dealt** [2] - 14:19, 16:3

**death** [26] - 22:18, 22:22, 23:6, 23:7, 29:23, 30:23, 33:9, 33:21, 33:23, 33:24, 34:8, 35:19, 35:22, 35:25, 36:7, 36:9, 37:9, 40:12, 44:2, 44:22, 44:25, 46:4, 47:3, 47:12, 47:13

**deaths** [5] - 16:7, 17:1, 23:18, 28:17, 41:18

**deceased** [1] - 16:4

**decided** [1] - 4:2

**decision** [2] - 36:2, 37:12

**decrease** [1] - 41:21

**Defendant** [2] - 1:9, 1:22

**defendant** [1] - 59:5

**defense** [1] - 36:13

**DEFENSE** [1] - 2:9

**Defense** [2] - 41:7, 41:9

**define** [1] - 55:11

**degree** [4] - 7:18, 7:20, 7:22, 7:23

**demonstrative** [2] - 18:24, 19:3

**Department** [4] - 10:17, 15:12, 24:23, 47:6

**department** [1] - 10:20

**depress** [2] - 41:16, 57:6

**depressant** [1] -

40:19

**depressants** [1] - 41:22

**depressed** [1] - 21:20

**depression** [9] - 21:18, 21:22, 24:7, 24:9, 24:21, 25:5, 28:19, 38:14, 43:20

**describe** [3] - 28:7, 29:7, 50:2

**described** [1] - 34:3

**describing** [1] - 46:17

**designated** [3] - 11:5, 11:10, 13:18

**designation** [1] - 9:12

**detail** [1] - 18:19

**detailed** [1] - 57:12

**details** [1] - 30:15

**determination** [1] - 47:3

**develop** [2] - 29:17, 44:12

**diagnosing** [2] - 33:16, 34:7

**diagnosis** [6] - 15:18, 15:22, 16:21, 33:22, 47:12

**diazepam** [1] - 23:21

**die** [8] - 21:24, 22:2, 22:23, 23:3, 23:4, 24:24, 43:3, 45:9

**died** [6] - 16:23, 22:25, 23:2, 24:4, 36:10, 47:7

**dies** [4] - 22:13, 22:14, 47:10

**difference** [2] - 16:8, 21:16

**different** [11] - 8:6, 12:8, 16:17, 17:10, 20:11, 20:14, 21:17, 22:11, 22:17, 24:6, 58:10

**differential** [3] - 15:17, 15:22, 16:21

**difficult** [2] - 10:10, 41:18

**DIRECT** [2] - 2:3, 6:1

**direct** [1] - 43:9

**directed** [1] - 3:22

**direction** [1] - 3:4

**disclosure** [1] - 18:12

**discuss** [1] - 36:17

**discussed** [1] - 43:9

**discussing** [2] - 58:14, 61:9

**discussion** [1] - 12:14

**disease** [3] - 44:7, 44:8, 44:22

**display** [1] - 19:3

**disprove** [2] - 47:4, 47:8

**distinction** [4] - 10:19, 11:1, 13:20, 14:11

**distinguish** [1] - 26:20

**distinguishes** [1] - 25:22

**distribution** [2] - 50:6, 55:8

**DISTRICT** [2] - 1:2, 1:3

**diverse** [1] - 8:6

**DIVISION** [1] - 1:4

**doc** [1] - 28:9

**doctor** [11] - 6:9, 6:14, 6:17, 9:4, 11:23, 13:25, 14:18, 36:12, 49:10, 52:4, 52:10

**doctors** [6] - 11:21, 12:8, 18:23, 19:22, 48:19, 55:6

**document** [34] - 30:8, 30:15, 31:23, 32:6, 34:21, 35:1, 35:4, 35:5, 40:8, 40:10, 40:11, 40:17, 40:22, 49:1, 49:8, 49:25, 50:9, 50:10, 51:14, 51:19, 51:24, 52:1, 52:16, 52:19, 52:20, 53:2, 54:21, 54:22, 55:3, 55:16, 55:18, 55:22, 56:4

**documented** [2] - 44:4, 44:5

**documents** [5] - 37:12, 37:14, 42:10, 48:4, 49:14

**Donald** [1] - 1:22

**done** [2] - 9:2, 53:22

**down** [6] - 22:19, 31:20, 35:12, 42:18, 45:22, 59:25

**DR** [2] - 2:3, 5:23

**Dr** [31] - 5:15, 6:4, 6:5, 6:25, 29:21, 30:22, 31:13, 31:19, 31:23, 32:2, 32:8, 35:24, 36:11, 37:9, 39:13, 39:15, 40:7, 41:12, 42:6, 42:24, 48:17, 49:25, 51:19, 51:22, 52:15, 54:21,

56:14, 56:24, 58:15, 58:22, 60:13

**drank** [1] - 12:7

**draw** [2] - 19:10, 33:18

**drawing** [1] - 19:10

**driving** [1] - 45:22

**drop** [3] - 45:17, 46:19, 47:2

**drop-dead** [1] - 46:19

**drops** [1] - 22:21

**Drug** [2] - 2:9, 41:14, 50:3, 50:11, 50:22, 50:24, 51:2, 54:23, 57:2

**drug** [12] - 20:11, 26:6, 32:18, 40:11, 41:23, 48:18, 49:2, 49:5, 49:6, 56:18, 57:12, 59:6

**drugs** [19] - 17:8, 17:10, 21:11, 23:20, 38:1, 38:3, 39:5, 39:6, 41:16, 47:23, 48:13, 50:6, 52:12, 54:4, 57:5, 57:7, 57:14

**duly** [1] - 5:25

**duper** [1] - 22:6

**during** [2] - 12:12, 47:7

**dying** [6] - 16:11, 16:12, 16:16, 16:17, 20:10, 20:11

## E

**ear** [1] - 60:9

**edema** [4] - 28:7, 28:14, 28:15, 28:16

**educational** [1] - 7:9

**educator** [1] - 18:22

**effects** [10] - 38:9, 38:11, 38:13, 38:20, 39:3, 40:19, 41:18, 44:20, 48:20, 57:7

**effort** [1] - 41:20

**egg** [1] - 38:18

**either** [1] - 5:6

**EKG** [1] - 15:21

**elaborate** [2] - 8:3, 23:22

**electrical** [1] - 45:9

**elevated** [5] - 21:3, 44:10, 44:16

**eliminate** [1] - 37:22

**ELMO** [1] - 19:2

**Elvis** [1] - 24:4

**Emerald** [1] - 26:4

**Emergency** [1] -

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(276) 233-5456*

Case 1:17-cr-00027-JPJ-PMS   Document 231   Filed 06/07/19   Page 65 of 72   Pageid#: 10386

10:17, 15:12, 24:23, 47:6

**emergency** [18] - 7:24, 8:9, 8:16, 9:7, 9:18, 9:22, 9:23, 10:5, 10:6, 10:16, 10:20, 10:21, 12:21, 13:7, 13:16, 16:8, 17:14, 35:4

**emergent** [1] - 9:20

**EMS** [1] - 34:2

**encountered** [2] - 16:24, 17:4

**end** [4] - 5:1, 23:20, 61:2, 61:3

**ended** [1] - 7:9

**enforcement** [1] - 22:17

**engaged** [1] - 15:8

**engineered** [1] - 32:13

**enhance** [2] - 25:4, 40:19

**enlarged** [7] - 44:6, 44:12, 44:17, 44:21, 44:23, 45:1, 45:6

**enter** [1] - 17:10

**entire** [6] - 9:24, 10:20, 12:1, 24:22, 40:17, 55:18

**entry** [2] - 31:11, 31:13

**ER** [12] - 11:7, 11:10, 11:12, 11:19, 11:22, 12:19, 13:4, 15:18, 28:8, 32:8, 32:16, 44:23

**erase** [2] - 27:7, 28:11

**establish** [1] - 54:15

**established** [1] - 53:10

**ethanol** [1] - 24:6

**everywhere** [1] - 12:11

**evidence** [16] - 4:13, 5:7, 30:5, 30:8, 31:10, 39:7, 40:24, 41:3, 41:4, 48:5, 50:14, 53:12, 55:14, 60:23, 61:1, 61:12

**Evidence** [1] - 53:14

**exact** [1] - 34:24

**exactly** [1] - 55:10

**exam** [3] - 10:7, 10:12

**examination** [2] - 37:18, 53:10

**EXAMINATION** [4] - 2:3, 2:4, 6:1, 37:7

**examined** [1] - 5:25

**examiner** [1] - 16:9

**examiner's** [1] - 34:13

**example** [5] - 9:1, 20:7, 21:5, 26:16, 45:4

**examples** [1] - 24:12

**except** [1] - 35:15

**exception** [1] - 51:13

**exclude** [1] - 49:19

**excluded** [1] - 47:13

**exclusion** [1] - 47:12

**excuse** [1] - 60:19

**excused** [3] - 59:19, 59:20, 60:14

**Exhibit** [4] - 31:9, 31:21, 41:7, 41:9

**exhibit** [1] - 53:13

**EXHIBITS** [1] - 2:8

**expect** [1] - 39:3

**expense** [1] - 60:6

**experience** [5] - 14:18, 14:24, 18:22, 30:1, 30:24

**expert** [12] - 3:6, 4:8, 4:10, 17:13, 17:25, 18:18, 30:12, 35:24, 36:7, 53:7, 53:9, 60:5

**expert's** [1] - 53:11

**experts** [4] - 19:15, 31:2, 33:8, 35:18

**explain** [7] - 8:23, 11:8, 14:4, 14:7, 18:23, 25:7, 60:5

**explained** [1] - 60:11

**explaining** [1] - 33:14

**exposures** [1] - 9:21

**extended** [6] - 32:9, 32:11, 32:12, 32:14, 32:24, 33:2

**eye** [2] - 22:3, 22:6

**eyed** [1] - 22:7

---

**F**

**FACMT** [1] - 13:18

**fact** [6] - 24:25, 30:14, 39:21, 40:18, 44:13, 57:23

**factors** [3] - 37:10, 37:19, 37:21

**fair** [5] - 9:8, 13:13, 14:16, 18:8, 35:13

**fall** [3] - 22:14, 24:1, 27:1

**falls** [1] - 28:23

**familiar** [3] - 10:22, 24:12, 35:21

**family** [3] - 18:6, 34:2, 61:9

**famous** [1] - 10:18

**fancy** [1] - 23:14

**far** [2] - 37:25, 51:15

**fashioned** [1] - 26:8

**fast** [1] - 46:1

**FDA** [20] - 2:9, 39:21, 40:11, 40:12, 41:14, 42:10, 48:11, 50:1, 50:2, 50:11, 50:24, 51:9, 51:25, 54:23, 54:24, 55:3, 56:14, 57:3

**Federal** [1] - 53:13

**federal** [3] - 59:1, 59:2, 59:6

**feds** [1] - 49:3

**Fellow** [1] - 13:19

**fellowship** [9] - 8:20, 8:24, 8:25, 9:6, 9:11, 9:15, 9:16, 10:9, 13:20

**fentanyl** [2] - 26:19, 26:23

**fewer** [2] - 9:23, 10:1

**fibrillation** [1] - 46:21

**field** [5] - 13:21, 16:2, 23:8, 31:2, 33:8

**fields** [1] - 26:5

**fight** [1] - 20:24

**figure** [5] - 15:11, 15:24, 16:7, 22:24, 38:17

**file** [3] - 31:7, 31:14

**files** [3] - 18:20, 33:7, 34:10

**fill** [1] - 34:25

**filled** [2] - 35:3, 39:10

**finally** [1] - 26:4

**finish** [1] - 5:7

**finished** [1] - 8:18

**Finns** [1] - 24:5

**first** [12] - 5:25, 8:5, 8:13, 9:16, 10:4, 10:16, 38:18, 40:21, 41:12, 50:18, 55:15, 57:1

**flatline** [1] - 46:24

**flight** [1] - 20:24

**fluid** [3] - 28:15, 29:14, 29:18

**foam** [2] - 29:19

**focus** [1] - 10:14

**focused** [2] - 8:9, 8:16

**follow** [4] - 9:23, 19:6, 36:20, 53:2

**followed** [1] - 10:7

**follows** [1] - 5:25

**Food** [5] - 41:14, 50:2, 50:22, 50:24, 57:2

**food** [1] - 55:2

**football** [1] - 45:4

**FOR** [1] - 1:3

**foremost** [1] - 10:16

**form** [4] - 33:8, 33:12, 35:17, 35:19

**forming** [4] - 30:13, 30:22, 31:6, 53:19

**forward** [2] - 3:19, 5:16

**foundation** [3] - 51:12, 53:16, 54:6

**foundational** [1] - 53:18

**four** [3] - 7:13, 7:21, 42:17

**free** [1] - 19:12

**Friday** [1] - 12:4

**FRIDAY** [1] - 1:12

**friends** [2] - 34:3, 61:9

**front** [1] - 19:7

**full** [1] - 18:12

**functions** [1] - 25:13

---

**G**

**Gap** [1] - 1:24

**generalization** [1] - 22:12

**generally** [1] - 9:20

**generic** [2] - 23:19, 32:16

**gentlemen** [6] - 3:2, 4:18, 36:19, 52:25, 59:23, 60:22

**Georgia** [4] - 7:6, 7:16, 7:18

**girl** [1] - 7:3

**given** [2] - 11:12, 39:18

**gleaned** [1] - 16:14

**God** [1] - 5:20

**gotcha** [1] - 56:9

**government** [2] - 49:3, 49:5

**Government** [11] - 3:5, 3:11, 4:15, 4:21, 5:14, 5:24, 49:15, 54:18, 60:7, 60:15, 61:3

**Government's** [1] - 4:3

**GOVERNMENT'S** [1] - 2:2

**graduate** [1] - 6:21

**graduated** [1] - 14:1

**great** [1] - 25:24

**grew** [1] - 7:1

**groggy** [1] - 38:12

**grounds** [1] - 49:16

**growing** [1] - 41:15

**guess** [1] - 53:5

**guest** [1] - 13:8

**guy** [1] - 22:18

**guys** [1] - 26:18

---

**H**

**HAIL** [3] - 2:3, 5:23, 6:7

**Hail** [26] - 5:15, 6:4, 6:5, 6:6, 6:25, 29:21, 30:22, 31:13, 31:23, 35:24, 37:9, 40:7, 41:12, 42:6, 42:24, 48:17, 49:25, 51:19, 51:22, 52:15, 54:21, 56:14, 56:24, 58:15, 58:22, 60:13

**hail** [1] - 6:7

**half** [1] - 8:12

**hand** [4] - 5:17, 42:3, 54:13, 59:17

**handed** [2] - 50:9, 54:21

**handling** [1] - 53:6

**hands** [1] - 14:15

**hard** [1] - 38:17

**harm** [5] - 6:21, 6:22, 6:23, 57:8, 57:19

**Hartshorn** [9] - 29:23, 30:23, 31:24, 34:10, 35:25, 36:8, 36:12, 37:10, 38:21

**Hartshorn's** [5] - 31:7, 31:13, 36:9, 43:16, 58:20

**Hassan** [1] - 39:13

**hat** [1] - 12:25

**health** [2] - 12:15, 57:9

**hear** [4] - 20:7, 20:8, 45:4, 61:11

**hearsay** [1] - 30:6

**heart** [15] - 9:4, 11:13, 21:3, 44:3, 44:6, 44:12, 44:13, 44:15, 44:17, 44:21, 45:1, 45:2, 45:3, 45:6, 46:1

**heart's** [1] - 45:19

**heartbeat** [2] - 45:23, 46:7

**hearts** [2] - 44:24,

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 233-5419

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 66 of 72   Pageid#: 10387

45:3

**Heather** [1] - 29:23, 30:23, 31:6, 31:24, 34:9, 35:25, 36:8, 36:9, 37:10, 43:16, 47:16

**Heather's** [1] - 38:1

**held** [8] - 4:17, 36:21, 37:3, 53:4, 56:10, 60:3, 60:21, 61:19

**help** [7] - 5:20, 10:17, 12:4, 12:9, 15:21, 19:12, 24:1

**helpful** [2] - 18:23, 27:16

**helps** [1] - 25:10

**hemispheres** [1] - 25:10

**hence** [1] - 32:14

**herein** [1] - 5:24

**heroin** [4] - 22:22, 22:23, 23:3, 23:4

**heroine** [1] - 20:14

**HH** [1] - 31:10

**HH-298** [1] - 31:21

**HH-299** [1] - 32:4

**high** [2] - 21:6, 44:14

**Hippocratic** [3] - 6:18, 6:19, 6:20

**history** [8] - 10:14, 15:20, 33:15, 33:22, 34:6, 43:17, 43:19, 43:20

**hit** [1] - 19:9

**hold** [1] - 33:1

**holds** [1] - 10:19

**Honor** [41] - 3:9, 3:12, 3:15, 4:9, 4:16, 17:12, 17:15, 17:23, 19:1, 30:3, 30:12, 30:18, 36:1, 36:16, 37:1, 37:6, 40:1, 40:3, 40:23, 41:1, 47:19, 49:13, 49:22, 50:13, 51:12, 52:1, 52:18, 52:22, 53:15, 54:10, 54:12, 55:16, 55:23, 56:2, 59:11, 59:12, 59:13, 59:15, 59:21, 60:8, 60:17

**HONORABLE** [1] - 1:11

**honors** [1] - 13:15

**hope** [5] - 5:1, 5:8, 56:22, 61:7, 61:17

**hopefully** [3] - 4:12, 5:3, 5:6

**horizon** [1] - 61:2

**Hospital** [6] - 8:1,

8:21, 10:17, 12:16, 12:17

**hospital** [3] - 11:11, 11:16, 24:15

**hospitals** [2] - 11:5, 12:18

**host** [1] - 46:24

**hour** [2] - 18:14, 59:8

**huge** [1] - 32:20

**husband** [1] - 28:22

**hydrate** [1] - 24:6

**hydrocodone** [2] - 26:15, 26:23

**hydroxy** [1] - 42:23

**hyped** [1] - 22:13

**hypertension** [1] - 44:9

**hypertensive** [3] - 44:6, 44:8, 44:21

**hypnotic** [5] - 23:9, 23:16, 23:25, 24:4

**hypnotics** [1] - 24:3

---

**I**

**illness** [1] - 33:20

**imagine** [1] - 22:18

**imaging** [1] - 15:21

**immediate** [1] - 32:1

**immediately** [1] - 35:1

**important** [16] - 15:20, 16:12, 19:15, 20:12, 21:7, 22:16, 23:6, 24:1, 29:8, 32:9, 32:11, 32:15, 33:16, 33:22, 34:6, 49:1

**importantly** [1] - 21:21

**IN** [1] - 1:2

**inapplicable** [1] - 58:13

**include** [1] - 38:11

**included** [1] - 49:8

**including** [1] - 41:18

**inconvenience** [2] - 5:2, 5:12

**increase** [1] - 55:1

**increases** [1] - 57:7

**INDEX** [1] - 2:1

**indicated** [1] - 37:10

**indicating** [1] - 45:22

**indicating)** [1] - 28:15

**indication** [1] - 43:21

**indigent** [1] - 11:10

**individual** [1] - 27:5

**individuals** [5] - 16:23, 17:4, 18:24, 28:19, 56:21

**information** [4] - 16:14, 33:25, 57:11, 61:11

**insert** [7] - 47:22, 47:23, 47:25, 48:2, 48:13, 48:24, 49:11

**inserts** [2] - 48:17, 48:22

**insomnia** [1] - 41:20

**instances** [1] - 16:22

**instead** [3] - 4:25, 32:19, 32:23

**institution** [1] - 11:17

**instructions** [1] - 61:8

**intend** [1] - 60:8

**intending** [1] - 48:8

**interacting** [1] - 11:9

**interaction** [2] - 14:10, 14:13

**interesting** [1] - 24:8

**internal** [1] - 9:3

**internet** [1] - 61:14

**internship** [6] - 7:24, 8:2, 8:5, 8:11, 8:14, 8:15

**interrupt** [1] - 25:20

**interrupted** [1] - 24:17

**intoxication** [2] - 17:6, 17:7

**introduce** [2] - 6:3, 47:22, 48:8

**introduced** [1] - 48:2

**invariably** [2] - 23:17, 28:16

**investigated** [1] - 16:6

**involve** [1] - 17:1

**IR** [1] - 31:25

**issue** [3] - 15:9, 47:25, 54:24

**issued** [1] - 3:18

**issues** [2] - 44:3, 55:1

**itself** [3] - 28:24, 29:4, 45:6

---

**J**

**JAMES** [1] - 1:11

**JFK** [2] - 8:1, 10:18

**job** [1] - 33:14

**jobs** [2] - 10:15, 18:5

**JOEL** [1] - 1:8

**JONES** [1] - 1:11

**Jr** [1] - 1:22

**Judge** [1] - 47:21

**JUDGE** [1] - 1:11

**judge** [1] - 3:22

**JUHAN** [29] - 2:3, 5:15, 6:2, 17:12, 17:23, 17:24, 19:1, 19:5, 22:10, 26:1, 30:12, 30:21, 31:9, 31:12, 31:20, 31:22, 32:3, 32:5, 36:5, 36:6, 36:12, 40:23, 50:13, 51:12, 52:1, 52:18, 53:15, 56:2, 59:15

**Juhan** [3] - 1:19, 53:6, 55:25

**jurors** [1] - 46:11

**jury** [35] - 4:14, 4:15, 4:17, 6:3, 6:19, 8:3, 11:8, 14:4, 18:9, 19:12, 24:12, 25:7, 25:21, 27:16, 28:7, 30:24, 31:3, 36:2, 36:21, 36:25, 37:2, 37:3, 40:9, 41:13, 45:15, 53:4, 54:14, 54:19, 56:3, 56:10, 60:3, 60:19, 60:20, 60:21, 61:19

**JURY** [1] - 1:11

---

**K**

**keep** [3] - 17:10, 25:16, 30:19

**kick** [1] - 29:1

**killed** [1] - 17:4

**kills** [1] - 22:2

**kind** [22] - 6:14, 8:23, 9:11, 9:17, 14:6, 14:23, 15:9, 16:18, 16:19, 20:11, 22:11, 25:7, 25:17, 31:1, 33:1, 35:12, 37:20, 43:7, 45:19, 45:20, 46:19, 49:3

**kinds** [1] - 17:3

**Klonopin** [7] - 24:14, 38:7, 38:22, 38:23, 42:18, 47:17, 47:22

**known** [3] - 8:14, 35:21, 49:7

**knows** [1] - 25:21

---

**L**

**lab** [1] - 14:8

**labelling** [1] - 41:23

**labels** [1] - 57:12

**laboratory** [5] - 14:9, 14:17, 26:11, 26:14, 26:19

**labs** [1] - 15:21

**ladies** [6] - 3:2, 4:18, 36:19, 52:25, 59:23, 60:22

**lady** [1] - 13:13

**last** [4] - 3:11, 8:8, 28:5, 31:11

**latest** [1] - 20:8

**laudanum** [1] - 26:8

**law** [1] - 22:17

**Law** [1] - 1:23

**lawsuits** [1] - 49:6

**lawyer** [1] - 46:11

**lawyers** [1] - 53:1

**lay** [2] - 29:6, 54:6

**laymen's** [1] - 20:4

**lead** [1] - 12:13

**learn** [2] - 20:13, 46:25

**least** [4] - 4:1, 42:10, 53:7, 61:4

**leave** [4] - 12:13, 59:20, 60:14, 61:16

**lecturer** [1] - 13:8

**lectures** [1] - 13:11

**led** [1] - 33:20

**Lee** [1] - 7:24

**lengthy** [1] - 4:22

**lethal** [5] - 45:5, 46:2, 46:18, 47:1, 47:14

**Level** [3] - 10:22, 11:1, 11:5

**life** [7] - 5:10, 18:10, 25:12, 25:14, 43:18, 58:2, 58:3

**lift** [1] - 44:15

**likely** [2] - 4:22, 47:14

**lines** [1] - 31:11

**listen** [1] - 61:16

**live** [5] - 7:5, 16:3, 18:3, 25:13, 44:25

**lives** [1] - 43:13

**living** [1] - 7:7

**logical** [2] - 9:22, 28:2

**look** [14] - 18:20, 20:11, 31:6, 33:12, 33:20, 34:10, 34:13, 34:15, 37:22, 40:7, 43:10, 47:11, 50:5, 50:20

**looked** [1] - 34:10

**looking** [5] - 15:10, 20:13, 20:14, 21:8

**looks** [4] - 11:8, 16:17, 20:14, 21:17

**lose** [1] - 28:20

**loud** [2] - 41:13, 50:19

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 223-5145

Case 1:17-cr-00027-JPJ-PMS   Document 231   Filed 06/07/19   Page 67 of 72   Pageid#: 10388

**loudly** [1] - 23:1
**lung** [1] - 28:15
**lungs** [4] - 29:10, 29:13, 29:15, 29:18

**M**

**ma'am** [6] - 19:6, 50:21, 52:20, 59:16, 59:20, 59:25
**Main** [1] - 1:20
**manage** [1] - 17:5
**management** [1] - 57:9
**managing** [2] - 12:5, 12:10
**manifesting** [1] - 14:14
**mankind** [1] - 49:7
**manually** [1] - 35:2
**marijuana** [1] - 17:9
**MARKED** [1] - 2:8
**market** [1] - 17:11
**mashing** [1] - 19:25
**master's** [1] - 7:19
**MAT** [1] - 57:13
**matter** [1] - 30:10
**MAY** [1] - 1:12
**mean** [17] - 8:3, 10:2, 10:25, 20:3, 22:3, 26:2, 27:11, 32:22, 37:14, 45:6, 48:4, 48:6, 48:9, 48:12, 52:3, 52:4, 52:8
**meaning** [5] - 15:13, 16:10, 47:2, 47:12, 58:1
**means** [8] - 11:12, 20:3, 21:22, 21:25, 22:5, 23:25, 32:23, 44:9
**meant** [1] - 49:5
**meat** [1] - 53:22
**Medical** [2] - 7:17, 12:24
**medical** [41] - 6:9, 6:14, 6:21, 7:18, 7:20, 7:22, 7:23, 8:4, 8:20, 8:24, 9:6, 9:8, 9:12, 9:14, 9:15, 9:18, 9:22, 9:24, 10:8, 10:9, 11:18, 11:24, 12:22, 13:8, 13:16, 13:19, 13:25, 14:1, 14:11, 14:15, 14:19, 15:25, 16:9, 17:13, 19:24, 28:8, 31:7, 31:14, 34:13, 43:16, 46:17
**medication** [6] - 42:12, 43:8, 55:8,

56:20, 57:9, 57:13
**medication-assisted** [1] - 57:13
**medications** [4] - 38:19, 55:2, 57:4, 58:9
**medicine** [14] - 7:24, 8:10, 8:16, 9:3, 9:7, 9:23, 10:5, 10:6, 12:21, 13:7, 13:17, 17:14, 46:25, 47:11
**medicines** [4] - 35:8, 40:13, 41:16, 41:25
**members** [1] - 40:9
**memorized** [1] - 48:15
**mention** [1] - 43:23
**mentioned** [5] - 8:2, 10:12, 13:24, 18:3, 25:6
**metabolite** [3] - 27:14, 27:20, 38:6
**metabolize** [1] - 27:11
**metabolized** [4] - 27:10, 27:17, 27:18, 42:22
**methadone** [6] - 26:19, 26:24, 56:21, 57:4, 57:11, 58:10
**methamphetamine** [2] - 17:7, 21:1
**Methodist** [1] - 7:11
**methodology** [1] - 43:10
**methods** [1] - 15:10
**Mickey** [1] - 24:5
**might** [11] - 11:15, 21:2, 22:14, 24:12, 24:15, 32:4, 34:3, 36:14, 43:18, 46:7, 46:8
**mildly** [1] - 44:17
**milligrams** [4] - 31:17, 31:25, 32:8
**mimicking** [1] - 20:23
**mind** [3] - 40:21, 50:20, 56:24
**mindless** [1] - 15:23
**mine** [1] - 45:21
**minimizing** [2] - 57:13, 57:25
**minute** [2] - 59:24, 59:25
**Miss** [2] - 31:13, 58:20
**Missouri** [1] - 35:15
**mix** [1] - 58:6
**mixing** [1] - 52:17

**moment** [1] - 59:10
**moms** [1] - 12:6
**Monday** [8] - 3:9, 3:24, 4:12, 4:25, 5:6, 60:25, 61:4, 61:17
**monitor** [1] - 47:7
**Monitoring** [1] - 34:20
**morning** [9] - 3:2, 3:9, 4:18, 4:25, 5:6, 6:4, 60:25, 61:5, 61:18
**morphine** [1] - 26:7
**most** [4] - 13:4, 21:21, 28:16, 33:15
**mother** [1] - 43:24
**mountains** [1] - 7:4
**mouth** [3] - 29:12, 29:20, 33:4
**move** [8] - 17:12, 28:6, 41:2, 41:4, 41:9, 49:13, 55:17, 56:6
**moved** [1] - 7:6
**MR** [90] - 2:3, 2:4, 3:8, 3:12, 3:15, 3:23, 3:25, 4:9, 4:16, 5:15, 6:2, 17:12, 17:15, 17:17, 17:19, 17:23, 17:24, 19:1, 19:5, 22:10, 26:1, 30:3, 30:12, 30:18, 30:21, 31:9, 31:12, 31:20, 31:22, 32:3, 32:5, 36:1, 36:5, 36:6, 36:12, 36:16, 37:1, 37:6, 37:8, 39:25, 40:3, 40:6, 40:23, 41:1, 41:4, 41:9, 41:11, 42:1, 42:5, 46:15, 47:15, 47:19, 47:21, 48:6, 48:11, 49:13, 49:18, 49:21, 49:24, 50:13, 50:15, 51:6, 51:8, 51:12, 52:1, 52:6, 52:9, 52:13, 52:14, 52:18, 52:22, 53:15, 54:8, 54:10, 54:12, 54:17, 54:20, 55:15, 55:21, 56:2, 56:6, 56:9, 56:13, 59:10, 59:15, 59:21, 60:8, 60:17
**muscle** [1] - 44:13

**N**

**naked** [1] - 22:19
**name** [7] - 6:4, 23:19, 32:14, 32:16, 38:6

**natural** [3] - 15:17, 25:17, 43:10
**necessarily** [2] - 46:2, 46:3
**necessary** [3] - 5:5, 54:2, 60:25
**need** [11] - 4:4, 4:24, 12:9, 23:11, 48:4, 53:1, 54:6, 55:17, 59:23, 60:11, 60:18
**needle** [1] - 34:4
**needs** [2] - 46:21, 46:22
**negative** [3] - 29:10, 29:13, 29:14
**negotiated** [1] - 49:4
**nerve** [1] - 41:17
**nervous** [8] - 20:23, 20:24, 21:18, 21:19, 21:20, 45:20, 57:6
**neurosurgeon** [1] - 11:4
**never** [2] - 22:15, 51:15
**new** [3] - 17:8, 17:9, 24:2
**news** [7] - 4:14, 4:20, 5:1, 5:2, 20:7, 20:8, 61:15
**next** [8] - 3:3, 4:2, 4:23, 5:4, 5:7, 5:14, 12:4, 12:12
**night** [1] - 28:22
**none** [1] - 59:6
**noon** [3] - 12:1, 12:3, 12:4
**normal** [2] - 45:3, 45:23, 46:3
**North** [5] - 8:21, 11:25, 12:5, 12:9, 19:22
**nose** [2] - 29:11, 29:20
**nostalgic** [1] - 7:2
**note** [1] - 30:3
**nothing** [5] - 5:20, 45:7, 47:4, 47:8, 61:20
**nowadays** [1] - 24:11
**number** [4] - 11:2, 24:6, 35:5, 41:8
**numerous** [2] - 14:25, 16:25

**O**

**Oakton** [1] - 7:1
**oath** [4] - 6:11, 6:14, 6:17, 6:20

**Oath** [3] - 6:18, 6:19, 6:20
**OB/Gyn** [1] - 8:7
**object** [7] - 17:15, 17:17, 36:1, 36:3, 40:23, 50:14, 51:13
**objected** [1] - 49:16
**objection** [9] - 17:18, 17:21, 30:3, 30:17, 30:19, 36:4, 47:23, 52:1, 52:18
**obligation** [1] - 5:11
**obstruction** [5] - 28:25, 29:5, 29:9, 29:14, 29:17
**obtained** [1] - 7:19
**obviously** [4] - 12:6, 12:11, 33:18, 33:25
**occur** [1] - 46:5
**occurred** [2] - 45:7, 45:8
**OF** [4] - 1:3, 1:5, 1:11, 2:9
**offense** [1] - 49:3
**offer** [2] - 11:2, 11:5
**offered** [2] - 13:22, 30:9
**Office** [2] - 1:20, 1:23
**office** [1] - 13:1
**often** [3] - 11:20, 16:9, 29:19
**old** [1] - 26:8
**old-fashioned** [1] - 26:8
**ON** [1] - 2:9
**once** [9] - 8:15, 16:13, 26:14, 32:23, 32:25, 33:1, 45:9, 47:7, 50:1
**one** [27] - 3:15, 3:16, 4:21, 5:4, 5:12, 9:12, 12:11, 16:16, 19:18, 19:20, 20:11, 20:22, 23:17, 26:10, 26:24, 28:5, 28:18, 32:17, 32:21, 33:2, 33:6, 35:15, 44:11, 45:10, 48:11, 59:12, 61:4
**ones** [1] - 24:14
**Opana** [1] - 32:16
**opiate** [10] - 26:7, 26:9, 26:13, 26:21, 26:22, 42:7, 42:12, 57:19, 57:20
**opiate-type** [1] - 42:12
**opiates** [5] - 25:25, 26:6, 39:18, 57:16, 57:23
**opined** [1] - 16:6

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 233-5140

Case 1:17-cr-00027-JPJ-PMS   Document 231   Filed 06/07/19   Page 68 of 72   Pageid#: 10389

**opinion** [15] - 28:6, 29:21, 29:22, 29:25, 30:13, 30:22, 31:6, 33:9, 33:13, 33:21, 35:18, 35:19, 35:24, 36:7, 36:9

**opioid** [28] - 17:1, 21:17, 21:23, 22:1, 22:8, 22:14, 22:25, 23:18, 25:22, 26:15, 26:21, 26:22, 27:3, 28:17, 28:20, 29:4, 40:13, 41:15, 41:24, 50:12, 56:19, 56:20, 56:23, 57:3, 57:8, 58:8, 58:12

**opioids** [16] - 17:4, 21:14, 25:2, 25:6, 25:14, 25:18, 26:12, 26:20, 33:5, 40:19, 41:19, 41:21, 57:23, 58:6, 58:11

**opportunity** [1] - 48:1

**oral** [1] - 10:7

**order** [1] - 46:9

**originally** [2] - 6:25, 7:1

**orthopedic** [1] - 11:4

**otherwise** [5] - 4:15, 52:4, 54:6, 54:19, 61:14

**out-of-court** [1] - 30:9

**outside** [4] - 37:11, 37:14, 60:1

**outweigh** [1] - 57:8, 57:20

**overcome** [1] - 29:13

**overdose** [9] - 12:10, 20:8, 20:9, 20:10, 22:13, 22:14, 24:22

**overdoses** [2] - 9:20, 11:13

**overrule** [3] - 17:21, 30:17, 36:4

**own** [3] - 11:19, 35:5, 43:13

**oxycodone** [20] - 26:16, 26:23, 27:6, 27:10, 27:15, 27:17, 27:18, 27:19, 27:21, 27:22, 27:23, 27:25, 28:4, 31:17, 31:25, 36:11, 58:12

**oxymorphone** [21] - 27:1, 27:10, 27:15, 27:17, 27:19, 27:20, 27:21, 27:23, 27:25, 28:3, 28:4, 31:16,

32:8, 32:13, 32:16, 32:21, 32:24, 36:10, 58:12

**Oz** [1] - 26:3

# P

**P.O** [1] - 1:23

**package** [9] - 47:22, 47:23, 47:25, 48:2, 48:13, 48:17, 48:22, 48:24, 49:11

**packaging** [1] - 48:7

**page** [2] - 31:10, 56:25

**PAGE** [1] - 2:2

**paid** [1] - 18:15

**pain** [6] - 15:19, 40:13, 41:19, 41:24, 43:19, 58:12

**pains** [1] - 33:17

**pamphlet** [1] - 53:8

**paper** [1] - 48:25

**paragraph** [5] - 40:21, 41:12, 55:15, 57:1, 57:24

**paramedic** [1] - 34:1

**parent** [2] - 27:12, 27:13

**Parkland** [10] - 7:25, 8:21, 10:17, 11:7, 11:10, 11:12, 11:22, 12:16, 12:19, 13:4

**parkland** [1] - 8:1

**part** [8] - 7:25, 8:12, 22:6, 25:15, 30:13, 33:16, 58:4, 58:5

**particular** [4] - 20:6, 23:7, 32:18, 56:18

**parts** [3] - 12:8, 51:22, 55:21

**pass** [3] - 10:10, 10:12, 42:25

**past** [2] - 29:9, 43:24

**patient** [18] - 12:10, 14:10, 14:13, 14:20, 14:21, 15:8, 15:12, 15:13, 15:15, 16:1, 16:16, 21:9, 33:7, 33:15, 33:25, 34:7, 35:6

**patients** [6] - 6:24, 11:13, 11:19, 12:6, 12:18, 13:5, 13:6, 13:10, 14:12, 14:16, 16:3, 16:10, 35:13, 48:19, 57:5

**pay** [1] - 59:7

**PCP** [1] - 21:1

**pediatrics** [1] - 8:7

**Pennington** [1] - 1:24

**people** [10] - 9:17, 17:8, 24:21, 25:19, 29:7, 42:25, 43:12, 44:23, 45:3, 57:25

**per** [1] - 28:17

**perhaps** [3] - 5:4, 9:1, 25:21

**perimortem** [4] - 16:10, 23:5, 33:23, 34:6

**period** [5] - 13:21, 16:10, 16:15, 32:20, 32:24

**periodical** [1] - 53:8

**permission** [1] - 19:1

**person** [3] - 15:11, 16:12, 34:4

**pertinent** [1] - 55:19

**Ph.D** [1] - 14:8

**pharmacies** [1] - 35:3

**pharmacologically** [1] - 32:12

**pharmacology** [1] - 58:10

**Pharmacy** [2] - 34:22, 34:24

**phase** [1] - 8:15

**phone** [2] - 12:8, 12:10

**photos** [1] - 34:3

**physical** [1] - 43:25

**physician** [11] - 9:18, 10:16, 10:21, 11:7, 13:17, 16:8, 16:15, 21:8, 33:19, 35:4, 43:10

**physician's** [1] - 33:14

**physicians** [4] - 12:5, 15:23, 49:9, 55:10

**picking** [1] - 7:3

**piece** [1] - 48:24

**pill** [1] - 33:2

**pinpoint** [3] - 21:18, 22:3, 22:9

**placed** [1] - 42:8

**Placidyl** [1] - 24:5

**plain** [1] - 14:4

**Plaintiff** [1] - 1:6

**plant** [2] - 26:2, 26:3

**play** [1] - 26:11

**played** [1] - 26:14

**playing** [1] - 45:16

**PLC** [1] - 1:23

**plenty** [3] - 14:8, 44:23, 46:2

**plus** [3] - 20:1, 42:16, 42:17

**PMP** [5] - 34:18, 34:19, 34:20, 35:12, 39:13

**PMPs** [1] - 35:10

**point** [13] - 19:11, 22:1, 30:4, 40:23, 41:5, 43:2, 48:1, 50:17, 51:7, 53:1, 55:10, 55:19, 57:24

**Poison** [3] - 8:21, 11:25, 19:22

**poison** [4] - 12:7, 12:15, 12:20, 13:12

**poisoned** [4] - 12:6, 12:17, 13:6, 14:12

**poisoning** [3] - 9:19, 15:9, 16:23

**police** [4] - 22:21, 34:1, 34:15, 37:15

**poppies** [1] - 26:6

**poppy** [9] - 25:25, 26:2, 26:3, 26:5, 26:7, 26:9, 26:11, 26:14

**position** [1] - 30:4

**possible** [3] - 4:6, 48:19, 49:6

**possibly** [2] - 38:13, 49:7

**postmortem** [3] - 22:21, 23:2, 45:7

**potential** [2] - 47:11, 47:14

**potentially** [2] - 14:21, 45:1

**practice** [2] - 45:5, 55:11

**practicing** [1] - 13:21

**preparations** [1] - 32:12

**prepared** [4] - 3:5, 34:21, 34:23, 49:2

**prescribe** [1] - 49:10

**prescribed** [8] - 31:16, 31:18, 32:1, 32:10, 33:6, 35:6, 36:11, 39:20

**Prescription** [1] - 34:20

**prescription** [14] - 24:15, 31:24, 32:7, 34:5, 34:25, 38:23, 38:24, 39:8, 39:10, 39:15, 41:24, 48:18, 48:25

**prescriptions** [3] - 32:15, 35:13, 38:21

**presence** [6] - 4:17, 37:3, 54:14, 54:19,

56:10, 60:21

**present** [5] - 23:18, 27:21, 58:16, 58:19, 61:4

**presented** [4] - 53:7, 56:14, 60:24, 61:1

**PRESIDING** [1] - 1:11

**Presley** [1] - 24:4

**pressure** [9] - 21:3, 29:10, 29:13, 29:14, 35:8, 44:9, 44:10, 44:14, 44:16

**pretend** [1] - 19:21

**pretty** [5] - 5:4, 8:6, 9:25, 13:13, 17:6

**prevent** [1] - 49:5

**principles** [2] - 15:10, 31:1

**printout** [1] - 53:17

**problem** [1] - 3:19

**procedures** [1] - 24:16

**proceed** [4] - 3:14, 17:22, 37:5, 56:12

**Proceedings** [12] - 1:25, 3:1, 4:17, 36:21, 36:23, 37:3, 53:4, 56:10, 60:3, 60:21, 61:19, 61:22

**process** [6] - 9:12, 15:23, 16:20, 16:21, 29:16, 34:24

**profession** [3] - 8:4, 19:14, 20:15

**professional** [1] - 7:8

**professionals** [2] - 12:15, 57:10

**professor** [6] - 12:20, 12:21, 12:23, 12:25, 13:3, 18:25

**Program** [1] - 34:21

**promise** [2] - 6:21, 6:22

**promising** [1] - 6:23

**prone** [2] - 32:18, 45:2

**proper** [1] - 61:13

**properly** [1] - 61:12

**prove** [3] - 45:8, 47:4, 47:8

**provided** [1] - 35:10

**psychiatric** [1] - 38:20

**publication** [1] - 53:10

**pull** [1] - 31:9

**pulled** [1] - 48:7

**pulls** [1] - 29:14

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(276) 233-5454*

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 69 of 72   Pageid#: 10390

pulmonary [4] -
28:7, 28:14, 28:16
pulseless [1] - 46:21
pumping [2] - 44:13,
44:16
pupils [7] - 21:18,
22:3, 22:5, 22:7, 22:9,
22:20
purely [1] - 21:15
purposes [2] - 19:3,
21:16
put [4] - 14:16,
27:13, 35:2, 48:18

## Q

qualified [2] - 17:20,
18:18
qualify [1] - 17:13
questions [11] --
15:19, 33:19, 36:13,
46:13, 51:14, 51:17,
53:19, 54:19, 59:13,
59:14, 59:15
quickly [1] - 5:4

## R

rain [2] - 61:6, 61:8
raise [1] - 5:17
Ramseyer [1] - 1:18
RAMSEYER [5] - 3:8,
3:12, 4:16, 47:21,
60:17
Randall [1] - 1:18
rare [1] - 9:25
rate [4] - 18:12, 21:3,
46:1, 59:7
rats [1] - 14:9
rays [1] - 44:24
reach [1] - 4:4
read [19] - 40:17,
41:12, 41:13, 49:10,
50:17, 50:18, 51:21,
51:22, 52:5, 53:12,
55:14, 55:18, 55:19,
55:22, 56:5, 57:1,
57:24, 61:16
reading [4] - 40:21,
51:20, 51:23, 56:24
ready [4] - 3:13,
4:15, 30:5, 36:25
really [7] - 14:7,
22:7, 24:3, 25:16,
26:5, 50:16
reason [1] - 43:4
reasons [1] - 42:25
received [6] - 7:12,
7:18, 13:15, 41:7,
53:13, 61:11
RECEIVED [1] - 2:8

recently [1] - 42:6
receptors [3] - 25:3,
25:15, 25:19
recess [4] - 36:17,
36:20, 36:22, 61:21
recognize [2] - 3:17,
3:20
recognized [1] - 3:16
recommendations
[1] - 57:12
record [2] - 30:14,
51:9, 51:13
records [1] - 43:16
reduce [1] - 57:10
reflect [1] - 31:14
reflects [1] - 31:15
reflex [1] - 25:17
reflexes [1] - 28:21
regard [1] - 54:9,
55:1, 58:8
regarding [10] -
29:22, 30:23, 36:7,
37:9, 39:18, 42:7,
43:17, 44:1, 44:3,
55:7
regular [1] - 5:10
regulatory [1] -
48:17
relates [1] - 28:8
relatively [1] - 24:2
relax [1] - 24:25
relaxed [1] - 25:1
release [6] - 32:1,
32:9, 32:11, 32:12,
32:14, 33:2
released [2] - 32:20,
32:24
relevance [1] - 52:11
reliable [5] - 53:11,
53:18, 54:1, 55:6,
55:9
relied [5] - 30:15,
31:5, 33:7, 33:12
rely [3] - 30:13, 33:8,
33:11
remember [2] - 26:3,
61:8
rendered [2] - 29:22
rephrase [2] - 52:22,
57:18
report [4] - 34:11,
34:13, 34:15, 44:5
Reporter [1] - 1:25
reports [5] - 34:1,
34:2, 37:15
request [1] - 4:10
requires [3] - 10:6,
40:14, 48:18
requiring [1] - 57:10
research [4] - 13:1,

13:22, 61:10, 61:13
residency [12] - 7:24,
8:3, 8:8, 8:12, 8:13,
8:18, 8:25, 9:3, 9:5,
9:16, 10:5, 10:7
resident [1] - 7:17
residents [1] - 11:18
respect [6] - 30:7,
43:12, 43:15, 51:9,
51:19, 58:15
respirations [1] -
29:7
respiratory [6] -
21:22, 24:7, 24:9,
24:21, 25:5, 40:19
response [1] - 30:11
responsibilities [1] -
11:15
result [1] - 28:18
resulted [1] - 41:17
resumed [1] - 36:23
return [2] - 3:22,
60:25
review [2] - 41:15,
57:2
reviewing [1] - 43:15
rhythm [5] - 45:3,
45:9, 45:20, 46:2
rhythms [3] - 45:4,
46:3, 46:24
risk [4] - 44:18, 57:7,
57:20, 58:1
risks [3] - 40:12,
57:9, 57:10
road [1] - 45:23
role [1] - 50:5
roles [1] - 11:23
room [2] - 9:22,
23:11
rotate [1] - 8:6
rotators [1] - 13:11
round [3] - 12:13,
12:16, 13:10
rounds [1] - 12:13
Rule [1] - 54:7
rule [1] - 15:22,
16:18, 16:19
Rules [1] - 53:13
run [1] - 49:11
running [2] - 22:19,
26:4

## S

s-t-a-c-e-y [1] - 6:7
safe [2] - 57:22, 58:6
safety [8] - 39:21,
40:11, 50:5, 52:11,
52:16, 56:17, 56:18,
56:25

Safety [7] - 2:9,
50:11, 50:22, 51:2,
54:23, 54:24, 56:14
salts [2] - 17:9, 21:1
Samuel [1] - 1:19
scene [1] - 34:3
schedule [1] - 4:20
school [5] - 6:21,
7:10, 9:14, 13:8, 14:1
Science [1] - 7:12
scope [1] - 47:1
scratch [2] - 26:17,
26:18
screaming [1] - 60:9
screen [3] - 19:3,
19:7, 27:2
se [1] - 28:17
second [4] - 39:6,
50:20, 55:16, 59:12
sedative [5] - 23:8,
23:16, 23:25, 24:3,
24:4
sedatives [1] - 24:19
see [23] - 4:5, 4:19,
11:19, 15:12, 17:6,
19:6, 23:17, 24:15,
24:21, 26:4, 27:19,
27:20, 28:16, 35:6,
38:23, 44:24, 45:16,
47:4, 47:5, 52:20,
54:15, 61:2, 61:17
seeing [2] - 13:5,
16:9, 16:11, 50:18
seizures [2] - 21:3,
41:20
semi [1] - 26:12
semi-synthetic [1] -
26:12
sense [2] - 10:21,
12:4
serious [3] - 40:12,
41:17, 57:7
served [1] - 3:18
service [1] - 13:22
services [2] - 11:2,
11:6
set [1] - 11:24
setting [2] - 14:9,
24:15
settled [1] - 3:4
shall [1] - 5:19
shift [1] - 11:12
shocked [2] - 46:21,
46:22
short [1] - 36:19
shot [2] - 8:1, 10:19
show [2] - 35:7,
49:25
shows [1] - 39:13
side [7] - 38:9, 38:11,

38:13, 39:3, 41:17,
44:19, 57:7
significant [4] - 24:7,
24:9, 24:21, 25:5
signs [4] - 14:14,
20:5, 20:6, 21:6
silly [1] - 33:19
similar [1] - 29:3
simple [4] - 42:25,
43:1, 46:10
single [3] - 10:19,
33:15, 47:9
sit [2] - 13:1, 59:25
sitting [4] - 45:20,
45:21
situation [1] - 33:23
six [1] - 42:17
sleep [2] - 22:2, 23:1
sleepy [3] - 24:24,
26:5, 38:11
slow [1] - 41:18
slower [6] - 21:23,
25:1, 29:17
SMITHERS [1] - 1:8
Smithers [5] - 31:19,
32:2, 32:8, 36:11,
39:15
snake [2] - 9:20, 17:5
snores [1] - 28:22
snoring [5] - 23:1,
28:25, 29:1, 29:5,
29:6
so-called [1] - 48:22
solemnly [1] - 5:18
someone [18] - 12:3,
13:21, 18:22, 22:8,
22:12, 22:14, 22:17,
22:25, 25:13, 27:19,
27:22, 27:25, 29:3,
35:1, 39:5, 47:2, 47:7,
57:15
sometimes [5] -
13:7, 13:8, 38:19,
43:15, 47:5
somewhat [1] - 4:21
sorry [5] - 5:9, 17:16,
24:17, 26:17, 50:13
sort [12] - 13:23,
16:18, 34:6, 43:2,
45:14, 45:19, 45:23,
46:7, 46:9, 49:4, 50:2,
55:2
sorting [1] - 16:20
sound [2] - 28:25,
29:6
Southern [1] - 7:11
Southwestern [2] -
7:25, 12:24
specialties [1] - 8:7
specialty [3] - 8:9,

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 233-5146
Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 70 of 72   Pageid#:
10391

8:25, 9:9
**specific** [2] - 34:9, 58:13
**specifically** [2] - 31:10, 58:8
**spell** [2] - 6:5, 6:6
**spend** [1] - 20:12
**spinal** [1] - 25:11
**STACEY** [2] - 2:3, 5:23
**Stacey** [3] - 5:15, 6:4, 6:5
**staff** [1] - 10:17
**stand** [2] - 5:22, 6:11
**standard** [2] - 35:22, 55:11
**standards** [1] - 31:2
**standpoint** [2] - 16:1, 49:9
**stands** [4] - 21:19, 31:25, 32:9, 34:20
**start** [3] - 4:2, 19:18, 56:22
**state** [3] - 35:10, 35:15
**statement** [4] - 30:9, 53:8, 53:9, 53:12
**statements** [1] - 54:2
**states** [2] - 34:22, 34:23
**STATES** [2] - 1:2, 1:5
**States** [3] - 1:18, 1:20, 5:15
**stays** [1] - 61:7
**stem** [6] - 25:2, 25:6, 25:8, 25:12, 25:15, 25:17
**step** [1] - 59:24
**Steven** [1] - 1:18
**still** [6] - 7:5, 7:16, 10:21, 16:10, 22:8, 52:18
**stop** [7] - 21:24, 21:25, 24:11, 24:24, 25:3, 25:19, 58:4
**stopped** [1] - 23:1
**stops** [1] - 29:2
**storm** [1] - 6:7
**story** [1] - 22:25
**straight** [4] - 9:14, 26:7, 26:9, 26:13
**strange** [1] - 9:17
**street** [4] - 17:8, 17:10, 22:19, 52:7
**Street** [1] - 1:20
**strike** [1] - 15:7
**stroke** [1] - 25:13
**strokes** [1] - 11:13
**strongest** [3] - 40:14, 40:15, 41:23

**struggling** [1] - 29:8
**students** [1] - 11:18
**stuff** [2] - 37:12, 50:7
**stupid** [2] - 43:1, 46:10
**subject** [4] - 59:22, 60:7, 60:10, 60:11
**submit** [1] - 43:3
**subpoenas** [1] - 3:18
**substance** [7] - 14:20, 18:15, 20:6, 23:7, 27:12, 27:13, 35:7
**substances** [4] - 17:3, 26:10, 35:3, 35:9
**sudden** [2] - 22:18, 44:2
**suddenly** [2] - 45:5, 45:16
**suffering** [1] - 15:16
**suicidal** [3] - 38:16, 42:23, 43:24
**suicide** [1] - 43:21
**Suite** [1] - 1:20
**summary** [1] - 35:14
**summonsed** [1] - 4:2
**sunny** [1] - 61:7
**super** [2] - 22:6, 22:13
**super-duper** [1] - 22:6
**supervising** [1] - 11:21
**supervisory** [1] - 11:15
**supplement** [1] - 15:20
**supposed** [3] - 22:24, 23:25, 61:6
**surgeon** [1] - 11:4
**surgery** [1] - 8:7
**suspect** [1] - 40:17
**suspended** [1] - 36:23
**swear** [1] - 5:18
**sweaty** [2] - 21:4, 22:19
**sworn** [1] - 5:25
**symp** [1] - 21:10
**sympathetic** [2] - 20:23, 20:24
**sympathomimetic** [7] - 20:16, 20:17, 20:22, 21:2, 21:7, 21:15, 22:7
**symptom** [1] - 49:7
**symptoms** [3] - 20:5, 20:6, 21:6
**syndrome** [1] - 20:1

**syndrome"** [1] - 20:1
**synergism** [1] - 42:15
**synergistic** [2] - 42:16, 42:17
**synthetic** [3] - 17:9, 26:12, 26:18
**system** [13] - 20:23, 20:24, 20:25, 21:18, 21:19, 21:20, 27:23, 28:1, 32:14, 38:1, 41:17, 47:17, 57:6

## T

**table** [2] - 12:14, 47:9
**tachycardia** [2] - 46:1, 46:22
**teach** [2] - 13:7, 13:8, 19:23, 21:16
**teaches** [1] - 18:25
**teaching** [2] - 11:20, 13:4
**team** [1] - 11:3
**technical** [1] - 53:1
**technically** [3] - 7:17, 12:1, 26:12
**teenagers** [1] - 45:4
**teeny** [1] - 22:9
**tends** [1] - 8:6
**term** [8] - 10:22, 14:6, 19:25, 20:15, 23:8, 28:7, 46:17, 58:1
**terminological** [1] - 28:5
**terms** [7] - 8:2, 8:24, 19:14, 20:4, 31:1, 35:7, 46:10
**test** [3] - 10:10, 10:12, 14:10
**testified** [8] - 5:25, 37:9, 54:3, 54:5, 58:22, 58:24, 59:4, 59:7
**testify** [2] - 3:6, 30:5
**testifying** [1] - 30:8
**testimony** [4] - 5:18, 18:16, 34:2, 53:11
**Texas** [15] - 7:7, 7:9, 7:11, 7:25, 8:21, 11:25, 12:5, 12:9, 12:24, 17:6, 18:3, 19:22, 34:23, 60:6
**THE** [89] - 1:2, 1:3, 2:9, 3:2, 3:10, 3:13, 3:20, 3:24, 4:8, 4:11, 4:18, 5:16, 5:21, 5:22, 17:16, 17:18, 17:21,

19:4, 22:3, 22:5, 25:20, 25:24, 30:2, 30:11, 30:17, 30:20, 36:4, 36:15, 36:18, 36:22, 36:25, 37:2, 37:4, 40:2, 40:5, 40:25, 41:2, 41:6, 41:8, 41:10, 42:3, 46:13, 46:16, 48:3, 48:9, 48:12, 48:14, 48:16, 48:21, 48:22, 48:24, 49:12, 49:15, 49:19, 49:23, 50:21, 50:24, 51:1, 51:3, 51:4, 52:3, 52:7, 52:10, 52:20, 52:24, 53:5, 53:21, 54:9, 54:11, 54:13, 54:18, 55:13, 55:17, 55:24, 56:3, 56:8, 56:11, 59:14, 59:16, 59:18, 59:19, 59:23, 60:1, 60:2, 60:4, 60:13, 60:18, 60:22, 61:20
**themselves** [2] - 24:10, 25:5
**thoughts** [1] - 43:22
**thousand** [1] - 15:5
**threatening** [3] - 25:14, 58:2, 58:3
**Thursday** [5] - 3:6, 3:17, 3:21, 4:25, 13:6
**timeline** [1] - 33:20
**tiny** [2] - 22:6, 22:9
**tissue** [2] - 28:21, 28:23
**today** [17] - 4:20, 4:23, 12:1, 12:4, 18:1, 18:8, 18:13, 24:11, 24:18, 24:19, 24:20, 47:1, 58:11, 58:14, 58:15, 60:24, 61:11
**together** [6] - 19:25, 20:1, 39:20, 41:22, 57:14, 57:23
**toll** [1] - 44:10
**tomorrow** [1] - 61:7
**took** [4] - 6:11, 7:12, 8:1, 33:2
**tools** [1] - 19:23
**topic** [1] - 13:11
**torsades** [1] - 46:23
**totally** [1] - 46:25
**touched** [1] - 45:14
**toward** [1] - 61:3
**toxic** [9] - 19:25, 20:1, 20:13, 20:14, 20:25, 21:9, 21:22, 22:8, 22:23
**toxicity** [2] - 14:14,

16:23
**toxicologist** [11] - 9:13, 9:18, 11:24, 13:16, 14:4, 14:6, 14:11, 14:15, 14:19, 17:7, 28:8
**toxicologists** [6] - 9:24, 10:2, 14:8, 14:12, 17:5, 55:7
**Toxicology** [1] - 13:19
**toxicology** [21] - 8:20, 9:6, 9:8, 9:15, 9:19, 9:22, 10:8, 10:9, 12:13, 12:22, 13:9, 13:11, 14:3, 15:9, 15:15, 15:25, 16:1, 17:13, 19:25, 34:13, 43:11
**toxidrome** [16] - 19:19, 19:24, 20:2, 20:3, 20:5, 20:22, 21:5, 21:17, 22:1, 22:7, 23:5, 23:16, 28:17, 28:18, 28:20
**toxidromes** [1] - 20:13
**trade** [4] - 19:23, 23:19, 32:16, 38:6
**training** [8] - 8:5, 8:25, 9:5, 11:21, 19:22, 20:13, 30:1, 30:24
**trains** [1] - 18:23
**transcribed** [1] - 1:25
**TRANSCRIPT** [1] - 1:11
**Transcription** [1] - 1:25
**trauma** [7] - 10:22, 11:1, 11:2, 11:3, 11:13, 15:16, 43:10
**treat** [5] - 14:12, 41:19, 41:20, 56:20, 58:9
**treating** [2] - 56:19, 56:23
**treatise** [1] - 53:8
**treatment** [1] - 57:13
**trial** [4] - 3:3, 4:12, 4:23, 4:24
**TRIAL** [1] - 1:11
**trickled** [1] - 32:13
**tried** [2] - 16:6, 36:2
**true** [6] - 3:20, 20:10, 33:2, 33:21, 42:24, 43:12
**truth** [4] - 5:19, 5:20, 30:9

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 233-5419

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 71 of 72   Pageid#: 10392

**try** [7] - 4:6, 15:10, 16:18, 18:23, 19:12, 19:20, 29:12
**trying** [4] - 15:24, 17:9, 29:13, 46:11
**tube** [1] - 14:10
**tunnel** [1] - 15:15
**two** [15] - 5:4, 8:2, 8:20, 20:12, 22:11, 31:11, 31:15, 42:15, 42:16, 42:17, 46:8, 46:17, 55:21
**two-year** [1] - 8:20
**type** [6] - 20:22, 37:25, 42:12, 43:25, 45:15
**types** [1] - 22:17
**typically** [2] - 33:8, 45:24

## U

**U.S** [2] - 41:14, 57:2
**ultimate** [2] - 28:6, 36:2
**uncommon** [1] - 27:18
**unconscious** [5] - 21:19, 21:21, 28:19, 28:23, 29:3
**under** [3] - 53:13, 54:7, 56:24
**underlying** [1] - 15:17
**undifferentiated** [1] - 15:13
**unique** [1] - 20:6
**UNITED** [2] - 1:2, 1:5
**United** [3] - 1:18, 1:20, 5:15
**university** [1] - 12:24
**University** [3] - 7:11, 7:25, 12:17
**unless** [1] - 61:7
**untreated** [2] - 57:8, 57:20
**up** [22] - 7:1, 7:9, 9:21, 11:24, 13:10, 17:8, 17:10, 19:10, 21:15, 22:13, 22:15, 29:1, 31:9, 31:11, 32:19, 33:5, 33:20, 39:6, 39:13, 45:21, 54:15, 60:18
**upload** [1] - 35:1
**uploaded** [1] - 35:4
**urges** [1] - 50:11
**urine** [1] - 14:10
**utilize** [2] - 29:25, 30:23

## V

**VA** [2] - 1:21, 1:24
**Valium** [1] - 24:14
**ventricular** [2] - 46:20, 46:21
**verify** [1] - 47:24
**Versed** [1] - 24:16
**victim** [1] - 15:16
**violation** [1] - 30:6
**Virginia** [5] - 7:1, 7:5, 35:10, 39:13
**VIRGINIA** [1] - 1:3
**virtue** [1] - 24:24
**vitally** [1] - 33:22
**Vogt** [3] - 31:9, 31:21, 32:4
**vs** [1] - 1:7

## W

**wake** [1] - 22:15
**wakes** [1] - 29:1
**walk** [1] - 52:7
**ward** [1] - 13:5
**warning** [3] - 40:14, 40:15, 42:7
**warnings** [4] - 39:17, 41:23, 54:25
**warns** [2] - 40:12, 48:19
**Washington** [1] - 35:16
**watch** [2] - 20:7, 61:16
**watching** [2] - 16:15, 26:3
**wearing** [1] - 12:25
**website** [3] - 48:7, 51:10, 55:4
**week** [10] - 3:3, 4:2, 4:23, 5:4, 12:1, 12:4, 12:12, 13:9
**weekend** [2] - 61:6, 61:17
**weights** [1] - 44:15
**West** [3] - 1:20, 35:10, 39:13
**WESTERN** [1] - 1:3
**whereas** [2] - 22:24, 45:22
**whole** [5] - 5:19, 8:13, 12:12, 46:24, 57:24
**wide** [1] - 22:8
**WILLIAMS** [56] - 2:4, 3:15, 3:23, 3:25, 4:9, 17:15, 17:17, 17:19, 30:3, 30:18, 36:1, 36:16, 37:1, 37:6,

37:8, 39:25, 40:3, 40:6, 41:1, 41:4, 41:9, 41:11, 42:1, 42:5, 46:15, 47:15, 47:19, 48:6, 48:11, 49:13, 49:18, 49:21, 49:24, 50:15, 51:6, 51:8, 51:17, 51:18, 52:6, 52:9, 52:13, 52:14, 52:22, 54:8, 54:10, 54:12, 54:17, 54:20, 55:15, 55:21, 56:6, 56:9, 56:13, 59:10, 59:21, 60:8
**Williams** [11] - 1:22, 1:23, 3:13, 36:15, 37:4, 46:14, 47:21, 53:24, 56:11, 59:17, 60:4
**wind** [1] - 9:21
**wish** [2] - 55:14, 55:19
**withdraw** [1] - 4:9
**withdrawal** [3] - 58:1, 58:2, 58:3
**withheld** [1] - 57:4
**withholding** [2] - 50:12, 56:20
**WITNESS** [11] - 5:21, 22:5, 25:24, 46:16, 48:14, 48:21, 48:24, 50:24, 51:3, 59:18, 60:1
**witness** [25] - 3:11, 3:16, 4:21, 5:14, 5:24, 17:13, 19:2, 39:25, 40:4, 47:20, 48:12, 49:21, 51:14, 51:15, 53:9, 53:16, 53:25, 54:14, 54:16, 55:19, 56:1, 56:4, 59:19, 60:5, 61:4
**WITNESSES** [1] - 2:2
**witnesses** [3] - 4:1, 4:7, 60:16
**Wizard** [1] - 26:3
**word** [4] - 19:24, 21:10, 21:24, 27:11
**words** [2] - 19:25, 45:20
**works** [1] - 35:2
**world** [1] - 24:2
**write** [2] - 19:2, 20:19
**writing** [1] - 27:2
**written** [4] - 10:7, 10:10, 31:25, 32:7

## X

**X-rays** [1] - 44:24

**Xanax** [12] - 23:18, 23:19, 24:14, 24:22, 38:25, 39:2, 39:8, 42:21, 42:22, 47:17, 47:22

## Y

**year** [3] - 8:5, 8:13, 8:20
**years** [6] - 7:13, 7:21, 8:8, 14:2, 14:18, 20:12
**young** [1] - 45:16
**yourself** [3] - 6:3, 29:12, 55:19

## Z

**Zachary** [1] - 1:19

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
(276) 233-5418

Case 1:17-cr-00027-JPJ-PMS   Document 234   Filed 06/07/19   Page 72 of 72   Pageid#: 10393