1

2                    IN THE UNITED STATES DISTRICT COURT

3                   FOR THE WESTERN DISTRICT OF VIRGINIA

4                            ABINGDON DIVISION

5    UNITED STATES OF AMERICA,      )
                                    )
6                 Plaintiff,        )   Criminal Case No.
                                    )   1:17-cr-00027-JPJ-PMS-1
7    vs.                            )
                                    )
8    JOEL A. SMITHERS,              )
                                    )
9                 Defendant.        )
     _____

10

11                   TRANSCRIPT OF JURY TRIAL - DAY 4
                   HONORABLE JUDGE JAMES P. JONES PRESIDING
12                        THURSDAY, MAY 2, 2019

13   _____

14

15

16

17                      **A P P E A R A N C E S**

18   On behalf of United States:
                **Steven Randall Ramseyer**
19              **Zachary T. Lee**
                **Samuel Cagle Juhan**
20              United States Attorneys Office
                180 West Main Street, Suite B19
21              Abingdon, VA 24210

22   On behalf of Defendant:
                **Donald M. Williams, Jr.**
23              Williams Law Office, PLC
                P.O. Box 601
24              Pennington Gap, VA 24277

25   Proceedings taken by Certified Court Reporter and transcribed
     using Computer-Aided Transcription

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 1 of 192   Pageid#: 9935

**INDEX**

**GOVERNMENT'S WITNESSES:**                                    **PAGE**

**STEVEN WAYNE FREY, JUNIOR**
       DIRECT EXAMINATION BY MR. JUHAN            9
       CROSS-EXAMINATION BY MR. WILLIAMS         17
**JUAN ANGEL**
       DIRECT EXAMINATION BY MR. JUHAN           20
       CROSS-EXAMINATION BY MR. WILLIAMS         32
       REDIRECT EXAMINATION BY MR. JUHAN         39
       RECROSS-EXAMINATION BY MR. WILLIAMS       41
**PATRICK LONG**
       DIRECT EXAMINATION BY MR. LEE             42
       CROSS-EXAMINATION BY MR. WILLIAMS        149
       REDIRECT EXAMINATION BY MR. LEE          164


**EXHIBITS**                                    **MARKED**   **RECEIVED**

ON BEHALF OF THE PLAINTIFF:

| | | MARKED | RECEIVED |
|---|---|---|---|
| 106 - | Photos of Heather Hartshorn and pill bottles | | 15 |
| 99 - | Photo of cash in yellow bag | | 47 |
| 100 - | Photo of cash from Camry glove box | | 47 |
| 101 - | Photo of cash from office | | 47 |
| 102 - | Photo of cash in safe at residence | | 48 |
| 56 - | Photo of various containers from backpack in Camry | | 49 |
| 58 - | Photo of contents of Mega-DHA container | | 50 |
| 59 - | Photo of pills from Mega-DHA container sorted | | 51 |
| 76 - | DEA lab report 2017-SFL3-00814 | | 54 |
| 77 - | DEA lab report 2017-SFL3-00830 | | 55 |
| 78 - | DEA lab report 2017-SFL3-00831 | | 55 |
| 79 - | DEA lab report 2017-SFL3-00835 | | 56 |
| 80 - | DEA lab report 2017-SFL3-00838 | | 56 |
| 62 - | Photo of pills | | 57 |
| 9 - | Bank of America records | | 58 |
| 10 - | Bank of America records | | 58 |
| 51 - | Chart showing Bank of America deposits | | 60 |
| 105 - | Pharmacy chart | | 63 |
| 104 - | Text messages regarding Richard Bowen | | 72 |
| CC-1000 - | Text messages between Smithers and Clayton Colegrove | | 85 |
| RiJ-10000 | Text messages between Smithers and Ricky Jessie | | 87 |

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(276) 628-5116*

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 2 of 192   Pageid#: 9936

| | | | |
|---|---|---|---|
| 1 | DWi-<br>1000 - | Text messages between Smithers and<br>Darry Williams | 102 |
| 2 | DR-<br>1000 - | Text messages between Smithers and<br>Deborah Reynolds | 146 |

3

4

5

6

7

8

9

10

11

12

13

14

15                       -oOo-

16

17

18

19

20

21

22

23

24

25

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5749
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 3 of 192   Pageid#: 9937

```
 1        (Proceedings commenced at 9:02 a.m.)
 2             THE COURT:  Good morning, counsel.  Is there
 3    anything that we need to take up before we have the jury?
 4             MR. WILLIAMS:  Your Honor, may I approach?
 5             THE COURT:  Yes, sir.
 6             MR. WILLIAMS:  Your Honor, I have another paper that
 7    my client would like me to hand you.
 8             THE COURT:  All right.  Mr. Smithers, you don't need
 9    to continue to file papers complaining that I have not removed
10    your lawyer.  Okay?
11             You don't need to do that.  I understand your
12    position.  And if this is just another statement why you don't
13    want Mr. Williams to represent you, I understand that, and
14    I've ruled on that.
15             THE DEFENDANT:  Yes, Your Honor.
16             THE COURT:  And it's not necessary for you to
17    continue to file such papers.
18             THE DEFENDANT:  Yes, Your Honor.  These are new
19    material facts I believe that support that claim.
20             THE COURT:  Well, we're not going to change
21    Mr. Williams.  Mr. Williams is doing a good job for you.  He
22    has, in my opinion, has effectively cross-examined your
23    witnesses -- or the Government's witnesses.  And I don't know
24    of anything that he hasn't done for you that is proper.
25             THE DEFENDANT:  If it please the Court, Your Honor,
```

1    I would just like this to be admitted in the record.

2              THE COURT:  Well, let me see it, first.

3              MR. RAMSEYER:  Your Honor, the Government hasn't

4    seen it at this point.

5              MR. WILLIAMS:  I'm sorry.

6              THE DEFENDANT:  I have a copy if the Government

7    would like to look at it.

8              THE COURT:  All right.  Mr. Williams, Mr. Smithers

9    says you assaulted him.  Did you assault him?

10             MR. WILLIAMS:  Sir, the only thing that I did was he

11   was sitting there and he made a comment while -- he was trying

12   to give me, he made a vulgar statement toward me and

13   everything.  When he finished, I told him, I said, if you

14   don't quit doing this, I'm going to knock you out.  And I did

15   say that.  I apologized to him, told him I didn't mean to do

16   that, but it was kind of the heat of the moment.

17             THE COURT:  Well, Mr. Williams, I don't understand

18   why you would say that.

19             MR. WILLIAMS:  I apologize.

20             THE COURT:  I know Mr. Smithers has been a very

21   difficult client for you.

22             MR. WILLIAMS:  I understand.

23             THE COURT:  He has made demands on you that, in my

24   opinion, have been unnecessary.  I don't blame Mr. Smithers.

25   Mr. Smithers is, from all I can gather in this case, very

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/03/19   Page 5 of 192   Pageid#: 9939

1   naive about legal proceedings. He has unrealistic

2   expectations about the situation. And I'm sure he can test

3   you, but you need to cool it with him. And as far as I can

4   tell, you-all have been getting along. And you have consulted

5   with him, I think about every witness, and he has given you

6   notes and requested things, I'm sure.

7            MR. WILLIAMS: And, Your Honor, I do apologize. I

8   shouldn't have said it. I was upset at the time. He had made

9   some statements to me. But with respect to that, I was not

10  appropriate, and I did apologize to him. We actually did go

11  out and eat dinner together yesterday afterwards when it

12  finished. And I don't think -- it was a heat of the moment

13  thing, and I do apologize, and I apologized to him.

14           THE COURT: All right. I'll file that. I'll allow

15  it to be filed.

16           Now let me direct this to Mr. Smithers.

17  Mr. Smithers, you're in this boat here, okay. Mr. Williams is

18  your lawyer. Under the law, Mr. Williams, as counsel, has to

19  make decisions concerning the proper questions to be asked,

20  the proper strategy to be used in cross-examining witnesses,

21  and that's his job. And under our system, you can't direct

22  him to ask certain questions. That's not the way it works.

23  There are some certain things that are entirely up to you.

24  And one of those coming up is whether you're going to testify

25  or not. That's entirely up to you. You ought to listen to

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 6 of 192   Pageid#: 9940

1    his advice, but his advice is advice only.  Your -- you have

2    to make that decision.  And when the time comes, I'm going to

3    go over that again with you to make sure that you understand

4    whether or not you desire to testify and the ramifications of

5    that.  We're not at that point yet because the Government

6    hasn't finished its case.

7           But, otherwise, Mr. Williams, he's the captain of

8    the ship here.  And you need to understand that.  I mean,

9    that's the situation you're in.  Okay?

10          And you ought to, for your own good, cooperate with

11   him, assist him.  It's perfectly correct that you ask him --

12   that you give him information, that you suggest things to him.

13   That's completely fine.  Because you obviously -- you know,

14   you're the defendant, you're the one that's on trial here.

15   And any -- you ought to give him as much information to help

16   yourself as you can.  But, again, he has to make the decision.

17   And you need to cooperate in a professional manner with him.

18          And I'm sorry that he lost his temper with you.

19   But, you know, quite frankly, you're an unusual defendant.

20   Most defendants, you know, embrace their lawyer, want to help

21   their lawyer.  You have had a somewhat antagonistic view of

22   him from the beginning, belittling him, belittling his office,

23   and, you know, how he's just a country lawyer and not good

24   enough for you and so on.  And that didn't help you at all.

25          You need to, for your own good, and I implore you to

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 7 of 192   Pageid#: 9941

cooperate with him, to be open with him, to give him, you
know, advice.  That's perfectly fine.  I want you-all to have
communication.  But you need to get along.

Now, he's apologized to you.  We're gonna put that
aside.  I told him that it was improper for him to do that.
He understands that.  But I think, under the circumstances, it
was just one of those spur of the moments.

Trials are, for everybody, including experienced
lawyers, are filled with tension.  Because Mr. Williams wants
to do the best for you that he can.  That's his job.  And he's
been doing that for many years for people in your position.
And there's no reason why he wouldn't want to do the best he
can for you.  And as far as I can tell, he has.  I mean, I
think he's been effective in his cross-examination.  But he
needs to continue to do that.  You need to help him.  But he
is the captain of the ship in regard to questions that are
going to be asked.

All right.  You may be seated.

And is there anything further that we need to take
up?

If not, we'll have the jury in.

(Proceedings held in the presence of the jury.)

THE COURT:  Good morning, ladies and gentlemen.
Good to see you again this morning.  We're ready to go.

The Government may call its next witness.

1          MR. JUHAN:  The United States calls Steven Frey.

2          THE CLERK:  Please raise your right hand.

3          Do you solemnly swear that the testimony you're

4   about to give in this case shall be the truth, the whole

5   truth, and nothing but the truth, so help you God?

6          THE WITNESS:  I do.

7          THE CLERK:  You may be seated.

8                **STEVEN WAYNE FREY, JUNIOR,**

9   Called as a witness herein by the Government, having been

10  first duly sworn, was examined and testified as follows:

11                   **DIRECT EXAMINATION**

12  BY MR. JUHAN:

13  Q.    Good morning, sir.

14  A.    Good morning.

15  Q.    Would you please introduce yourself to the jury.

16  A.    My name is Deputy Frey.  I work for the Raleigh County

17  Sheriff's Office in West Virginia.

18  Q.    What's your name, sir?

19  A.    Steven Wayne Frey, Junior.

20  Q.    Would you spell Steven and Frey for the court reporter.

21  A.    S-t-e-v-e-n.  And Frey is F-r-e-y.

22  Q.    Where did you say you were employed?

23  A.    Raleigh County Sheriff's Office.

24  Q.    What state is Raleigh in?

25  A.    West Virginia.

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 9 of 192   Pageid#: 9943

```
 1   Q.   Is there a city Raleigh County is in?
 2   A.   Beckley.
 3   Q.   And how did you get here today?
 4   A.   I drove.
 5   Q.   How long did it take you -- did you come from Beckley?
 6   A.   I did.
 7   Q.   How long did it take you to get here?
 8   A.   Just over two hours.
 9   Q.   And how long have you been with the sheriff's office
10   there in Raleigh County?
11   A.   Just over four years.
12   Q.   What were you doing before that?
13   A.   College.
14   Q.   And do you have any other jobs or occupations that you
15   do?
16   A.   Yes.  I'm in the West Virginia Army National Guard, full
17   time.
18   Q.   I want to focus on your duties as a sheriff's deputy.
19   What are some of your duties in Raleigh County?
20   A.   Road patrol is mostly what we do.  We answer 911 calls,
21   serve civil papers, DBDs, stuff like that.
22   Q.   What's the range of call you might respond to on any
23   given day?
24   A.   Anywhere from burglaries to overdoses to homicides.
25   Q.   Are you familiar in your job with the term "DOA"?
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 928-5344
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 10 of 192   Pageid#: 9944

1   A.   Yes.

2   Q.   What's that mean?

3   A.   Dead on arrival.

4   Q.   I'd like to talk to you about an individual named Heather

5   Hartshorn.  Are you familiar with that name?

6   A.   Yes.

7   Q.   And were you on duty with the Raleigh County Sheriff's

8   Office on the morning of February 2nd -- February 22nd, 2017?

9   A.   I was, sir.

10  Q.   And what were you doing that day?

11  A.   Just road patrol.

12  Q.   Did -- at some point in time in the morning did you

13  respond to a call?

14  A.   I did.

15  Q.   What was that call about?

16  A.   It was an unattended DOA.

17  Q.   Dead on arrival?

18  A.   Yeah.

19  Q.   About what time did you receive that call?

20  A.   It was right around 6:00.

21  Q.   And what did you do once you got that call?

22  A.   That's when I immediately headed that direction to the

23  scene.

24  Q.   What was the area that you were asked to go to about this

25  dead on arrival?

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 11 of 192   Pageid#:
9945

1  A.   It was rural, rural area.

2  Q.   Do you remember the town?

3  A.   I know it's Bolt.  That's what I remember.

4  Q.   So is Bolt in Raleigh County?

5  A.   It is.

6  Q.   So just tell the jury about what happened when you first

7  arrived at this home in Bolt?

8  A.   So when I first arrived, EMS was already at the scene, so

9  I knew that's the location I was supposed to be at.  As soon

10  as I walked in the door, I was met with Heather Hartshorn's

11  mother.  She informed me that she tried to --

12  Q.   Sir, let me stop you.  I don't want to get into what

13  other people told you.

14  A.   Okay.  Got you.

15  Q.   So you arrived.

16  A.   Right.

17  Q.   Was there a victim at the scene?

18  A.   There was.

19  Q.   Who was that?

20  A.   It was Heather Hartshorn.

21  Q.   How did you know it was Heather Hartshorn?

22  A.   Because I found her I.D. on scene.

23  Q.   Can you describe the scene when you arrived.

24  A.   Yes.  She was laying on her back.  There was a mattress

25  that was in her bedroom and it was just laying on the floor.

1    She was laying on her back beside that mattress.

2    Q.    Was she dead or alive?

3    A.    She was dead.

4    Q.    How did you know?

5    A.    Because EMS had already tried to resuscitate her when

6    they got on scene because that's part of their SOPs, or their

7    procedures, and they told me that they didn't -- she was

8    non-responsive.  And she was non-responsive when I walked in

9    as well.

10   Q.    When you said she was non-responsive, what's that mean?

11   A.    That means she was not moving, not breathing.  She was

12   cold to the touch.

13   Q.    So you touched her?

14   A.    Yes.

15   Q.    What state was her mother in?

16   A.    She was upset.  Very upset.

17          MR. JUHAN:  Ms. Vogt, may we pull up what's already

18   been admitted as Exhibit HH-298 for the witness and the jury.

19   BY MR. JUHAN:

20   Q.    Sir, what is the name on this document?

21   A.    Heather Hartshorn.

22   Q.    And what is the drug listed on this document?

23   A.    Oxycodone, 30 milligrams.

24   Q.    And what is the date on this document?

25   A.    2-20-17.

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5146

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 13 of 192   Pageid#: 9947

1  Q.   And then on the upper right-hand corner, what is that

2  date?

3  A.   2-21-17.

4  Q.   And the day you were at Heather Hartshorn's home was

5  2-22-17?

6  A.   Correct.

7        MR. JUHAN:  We can take that down.

8  BY MR. JUHAN:

9  Q.   Did you find any oxycodone at the home that Heather

10  Hartshorn was at when she was dead?

11  A.   I did not.

12  Q.   Did you find other medication?

13  A.   I did.

14  Q.   Where was it?

15  A.   It was on the kitchen table, all together.

16  Q.   Sir, as part of your duties when you arrived on the

17  scene, did you take any photographs?

18  A.   I did.

19        MR. JUHAN:  Your Honor, I'm going to put what's been

20  marked and shown to counsel as Government's Exhibit 106.

21        THE COURT:  All right.

22  BY MR. JUHAN:

23  Q.   Would you please take a moment and flip through that

24  exhibit.

25        Sir, do you recognize what that exhibit is?

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 14 of 192   Pageid#:
9948

1  A.   Yes.

2  Q.   What is it?

3  A.   Those are pictures I took at the scene.

4  Q.   And is it a fair and accurate depiction of what was there

5  at the scene?

6  A.   Yes, sir.

7          MR. JUHAN:  Your Honor, at this point the Government

8  would move for admission of 106.

9          THE COURT:  It will be admitted.

10      (Government's Exhibit 106 received.)

11          MR. WILLIAMS:  No objection.

12          MR. JUHAN:  Madam Clerk, may I use the ELMO?

13          Permission to publish, Your Honor.

14          THE COURT:  Yes.

15  BY MR. JUHAN:

16  Q.   I'd like to go through each of these pictures with you,

17  sir, just briefly.

18          What's this a picture of, the first page?

19  A.   Three medications that were on the table that I took.

20  Q.   And what's the name on those medications?

21  A.   I can't really make them out.

22  Q.   Sorry.

23  A.   Oh, Heather Hartshorn.

24  Q.   And what does it say at the top of these -- that

25  prescription on the left-hand side?

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(376) 623-5146

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 15 of 192   Pageid#: 9949

```
 1    A.    Hayes Drug.

 2    Q.    The second page, is that more --

 3    A.    That's more, different.

 4    Q.    On the left-hand side, what does that say?

 5    A.    Hayes Drug.

 6    Q.    The third picture, what is that?

 7    A.    Hayes Drug, with Heather Hartshorn's name on it.

 8    Q.    Is it a bottle?

 9    A.    It is.

10    Q.    What is this fourth page a picture of?

11    A.    So that's a picture of the mattress that's on the floor

12    that she was sleeping on.

13    Q.    What is this fifth picture a picture of?

14    A.    That is the victim laying beside that mattress in her

15    bedroom.

16    Q.    When you say victim, you mean Heather Hartshorn; right?

17    A.    Yes.

18    Q.    What's this sixth picture here?

19    A.    That's the mattress as well.

20    Q.    What it is the seventh picture?

21    A.    Heather Hartshorn laying on the floor of her bedroom.

22    Q.    What's this eighth picture?

23    A.    That's Heather.

24    Q.    What's this ninth picture?

25    A.    A close-up of Heather.
```

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(276) 628-5440*

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 16 of 192   Pageid#: 9950

```
 1   Q.   What's this tenth picture?

 2   A.   That's from a different angle of Heather.

 3   Q.   What's this 11th picture?

 4   A.   Different angle of Heather.

 5   Q.   What's this 12th and last picture?

 6   A.   That's Heather on the floor.

 7        MR. JUHAN:  Sir, if you would please answer any

 8   questions that Mr. Williams has for you.

 9                    CROSS-EXAMINATION

10   BY MR. WILLIAMS:

11   Q.   Good morning, Officer Frey.  How are you?

12   A.   Good.  How are you?

13   Q.   Thank you, good.  Fine.

14        Now, when you arrived there on February 22nd, 2017,

15   you said that Heather's mother was there; correct?

16   A.   Correct.

17   Q.   Okay.  Was there anyone else that was present?

18   A.   I believe there was a male figure there.  I can't

19   remember if it was her father or stepfather.  He was older.

20   Q.   Okay.

21   A.   But I can't remember his name.

22   Q.   Okay.  Did you receive -- did you do any investigation on

23   this matter?

24   A.   Yes.

25   Q.   Did you?
```

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
Case 1:17-cr-00027-JPJ-PMS   Document 237  Filed 06/09/19   Page 17 of 192   Pageid#: 9951

```
 1   A.   I did.

 2   Q.   Was there reports of a boyfriend that she had been with

 3   the night before?

 4            MR. JUHAN:  Objection.  Hearsay.

 5            THE COURT:  I'll overrule the objection.

 6            THE WITNESS:  Not that I recall.

 7   BY MR. WILLIAMS:

 8   Q.   Nothing that you recall about a boyfriend or anything?

 9   A.   Nothing that I recall, no.

10   Q.   Okay.  Did you recall anything about -- was there

11   anything about Xanax bottles --

12   A.   Yes.

13   Q.   -- or prescribed Xanax?

14   A.   Yes, her mother stated that--

15            MR. JUHAN:  Objection.  Hearsay.

16            THE COURT:  I'll overrule the objection.

17            THE WITNESS:  Her mother stated she was prescribed

18   Xanax, but I didn't find any at the scene.

19   BY MR. WILLIAMS:

20   Q.   Okay.  You did not find the bottle there at all?

21   A.   No, sir.

22   Q.   Did you pursue that in any part of the investigation?

23   A.   No.  Not any further than that, no.

24            MR. WILLIAMS:  Okay.  May I have a moment?

25   ///
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 623-5146

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 18 of 192   Pageid#: 9952

```
 1    BY MR. WILLIAMS:

 2    Q.   Were there two bottles of -- you said oxycodone and

 3    oxymorphone, were the bottles there?

 4    A.   No.

 5    Q.   They were not?

 6    A.   No.  I didn't see no Xanax or oxycodone bottles there.

 7    Q.   Okay.  All right.  So was there an oxymorphone bottle

 8    there?

 9    A.   No, not that I recall.

10    Q.   Not that you recall.

11              MR. WILLIAMS:  Thank you.  No further questions.

12              THE COURT:  Anything further?

13              MR. JUHAN:  Nothing further, Your Honor.

14              THE COURT:  May this witness be excused?

15              MR. JUHAN:  Yes.

16              THE COURT:  Thank you, sir.  You may be excused.

17              You may call your next witness.

18              MR. JUHAN:  Your Honor, the United States calls Juan

19    Angel.

20              THE CLERK:  Please raise your right hand.

21              Do you solemnly swear that the testimony you're

22    about to give in this case shall be the truth, the whole

23    truth, and nothing but the truth, so help you God?

24              THE WITNESS:  Yes, ma'am.

25              THE CLERK:  You may be seated.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5440
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 19 of 192   Pageid#: 9953

**JUAN ANGEL,**

Called as a witness herein by the Government, having been first duly sworn, was examined and testified as follows:

**DIRECT EXAMINATION**

BY MR. JUHAN:

Q.   Hi, sir.  Would you please introduce yourself to the jury.

A.   Juan Angel.

Q.   And if you could just try and speak into the microphone.

A.   Okay.  Yes, sir.

Q.   Sir, where do you live?

A.   Me?  I live --

Q.   Not your address, your city.

A.   Anderson.

Q.   Anderson.  What state?

A.   South Carolina.

Q.   Okay.  Did there come a time when you were living in Martinsville, Virginia?

A.   Yes, sir.  Correct.

Q.   When would that have been?

A.   Last year.  Let's say I moved last summer, I believe.

Q.   But you were living in Martinsville before then, or around that area?

A.   Yes, sir.  Oh, yeah.  I went to school there and everything, yes, sir.

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 20 of 192   Pageid#: 9954

```
 1   Q.   Okay.  So 2015 through what, 2017, were you --

 2   A.   Yes, sir.

 3   Q.   Did you have family in the Martinsville area?

 4   A.   Yes, sir.  Correct.

 5   Q.   What was your family in Martinsville?

 6   A.   I'm sorry?

 7   Q.   What family did you have in Martinsville?

 8   A.   I have my parents, my sister, and my -- and an uncle, my

 9   cousins.

10   Q.   Okay.  When you were living in Martinsville, did one of

11   your family members own a restaurant?

12   A.   Yes, sir.  Correct.  Yeah.

13   Q.   Which one was that?

14   A.   Jose, my Uncle Jose.

15   Q.   Did you ever work there?

16   A.   Yes, sir.

17   Q.   What kind of work did you do for your uncle?

18   A.   I was a waiter.  Every now and then, I worked -- whatever

19   he needed me to also, bus tables, whatever, yeah.

20   Q.   At the time -- I think you mentioned -- did you mention

21   college a moment ago?

22   A.   College?

23   Q.   I'm sorry.

24   A.   No, sir.

25   Q.   At the time you were working for your uncle, what was
```

1   your level of education?

2   A.   High school diploma.

3   Q.   Okay. And then after you worked for your uncle -- what

4   was the name of the restaurant where you worked?

5   A.   El Parral.

6   Q.   After you worked at El Parral, what did you do for a job

7   after that?

8   A.   After? Well, Wendell offered me a job with Dr. Smithers.

9   Q.   Okay. So you went to work for Dr. Smithers?

10   A.   Yes, sir. Correct.

11   Q.   Does -- what -- about what time of the year did you go

12   work for Dr. Smithers?

13   A.   That's hard to remember.

14   Q.   Would early 2017 sound about right?

15   A.   Yeah, around so's. I'm trying to think, around the

16   beginning of that area.

17   Q.   Okay. And how long did you work for Dr. Smithers?

18   A.   Months. I can't remember how many exactly. Between

19   five, six months maybe. Four to six months maybe.

20   Q.   Okay. So when you were working for Dr. Smithers, who

21   else was employed in the office there besides you and him?

22   A.   At the moment, it was just me, Wendell, and Peter.

23   Q.   And what's Peter, do you know his last name?

24   A.   No, sir.

25   Q.   Do you know Wendell's last name?

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5440
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 22 of 192   Pageid#: 9956

```
 1   A.   Wilson.  Correct?  Yeah.
 2   Q.   And was Peter working there the whole time you were there
 3   with Dr. Smithers?
 4   A.   No, sir.  In the beginning he was, and he ended up
 5   leaving.
 6   Q.   Were there any -- so all those people you mentioned,
 7   they're all male; correct?
 8   A.   Correct.
 9   Q.   So I think you started to get into this a moment ago, but
10   tell the jury how it is you came to work for Dr. Smithers.
11   A.   I was working at the restaurant, at my uncle's
12   restaurant.  And I was at the bar that day.  We were just
13   talking.  He was, like, just trying to help me out --
14   Q.   Please stop, sir.
15   A.   Yeah.
16   Q.   Who were you interacting with?
17   A.   Wendell.  Yeah, Wendell had offered me a job, a better
18   career than being a waiter.  Of course, that caught my
19   attention.  I didn't want to be a waiter the rest of my life.
20   Q.   Understandable.
21        Did you -- had you -- when was the first time you
22   met Wendell?
23   A.   It was months prior to that.  Maybe two, three months.
24   He came in -- he's come into the restaurant, order food, eat,
25   and go on his way.  A few times he offered -- well, not
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(376) 623-3180

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 23 of 192   Pageid#:
9957

```
 1    offered, but told me about the job.
 2    Q.    So you just knew him as a patron at the restaurant?
 3    A.    Yeah, correct.  As a customer, yes, sir.
 4    Q.    So after Wendell talks to you about this opportunity,
 5    what happens then?  How does that develop?
 6    A.    It just -- I let my uncle know.  Got -- you know, let him
 7    know, maybe give him a week or so.  Then I went to the office.
 8    And then, pretty much at first Wendell showed me around and
 9    then Peter was trying to teach me the rest of the stuff.
10    Q.    What kind of paperwork did you have to fill out before
11    you started working at Dr. Smithers's office?
12    A.    I can't remember.
13    Q.    Do you remember testifying in the grand jury in this
14    case?
15    A.    I'm sorry?
16    Q.    Do you remember testifying under oath previously in this
17    case?
18    A.    Yes, sir.  Correct.
19    Q.    Do you think if I showed you some of your testimony it
20    might jog your memory about what kind of paperwork you had to
21    fill out?
22    A.    Maybe.  Yes, sir.
23    Q.    Sir, I'm going to approach you with page 6, lines four
24    and five of your grand jury testimony.  If you could just read
25    those to yourself, not aloud, please.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(376) 623-5140

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 24 of 192   Pageid#:
9958

1    Does that refresh your recollection about what kind

2 of paperwork you had to do for Dr. Smithers?

3 A. Yes, in a way.

4 Q. So what kind of paperwork did you have to fill out?

5 A. For being an employee paperwork?

6 Q. Yeah.

7 A. Not that I remember, not anything.

8 Q. Okay.  Did you interview with Dr. Smithers before you

9 started there?

10 A. Yes, I did.

11 Q. Before you started with Dr. Smithers, had you ever worked

12 in the medical profession before?

13 A. No, sir.

14 Q. Did you have any, like, classes or certifications

15 regarding the medical profession?

16 A. No, sir.

17 Q. Okay.  So without prior medical experience and with no

18 paperwork, what job did Dr. Smithers hire you to do?

19 A. At first it was drug screening.

20 Q. Okay.

21 A. He told me that I had to learn a few procedures and all

22 this stuff.  That it was mandatory to be in the bathroom with

23 them.

24 Q. What about -- you said at first you did drug screening,

25 what about later?

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 25 of 192   Pageid#: 9959

```
 1    A.   Well, once Peter left, I did the receptionist.  So I gave
 2    them their dates and receipts and stuff, yeah.
 3    Q.   Once Peter left and you began to be a receptionist, did
 4    you continue on with your drug screening duties or did
 5    those --
 6    A.   Yeah, I did.
 7    Q.   How much did you get paid by Dr. Smithers?
 8    A.   So, if I remember correctly, around the beginning when
 9    Peter was there, it was probably around 400.  Around there.
10    And then after Peter left, around 600, 500 to 600.
11    Q.   Was that a month?  A week?  Or --
12    A.   Weekly.
13    Q.   And what was the method of payment that you would receive
14    from Dr. Smithers?
15    A.   Cash.
16    Q.   Okay.  Bills?
17    A.   Yes, sir.  Correct.
18    Q.   And so how would -- how would you get the cash?
19    A.   At the end of the night he'll -- after we close out and
20    do everything, he would just pay me.
21    Q.   He would pay you?
22    A.   Correct.  At the end of the week, of course.  Yeah.
23    Q.   I'd like to talk to you a little bit -- let me stop
24    there.
25             Did Dr. Smithers ever pay you any other way besides
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 26 of 192   Pageid#: 9960

1    handing you cash?

2    A.    No.  Just cash and that was it.

3    Q.    Okay.  I'd like to talk a little bit about patient

4    payment.

5    A.    Mm-hmm.

6    Q.    We talked about your payment.

7          How much did Dr. Smithers charge for a patient

8    visit?

9    A.    That's a hard one to remember.  300.  I can't remember.

10   Q.    Okay.

11   A.    It was around there, yeah.

12   Q.    Around 300?

13   A.    Yes, sir.

14   Q.    How much of that would insurance pay for?

15   A.    I'm sorry?

16   Q.    Would insurance pay for any of that?

17   A.    Well, we would do copies of the insurance cards and send

18   them off.  I don't know if they ever -- I don't know how that

19   works or anything.  I just receive the payments and receipts,

20   and bam.

21   Q.    Okay.  Do you remember testifying in the grand jury that

22   Dr. Smithers's office didn't take insurance?

23   A.    They didn't take insurance?  Well, we used to, like, take

24   their insurance cards and fax them to the insurance companies,

25   I guess.  I don't know.

```
1    Q.   Not really sure now?

2    A.   Not really sure anymore, yeah.

3    Q.   Okay.

4    A.   It's been a while, yeah.

5    Q.   How would these patients pay for the $300 visit?

6    A.   What do you mean how would they pay?  Like, cash?

7    Q.   Cash?

8    A.   Cash.  Correct.  Some would use also debit cards, I

9    believe.  Yeah.

10   Q.   Who would collect the cash from the patients?

11   A.   In the front, I would collect them and put them in the

12   drawer.

13   Q.   And what would you do with it once you collected it?

14   A.   Just leave them in the drawer and put it in the back

15   office.

16   Q.   Okay.  So where is this drawer that you're talking about?

17   A.   If I remember, it was in the back room -- or one of the

18   back rooms, yeah.

19   Q.   Was there any way to document this influx and flow of

20   money coming through you?  What was done, if anything?

21   A.   I'm sorry?

22   Q.   How was the money documented?

23   A.   Oh, receipts.  And the -- receipt books.  That's where we

24   keep it at, yeah.

25   Q.   Did all of that money go to Dr. Smithers?
```

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(276) 623-3100*

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 28 of 192   Pageid#: 9962

```
 1    A.    Yeah.

 2    Q.    What about Wendell?

 3    A.    I don't know about Wendell, no.  I just -- yeah, I don't

 4    know about that.

 5    Q.    How would you package, or bundle, or contain the money?

 6    A.    Well, it was -- it was a silver container.  I would just

 7    have a key for it, open it, and just throw the money in there.

 8    Q.    Do you remember ever going and depositing any of the

 9    money into Dr. Smithers's account?

10    A.    Yeah.  Every now and then I would.  Probably a couple

11    times I did.

12    Q.    How would that work?

13    A.    Just go to the -- wherever bank it was -- or credit union

14    or whatever, and write his information down and put it in an

15    envelope and just deposit it.

16    Q.    So how -- would he pay you to do this?  Were you doing

17    this on your own?

18    A.    I'm sorry?

19    Q.    How did that come about?  Did you just do this on your

20    own or --

21    A.    No, he would tell me to do it for him.

22    Q.    What were your hours?

23    A.    I'm sorry?

24    Q.    What were your hours when you worked?

25    A.    I would come in at 7:00 in the morning.  And in the
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 623-5440

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 29 of 192   Pageid#: 9963

```
 1    afternoon it would vary.  Sometimes 5:00, sometimes 6:00,
 2    7:00.
 3    Q.   So, at least a 40-hour workweek then; right?
 4    A.   Definitely, yeah.  Yes, sir.
 5    Q.   You're a hard worker, aren't you?
 6    A.   I'm sorry?
 7    Q.   You're a hard worker; right?
 8    A.   Yes, sir.  Have to.
 9    Q.   You mentioned your job as a drug tester, I want to focus
10    on that a little bit more.
11    A.   Okay.
12    Q.   About how many drug tests would you administer every day?
13    A.   Every day?  Every single patient we got that day, so from
14    10 to 15.
15    Q.   What about blood samples?
16    A.   I never worked with that -- I never touched any patient
17    to draw blood or anything since I didn't have no -- I didn't
18    have no way to do it.  So, no, I didn't want to touch them,
19    yeah.
20    Q.   Now we talked earlier about who worked at the clinic.
21    A.   Hmm-mmm.
22    Q.   There were some females that would come in as patients;
23    correct?
24    A.   Correct.  Yes, sir.
25    Q.   But only the males -- only males worked there?
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 237 (Page 30 of 34)   Filed 06/09/19   Page 30 of 192   Pageid#: 9964

```
 1    A.    Correct.  Yes, sir.

 2    Q.    And so when a female had to get drug tested, would you

 3    watch the female urinate?

 4    A.    No.

 5    Q.    That's kind of important though; right?

 6    A.    Yes, sir, it is.  I think we were supposed to have a lady

 7    come in and supervise them.

 8    Q.    But that didn't happen, did it?

 9    A.    No, sir.

10    Q.    So there's not really any way to know if it was -- people

11    were cheating on their screens or not?

12    A.    Females, it was harder, yeah.  I would just be beside the

13    door and try to and listen out for any possibility that would

14    lead to -- for them to, you know, try and pass their drug

15    screens.

16          All the males, I would be in the bathroom with them,

17    yeah.

18          MR. JUHAN:  Your Honor, may I have one moment,

19    please?

20          THE COURT:  Yes, sir.

21    BY MR. JUHAN:

22    Q.    Sir, you testified earlier that you started working for

23    Dr. Smithers in early 2017; correct?

24    A.    Mm-hmm.

25    Q.    I need you to answer verbally.
```

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(276) 628-5114*

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 31 of 192   Pageid#: 9965

```
 1   A.   Yes, sir.  Correct.  Sorry.

 2   Q.   Did there come a time when you were working there there

 3   was a search warrant executed on Dr. Smithers's office?

 4   A.   Not that I remember.

 5   Q.   You don't remember --

 6   A.   Like, before they came in?  Like, if there was a search

 7   warrant or anything?

 8   Q.   I'm just asking, during the time you were employed by

 9   Dr. Smithers, do you remember that there was a search warrant

10   that happened at the office?

11   A.   I remember coming -- yeah, they coming in and searching

12   for him, yes, sir.

13   Q.   And then shortly after that time is when Mr. Peter --

14   Peter, as you know him?

15   A.   Yes, sir.

16   Q.   That's when he left?

17   A.   Yes, sir.  He didn't come back.  Yeah.

18           MR. JUHAN:  Please answer any questions that the

19   defense attorney has, okay?

20           THE WITNESS:  Yes, sir.

21           MR. JUHAN:  Thank you.

22                       CROSS-EXAMINATION

23   BY MR. WILLIAMS:

24   Q.   Morning, Mr. Angel, how are you?

25   A.   Hello.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 32 of 192   Pageid#: 9966

1   Q.   You stated you worked for Dr. Smithers for what, four or

2   five months?  Was that what you said?

3   A.   Around so, I'm trying to remember, yeah.

4   Q.   Okay.  And you liked working with Dr. Smithers, didn't

5   you?

6   A.   Yeah, it wasn't bad.  Yes, sir, it was good, yeah.

7   Q.   He was good to you, wasn't he?

8   A.   Very good, yes, sir.

9   Q.   Okay.  There was even times he advanced you some money?

10   A.   Yeah.  When I needed to, yeah.  When I had to pay some

11   bills or I wasn't -- yeah, I had to get -- because I was used

12   to a waiter, having tips, having cash on me.  Yeah.  So the

13   weekly payment, yeah, he would help me out sometimes.

14   Q.   Now, you stated you were in charge of -- they kind of had

15   you helping with drug screens; is that right?

16   A.   Yes, sir.  Correct.

17   Q.   Okay.  What was your role exactly in the drug screens?

18   Were you doing the actual testing, or were you doing just

19   helping supervise while they got the samples or what?

20   A.   Not actually testing them.  Well, we collected samples,

21   we were supposed to send them off.  And we did send them off.

22   But, yeah, some companies are funny about the --

23   Q.   Got you.

24        Now with respect to a test, how would the test go?

25   Describe how you would do the test to the jury.

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5440

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 33 of 192   Pageid#: 9967

```
 1   A.    If I remember, I used to take them to the back, empty all
 2   their pockets.  Empty every single thing out.  Check their
 3   hats.  Check their collars, everything.  After that, if they
 4   were male, go in the bathroom with them, actually see them use
 5   the bathroom.  And have them urinate in the container.
 6   Q.    Okay.
 7   A.    We sealed it up and bagged it up and sent it off to the
 8   companies.
 9   Q.    Okay.  Now with respect to a female, how would that
10   differ?
11   A.    Same process everything, besides me not stepping in the
12   bathroom.
13   Q.    Okay.
14   A.    I would just be outside the door and listening for
15   anything, like, bag noises, anything that could cause to them
16   trying to pass their test.
17   Q.    Anything in your suspicion might be adulterating the
18   screen; correct?
19   A.    Yes, sir.
20   Q.    So once you would -- once they come out and hand you the
21   sample, what would happen at that point?
22   A.    At that point I would seal it, put their name, birth of
23   date, all their information, bag it up, seal it, and send it
24   off to the drug screening companies.
25   Q.    Now, did y'all do on-site testing?
```

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 34 of 192   Pageid#: 9968

1    A.   I'm sorry?

2    Q.   Did y'all do on-site test?

3    A.   For the ones that looked suspicious.  We caught a few.

4    Strips or -- I can't remember exactly what it was.  There was

5    one or two looked really iffy, so we would test them out to

6    see if something will come up.  And sure enough, we caught a

7    couple people trying to pass their drug test, a few, yeah.

8    Q.   Was there another way besides just doing the little test

9    strip or something, that you would check for it?

10   A.   No.  Just a temperature, too.

11   Q.   Okay.  So you checked the temperature?

12   A.   Yes, sir.  Yes, sir.  I had a temperature --

13   Q.   Explain to the jury why temperature would be important.

14   A.   Temperature is important because if you urinate, of

15   course, it's warm.  So it would have to be in between a

16   certain degree.  If it was too low, it was cold, they probably

17   had fake urine or mixed it.  And then if it was too hot, they

18   probably had a fake urine, trying to keep it hotter than

19   usual.

20   Q.   Okay.

21   A.   So, yeah.

22   Q.   Now, were there times you might look at a sample, you

23   might set it there for a few minutes to check it?

24   A.   Yeah, we did.

25   Q.   Why would you do that?

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5440
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 35 of 192   Pageid#: 9969

```
 1   A.   To make sure they wouldn't pass -- to make sure they
 2   wouldn't -- I don't know how to explain it.  So they wouldn't
 3   pass the drug screen if they're --
 4   Q.   Try and crush a pill and put something in --
 5   A.   -- to try to pass their drug screen, yeah.  Like I said,
 6   there was a few that we caught that looked really iffy, so,
 7   yeah.
 8   Q.   So you had several ways that you tried to legitimately
 9   catch people, didn't you?
10   A.   Yes, sir.  Correct.  And we caught a few, yeah.
11   Q.   Okay.  And were there a couple of females that you caught
12   that were actually arrested?
13   A.   Yeah.
14   Q.   Do you recall those names by any chance?
15   A.   I can't remember.
16   Q.   Okay.
17   A.   Not good with names.
18   Q.   All right.  But you actually had called the Sheriff's
19   Department and had them come out?
20   A.   Yes, sir.
21   Q.   And a couple times -- do you recall what they were doing?
22   A.   I think she tried to crush something in her urine.  Her
23   urine didn't look right, so, yeah.
24   Q.   Okay.
25   A.   Then we went from there.  I had -- when that happened, I
```

```
 1    got Wendell, then Wendell helped me with the rest, like the
 2    procedure of that.
 3    Q.   Okay.  Now, at the time you were working there, did you
 4    have a lot of female patients or was it primarily male
 5    patients?
 6    A.   Mainly male.  A few women, yeah.  There was a good bit of
 7    women, yeah.
 8    Q.   Okay.  Did the -- when you would work, where would you
 9    stay in the office?  Where would your office be in relation
10    to, say, where the exam rooms would be?
11    A.   Well, I really didn't have an office.  I was just -- the
12    drug screen was in this hallway beside the bathroom, where we
13    had all the equipment, all the drawers with all the equipment
14    and stuff like that.  I really didn't have an office-office.
15    Q.   Now, did you also worked -- you said you worked reception
16    after Peter left; is that correct?
17    A.   Correct.  Yes, sir.
18    Q.   Where was that in relation to the exam room?
19    A.   Probably 20, 30 steps or so, probably.
20    Q.   Okay.
21    A.   Yeah.
22    Q.   Now, were there any first-time patients that came in
23    while you were there, while you worked there?
24    A.   I think so.  I believe there were a few, or a couple
25    maybe.
```

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(276) 628-5116*

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 37 of 192   Pageid#: 9971

1    Q.   Okay.  How long would Dr. Smithers take with those

2    patients?

3    A.   With the new patients, he would take a while, yeah.

4    Q.   Okay.  When you say a while --

5    A.   Hours.

6    Q.   -- approximately -- hours?

7    A.   About an hour, two, maybe.

8    Q.   So he would be back there with them.

9    A.   Consulting.

10   Q.   And you wouldn't be back there at the time.

11   A.   No, sir.  They would close the door and they would talk

12   and consult their --

13   Q.   Now, I think you said and testified just a minute ago

14   that you drug tested every person; is that right?

15   A.   I should have, yeah.  Or the ones that were supposed to.

16   Some, you know, had their risk levels or risk levels, some are

17   higher than others.  Some we would do every week, some we

18   would do every two weeks.  Yeah, so it was like that.

19   Q.   And what would cause a risk level to go up?

20   A.   Anything that could alternate, like, their urine or

21   maybe -- anything suspicious, like, towards --

22   Q.   Pill counts being off?

23   A.   Yep, that too.  Very -- that's the main one, yeah.  Yes,

24   sir.

25   Q.   And so you-all did pill counts with patients that come

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5440

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 38 of 192   Pageid#: 9972

1   in?

2   A.   I didn't.  Joel Smithers and Wendell, I believe.

3   Q.   Okay.

4   A.   Or one of them two, yes, sir.

5   Q.   Okay.

6            MR. WILLIAMS:  May I have just a moment, Your Honor?

7   BY MR. WILLIAMS:

8   Q.   Did -- how long were you there when Peter was there?

9   A.   I think it was recent.  Just two, three months --

10  Q.   Okay.

11  A.   -- that I was there before Peter left.

12  Q.   Okay.  Did Peter mention anything to you about a

13  relationship with Shannon Kovaleski?

14  A.   No, not that I -- no, sir.

15           MR. WILLIAMS:  Okay.  All right.  No further

16  questions, Your Honor.

17           THE COURT:  Anything further?

18           MR. JUHAN:  Just briefly, Your Honor.

19                      **REDIRECT EXAMINATION**

20  BY MR. JUHAN:

21  Q.   You'd only worked with Dr. Smithers for a few weeks

22  before the search warrant happened; right?

23  A.   I'm sorry?

24  Q.   You had worked for Dr. Smithers for only a few weeks

25  before there was a search warrant?

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 39 of 192   Pageid#:
9973

```
 1   A.    Correct.  Yeah.

 2   Q.    And Mr. Williams was talking to you a little bit about

 3   some of the patients.  Where were some of these patients from?

 4   A.    Different places.  West Virginia, Kentucky, and some

 5   Virginia, too, I believe.

 6   Q.    What about Ohio?

 7   A.    Yeah, a couple.

 8   Q.    Kind of weird, isn't it?

 9   A.    Yeah, very.  Long ways away, yeah.

10   Q.    When would Dr. Smithers come into the office?

11   A.    Sometimes in the morning.  Sometimes --

12   Q.    Sometimes?

13   A.    Well, whenever he came in the mornings and then usually

14   he'll come later in the afternoons, if he had -- like, was

15   doing other errands and stuff.

16   Q.    So usually would not be there some mornings?

17   A.    Yeah.  That's why some patients would wait a few -- a

18   couple hours before, or an hour before he would be there,

19   yeah.

20   Q.    But you were there all day.

21   A.    Yes, sir.  Correct.

22             MR. JUHAN:  No further questions, Your Honor.

23             THE COURT:  Anything further, Mr. Williams?

24             MR. WILLIAMS:  Just maybe a question or two.

25   ///
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 40 of 192   Pageid#: 9974

**RECROSS-EXAMINATION**

BY MR. WILLIAMS:

Q.   Mr. Angel, were there situations where patients would

just choose to show up early?

A.   Well, I would have a few that would show up early, yeah.

Q.   You would arrive what time normally?

A.   Try to be there at 7:00 every morning.

Q.   Were there times when there were patients there waiting

for you?

A.   Yes, sir.  Correct.

MR. WILLIAMS:  No further questions.

MR. JUHAN:  We'd just ask him to be subject to

recall, Your Honor.

THE COURT:  All right.  Mr. Angel, you can leave

now.  It may be necessary for you to return.  If you are asked

to return, you must.

THE WITNESS:  I'd be more than happy to.

THE COURT:  Thank you, sir.  You may step down.

All right.  Mr. Juhan, we need Exhibit 106, the

photographs.  The clerk needs to keep those.

All right.  The Government may call its next

witness.

MR. LEE:  Your Honor, the Government calls Patrick

Long.

THE CLERK:  Please raise your right hand.

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 41 of 192   Pageid#: 9975

```
 1            Do you solemnly swear that the testimony you're
 2   about to give in this case shall be the truth, the whole
 3   truth, and nothing but the truth, so help you God?
 4            THE WITNESS:  Yes, ma'am.
 5            THE CLERK:  You may be seated.
 6                        PATRICK LONG,
 7   Called as a witness herein by the Government, having been
 8   first duly sworn, was examined and testified as follows:
 9                     DIRECT EXAMINATION
10   BY MR. LEE:
11   Q.   Good morning, sir.
12   A.   Good morning, sir.
13   Q.   Please introduce yourself to the members of the jury.
14   A.   My name is Patrick Long.  I'm a special agent with the
15   Drug Enforcement Administration.
16   Q.   Agent Long, have you been involved in the investigation
17   of Dr. Smithers for the course of the investigation?
18   A.    Not from the very beginning, but shortly after it began,
19   yes, sir.
20   Q.   All right.  And how did you become involved?
21   A.   My boss, who is in Roanoke, asked me to assist with the
22   investigation very shortly after it had started.  The original
23   complaint had started out of our Roanoke office.  I'm actually
24   housed in Bristol.  Once that investigation began, my boss
25   asked me if I would assist on that.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 42 of 192   Pageid#: 9976

1    Q.   Okay.  And if you would, give the members of the jury a

2    little bit of your history as a law enforcement officer, both

3    in local law enforcement and as a DEA agent.

4    A.   I started in 1994 in South Carolina as a police officer.

5    And between 1994 and 2005, I worked in various levels as a

6    municipal police officer, a deputy sheriff, as well as an

7    instructor at the police academy in South Carolina.  In

8    January of 2005, I was hired by DEA as a diversion

9    investigator.  In 2008, I transitioned core series from

10   diversion investigator to a special agent.

11   Q.   And what are your responsibilities as a special agent?

12   A.   Basically investigate and enforce the Controlled

13   Substances Act.  Drug Enforcement Administration is one of the

14   only single, I guess -- I can't think of the word I'm looking

15   for.  It has one mission, essentially, and that is the

16   Controlled Substances Act.

17   Q.   And do you specifically focus on what's termed "drug

18   diversion"?

19   A.   That's correct, sir.

20   Q.   Would you please provide the jury with a laymen's summary

21   of what that term means.

22   A.   Through the Controlled Substances Act, through the code

23   there is established -- with the code and the regulations that

24   are founded on the code, there is a cycle of distribution

25   where essentially DEA can follow the importation of raw

```
 1   material through the manufacturing and distribution process,
 2   all the way through to the end user.  So we call that aside
 3   from distribution, anything that comes out of that legitimate
 4   or legal cycle of distribution is what we term as diversion.
 5   As diversion investigators or even special agents that are
 6   assigned to diversion groups, which I am, our focus is to
 7   identify those times when the controlled substances are
 8   diverted outside of that cycle of distribution and investigate
 9   those instances.
10   Q.    And is it fair to say that the majority of your focus is
11   on healthcare providers, physicians, pharmacists, drug
12   manufacturing companies?
13   A.    It happens to be our -- our official focus is on people
14   who hold DEA registration, which happens to be those that are
15   in the pharmaceutical and healthcare group.  And that
16   includes, again, those importers of raw material, the
17   manufacturers, the distributors, pharmacies, and
18   practitioners, as well as hospitals and clinics and
19   researchers.
20   Q.    And you said that you're stationed in the Bristol office;
21   is that correct?
22   A.    I am stationed in the Bristol office, yes, sir.
23   Q.    And your, I guess, area that you cover, geographic area,
24   is what's considered the Western District of Virginia?
25   A.    That's correct, sir.
```

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 44 of 192   Pageid#: 9978

1    Q.    And is Martinsville, Virginia, in the Western District of

2    Virginia?

3    A.    Yes, sir, it is.

4    Q.    Is that pretty much the entire western half of the state

5    of Virginia?

6    A.    Pretty much, yes, sir.

7    Q.    And finally, just as background in case this term is

8    thrown around, or may have been thrown around earlier when we

9    introduced you, are you one of a couple different case agents

10   on the Dr. Smithers investigation?

11   A.    That's correct, sir.

12   Q.    And what does that mean?

13   A.    Through our reporting -- our reporting system establishes

14   sort of a primary case agent and a co-case agent.  And then we

15   also can have attached to an investigation other persons

16   called case agents who sort of dedicate a lot of time to an

17   investigation, as well as an intel analyst.

18   Q.    Okay.  Is it fair to say that through your position as

19   one of a few case agents on this investigation, you supervised

20   the majority of the investigation and are aware of the

21   majority of the things that occurred during the investigation?

22   A.    I'm aware of the majority of things, yes, sir.

23   Q.    Okay.  And that being said, were you familiar with the

24   search warrant that was executed at Dr. Smithers's clinic in

25   Martinsville, Virginia?

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(376) 623-5147

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 45 of 192   Pageid#: 9979

```
 1   A.   Yes, sir.

 2   Q.   Okay.  And based upon that information, were you familiar

 3   with some United States currency that was seized during that

 4   search warrant?

 5   A.   Yes, sir, I am.

 6            MR. LEE:  If I could not show pictures to the jury.

 7            THE CLERK:  Is it going to be on the computer?

 8            MR. LEE:  Yes.

 9            I'm going to ask Ms. Vogt to pull up Government's

10   Exhibit 99.

11            Your Honor, my understanding is Mr. Williams isn't

12   going to object to the admission of these pictures, so I'll

13   introduce them to the agent and have them shown to the jury as

14   I do that.

15            THE COURT:  Very well.

16            MR. LEE:  Government's Exhibit 99, please.

17   BY MR. LEE:

18   Q.   Are you familiar with what that picture is of?

19   A.   I'm waiting for it to come up.

20            Yes, sir.

21   Q.   Okay.  What is that?

22   A.   That is U.S. currency that was found in a -- like a

23   banker's style bag which was housed in a book bag in a room

24   that was identified to us as Dr. Smithers's office.

25            MR. LEE:  Your Honor, I move for the admission of
```

```
1    Government's Exhibit 99.
2              THE COURT:  It will be admitted.
3         (Government's Exhibit 99 received.)
4              MR. LEE:  Government's Exhibit 100.
5    BY MR. LEE:
6    Q.   Are you familiar with what that picture depicts?
7    A.   Yes, I am.
8    Q.   What is it?
9    A.   That is an image of U.S. currency that was located in the
10   glove box of Dr. Smithers's vehicle.
11             MR. LEE:  Move for the admission of Government's
12   Exhibit 100.
13             THE COURT:  It will be admitted.
14        (Government's Exhibit 100 received.)
15             MR. LEE:  If you could pull up Government's
16   Exhibit 101, please.
17   BY MR. LEE:
18   Q.   Are you familiar with what that picture shows?
19   A.   I believe that was U.S. currency that was found on the
20   counter, front counter in the reception office of
21   Dr. Smithers's office.
22             MR. LEE:  Government's Exhibit -- Your Honor, I move
23   for the admission of Government's Exhibit 101.
24             THE COURT:  It will be admitted.
25        (Government's Exhibit 101 received.)
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5440

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 47 of 192   Pageid#: 9981

```
 1             MR. LEE:  Can you please bring up Government's
 2   Exhibit 102, please.
 3   BY MR. LEE:
 4   Q.   Are you familiar with what that depicts?
 5   A.   Yes, sir.
 6   Q.   What is that?
 7   A.   That is a photo that was taken during the search of
 8   Dr. Smithers's residence.  It is the interior of a safe.  I
 9   believe it was in one of the closets in the residence.
10             MR. LEE:  Your Honor, I'd move for the admission of
11   Government's Exhibit 102.
12             THE COURT:  It will be admitted.
13        (Government's Exhibit 102 received.)
14             MR. LEE:  Ms. Vogt, if you could pull up
15   Government's Exhibit 22, please.
16             I'm sorry, that's my mistake.
17   BY MR. LEE:
18   Q.   Agent Long, how much United States currency was seized
19   from both Dr. Smithers's clinic and his residence on the date
20   of the search warrant?
21   A.   I believe it was approximately $57,168.
22   Q.   Do you remember what the date of the search warrant was?
23   A.   March 7, 2017.
24   Q.   Were joint search warrants executed at both
25   Dr. Smithers's clinic and his residence in the Greensboro,
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 623-5400

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 48 of 192   Pageid#:
9982

1  North Carolina, area?

2  A.    That's correct.

3         MR. LEE:  Ms. Vogt, if you could pull up

4  Government's Exhibit 56, please.

5  BY MR. LEE:

6  Q.    Agent Long, are you familiar with what Government's

7  Exhibit 56 depicts?

8  A.    Yes, sir.

9  Q.    What is it?

10 A.    Those are various containers that were found in a book

11 bag in Dr. Smithers's vehicle.  And inside these various

12 containers were a mixture of different tablets, pills, and

13 capsules.

14 Q.    Okay.

15        MR. LEE:  Your Honor, I move for the admission of

16 Government's Exhibit 56.

17        THE COURT:  It will be admitted.

18     (Government's Exhibit 56 received.)

19        MR. LEE:  Now Government's Exhibit 58, please.

20 BY MR. LEE:

21 Q.    Are you familiar with what that picture demonstrates?

22 A.    Yes, sir.

23 Q.    What is it?

24 A.    On the previous exhibit there was a tall, I think it's

25 a -- maybe a fish oil capsule, the larger bottle.  That is a

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 49 of 192   Pageid#:
9983

1    depiction as we poured out all of the pills from that bottle

2    in order to process them and submit them to the lab.

3    Q.    Okay.  And the other bottles that were depicted in

4    Government's Exhibit 56, were they similarly filled with

5    multiple pills like this one was?

6    A.    Similar, yes.

7    Q.    Okay.

8          MR. LEE:  Move for the admission of Government's

9    Exhibit 58.

10         THE COURT:  It will be admitted.

11         (Government's Exhibit 58 received.)

12         MR. LEE:  Defense Exhibit 59, please.

13   BY MR. LEE:

14   Q.    Agent Long, if you would please explain what this picture

15   depicts.

16   A.    In the -- in preparing drug exhibits to go to the lab, we

17   have to separate them by similar characteristics, by shape,

18   color, size, markings, inscriptions, scores.  So this is sort

19   of a final image of that separation from the individual

20   containers that were found in Dr. Smithers's vehicle.  And

21   they were ultimately packaged in these groupings to send to

22   our laboratory.

23   Q.    So, for example, all of the pills -- and you can draw on

24   your screen -- that were found in the Mega DHA bottle that I

25   circled, where are those located?

1   A.   If I remember correctly, those are going to be, like,

2   these, and including some of those.  (Indicating.)

3   Q.   Okay.  And --

4   A.   And that top ridge there -- no, I believe that's correct.

5   I think the top paper is the smaller bottle.

6   Q.   Okay.  So then the others, bottles depicted and the

7   papers that they're on, they have the pills that were located

8   in those other bottles?

9   A.   That's correct.  Would you like me to draw those?

10  Q.   Yes, please.

11  A.   So the Altoids container would be that.  There were two

12  nerve tonic bottles there.  And then there was a Tylenol

13  bottle that had that (indicating).

14         MR. LEE:  Your Honor, I can't remember if I

15  introduced Government's Exhibit 59 or not, but I do move to

16  introduce it at this time.

17         THE COURT:  I'm sorry, I didn't hear you.

18         MR. LEE:  I'm sorry, Judge.  I'm not sure if I

19  already introduced or moved to introduce Government's

20  Exhibit 59.  I would do so at this time.

21         THE COURT:  It will be admitted.

22     (Government's Exhibit 59 received.)

23  BY MR. LEE:

24  Q.   And, Agent Long, after you separated out these pills into

25  their different unique categories, there are a number of

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(376) 923-5440*

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 51 of 192   Pageid#: 9985

1    labels for each grouping of pills.  If you could explain to

2    the jury what those are.

3    A.    So after we separated them out, my colleague and I would

4    do a search on the internet for the size, color, shape,

5    markings that were found on it.  And we marked each pile with

6    what we presumed that drug was based on that search, and also

7    based on our experience and training.  And we would write on

8    that sticker what we presumed the drug was so that when we

9    began packaging them and doing our paperwork, we could notate

10   that properly.

11   Q.    Okay.  As far as the drugs that you determined were

12   located in all these different bottles that you now separated

13   out into the individual units, did you find a number of

14   unscheduled, non-controlled substances?

15   A.    We did.  We -- there were a few that we couldn't -- they

16   had no markings on them.  One I specifically remember was,

17   like, a clear gelatin capsule that had, like, a green powdery

18   substance in it.  We presume that was some sort of supplement.

19   But there were a number of non-controlled substances there.

20   There were over-the-counter substances included, as well as

21   the controlled substances that we found.

22   Q.    Okay.  And based upon the examination that you did, were

23   you able to determine that there were two hydrocodone pills

24   within the vast number of pills that were --

25   A.    Within the mix, yes, sir.

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 623-5146

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 52 of 192   Pageid#:
9986

1    Q.   Okay.  92 hydromorphone pills?

2    A.   Yes, sir.

3    Q.   19 oxycodone pills?

4    A.   Yes, sir.

5    Q.   353 oxymorphone pills?

6    A.   Yes, sir.

7    Q.   One methadone pill?

8    A.   Yes, sir.

9    Q.   And 102 morphine pills?

10   A.   Yes, sir.

11   Q.   Okay.  And those were all controlled substances; correct?

12   A.   That is correct, sir.

13   Q.   And all but the hydrocodone are Schedule II controlled

14   substances?

15   A.   They're actually all Schedule II controlled substances.

16   Q.   All right.  Thank you.

17            And just to ensure that you-all's determination was

18   correct, did you also send off some of the samples for further

19   confirmation testing at the DEA lab?

20   A.   We did request a sample of the exhibits to be analyzed.

21   Q.   Okay.  And did you receive certificates of analysis

22   indicating that those had been analyzed?

23   A.   Yes, sir, we did.

24            MR. LEE:  Ms. Vogt, if you could pull up

25   Government's Exhibit 76.

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 53 of 192   Pageid#:
9987

1    BY MR. LEE:

2    Q.    And if you could explain what's on the screen there.

3    A.    This is a typical lab report that is generated from our

4    lab -- our lab, DEA's lab.  The chemist will complete this

5    report, have it approved by supervision and then submit it

6    back to the field for our records.

7           MR. LEE Okay.  If you could just blow up that

8    portion right there, Ms. Vogt.

9           Your Honor, I move for the admission of Government's

10   Exhibit 76.

11          THE COURT:  It will be admitted.

12      (Government's Exhibit 76 received.)

13   BY MR. LEE:

14   Q.    Agent Long, this certificate of analysis demonstrates

15   that the substance that was tested was oxymorphone; is that

16   correct?

17   A.    Yes, sir, that's correct.

18          MR. LEE:  If you could pull up Government's

19   Exhibit 77, please.

20   BY MR. LEE:

21   Q.    Showing you Government's Exhibit 77, is that a similar

22   certificate of analysis for another set of pills that you had

23   analyzed to confirm on the testing?

24   A.    Yes, sir, it is.

25          MR. LEE:  Move for admission of Government's

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 54 of 192   Pageid#:
9988

```
 1    Exhibit 77.
 2              THE COURT:  Mr. Williams, as I understand, there's
 3    no objection to the introduction of these lab reports.
 4              MR. WILLIAMS:  That's correct, Your Honor.
 5              THE COURT:  All right.  It will be admitted.
 6         (Government's Exhibit 77 received.)
 7    BY MR. LEE:
 8    Q.   And this exhibit demonstrates that the tablets tested
 9    contained oxymorphone?
10    A.   That's correct, sir.
11              MR. LEE:  Pull up 78, please.
12    BY MR. LEE:
13    Q.   Showing you Government's Exhibit 78, is that another
14    certificate of analysis of additional pills that was sent to
15    confirm the controlled substances contained?
16    A.   That's correct, sir.
17              MR. LEE:  Your Honor, I move for the admission of
18    Government's Exhibit 78.
19              THE COURT:  It will be admitted.
20         (Government's Exhibit 78 received.)
21    BY MR. LEE:
22    Q.   Does that certificate demonstrate that the tablets
23    contained oxymorphone?
24    A.   That's correct, sir.
25              MR. LEE:  Government's Exhibit 79.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 55 of 192   Pageid#: 9989

1   BY MR. LEE:

2   Q.   Government's Exhibit 79, is that another exhibit --

3   excuse me, certificate of analysis of some of the tablets that

4   were sent for confirmation testing?

5   A.   Yes, sir, it is.

6            MR. LEE:  Your Honor, I move for the admission of

7   Government's Exhibit 79.

8            THE COURT:  It will be admitted.

9        (Government's Exhibit 79 received.)

10  BY MR. LEE:

11  Q.   Does this demonstrate the presence of morphine in some of

12  the tablets --

13  A.   Yes, sir, it does.

14  Q.   -- that were tested?

15           MR. LEE:  Government's Exhibit 80, please.

16  BY MR. LEE:

17  Q.   Finally, Government's Exhibit 80, is that another

18  certificate of analysis for confirmation testing of some of

19  the tablets that were sent off?

20  A.   Yes, sir, it is.

21           MR. LEE:  Your Honor, I'd move for the admission of

22  Government's Exhibit 80.

23           THE COURT:  80 and 79 will also be admitted.

24           MR. LEE:  Okay.  Thank you, Judge.

25       (Government's Exhibit 80 received.)

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
(276) 628-5140

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 56 of 192   Pageid#: 9990

1    BY MR. LEE:

2    Q.    And does this indicate the presence of hydromorphone --

3    A.    That's correct.

4    Q.    -- in the tablets that were tested?

5    A.    Yes, sir.

6    Q.    Specifically, as to some of the pills that were found --

7              MR. LEE:  Ms. Vogt, if you could pull up

8    Government's Exhibit 62 please.

9    BY MR. LEE:

10   Q.    -- is this one of the smaller -- or a close-up picture of

11   some of the pills that were set out after being separated into

12   like types?

13   A.    Yes, sir.

14             MR. LEE:  Your Honor, I move for the admission of

15   Government's Exhibit 62.

16             THE COURT:  It will be admitted.

17        (Government's Exhibit 62 received.)

18   BY MR. LEE:

19   Q.    Now, these tablets here (indicating) are oxymorphone; is

20   that correct?

21   A.    Yes, sir.

22   Q.    Okay.  Now, specifically, what is different about the

23   pills that I've circled there in the lower right-hand corner,

24   the orange-red tablets, from the other pills that you found in

25   those bottles?

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(276) 628-5146*

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 57 of 192   Pageid#: 9991

1   A.   I found them to be unique in that they were separated

2   into, I believe they were 10-count groupings and housed in

3   these small plastic cellophane bags, baggies.

4   Q.   And based upon your training and experience as a DEA

5   agent, what is that indicative of?

6   A.   It's generally indicative of distribution amounts.

7   Q.   Packaged in such that it can be distributed to people in

8   smaller quantity?

9   A.   Yes, sir.  Easily trafficked or easily distributed.

10   Q.   Okay.

11            MR. LEE:  Thank you, Ms. Vogt.

12   BY MR. LEE:

13   Q.   Agent Long, through your investigation, did you also

14   obtain bank records of Dr. Smithers and his businesses from

15   Bank of America?

16   A.   I did, yes, sir.

17            MR. LEE:  Those have been, I think, provided to the

18   Court already in electronic format.  Your Honor, I'd move for

19   the introduction of Government's Exhibit 9, which is those

20   bank records?

21            THE COURT:  It will be admitted.

22        (Government's Exhibit 9 received.)

23            MR. LEE:  And Government's Exhibit 10.

24            THE COURT:  It will be admitted.

25        (Government's Exhibit 10 received.)

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5440
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 58 of 192   Pageid#: 9992

```
 1   BY MR. LEE:
 2   Q.   Did you do an analysis of those bank records, Agent Long,
 3   in order to provide a summary of the deposits into
 4   Dr. Smithers's bank accounts between August of 2015 and June
 5   of 2017?  And I may be off on the dates.
 6   A.   I know that we --
 7   Q.   March of 2017, excuse me.
 8   A.   March of 2017.  I know we did a breakdown of those
 9   deposits between those months.  And I believe it was the
10   operating months of Smithers Community Healthcare Clinic
11   between August of '15 through March of '17.
12   Q.   And did you prepare a summary chart of those deposits?
13   A.   I did, yes, sir.
14            MR. LEE:  And, Ms. Clark, I don't want to show it to
15   the jury until I've had a chance to show it to the witness and
16   defense counsel.
17            If you could pull up Government's Exhibit 51,
18   Ms. Vogt.
19            Your Honor, my understanding is that Mr. Williams
20   doesn't have any objection to the introduction of Government's
21   Exhibit 51, which would be the summary chart of those
22   deposits.
23            THE COURT:  Very well.
24            MR. LEE:  And I'd move for its admission.
25            THE COURT:  It will be admitted.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 59 of 192   Pageid#: 9993

```
 1          (Government's Exhibit 51 received.)

 2               MR. LEE:  I'm going to put this on the easel here.

 3    BY MR. LEE:

 4    Q.   Agent Long, if you would just explain to the jury what

 5    that chart represents, please.

 6    A.   So from the records that we received from the bank, I did

 7    a --

 8               MR. LEE:  Your Honor, I think some of the jurors on

 9    this end may not be able to see.  Do you mind if I move the

10    exhibit into the well of the courtroom?

11               THE COURT:  Yes, sir, that will be fine.

12               THE WITNESS:  -- from the bank statements we

13    received from Bank of America.

14               THE COURT:  Mr. Lee, did you not have something to

15    show on the monitor about this?

16               MR. LEE:  It's not loading, for whatever reason,

17    Judge.  I'm not sure why.

18               THE COURT:  All right.

19               MR. LEE:  We'll rectify that after this.

20               MR. WILLIAMS:  Your Honor, may I step over so I can

21    see what he's pointing to?

22               THE COURT:  Yes, sir, you may.

23               And the defendant may also.

24               MR. WILLIAMS:  Thank you, Your Honor.

25               MR. LEE:  If Agent Long could come down to point out
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5440

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 60 of 192   Pageid#: 9994

1    on the exhibit, if that's acceptable.

2              THE COURT:  All right.  Agent Long, you need to

3    speak up when you're down there so the court reporter can hear

4    you.

5              THE WITNESS:  Yes, sir.  So from the bank statements

6    that we received from Bank of America, took the information

7    that was shown on the statements for these individual months,

8    from August 2015 through March 2017.  The statements itself

9    showed the total deposits made into that account.  And,

10   essentially, just put that information from those bank

11   statements into chart form.  And that's what's represented

12   here.

13   BY MR. LEE:

14   Q.    So each month is a monthly total of deposits into Joel

15   Smithers's DBA Priority Urgent Care account; correct?

16   A.    That's correct.  And this is representative of Bank of

17   America account number ending in 4440.

18   Q.    So for the month of August 2015 there was only $9,527?

19   A.    That's correct, sir.

20   Q.    And is it correct that was a month that the clinic in

21   Martinsville had just opened up, toward the end of the month?

22   A.    If I remember correctly, the clinic in Martinsville

23   opened up about March 26, 2015.

24   Q.    Then the very next month, deposits jumped from $9,527 to

25   $43,524.89?

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 623-5190

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 61 of 192   Pageid#: 9995

1   A.   Yes, sir.

2   Q.   And then, obviously, throughout the next number of months

3   those deposits are shown.   And the highest amount deposited in

4   one month was January of 2017; is that correct?

5   A.   Yes, sir.

6   Q.   How much was deposited on that month?

7   A.   $71,392.84.

8   Q.   Now March of 2017, you previously testified, was when the

9   search warrant was executed.   What were the deposits in that

10  month?

11  A.   In March of 2017, the statements showed total deposits of

12  $18,075.

13  Q.   All right.   Thank you, Agent Long.

14        Agent Long, do you remember the total amount of the

15  deposits from all of those months that were indicated?

16  A.   I don't remember the exact amount.   I believe it was

17  around $680,000, give or take.

18  Q.   Okay.   Agent Long, have you also prepared a summary chart

19  that indicates the patients' prescriptions that are charged in

20  the indictment, along with the pharmacies in which the

21  prescriptions issued to those patients were filled?

22  A.   Yes, sir.

23  Q.   Is that -- I believe that's Government's Exhibit 105.

24        MR. LEE:   Take it down for the jury.

25        THE CLERK:   It's blacked out until you tell me it's

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 62 of 192   Pageid#: 9996

1    admitted.

2                MR. LEE:  It was on the screen.

3                THE CLERK:  The gallery.

4                MR. LEE:  All right.  105, please.

5    BY MR. LEE:

6    Q.   Is this the first page of the document?

7    A.   That appears to be correct, sir.

8    Q.   Okay.  And this summarizes all of the prescriptions and

9    distributions that are alleged in the indictment by patient,

10   the date, the drug prescribed, the pharmacy, et cetera?

11   A.   Yes, sir.

12               MR. LEE:  Your Honor, I move for the admission of

13   Government's Exhibit 105.

14               THE COURT:  It will be admitted.

15       (Government's Exhibit 105 received.)

16   BY MR. LEE:

17   Q.   And I won't go through every page, it's a 40-page

18   document.  But if you could just explain to the jury what each

19   column represents, please.

20   A.   So the first column at the far left, it's entitled

21   "Count," that is consistent with the count on the indictment.

22   So Count 3 of the indictment would be the first line on that

23   page.  The second column is the initials of the patient, which

24   are represented on the indictment.  The third column is the

25   name that corresponds with those initials which are on the

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 63 of 192   Pageid#:
9997

       indictment.  The approximate date column is the approximate

       date the prescription was written.  The drug prescribed is the

       drug on the prescription.  Quantity is the quantity of tablets

       prescribed.  The pharmacy name is the pharmacy where the

       prescription was filled.  And the city and state of the

       pharmacy are the last two columns.

Q.     Okay.  So just running through the first count that's

       listed, Count 3.

A.     Yes, sir.

Q.     In the indictment the person who received that

       prescription is referenced only by the initial RB; is that

       correct?

A.     Yes, sir, that's correct on the indictment.

Q.     That patient's full name is Robert Battaglia.

A.     Yes, sir.

Q.     And the approximate date would be September 3rd, 2015.

A.     That's correct.

Q.     Now, is that the date the prescription was issued or the

       date the prescription was filled?

A.     Yes, sir.  It's the date the prescription was issued, the

       date it was written.

Q.     Okay.  And the drug prescribed to Robert Battaglia on

       that date that's alleged in Count 3 is MS Contin,

       15 milligrams?

A.     That's correct.

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 64 of 192   Pageid#: 9998

1   Q.   And the quantity references the number of pills that were

2   prescribed, which would be 60.

3   A.   Yes, sir.

4           MR. LEE:  Ms. Vogt, I didn't ask you to blow that

5   up.  Would you mind blowing that up for us?

6           Thank you.  I apologize.

7           MS. VOGT:  What exhibit is that, I'm sorry?

8           MR. LEE:  105.

9   BY MR. LEE:

10  Q.   So just to run through it again in case someone had

11  trouble -- difficulty reading it.  Count 3, RB is the initials

12  in the indictment.  Robert Battaglia is the patient.

13  September 3rd, 2015, is the date the prescription was written.

14  This prescription in Count 3 was for MS Contin for a quantity

15  of 60 pills.  And the prescription was filled at the Olde

16  Virginia Pharmacy in Tazewell, Virginia; is that correct?

17  A.   Yes, sir.

18          MR. LEE:  All right.  Thank you, Ms. Vogt.

19  BY MR. LEE:

20  Q.   One thing, Agent Long, as the jury is potentially going

21  through the evidence, and they may have already seen, there

22  are certain prescriptions that are -- that have been -- when

23  entered into evidence they have either "void" or "copy" or

24  "copied" in the background of the prescription.  Can you

25  explain what that means?

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 65 of 192   Pageid#: 9999

1    A.    Prescriptions are generally written on -- its protected

2    paper.  It's secure paper.  So there is a, sort of a watermark

3    background on those -- on that paper that when it gets copied,

4    potentially when it gets scanned, the watermark words will

5    show up, and it will show up as "void," or it may show up as

6    "copy," depending on the manufacturer of the paper, the

7    quality of the scanning equipment, or quality of the copying

8    equipment.

9    Q.    Okay.  As an example --

10              MR. LEE:  Ms. Vogt, if you could pull up LK-469,

11   please.

12              THE CLERK:  It's been previously admitted?

13              MR. LEE:  Yes.  469.

14   BY MR. LEE:

15   Q.    Showing on the screen, this is a prescription for Lora

16   Kicklighter; is that correct?

17   A.    Yes, sir.

18   Q.    Okay.  And it's -- in the background you can see pretty

19   evidently there's a lot of "void"s, is that what you're

20   talking about?

21   A.    Yes, sir, that's what I'm indicating.  And the reason

22   that is done is to attempt to prevent someone from copying

23   prescriptions to present to further divert controlled

24   substances.

25   Q.    So that was done in preparation of the exhibits and

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
(276) 283-9940

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 66 of 192   Pageid#:
10000

```
 1    seizing the documents for this investigation?
 2    A.   In processing those, yes, it would be copied or scanned,
 3    and those watermarks do appear on some.
 4    Q.   Okay.
 5         MR. LEE:  Ms. Vogt, if you could pull up
 6    Government's Exhibit -- I believe its 51, the map.
 7         50.
 8    BY MR. LEE:
 9    Q.   Agent Long, have you prepared a summary, have you been
10    involved or are you familiar with the preparation of a summary
11    map that's labelled Government's Exhibit 50?
12    A.   I was involved in and aware of it, yes.
13    Q.   Okay.  What does the map note?
14    A.   This map depicts certain locations that were involved in
15    this investigation, to include the location of Dr. Smithers's
16    practice, a sampling of the pharmacies that were used where
17    Dr. Smithers's prescriptions were filled, as well as notations
18    where patients indicated on Dr. Smithers's paperwork of their
19    residential addresses.
20         MR. LEE:  Your Honor, I don't believe this has been
21    introduced before.  Government's Exhibit 50.  I'd move for its
22    introduction.
23         THE COURT:  It will be admitted.
24         THE CLERK:  It has been.
25    ///
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 67 of 192   Pageid#: 10001

BY MR. LEE:

Q.   So just to point out some of the things in the map, is it
fair to say that the blue pins are the cities listed by
patients that are charged in the indictment as their
residential cities?

A.   That's my understanding.

Q.   And the yellow pins are their actual address where they
were living; is that correct?

A.   That would be correct.

Q.   And then the red pins are locations of pharmacies, some
of the pharmacies that were used by the patients?

A.   That's correct.  There's also a red pin, as well as a
little house shape for Dr. Smithers's clinic.

Q.   Okay.  And Dr. Smithers's clinic is located where I've
circled down in Martinsville; is that correct?

A.   Yes, sir.

Q.   And then, for example, the Kentuckiana Pharmacy which is
on the Kentucky-Indiana border is marked all the way on the
far left-hand side of the screen.

A.   Yes, sir.

Q.   And then you can see, there are a number of clusters of
patients located both in West Virginia and Kentucky that I
circled; is that correct?

A.   That's correct.

Q.   The Mount Sterling collection of patients, was that

```
 1    affiliated with a crew that's been discussed during this
 2    trial?
 3    A.    Yes, sir, it is.
 4    Q.    Which crew was that?
 5    A.    Ricky and Rebecca Jessie.
 6    Q.    And then this little gathering of patients here on the
 7    Kentucky/West Virginia border, was that -- looks like
 8    Williamson, Belfry, Aflex, Canada, Williamson, was that
 9    affiliated with another crew?
10    A.    It was.
11    Q.    Which crew was that?
12    A.    Darryl Williams.
13    Q.    And then all the way up here in New Albany, Ohio, is that
14    Shannon Kovaleski's address?
15    A.    That's correct, sir.
16    Q.    There's a patient listed here in the Marion area.  Are
17    you familiar with who that was?
18    A.    I believe that was Robert Battaglia.
19    Q.    All right.  Are you familiar with Robert Battaglia?
20    A.    Yes, sir.
21    Q.    And how are you familiar with him?
22    A.    Mr. Battaglia was initially signed up with our office as
23    a confidential source, and we have met with him on a few
24    occasions.
25    Q.    Okay.  And did he provide information to the Drug
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 69 of 192   Pageid#:
10003

1    Enforcement Administration about Dr. Smithers?

2    A.    Yes, sir, he did.

3    Q.    And was that in approximately May of 2016?

4    A.    Yes, sir.

5    Q.    Did he actually obtain prescriptions by mail from

6    Dr. Smithers during that timeframe?

7    A.    They were shipped, whether it's postal or FedEx.

8    Q.    I apologize.  Shipped by some --

9    A.    Courier service --

10   Q.    Courier service, delivery service.

11   A.    Yes, sir.

12   Q.    Was that at the direction of DEA?

13   A.    It was in cooperation with the DEA, yes, sir.

14   Q.    Do you remember when he received those prescriptions?

15   A.    I believe it was on the -- on or about May 18th of 2016.

16   Q.    And were those filled by Robert Battaglia at the

17   direction of DEA?

18   A.    They were.  However, we had accompanied Mr. Battaglia to

19   the pharmacy to have them filled.

20   Q.    Do you remember what date that occurred on?

21   A.    It was either the same date, the 18th, or maybe a day or

22   two later.  I don't remember the exact day.  But it was within

23   a couple days of May -- of May 18.

24   Q.    Okay.  And are you familiar with an individual named

25   Robert Bowen?

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 70 of 192   Pageid#: 10004

```
 1   A.    No, sir.

 2   Q.    Excuse me, Richard Bowen?

 3   A.    I don't know Richard Bowen.  I'm familiar with the name.

 4   Q.    Are you familiar with he was a patient of Dr. Smithers?

 5   A.    Yes, sir.

 6   Q.    Was he also an associate of Mr. Battaglia?

 7   A.    It seemed to be that way, yes, sir.

 8   Q.    Were you able to obtain, through the course of the search

 9   warrants that were executed, and I believe the downloads of

10   the phones that were conducted of Dr. Smithers's phone, text

11   messages between Richard Bowen and Dr. Smithers?

12   A.    Yes, sir, I am familiar with it.

13   Q.    And have those been downloaded and provided through the

14   discovery process?

15   A.    Yes, sir.

16               MR. LEE:  Your Honor, at this time I'd move for the

17   introduction of Government's Exhibit 104, which is excerpts of

18   the text messages between Mr. Bowen and Dr. Smithers.

19               THE COURT:  All right.  Before we get into that, I

20   take it you have more questions.  Let's take a mid-morning

21   recess at this time.

22               MR. LEE:  Yes, Judge.

23               THE COURT:  Ladies and gentlemen, we're going to

24   take a recess at this time.  If you'll follow the bailiff out.

25               THE WITNESS:  Your Honor, may I move this easel out
```

1    of the way?

2              THE COURT:  Yes, please.

3         (Proceedings held in the absence of the jury.)

4              THE COURT:  All right.  If there's nothing further,

5    we'll take a recess at this time.

6         (Proceedings suspended at 10:32 a.m. and resumed at 11:13

7    p.m.)

8              THE COURT:  Are we ready to proceed?

9              MR. LEE:  Yes, Judge.

10             Just one housekeeping matter.  I don't know if that

11   last exhibit was actually moved or not.  Government's

12   Exhibit 104.

13             THE COURT:  It will be admitted.

14        (Government's Exhibit 104 received.)

15             THE COURT:  I'll tell the jury that when they come

16   in also.

17             All right.  We'll have the jury in.

18        (Proceedings held in the presence of the jury.)

19             THE COURT:  Ladies and gentlemen, we're ready to go

20   again.  And I will admit exhibit -- Government's Exhibit 104.

21             MR. LEE:  Thank you, Judge.

22   BY MR. LEE:

23   Q.   Agent Long, just to go back a little bit before the

24   break.  We were talking about a patient of Dr. Smithers named

25   Robert Battaglia; is that correct?

1    A.    Yes, sir.

2    Q.    And we had just started discussing how on May the 18th of

3    2016 he had cooperated with the DEA by -- or around that date,

4    had been cooperating with the DEA to receive prescriptions via

5    FedEx, UPS, or mail, some delivery service, from Dr. Smithers

6    without actually going to a visit; is that correct?

7    A.    Yes, sir, that's correct.

8    Q.    Can you tell the members of the jury why he was

9    cooperating, if you know?

10   A.    If memory recalls, Mr. Battaglia had been arrested by

11   city police, I believe it was subsequent to having received a

12   package through UPS, or at least had been questioned about a

13   package containing controlled substances he received through

14   UPS.

15   Q.    So he had some sort of legal trouble or had been

16   questioned by the authorities about something related to

17   controlled substances.

18   A.    That's what I recall, yes, sir.

19   Q.    And was the DEA involved in those underlying matters?

20   A.    No, sir.

21   Q.    Okay.  So, fair to say, the only person who would know

22   about any connection to the DEA would be him or somebody he

23   told; is that correct?

24   A.    That's correct.

25         The -- when the incidents happened at the UPS, our

```
 1   group has a task force officer from the Bristol Police
 2   Department on our task force who was notified of this.  But as
 3   far as it being a DEA activity, those activities were not DEA
 4   sponsored or run at that time.
 5   Q.   Okay.  All right.  So just to make it clear, DEA knew
 6   about his issue with the package?
 7   A.   Yes.
 8   Q.   But was not involved in the arrest, if it happened, or
 9   any questioning, or the bringing of charges?
10   A.   That's correct.  It was only after that that
11   Mr. Battaglia was signed up as a confidential source, after
12   that incident, to my recollection.  And then the DEA -- he
13   cooperated then with DEA in obtaining these prescriptions and
14   then the ultimate filling of those prescriptions.
15   Q.   Okay.  And I guess maybe to put it in a different way,
16   his cooperation with the DEA was not a matter of public record
17   or known to the general public.
18   A.   No.
19   Q.   Okay.  All right.  So we had been talking about
20   Mr. Battaglia, and I think you also mentioned that there was
21   another patient named Richard Bowen who was from the same
22   general area that Mr. Battaglia lived in.
23   A.   That's correct, yes, sir.
24   Q.   And you believe there was some association between the
25   two as far as acquaintanceship or they knew each other?
```

```
1    A.    Unknown at the time, but now known, yes.

2    Q.    Okay.  And we had just moved to introduce -- or we had

3    talked about how on the 18th of May, Mr. Battaglia had

4    received mail -- some sort of delivered prescriptions from

5    Dr. Smithers; is that correct?

6    A.    On or about that day, yes, sir.

7    Q.    And then on or about that day or the next day, within a

8    couple days of that, May the 18th, Mr. Battaglia and yourself,

9    and agent -- or Detective Simpson went and filled those

10   prescriptions.

11   A.    That is correct.

12   Q.    Okay.  Directing your attention to Government's

13   Exhibit 104 --

14             MR. LEE:  Ms. Vogt, if you could pull that up.

15             THE CLERK:  104?

16             MR. LEE:  104, correct.  And this can be shown to

17   the jury.

18             THE CLERK:  Okay.  You should see it.

19             MR. LEE:  Okay.  If you could blow up the lower

20   half, please.

21   BY MR. LEE:

22   Q.    And, Agent Long, just so the jury's aware of how these

23   particular text messages are set up, the first column, that's

24   just a number noting the number of message that it is; is that

25   correct?
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 75 of 192   Pageid#: 10009

```
 1   A.    My understanding, yes, sir.

 2   Q.    Okay.  The next column notates what type of a text

 3   message it might be; is that correct?

 4   A.    That's correct.

 5   Q.    This third column indicates whether the message is

 6   outgoing from Dr. Smithers's phone to somebody else, or

 7   incoming, being sent from someone else to Dr. Smithers; is

 8   that correct?

 9   A.    That is correct.

10   Q.    The next two columns are blank.  The sixth column notates

11   the time that the message was sent or received; is that

12   correct?

13   A.    Yes, sir, that's what it indicates.

14   Q.    Okay.  And then the next column indicates either -- who

15   the text message is from and who it is to; is that correct?

16   A.    Yes, sir.

17   Q.    And in this text message showing it references, "From:

18   SCH cell," are you familiar with what that notation is?

19   A.    Yes, sir.  It was our understanding that "SCH cell" is a

20   phone that Dr. Smithers had.

21   Q.    Okay.  And then Richard Bowen is the other party?

22   A.    That is correct.

23   Q.    And then the final column, if it has anything in it,

24   that's the content of the message; is that correct?

25   A.    That's my understanding, yes, sir.
```

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
(376) 623-5040

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 76 of 192   Pageid#: 10010

```
 1   Q.   So these messages that we're going to be looking at
 2   initially, it appears they were all sent on May the 20th of
 3   2016; is that correct?
 4   A.   That's what it indicates, yes.
 5   Q.   Within two days of -- or around the same time frame that
 6   Mr. Battaglia is cooperating with you to receive
 7   prescriptions.
 8   A.   Yes, sir.
 9   Q.   And the first, just to go through the messages.  And I
10   will read the ones from Mr. Bowen, if you'd read the ones from
11   Dr. Smithers.  The first two messages are from Dr. Smithers;
12   is that correct?
13   A.   That's what it indicates, yes, sir.
14   Q.   And what do they say?
15   A.   "When is a good time to call you?"
16            "This is Dr. Smithers."
17   Q.   Richard Bowen send, "I can't talk at the moment.  I'll
18   call you in two hours."
19   A.   "K."
20            MR. LEE:  The next page.
21   BY MR. LEE:
22   Q.   Then what is the next message that Dr. Smithers sends?
23   A.   He sends, "Can you give me any idea of what this is
24   concerning?"
25   Q.   And Richard Bowen responds "DEA."
```

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(376) 623-5138*

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 77 of 192   Pageid#: 10011

1  A.   "K."

2  Q.   And then Dr. Smithers responds?

3  A.   He says "K."

4       "Call when you can."

5  Q.   Then Dr. Smithers sends another message, what does he

6  say?

7  A.   "It's been over two hours, sir... Can you please either

8  give me more context via a text message or call me, please.

9  Thank you."

10  Q.   Then the next message from Richard Bowen is, "The person

11  who is with me is your problem.  I can't talk in front of him

12  an you want -- "and you won't believe who it is but trust me

13  I'm looking out for you an your family."  Is that correct?

14  A.   That's the way it reads, yes, sir.

15  Q.   Then Mr. Bowen continues on to say, "You candy tell a

16  soul about what I'm going to tell you."

17       Then he says, "can't", presumably correcting the

18  message typo.

19       What does Dr. Smithers tell you?

20  A.   He says, "Interesting."

21       "I don't tell anyone about informants and never

22  will."

23  Q.   Mr. Bowen responds with, "You owe me lol."

24       What does Dr. Smithers respond with?

25  A.   "That is yet to be determined.  When is the last time we

1  saw you at the office?"

2  Q.    Then Dr. Smithers sends two more messages.  What do they

3  say?

4  A.    He sends, "I lost you."

5         Then second message, "I'll have the kids home in 10.

6  Please call me back, sir."

7  Q.    Okay.

8         MR. LEE:  If you could go to the next page, which I

9  believe is page 5 of the Government's Exhibit 104.

10         I'm sorry, Ms. Vogt, can you go back to page 3 of

11  the exhibit.

12         Okay.  Could you go to the next page.

13         Not that section, please, the next one.  Next two

14  sections, please.

15         Thank you.

16  BY MR. LEE:

17  Q.    What is the message from Dr. Smithers?

18  A.    It says, "You da boss."

19         And follows up with, "Thx for looking out for us...

20  It hasn't been made known yet but we also have a little one on

21  the way, so I really appreciate any information to help us

22  stay on the straight and narrow.  Thank you, sir."

23  Q.    Then Richard Bowen says, "Look I like y'all an i cant

24  stand a dam snitch it cost me three years of my life an i was

25  just trying to help someone."

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(376) 623-5146

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 79 of 192   Pageid#:
10013

1    "I want let him bring you down."

2    Then further says, "I would send him a letter an

3  tell him the clinic called you an told you make sure he signs

4  for the letter if I was you.  I wouldn't even talk to him

5  again."  Is that correct?

6  A.    That's the way it reads, yes, sir.

7    MR. LEE:  Ms. Vogt, if you could bring up what has

8  already been admitted in Government's Exhibit RB-2, page 32 of

9  that exhibit.

10  BY MR. LEE:

11  Q.    Showing you the patient file of Robert Battaglia, page 32

12  of that file.  Is this a letter that appears to be sent from

13  Dr. Smithers?

14  A.    Yes, sir, it does.

15  Q.    Who is it addressed to?

16  A.    Mr. Robert Battaglia.

17  Q.    And, in summary, is that letter discharging or dismissing

18  Mr. Battaglia from the practice?

19  A.    The essence of this letter is that he will no longer be

20  seen as a patient.

21  Q.    What is the date of that letter?

22  A.    June 1st, 2016.

23  Q.    So approximately 11 days after Mr. Bowen and

24  Dr. Smithers's conversation.

25  A.    That's correct.

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(376) 623-5106

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 80 of 192   Pageid#: 10014

```
 1              MR. LEE:  All right.  Thank you.
 2   BY MR. LEE:
 3   Q.   Couple other somewhat housekeeping matters I wanted to
 4   address before I forget.
 5              What is your -- just so the jury is not confused if
 6   they're looking at documents in the case.  What is your full
 7   legal name?
 8   A.   Michael Patrick Long.
 9   Q.   So do you sign it Michael Patrick Long?
10   A.   Not always.  It will be Michael P. or M. Patrick Long.
11   Q.   Okay.  All right.  And one other question I had about the
12   chart, a couple questions.  The chart that you produced ends
13   in March of 2017; is that correct?
14   A.   Yes, sir, that's correct.
15   Q.   And the search warrant was on March the 7th of 2017.
16   A.   Yes, sir, that's correct.
17   Q.   Okay.  And the practice continued to stay open after
18   that; is that right?
19   A.   It did, yes.
20   Q.   But you chose just to look at deposits up until the date
21   of the search warrant.
22   A.   Those were the records that we had at the time, I
23   believe.
24   Q.   Okay.
25              MR. LEE:  All right.  If I could have the ELMO on,
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 623-5146

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 81 of 192   Pageid#:
10015

1    ma'am.

2    BY MR. LEE:

3    Q.    I'm going to show you what has been marked and has

4    already been admitted as Government's Exhibit 49.  This is

5    a -- do you remember what this is?

6    A.    This was a handwritten note that was found during the

7    search warrant of Mr. -- excuse me, Dr. Smithers's clinic.

8    Q.    All right.  And this was found -- there are actually two

9    searches that occurred at Dr. Smithers's practice, one via the

10   search warrant in March of 2017.  When was there a second

11   search done?

12   A.    There was a second search warrant executed the early part

13   of November of 2017.

14   Q.    Okay.  Why was another search warrant executed in

15   November?

16   A.    The landlord represents for the landlord of the practice,

17   of the building, had indicated -- had contacted first

18   Martinsville Police Department who referred them to our office

19   in Roanoke and expressed to our agents there that the rent had

20   not been paid for a couple months.  And, as a result, they

21   were terminating the lease.  And in doing so, they had gone to

22   the clinic and found some various papers, documents, reports

23   that appeared to be health related.  And they contacted our

24   office to let us know that that information was there.  We

25   secured a second search warrant to retrieve those documents

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 623-5100

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 82 of 192   Pageid#: 10016

1     the landlord had collected.

2     Q.   Okay.  So this first note, Government's Exhibit 49, it

3     says, "For suspected wires."  Then in quotes, "'without

4     verification of your issues, cannot help you.'"  That was

5     seized on the March 7, search warrant; correct?

6     A.   Yes, it was, sir.

7     Q.   If you could, briefly explain, in your line of work as a

8     DEA agent, what's it mean, a wire?

9     A.   A wire is --

10              MR. WILLIAMS:  Your Honor, if I could, I would

11    object at this point in time, certainly as to his

12    qualifications to be able to tell that.

13              MR. LEE:  Your Honor, I think the basis of his own

14    personal experience, the use of the term "wire," I think he

15    can explain what that is.

16              THE COURT:  Yes, sir.  I believe that it's been

17    sufficiently shown that the witness has a sufficient

18    experience in law enforcement to define that term.  I'll

19    overrule the objection.

20    BY MR. LEE:

21    Q.   What does the term "wire" as it would be used in this

22    sort of context mean to you?

23    A.   When we conduct undercover operations, either using an

24    undercover agent, law enforcement agent, or a confidential

25    source, or a cooperating individual, there are times when we

```
 1    may want to record interactions that that undercover person
 2    has.  And we do that through various covert means, or covert
 3    devices, and they're commonly referred to as wires.  I think
 4    that's maybe sort of a throw back to when things were actually
 5    wired.  They had wires to microphones to recording devices and
 6    that's just a generic term for a covert recording device.
 7    Q.    Now showing you Government's Exhibit 87, which has
 8    already been introduced, this is another note; is that
 9    correct?
10    A.    Yes, sir.
11    Q.    Okay.  Do you know when this note was seized?
12    A.    This was part of the documents that our agents had
13    retrieved in the November -- excuse me, the November search
14    warrant.
15    Q.    What does this note say?
16    A.    "Is Darryl Williams wearing a wire?"
17    Q.    Now showing you Government's Exhibit 88, when was this
18    note seized?
19    A.    This was another note that was seized during the
20    November 2017 search warrant.
21    Q.    Okay.  And it mentions "DEA."
22    A.    Yes, sir.
23    Q.    And has what appear to be some numbers and letters; is
24    that correct?
25    A.    It does, yes, sir.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 84 of 192   Pageid#:
10018

```
1    Q.   Okay.  Do any of those numbers and letters mean anything

2    to you?

3    A.   By looking at the note and the description of a late

4    model Ford, it sort of infers a partial tag number, license

5    plate numbers.  And the questioning is -- the way I interpret

6    this note, is this potentially DEA vehicles, drug diverters,

7    or sponsors?

8    Q.   All right.  At this time I want to go through some

9    additional text messages with you.  These would be text

10   messages downloaded from Dr. Smithers's phone involving a

11   Clayton Colegrove.  Do you know who Clayton Colegrove was?

12   A.   Yes, sir.

13   Q.   And who is he?

14   A.   He was a patient of Dr. Smithers.

15        MR. LEE:  Your Honor, at this time I'd move for the

16   introduction of Government's Exhibit CC-1000.

17        THE COURT:  It will be admitted.

18      (Government's Exhibit CC-1000 received.)

19        MR. LEE:  Ms. Vogt, if you could pull up

20   Government's -- or page 1 of that document, please.

21        And, Ms. Vogt, if you would pull up just that

22   portion, please (indicating).

23        Actually, could you go -- I'm sorry, go down to

24   there.  Yeah, that's fine.  Thank you.

25   ///
```

BY MR. LEE:

Q.   So these are messages between, it appears, Clayton Colegrove and SCH cell; is that correct?

A.   That's what it appears, yes, sir.

Q.   In these downloads of text messages, is it common that the succession of dates are reversed?  Normally it would go earliest date in time going down, but sometimes it goes, in essence, up the page?

A.   That's correct.  There's multiple sections of the reports when these phones are downloaded.  And, for whatever reason, and I don't know all the reasons behind the way they do these or how the data from the phone gets displayed in the report, but for whatever reason some of the sections of this report are listed in reverse chronological order, while other sections are in chronological order.

Q.   Okay.  I guess we'll just start here.  The first message there is from the SCH cell; is that correct?

A.   Yes, sir.

Q.   Okay.  And if you would read the SCH cell side, and I'll read the Clayton Colegrove side.

A.   Yes, sir.

Q.   How does the conversation start?

A.   "What is your mailing address, sir?"

Q.   Mr. Colegrove responds with his address.  And then in "dingess wv" and states "thats where I live with my uncle.  My

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(376) 623-5146

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 86 of 192   Pageid#: 10020

1   mailing address is" -- then provides the box number in

2   "dingess wv."  And then says, "But send it to box 2410."

3   A.   Dr. Smithers replies, "Will do."

4        "Thank you.  Sorry for bothering you."

5   Q.   Then it appears those messages were sent on August

6   the 6th of 2016; is that correct?

7   A.   Yes, sir.

8   Q.   And the message at the top there is August the 9th of --

9   A.   Yes, sir.

10  Q.   And Mr. Colegrove sends a message to Dr. Smithers

11  stating, "Good morning doc.  this is clayton colegrove is

12  there a tracking # that i need?"  Correct?

13  A.   That's correct.

14       MR. LEE:  Ms. Vogt, I'm going to ask you to now pull

15  up -- well, first, Government's Exhibit RiJ-1000.

16  BY MR. LEE:

17  Q.   Are those text messages between Ricky Jessie and

18  Dr. Smithers downloaded from Mr. Smithers's phone?

19  A.   That's correct.

20       MR. LEE:  Your Honor, I move for the introduction of

21  Government's Exhibit RiJ-1000.

22       THE COURT:  It will be admitted.

23     (Government's Exhibit RiJ-10000 received.)

24       MR. LEE:  Ms. Vogt, if you could direct us to

25  page 12.  And we're going to go through that whole page there.

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5116
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 87 of 192   Pageid#: 10021

 1   So if you want to blow up the top, that would be great.

 2   BY MR. LEE:

 3   Q.   Now the format of this part of the download is a little

 4   bit different; is that correct? from  what we've been looking

 5   at?

 6   A.   Yes, it is.

 7   Q.   Okay.  And in this format, it starts off with the date

 8   and time the message was sent; is that correct?

 9   A.   That is correct.

10   Q.   Then there's a phone number from where the message was

11   sent from.

12   A.   Yes.

13   Q.   And then a notation as to the name of the person that was

14   sent to; is that correct?

15   A.   That's correct.

16   Q.   Just so the jury is aware, the names, those are populated

17   from the contacts within the phone itself?

18   A.   That is my understanding, yes.

19   Q.   Okay.  So on August the 23rd, 2015, Rick and -- a phone

20   number that comes back to Rick and Becky Jessie sends a

21   message that says, "Hey doc we didn't know if you were going

22   to no open tomorrow if you are we have to leave around 2:"

23           "If you don't care just let me know thanks."

24           Then does Dr. Smithers reply to that message?

25   A.   He does respond, "Won't be open tomorrow."

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(376) 623-5146

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 88 of 192   Pageid#:
10022

```
 1            "Sorry couldn't answer, crying baby."
 2    Q.    Then the from Rick and Becky Jessie says, "What about
 3    Tuesday?"
 4            "Reason why I'm asking it about a 16 hour there and
 5    back 8 hours up and 8 hours back we will have to get a hotel."
 6    A.    That's correct.
 7    Q.    What does Dr. Smithers respond with?
 8    A.    He replies, "Working on it."
 9            Then, "I'll let you know."
10    Q.    Then Rick and Becky Jessie state, "Thanks we was going to
11    come up early am get hotel room make it easier."
12            Then, "Hey call me when you get time need to ask you
13    something."
14            Then Rick and Becky Jessie continue to text and
15    state, "I was going to call you but I hate to bother you so
16    much wanted to see if Billie j Lindsay for Thursday earlier
17    the better sorry for bothering you so much if you don't care
18    could you let me know if that's ok."
19            What does Dr. Smithers say?
20    A.    Replies, "Let me check the schedule before i give you a
21    time."
22            MR. LEE:  Just go to the next page.
23    BY MR. LEE:
24    Q.    Dr. Smithers.
25            Now this message is on the next day, August the
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(376) 623-5146

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 89 of 192   Pageid#: 10023

```
 1   24th; is that correct?

 2   A.   Appears that way.

 3   Q.   What does Dr. Smithers say?

 4   A.   "I'll text you later this evening."

 5   Q.   The Jessie phone responds with, "Ok thanks."

 6   A.   Dr. Smithers says, "Thank you!!"

 7   Q.   Then the Jessie phone responds with, on the next day,

 8   August the 25th, "James m long jr This is the guy that needs

 9   to come Thursday with Billie Jean.  Could you let me know you

10   got this text."

11   A.   Dr. Smithers says, "Got it."

12   Q.   And then what does Dr. Smithers state?

13   A.   "Billy is at 10AM and James will be at 1045 AM."

14            Next message on Thursday, then follows up -- well,

15   this is a couple days later, according to the date stamp.

16   "What's up?"

17   Q.   The Jessie phone responds with, "Call me if you can."

18   A.   Dr. Smithers, "At boy's football game."

19            "I just listened to the voice mail.  Text me his

20   name and number."

21   Q.   Then?

22   A.   Do you want me to continue?

23   Q.   Please.

24   A.   Dr. Smithers says, "We can see him on Monday no problem."

25   Q.   Then the Jessie phone responds with, "Call me after the
```

1  game let me know who wins I got a guy for Monday one new guy

2  and one return see how many opening you have for Monday."

3  A.   Dr. Smithers, "We can see 'em both."

4  Q.   And the Jessies' phone responds with, "Ok might have one

5  or two more."

6            MR. LEE:  The next page, please.

7  BY MR. LEE:

8  Q.   Jessie phone sends on August the 29th of 2015, "Hey doc

9  Amanda miles will be later in the week so Debra brown will be

10 Monday at 3:00 if that's ok."

11 A.   Dr. Smithers, "Sounds good to me."

12            Following up, "Is Ms. Brown a new patient?"

13 Q.   The Jessie phone responds, "No, she's a return and Janet

14 grey craft is Monday."

15 A.   Dr. Smithers, "K".

16 Q.   Jessie phone, "She's a return patient too."

17 A.   Dr. Smithers, "She's at 1430."

18 Q.   Is that military time notation?

19 A.   My understanding, yes.

20 Q.   Jessie phone responds with, "Yes."

21            Then the next day, August the 30th, "Hey doc need

22 Sharon Mullins Tuesday she's a return patient."

23            Then, "Hey doc I got two for Tuesday 1 is Sharon

24 Mullins and 2 is David woods  just need appt times."

25 A.   Dr. Smithers, "Sharon is at noon and David is at 1pm."

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(376) 923-9440
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 91 of 192   Pageid#:
10025

```
 1              Dr. Smithers, "Are they both new?"
 2   Q.   Jessie responses with, "Ok both are returns."
 3              MR. LEE:  To the next page, Ms. Vogt, at the bottom.
 4   BY MR. LEE:
 5   Q.   Jessie phone sends, "Here are the names Amanda miles and
 6   aundra white -- oh, "Here are the names Amanda miles and
 7   aundra white and might have a third person for tuesday?"
 8   A.   Dr. Smithers, "R y'all bringin a third person?"
 9              "Are these all new?"
10   Q.   And these text messages are on September 5th and 7th; is
11   that correct?
12   A.   That's correct.
13              Follows up with, "A. Miles at 1500 and A. White at
14   1530."
15   Q.   The Mr. Jessie -- or the Jessie phone responds with,
16   "They are returns and no on the third person."
17   A.   Dr. Smithers, "K."
18   Q.   Then the Jessie phone, "Hey doc I got two for Thursday
19   want to know if I can get them in as early as possible thank
20   you."
21   A.   Dr. Smithers, "K."
22              MR. LEE:  Going to the next page at the bottom half
23   starting right there, please (indicating).
24   BY MR. LEE:
25   Q.   This is September the 8th.  The Jessie phone, "Hey can we
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 92 of 192   Pageid#: 10026

```
 1   move Amanda miles and aundra white to tomorrow the earlier the
 2   better we was on the way down and rick got sick on me just
 3   want to see if it ok to put them tomorrow and rick and dean
 4   Legget Thursday early sorry for the unconvinced you."
 5   A.   Dr. Smithers, "No worries!  So sorry to hear Rick got
 6   sick."
 7   Q.   Then the Jessie phone, "Hey doc sorry to bother you but
 8   what time is rick and dean leggets appt on Thursday?"
 9   A.   "Are they new?"
10           "2 & 2:30pm."
11   Q.   Then, "Hey doc it's rick and dean Legget you have
12   anything earlier?"
13   A.   Dr. Smithers, "Are they new?"
14           MR. LEE:  I think the bottom, just to finish up that
15   string, please.
16   BY MR. LEE:
17   Q.   And the response is?
18   A.   Dr. Smithers continued, "No, nothing earlier on Thursday,
19   sorry."
20           MR. LEE:  Can we go to page 18.
21           And then just that portion right there, please.
22   (Indicating).
23   BY MR. LEE:
24   Q.   I'm going to start, message from the Jessie phone on
25   September the 11th of 2015.  "Hey call me asap I've got to
```

1  tell you something if you don't care."

2  A.   Dr. Smithers, "With a pt. what's up?"

3  Q.   The Jessie phone responds with, "Got pulled over last

4  night."

5        MR. LEE:  If you could go to page 20, please.

6        And we'll start at the top of the page and do most

7  of the page.

8  BY MR. LEE:

9  Q.   The Jessie phone on September the 19th.  "For the first

10  of the week."

11  A.   Dr. Smithers, "0930 on Monday."

12  Q.   The Jessie phone responds with, "I'll try and get that

13  filled."

14  A.   Dr. Smithers, "Then booked solid til 1330 on Wednesday."

15        Following up with, "K."

16  Q.   Jessie phone responds with, "Ok I will see what I can do

17  for Monday and Wednesday and Becky and Deanna on Thursday."

18  A.   Dr. Smithers, "Mrs. Becky and Deanna are 1030 and 1100 on

19  Thursday 9/24."

20  Q.   Jessie phone responds with, "Good."

21  A.   Dr. Smithers, "I have two before them that morning."

22  Q.   Jessie phone responds with, "Will try fill Monday and

23  Wednesday for you."

24  A.   Dr. Smithers, "After them there is no one else booked for

25  Thursday and only one patient booked for Friday.  I'm seeing

1  patients on Friday this week because we will be out of town on

2  Tuesday for Angel's sister's wedding."

3  Q.   The Jessie phone responds with, "Ok we will do what we

4  can to cover those spots."

5  A.   Dr. Smithers, "Outstanding."

6        Dr. Smithers, "Got my guy Wendell Wilson starting

7  Tuesday on auditing, drug tests and admin stuff."

8  Q.   Jessie phone responds with, "Good deal."

9  A.   Dr. Smithers, "Will be getting more efficient and

10  effective."

11        MR. LEE:   Page 21, please.   The next page.   And it's

12  just going to be very small portion there.   The top of my

13  yellow (indicating).

14  BY MR. LEE:

15  Q.   Starting there with Rick and Jessie phone.   Rick and

16  Becky Jessie phone.   "Hey doc I might have one for Wednesday

17  she will be a new patient if that's okay."

18        "She's a good one."

19  A.   Dr. Smithers replies, "Excellent."

20        And then, "Give me a name and I'll give you a time."

21  Q.   And the Jessie phone responds with, "her name is Angela

22  while I York, can she be on Wednesday early?"

23        "Hey doc did you give me a time for Angela York for

24  Wednesday if we can get an early appt that would be great I

25  couldn't remember if you did I'm sorry to bother you on

1    Sunday."

2    A.    Dr. Smithers, "No worries, sir."

3            "Are you bringing her or is she alone."

4    Q.    "We will be bringing her are we talking about Angela York

5    for Wednesday I forgot what time she's a new patient."

6            MR. LEE:  Page 50, please.

7    BY MR. LEE:

8    Q.    Now, Agent Long, sometimes are the messages in the

9    download truncated and jumbled a little bit?

10   A.    They are.

11   Q.    If you look at what's on the screen from these messages

12   sent from the Ricky -- Rick and Becky Jessie phone, is that

13   what it appears happens?

14   A.    It does.  It would be a separate section of the report

15   than what we were just reading from.

16   Q.    Okay.  Does it appear that you would start here, read

17   down to there, then come up to there, and then up to there?

18   A.    I see what you're asking.  Yes, it does.

19   Q.    Okay.  So the message from the Jessie phone is, "Hey I

20   need to ask you something deanna's son has to have surgery and

21   she can't make it down is there anyway you could send her

22   prescription to her at her address she goes for her blood work

23   and mri next week and as soon as she gets it she will send it

24   to you please the reason its taking so long is that they are

25   packed and she gets 60 -- 50 oxyco -- 60, 15 oxycodones and 60

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 96 of 192   Pageid#: 10030

1   30 morphine.  And her address is" -- I'm not going to say what

2   the address is -- "in Mount Sterling, Kentucky, and you can

3   send it by regular mail."  Is that the message?

4   A.   That's what it reads, yes.

5   Q.   That message was sent November the 30th; is that correct?

6   A.   Yes, sir, 2015.

7              MR. LEE:  Go to page 52, please.

8              If you would start at this bottom section, Ms. Vogt.

9   BY MR. LEE:

10  Q.   The first -- again, they're somewhat truncated.  It looks

11  like this message, and then this message, this message, and

12  then that message.

13  A.   That's correct.

14  Q.   So basically working from the bottom up; is that correct?

15  A.   Yes, sir, as the time stamps show, yes.

16  Q.   And the first message is from the Dr. Smithers -- from

17  the Jessie phone which says, "Hey doc where are you we been

18  here at the office waiting on you just checking to see if you

19  are ok."

20  A.    Dr. Smithers replies, "We are closed today for Veterans

21  Day."

22             And then, "I'm very sorry.  I thought y'all were

23  coming on Thursday."

24             Followed up with, "Frankly, I'm having difficulty

25  keeping up with everything.  Not just y'all but all the

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
(376) 623-5140

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 97 of 192   Pageid#:
10031

1    business stuff and issues with other pt's, as well.  From now

2    on, please text Angel (she actually had this idea a few days

3    ago and I should have told you then so this situation could

4    have been avoided).  Her number is" -- and then provides a

5    telephone number.

6              MR. LEE:  If you could close that out.

7    BY MR. LEE:

8    Q.   Angel, do you know who Angel is?

9    A.   My understanding is Angel Smithers is Dr. Smithers's

10   wife.

11   Q.   And, to your knowledge, does she have any sort of medical

12   training?  Medical background?  Anything like that?

13   A.   I believe she has some nursing training, but I don't know

14   to what level.

15             MR. LEE:  Ms. Vogt, if you could then go to the next

16   section, please.

17   BY MR. LEE:

18   Q.   And, again, these appear to go from the bottom up; is

19   that correct?

20   A.   Yes, sir, that's correct.

21   Q.   And the first message is from the Jessie phone, which

22   lists an address in Mount Sterling, Kentucky.  And then the --

23   it reads, "Are they going to be over nighted do we can make

24   sure we are here."

25   A.   The reply from Dr. Smithers, "They will be priority mail

1    most likely.  I will text you the tracking number."

2              MR. LEE:  Okay.  And then that next section, please.

3    BY MR. LEE:

4    Q.   Again, reading from the bottom up.  From the Jessie

5    phone, "Is there anyway you could overnight them rick will be

6    out this weekend if you could we'd appreciate it so much."

7    A.   Reply is, "Planning on it, yes."

8              Then, "I'll text tracking info as soon as I have

9    it."

10   Q.   Then the Jessie phone, "Ok thanks."

11             MR. LEE:  Now to page 68, please.

12   BY MR. LEE:

13   Q.   This is a message from the Jessie phone to Dr. Smithers;

14   is that correct?

15   A.   That's what it appears, yes.

16   Q.   Would you mind reading that for the jury.

17   A.   "Hey doc it's Becky Jessie and Rick, we are sorry we

18   haven't got our money yet, they say we will receive it around

19   the 17th thru the 20th, we hope we will send the 420 plus 600

20   more, we will send you Rick's blood work when we get it.

21   Rick's head don't look good.  It has three holes opened up,

22   bad news is that's the way it started that made the big hole,

23   good news is the skin and flesh is good and probably going to

24   have another surgery, we will know something towards the end

25   of the month, they don't want Rick out much with his head

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(376) 623-5146

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 99 of 192   Pageid#: 10033

```
1    opened, we still haven't got a car yet, we can't wait to get
2    that money so we can pay you and the housing authority, if you
3    don't care, and we really hate to ask if you could send our
4    scripts this will be the last time, next month hopefully we
5    can get down there, if you would we would really appreciate
6    it, we thought it would already be here, we are sorry, we
7    didn't mean for it to take this long the housing authority put
8    us in a house down from Deanna for now, the VA and housing
9    authority are helping us again, we are sorry, if you don't
10   care to send them one more time, we appreciate it and
11   everything you have done to help us thanks doc."
12   Q.   What's the date on that message?
13   A.   March 4th, 2016.
14           MR. LEE:  Okay.  If we could go to page 85, please.
15           And we'll start in that top section, please.
16   BY MR. LEE:
17   Q.   First of all, what are the dates on these text messages?
18   A.   Both are dated April 22nd, 2016.
19   Q.   And does it appear that if you read the message it
20   logically looks like you start in the bottom box and then read
21   the top one?
22   A.   It does seem to continue to the top box.
23   Q.   The Jessie phone says, "Hey doc I'm sorry to bother you
24   but Rick wanted me to text you and let you know we are going
25   to try and get down there next week  are there any way you
```

1    could send Rick scripts he's out he was in the hospital

2    thanks."

3            And then if you look at the time stamps, does it

4    appear that the messages then in this next section go from the

5    top down?

6    A.    They do appear to be chronological, yes.

7    Q.    Okay.  And these are all dated on April the 22nd also;

8    correct?

9    A.    Yes, they are.

10   Q.    And if you want to read from Dr. Smithers's phone.

11   A.    Okay.  Dr. Smithers, "Oh, hey I need Rick's date of

12   birth."

13   Q.    Then from the Jessie phone they give the date of birth,

14   which I'm not going to read out loud.

15   A.    Dr. Smithers, "Thx."

16   Q.    And the Jessie phone says, "He wanted to know if you

17   could FedEx overnight."

18   A.    Dr. Smithers, "I can."

19            Following up with, "For $70.50.  We can just add it

20   to the bill though."

21   Q.    The Jessie phone says, "He said he would bring it when we

22   come Thursday."

23            MR. LEE:  That's okay, Ms. Vogt, you don't need

24   to...

25            Finally -- I believe that's all the messages I have

```
 1   in that bunch.
 2              Judge, we have another large set of messages to go
 3   through.  I don't know if the Court wants to take its break.
 4              THE COURT:  Let's go a little longer today, if you
 5   can.
 6              MR. LEE:  Okay.  The next group of messages are
 7   involving downloads from Dr. Smithers's phone involving Darryl
 8   Williams, and they are DWi-1000.  I'd move for the admission
 9   of those messages.
10              THE COURT:  It will be admitted.
11              MR. LEE:  Thank you.
12         (Government's Exhibit DWi-1000 received.)
13              MR. LEE:  Ms. Vogt, if you could pull up page 13,
14   please.
15              And we're going to go from here all the way to there
16   (indicating).
17   BY MR. LEE:
18   Q.   So these are set up and -- whoever is sending the message
19   is noted right above the message; is that correct?
20   A.   That's correct.
21   Q.   All right.  So if you would read Dr. Smithers's messages.
22   A.   Okay.  Dr. Smithers, "Are you free to talk right now?"
23              "Just need you for a couple of minutes."
24   Q.   Darryl responds, "Sure."
25   A.   Dr. Smithers, "By my count:  DR, MB, JB, MR, FW, EB, MS,
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
437-621-8540

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 102 of 192   Pageid#: 10036

1    BH, GH, GB, RP, LK, KJ, RD, DW, SH, CM, PH."

2          "18."

3          "X."

4    Q.   Before we move on, Agent Long, based upon your

5    familiarity with the patient files and the patients of

6    Dr. Smithers, those letters, do they match up with a number of

7    patients of Dr. Smithers first and last names?

8    A.   They do correspond with names of patients.

9    Q.   Okay.  And then Dr. Smithers goes on to say, "3".

10   A.   Yes.  "3".

11         Then "=".

12         Then "54."

13   Q.   And Darryl Williams responds with, "Sounds right."  Is

14   that correct?

15   A.   That's correct.

16   Q.   Those were all sent on January the 21st of 2016?

17   A.   Yes.

18         MR. LEE:  Ms. Vogt, if you could go to page 17,

19   please.

20   BY MR. LEE:

21   Q.   Again, we'll --

22         MR. LEE:  Just down to there, please, Ms. Vogt.

23   BY MR. LEE:

24   Q.   If you would read Dr. Smithers's phone.

25   A.   Yes.  Dr. Smithers, "I have 9 of your people scheduled

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 103 of 192   Pageid#:
10037

 1    for 2/2/16."

 2    Q.    And there's an attachment that's sent; is that correct?

 3    A.    It appears to be, yes.

 4    Q.    Okay.  And just for the jury's information, what's an

 5    attachment such as that that you see on this text message?

 6    A.    What do I see it as or --

 7    Q.    No.  Just, what is an attachment?

 8    A.    Well, what it appears to me is that if there's text

 9    messaging that's occurring and there's a photo or an image

10    that's inserted into that text message, or in that stream of

11    text messages.

12    Q.    Okay.  And does there appear to be two photographs that

13    are inserted in that stream of text messages?

14    A.    That's correct.

15    Q.    And they're both sent from Dr. Smithers?

16    A.    They are.

17    Q.    And then the message continues with Darryl Williams

18    saying, "Yes I will be meeting my brother.  Today."

19    A.    Dr. Smithers, "Excellent."

20    Q.    Darryl responds with, "Will send ur money."

21    A.    Dr. Smithers, "Bills are coming due, unfortunately," and

22    then, ":-/".

23            MR. LEE:  Ms. Vogt, if you could go to page 18,

24    please.

25    ///

```
 1    BY MR. LEE:
 2    Q.   Does this appear to be a picture here (indicating) that
 3    was sent as an attachment that was sent in the previous
 4    message?
 5    A.   It appears consistent with the thumbnail from the
 6    previous page.
 7    Q.   All right.  Well, it's a little canted there.  It appears
 8    to list a number of patients; is that correct?
 9    A.   Yes, sir.
10              MR. LEE:  If you could go to the next page.
11    BY MR. LEE:
12    Q.   This appears to be a similar picture?
13    A.   Yes, sir, it does.
14    Q.   And Bryan Harlow, Greg Harlow, Mike Robinette, Franklin
15    Scott Williams, Rebecca Pritt, and Lora Kicklighter, those are
16    all patients of Dr. Smithers, aren't they?
17    A.   They were, yes.
18    Q.   And it appears, based upon the numbers on the left, those
19    are times; correct?
20    A.   It appears that way.
21    Q.   There's only 30 minutes allotted for each patient?
22    A.   That's correct.
23              MR. LEE:  Page 20, please.  And we'll start and go
24    down to the bottom half of the page.  Thank you.
25              THE WITNESS:  Mr. Lee.
```

```
 1              MR. LEE:  Yes.
 2              THE WITNESS:  By looking at that, while they're
 3     broken down 30 minutes, it looks to me the schedule is
 4     actually incremental for 15 minutes.  But each of those
 5     patients on that day were scheduled for almost two blocks is
 6     what it looks like to me.
 7              MR. LEE:  Okay.
 8              THE WITNESS:  Just for clarification on what we were
 9     discussing.
10              MR. LEE:  Okay.  Thank you, Agent Long.
11     BY MR. LEE:
12     Q.   And we'll start, Agent Long, at this message from Darryl
13     Williams to Dr. Smithers on January 27th of 2016.
14              "Text me 2 names to send money to."
15     A.   Dr. Smithers, "Joel Smithers."
16              Followed up with "Angela Smithers."
17     Q.   Darryl Williams responds with, "Cool I will let you know
18     when the eagle flys."
19              "My brother should be here by 6."
20              MR. LEE:  Then if you could go to the next page,
21     Ms. Vogt.
22     BY MR. LEE:
23     Q.   Dr. Smithers, top of the page there.
24     A.   Dr. Smithers, "Excellent.  Remember to send the codes."
25     Q.   Darryl Williams responds with, "Ok.  Mike Robinette send
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
1-276-732-5560

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 106 of 192   Pageid#: 10040

```
 1    Joel Smithers 900 Walmart to Walmart.  From South Williamson
 2    ky.  His phone number is" -- then his phone number.  "Control
 3    number is" -- then there's another 9-digit number.
 4              "Kelly Johnson is sending 900 dollars to AS.  From
 5    south Williamson ky Walmart.  I will text his phone number and
 6    control number ASAP."
 7              "He will be sending it out in 20 minutes."
 8              "If u can pick that up today I can repeat the
 9    process again tomorrow."
10              "Or I can try to find a western union."
11    A.   Dr. Smithers, "I'll let you know once we get it.  I can
12    pick mine up tonight but wife may not be able to get it until
13    tm:-/".
14              MR. LEE:  If you can go to page 25, Ms. Vogt.
15              And I'll only need the bottom portion of the page
16    there.
17    BY MR. LEE:
18    Q.   These are January 28th of 2016; correct?
19    A.   That's correct.
20    Q.   Darryl Williams sends a message, "Hey can u get a bunch
21    of scripts ou tomorrow for say delivery so I can grab their
22    payments sat and bring it down this weekend."
23              "They get their welfare checks tonight or tomorrow
24    night."
25    A.   Dr. Smithers, "You mean the next week crew?
```

```
 1              MR. LEE:  Then we'll go to the next page, Ms. Vogt.
 2   BY MR. LEE:
 3   Q.   "Yea."
 4   A.   Dr. Smithers "... sure, send me a list of names."
 5   Q.   Darryl Williams responds, "If I don't grab their money by
 6   say.  They will spend it."
 7              Then responds, "Sat."
 8   A.   Dr. Smithers, "True."
 9              "So then you'll be using that to my at for this past
10   month?"
11   Q.   Darryl Williams responds, "If I got their paper then they
12   will pay and I can bring it down sat or sun and keep down
13   paper work."
14   A.   Dr. Smithers, "K."
15              MR. LEE:  Page 27, please.  Just the -- just that
16   portion (indicating).
17   BY MR. LEE:
18   Q.   Now these are messages on January 29th of 2016; correct?
19   A.   That is correct.  Dr. Smithers, "List?"
20   Q.   Darryl Williams responds, "Brian Harlow.  Greg Harlow.
21   Rebecca Pritt.  Lora Kicklighter.  Franklin Williams.  Michael
22   Robinette.  Meshelle smith.  She ask for an increase in mgs."
23              Are you familiar with what "mgs" means?
24   A.   I interpret that to be milligrams.
25   Q.   And the oxy -- or these Schedule II prescription pain
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
434-581-5600

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 108 of 192   Pageid#:
10042

1    medication we've been talking about, their quantities are

2    listed in milligrams?

3    A.    The strengths of those pills are in milligrams, yes.

4    Q.    Presumably the higher milligram in strength -- the higher

5    milligram numbers is a higher strength pill?

6    A.    That's correct.  More of the ingredient is in that pill.

7    Q.    Okay.

8             MR. LEE:  Page 29, please.

9             And we'll be looking at this whole page, Ms. Vogt.

10   So if you can blow up that first half.

11   BY MR. LEE:

12   Q.    Darryl Williams sends a message, "Let me know if u right

13   any 20 or 30s.  I will call Ky aina.  And have them save

14   them."

15   A.    Dr. Smithers, "Well all y'all that normally get 40's

16   sounds like they'll have to fill with 20's."

17   Q.    Darryl Williams responds, "Pics can fill 40s on some of

18   them."

19             And the next message, "Poco."

20             Then the next message, "Ok.  Lora Kicklighters can

21   do 180 20s.  Instead of 90.  40s."

22             "Everyone else can fill at Poca."

23             "Let me know and I will call Ky aian."

24             Dr. Smithers responds to those messages.

25   A.    Dr. Smithers, "I can't rely on Poca to fill all them when

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 109 of 192   Pageid#:
10043

1    they already fill a bunch other of my folks though :-/".

2    Q.   Darryl Williams responds with, "About 5 on the list are

3    regulars at poco."

4           "Mike Robinette.  Rebecca pritt.  Franklin Williams.

5    Mike Bowe.  Are reg custermers at Poca."

6    A.   Dr. Smithers replies, "Ooooooohhhh, ok."

7    Q.   Darryl Williams responds with, "Lora.  And Harlows and

8    meshelle Smith have never filled at poco."

9    A.   Dr. Smithers, "K."

10          Dr. Smithers on January 29, 2016, "Cool."

11   Q.   Darryl Williams responds with, "Have u mailed them yet?

12   A.   Dr. Smithers, "No sir."

13          Then, "What address am I sending them to."

14          MR. LEE:  Ms. Vogt, we'll go to the next page.

15          And just do that first half of the page.

16   BY MR. LEE:

17   Q.   Darryl Williams responds with, "See if u can get a

18   Saturday morning delivery to" -- an address that he lists --

19   "in Stone ky 41567."

20   A.   Right.  Dr. Smithers, "Will dooskis brother."

21   Q.   Darryl says, "If they can't guarantee Saturday delivery

22   there.  Send to Dw. C/o. Hampton inn. 831 Hambley Blvd

23   Pikeville Ky 41501."

24   A.   Dr. Smithers, "K."

25   Q.   Darryl Williams responds with, "I will be waiting with a

```
 1   different address with the first or 2nd won't work."
 2            "Hey you ship them out?"
 3   A.   Dr. Smithers, "Headed to FedEx now... last truck doesn't
 4   leave till 645 so you should still get there tomorrow morning.
 5   I'll let you know which address works best and obviously which
 6   one I send it to."
 7            MR. LEE:  Page 34.
 8            (Indicating.)
 9            THE WITNESS:  Dr. Smithers on --
10   BY MR. LEE:
11   Q.   These are messages on?
12   A.   February 1, 2016.
13            "Still owe for these last 7(=$21) plus $141 for
14   shipping."
15   Q.   Now, Agent Long, patient visits were $300 a person; is
16   that correct?
17   A.   That's correct.
18   Q.   And seven patient visits would equally $2,100?
19   A.   That's correct.
20   Q.   Sorry, I didn't mean to interrupt you.  Please continue.
21   A.   Dr. Smithers continues, "Correct."
22   Q.   Darryl Williams responds with, "Ok I need steel and burl.
23   Mike Bowe and Samuel Hubbard."
24            "Everyone got their check in but where u put fill
25   dates on them.  They won't pick them up till fill date."
```

```
 1              "Hard to outsmart the dumbest hillbilly.  Lol."
 2   A.   Dr. Smithers, "K.  They're still getting their scripts
 3   though!  It's no fucking different than the hillbilly that
 4   paid $600 straight up for two month's worth and got them both
 5   post dated!"
 6   Q.   Darryl Williams, "I know.  One of them came and paid.
 7   Seen fill date.  And I'm sure called everyone else.  Lol."
 8              "I will bring balance (2100) down Friday.  Everyone
 9   will pick them up by then."
10   A.   Dr. Smithers, "K."
11              MR. LEE:  Then we're going to page 39, please.
12              Actually, 38.
13   BY MR. LEE:
14   Q.   Does this appear to be another attachment of a picture?
15   A.   It does.
16   Q.   And does this appear to be a money transfer receipt with
17   the sender information being a Mike Robinette in Pinsonfork,
18   Kentucky, and the recipient being Joel Smithers?
19   A.   That is correct.
20   Q.   And it appears at the bottom, I don't know if you can
21   read it.
22              MR. LEE:  Or Ms. Vogt can blow this part up, please.
23   BY MR. LEE:
24   Q.   Are you able to determine what the amount is?
25   A.   It looks to me like it says, "Transfer amount $900."
```

```
 1    Q.    Okay.   Thank you.
 2            MR. LEE:  Now we'll go to the next page.  We'll go
 3    from there all the way down to the bottom of the page
 4    (indicating).
 5    BY MR. LEE:
 6    Q.    I'm going to start here with a message from Darryl
 7    Williams on November 1st, 2016.  "Let me know when u have
 8    picked up ur wires."
 9    A.    Dr. Smithers, "K."
10    Q.    Darryl Williams responds with, "I will burn the paper
11    work."
12    A.    Dr. Smithers, "It will prolly be tomorrow cause I'm hot
13    and heavy on the phone now trying to get everyone from today
14    and tomorrow taken care of."
15    Q.    And then Darryl Williams responds with "J."
16            Then responds with, "K?"
17    A.    Dr. Smithers, "Alright, here's my list of everyone else
18    that needs scripts:  Gen Bowman, Jason Bowman, Earl
19    Blankenship, Sammy Hubbard, Connie Miller, KJ, DW, DReynolds,
20    MBowe, Rob Daniels, Jo Holloway."
21            Then, "7 down & that's the other 11 from this past
22    month that made a total of 18 folks."
23            And then, "Need confirmation on the list before I
24    start working on it."
25            MR. LEE:  Ms. Vogt, we'll now go to page 50.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
276-832-5509

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 113 of 192   Pageid#: 10047

```
 1              We're going to do the whole page.
 2   BY MR. LEE:
 3   Q.   This message is sent February 25th of 2016; is that
 4   correct?
 5   A.   That's correct.  It states, "On another topic, when can
 6   Debbie Reynolds come for an appointment?"
 7              Then, "No.  Not names that have DLs attached to
 8   them."
 9              Then, "Dr. Joel A. Smithers --
10              Do you need me to read this address?
11   Q.   That's not necessary.  That's an address of his clinic in
12   Martinsville?
13   A.   In Martinsville, yes, sir.
14   Q.   Then Darryl Williams responds with, "Doc if u can mail
15   Lora kicklighter Rebecca Pritt Franklin Williams mike
16   Robinette also John Harlow Greg Harlow Michele smith send that
17   FedEx so I can get them no later than Saturday."
18   A.   Dr. Smithers, "K."
19              Dr. Smithers, "Why can't that first list of names
20   come to my office and be seen tomorrow?"
21   Q.   Darryl Williams responds with "Well we're just trying to
22   make it fair and that group went last time."
23              "They were the last ones to see you so they should b
24   the last ones to see you again."
25              "Hey did u get ur wires?"
```

 1          "I need address as to where to mail these money

 2   orders tomorrow."

 3          I have Kyaina.  Holding enough medicine for the 7

 4   people as long as they can get there Monday."

 5          "This will work out good it being first of month."

 6          "I will send 3.  1000 dollar money orders out to you

 7   tomorrow.  You will receive them on Monday."

 8   A.   Dr. Smithers replies with, "Dr. Joel A. Smithers" -- and

 9   the address of the clinic in Martinsville, Virginia.

10   Q.   Darryl Williams responds with, "If u mail those 7 out to

11   me tomorrow for Saturday delivery then Wensday Mike Bowe will

12   bring u down balance plus the 7 u mail out.  Where it's the

13   first.  Tuesday that will work perfect."

14          MR. LEE:  We'll go to the next page.

15          And we'll be doing the whole page there also.

16   BY MR. LEE:

17   Q.   Darryl Williams, the same date, February 25th, sends,

18   "Mike Bowe Jason bowman Kelly Johnson can come as early as

19   wensday next week."

20          "Debarah Reynolds can and will be there next week

21   She will let me know what day tomorrow."

22   A.   Dr. Smithers, "Outstanding."

23          Then, "Monday and Friday are NOT available.  I will

24   be closed."

25   Q.   Darryl Williams responds with, "Ok."

1          "Ok please mail the following" -- then gives an

2     address in Stone, Kentucky, -- "for Saturday delivery.  Fed X

3     can surely get here Saturday as they have before.  Lora

4     Kicklighter Rebecca Pritt Michael Robinette Franklin Williams.

5     John Greg Harlow.  Brian Harlow.  Michelle Smith."

6          "Also Michelle ask if she could be raised on Mg on

7     her oxymorphone from 20s to 30 or 40s.  I am not asking she is

8     you can call her at" -- and provides a phone number -- "Or

9     work number," -- then provides another phone number.  "If you

10    call work at ARH Hospital don't tell or leave message to

11    anyone that u are a doc.  They frown on employees -- "on any

12    employee seeing out house Docs."

13         "Thanks I will text tracking number."

14         "Have you a tracking number in an hour."

15         "Please fed x for Saturday delivery."

16    A.   Dr. Smithers, "Outstanding."

17         "You're aware that's gonna be another $70.50,

18    right?"

19    Q.   Darryl Williams, "Yep."

20    A.   Darryl Williams, "Which day (Tuesday, Wednesday, or

21    Thursday) will Mrs. Reynolds be able to come?"

22    Q.   Darryl Williams responds with, "Not sure yet.  I will

23    find out."

24    A.   Dr. Smithers, "Is it 'Mullins Fork', or 'Mullen Fork', or

25    'Mullens Fork'?"

```
 1              Then, "FedEx is saying they can't get it there til

 2   Monday."

 3              MR. LEE:  Next page, please.  We'll be doing most of

 4   the page.

 5              THE WITNESS:  Dr. Smithers, "Got another address?"

 6              "Can't get a hold of you.  Guess Monday is when

 7   you'll get it."

 8              "Still $70.50 though!!"

 9              And then there are -- looks like two messages that

10   are sent back to back.

11              Then, "There's the date so you know I'm not making

12   this shit up."

13              MR. LEE:  Okay.  We're going to page 64.

14              And we're just going to look at --

15              THE WITNESS:  Starting on March 15th, 2016.

16              Dr. Smithers, "HellOoooooo" -- with several Os.

17              "When would be a good time for us to speak by phone,

18   sir?"

19   BY MR. LEE:

20   Q.   Then the next message is from April the 4th from Darryl

21   Williams.  "Lora got her scripts Thursday and she has been as

22   far north as Dumprees Va, (Richmond) and everywhere where in

23   Wv and she had to return to Buffalo Pharmacy where he will

24   only fill 60.  It's really stressed her out and she asked me

25   to text ya and see if you could this one time write her about
```

1  60 roxy 30s to compensate for her losing 30 opanas.  This

2  would only be a one time thing because kentuckiana will be

3  able to fill her whole prescription in may.  She has drove all

4  day Friday, sat, and Sunday to several pharmacies and has had

5  no luck.  If you can do this for us, Kerry and Rabi hatfield

6  is there now and would bring the prescription to her.

7  Thanks."

8  A.   Dr. Smithers, "K."

9          Then, "I sent the script with Kerry in a secure

10 envelope.  She said she'd give it to you or Lora tomorrow."

11 Q.   Darryl Williams responds with, "I thank from the bottom

12 of my heart."

13         MR. LEE:  Go to page 186, please.

14 BY MR. LEE:

15 Q.   We'll start here on -- at September 9th of 2015, at 1:34.

16 Darryl Williams sends, "Have you had any new patients last

17 name Bowe, Blankenship, Hubbard, or Daniels?"

18 A.   Dr. Smithers, "Yes to Hubbard and Daniels."

19         Then, "Not sure about the other two... Why?

20 Q.   Darryl Williams responds with, "This is confidential

21 correct?"

22         MR. LEE:  And then to the next page.  Do the first

23 half.

24         THE WITNESS:  Dr. Smithers, "Yup."

25 BY MR. LEE:

1   Q.   "Hubbard was discharged from doc in Huntington, Paula

2   Blankenship was kicked out of her doctors office from being

3   spaced out on Xanax, that night she was in hospital for OD,

4   her boyfriend Bo Daniels was going to the same doc she was."

5   A.   Dr. Smithers, "Wow!"

6   Q.   "It's my understanding that all these people are in

7   trouble due to Paula Blankenship OD and they're all supposed

8   to be selling their medicine."

9   A.   Dr. Smithers, "Idiots."

10  Q.   Darryl Williams responds with, "A guy named Mike Bowe

11  fell at home and they thought he ODed but his wife just found

12  him passed out on the floor.  Just might want to watch these

13  ones.  Maybe just write them enough so they won't come back."

14           "Hubbard goes to ER every day after he runs out of

15  medicine.  I just want you to be aware of some bad people."

16           Do you recognize those names?

17  A.   I do.

18  Q.   Were those patients of Dr. Smithers?

19  A.   Yes.

20  Q.   And were they patients of Dr. Smithers after September of

21  2015, do you know?

22  A.   I don't recall without reviewing their patient files.

23           THE COURT:  All right.  Mr. Lee, we're going to

24  break for lunch at this time.

25           MR. LEE:  Okay.  Thank you.

```
 1              THE COURT:  Ladies and gentlemen, if you'll follow
 2      the bailiff out.  And if you'll be back in one hour.
 3          (Proceedings held in the absence of the jury.)
 4              THE COURT:  All right.  Counsel, is there anything
 5      we need to take up?
 6              Very well.  If not, we'll be in recess for one hour.
 7          (Proceedings suspended at 12:29 p.m. and resumed at 1:34
 8      p.m.)
 9              THE COURT:  Are we ready for the jury?
10              MR. WILLIAMS:  We are.
11              MR. RAMSEYER:  Your Honor, just, since we have a
12      moment.  If we could talk a little bit about scheduling for
13      the trial.  We've moved much quicker than we anticipated,
14      which I hope everybody is happy with, and we're going to try
15      to wrap this up much quicker than anticipated.  We have one
16      sort of logistical issue.  We have an expert witness coming in
17      tomorrow from Texas.  Right now she's having some trouble with
18      her plane.  We think she's going to get here today -- or here
19      tonight and be able to testify tomorrow.  But she'll probably
20      be the only witness we'd have tomorrow.  Then our medical
21      expert that's gonna -- she's testifying about the causation of
22      death.  Our other expert that's going to be testifying about
23      medical necessity and within the scope of professional
24      practice, we anticipate calling him Thursday when we come
25      back.
```

```
 1              So I just wanted the Court to know that that's our
 2   situation.  He's in Manassas, so --
 3              THE COURT:  So will that be likely the Government's
 4   evidence then?
 5              MR. RAMSEYER:  Likely, Your Honor.  I don't want to
 6   commit.  There might be some small tweaks, but that would be
 7   the bulk of what we have left.
 8              THE COURT:  All right.  So we just have the expert
 9   tomorrow, assuming that she gets here.
10              MR. RAMSEYER:  Yes, Your Honor.
11              THE COURT:  And who, again, is the victim that the
12   Government contends is attributable to the --
13              MR. RAMSEYER:  It's Heather Hartshorn.
14              THE COURT:  All right.  There is the question of the
15   defendant's expert.
16              Mr. Williams, so what we've heard today is that the
17   Government -- that the Government may conclude next Thursday.
18              MR. WILLIAMS:  I believe that's correct.  I think at
19   the present time it does not look like our expert is going to
20   able to testify.  We've been in contact with him.  Certainly I
21   can let the Court know by first thing in the morning as to
22   whether or not he would be.  But at this time I think he is a
23   no, Your Honor.
24              THE COURT:  All right.  Well, if he's not a no, then
25   I need to decide the Government's motion to exclude him.  And,
```

```
1    so, if you could tell me that tomorrow.
2              MR. WILLIAMS:  I certainly will, Your Honor.
3              THE COURT:  So, all right.  Thank you, counsel.
4              We'll have the jury in.
5         (Proceedings held in the presence of the jury.)
6              THE COURT:  All right.  We're ready to go again.
7              You may proceed, Mr. Lee.
8              MR. LEE:  Thank you.
9              Ms. Vogt, if you could blow that up for me, please.
10   BY MR. LEE:
11   Q.   Agent Long, if you remember, we were looking at the text
12   messages between Darryl Williams and Joel Smithers.
13   Specifically, some text messages from September the ninth of
14   2015.  And Darryl Williams sends a text message that says,
15   "Hubbard was discharged from doc in Huntington.  Paula
16   Blankenship was kicked out of a doctors office for being
17   spaced out on Xanax.  She was in the hospital for OD.  Her
18   boyfriend Bo Daniels was going to the same doc as she was."
19              We talked, I think I asked the question if some of
20   those names sounded familiar to you as patients --
21   A.   They did.
22   Q.   -- of Dr. Smithers?
23              MR. LEE:  Ms. Vogt, if I could ask you to pull up
24   Government's Exhibit 105, please, page 7.
25   ///
```

```
1    BY MR. LEE:
2    Q.   Showing you -- this is a summary chart that you put
3    together; is that correct?
4    A.   That is correct.
5    Q.   And it lists a Robert Daniels having been a patient of
6    Dr. Smithers beginning in September of 2015 and going on for a
7    number of months; is that correct?
8    A.   That's what it shows, yes, sir.
9    Q.   And there is also a Hassel Daniels above him as a
10   patient.
11   A.   That's correct.
12           MR. LEE:  Ms. Vogt, if you would go to page 15,
13   please.
14           I'm sorry, page 14.
15   BY MR. LEE:
16   Q.   And this is page 14 of that same document.  And it shows
17   a Sammy Hubbard being a patient of Dr. Smithers; is that
18   correct?
19   A.   That's correct.
20   Q.   And both Sammy Hubbard and Robert Daniels, based upon
21   your spreadsheet, the chart that's been admitted, began
22   receiving significant opiates from Dr. Smithers in the fall
23   and early winter, specifically, September-November of 2015; is
24   that correct?
25   A.   That's correct.
```

1  Q.   Right around that same time that that text message

2  conversation occurred?

3  A.   Yes, sir, that's correct.

4        MR. LEE:  Ms. Vogt, if we could go back to the

5  Darryl Williams's texts.  I think it's DiJ 1000 -- DWi-1000.

6        Thank you.

7        Page 201, please.

8        And if we could --

9  BY MR. LEE:

10  Q.   Now, Darryl Williams sends a message on September 28th of

11  2015, and says "Scotty swears he has never been to hope and I

12  believe him.  He was told to say he went to hope and could not

13  get his med records."

14        "Scotty is willing to pay a 300 dollars F" -- and

15  there are a number of dashes -- "fee".

16  A.   Dr. Smithers responded, "So for the rest of this week we

17  have the following days and times available:"

18        "Tomorrow (Wed. 9/30) from 12-2:30 is open (6 slots)

19  and 2more slots at 3:30 and 4:00."

20        "Then Thursday 10/1 seven slots are available:

21  11:30, 12:00, 1:00, 1:30, 3:00, 3:30, 4:00."

22        "I'm working on Scott's situation."

23  Q.   Darryl Williams responds, "Ok Scotty can fed x u a 300

24  money order and u can fed x his scripts back. I will get the

25  fed x envelope ready so you just drop scripts in and it will

```
 1   come to me."

 2   A.   Dr. Smithers, "Hold on to that thought.  Let me figure

 3   out my end of things first."

 4   Q.   Darryl Williams responds, "Roger that we are holding in

 5   the pattern (pilot lingo)."

 6          "I found several patients (3) that could come

 7   tomorrow but all them are broke till the 3rd of the month.  I

 8   could collect their funds and Bring to you or send it to

 9   Walmart."

10          "They get their funds Friday evening."

11          "The 3 are Brian Harlow.  Greg Harlow.  And Michael

12   Bowe."

13          "This is not the same Mike Bowe who is bad actor.

14   It's his dad a good guy.  All of these guy has MRI."

15          MR. LEE:  Then the next page, please.

16   BY MR. LEE:

17   Q.   "They all are honest and need treatment.  I will have ur

18   funds for those guys Saturday and will wire to ya or bring

19   Monday."

20   A.   Dr. Smithers, "Ok."

21          "Sounds good."

22          "Tell them to come at 1330 to start paperwork and

23   counseling."

24          "Had 5 walkins today that I've scheduled for

25   tomorrow... All new."
```

1    Q.   Williams responds, "Mike Bowe is driving and he will

2    bring Franklin (Scotty) Williams F Up Fee please send Scott's

3    scripts by Mike Bowe.  Scotty it was 90-20mg roxy and 90-40mg

4    oxymorphone.  And that is what Jackson in Buffalo has to fill

5    Scotty's scripts."

6              MR. LEE:  That's enough for that one, Ms. Vogt.

7              We'll be going to page 218.

8              I'm sorry we're going to -- not the top part of the

9    page.

10   BY MR. LEE:

11   Q.   These are messages from October the 8th of 2015.  Darryl

12   Williams starts with, "How late u been in this eavning.  2.

13   You open tomorrow?"

14   A.   Dr. Smithers, "Well yesterday was rough... Here til

15   2200'ish."

16             "Never open Friday."

17             "...an early holiday in the week does create an

18   exception to that rule however."

19             "How late are they gonna be?"

20             "I'm almost done with everyone else."

21   Q.   "Trying to find out now."

22             "Real late."

23             "Can u hide their scripts or mail them?  I can wire

24   u your funds."

25             MR. LEE:  Oh, next page, sorry.

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 126 of 192   Pageid#:
10060

```
 1            Thank you.
 2            We'll be doing the whole page, Ms. Vogt, so if you
 3   could blow up the first half.
 4   BY MR. LEE:
 5   Q.   "I think they get 120 roxy 20 and 90 40s OP ER."
 6            "Mail to same place or hide either one will work."
 7   A.   Dr. Smithers, "How far away are they?"
 8            "I'm seeing what would be my last pt now."
 9   Q.   "She said if u can hide them she will ride down and get
10   them."
11            "I think they get 120 roxy 20 and 90 40s
12   OXymorphone."
13            "Lora Kicklighter and her mother Rebecca Pritt.  And
14   Michael Robinette."
15            "She just drove to and from Chicago and then headed
16   ur way and run out of steam."
17   A.   Dr. Smithers, "No worries."
18            "I'll mail them."
19   Q.   "I think Robinette got about the same."
20            "Is post office open late there?"
21            "She can fill tomorrow or Saturday."
22   A.   "Nope."
23            MR. LEE:  Then the rest of that page, Ms. Vogt.
24            THE WITNESS:  "Calling to see if UPS can."
25   ///
```

```
1   BY MR. LEE:

2   Q.   "Mail to Charleston wv marriot Hotel Darryl Williams/Lora

3   Kicklighter" -- then there's an address in Charleston, West

4   Virginia.  "Next day air.  Saturday delivery.  Be sure to mark

5   Saturday delivery."

6            MR. LEE:  Page 221, please.

7   BY MR. LEE:

8   Q.   These are text messages on --

9            I'll just start here.  Looks like October the 8th,

10  2015.  Darryl Williams, "Thanks."

11           "Thanks Doc for the Fed X."

12           "Hey I did not receive Stepinie Youngs or Charles

13  Hudnalls stuff how ever you did send a set of" -- then there

14  is "(.--/// S) for a Robert Hudnall who I don't know."

15           So if you can fed x.  Me mine.  Stepinie Youngs.

16  And Charles Hudnall."

17           "I got doc visits today here so I can be down

18  wensday."

19           "Charles Hudnall is 55."

20           "Please send Fed X package to Darryl Williams" --

21  then there's an address listed in Stone, Kentucky.

22           "I would love to get Package.  Tomorrow so I can

23  come ur way Wensday."

24  A.   Dr. Smithers, "Yep.  Fuck me, I just found Steph's a few

25  minutes ago:-/."  Sorry about that.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 128 of 192   Pageid#: 10062

```
 1              MR. LEE:  And we are now going to go to page 226.

 2              Blow up of this part.

 3   BY MR. LEE:

 4   Q.   Does this appear to be a customer receipt from Joel

 5   Smithers in Greensboro, North Carolina, to Darryl Williams at

 6   a Marriott hotel in Charleston, West Virginia?

 7   A.   That's what it appears to be.

 8   Q.   And the date on that is October the 9th of 2015?

 9   A.   That's correct.

10              MR. LEE:  Thank you.

11              Page 227.

12   BY MR. LEE:

13   Q.   Darryl Williams on October 12th, "Debbie Reynolds can get

14   loose Thursday.  So I think Thursday will be good for us."

15   A.    Dr. Smithers, "Alright, I'll get Charles, yours, and

16   Ms. Young's in the mail later today.  I'll text you the

17   tracking info and whatnot once it's done."

18              "Got a new pharmacy I need to tell you about too!

19   Great guy and excellent service.  Remind me to tell you about

20   him."

21   Q.   "Cool.  Where is it?"

22   A.   "He's willing to see 20 pt's of mine per week."

23              "Jeffersonville, ID."

24              "On the other side of Louisville right off I64."

25   Q.   "Cool."
```

```
 1    A.    A little topper sign, "^I-64".

 2    Q.    Darryl Williams responds with, "Yep I know where it is."

 3          And then there appears to be an attachment sent; is

 4    that correct?

 5    A.    It does appear that way.

 6          MR. LEE:  Okay.  Ms. Vogt, will you turn to

 7    page 229, please.

 8    BY MR. LEE:

 9    Q.    And does this appear to be the blow up of the attachment

10    that was sent?

11    A.    It does, yes.

12    Q.    Okay.  This is -- appears to be some kind of business

13    card or advertisement of some kind for the Kentuckiana

14    Pharmacy; is that correct?

15    A.    It appears to be a business card for that pharmacy.

16    Q.    Okay.  And Dr. Assad Nasser Pharm D, listed as the

17    pharmacy director?

18    A.    That's correct.

19    Q.    Says he's available 24/7?

20    A.    Yes, sir.

21    Q.    This is located in --

22    A.    Jeffersonville.

23    Q.    -- Jeffersonville, Indiana.

24          MR. LEE:  Page 231, please.

25    BY MR. LEE:
```

1 Q. Darryl Williams writes on October the 18th, "What time u
2 be in tomm morning?"
3 A. "I can fix the mscontin and shorten their wait. The
4 other issues are unchangeable."
5 "We can do payment plans for them to catch up over a
6 couple of months."
7 Q. Darryl Williams responds, "I feel if they got 90 and 90
8 or 90 and 60. They will stick with ya. They all are existing
9 pats."
10 "No I can pay you for all of them this Thursday
11 coming or Monday a week from tomm."
12 "They are bringing me collateral. To hold until I
13 get ur funds."
14 "If u can fed x. Their scripts that will give all
15 my bunch a little break from traveling this month and give u a
16 little break as well."
17 "No instead of Fed x ing I will send Brandon early
18 in morning so most of the can fill tomorrow."
19 A. "I have no problem switching them. I am quickly seeing
20 that MSContin is almost a complete waste of time... Everyone
21 does so well on opana and sleeps better and comes back and
22 really has no complaints... It seems to simply be a better
23 medicine."
24 Q. "Yes I will warn all they must come down next month."
25 "The last few guys we have done is as happy as a

```
 1    puppy with 2 peckers."
 2              MR. LEE:  Now to page 238.
 3    BY MR. LEE:
 4    Q.   Darryl Williams writes on October the 29th of 2015, "Good
 5    afternoon."
 6              "I am not suggesting anything however Brian Harlow
 7    asked if u can keep his break thru the same.  Like u did last
 8    visit.  Greg Harlow and Neil Jewell ask for 90 and 90 we all u
 9    are Doc and they will take what you write my friend."
10              Then he goes on to say, "Greg Harlow -- and lists
11    what appears to be a date of birth.
12              Then, "Sorry that was Brian Harlow."
13              "Brian Harlow -- then appears to list a date of
14    birth.
15              Then, "Greg Harlow -- and appears to list a date of
16    birth.
17    A.   "Lol."
18    Q.   "Niel Jewell?"
19    A.   "Need it."
20    Q.   And Darryl Williams responds, "Address ups store /.
21    Darryl Williams -- then gives an address in Lexington
22    Kentucky.  "Next day air."
23              Then, "Hotels was to expensive 500 a night.  So just
24    send it to ups store."
25              MR. LEE:  And page 248, Ms. Vogt.
```

```
1    BY MR. LEE:

2    Q.   Does this appear to be a picture of a prescription

3    written for a Neil Jewell on October the 29th?

4    A.   That's correct, sir.

5            MR. LEE:  Page 249.

6    BY MR. LEE:

7    Q.   Is this a -- the first prescription was for oxymorphone;

8    is that correct?

9            MR. LEE:  Or can you go back, please?

10           THE WITNESS:  Yes, sir, that's correct.

11   BY MR. LEE:

12   Q.   And the next prescription is again, to Neil Jewell, dated

13   10-29-2015.  Oxycodone 15 milligram.

14   A.   That's correct.

15   Q.   And 60 milligrams.

16   A.   That's correct.

17           MR. LEE:  Can you go back?

18   BY MR. LEE:

19   Q.   And the other one is for 90 pills.

20   A.   That's correct.

21   Q.   Which is what Mr. Williams was referring to in his text

22   message to the doctor.

23   A.   It does seem that way.

24           MR. LEE:  Page 250 -- actually, 251.

25   BY MR. LEE:
```

```
 1    Q.    Is this a shipping receipt from Joel Smithers to Darryl

 2    Williams on Friday, October 30th, 2015?

 3    A.    Yes, sir.

 4    Q.    Shipping from Greensboro, North Carolina, to Lexington,

 5    Kentucky.

 6    A.    That's correct.

 7          MR. LEE:  Page 261.

 8    BY MR. LEE:

 9    Q.    If you could start with Joel Smithers's text on November

10    the fourth of 2015.

11    A.    "I literally am booked solid this week and them missing

12    their appts really fucks things up :-/".

13    Q.    Darryl Williams responds, "Can we get their scripts then

14    do a mock run visitation?"

15          "I mean come see ya after the fact."

16          "Need to keep Ky In. Pharmacy rolling."

17          "Next week.  Darryl williams Charles Hudnall.

18    Stephiney young Mike Bowe Robert Daniels."

19    A.    "Who is coming with Lora today?"

20          "I need to know so I can pull their files.  Thanks

21    much!"

22    Q.    "Franklin (Scotty) Williams."

23          "Mike Robinette."

24          "Lora Kicklighter."

25          "We need her mothers.  Rebecca Pritt"
```

1    A.    "Excellent.  Got it."

2    Q.    Darryl Williams responds, "Pharmacy ordered up to 90 -

3    15s.  And 90 - 40s.  Again I am not suggesting anything."

4          "1500 cash -- excuse me, "1500 cash is what she is

5    has plus she has 300 dollars for ur counselor."

6          "I will bring any balance."

7          MR. LEE:  If we could go to page 271.

8    BY MR. LEE:

9    Q.    And I'm going to start here, November 20th, 2015, Darryl

10   Williams, "Check ur records and see what's how much is due.  I

11   think 900.  Paid.  1500 last payment."

12   A.    "Your peeps always have to have their $75 counseling fee.

13   I can't owe the counseling service money.  Not to mention it

14   looks shady as fuck when 4 or 5 people come through and say

15   someone else is paying for them."

16   Q.    Darryl Williams responds, "You are right."

17          Then says, "Ok 5 on Monday.  See if they can at

18   all can come Tuesday.  Any time.  I have 3.  Harlows.  That

19   need to come."

20          "I need to check and see if Lisa Aliff paid you 600

21   dollars at her last visit just this last week.  Because I had

22   paid 300 on her bill."

23          MR. LEE:  We're going to go to page 279.

24   BY MR. LEE:

25   Q.    Darryl Williams on November the 23rd states, "If my

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 135 of 192   Pageid#:
10069

1    oxygen gets here today I will come tomorrow."

2            "I need to get Niel Jewell's and Deborah Reynolds."

3    A.   "K."

4    Q.   "Not unless u want to send my scripts with mike Bowe.

5    And I will come up next week."

6            "I can send ur funds tomorrow via Walmart."

7    A.   "Walmart or Bluebird?"

8    Q.   "Either one."

9    A.   "Is walmart just a money order/wire?"

10   Q.   "I owed u 900 Plus 1350 today and Darryl Williams Niel

11   Jewell and deb Reynolds make it a total 3150."

12   A.   "K."

13           MR. LEE:  Next page, please.

14   BY MR. LEE:

15   Q.   On November 23rd, Mike -- excuse me, Darryl Williams

16   says -- November 23rd, 2015.

17           "Mike is my driver today and next door neabor.  U

18   can trust him."

19   A.   "K."

20   Q.   "Yes I will send u 2850."

21   A.   "He seems like a good guy."

22           "Sounds good to me."

23           "Bluebird can't handle that much in one day so just

24   wire it walmart to walmart."

25   Q.   "The 2850 includes.  Me deb and Niel Jewell."

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
1-276-328-0900

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 136 of 192   Pageid#: 10070

1   A.   "K."

2   Q.   "Kevin smith in jail for robbing flat screens at local K

3   Mart."

4        "Lol."

5        MR. LEE:  Next page, please.

6        THE WITNESS:  Dr. Smithers, "Dumbass."

7        "My counselor is ultra suspicious :-/".

8   BY MR. LEE:

9   Q.   "About what?"

10  A.   "You paying for everything."

11       "And the possible connection to Bo Daniels."

12       "He HATES Bo Daniels."

13  Q.   "I hate Bo Daniels."

14  A.   "Lol."

15       "Seems like a lot of folks do!!!"

16  Q.   "He is a scum bag.  That scares little people."

17       MR. LEE:  Page 285, please.

18       Ms. Vogt, we'll do the whole page on this one.

19  BY MR. LEE:

20  Q.   On November 29, 2015, Darryl Williams writes, "Hey we are

21  picking up Rachel Miller and Deborah Reynolds scripts this

22  morning and the Pharmist will not have 30 mg opana.  ER.  What

23  can he replace that will can he give them double of the 15s.

24  Or can he give them 40s.  If u can change the scripts.  He

25  won't get 30s for 3 weeks."

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
276-608-5180

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 137 of 192   Pageid#: 10071

1    A.    "He can double the 15's."

2    Q.    "Okie doki.  You might have to inform him or call him."

3    A.    "If he has any questions, he can call me."

4    Q.    "Ok."

5          "Ok got 5-6 people coming 1-stearl Blankenship who

6    is having kidney removed tomorrow.  2 his son could be seen

7    today as well Burl who is hunched backed.  Like egor on young

8    Frankenstein."

9          "Every one today has money.":

10         "Mike Bowe is bringing u 1000 dollars.  I am

11   bringing rest."

12   A.    "K."

13         "Swamped."

14   Q.    "Good for the wallet."

15   A.    "Indeed."

16   Q.    "Geneva Bowman is with Steral and Burl then Mike Bowe is

17   bringing 3 Harlows."

18   A.    "K."

19         "Thx."

20         MR. LEE:  Page 286.

21   BY MR. LEE:

22   Q.    Let's start November 30th, 2015.  Darryl Williams,

23   "Remember he ain't got no opana 30 s until three weeks from

24   now."

25   A.    "Yessa massa."

```
 1    Q.    "Ky In pharm. only has 20s and 40s opana until 12/22."

 2          "Plenty of Roxies."

 3          "Jfyi."

 4    A.    "Ty!!!"

 5          MR. LEE:  Page 287, the next page.

 6    BY MR. LEE:

 7    Q.    "Good morning."

 8          Sorry.  Text messages start on December 2nd, 2015.

 9    Darryl Williams, "Good morning."

10          "Yep.  4.  On their way.  They all have their 300

11    fee.  And GF is bring u a grand."

12    A.    "Excellent."

13    Q.    "I will walmart the otha grand or bring it next week."

14    A.    "K."

15          "Just plan to bring it."

16          "Remember though:"

17          "I'm not back in the office until Monday 12/14."

18          MR. LEE:  Page 288.  The next page, please.

19    BY MR. LEE:

20    Q.    Again, on December 2nd, Darryl Williams says, "Hope u

21    don't cut anyone today.  I have to hear them cry for a month.

22    Lol."

23    A.    "WoW."

24          "Lol."

25    Q.    "Lol."
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 139 of 192   Pageid#:
10073

1  A.    "We'll see... Most folks are just increasing the OP or

2  holding steady."

3  Q.    Darryl Williams responds with, "Yea hook them up."

4        "Ky.  In.  Is saving op 40s for all these guys."

5  A.    "Good."

6  Q.    "Got app with lung doc this morning."

7  A.    "Outstanding!!"

8        MR. LEE:  Page 297.

9  BY MR. LEE:

10  Q.    These are messages from December 22nd, 2015.  I'll start

11  with Darryl -- with the Joel Smithers text there.

12  A.    "So who's bringing my grand?"

13  Q.    Darryl Williams responds, "Mike Bowe is bringing

14  Hubbard."

15        "I will give it to him."

16  A.    "Lol.  Excellent.":

17        "Funfun."

18        "Thank ya much."

19  Q.    "Thank you doc."

20        "Are u going to be in office seeing patients any day

21  next week?"

22  A.    "No sir."

23  Q.    "Lora Mae.  Her mother.  Mike Robinette and Scotty

24  Williams has app on 6th but they will be out of meds for 4

25  days."

```
 1              MR. LEE:  Page 300 please.

 2    BY MR. LEE:

 3    Q.    Going to start on 12-28-2015, with the Darryl Williams

 4    text message that reads, "Hey I talked to Brian Elkins he is

 5    needing to get his scripts can he and Mike Bowe drive to

 6    Greensboro and meet ya and pay ya and pick up his scripts?"

 7    A.    "No."

 8    Q.    "Ok."

 9    A.    "He can give me a valid card number that lets me accept

10    payment then I'll mail his scripts to him."

11    Q.    "Ok.  I was going to send my funds too."

12              MR. LEE:  Page 303.

13    BY MR. LEE:

14    Q.    These are on text messages -- beginning on December 31st,

15    2015, with Dr. Smithers.

16    A.    "No one is being seen Monday."

17          "I'll be mailing everyone's scripts."

18    Q.    "When u mailing?"

19              MR. LEE:  Next page, Ms. Vogt.

20              We'll be doing this whole page.

21              THE WITNESS:  "Whoever wants to can make a

22    donation."

23    BY MR. LEE:

24    Q.    "Oh we can make donation."

25          "3 Harlows was scheduled for Monday."
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 141 of 192   Pageid#: 10075

```
 1    A.   "I have a second Bluebird card we can set you up on and

 2    they can mail out a real one to you in a few days."

 3    Q.   "Greg Brian and his wife."

 4    A.   "I'm gonna call you and explain at some point."

 5         "Office will be closed for 4-5 wks for renovations."

 6         "Leaking roof :-/".

 7    Q.   Darryl Williams responds with, "K."

 8         "And Geneva Bowman."

 9         "Wish you could mail those today we would get them

10    Monday."

11    A.   "Problem:  I don't have their charts with me."

12    Q.   "I can get what they had last time."

13    A.   "So can I."

14         MR. LEE:  Next page please.

15         We're going to do this whole page also.

16    BY MR. LEE:

17    Q.   Darryl Williams responds with, "Cool."

18    A.   "Just need first and last names and DOBs."

19    Q.   "Ok."

20         "Give me 5 mins.  Ship that bluebird out."

21         "Too."

22         "Make it Saturday delivery I will pay for shipping."

23         "Geneva Bowman -- and it appears to be a date of

24    birth.

25         "Bryan Harlow -- another date of birth.  "He got.
```

1    90-oxymorphone and 30-30s roxy."

2         "Michalle Smith -- a date of birth -- "She got 60 ms

3    cotton 50mg.  And 30 roxy 10mg."

4         "Greg Harlow -- another date of birth.  "He got

5    90-oxymorphone 40s and 30 R 30s."

6         "Lora Kicklighter -- date of birth -- "90

7    oxymorphone and she ask can she get her roxys back.  She has

8    been good."

9         "Mike Robinette -- date of birth -- "90-oxymorphone

10   40s and 30 R 30s."

11        "Franklin Williams I needs his Dob."

12        "Franklin Williams -- a date of birth -- "90- 40s

13   oxymorphone and 20-15s roxy."

14        "Rebecca Pritt.  90 40s -- I'm sorry.  "Rebecca

15   Pritt -- appears to be a date of birth -- and 20-20s R."

16        "Please ship UPS."

17        "If u can ship today let me know and I will give u

18   address."

19   A.   "Go ahead and give me the address."

20        MR. LEE:  Next page, please.

21        Just one more level down.

22        THE WITNESS:  "I just spoke to UPS here locally and

23   the trucks have already left for the day.  The earliest

24   anything will leave now is Saturday and he said if we next day

25   air it, it would arrive by Monday morning.  So that is what

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 143 of 192   Pageid#: 10077

1    I'm planning to do."

2         "What address do you want me to send it to."

3    BY MR. LEE:

4    Q.   "Give me a minute."

5    A.   "It's ok... You have until Saturday."

6         "Lol."

7         MR. LEE:  Okay.  Page 311, please.

8    BY MR. LEE:

9    Q.   Beginning on -- there's a text on January 2nd of 2016

10   from Joel Smithers.

11   A.   "All is shipped.  Picture of tracking and receipt to

12   follow.  Total accounting as follows:  2400 for 8 est.  450

13   for new.  Plus 1000 already owed = 3850 donated Plus shipping

14   as pictured below:"

15   Q.   "Ok.  U got it."

16        MR. LEE:  And page 313.

17   BY MR. LEE:

18   Q.   Does this appear to be a shipping receipt dated Monday, 4

19   January, 2016?

20   A.   Yes, sir.

21   Q.   From Joel Smithers in Greensboro, North Carolina, to

22   Darryl Williams in Lexington, Kentucky?

23   A.   That is correct.

24        MR. LEE:  Page 316, please.

25   ///

1    BY MR. LEE:

2    Q.   And that was a shipping date of January 4th; is that

3    correct?

4    A.   Apparently, yes, sir.

5    Q.   Okay.  And this is text messages starting on January the

6    5th of 2016; correct?

7    A.   Yes, sir.

8    Q.   So that's the day after the shipment receipt we just

9    looked at from Dr. Smithers to Darryl Williams.

10   A.   That's correct.

11   Q.   Darryl Williams says, "Mail Michael Robinettes to Darryl

12   Williams -- and provides an address -- "in Stone, Ky."

13   A.   "K."

14   Q.   "You can send Michael Bowes as well."

15        "My Older brother will most likely become a new

16   patient he got laid off at work.  Where they 0 tolerence

17   policy."

18        "Also Deborah Reynolds."

19        "Deborah Reynolds -- he provides a date of birth.

20        "Michael Bowe -- and what appears to be a date of

21   birth.

22   A.   "K."

23        "New cell to text/call me on:"

24        Do you want me to read the number?

25   Q.   I'm sorry.

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 145 of 192   Pageid#:
10079

1   A.   Do you want me to read the number?

2   Q.   No.

3   A.   Okay.

4         MR. LEE:  At this time, Your Honor, we're done with

5   those.

6         At this time, Your Honor, I would move to introduce

7   DR-1000, which are text messages from Dr. Smithers's phone

8   that involve or reference Debbie Reynolds, a patient.

9         THE COURT:  It will be admitted.

10      (Government's Exhibit DR-1000 received.)

11         MR. LEE:  Ms. Vogt, if you could pull up page 23,

12   please.

13   BY MR. LEE:

14   Q.   Agent Long, this is a text message from Darryl

15   Williams -- or from Joel Smithers to Darryl Williams; is that

16   correct?

17   A.   It appears to be, yes, sir.

18   Q.   And what's the date of that?

19   A.   October 25th, 2015.

20   Q.   Joel Smithers says what to Darryl Williams?

21   A.   "Any idea when Mrs. Debbie's going to pay me a visit?"

22         MR. LEE:  Page 25.

23         Can you go back one page?  It's page 24.

24   BY MR. LEE:

25   Q.   This is a text message from when?

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
276-403-5100

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 146 of 192   Pageid#: 10080

1    A.    November 4, 2015.

2    Q.    What does Joel Smithers say?

3    A.    "Is Debbie gonna help finance?"

4              MR. LEE:  Page 25.

5    BY MR. LEE:

6    Q.    Darryl Williams says, "I need to get Niel Jewell's and

7    Deborah Reynolds."

8    A.    Dr. Smithers replied, "K."

9    Q.    "I owed u 900 Plus 1350 today and Darryl Williams Niel

10   Jewell and deb Reynolds makes it a total 3150."

11             MR. LEE:  Page 29.

12   BY MR. LEE:

13   Q.    Now this is December the second of 2015; is that correct?

14   A.    That's correct, sir.

15   Q.    What does Joel Smithers send to Darryl Williams?

16   A.    "When's Debbie gonna come see me?"

17             MR. LEE:  Page 33.

18   BY MR. LEE:

19   Q.    What's the date on this text message?

20   A.    April 12, 2016.

21   Q.    So four months after the last one we just looked at.

22   A.    That's correct.

23   Q.    And is this from JASmithers@gmail.com?

24   A.    That is correct.

25   Q.    What does its say?

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 147 of 192   Pageid#:
10081

```
 1   A.   "I've got Kelly Johnson listed for an appointment this

 2   Thursday at 12:30.  Does anyone else need to come with him?

 3   Will he be coming?  Is Debbie ever going to come?"

 4   Q.   That was on April the 2nd of 2016.

 5   A.   April 12.

 6   Q.   I'm sorry, April the 12th, 2016.

 7   A.   Yes, sir.

 8            MR. LEE:  Ms. Vogt, could you pull up Government's

 9   Exhibit 105.  Page 33, please.

10   BY MR. LEE:

11   Q.   This is your summary of prescriptions that were sent or

12   that were provided, written for Deborah Reynolds by Joel

13   Smithers; is that correct?

14   A.   Yes, sir.

15   Q.   And it appears there are prescriptions, 1, 2, 3, 4, 5, 6,

16   7, 8 prescriptions between October and February of 2016.

17   A.   That is correct.

18   Q.   And that's the same Deborah Reynolds that he keeps

19   asking, is she ever going to come see me?

20   A.   That was my understanding, yes.

21            MR. LEE:  Okay.

22            Thank you, Agent Long.

23            THE WITNESS:  Yes, sir.

24            MR. LEE:  Please answer any questions defense

25   counsel may have.
```

```
1              THE COURT:  All right.  Cross-examination.
2                        CROSS-EXAMINATION
3    BY MR. WILLIAMS:
4    Q.   Good afternoon, Agent Long.
5    A.   Good afternoon, sir.
6    Q.   Start with some of the text messages there.  Clear to see
7    that there's this relationship between Mr. Williams and
8    Dr. Smithers; correct?
9    A.   There appeared to be, yes, sir.
10   Q.   And on many of those things that are providing dates of
11   birth; is that correct?
12   A.   Yes, sir.
13   Q.   Now a date of birth would be required to run any kind of
14   PMP type check, whatever, to check for pharmaceuticals if any
15   other doctor has written; is that correct?
16   A.   I don't -- I can't answer that for sure for his account
17   for the PMP.  Law enforcement accounts and practitioner
18   accounts differ, is my understanding.
19   Q.   Right.
20   A.   I don't know what's required, but that would be
21   consistent if it was a law enforcement query.
22   Q.   Okay.  Let's go back up here to the start just a little
23   bit.
24              THE COURT:  I'm not sure I understand your answer,
25   okay.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 149 of 192   Pageid#: 10083

```
 1                THE WITNESS:  Yes, sir.

 2                THE COURT:  So the PMP is a way to check and see if

 3     a patient has been seeing multiple pharmacies and/or doctors;

 4     is that right?

 5                THE WITNESS:  It's a data base that's -- well, in

 6     Virginia, it's the Department of Health Professions.

 7                THE COURT:  Right.

 8                THE WITNESS:  And it logs prescriptions that are

 9     filled.  So pharmacies have to report prescriptions filled to

10     that data base.

11                THE COURT:  Right.  And so -- and interested

12     governmental parties can access that data base.  And the idea

13     is to see if people are abusing drugs; right?

14                THE WITNESS:  Yes, sir.

15                THE COURT:  So the question was do you have the date

16     of birth -- do you need the date of birth to access the data

17     base for a particular patient?

18                And what was your answer?  I didn't understand your

19     answer.

20                THE WITNESS:  It's my understanding that when

21     accounts are set up for the Prescription Monitoring Program,

22     that they're set up differently between registrants for

23     practitioners and pharmacies versus what law enforcement

24     access is.  And for law enforcement queries, we can use name

25     and date of birth.  I can only assume that that would be the
```

```
 1   same for practitioners.  I don't know if they need any more or
 2   any less information for practitioners or pharmacists.
 3             THE COURT:  All right.  So -- so you think that they
 4   do need -- practitioners would need the date of birth.
 5             THE WITNESS:  I would think so, yes, sir.
 6             THE COURT:  Okay.
 7   BY MR. WILLIAMS:
 8   Q.   Now, Dr. Smithers, for a doctor, he's fairly young, is he
 9   not?
10   A.   He is, yes, sir.
11   Q.   Okay.  And he hadn't practiced very long; correct?
12             At the time he started in Virginia, he hadn't
13   practiced very long.
14   A.   I don't believe so.  He hadn't been in practice very
15   long, no.
16   Q.   So he came to Virginia in, I think, 2015; is that
17   correct?
18   A.   That's correct.  We believe in August.
19   Q.   Okay.  And so it's pretty obvious through text messages
20   and everything else he let patients owe him money, didn't he?
21   A.   He did, yes, sir.
22   Q.   So he didn't deny them any type of care or anything
23   during that time that they would owe him money; correct?
24   A.   I don't know that I can answer that other than to say
25   that it appeared that he would provide services if money was
```

1    owed.

2    Q.   Okay.  I understand.

3    A.   I don't know what services.

4    Q.   Right.

5            And as far as --

6            THE COURT:  Wait a minute.  Wait a minute.  Wait a

7    minute.

8            MR. WILLIAMS:  I'm sorry.

9            THE COURT:  You don't know what services?

10           THE WITNESS:  I don't know the extent of services

11   that he would provide to people owing him money.

12           THE COURT:  Well, don't -- hadn't we just seen that

13   people who were visiting to get -- see him in order to get

14   renewal of prescriptions had to pay money and they were

15   sometimes behind?

16           THE WITNESS:  Yes, sir, that's correct.

17           THE COURT:  So you do know that.

18           THE WITNESS:  I know that.  I don't know if there

19   were any other services provided other than the issuing of

20   prescriptions.

21           THE COURT:  All right.

22   BY MR. WILLIAMS:

23   Q.   Now, from the time Dr. Smithers's practice began in

24   Virginia, and he continued to implement procedures to try to

25   catch those that were abusing drugs, did he not?  Let me put

1 it to the you this way --

2 A. I'm not sure how to answer that really.

3 Q. In other words, what I would say is he began eventually

4 to start doing drug testing, did he not?

5 A. He did drug testing.  I don't know if that began from the

6 beginning or if he added that, implemented it later.

7 Q. When he first started he did not have Wendell Wilson with

8 him; is that correct?

9 A. That's our understanding.  That's correct.

10 Q. So Wendell would have come on and Wendell was in charge

11 of drug testing, was he not?

12 A. That was our understanding.  That was one of his

13 functions, yes, sir.

14 Q. Okay.  And when he began, was there any staff that you

15 heard of when he started in 2015, other than himself?

16 A. It's our understanding that Mrs. Smithers would often

17 assist there when he first began prior to him hiring

18 Mr. Wilson.  We have seen records, collection logs with the

19 name of Don Kencel at the top.  But I'm not sure what his role

20 was or much about him.

21 Q. Right.  So Mr. Wilson came on; correct?

22 A. Yes, sir.

23 Q. So they began to do the drug testing there at the

24 facility?

25 A. Presumably, yes.

```
 1   Q.    Presumably, yeah, okay.
 2             And they would do the pill counts.
 3   A.    Again, presumably, yes.
 4   Q.    And so with respect to, with respect to some of the texts
 5   and stuff, the texts only show a brief synopsis of what a
 6   conversation would be; correct?
 7   A.    Yes.
 8   Q.    Okay.  In other words, you can't get emotions or anything
 9   else out of a text.
10   A.    Not -- not in written typed words, no, not usually.
11   Q.    In other words, if you're a male, you can get in a lot of
12   trouble by sending a text that gets misinterpreted by your
13   wife; correct?
14   A.    I assume that that could be possible.
15   Q.    Okay.  So within this, we miss a lot of things when we
16   don't see what exactly the parties are talking about in a
17   text; correct?  Do you agree with that?
18   A.    Well, you certainly don't have tone and, I guess,
19   inflection like you would with a spoken word.
20   Q.    Right.  It would be hard to tell if someone is joking or
21   serious on something; correct?
22   A.    It can be, yes.
23   Q.    Okay.  Now with respect to the date, we can go back to
24   the date that Dr. Smithers's practice was searched, okay?
25   A.    Yes, sir.
```

1    Q.    Now, at that point in time, what did you search?  What

2    was your -- did you have any kind of a search area, or were

3    you --

4    A.    A lot of the day that I had was spent with discussions

5    with Dr. Smithers.  I was floating through the practice, sort

6    of monitoring other agents and what they were searching.  I

7    did spend some time in the reception -- not the waiting area,

8    but the reception office, sort of visualizing where files were

9    kept and monitoring files being boxed up.  And then there was

10   some time that I spent interviewing Mr. Angel.

11   Q.    Okay.  And with respect to the search, going to the

12   backpack that was found in the vehicle.

13   A.    Yes, sir.

14   Q.    You had the picture there earlier that showed all of the

15   different things laid out.

16   A.    Yes, sir.

17   Q.    I know you talked about there was some oxymorphone and

18   OxyContin pills and stuff.  I think you've listed what the

19   Schedule II drugs were.

20   A.    That's correct.

21   Q.    Okay.

22   A.    If I can clarify, though.  I think there were oxycodone

23   pills.  And whether they were brand OxyContin, I'd have to

24   look at a report to see.  But, yes, oxymorphone and oxycodone

25   pills, yes, sir.

1   Q.   You listed the Schedule II narcotics.

2   A.   That's correct, yes, sir.

3   Q.   What other types of pills were in that?

4   A.   There were various other pharmaceutical pills.

5   Ranitidine.  I believe there was --

6   Q.   What would ranitidine be?

7   A.   I don't know exactly.  I believe it's for maybe acid

8   reflux.  I'm not sure.  I'm not sure.  I think it's either an

9   allergy or maybe an acid reflux of some sort.

10  Q.   Okay.

11  A.   There was a pill, and I don't know how to say it, starts

12  with a "T".  There were some Aleve tablets.  There were

13  Tylenol tablets.  There was the one gelatin with the green

14  powder material that we presumed was some sort of supplement

15  that wasn't marked, and various other tablets.

16  Q.   Okay.  So it's fair to say there was a mixture of type

17  substances; correct?

18  A.   There was a large mixture of different things, yes, sir.

19  Q.   So all of these pills together, you've got everything

20  from possibly vitamins all the way to up Schedule II drugs

21  mixed together; correct?

22  A.   There was, yes, sir.

23  Q.   And going to back to the situation there, one of the

24  things you mentioned was that several of the pills were put

25  into individual little packets; is that correct?

1    A.    There were some that were found.   And there were some

2    oxymorphone tablets that were found that had been separated

3    into individual packages, yes, sir.

4    Q.    Okay.   And with respect to those packets, did you have

5    occasion to talk with Dr. Smithers that day?

6              MR. LEE:   Objection, Your Honor.   Hearsay.

7    Inadmissible.

8              THE COURT:   Well, I'm going to sustain any statement

9    made to him by Dr. Smithers as hearsay.

10             MR. WILLIAMS:   All right.

11   BY MR. WILLIAMS:

12   Q.    Based upon the -- based upon any conversations you may

13   have had, did you follow up regarding where some of those

14   pills may have come from?

15             MR. LEE:   Objection, Your Honor.   Anything that

16   Mr. Long would have done is based on hearsay.   Conversations

17   as a result of that would have been hearsay also.

18             THE COURT:   Well, you can ask him whether he

19   investigated where some of the pills came from.

20             MR. WILLIAMS:   Okay.

21   BY MR. WILLIAMS:

22   Q.    Mr. Long, where did -- did you investigate where some of

23   the pills came from?

24   A.    There were agents from my group that followed up on

25   information provided, yes, sir.

1    Q.   Okay.  And what was the information that was gathered?

2         MR. LEE:  Objection, Your Honor.  Again, this would

3    be hearsay statements and inadmissible.

4         THE COURT:  Yes.  I'll sustain the objection.

5         MR. WILLIAMS:  Okay.

6    BY MR. WILLIAMS:

7    Q.   Agent Long, the DEA -- drug control -- or the Controlled

8    Substances Act, are you familiar with the Controlled Substance

9    Act?

10   A.   Yes, sir.

11   Q.   Okay.  And does the Controlled Substance Act, what does

12   it say as far as how long the time of pharm -- or a doctor can

13   go from seeing patients, are you familiar with that?

14        MR. LEE:  Objection, Your Honor.  Agent Long is not

15   an expert on the law, the legal requirements of the Controlled

16   Substances Act.  It would be inappropriate for him to testify

17   about those matters.

18        THE COURT:  Well, he's a DEA agent.  He said he's

19   familiar with the Controlled Substance Act.  I'll overrule the

20   objection.

21        MR. LEE:  If I may.  If there's a regulation that

22   Mr. Williams wants to refer to, he can introduce that into

23   evidence.  That would probably be acceptable.  But to have

24   Agent Long opine as to what the rules and regulations are --

25        THE COURT:  I don't want him to opine.  I mean, I

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 158 of 192   Pageid#:
10092

```
 1   don't want him to interpret or guess, or -- but I'm going to
 2   overrule the objection.
 3           MR. WILLIAMS:  Okay.  You're going to overrule the
 4   objection, allow him to answer?
 5           THE COURT:  Yes, sir.
 6           MR. WILLIAMS:  Okay.
 7           THE COURT:  I mean, why don't you repeat your
 8   question.
 9           MR. WILLIAMS:  Okay.
10   BY MR. WILLIAMS:
11   Q.   Agent Long, was there -- are you familiar in the
12   Controlled Substance Act about doctors and how long they can
13   write a prescription -- how long the prescription can be
14   between visits?  How many days they can write prescriptions
15   for?
16   A.   There would need to be some specificity to that question
17   because the regulations are different between schedules.
18   Q.   Okay.  With respect to a Schedule II controlled
19   substance.
20   A.   Yes, sir.
21   Q.   Would that be 90 days?
22   A.   There is a regulation that will allow a practitioner to
23   issue a 90-day supply of medications, but then the Schedule II
24   cannot be refilled, which would be the difference between the
25   Schedule II and the III through Vs where a practitioner is
```

```
 1    allowed to, on the Schedule III through Vs are allowed to put
 2    refills on those.  Schedule IIs you cannot refill.
 3    Q.   Okay.
 4    A.   But there's more details to that regulation that really
 5    come into play.
 6    Q.   Okay.
 7             THE COURT:  You mean there are, like, exceptions and
 8    so forth?
 9             THE WITNESS:  Well, the -- the prescriptions,
10    essentially, are -- the 90-day supply is actually provided in
11    30-day segments.  So there would essentially be three
12    prescriptions written on the same day, provided to the
13    patient, with a notation on the prescriptions that they could
14    not be filled until that next incremental 30-day period.  So,
15    as an example, a person who is in a position with their
16    physician to get a 90-day supply of a Schedule II, let's say
17    they go on January 15th, they would get three prescriptions
18    all dated January 15th.  And then one would have -- cannot be
19    filled until February, the 30 days out.  And then the third
20    one cannot be filled until March, the 30 days out from there.
21             THE COURT:  All right.
22    BY MR. WILLIAMS:
23    Q.   Now, with respect to --
24             May I have a second, Your Honor?
25             One of the individuals that you mentioned earlier
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
1276-523-5114

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 160 of 192   Pageid#: 10094

```
 1   was a gentlemen named Robert Battaglia.

 2   A.   Yes, sir.

 3   Q.   Okay.

 4        MR. WILLIAMS:  Can I get this put up on the screen,

 5   please.

 6        Oh, HDMI, I'm sorry.

 7        THE CLERK:  Okay.  Is this to be displayed to the

 8   jury?

 9        MR. WILLIAMS:  Yes, it's already admitted.

10        THE CLERK:  Okay.

11   BY MR. WILLIAMS:

12   Q.   I'll be referring to what is Exhibit RB-2.  I think you

13   had talked a little bit about the letter that Dr. Smithers had

14   sent to Mr. Battaglia.

15   A.   Yes, I was asked about it.

16   Q.   And would you care to read the first paragraph under

17   where it says, "Dear Mr. Robert Battaglia."

18   A.   "Based on inconsistencies in the information you gave

19   surrounding your inability to come to --

20        THE COURT:  Don't read too fast.

21        THE WITNESS:  I'm sorry, Judge.

22        "Based on inconsistencies in the information you

23   gave surrounding your inability to come to your most recent

24   appointment with our office, we did further research into your

25   medical record and found inconsistencies and outright
```

```
 1   inaccuracies in information you provided at your initial
 2   intake.  Based on this misinformation you became a patient of
 3   our practice when otherwise you would not.  Due to now
 4   repeated distortions and the providing of false information to
 5   our practice, you are as of the date of this letter no longer
 6   a patient of Smithers Community Healthcare Clinic, PC."
 7             MR. WILLIAMS:  Thank you.
 8             Take that off.
 9   BY MR. WILLIAMS:
10   Q.   Now, with respect to that, the indications are that
11   Mr. Battaglia had not provided the correct information to
12   Smithers Community Healthcare Clinic; correct?  Based upon
13   that letter?
14   A.   On that letter, yes, sir.
15   Q.   Now, one of the things I know you said about
16   Mr. Battaglia was that whenever you supposedly did this
17   operation, when he got the prescriptions, you indicated that
18   you went with him to the -- to pick up the medication; is that
19   correct?
20   A.   That's correct, sir.  We accompanied him.
21   Q.   So you didn't trust Mr. Battaglia, did you?
22   A.   It wasn't a matter of trust, sir.  It was a matter of
23   maintaining custody for the DEA operation.
24   Q.   Okay.  Now, with respect to Dr. Smithers and his
25   treatment of these -- the majority of the patients that
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 237  Filed 06/09/19   Page 162 of 192   Pageid#: 10096

1    Dr. Smithers saw he saw pretty much on a monthly basis, didn't

2    he?

3    A.    I can't say that's true.

4    Q.    It indicates -- I mean, there's a lot of records

5    indicating that he would see these patients monthly; correct?

6    A.    I'm not sure that the records indicate that, no, sir.

7    Q.    Now, with respect to this, according to that code

8    section, he could have written prescriptions for 90-day

9    increments; correct?

10           In other words, he could have written -- say he

11   wrote a prescription -- say they saw him on May the first of

12   2019.  He could have written a prescription to be filled May

13   the first of '19.  Then he could have written a prescription

14   that said not to be filled until June 1st of '19.  And then

15   one to be filled July 1st of '19; correct?

16   A.    Yes.  It's more complex than that.  But he could have

17   done that and provided all three of those to the patient on

18   the first visit to comply with the, quote, 90-day rule.

19   Q.    Okay.  With respect to the text messages, text messages

20   don't indicate, and there's no evidence here showing either

21   way, whether or not Dr. Smithers can call these patients and

22   conduct interviews with them over the phone or anything?

23   A.    The text messages don't indicate that, no.

24   Q.    Okay.  But is it possible that Dr. Smithers called and

25   had visits with these people over the phone?

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 163 of 192   Pageid#:
10097

```
 1    A.    I'd say it's possible he's had conversations with people

 2    over the phone, yes.

 3              MR. WILLIAMS:  Your Honor, may have just a moment

 4    with my client?

 5              THE COURT:  Yes, sir.

 6    BY MR. WILLIAMS:

 7    Q.    Agent Long --

 8    A.    Yes.

 9    Q.    -- did Dr. Smithers advise you --

10              MR. LEE:  Objection, Your Honor.  Again, this is a

11    hearsay statement.

12              THE COURT:  Yes, sir.

13              MR. LEE:  It's inadmissible.

14              THE COURT:  I'll sustain the objection.

15              MR. WILLIAMS:  No further questions.

16              THE COURT:  All right.  Anything further?

17              MR. LEE:  Briefly, Judge.
```

REDIRECT EXAMINATION

```
19    BY MR. LEE:

20    Q.    Agent Long, you've been asked some questions about when

21    prescriptions can be written, over what periods of time.

22    Regardless of those regulations, is it fair to say that any

23    prescription has to be written for a legitimate medical

24    purpose and within the scope of professional practice?

25    A.    Yes, sir, that's very explicit in the regulations.
```

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
276-323-0540

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 164 of 192   Pageid#:
10098

```
 1              MR. LEE:  Okay.  No further questions.

 2              THE COURT:  All right.  If there's nothing further,

 3    you may step down, sir.

 4              THE WITNESS:  Thank you, Your Honor.

 5              THE COURT:  We're going to take a break at this

 6    time.

 7              Ladies and gentlemen, if you'll follow the bailiff

 8    out.

 9         (Proceedings held in the absence of the jury.)

10              THE COURT:  All right.  If there's nothing from

11    counsel, we'll be in short recess.

12         (Proceedings suspended at 2:44 p.m. and resumed at 2:50

13    p.m.)

14              THE COURT:  Mr. Ramseyer, the clerk advises me that

15    the Government doesn't have any further witnesses today.

16              MR. RAMSEYER:  That's correct, Your Honor.

17              And I would alert the Court tomorrow the only

18    witness is an expert witness that's coming from out of town

19    that probably won't take, probably at the outside, two hours

20    total.

21              THE COURT:  But that witness will be ready at 9:00?

22              MR. RAMSEYER:  We -- she's on her way to Atlanta.

23    So assuming that the connection goes -- her flight was delayed

24    significantly.  But we think Atlanta is fine.  We think she'll

25    be here.  We can let the clerk's office know as soon as
```

```
 1    possible if for some reason she doesn't make it.  We certainly
 2    hope so.  We want to let the Court know we have a witness a
 3    week from Thursday that cannot be here tomorrow on this short
 4    notice.
 5              THE COURT:  Yeah, a week from today.
 6              MR. RAMSEYER:  A week from today.  Yes, sir.
 7              THE COURT:  That's when the jury is going to return.
 8              All right.  We'll have the jury in.
 9              I see you're already packed up there, Mr. Williams.
10              MR. WILLIAMS:  We are.
11          (Proceedings held in the presence of the jury.)
12              THE COURT:  All right.  Ladies and gentlemen, let me
13    go over a few things with you.
14              We don't have any further witnesses today, so I'm
15    going to let you go home, or wherever you want to go.
16              Tomorrow you'll need to come back at 9:00.  But it
17    looks like we have a witness that will only take about a
18    couple of hours, so that you should be free hopefully by lunch
19    time, if not earlier.
20              And then I have another trial that I have to preside
21    at.  So it's not the fault of anybody else.  But we don't need
22    you back here until next Thursday, a week from today.  That's
23    May the 9th.  So you'll be free, of us anyway, until next
24    Thursday at 9:00.
25              Of course, you have to come tomorrow morning.  And
```

 1    then come back next Thursday, May the 9th, so we can begin at

 2    9:00.

 3            So we're moving along, I want to tell you, pretty

 4    quickly here, a lot quicker than we thought.  So that's good

 5    news.

 6            Next, I want to remind you about your obligations

 7    not to discuss this case, nor permit it to be discussed with

 8    you, and don't do any research on this case at all.

 9            I know that you've heard things about drugs and so

10    on, but you just can't go on the internet or do any research

11    on any of the terms or people or anything about that case.  It

12    just wouldn't be fair.  It's against the law for you to do

13    that.  And we don't want anybody, you know, to do that.  It's

14    not fair to the parties.  Because you have to decide this

15    case, again, based on the evidence that you hear in the

16    courtroom.  And I know you understand that.  And if you were

17    in the same position, you certainly wouldn't want jurors doing

18    investigations on their own and so on.  So I know you're going

19    to comply with that, but I just wanted to remind you of it.

20            And I appreciate your attention.  You-all have done

21    a great job of listening to the evidence.  You know, I see a

22    lot of juries and you-all are just doing great.  So I

23    appreciate that.

24            We'll see you tomorrow morning and then a week from

25    today.  So see you tomorrow morning at 9:00.

```
 1              Follow the bailiff out.

 2         (Proceedings held in the absence of the jury.)

 3              THE COURT:  All right.  Then, Mr. Williams, you're

 4   going to let us know tomorrow if you plan to have an expert;

 5   is that correct?

 6              MR. WILLIAMS:  That's correct, Your Honor.

 7              THE COURT:  All right.

 8              If there's nothing further, then we'll be in short

 9   recess.

10         (Proceedings concluded at 2:57 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**REPORTER'S CERTIFICATE**

I, DONNA J. PRATHER, do hereby certify that the above and foregoing, consisting of the preceding 168 pages, constitutes a true and accurate transcript of my stenographic notes and is a full, true and complete transcript of the proceedings to the best of my ability.

Dated this 8th day of June, 2019.


S/Donna Prather

_____
DONNA J. PRATHER, RPR, CRR, CBC, CCP
Federal Official Court Reporter

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(276) 628-5116 (800/A)*

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 169 of 192   Pageid#: 10103

# $

**$141** [1] - 111:13
**$18,075** [1] - 62:12
**$2,100** [1] - 111:18
**$300** [2] - 28:5, 111:15
**$43,524.89** [1] - 61:25
**$57,168** [1] - 48:21
**$600** [1] - 112:4
**$680,000** [1] - 62:17
**$70.50** [3] - 101:19, 116:17, 117:8
**$71,392.84** [1] - 62:7
**$75** [1] - 135:12
**$9,527** [2] - 61:18, 61:24
**$900** [1] - 112:25

# '

**'15** [1] - 59:11
**'17** [1] - 59:11
**'19** [3] - 163:13, 163:14, 163:15
**'em** [1] - 91:3
**'Mullen** [1] - 116:24
**'Mullens** [1] - 116:25
**'Mullins** [1] - 116:24
**'without** [1] - 83:3

# /

**/** [1] - 132:20
**/"** [5] - 104:22, 110:1, 134:12, 137:7, 142:6

# 0

**0** [1] - 145:16
**0930** [1] - 94:11

# 1

**1** [4] - 85:20, 91:23, 111:12, 148:15
**1-stearl** [1] - 138:5
**10** [5] - 2:21, 30:14, 58:23, 58:25, 79:5
**10-29-2015** [1] - 133:13
**10-count** [1] - 58:2
**10/1** [1] - 124:20
**100** [4] - 2:13, 47:4, 47:12, 47:14
**1000** [7] - 2:24, 3:1, 3:2, 115:6, 124:5, 138:10, 144:13
**10000** [1] - 2:25
**101** [4] - 2:13, 47:16, 47:23, 47:25

**102** [6] - 2:14, 3:1, 48:2, 48:11, 48:13, 53:9
**1030** [1] - 94:18
**104** [9] - 2:23, 71:17, 72:12, 72:14, 72:20, 75:13, 75:15, 75:16, 79:9
**1045** [1] - 90:13
**105** [8] - 2:22, 62:23, 63:4, 63:13, 63:15, 65:8, 122:24, 148:9
**106** [5] - 2:11, 14:20, 15:8, 15:10, 41:19
**10:32** [1] - 72:6
**10AM** [1] - 90:13
**10mg** [1] - 143:3
**11** [2] - 80:23, 113:21
**1100** [1] - 94:18
**11:13** [1] - 72:6
**11:30** [1] - 124:21
**11th** [2] - 17:3, 93:25
**12** [3] - 87:25, 147:20, 148:5
**12-28-2015** [1] - 141:3
**12-2:30** [1] - 124:18
**12/14** [1] - 139:17
**12/22** [1] - 139:1
**120** [2] - 127:5, 127:11
**12:00** [1] - 124:21
**12:29** [1] - 120:7
**12:30** [1] - 148:2
**12th** [3] - 17:5, 129:13, 148:6
**13** [1] - 102:13
**1330** [2] - 94:14, 125:22
**1350** [2] - 136:10, 147:9
**14** [2] - 123:14, 123:16
**1430** [1] - 91:17
**146** [1] - 3:2
**149** [1] - 2:8
**15** [7] - 2:11, 30:14, 64:24, 96:25, 106:4, 123:12, 133:13
**15's** [1] - 138:1
**1500** [4] - 92:13, 135:4, 135:11
**1530** [1] - 92:14
**15s** [2] - 135:3, 137:23
**15th** [3] - 117:15, 160:17, 160:18
**16** [1] - 89:4
**164** [1] - 2:8
**17** [2] - 2:4, 103:18

**17th** [1] - 99:19
**18** [5] - 70:23, 93:20, 103:2, 104:23, 113:22
**180** [2] - 1:20, 109:21
**186** [1] - 118:13
**18th** [6] - 70:15, 70:21, 73:2, 75:3, 75:8, 131:1
**19** [1] - 53:3
**1994** [2] - 43:4, 43:5
**19th** [1] - 94:9
**1:00** [1] - 124:21
**1:17-cr-00027-JPJ-PMS-1** [1] - 1:6
**1:30** [1] - 124:21
**1:34** [2] - 118:15, 120:7
**1pm** [1] - 91:25
**1st** [4] - 80:22, 113:7, 163:14, 163:15

# 2

**2** [9] - 1:12, 88:22, 91:24, 93:10, 106:14, 126:12, 132:1, 138:6, 148:15
**2-20-17** [1] - 13:25
**2-21-17** [1] - 14:3
**2-22-17** [1] - 14:5
**2/2/16** [1] - 104:1
**20** [9] - 2:5, 37:19, 94:5, 105:23, 107:7, 109:13, 127:5, 127:11, 129:22
**20's** [1] - 109:16
**20-15s** [1] - 143:13
**20-20s** [1] - 143:15
**2005** [2] - 43:5, 43:8
**2008** [1] - 43:9
**201** [1] - 124:7
**2015** [35] - 21:1, 59:4, 61:8, 61:18, 61:23, 64:16, 65:13, 88:19, 91:8, 93:25, 97:6, 118:15, 119:21, 122:14, 123:6, 123:23, 124:11, 126:11, 128:10, 129:8, 132:4, 134:2, 134:10, 135:9, 136:16, 137:20, 138:22, 139:8, 140:10, 141:15, 146:19, 147:1, 147:13, 151:16, 153:15
**2016** [24] - 70:3, 70:15, 73:3, 77:3, 80:22, 87:6, 100:13,

**100:18, 103:16, 106:13, 107:18, 108:18, 110:10, 111:12, 113:7, 114:3, 117:15, 144:9, 144:19, 145:6, 147:20, 148:4, 148:6, 148:16**
**2017** [18] - 11:8, 17:14, 21:1, 22:14, 31:23, 48:23, 59:5, 59:7, 59:8, 61:8, 62:4, 62:8, 62:11, 81:13, 81:15, 82:10, 82:13, 84:20**
**2017-SFL3-00814** [1] - 2:17
**2017-SFL3-00830** [1] - 2:18
**2017-SFL3-00831** [1] - 2:18
**2017-SFL3-00835** [1] - 2:19
**2017-SFL3-00838** [1] - 2:19
**2019** [2] - 1:12, 163:12
**20s** [3] - 109:21, 116:7, 139:1
**20th** [3] - 77:2, 99:19, 135:9
**21** [1] - 95:11
**2100** [1] - 112:8
**218** [1] - 126:7
**21st** [1] - 103:16
**22** [1] - 48:15
**2200'ish** [1] - 126:15
**221** [1] - 128:6
**226** [1] - 129:1
**227** [1] - 129:11
**229** [1] - 130:7
**22nd** [5] - 11:8, 17:14, 100:18, 101:7, 140:10
**23** [1] - 146:11
**231** [1] - 130:24
**238** [1] - 132:2
**23rd** [4] - 88:19, 135:25, 136:15, 136:16
**24** [1] - 146:23
**24/7** [1] - 130:19
**2400** [1] - 144:12
**2410** [1] - 87:2
**24210** [1] - 1:21
**24277** [1] - 124
**248** [1] - 132:25
**249** [1] - 133:5
**24th** [1] - 90:1
**25** [3] - 107:14,

**146:22, 147:4**
**250** [1] - 133:24
**251** [1] - 133:24
**25th** [4] - 90:8, 114:3, 115:17, 146:19
**26** [1] - 61:23
**261** [1] - 134:7
**27** [1] - 108:15
**271** [1] - 135:7
**279** [1] - 135:23
**27th** [1] - 106:13
**285** [1] - 137:17
**2850** [2] - 136:20, 136:25
**286** [1] - 138:20
**287** [1] - 139:5
**288** [1] - 139:18
**28th** [2] - 107:18, 124:10
**29** [4] - 109:8, 110:10, 137:20, 147:11
**297** [1] - 140:8
**29th** [4] - 91:8, 108:18, 132:4, 133:3
**2:30pm** [1] - 93:10
**2:44** [1] - 165:12
**2:50** [1] - 165:12
**2:57** [1] - 168:10
**2more** [1] - 124:19
**2nd** [6] - 11:8, 111:1, 139:8, 139:20, 144:9, 148:4

# 3

**3** [14] - 63:22, 64:8, 64:23, 65:11, 65:14, 79:10, 115:6, 125:6, 125:11, 135:18, 137:25, 138:17, 141:25, 148:15
**3"** [2] - 103:9, 103:10
**30** [14] - 13:23, 37:19, 97:1, 105:21, 106:3, 116:7, 118:1, 137:22, 138:23, 143:3, 143:5, 143:10, 160:19, 160:20
**30-30s** [1] - 143:1
**30-day** [2] - 160:11, 160:14
**300** [8] - 27:9, 27:12, 124:14, 124:23, 135:5, 135:22, 139:10, 141:1
**303** [1] - 141:12
**30s** [5] - 109:13, 118:1, 137:25, 143:5, 143:10

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 328-Filed

Case 1:17-cr-00027-JPJ-PMS   Document 2378   Filed 06/09/19   Page 170 of 192   Pageid#: 10104

**30th** [4] - 91:21, 97:5, 134:2, 138:22
**311** [1] - 144:7
**313** [1] - 144:16
**3150** [2] - 136:11, 147:10
**316** [1] - 144:24
**31st** [1] - 141:14
**32** [3] - 2:5, 80:8, 80:11
**33** [2] - 147:17, 148:9
**34** [1] - 111:7
**353** [1] - 53:5
**38** [1] - 112:12
**3850** [1] - 144:13
**39** [2] - 2:6, 112:11
**3:00** [2] - 91:10, 124:21
**3:30** [2] - 124:19, 124:21
**3rd** [3] - 64:16, 65:13, 125:7

## 4

**4** [7] - 1:11, 135:14, 139:10, 140:24, 144:18, 147:1, 148:15
**4-5** [1] - 142:5
**40's** [1] - 109:15
**40-hour** [1] - 30:3
**40-page** [1] - 63:17
**400** [1] - 26:9
**40s** [13] - 109:17, 109:21, 116:7, 127:5, 127:11, 135:3, 137:24, 139:1, 140:4, 143:5, 143:10, 143:12, 143:14
**41** [1] - 2:6
**41501** [1] - 110:23
**41567** [1] - 110:19
**42** [1] - 2:7
**420** [1] - 99:19
**4440** [1] - 61:17
**450** [1] - 144:12
**469** [1] - 66:13
**47** [3] - 2:12, 2:13, 2:13
**48** [1] - 2:14
**49** [3] - 2:14, 82:4, 83:2
**4:00** [2] - 124:19, 124:21
**4th** [3] - 100:13, 117:20, 145:2

## 5

**5** [7] - 79:9, 110:2, 125:24, 135:14,

135:17, 142:20, 148:15
**5-6** [1] - 138:5
**50** [7] - 2:15, 67:7, 67:11, 67:21, 96:6, 96:25, 113:25
**500** [2] - 26:10, 132:23
**50mg** [1] - 143:3
**51** [6] - 2:16, 2:21, 59:17, 59:21, 60:1, 67:6
**52** [1] - 97:7
**54** [2] - 2:17, 103:12
**55** [3] - 2:18, 2:18, 128:19
**56** [8] - 2:14, 2:19, 2:19, 49:4, 49:7, 49:16, 49:18, 50:4
**57** [1] - 2:20
**58** [6] - 2:15, 2:20, 2:21, 49:19, 50:9, 50:11
**59** [5] - 2:16, 50:12, 51:15, 51:20, 51:22
**5:00** [1] - 30:1
**5th** [2] - 92:10, 145:6

## 6

**6** [4] - 24:23, 106:19, 124:18, 148:15
**60** [11] - 2:21, 65:2, 65:15, 96:25, 117:24, 118:1, 131:8, 133:15, 143:2
**600** [4] - 26:10, 99:19, 135:20
**601** [1] - 1:23
**62** [4] - 2:20, 57:8, 57:15, 57:17
**63** [1] - 2:22
**64** [1] - 117:13
**645** [1] - 111:4
**68** [1] - 99:11
**6:00** [2] - 11:20, 30:1
**6th** [2] - 87:6, 140:24

## 7

**7** [8] - 48:23, 83:5, 113:21, 115:3, 115:10, 115:12, 122:24, 148:16
**7(=$21** [1] - 111:13
**72** [1] - 2:23
**76** [4] - 2:17, 53:25, 54:10, 54:12
**77** [5] - 2:18, 54:19, 54:21, 55:1, 55:6
**78** [5] - 2:18, 55:11,

55:13, 55:18, 55:20
**79** [6] - 2:19, 55:25, 56:2, 56:7, 56:9, 56:23
**7:00** [3] - 29:25, 30:2, 41:7
**7th** [2] - 81:15, 92:10

## 8

**8** [4] - 89:5, 144:12, 148:16
**80** [6] - 2:19, 56:15, 56:17, 56:22, 56:23, 56:25
**831** [1] - 110:22
**85** [2] - 2:24, 100:14
**87** [2] - 2:25, 84:7
**88** [1] - 84:17
**8th** [3] - 92:25, 126:11, 128:9

## 9

**9** [5] - 2:3, 2:20, 58:19, 58:22, 103:25
**9-digit** [1] - 107:3
**9/24** [1] - 94:19
**9/30** [1] - 124:18
**90** [15] - 109:21, 127:5, 127:11, 131:7, 131:8, 132:8, 133:19, 135:2, 135:3, 143:6, 143:12, 143:14, 159:21
**90-20mg** [1] - 126:3
**90-40mg** [1] - 126:3
**90-day** [5] - 159:23, 160:10, 160:16, 163:8, 163:18
**90-oxymorphone** [3] - 143:1, 143:5, 143:9
**900** [5] - 107:1, 107:4, 135:11, 136:10, 147:9
**911** [1] - 10:20
**92** [1] - 53:1
**99** [5] - 2:12, 46:10, 46:16, 47:1, 47:3
**9:00** [5] - 165:21, 166:16, 166:24, 167:2, 167:25
**9:02** [1] - 4:1
**9th** [5] - 87:8, 118:15, 129:8, 166:23, 167:1

## A

**a.m** [2] - 4:1, 72:6
**ABINGDON** [1] - 1:4

**Abingdon** [1] - 1:21
**able** [10] - 52:23, 60:9, 71:8, 83:12, 107:12, 112:24, 116:21, 118:3, 120:19, 121:20
**absence** [4] - 72:3, 120:3, 165:9, 168:2
**abusing** [2] - 150:13, 152:25
**academy** [1] - 43:7
**accept** [1] - 141:9
**acceptable** [2] - 61:1, 158:23
**access** [3] - 150:12, 150:16, 150:24
**accompanied** [2] - 70:18, 162:20
**according** [2] - 90:15, 163:7
**account** [5] - 29:9, 61:9, 61:15, 61:17, 149:16
**accounting** [1] - 144:12
**accounts** [4] - 59:4, 149:17, 149:18, 150:21
**accurate** [1] - 15:4
**acid** [2] - 156:7, 156:9
**acquaintanceship** [1] - 74:25
**Act** [5] - 43:13, 43:16, 43:22, 158:8, 158:9, 158:11, 158:16, 158:19, 159:12
**activities** [1] - 74:3
**activity** [1] - 74:3
**actor** [1] - 125:13
**actual** [2] - 33:18, 68:7
**add** [1] - 101:19
**added** [1] - 153:6
**additional** [2] - 55:14, 85:9
**Address** [1] - 132:20
**address** [28] - 20:13, 68:7, 69:14, 81:4, 86:23, 86:24, 87:1, 96:22, 97:1, 97:2, 98:22, 110:13, 110:18, 111:1, 111:5, 114:10, 114:11, 115:1, 115:9, 116:2, 117:5, 128:3, 128:21, 132:21, 143:18, 143:19, 144:2, 145:12
**addressed** [1] -

80:15
**addresses** [1] - 67:19
**admin** [1] - 95:7
**administer** [1] - 30:12
**Administration** [3] - 42:15, 43:13, 70:1
**admission** [17] - 15:8, 46:12, 46:25, 47:11, 47:23, 48:10, 49:15, 50:8, 54:9, 54:25, 55:17, 56:6, 56:21, 57:14, 59:24, 63:12, 102:8
**admit** [1] - 72:20
**admitted** [32] - 5:1, 13:18, 15:9, 47:2, 47:13, 47:24, 48:12, 49:17, 50:10, 51:21, 54:11, 55:5, 55:19, 56:8, 56:23, 57:16, 58:21, 58:24, 59:25, 63:1, 63:14, 66:12, 67:23, 72:13, 80:8, 82:4, 85:17, 87:22, 102:10, 123:21, 146:9, 161:9
**adulterating** [1] - 34:17
**advanced** [1] - 33:9
**advertisement** [1] - 130:13
**advice** [4] - 7:1, 8:2
**advise** [1] - 164:9
**advises** [1] - 165:14
**affiliated** [2] - 69:1, 69:9
**Aflex** [1] - 69:8
**afternoon** [4] - 30:1, 132:5, 149:4, 149:5
**afternoons** [1] - 40:14
**afterwards** [1] - 6:11
**agent** [13] - 42:14, 43:3, 43:10, 43:11, 45:14, 46:13, 58:5, 75:9, 83:8, 83:24, 158:18
**Agent** [33] - 42:16, 48:18, 49:6, 50:14, 51:24, 54:14, 58:13, 59:2, 60:4, 60:25, 61:2, 62:13, 62:14, 62:18, 65:20, 67:9, 72:23, 75:22, 96:8, 103:4, 106:10, 106:12, 111:15, 122:11, 146:14, 148:22, 149:4, 158:7,

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(276) 628-5116*

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 171 of 192   Pageid#: 10105

158:14, 158:24, 159:11, 164:7, 164:20
**agents** [8] - 44:5, 45:9, 45:16, 45:19, 82:19, 84:12, 155:6, 157:24
**ago** [4] - 21:21, 23:9, 38:13, 98:3
**ago:-/** [1] - 128:25
**agree** [1] - 154:17
**ahead** [1] - 143:19
**aian** [1] - 109:23
**Aided** [1] - 1:25
**ain't** [1] - 138:23
**aina** [1] - 109:13
**air** [3] - 128:4, 132:22, 143:25
**Albany** [1] - 69:13
**alert** [1] - 165:17
**Aleve** [1] - 156:12
**Aliff** [1] - 135:20
**alive** [1] - 13:2
**all's** [1] - 53:17
**alleged** [2] - 63:9, 64:23
**allergy** [1] - 156:9
**allotted** [1] - 105:21
**allow** [3] - 6:14, 159:4, 159:22
**allowed** [2] - 160:1
**almost** [3] - 106:5, 126:20, 131:20
**alone** [1] - 96:3
**aloud** [1] - 24:25
**Alright** [2] - 113:17, 129:15
**alternate** [1] - 38:20
**Altoids** [1] - 51:11
**AM** [1] - 90:13
**Amanda** [4] - 91:9, 92:5, 92:6, 93:1
**America** [7] - 2:20, 2:21, 2:21, 58:15, 60:13, 61:6, 61:17
**AMERICA** [1] - 1:5
**amount** [5] - 62:3, 62:14, 62:16, 112:24, 112:25
**amounts** [1] - 58:6
**analysis** [7] - 53:21, 54:14, 54:22, 55:14, 56:3, 56:18, 59:2
**analyst** [1] - 45:17
**analyzed** [2] - 53:20, 53:22, 54:23
**Anderson** [2] - 20:14, 20:15
**angel** [2] - 98:8, 155:10
**Angel** [8] - 19:19,

20:8, 32:24, 41:3, 41:14, 98:2, 98:8, 98:9
**ANGEL** [2] - 2:4, 20:1
**Angel's** [1] - 95:2
**Angela** [4] - 95:21, 95:23, 96:4, 106:16
**angle** [2] - 17:2, 17:4
**answer** [13] - 10:20, 17:7, 31:25, 32:18, 89:1, 148:24, 149:16, 149:24, 150:18, 150:19, 151:24, 153:2, 159:4
**antagonistic** [1] - 7:21
**anticipate** [1] - 120:24
**anticipated** [2] - 120:13, 120:15
**anyway** [3] - 96:21, 99:5, 166:23
**apologize** [6] - 5:19, 6:7, 6:10, 6:13, 65:6, 70:8
**apologized** [3] - 5:15, 6:13, 8:4
**app** [2] - 140:6, 140:24
**appear** [16] - 67:3, 84:23, 96:16, 98:18, 100:19, 101:4, 101:6, 104:12, 105:2, 112:14, 112:16, 129:4, 130:5, 130:9, 133:2, 144:18
**appeared** [3] - 82:23, 149:9, 151:25
**appointment** [3] - 114:6, 148:1, 161:24
**appreciate** [6] - 79:21, 99:6, 100:5, 100:10, 167:20, 167:23
**approach** [2] - 4:4, 24:23
**appropriate** [1] - 6:10
**approved** [1] - 54:5
**approximate** [3] - 64:1, 64:16
**appt** [3] - 91:24, 93:8, 95:24
**appts** [1] - 134:12
**April** [7] - 100:18, 101:7, 117:20, 147:20, 148:4, 148:5, 148:6
**area** [12] - 11:24,

12:1, 20:23, 21:3, 22:16, 44:23, 49:1, 69:16, 74:22, 155:2, 155:7
**ARH** [1] - 116:10
**Army** [1] - 10:16
**arrest** [1] - 74:8
**arrested** [2] - 36:12, 73:10
**arrival** [3] - 11:3, 11:17, 11:25
**arrive** [2] - 41:6, 143:25
**arrived** [6] - 12:7, 12:8, 12:15, 12:23, 14:16, 17:14
**AS** [1] - 107:4
**asap** [1] - 93:25
**ASAP** [1] - 107:6
**aside** [2] - 8:5, 44:2
**Assad** [1] - 130:16
**assault** [1] - 5:9
**assaulted** [1] - 5:9
**assigned** [1] - 44:6
**assist** [4] - 7:11, 42:21, 42:25, 153:17
**associate** [1] - 71:6
**association** [1] - 74:24
**assume** [2] - 150:25, 154:14
**assuming** [2] - 121:9, 165:23
**Atlanta** [2] - 165:22, 165:24
**attached** [2] - 45:15, 114:7
**attachment** [7] - 104:2, 104:5, 104:7, 105:3, 112:14, 130:3, 130:9
**attempt** [1] - 66:22
**attention** [3] - 23:19, 75:12, 167:20
**attorney** [1] - 32:19
**Attorneys** [1] - 1:20
**attributable** [1] - 121:12
**auditing** [1] - 95:7
**August** [12] - 59:4, 59:11, 61:8, 61:18, 87:5, 87:8, 88:19, 89:25, 90:8, 91:8, 91:21, 151:18
**aundra** [3] - 92:6, 92:7, 93:1
**authorities** [1] - 73:16
**authority** [3] - 100:2, 100:7, 100:9

**available** [4] - 115:23, 124:17, 124:20, 130:19
**avoided** [1] - 98:4
**aware** [7] - 45:20, 45:22, 67:12, 75:22, 88:16, 116:17, 119:15
**ARH** [1] - 116:10

# B

**B19** [1] - 1:20
**baby** [1] - 89:1
**backed** [1] - 138:7
**background** [5] - 45:7, 65:24, 66:3, 66:18, 98:12
**backpack** [2] - 2:15, 155:12
**bad** [4] - 33:6, 99:22, 119:15, 125:13
**bag** [7] - 2:12, 34:15, 34:23, 46:23, 49:11, 137:16
**bagged** [1] - 34:7
**baggies** [1] - 58:3
**bags** [1] - 58:3
**bailiff** [4] - 71:24, 120:2, 165:7, 168:1
**balance** [3] - 112:8, 115:12, 135:6
**bam** [1] - 27:20
**Bank** [7] - 2:20, 2:21, 2:21, 58:15, 60:13, 61:6, 61:16
**bank** [9] - 29:13, 58:14, 58:20, 59:2, 59:4, 60:6, 60:12, 61:5, 61:10
**banker's** [1] - 46:23
**bar** [1] - 23:12
**base** [4] - 150:5, 150:10, 150:12, 150:17
**based** [16] - 46:2, 52:6, 52:7, 52:22, 58:4, 103:4, 105:18, 123:20, 157:12, 157:16, 161:18, 161:22, 162:2, 162:12, 167:15
**basis** [2] - 83:13, 163:1
**bathroom** [6] - 25:22, 31:16, 34:4, 34:5, 34:12, 37:12
**Battaglia** [26] - 64:14, 64:22, 65:12, 69:18, 69:19, 69:22, 70:16, 70:18, 71:6, 72:25, 73:10, 74:11,

74:20, 74:22, 75:3, 75:8, 77:6, 80:11, 80:16, 80:18, 161:1, 161:14, 161:17, 162:11, 162:16, 162:21
**became** [1] - 162:2
**Beckley** [2] - 10:2, 10:5
**Becky** [9] - 88:20, 89:2, 89:10, 89:14, 94:17, 94:18, 95:16, 96:12, 99:17
**become** [2] - 42:20, 145:15
**bedroom** [3] - 12:25, 16:15, 16:21
**began** [11] - 26:3, 42:18, 42:24, 52:9, 123:21, 152:23, 153:3, 153:5, 153:14, 153:17, 153:23
**begin** [1] - 167:1
**beginning** [9] - 7:22, 22:16, 23:4, 26:8, 42:18, 123:6, 141:14, 144:9, 153:6
**behalf** [2] - 1:18, 1:22
**BEHALF** [1] - 2:11
**behind** [2] - 86:11, 152:15
**Belfry** [1] - 69:8
**belittling** [1] - 7:22
**below** [1] - 144:14
**beside** [4] - 13:1, 16:14, 31:12, 37:12
**best** [3] - 8:10, 8:12, 111:5
**better** [5] - 23:17, 89:17, 93:2, 131:21, 131:22
**between** [22] - 2:24, 2:25, 3:1, 3:2, 22:18, 35:15, 43:5, 59:4, 59:9, 59:11, 71:11, 71:18, 74:24, 86:2, 87:17, 122:12, 148:16, 149:7, 150:22, 159:14, 159:17, 159:24
**BH** [1] - 103:1
**big** [1] - 99:22
**bill** [2] - 101:20, 135:22
**Billie** [2] - 89:16, 90:9
**Bills** [1] - 104:21
**bills** [2] - 26:16, 33:11

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(276) 278-File*

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 172 of 192   Pageid#: 10106

**Billy** [1] - 90:13
**birth** [22] - 34:22, 101:12, 101:13, 132:11, 132:14, 132:16, 142:24, 142:25, 143:2, 143:4, 143:6, 143:9, 143:12, 143:15, 145:19, 145:21, 149:11, 149:13, 150:16, 150:25, 151:4
**bit** [12] - 26:23, 27:3, 30:10, 37:6, 40:2, 43:2, 72:23, 88:4, 96:9, 120:12, 149:23, 161:13
**blacked** [1] - 62:25
**blame** [1] - 5:24
**blank** [1] - 76:10
**Blankenship** [6] - 113:19, 118:17, 119:2, 119:7, 122:16, 138:5
**blocks** [1] - 106:5
**blood** [4] - 30:15, 30:17, 96:22, 99:20
**blow** [10] - 54:7, 65:4, 75:19, 88:1, 109:10, 112:22, 122:9, 127:3, 129:2, 130:9
**blowing** [1] - 65:5
**blue** [1] - 68:3
**Bluebird** [2] - 136:7, 142:1
**bluebird** [2] - 136:23, 142:20
**Blvd** [1] - 110:22
**Bo** [5] - 119:4, 122:18, 137:11, 137:12, 137:13
**boat** [1] - 6:17
**Bolt** [2] - 12:3, 12:4, 12:7
**book** [2] - 46:23, 49:10
**booked** [4] - 94:14, 94:24, 94:25, 134:11
**books** [1] - 28:23
**border** [2] - 68:18, 69:7
**boss** [3] - 42:21, 42:24, 79:18
**bother** [4] - 89:15, 93:7, 95:25, 100:23
**bothering** [2] - 87:4, 89:17
**bottle** [8] - 16:8, 18:20, 19:7, 49:25, 50:1, 50:24, 51:5,

51:13
**bottles** [11] - 2:12, 18:11, 19:2, 19:3, 19:6, 50:3, 51:6, 51:8, 51:12, 52:12, 57:25
**bottom** [13] - 92:3, 92:22, 93:14, 97:8, 97:14, 98:18, 99:4, 100:20, 105:24, 107:15, 112:20, 113:3, 118:11
**Bowe** [17] - 110:5, 111:23, 115:11, 115:18, 118:17, 119:10, 125:12, 125:13, 126:1, 126:3, 134:18, 136:4, 138:10, 138:16, 140:13, 141:5, 145:20
**Bowen** [16] - 2:23, 70:25, 71:2, 71:3, 71:11, 71:18, 74:21, 76:21, 77:10, 77:17, 77:25, 78:10, 78:15, 78:23, 79:23, 80:23
**Bowes** [1] - 145:14
**bowman** [1] - 115:18
**Bowman** [5] - 113:18, 138:16, 142:8, 142:23
**Box** [1] - 1:23
**box** [6] - 2:13, 47:10, 87:1, 87:2, 100:20, 100:22
**boxed** [1] - 155:9
**boy's** [1] - 90:18
**boyfriend** [4] - 18:2, 18:8, 119:4, 122:18
**brand** [1] - 155:23
**Brandon** [1] - 131:17
**break** [7] - 72:24, 102:3, 119:24, 131:15, 131:16, 132:7, 165:5
**breakdown** [1] - 59:8
**breathing** [1] - 13:11
**Brian** [8] - 108:20, 116:5, 125:11, 132:6, 132:12, 132:13, 141:4, 142:3
**brief** [1] - 154:5
**briefly** [4] - 15:17, 39:18, 83:7, 164:17
**bring** [15] - 48:1, 80:1, 80:7, 101:21, 107:22, 108:12, 112:8, 115:12, 118:6, 125:18, 126:2, 135:6, 139:11, 139:13, 139:15

**Bring** [1] - 125:8
**bringin** [1] - 92:8
**bringing** [9] - 74:9, 96:3, 96:4, 131:12, 138:10, 138:11, 138:17, 140:12, 140:13
**Bristol** [4] - 42:24, 44:20, 44:22, 74:1
**broke** [1] - 125:7
**broken** [1] - 106:3
**brother** [4] - 104:18, 106:19, 110:20, 145:15
**brown** [1] - 91:9
**Brown** [1] - 91:12
**Bryan** [2] - 105:14, 142:25
**Buffalo** [2] - 117:23, 126:4
**building** [1] - 82:17
**bulk** [1] - 121:7
**bunch** [2] - 102:1, 107:20, 110:1, 131:15
**bundle** [1] - 29:5
**burglaries** [1] - 10:24
**burl** [1] - 111:22
**Burl** [2] - 138:7, 138:16
**burn** [1] - 113:10
**bus** [1] - 21:19
**business** [3] - 98:1, 130:12, 130:15
**businesses** [1] - 58:14
**BY** [159] - 2:3, 2:4, 2:5, 2:5, 2:6, 2:6, 2:7, 2:8, 2:8, 9:12, 13:19, 14:8, 14:22, 15:15, 17:10, 18:7, 18:19, 19:1, 20:5, 31:21, 32:23, 39:7, 39:20, 41:2, 42:10, 46:17, 47:5, 47:17, 48:3, 48:17, 49:5, 49:20, 50:13, 51:23, 54:1, 54:13, 54:20, 55:7, 55:12, 55:21, 56:1, 56:10, 56:16, 57:1, 57:9, 57:18, 58:12, 59:1, 60:3, 61:13, 63:5, 63:16, 65:9, 65:19, 66:14, 67:8, 68:1, 72:22, 75:21, 77:21, 79:16, 80:10, 81:2, 82:2, 83:20, 86:4, 88:2, 89:23, 91:7, 92:4, 92:24, 93:16, 93:23,

94:8, 95:14, 96:7, 97:9, 98:7, 98:17, 99:3, 99:12, 100:16, 102:17, 103:20, 103:23, 105:1, 105:11, 106:11, 106:22, 107:17, 108:2, 108:17, 109:11, 110:16, 111:10, 112:13, 112:23, 113:5, 114:2, 115:16, 117:19, 118:14, 118:25, 122:10, 123:1, 123:15, 124:9, 125:16, 126:10, 127:4, 128:1, 128:7, 129:3, 129:12, 130:8, 130:25, 132:3, 133:1, 133:6, 133:11, 133:18, 133:25, 134:8, 135:8, 135:24, 136:14, 137:8, 137:19, 138:21, 139:6, 139:19, 140:9, 141:2, 141:13, 141:23, 142:16, 144:3, 144:8, 144:17, 145:1, 146:13, 146:24, 147:5, 147:12, 147:18, 148:10, 149:3, 151:7, 152:22, 157:11, 157:21, 158:6, 159:10, 160:22, 161:11, 162:9, 164:6, 164:19

**C**

**c/o** [1] - 110:22
**Cagle** [1] - 1:19
**Camry** [2] - 2:13, 2:15
**Canada** [1] - 69:8
**candy** [1] - 78:15
**cannot** [6] - 83:4, 159:24, 160:2, 160:18, 160:20, 166:3
**canted** [1] - 105:7
**capsule** [2] - 49:25, 52:17
**capsules** [1] - 49:13
**captain** [2] - 7:7, 8:16
**car** [1] - 100:1
**card** [2] - 130:13, 130:15, 141:9, 142:1
**cards** [3] - 27:17, 27:24, 28:8
**Care** [1] - 61:15

**care** [8] - 88:23, 89:17, 94:1, 100:3, 100:10, 113:14, 151:22, 161:16
**career** [1] - 23:18
**Carolina** [7] - 20:16, 43:4, 43:7, 49:1, 129:5, 134:4, 144:21
**Case** [1] - 1:6
**case** [19] - 5:25, 7:6, 9:4, 19:22, 24:14, 24:17, 42:2, 45:7, 45:9, 45:14, 45:16, 45:19, 65:10, 81:6, 167:7, 167:8, 167:11, 167:15
**cash** [15] - 2:12, 2:13, 2:13, 2:14, 26:15, 26:18, 27:1, 27:2, 28:6, 28:7, 28:8, 28:10, 33:12, 135:4
**catch** [3] - 36:9, 131:5, 152:25
**categories** [1] - 51:25
**caught** [6] - 23:18, 35:3, 35:6, 36:6, 36:10, 36:11
**causation** [1] - 120:21
**CC** [1] - 2:24
**CC-1000** [2] - 85:16, 85:18
**cell** [6] - 76:18, 76:19, 86:3, 86:17, 86:19, 145:23
**cellophane** [1] - 58:3
**certain** [5] - 6:22, 6:23, 35:16, 65:22, 67:14
**certainly** [6] - 83:11, 121:20, 122:2, 154:18, 166:1, 167:17
**certificate** [6] - 54:14, 54:22, 55:14, 55:22, 56:3, 56:18
**certificates** [1] - 53:21
**certifications** [1] - 25:14
**Certified** [1] - 1:25
**cetera** [1] - 63:10
**chance** [2] - 36:14, 59:15
**change** [2] - 4:20, 137:24
**characteristics** [1] - 50:17
**charge** [3] - 27:7, 33:14, 153:10

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(276) 637-3728*

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 173 of 192   Pageid#: 10107

**charged** [2] - 62:19, 68:4
**charges** [1] - 74:9
**Charles** [5] - 128:12, 128:16, 128:19, 129:15, 134:17
**Charleston** [3] - 128:2, 128:3, 129:6
**Chart** [1] - 2:21
**chart** [10] - 2:22, 59:12, 59:21, 60:5, 61:11, 62:18, 81:12, 123:2, 123:21
**charts** [1] - 142:11
**cheating** [1] - 31:11
**Check** [1] - 135:10
**check** [10] - 34:2, 34:3, 35:9, 35:23, 89:20, 111:24, 135:20, 149:14, 150:2
**checked** [1] - 35:11
**checking** [1] - 97:18
**checks** [1] - 107:23
**chemist** [1] - 54:4
**Chicago** [1] - 127:15
**choose** [1] - 41:4
**chose** [1] - 81:20
**chronological** [3] - 86:14, 86:15, 101:6
**circled** [4] - 50:25, 57:23, 68:15, 68:23
**circumstances** [1] - 8:6
**cities** [2] - 68:3, 68:5
**city** [4] - 10:1, 20:13, 64:5, 73:11
**civil** [1] - 10:21
**claim** [1] - 4:19
**clarification** [1] - 106:8
**clarify** [1] - 155:22
**Clark** [1] - 59:14
**classes** [1] - 25:14
**Clayton** [5] - 2:24, 85:11, 86:2, 86:20
**clayton** [1] - 87:11
**clear** [2] - 52:17, 74:5, 149:6
**clerk** [2] - 41:20, 165:14
**CLERK** [15] - 9:2, 9:7, 19:20, 19:25, 41:25, 42:5, 46:7, 62:25, 63:3, 66:12, 67:24, 75:15, 75:18, 161:7, 161:10
**Clerk** [1] - 15:12
**clerk's** [1] - 165:25
**client** [3] - 4:7, 5:21, 164:4

**clinic** [13] - 30:20, 45:24, 48:19, 48:25, 61:20, 61:22, 68:13, 68:14, 80:3, 82:7, 82:22, 114:11, 115:9
**Clinic** [3] - 59:10, 162:6, 162:12
**clinics** [1] - 44:18
**close** [5] - 16:25, 26:19, 38:11, 57:10, 66:23
**close-up** [2] - 16:25, 57:10
**closed** [3] - 97:20, 115:24, 142:5
**closets** [1] - 48:9
**clusters** [1] - 68:21
**CM** [1] - 103:1
**co** [1] - 45:14
**co-case** [1] - 45:14
**code** [4] - 43:22, 43:23, 43:24, 163:7
**codes** [1] - 106:24
**cold** [2] - 13:12, 35:16
**colegrove** [1] - 87:11
**Colegrove** [7] - 2:24, 85:11, 86:3, 86:20, 86:24, 87:10
**collars** [1] - 34:3
**collateral** [1] - 131:12
**colleague** [1] - 52:3
**collect** [3] - 28:10, 28:11, 125:8
**collected** [3] - 28:13, 33:20, 83:1
**collection** [2] - 68:25, 153:18
**college** [3] - 10:13, 21:21, 21:22
**color** [2] - 50:18, 52:4
**column** [11] - 63:19, 63:20, 63:23, 63:24, 64:1, 75:23, 76:2, 76:5, 76:10, 76:14, 76:23
**columns** [2] - 64:6, 76:10
**coming** [12] - 6:24, 28:20, 32:11, 97:23, 104:21, 120:16, 131:11, 134:19, 138:5, 148:3, 165:18
**commenced** [1] - 4:1
**comment** [1] - 5:11
**commit** [1] - 121:6
**common** [1] - 86:5
**commonly** [1] - 84:3

**communication** [1] - 8:3
**Community** [3] - 59:10, 162:6, 162:12
**companies** [5] - 27:24, 33:22, 34:8, 34:24, 44:12
**compensate** [1] - 118:1
**complaining** [1] - 4:9
**complaint** [1] - 42:23
**complaints..** [1] - 131:22
**complete** [2] - 54:4, 131:20
**completely** [1] - 7:13
**complex** [1] - 163:16
**comply** [2] - 163:18, 167:19
**computer** [1] - 46:7
**Computer** [1] - 1:25
**Computer-Aided** [1] - 1:25
**concerning** [2] - 6:19, 77:24
**conclude** [1] - 121:17
**concluded** [1] - 168:10
**conduct** [2] - 83:23, 163:22
**conducted** [1] - 71:10
**confidential** [4] - 69:23, 74:11, 83:24, 118:20
**confirm** [2] - 54:23, 55:15
**confirmation** [4] - 53:19, 56:4, 56:18, 113:23
**confused** [1] - 81:5
**connection** [3] - 73:22, 137:11, 165:23
**Connie** [1] - 113:19
**considered** [1] - 44:24
**consistent** [3] - 63:21, 105:5, 149:21
**consult** [1] - 38:12
**consulted** [1] - 6:4
**consulting** [1] - 38:9
**contact** [1] - 121:20
**contacted** [2] - 82:17, 82:23
**contacts** [1] - 88:17
**contain** [1] - 29:5
**contained** [2] - 55:9, 55:15, 55:23
**container** [2] - 2:16,

2:17, 29:6, 34:5, 51:11
**containers** [4] - 2:14, 49:10, 49:12, 50:20
**containing** [1] - 73:13
**contends** [1] - 121:12
**content** [1] - 76:24
**contents** [2] - 2:15
**context** [2] - 78:8, 83:22
**Contin** [2] - 64:23, 65:14
**continue** [8] - 4:9, 4:17, 8:15, 26:4, 89:14, 90:22, 100:22, 111:20
**continued** [3] - 81:17, 93:18, 152:24
**continues** [3] - 78:15, 104:17, 111:21
**control** [2] - 107:2, 107:6, 158:7
**Controlled** [9] - 43:12, 43:16, 43:22, 158:7, 158:8, 158:11, 158:15, 158:19, 159:12
**controlled** [12] - 44:7, 52:14, 52:19, 52:21, 53:11, 53:13, 53:15, 55:15, 66:23, 73:13, 73:17, 159:18
**conversation** [4] - 80:24, 86:22, 124:2, 154:6
**conversations** [3] - 157:12, 157:16, 164:1
**cool** [3] - 6:3, 129:21, 129:25
**Cool** [3] - 106:17, 110:10, 142:17
**cooperate** [3] - 7:10, 7:17, 8:1
**cooperated** [2] - 73:3, 74:13
**cooperating** [4] - 73:4, 73:9, 77:6, 83:25
**cooperation** [2] - 70:13, 74:16
**copied** [2] - 65:24, 66:3, 67:2
**copies** [1] - 27:17
**copy** [5] - 5:6, 65:23, 66:6
**copying** [2] - 66:7, 66:22
**core** [1] - 43:9

**corner** [2] - 14:1, 57:23
**correct** [196] - 7:11, 17:15, 20:19, 21:4, 21:12, 22:10, 23:1, 23:7, 24:3, 24:18, 26:17, 26:22, 28:8, 30:23, 31:23, 32:1, 33:16, 34:18, 36:10, 37:16, 37:17, 40:21, 41:10, 43:19, 44:21, 44:25, 45:11, 49:2, 51:4, 51:9, 53:11, 53:12, 53:18, 54:16, 54:17, 55:4, 55:10, 55:16, 55:24, 57:3, 57:20, 61:15, 61:16, 61:19, 61:20, 62:4, 63:7, 64:12, 64:13, 64:17, 64:25, 65:16, 66:16, 68:8, 68:9, 68:12, 68:15, 68:23, 68:24, 69:15, 72:25, 73:6, 73:7, 73:23, 73:24, 74:10, 74:23, 75:5, 75:11, 75:16, 75:25, 76:3, 76:4, 76:8, 76:9, 76:12, 76:15, 76:22, 76:24, 77:3, 77:12, 78:13, 80:5, 80:25, 81:13, 81:14, 81:16, 83:5, 84:9, 84:24, 86:3, 86:9, 86:17, 87:6, 87:12, 87:13, 87:19, 88:4, 88:8, 88:9, 88:14, 88:15, 89:6, 90:1, 92:11, 92:12, 97:5, 97:13, 97:14, 98:19, 98:20, 99:14, 101:8, 102:19, 102:20, 103:14, 103:15, 104:2, 104:14, 105:8, 105:19, 105:22, 107:18, 107:19, 108:18, 108:19, 109:6, 111:16, 111:17, 111:19, 112:19, 114:4, 114:5, 118:21, 121:18, 123:3, 123:4, 123:7, 123:11, 123:18, 123:19, 123:24, 123:25, 124:3, 129:9, 130:4, 130:14, 130:18, 133:4, 133:8, 133:10, 133:14, 133:16, 133:20, 134:6, 144:23, 145:3, 145:6, 145:10,

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(276) 237-5773*

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 174 of 192   Pageid#: 10108

146:16, 147:13,
147:14, 147:22,
147:24, 148:13,
148:17, 149:8,
149:11, 149:15,
151:11, 151:17,
151:18, 151:23,
152:16, 153:8, 153:9,
153:21, 154:6,
154:13, 154:17,
154:21, 155:20,
156:2, 156:17,
156:21, 156:25,
162:11, 162:12,
162:19, 162:20,
163:5, 163:9, 163:15,
165:16, 168:5, 168:6

**Correct** [7] - 14:6,
17:16, 23:8, 30:24,
31:1, 40:1, 111:21

**correcting** [1] -
78:17

**correctly** [3] - 26:8,
51:1, 61:22

**correspond** [1] -
103:8

**corresponds** [1] -
63:25

**cost** [1] - 79:24

**cotton** [1] - 143:3

**counsel** [8] - 4:2,
6:18, 14:20, 59:16,
120:4, 122:3, 148:25,
165:11

**counseling** [3] -
125:23, 135:12,
135:13

**counselor** [2] -
135:5, 137:7

**Count** [6] - 63:21,
63:22, 64:8, 64:23,
65:11, 65:14

**count** [3] - 63:21,
64:7, 102:25

**counter** [3] - 47:20,
52:20

**country** [1] - 7:23

**counts** [3] - 38:22,
38:25, 154:2

**County** [7] - 9:16,
9:23, 10:1, 10:10,
10:19, 11:7, 12:4

**couple** [17] - 29:10,
35:7, 36:11, 36:21,
37:24, 40:7, 40:18,
45:9, 70:23, 75:8,
81:3, 81:12, 82:20,
90:15, 102:23, 131:6,
166:18

**courier** [2] - 70:9,

70:10

**course** [6] - 23:18,
26:22, 35:15, 42:17,
71:8, 166:25

**Court** [8] - 1:25,
4:25, 58:18, 102:3,
121:1, 121:21,
126:12, 126:17

**court** [2] - 9:20, 61:3

**COURT** [115] - 1:2,
4:2, 4:5, 4:8, 4:16,
4:20, 5:2, 5:8, 5:17,
5:20, 5:23, 6:14, 8:23,
14:21, 15:9, 15:14,
18:5, 18:16, 19:12,
19:14, 19:16, 31:20,
39:17, 40:23, 41:14,
41:18, 46:15, 47:2,
47:13, 47:24, 48:12,
49:17, 50:10, 51:17,
51:21, 54:11, 55:2,
55:5, 55:19, 56:8,
56:23, 57:16, 58:21,
58:24, 59:23, 59:25,
60:11, 60:14, 60:18,
60:22, 61:2, 63:14,
67:23, 71:19, 71:23,
72:2, 72:4, 72:8,
72:13, 72:15, 72:19,
83:16, 85:17, 87:22,
102:4, 102:10,
119:23, 120:1, 120:4,
120:9, 121:3, 121:8,
121:11, 121:14,
121:24, 122:3, 122:6,
146:9, 149:1, 149:24,
150:2, 150:7, 150:11,
150:15, 151:3, 151:6,
152:6, 152:9, 152:12,
152:17, 152:21,
157:8, 157:18, 158:4,
158:18, 158:25,
159:5, 159:7, 160:7,
160:21, 161:20,
164:5, 164:12,
164:14, 164:16,
165:2, 165:5, 165:10,
165:14, 165:21,
166:5, 166:7, 166:12,
168:3, 168:7

**courtroom** [2] -
60:10, 167:16

**cousins** [1] - 21:9

**cover** [2] - 44:23,
95:4

**covert** [3] - 84:2,
84:6

**craft** [1] - 91:14

**create** [1] - 126:17

**credit** [1] - 29:13

**crew** [5] - 69:1, 69:4,
69:9, 69:11, 107:25

**Criminal** [1] - 1:6

**cross** [4] - 4:22,
6:20, 8:14, 149:1

**CROSS** [6] - 2:4, 2:5,
2:8, 17:9, 32:22,
149:2

**cross-examination**
[2] - 8:14, 149:1

**CROSS-
EXAMINATION** [6] -
2:4, 2:5, 2:8, 17:9,
32:22, 149:2

**cross-examined** [1]
- 4:22

**cross-examining** [1]
- 6:20

**crush** [2] - 36:4,
36:22

**cry** [1] - 139:21

**crying** [1] - 89:1

**currency** [5] - 46:3,
46:22, 47:9, 47:19,
48:18

**custermers** [1] -
110:5

**custody** [1] - 162:23

**customer** [2] - 24:3,
129:4

**cut** [1] - 139:21

**cycle** [3] - 43:24,
44:4, 44:8

# D

**dad** [1] - 125:14

**dam** [1] - 79:24

**Daniels** [12] - 113:20,
118:17, 118:18,
119:4, 122:18, 123:5,
123:9, 123:20,
134:18, 137:11,
137:12, 137:13

**Darry** [1] - 3:1

**Darryl** [87] - 69:12,
84:16, 102:7, 102:24,
103:13, 104:17,
104:20, 106:12,
106:25, 107:5,
107:20, 108:5,
108:11, 108:20,
109:12, 109:17,
110:2, 110:7, 110:11,
110:17, 110:21,
110:25, 111:22,
112:6, 113:6, 113:10,
113:15, 114:14,
114:21, 115:10,
115:17, 115:25,

116:19, 116:20,
116:22, 117:20,
118:11, 118:16,
118:20, 119:10,
122:12, 122:14,
124:5, 124:10,
124:23, 125:4,
126:11, 128:2,
128:10, 128:20,
129:5, 129:13, 130:2,
131:1, 131:7, 132:4,
132:20, 132:21,
134:1, 134:13,
134:17, 135:2, 135:9,
135:16, 135:25,
136:10, 136:15,
137:20, 138:22,
139:9, 139:20, 140:3,
140:11, 140:13,
141:3, 142:7, 142:17,
144:22, 145:9,
145:11, 146:14,
146:15, 146:20,
147:6, 147:9, 147:15

**dashes** [1] - 124:15

**data** [5] - 86:12,
150:5, 150:10,
150:12, 150:16

**date** [55] - 13:24,
14:2, 34:23, 48:19,
48:22, 63:10, 64:1,
64:2, 64:16, 64:18,
64:19, 64:20, 64:21,
64:23, 65:13, 70:20,
70:21, 73:3, 80:21,
81:20, 86:7, 88:7,
90:15, 100:12,
101:11, 101:13,
111:25, 112:7,
115:17, 117:11,
129:8, 132:11,
132:13, 132:15,
142:23, 142:25,
143:2, 143:4, 143:6,
143:9, 143:12,
143:15, 145:2,
145:19, 145:20,
146:18, 147:19,
149:13, 150:15,
150:16, 150:25,
151:4, 154:23,
154:24, 162:5

**dated** [6] - 100:18,
101:7, 112:5, 133:12,
144:18, 160:18

**dates** [6] - 26:2,
59:5, 86:6, 100:17,
111:25, 149:10

**David** [2] - 91:24,
91:25

**DAY** [1] - 1:11

**days** [13] - 70:23,
75:8, 77:5, 80:23,
90:15, 98:2, 124:17,
140:25, 142:2,
159:14, 159:21,
160:19, 160:20

**DBA** [1] - 61:15

**DBDs** [1] - 10:21

**DEA** [31] - 2:17, 2:18,
2:18, 2:19, 2:19, 43:3,
43:8, 43:25, 44:14,
53:19, 58:4, 70:12,
70:13, 70:17, 73:3,
73:4, 73:19, 73:22,
74:3, 74:5, 74:12,
74:13, 74:16, 77:25,
83:8, 84:21, 85:6,
158:7, 158:18, 162:23

**DEA's** [1] - 54:4

**dead** [6] - 11:3,
11:17, 11:25, 13:2,
13:3, 14:10

**deal** [1] - 95:8

**dean** [3] - 93:3, 93:8,
93:11

**Deanna** [3] - 94:17,
94:18, 100:8

**deanna's** [1] - 96:20

**Dear** [1] - 161:17

**death** [1] - 120:22

**deb** [3] - 136:11,
136:25, 147:10

**Debarah** [1] - 115:20

**Debbie** [6] - 114:6,
129:13, 146:8, 147:3,
147:16, 148:3

**Debbie's** [1] - 146:21

**debit** [1] - 28:8

**Deborah** [8] - 3:2,
136:2, 137:21,
145:18, 145:19,
147:7, 148:12, 148:18

**Debra** [1] - 91:9

**December** [5] -
139:8, 139:20,
140:10, 141:14,
147:13

**decide** [2] - 121:25,
167:14

**decision** [2] - 7:2,
7:16

**decisions** [1] - 6:19

**dedicate** [1] - 45:16

**DEFENDANT** [4] -
4:15, 4:18, 4:25, 5:6

**Defendant** [2] - 1:9,
1:22

**defendant** [3] - 7:14,
7:19, 60:23

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(276) 637-3078*

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 175 of 192   Pageid#:
10109

**defendant's** [1] - 121:15
**defendants** [1] - 7:20
**defense** [3] - 32:19, 59:16, 148:24
**Defense** [1] - 50:12
**define** [1] - 83:18
**definitely** [1] - 30:4
**degree** [1] - 35:16
**delayed** [1] - 165:23
**delivered** [1] - 75:4
**delivery** [11] - 70:10, 73:5, 107:21, 110:18, 110:21, 115:11, 116:2, 116:15, 128:4, 128:5, 142:22
**demands** [1] - 5:23
**demonstrate** [2] - 55:22, 56:11
**demonstrates** [3] - 49:21, 54:14, 55:8
**deny** [1] - 151:22
**Department** [4] - 36:19, 74:2, 82:18, 150:6
**depicted** [2] - 50:3, 51:6
**depiction** [2] - 15:4, 50:1
**depicts** [5] - 47:6, 48:4, 49:7, 50:15, 67:14
**deposit** [1] - 29:15
**deposited** [2] - 62:3, 62:6
**depositing** [1] - 29:8
**deposits** [13] - 2:22, 59:3, 59:9, 59:12, 59:22, 61:9, 61:14, 61:24, 62:3, 62:9, 62:11, 62:15, 81:20
**deputy** [2] - 10:18, 43:6
**Deputy** [1] - 9:16
**describe** [2] - 12:23, 33:25
**description** [1] - 85:3
**desire** [1] - 7:4
**details** [1] - 160:4
**Detective** [1] - 75:9
**determination** [1] - 53:17
**determine** [2] - 52:23, 112:24
**determined** [2] - 52:11, 78:25
**develop** [1] - 24:5
**device** [1] - 84:6
**devices** [2] - 84:3,

84:5
**DHA** [3] - 2:15, 2:16, 50:24
**differ** [2] - 34:10, 149:18
**difference** [1] - 159:24
**different** [16] - 16:3, 17:2, 17:4, 40:4, 45:9, 49:12, 51:25, 52:12, 57:22, 74:15, 88:4, 111:1, 112:3, 155:15, 156:18, 159:17
**differently** [1] - 150:22
**difficult** [1] - 5:21
**difficulty** [2] - 65:11, 97:24
**DiJ** [1] - 124:5
**dingess** [2] - 86:25, 87:2
**dinner** [1] - 6:11
**diploma** [1] - 22:2
**DIRECT** [6] - 2:3, 2:5, 2:7, 9:11, 20:4, 42:9
**direct** [3] - 6:16, 6:21, 87:24
**directing** [1] - 75:12
**direction** [3] - 11:22, 70:12, 70:17
**director** [1] - 130:17
**discharged** [2] - 119:1, 122:15
**discharging** [1] - 80:17
**discovery** [1] - 71:14
**discuss** [1] - 167:7
**discussed** [2] - 69:1, 167:7
**discussing** [2] - 73:2, 106:9
**discussions** [1] - 155:4
**dismissing** [1] - 80:17
**displayed** [2] - 86:12, 161:7
**distortions** [1] - 162:4
**distributed** [2] - 58:7, 58:9
**distribution** [6] - 43:24, 44:1, 44:3, 44:4, 44:8, 58:6
**distributions** [1] - 63:9
**distributors** [1] - 44:17
**DISTRICT** [1] - 1:2,

1:3
**District** [2] - 44:24, 45:1
**diversion** [6] - 43:8, 43:10, 43:18, 44:4, 44:5, 44:6
**divert** [1] - 66:23
**diverted** [1] - 44:8
**diverters** [1] - 85:6
**DIVISION** [1] - 1:4
**DLs** [1] - 114:7
**DOA** [2] - 10:25, 11:16
**Dob** [1] - 143:11
**DOBs** [1] - 142:18
**doc** [22] - 87:11, 88:21, 91:8, 91:21, 91:23, 92:18, 93:7, 93:11, 95:16, 95:23, 97:17, 99:17, 100:11, 100:23, 116:11, 119:1, 119:4, 122:15, 122:18, 128:17, 140:6, 140:19
**Doc** [3] - 114:14, 128:11, 132:9
**Docs** [1] - 116:12
**doctor** [4] - 133:22, 149:15, 151:8, 158:12
**doctors** [4] - 119:2, 122:16, 150:3, 159:12
**document** [8] - 13:20, 13:22, 13:24, 28:19, 63:6, 63:18, 85:20, 123:16
**documented** [1] - 28:22
**documents** [5] - 67:1, 81:6, 82:22, 82:25, 84:12
**doki** [1] - 138:2
**dollar** [1] - 115:6
**dollars** [5] - 107:4, 124:14, 135:5, 135:21, 138:10
**Don** [1] - 153:19
**Donald** [1] - 1:22
**donated** [1] - 144:13
**donation** [2] - 141:22, 141:24
**done** [13] - 4:24, 28:20, 66:22, 66:25, 82:11, 100:11, 126:20, 129:17, 131:25, 146:4, 157:16, 163:17, 167:20
**door** [5] - 12:10, 31:13, 34:14, 38:11, 136:17

**dooskis** [1] - 110:20
**double** [2] - 137:23, 138:1
**down** [32] - 14:7, 29:14, 41:18, 60:25, 61:3, 62:24, 68:15, 80:1, 85:23, 86:7, 93:2, 96:17, 96:21, 100:5, 100:8, 100:25, 101:5, 103:22, 105:24, 106:3, 107:22, 108:12, 112:8, 113:3, 113:21, 115:12, 127:9, 128:17, 131:24, 143:21, 165:3
**download** [2] - 88:3, 96:9
**downloaded** [4] - 71:13, 85:10, 86:10, 87:18
**downloads** [3] - 71:9, 86:5, 102:7
**Dr** [207] - 22:8, 22:9, 22:12, 22:17, 22:20, 23:3, 23:10, 24:11, 25:2, 25:8, 25:11, 25:18, 26:7, 26:14, 26:25, 27:7, 27:22, 28:25, 29:9, 31:23, 32:3, 32:9, 33:1, 33:4, 38:1, 39:21, 39:24, 40:10, 42:17, 45:10, 45:24, 46:24, 47:10, 47:21, 48:8, 48:19, 48:25, 49:11, 50:20, 58:14, 59:4, 67:15, 67:17, 67:18, 68:13, 68:14, 70:1, 70:6, 71:4, 71:10, 71:11, 71:18, 72:24, 73:5, 75:5, 76:6, 76:7, 76:20, 77:11, 77:16, 77:22, 78:2, 78:5, 78:19, 78:24, 79:2, 79:17, 80:13, 80:24, 82:7, 82:9, 85:10, 85:14, 87:3, 87:10, 87:18, 88:24, 89:7, 89:19, 89:24, 90:3, 90:6, 90:11, 90:12, 90:18, 90:24, 91:3, 91:11, 91:15, 91:17, 91:25, 92:1, 92:8, 92:17, 92:21, 93:5, 93:13, 93:18, 94:2, 94:11, 94:14, 94:18, 94:21, 94:24, 95:5, 95:6, 95:9, 95:19, 96:2, 97:16, 97:20,

98:9, 98:25, 99:13, 101:10, 101:11, 101:15, 101:18, 102:7, 102:21, 102:22, 102:25, 103:6, 103:7, 103:9, 103:24, 103:25, 104:15, 104:19, 104:21, 105:16, 106:13, 106:15, 106:23, 106:24, 107:11, 107:25, 108:4, 108:8, 108:14, 108:19, 109:15, 109:24, 109:25, 110:6, 110:9, 110:10, 110:12, 110:20, 110:24, 111:3, 111:9, 111:21, 112:2, 112:10, 113:9, 113:12, 113:17, 114:9, 114:18, 114:19, 115:8, 115:22, 116:16, 116:24, 117:5, 117:16, 118:8, 118:18, 118:24, 119:5, 119:9, 119:18, 119:20, 122:22, 123:6, 123:17, 123:22, 124:16, 125:2, 125:20, 126:14, 127:7, 127:17, 128:24, 129:15, 130:16, 137:6, 141:15, 145:9, 146:7, 147:8, 149:8, 151:8, 152:23, 154:24, 155:5, 157:5, 157:9, 161:13, 162:24, 163:1, 163:21, 163:24, 164:9
**DR** [2] - 3:2, 102:25
**DR-1000** [2] - 146:7, 146:10
**draw** [3] - 30:17, 50:23, 51:9
**drawer** [3] - 28:12, 28:14, 28:16
**drawers** [1] - 37:13
**DReynolds** [1] - 113:19
**drive** [1] - 141:5
**driver** [1] - 136:17
**driving** [1] - 126:1
**drop** [1] - 124:25
**drove** [3] - 10:4, 118:3, 127:15
**Drug** [6] - 16:1, 16:5, 16:7, 42:15, 43:13,

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 237-°°°°

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 176 of 192   Pageid#: 10110

69:25
**drug** [32] - 13:22,
25:19, 25:24, 26:4,
30:9, 30:12, 31:2,
31:14, 33:15, 33:17,
34:24, 35:7, 36:3,
36:5, 37:12, 38:14,
43:17, 44:11, 50:16,
52:6, 52:8, 63:10,
64:2, 64:3, 64:22,
85:6, 95:7, 153:4,
153:5, 153:11,
153:23, 158:7
**drugs** [6] - 52:11,
150:13, 152:25,
155:19, 156:20, 167:9
**due** [4] - 104:21,
119:7, 135:10, 162:3
**duly** [3] - 9:10, 20:3,
42:8
**Dumbass** [1] - 137:6
**dumbest** [1] - 112:1
**Dumprees** [1] -
117:22
**during** [9] - 32:8,
45:21, 46:3, 48:7,
69:1, 70:6, 82:6,
84:19, 151:23
**duties** [4] - 10:18,
10:19, 14:16, 26:4
**duty** [1] - 11:7
**Dw** [1] - 110:22
**DW** [2] - 103:1,
113:19
**DWi** [1] - 3:1
**DWi-1000** [3] - 102:8,
102:12, 124:5

**E**

**eagle** [1] - 106:18
**Earl** [1] - 113:18
**earliest** [2] - 86:7,
143:23
**early** [14] - 22:14,
31:23, 41:4, 41:5,
82:12, 89:11, 92:19,
93:4, 95:22, 95:24,
115:18, 123:23,
126:17, 131:17
**easel** [2] - 60:2,
71:25
**easier** [1] - 89:11
**easily** [1] - 58:9
**eat** [2] - 6:11, 23:24
**eavning** [1] - 126:12
**EB** [1] - 102:25
**education** [1] - 22:1
**effective** [2] - 8:14,
95:10

**effectively** [1] - 4:22
**efficient** [1] - 95:9
**egor** [1] - 138:7
**eighth** [1] - 16:22
**either** [9] - 65:23,
70:21, 76:14, 78:7,
83:23, 127:6, 136:8,
156:8, 163:20
**El** [2] - 22:5, 22:6
**electronic** [1] - 58:18
**Elkins** [1] - 141:4
**ELMO** [2] - 15:12,
81:25
**embrace** [1] - 7:20
**emotions** [1] - 154:8
**employed** [3] - 9:22,
22:21, 32:8
**employee** [2] - 25:5,
116:12
**employees** [1] -
116:11
**empty** [2] - 34:1,
34:2
**EMS** [2] - 12:8, 13:5
**end** [7] - 26:19,
26:22, 44:2, 60:9,
61:21, 99:24, 125:3
**ended** [1] - 23:4
**ending** [1] - 61:17
**ends** [1] - 81:12
**enforce** [1] - 43:12
**Enforcement** [3] -
42:15, 43:13, 70:1
**enforcement** [8] -
43:2, 43:3, 83:18,
83:24, 149:17,
149:21, 150:23,
150:24
**ensure** [1] - 53:17
**entered** [1] - 65:23
**entire** [1] - 45:4
**entirely** [2] - 6:23,
6:25
**entitled** [1] - 63:20
**envelope** [3] - 29:15,
118:10, 124:25
**equally** [1] - 111:18
**equipment** [4] -
37:13, 66:7, 66:8
**ER** [3] - 119:14,
127:5, 137:22
**errands** [1] - 40:15
**essence** [2] - 80:19,
86:8
**essentially** [5] -
43:15, 43:25, 61:10,
160:10, 160:11
**est** [1] - 144:12
**established** [1] -
43:23

**establishes** [1] -
45:13
**et** [1] - 63:10
**evening** [2] - 90:4,
125:10
**eventually** [1] -
153:3
**everywhere** [1] -
117:22
**evidence** [7] - 65:21,
65:23, 121:4, 158:23,
163:20, 167:15,
167:21
**evidently** [1] - 66:19
**exact** [2] - 62:16,
70:22
**exactly** [5] - 22:18,
33:17, 35:4, 154:16,
156:7
**exam** [2] - 37:10,
37:18
**examination** [3] -
8:14, 52:22, 149:1
**EXAMINATION** [18] -
2:3, 2:4, 2:5, 2:5, 2:6,
2:6, 2:7, 2:8, 2:8,
9:11, 17:9, 20:4,
32:22, 39:19, 41:1,
42:9, 149:2, 164:18
**examined** [4] - 4:22,
9:10, 20:3, 42:8
**examining** [1] - 6:20
**example** [4] - 50:23,
66:9, 68:17, 160:15
**excellent** [4] -
129:19, 135:1,
139:12, 140:16
**Excellent** [3] - 95:19,
104:19, 106:24
**exception** [1] -
126:18
**exceptions** [1] -
160:7
**excerpts** [1] - 71:17
**exclude** [1] - 121:25
**excuse** [7] - 56:3,
59:7, 71:2, 82:7,
84:13, 135:4, 136:15
**excused** [2] - 19:14,
19:16
**executed** [7] - 32:3,
45:24, 48:24, 62:9,
71:9, 82:12, 82:14
**Exhibit** [86] - 13:18,
14:20, 15:10, 41:19,
46:10, 46:16, 47:1,
47:3, 47:4, 47:12,
47:14, 47:16, 47:22,
47:23, 47:25, 48:2,
48:11, 48:13, 48:15,

49:4, 49:7, 49:16,
49:18, 49:19, 50:4,
50:9, 50:11, 50:12,
51:15, 51:20, 51:22,
53:25, 54:10, 54:12,
54:19, 54:21, 55:1,
55:6, 55:13, 55:18,
55:20, 55:25, 56:2,
56:7, 56:9, 56:15,
56:17, 56:22, 56:25,
57:8, 57:15, 57:17,
58:19, 58:22, 58:23,
58:25, 59:17, 59:21,
60:1, 62:23, 63:13,
63:15, 67:6, 67:11,
67:21, 71:17, 72:12,
72:14, 72:20, 75:13,
79:9, 80:8, 82:4, 83:2,
84:7, 84:17, 85:16,
85:18, 87:15, 87:21,
87:23, 102:12,
122:24, 146:10,
148:9, 161:12
**exhibit** [12] - 14:24,
14:25, 49:24, 55:8,
56:2, 60:10, 61:1,
65:7, 72:11, 72:20,
79:11, 80:9
**EXHIBITS** [1] - 2:10
**exhibits** [3] - 50:16,
53:20, 66:25
**existing** [1] - 131:8
**expectations** [1] -
6:2
**expensive** [1] -
132:23
**experience** [5] -
25:17, 52:7, 58:4,
83:14, 83:18
**experienced** [1] - 8:8
**expert** [9] - 120:16,
120:21, 120:22,
121:8, 121:15,
121:19, 158:15,
165:18, 168:4
**explain** [11] - 35:13,
36:2, 50:14, 52:1,
54:2, 60:4, 63:18,
65:25, 83:7, 83:15,
142:4
**explicit** [1] - 164:25
**expressed** [1] -
82:19
**extent** [1] - 152:10

**F**

**F-r-e-y** [1] - 9:21
**facility** [1] - 153:24
**fact** [1] - 134:15
**facts** [1] - 4:19

**fair** [10] - 15:4, 44:10,
45:18, 68:3, 73:21,
114:22, 156:16,
164:22, 167:12,
167:14
**fairly** [1] - 151:8
**fake** [2] - 35:17,
35:18
**fall** [1] - 123:22
**false** [1] - 162:4
**familiar** [25] - 10:25,
11:5, 45:23, 46:2,
46:18, 47:6, 47:18,
48:4, 49:6, 49:21,
67:10, 69:17, 69:19,
69:21, 70:24, 71:3,
71:4, 71:12, 76:18,
108:23, 122:20,
158:8, 158:13,
158:19, 159:11
**familiarity** [1] - 103:5
**family** [5] - 21:3,
21:5, 21:7, 21:11,
78:13
**far** [11] - 6:3, 8:13,
52:11, 63:20, 68:19,
74:3, 74:25, 117:22,
127:7, 152:5, 158:12
**fast** [1] - 161:20
**father** [1] - 17:19
**fault** [1] - 166:21
**fax** [1] - 27:24
**February** [8] - 11:8,
17:14, 111:12, 114:3,
115:17, 148:16,
160:19
**Fed** [4] - 116:2,
128:11, 128:20,
131:17
**fed** [6] - 116:15,
124:23, 124:24,
124:25, 128:15,
131:14
**FedEx** [6] - 70:7,
73:5, 101:17, 111:3,
114:17, 117:1
**fee** [2] - 135:12,
139:11
**Fee** [1] - 126:2
**fee"** [1] - 124:15
**fell** [1] - 119:11
**female** [4] - 31:2,
31:3, 34:9, 37:4
**females** [3] - 30:22,
31:12, 36:11
**few** [21] - 23:25,
25:21, 35:3, 35:7,
35:23, 36:6, 36:10,
37:6, 37:24, 39:21,
39:24, 40:17, 41:5,

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(276) 237-5456*

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 177 of 192   Pageid#:
10111

45:19, 52:15, 69:23, 98:2, 128:24, 131:25, 142:2, 166:13
**field** [1] - 54:6
**fifth** [1] - 16:13
**figure** [2] - 17:18, 125:2
**file** [5] - 4:9, 4:17, 6:14, 80:11, 80:12
**filed** [1] - 6:15
**files** [5] - 103:5, 119:22, 134:20, 155:8, 155:9
**fill** [17] - 24:10, 24:21, 25:4, 94:22, 109:16, 109:17, 109:22, 109:25, 110:1, 111:24, 111:25, 112:7, 117:24, 118:3, 126:4, 127:21, 131:18
**filled** [20] - 8:9, 50:4, 62:21, 64:5, 64:19, 65:15, 67:17, 70:16, 70:19, 75:9, 94:13, 110:8, 150:9, 160:14, 160:19, 160:20, 163:12, 163:14, 163:15
**filling** [1] - 74:14
**final** [2] - 50:19, 76:23
**finally** [3] - 45:7, 56:17, 101:25
**finance** [1] - 147:3
**fine** [6] - 7:13, 8:2, 17:13, 60:11, 85:24, 165:24
**finish** [1] - 93:14
**finished** [3] - 5:13, 6:12, 7:6
**first** [47] - 5:2, 9:10, 12:6, 12:8, 15:18, 20:3, 23:21, 24:8, 25:19, 25:24, 37:22, 42:8, 63:6, 63:20, 63:22, 64:7, 75:23, 77:9, 77:11, 82:17, 83:2, 86:16, 87:15, 94:9, 97:10, 97:16, 98:21, 100:17, 103:7, 109:10, 110:15, 111:1, 114:19, 115:5, 115:13, 118:22, 121:21, 125:3, 127:3, 133:7, 142:18, 153:7, 153:17, 161:16, 163:11, 163:13, 163:18
**first-time** [1] - 37:22

**fish** [1] - 49:25
**five** [3] - 22:19, 24:24, 33:2
**fix** [1] - 131:3
**flat** [1] - 137:2
**flesh** [1] - 99:23
**flight** [1] - 165:23
**flip** [1] - 14:23
**floating** [1] - 155:5
**floor** [5] - 12:25, 16:11, 16:21, 17:6, 119:12
**flow** [1] - 28:19
**flys** [1] - 106:18
**focus** [6] - 10:18, 30:9, 43:17, 44:6, 44:10, 44:13
**folks** [4] - 110:1, 113:22, 137:15, 140:1
**follow** [7] - 43:25, 71:24, 120:1, 144:12, 157:13, 165:7, 168:1
**followed** [3] - 97:24, 106:16, 157:24
**following** [5] - 91:12, 94:15, 101:19, 116:1, 124:17
**follows** [7] - 9:10, 20:3, 42:8, 79:19, 90:14, 92:13, 144:12
**food** [1] - 23:24
**football** [1] - 90:18
**FOR** [1] - 1:3
**force** [2] - 74:1, 74:2
**Ford** [1] - 85:4
**forget** [1] - 81:4
**forgot** [1] - 96:5
**Fork'** [3] - 116:24, 116:25
**form** [1] - 61:11
**format** [3] - 58:18, 88:3, 88:7
**forth** [1] - 160:8
**founded** [1] - 43:24
**four** [5] - 10:11, 22:19, 24:23, 33:1, 147:21
**fourth** [2] - 16:10, 134:10
**frame** [1] - 77:5
**Frankenstein** [1] - 138:8
**Franklin** [9] - 105:14, 108:21, 110:4, 114:15, 116:4, 126:2, 134:22, 143:11, 143:12
**frankly** [1] - 7:19
**Frankly** [1] - 97:24
**free** [3] - 102:22,

166:18, 166:23
**FREY** [2] - 2:3, 9:8
**Frey** [6] - 9:1, 9:16, 9:19, 9:20, 9:21, 17:11
**Friday** [8] - 94:25, 95:1, 112:8, 115:23, 118:4, 125:10, 126:16, 134:2
**friend** [1] - 132:9
**front** [3] - 28:11, 47:20, 78:11
**frown** [1] - 116:11
**Fuck** [1] - 128:24
**fuck** [1] - 135:14
**fucking** [1] - 112:3
**fucks** [1] - 134:12
**full** [3] - 10:16, 64:14, 81:6
**functions** [1] - 153:13
**funds** [7] - 125:8, 125:10, 125:18, 126:24, 131:13, 136:6, 141:11
**funfun** [1] - 140:17
**funny** [1] - 33:22
**FW** [1] - 102:25

## G

**gallery** [1] - 63:3
**game** [2] - 90:18, 91:1
**Gap** [1] - 1:24
**gather** [1] - 5:25
**gathered** [1] - 158:1
**gathering** [1] - 69:6
**GB** [1] - 103:1
**gelatin** [2] - 52:17, 156:13
**Gen** [1] - 113:18
**general** [2] - 74:17, 74:22
**generally** [2] - 58:6, 66:1
**generated** [1] - 54:3
**generic** [1] - 84:6
**Geneva** [3] - 138:16, 142:8, 142:23
**gentlemen** [7] - 8:23, 71:23, 72:19, 120:1, 161:1, 165:7, 166:12
**geographic** [1] - 44:23
**GF** [1] - 139:11
**GH** [1] - 103:1
**given** [2] - 6:5, 10:23
**glove** [2] - 2:13, 47:10

**God** [3] - 9:5, 19:23, 42:3
**gonna** [7] - 8:4, 116:17, 120:21, 126:19, 142:4, 147:3, 147:16
**Government** [14] - 5:3, 5:6, 7:5, 8:25, 9:9, 15:7, 20:2, 41:21, 41:23, 42:7, 121:12, 121:17, 165:15
**GOVERNMENT'S** [1] - 2:2
**Government's** [86] - 4:23, 14:20, 15:10, 46:9, 46:16, 47:1, 47:3, 47:4, 47:11, 47:14, 47:15, 47:22, 47:23, 47:25, 48:1, 48:11, 48:13, 48:15, 49:4, 49:6, 49:16, 49:18, 49:19, 50:4, 50:8, 50:11, 51:15, 51:19, 51:22, 53:25, 54:9, 54:12, 54:18, 54:21, 54:25, 55:6, 55:13, 55:18, 55:20, 55:25, 56:2, 56:7, 56:9, 56:15, 56:17, 56:22, 56:25, 57:8, 57:15, 57:17, 58:19, 58:22, 58:23, 58:25, 59:17, 59:20, 60:1, 62:23, 63:13, 63:15, 67:6, 67:11, 67:21, 71:17, 72:11, 72:14, 72:20, 75:12, 79:9, 80:8, 82:4, 83:2, 84:7, 84:17, 85:16, 85:18, 85:20, 87:15, 87:21, 87:23, 102:12, 121:3, 121:25, 122:24, 146:10, 148:8
**governmental** [1] - 150:12
**grab** [2] - 107:21, 108:5
**grand** [6] - 24:13, 24:24, 27:21, 139:11, 139:13, 140:12
**great** [5] - 88:1, 95:24, 129:19, 167:21, 167:22
**green** [2] - 52:17, 156:13
**Greensboro** [5] - 48:25, 129:5, 134:4, 141:6, 144:21
**Greg** [10] - 105:14, 108:20, 114:16,

116:5, 125:11, 132:8, 132:10, 132:15, 142:3, 143:4
**grey** [1] - 91:14
**group** [5] - 44:15, 74:1, 102:6, 114:22, 157:24
**grouping** [1] - 52:1
**groupings** [2] - 50:21, 58:2
**groups** [1] - 44:6
**guarantee** [1] - 110:21
**Guard** [1] - 10:16
**guess** [8] - 27:25, 43:14, 44:23, 74:15, 86:16, 117:6, 154:18, 159:1
**guy** [9] - 90:8, 91:1, 95:6, 119:10, 125:14, 129:19, 136:21
**guys** [3] - 125:18, 131:25, 140:4

## H

**half** [8] - 45:4, 75:20, 92:22, 105:24, 109:10, 110:15, 118:23, 127:3
**hallway** [1] - 37:12
**Hambley** [1] - 110:22
**Hampton** [1] - 110:22
**hand** [10] - 4:7, 9:2, 14:1, 15:25, 16:4, 19:20, 34:20, 41:25, 57:23, 68:19
**handing** [1] - 27:1
**handle** [1] - 136:23
**handwritten** [1] - 82:6
**happy** [3] - 41:17, 120:14, 131:25
**hard** [6] - 22:13, 27:9, 30:5, 30:7, 112:1, 154:20
**harder** [1] - 31:12
**Harlow** [18] - 105:14, 108:20, 114:16, 116:5, 125:11, 132:6, 132:8, 132:10, 132:12, 132:13, 132:15, 142:25, 143:4
**Harlows** [4] - 110:7, 135:18, 138:17, 141:25
**Hartshorn** [10] - 2:11, 11:5, 12:20, 12:21, 13:21, 14:10,

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
(276) 237-5786

Case 1:17-cr-00027-JPJ-PMS   Document 237-8   Filed 06/09/19   Page 178 of 192   Pageid#: 10112

15:23, 16:16, 16:21,
121:13
  **Hartshorn's** [3] -
12:10, 14:4, 16:7
  **Hassel** [1] - 123:9
  **hate** [3] - 89:15,
100:3, 137:13
  **HATES** [1] - 137:12
  **hatfield** [1] - 118:5
  **hats** [1] - 34:3
  **Hayes** [3] - 16:1,
16:5, 16:7
  **HDMI** [1] - 161:6
  **head** [2] - 99:21,
99:25
  **Headed** [1] - 111:3
  **headed** [2] - 11:22,
127:15
  **health** [2] - 82:23,
150:6
  **Healthcare** [3] -
59:10, 162:6, 162:12
  **healthcare** [2] -
44:11, 44:15
  **hear** [5] - 51:17,
61:3, 93:5, 139:21,
167:15
  **heard** [3] - 121:16,
153:15, 167:9
  **hearsay** [7] - 18:4,
157:6, 157:9, 157:16,
157:17, 158:3, 164:11
  **Hearsay** [1] - 18:15
  **heart** [1] - 118:12
  **heat** [2] - 5:16, 6:12
  **Heather** [18] - 2:11,
11:4, 12:10, 12:20,
12:21, 13:21, 14:4,
14:9, 15:23, 16:7,
16:16, 16:21, 16:23,
16:25, 17:2, 17:4,
17:6, 121:13
  **Heather's** [1] - 17:15
  **heavy** [1] - 113:13
  **held** [8] - 8:22, 72:3,
72:18, 120:3, 122:5,
165:9, 166:11, 168:2
  **hello** [1] - 32:25
  **HellOoooooo** [1] -
117:16
  **help** [14] - 7:15, 7:20,
7:24, 8:15, 9:5, 19:23,
23:13, 33:13, 42:3,
79:21, 79:25, 83:4,
100:11, 147:3
  **helped** [1] - 37:1
  **helping** [3] - 33:15,
33:19, 100:9
  **herein** [3] - 9:9, 20:2,
42:7

**HH-298** [1] - 13:18
  **hi** [1] - 20:6
  **hide** [3] - 126:23,
127:6, 127:9
  **high** [1] - 22:2
  **higher** [4] - 38:17,
109:4, 109:5
  **highest** [1] - 62:3
  **hillbilly** [2] - 112:1,
112:3
  **himself** [1] - 153:15
  **hire** [1] - 25:18
  **hired** [1] - 43:8
  **hiring** [1] - 153:17
  **history** [1] - 43:2
  **hmm** [3] - 27:5,
30:21, 31:24
  **hmm-mmm** [1] -
30:21
  **Hold** [1] - 125:2
  **hold** [3] - 44:14,
117:6, 131:12
  **holding** [3] - 115:3,
125:4, 140:2
  **hole** [1] - 99:22
  **holes** [1] - 99:21
  **holiday** [1] - 126:17
  **Holloway** [1] -
113:20
  **home** [6] - 12:7,
14:4, 14:9, 79:5,
119:11, 166:15
  **homicides** [1] -
10:24
  **honest** [1] - 125:17
  **Honor** [61] - 4:4, 4:6,
4:15, 4:18, 4:25, 5:3,
6:7, 14:19, 15:7,
15:13, 19:13, 19:18,
31:18, 39:6, 39:16,
39:18, 40:22, 41:13,
41:23, 46:11, 46:25,
47:22, 48:10, 49:15,
51:14, 54:9, 55:4,
55:17, 56:6, 56:21,
57:14, 58:18, 59:19,
60:8, 60:20, 60:24,
63:12, 67:20, 71:16,
71:25, 83:10, 83:13,
85:15, 87:20, 120:11,
121:5, 121:10,
121:23, 122:2, 146:4,
146:6, 157:6, 157:15,
158:2, 158:14,
160:24, 164:3,
164:10, 165:4,
165:16, 168:6
  **HONORABLE** [1] -
1:11
  **hook** [1] - 140:3

**hope** [5] - 99:19,
120:14, 124:11,
124:12, 166:2
  **Hope** [1] - 139:20
  **hopefully** [2] - 100:4,
166:18
  **Hospital** [1] - 116:10
  **hospital** [3] - 101:1,
119:3, 122:17
  **hospitals** [1] - 44:18
  **hot** [2] - 35:17,
113:12
  **hotel** [3] - 89:5,
89:11, 129:6
  **Hotel** [1] - 128:2
  **Hotels** [1] - 132:23
  **hotter** [1] - 35:18
  **hour** [6] - 38:7,
40:18, 89:4, 116:14,
120:2, 120:6
  **hours** [12] - 10:8,
29:22, 29:24, 38:5,
38:6, 40:18, 77:18,
78:7, 89:5, 165:19,
166:18
  **house** [3] - 68:13,
100:8, 116:12
  **housed** [3] - 42:24,
46:23, 58:2
  **housekeeping** [2] -
72:10, 81:3
  **housing** [3] - 100:2,
100:7, 100:8
  **Hubbard** [10] -
111:23, 113:19,
118:17, 118:18,
119:1, 119:14,
122:15, 123:17,
123:20, 140:14
  **Hudnall** [4] - 128:14,
128:16, 128:19,
134:17
  **Hudnalls** [1] - 128:13
  **hunched** [1] - 138:7
  **Huntington** [2] -
119:1, 122:15
  **hydrocodone** [2] -
52:23, 53:13
  **hydromorphone** [2]
- 53:1, 57:2

# I

**I-64"** [1] - 130:1
  **I.D** [1] - 12:22
  **I64** [1] - 129:24
  **ID** [1] - 129:23
  **idea** [4] - 77:23, 98:2,
146:21, 150:12
  **identified** [1] - 46:24

**identify** [1] - 44:7
  **Idiots** [1] - 119:9
  **iffy** [2] - 35:5, 36:6
  **II** [10] - 53:13, 53:15,
108:25, 155:19,
156:1, 156:20,
159:18, 159:23,
159:25, 160:16
  **III** [2] - 159:25, 160:1
  **IIs** [1] - 160:2
  **image** [4] - 47:9,
50:19, 104:9
  **immediately** [1] -
11:22
  **implement** [1] -
152:24
  **implemented** [1] -
153:6
  **implore** [1] - 7:25
  **important** [3] - 31:5,
35:13, 35:14
  **importation** [1] -
43:25
  **importers** [1] - 44:16
  **improper** [1] - 8:5
  **IN** [1] - 1:2
  **inability** [2] - 161:19,
161:23
  **inaccuracies** [1] -
162:1
  **inadmissible** [3] -
157:7, 158:3, 164:13
  **inappropriate** [1] -
158:16
  **incident** [1] - 74:12
  **incidents** [1] - 73:25
  **include** [1] - 67:15
  **included** [1] - 52:20
  **includes** [2] - 44:16,
136:25
  **including** [2] - 8:8,
51:2
  **incoming** [1] - 76:7
  **inconsistencies** [3] -
161:18, 161:22,
161:25
  **increase** [1] - 108:22
  **increasing** [1] -
140:1
  **incremental** [2] -
106:4, 160:14
  **increments** [1] -
163:9
  **indeed** [1] - 138:15
  **INDEX** [1] - 2:1
  **Indiana** [2] - 68:18,
130:23
  **indicate** [4] - 57:2,
163:6, 163:20, 163:23
  **indicated** [4] - 62:15,

67:18, 82:17, 162:17
  **indicates** [7] - 62:19,
76:5, 76:13, 76:14,
77:4, 77:13, 163:4
  **indicating** [7] - 51:2,
53:22, 57:19, 66:21,
105:2, 111:8, 163:5
  **indicating)** [8] -
51:13, 85:22, 92:23,
93:22, 95:13, 102:16,
108:16, 113:4
  **indications** [1] -
162:10
  **indicative** [2] - 58:5,
58:6
  **indictment** [10] -
62:20, 63:9, 63:21,
63:22, 63:24, 64:1,
64:10, 64:13, 65:12,
68:4
  **individual** [8] - 11:4,
50:19, 52:13, 61:7,
70:24, 83:25, 156:25,
157:3
  **individuals** [1] -
160:25
  **infers** [1] - 85:4
  **inflection** [1] -
154:19
  **influx** [1] - 28:19
  **info** [2] - 99:8,
129:17
  **inform** [1] - 138:2
  **informants** [1] -
78:21
  **information** [20] -
7:12, 7:15, 29:14,
34:23, 46:2, 61:6,
61:10, 69:25, 79:21,
82:24, 104:4, 112:17,
151:2, 157:25, 158:1,
161:18, 161:22,
162:1, 162:4, 162:11
  **informed** [1] - 12:11
  **ing** [1] - 131:17
  **ingredient** [1] -
109:6
  **initial** [2] - 64:11,
162:1
  **initials** [3] - 63:23,
63:25, 65:11
  **inn** [1] - 110:22
  **inscriptions** [1] -
50:18
  **inserted** [2] - 104:10,
104:13
  **inside** [1] - 49:11
  **instances** [1] - 44:9
  **instead** [2] - 109:21,
131:17

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 628-5611
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 179 of 192   Pageid#:
10113

**instructor** [1] - 43:7
**insurance** [7] -
27:14, 27:16, 27:17,
27:22, 27:23, 27:24
**intake** [1] - 162:2
**intel** [1] - 45:17
**interacting** [1] -
23:16
**interactions** [1] -
84:1
**interested** [1] -
150:11
**Interesting** [1] -
78:20
**interior** [1] - 48:8
**internet** [2] - 52:4,
167:10
**interpret** [3] - 85:5,
108:24, 159:1
**interrupt** [1] - 111:20
**interview** [1] - 25:8
**interviewing** [1] -
155:10
**interviews** [1] -
163:22
**introduce** [9] - 9:15,
20:6, 42:13, 46:13,
51:16, 51:19, 75:2,
146:6, 158:22
**introduced** [5] -
45:9, 51:15, 51:19,
67:21, 84:8
**introduction** [7] -
55:3, 58:19, 59:20,
67:22, 71:17, 85:16,
87:20
**investigate** [3] -
43:12, 44:8, 157:22
**investigated** [1] -
157:19
**investigation** [15] -
17:22, 18:22, 42:16,
42:17, 42:22, 42:24,
45:10, 45:15, 45:17,
45:19, 45:20, 45:21,
58:13, 67:1, 67:15
**investigations** [1] -
167:18
**investigator** [2] -
43:9, 43:10
**investigators** [1] -
44:5
**involve** [1] - 146:8
**involved** [7] - 42:16,
42:20, 67:10, 67:12,
67:14, 73:19, 74:8
**involving** [3] - 85:10,
102:7
**issue** [3] - 74:6,
120:16, 159:23

**issued** [3] - 62:21,
64:18, 64:20
**issues** [3] - 83:4,
98:1, 131:4
**issuing** [1] - 152:19
**itself** [2] - 61:8,
88:17

## J

**Jackson** [1] - 126:4
**jail** [1] - 137:2
**JAMES** [1] - 1:11
**James** [2] - 90:8,
90:13
**Janet** [1] - 91:13
**January** [13] - 43:8,
62:4, 103:16, 106:13,
107:18, 108:18,
110:10, 144:9,
144:19, 145:2, 145:5,
160:17, 160:18
**JASmithers@gmail**
**.com** [1] - 147:23
**Jason** [2] - 113:18,
115:18
**JB** [1] - 102:25
**Jean** [1] - 90:9
**Jeffersonville** [3] -
129:23, 130:22,
130:23
**Jessie** [46] - 2:25,
69:5, 87:17, 88:20,
89:2, 89:10, 89:14,
90:5, 90:7, 90:17,
90:25, 91:8, 91:13,
91:16, 91:20, 92:2,
92:5, 92:15, 92:18,
92:25, 93:7, 93:24,
94:3, 94:9, 94:12,
94:16, 94:20, 94:22,
95:3, 95:8, 95:15,
95:16, 95:21, 96:12,
96:19, 97:17, 98:21,
99:4, 99:10, 99:13,
99:17, 100:23,
101:13, 101:16,
101:21
**Jessies'** [1] - 91:4
**Jewell** [7] - 132:8,
132:18, 133:3,
133:12, 136:11,
136:25, 147:10
**Jewell's** [2] - 136:2,
147:6
**Jfyi** [1] - 139:3
**Jo** [1] - 113:20
**job** [11] - 4:21, 6:21,
8:10, 10:25, 22:6,
22:8, 23:17, 24:1,

25:18, 30:9, 167:21
**jobs** [1] - 10:14
**Joel** [19] - 39:2,
61:14, 106:15, 107:1,
112:18, 114:9, 115:8,
122:12, 129:4, 134:1,
134:9, 140:11,
144:10, 144:21,
146:15, 146:20,
147:2, 147:15, 148:12
**JOEL** [1] - 1:8
**jog** [1] - 24:20
**John** [2] - 114:16,
116:5
**Johnson** [3] - 107:4,
115:18, 148:1
**joint** [1] - 48:24
**joking** [1] - 154:20
**JONES** [1] - 1:11
**Jose** [2] - 21:14
**jr** [1] - 90:8
**Jr** [1] - 1:22
**Juan** [2] - 19:18,
20:8
**JUAN** [2] - 2:4, 20:1
**Judge** [9] - 51:18,
56:24, 60:17, 71:22,
72:9, 72:21, 102:2,
161:21, 164:17
**JUDGE** [1] - 1:11
**JUHAN** [29] - 2:3,
2:5, 2:6, 9:1, 9:12,
13:17, 13:19, 14:7,
14:8, 14:19, 14:22,
15:7, 15:12, 15:15,
17:7, 18:4, 18:15,
19:13, 19:15, 19:18,
20:5, 31:18, 31:21,
32:18, 32:21, 39:18,
39:20, 40:22, 41:12
**Juhan** [2] - 1:19,
41:19
**July** [1] - 163:15
**jumbled** [1] - 96:9
**jumped** [1] - 61:24
**June** [3] - 59:4,
80:22, 163:14
**Junior** [1] - 9:19
**JUNIOR** [2] - 2:3, 9:8
**juries** [1] - 167:22
**jurors** [2] - 60:8,
167:17
**jury** [43] - 4:3, 8:21,
8:22, 9:15, 12:6,
13:18, 20:7, 23:10,
24:13, 24:24, 27:21,
33:25, 35:13, 42:13,
43:1, 43:20, 46:6,
46:13, 52:2, 59:15,
60:4, 62:24, 63:18,

65:20, 72:3, 72:15,
72:17, 72:18, 73:8,
75:17, 81:5, 88:16,
99:16, 120:13, 120:9,
122:4, 122:5, 161:8,
165:9, 166:7, 166:8,
166:11, 168:2
**JURY** [1] - 1:11
**jury's** [2] - 75:22,
104:4

## K

**K"** [1] - 91:15
**keep** [6] - 28:24,
35:18, 41:20, 108:12,
132:7, 134:16
**keeping** [1] - 97:25
**keeps** [1] - 148:18
**Kelly** [3] - 107:4,
115:18, 148:1
**Kencel** [1] - 153:19
**Kentuckiana** [2] -
68:17, 130:13
**kentuckiana** [1] -
118:2
**Kentucky** [11] - 40:4,
68:18, 68:22, 97:2,
98:22, 112:18, 116:2,
128:21, 132:22,
134:5, 144:22
**Kentucky-Indiana**
[1] - 68:18
**Kentucky/West** [1] -
69:7
**kept** [1] - 155:9
**Kerry** [2] - 118:5,
118:9
**Kevin** [1] - 137:2
**key** [1] - 29:7
**kicked** [2] - 119:2,
122:16
**kicklighter** [1] -
114:15
**Kicklighter** [8] -
66:16, 105:15,
108:21, 116:4,
127:13, 128:3,
134:24, 143:6
**Kicklighters** [1] -
109:20
**kidney** [1] - 138:6
**kids** [1] - 79:5
**kind** [13] - 5:16,
21:17, 24:10, 24:20,
25:1, 25:4, 31:5,
33:14, 40:8, 130:12,
130:13, 149:13, 155:2
**kitchen** [1] - 14:15
**KJ** [2] - 103:1,

113:19
**knock** [1] - 5:14
**knowledge** [1] -
98:11
**known** [3] - 74:17,
75:1, 79:20
**Kovaleski** [1] - 39:13
**Kovaleski's** [1] -
69:14
**ky** [3] - 107:2, 107:5,
110:19
**Ky** [7] - 109:13,
109:23, 110:23,
134:16, 139:1, 140:4,
145:12
**Kyaina** [1] - 115:3

## L

**lab** [13] - 2:17, 2:18,
2:18, 2:19, 2:19, 50:2,
50:16, 53:19, 54:3,
54:4, 55:3
**labelled** [1] - 67:11
**labels** [1] - 52:1
**laboratory** [1] -
50:22
**ladies** [6] - 8:23,
71:23, 72:19, 120:1,
165:7, 166:12
**lady** [1] - 31:6
**laid** [2] - 145:16,
155:15
**landlord** [3] - 82:16,
83:1
**large** [2] - 102:2,
156:18
**larger** [1] - 49:25
**last** [26] - 17:5,
20:21, 22:23, 22:25,
64:6, 72:11, 78:25,
94:3, 100:4, 103:7,
111:3, 111:13,
114:22, 114:23,
114:24, 118:16,
127:8, 131:25, 132:7,
135:11, 135:21,
142:12, 142:18,
147:21
**late** [5] - 85:3,
126:12, 126:19,
126:22, 127:20
**law** [11] - 6:18, 43:2,
43:3, 83:18, 83:24,
149:17, 149:21,
150:23, 150:24,
158:15, 167:12
**Law** [1] - 1:23
**lawyer** [5] - 4:10,
6:18, 7:20, 7:21, 7:23

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 637-3440
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 180 of 192   Pageid#:
10114

lawyers [1] - 8:9
laying [5] - 12:24, 12:25, 13:1, 16:14, 16:21
laymen's [1] - 43:20
lead [1] - 31:14
leaking [1] - 142:6
learn [1] - 25:21
lease [1] - 82:21
least [2] - 30:3, 73:12
leave [6] - 28:14, 41:14, 88:22, 111:4, 116:10, 143:24
leaving [1] - 23:5
Lee [5] - 1:19, 60:14, 105:25, 119:23, 122:7
LEE [296] - 2:7, 2:8, 41:23, 42:10, 46:6, 46:8, 46:16, 46:17, 46:25, 47:4, 47:5, 47:11, 47:15, 47:17, 47:22, 48:1, 48:3, 48:10, 48:14, 48:17, 49:3, 49:5, 49:15, 49:19, 49:20, 50:8, 50:12, 50:13, 51:14, 51:18, 51:23, 53:24, 54:1, 54:7, 54:13, 54:18, 54:20, 54:25, 55:7, 55:11, 55:12, 55:17, 55:21, 55:25, 56:1, 56:6, 56:10, 56:15, 56:16, 56:21, 56:24, 57:1, 57:7, 57:9, 57:14, 57:18, 58:11, 58:12, 58:17, 58:23, 59:1, 59:14, 59:24, 60:2, 60:3, 60:8, 60:16, 60:19, 60:25, 61:13, 62:24, 63:2, 63:4, 63:5, 63:12, 63:16, 65:4, 65:8, 65:9, 65:18, 65:19, 66:10, 66:13, 66:14, 67:5, 67:8, 67:20, 68:1, 71:16, 71:22, 72:9, 72:21, 72:22, 75:14, 75:16, 75:19, 75:21, 77:20, 77:21, 79:8, 79:16, 80:7, 80:10, 81:1, 81:2, 81:25, 82:2, 83:13, 83:20, 85:15, 85:19, 86:1, 87:14, 87:16, 87:20, 87:24, 88:2, 89:22, 89:23, 91:6, 91:7, 92:3, 92:4, 92:22, 92:24, 93:14, 93:16, 93:20, 93:23, 94:5, 94:8, 95:11,

95:14, 96:6, 96:7, 97:7, 97:9, 98:6, 98:7, 98:15, 98:17, 99:2, 99:3, 99:11, 99:12, 100:14, 100:16, 102:3, 102:6, 102:11, 102:13, 102:17, 103:18, 103:20, 103:22, 103:23, 104:23, 105:1, 105:10, 105:11, 105:23, 106:1, 106:7, 106:10, 106:11, 106:20, 106:22, 107:14, 107:17, 108:1, 108:2, 108:15, 108:17, 109:8, 109:11, 110:14, 110:16, 111:7, 111:10, 112:11, 112:13, 112:22, 112:23, 113:2, 113:5, 113:25, 114:2, 115:14, 115:16, 117:3, 117:13, 117:19, 118:13, 118:14, 118:22, 118:25, 119:25, 122:8, 122:10, 122:23, 123:1, 123:12, 123:15, 124:4, 124:9, 125:15, 125:16, 126:6, 126:10, 126:25, 127:4, 127:23, 128:1, 128:6, 128:7, 129:1, 129:3, 129:10, 129:12, 130:6, 130:8, 130:24, 130:25, 132:2, 132:3, 132:25, 133:1, 133:5, 133:6, 133:9, 133:11, 133:17, 133:18, 133:24, 133:25, 134:7, 134:8, 135:7, 135:8, 135:23, 135:24, 136:13, 136:14, 137:5, 137:8, 137:17, 137:19, 138:20, 138:21, 139:5, 139:6, 139:18, 139:19, 140:8, 140:9, 141:1, 141:2, 141:12, 141:13, 141:19, 141:23, 142:14, 142:16, 143:20, 144:3, 144:7, 144:8, 144:16, 144:17, 144:24, 145:1, 146:4, 146:11, 146:13, 146:22, 146:24,

147:4, 147:5, 147:11, 147:12, 147:17, 147:18, 148:8, 148:10, 148:21, 148:24, 157:6, 157:15, 158:2, 158:14, 158:21, 164:10, 164:13, 164:17, 164:19, 165:1
left [13] - 15:25, 16:4, 26:1, 26:3, 26:10, 32:16, 37:16, 39:11, 63:20, 68:19, 105:18, 121:7, 143:23
left-hand [3] - 15:25, 16:4, 68:19
legal [5] - 6:1, 44:4, 73:15, 81:7, 158:15
Legget [2] - 93:4, 93:11
leggets [1] - 93:8
legitimate [2] - 44:3, 164:23
legitimately [1] - 36:8
less [1] - 151:2
letter [10] - 80:2, 80:4, 80:12, 80:17, 80:19, 80:21, 161:13, 162:5, 162:13, 162:14
letters [3] - 84:23, 85:1, 103:6
level [4] - 22:1, 38:19, 98:14, 143:21
levels [3] - 38:16, 43:5
Lexington [3] - 132:21, 134:4, 144:22
license [1] - 85:4
life [2] - 23:19, 79:24
likely [4] - 99:1, 121:3, 121:5, 145:15
Lindsay [1] - 89:16
line [2] - 63:22, 83:7
lines [1] - 24:23
lingo) [1] - 125:5
Lisa [1] - 135:20
list [8] - 105:8, 108:4, 110:2, 113:17, 113:23, 114:19, 132:13, 132:15
List [1] - 108:19
listed [11] - 13:22, 64:8, 68:3, 69:16, 86:14, 109:2, 128:21, 130:16, 148:1, 155:18, 156:1
listen [2] - 6:25, 31:13
listened [1] - 90:19

listening [2] - 34:14, 167:21
lists [4] - 98:22, 110:18, 123:5, 132:10
literally [1] - 134:11
live [3] - 20:11, 20:12, 86:25
lived [1] - 74:22
living [4] - 20:17, 20:22, 21:10, 68:8
LK [1] - 103:1
LK-469 [1] - 66:10
loading [1] - 60:16
local [2] - 43:3, 137:2
locally [1] - 143:22
located [7] - 4:9, 50:25, 51:7, 52:12, 68:14, 68:22, 130:21
location [2] - 12:9, 67:15
locations [2] - 67:14, 68:10
logically [1] - 100:20
logistical [1] - 120:16
logs [2] - 150:8, 153:18
lol [4] - 78:23, 112:1, 112:7, 137:4
Lol [7] - 132:17, 137:14, 139:22, 139:24, 139:25, 140:16, 144:6
LONG [2] - 2:7, 42:6
look [10] - 5:7, 35:22, 36:23, 81:20, 96:11, 99:21, 101:3, 117:14, 121:19, 155:24
Look [1] - 79:23
looked [5] - 35:3, 35:5, 36:6, 145:9, 147:21
looking [10] - 43:14, 77:1, 78:13, 79:19, 81:6, 85:3, 88:4, 106:2, 109:9, 122:11
looks [10] - 69:7, 97:10, 100:20, 106:3, 106:6, 112:25, 117:9, 128:9, 135:14, 166:17
loose [1] - 129:14
Lora [14] - 66:15, 105:15, 108:21, 109:20, 110:7, 114:15, 116:3, 117:21, 118:10, 127:13, 134:19, 134:24, 140:23, 143:6
losing [1] - 118:1
lost [2] - 7:18, 79:4

loud [1] - 101:14
Louisville [1] - 129:24
love [1] - 128:22
low [1] - 35:16
lower [2] - 57:23, 75:19
luck [1] - 118:5
lunch [2] - 119:24, 166:18
lung [1] - 140:6

## M

ma'am [3] - 19:24, 42:4, 82:1
Madam [1] - 15:12
Mae [1] - 140:23
mail [19] - 70:5, 73:5, 75:4, 90:19, 97:3, 98:25, 114:14, 115:1, 115:10, 115:12, 116:1, 126:23, 127:6, 127:18, 128:2, 129:16, 141:10, 142:2, 142:9
Mail [1] - 145:11
mailed [1] - 110:11
mailing [4] - 86:23, 87:1, 141:17, 141:18
main [1] - 38:23
Main [1] - 1:20
maintaining [1] - 162:23
majority [5] - 44:10, 45:20, 45:21, 45:22, 162:25
male [6] - 17:18, 23:7, 34:4, 37:4, 37:6, 154:11
males [3] - 30:25, 31:16
Manassas [1] - 121:2
mandatory [1] - 25:22
manner [1] - 7:17
manufacturer [1] - 66:6
manufacturers [1] - 44:17
manufacturing [2] - 44:1, 44:12
map [5] - 67:6, 67:11, 67:13, 67:14, 68:2
March [15] - 48:23, 59:7, 59:8, 59:11, 61:8, 61:23, 62:8, 62:11, 81:13, 81:15, 82:10, 83:5, 100:13,

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 237-5748

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 181 of 192   Pageid#: 10115

117:15, 160:20
**Marion** [1] - 69:16
**mark** [1] - 128:4
**MARKED** [1] - 2:10
**marked** [5] - 14:20, 52:5, 68:18, 82:3, 156:15
**markings** [3] - 50:18, 52:5, 52:16
**marriot** [1] - 128:2
**Marriott** [1] - 129:6
**Mart** [1] - 137:3
**Martinsville** [15] - 20:18, 20:22, 21:3, 21:5, 21:7, 21:10, 45:1, 45:25, 61:21, 61:22, 68:15, 82:18, 114:12, 114:13, 115:9
**massa** [1] - 138:25
**match** [1] - 103:6
**material** [4] - 4:19, 44:1, 44:16, 156:14
**matter** [5] - 17:23, 72:10, 74:16, 162:22
**matters** [3] - 73:19, 81:3, 158:17
**mattress** [5] - 12:24, 13:1, 16:11, 16:14, 16:19
**MAY** [1] - 1:12
**MB** [1] - 102:25
**MBowe** [1] - 113:20
**mean** [19] - 5:15, 7:8, 8:13, 11:2, 13:10, 16:16, 28:6, 45:12, 83:8, 83:22, 85:1, 100:7, 107:25, 111:20, 134:15, 158:25, 159:7, 160:7, 163:4
**means** [5] - 13:11, 43:21, 65:25, 84:2, 108:23
**med** [1] - 124:13
**medical** [9] - 25:12, 25:15, 25:17, 98:11, 98:12, 120:20, 120:23, 161:25, 164:23
**medication** [3] - 14:12, 109:1, 162:18
**medications** [3] - 15:19, 15:20, 159:23
**medicine** [4] - 115:3, 119:8, 119:15, 131:23
**meds** [1] - 140:24
**meet** [1] - 141:6
**meeting** [1] - 104:18
**Mega** [3] - 2:15, 2:16, 50:24

**Mega-DHA** [2] - 2:15, 2:16
**members** [1] - 21:11, 42:13, 43:1, 73:8
**memory** [2] - 24:20, 73:10
**mention** [3] - 21:20, 39:12, 135:13
**mentioned** [6] - 21:20, 23:6, 30:9, 74:20, 156:24, 160:25
**mentions** [1] - 84:21
**Meshelle** [1] - 108:22
**meshelle** [1] - 110:8
**message** [59] - 75:24, 76:3, 76:5, 76:11, 76:15, 76:17, 76:24, 77:22, 78:5, 78:8, 78:10, 78:18, 79:5, 79:17, 86:16, 87:8, 87:10, 88:8, 88:10, 88:21, 88:24, 89:25, 90:14, 93:24, 96:19, 97:3, 97:5, 97:11, 97:12, 97:16, 98:21, 99:13, 100:12, 100:19, 102:18, 102:19, 104:5, 104:10, 104:17, 105:4, 106:12, 107:20, 109:12, 109:19, 109:20, 113:6, 114:3, 116:10, 117:20, 122:14, 124:1, 124:10, 133:22, 141:4, 146:14, 146:25, 147:19
**messages** [48] - 2:23, 2:24, 2:25, 3:1, 3:2, 71:11, 71:18, 75:23, 77:1, 77:9, 77:11, 79:2, 85:9, 85:10, 86:2, 86:5, 87:5, 87:17, 92:10, 96:8, 96:11, 100:17, 101:4, 101:25, 102:2, 102:6, 102:9, 102:21, 104:11, 104:13, 108:18, 109:24, 111:11, 117:9, 122:12, 122:13, 126:11, 128:8, 139:8, 140:10, 141:14, 145:5, 146:7, 149:6, 151:19, 163:19, 163:23
**messaging** [1] - 104:9
**met** [3] - 12:10,

23:22, 69:23
**methadone** [1] - 53:7
**method** [1] - 26:13
**Mg** [1] - 116:6
**mg** [1] - 137:22
**mgs** [2] - 108:22, 108:23
**Michael** [10] - 81:8, 81:9, 81:10, 108:21, 116:4, 125:11, 127:14, 145:11, 145:14, 145:20
**Michalle** [1] - 143:2
**Michele** [1] - 114:16
**Michelle** [2] - 116:5, 116:6
**microphone** [1] - 20:9
**microphones** [1] - 84:5
**mid** [1] - 71:20
**mid-morning** [1] - 71:20
**might** [12] - 10:22, 24:20, 34:17, 35:22, 35:23, 76:3, 91:4, 92:7, 95:16, 119:12, 121:6, 138:2
**Mike** [22] - 105:14, 106:25, 110:4, 110:5, 111:23, 112:17, 115:11, 115:18, 119:10, 125:13, 126:1, 126:3, 134:18, 134:23, 136:15, 136:17, 138:10, 138:16, 140:13, 140:23, 141:15, 143:9
**mike** [2] - 114:15, 136:4
**miles** [4] - 91:9, 92:5, 92:6, 93:1
**Miles** [1] - 92:13
**military** [1] - 91:18
**Miller** [2] - 113:19, 137:21
**milligram** [3] - 109:4, 109:5, 133:13
**milligrams** [6] - 13:23, 64:24, 108:24, 109:2, 109:3, 133:15
**mind** [3] - 60:9, 65:5, 99:16
**mine** [3] - 107:12, 128:15, 129:22
**mins** [1] - 142:20
**minute** [5] - 38:13, 144:4, 152:6, 152:7
**minutes** [7] - 35:23, 102:23, 105:21,

106:3, 106:4, 107:7, 128:25
**misinformation** [1] - 162:2
**misinterpreted** [1] - 154:12
**miss** [1] - 154:15
**missing** [1] - 134:11
**mission** [1] - 43:15
**mistake** [1] - 48:16
**mix** [1] - 52:25
**mixed** [2] - 35:17, 156:21
**mixture** [3] - 49:12, 156:16, 156:18
**mock** [1] - 134:14
**model** [1] - 85:4
**moment** [12] - 5:16, 6:12, 14:23, 18:24, 21:21, 22:22, 23:9, 31:18, 39:6, 77:17, 120:12, 164:3
**moments** [1] - 8:7
**Monday** [22] - 90:24, 91:1, 91:2, 91:10, 91:14, 94:11, 94:17, 94:22, 115:4, 115:7, 115:23, 117:2, 117:6, 125:19, 131:11, 135:17, 139:17, 141:16, 141:25, 142:10, 143:25, 144:18
**money** [24] - 28:20, 28:22, 28:25, 29:5, 29:7, 29:9, 33:9, 99:18, 100:2, 104:20, 106:14, 108:5, 112:16, 115:1, 115:6, 124:24, 135:13, 136:9, 138:9, 151:20, 151:23, 151:25, 152:11, 152:14
**monitor** [1] - 60:15
**Monitoring** [1] - 150:21
**monitoring** [2] - 155:6, 155:9
**month** [18] - 26:11, 61:14, 61:18, 61:20, 61:21, 61:24, 62:4, 62:6, 62:10, 99:25, 100:4, 108:10, 113:22, 115:5, 125:7, 131:15, 131:24, 139:21
**month's** [1] - 112:4
**monthly** [3] - 61:14, 163:1, 163:5
**months** [16] - 22:18,

22:19, 23:23, 33:2, 39:9, 59:9, 59:10, 61:7, 62:2, 62:15, 82:20, 123:7, 131:6, 147:21
**morning** [30] - 4:2, 8:23, 8:24, 9:13, 9:14, 11:8, 11:12, 17:11, 29:25, 32:24, 40:11, 41:7, 42:11, 42:12, 71:20, 87:11, 94:21, 110:18, 111:4, 121:21, 131:2, 131:18, 137:22, 139:7, 139:9, 140:6, 143:25, 166:25, 167:24, 167:25
**mornings** [2] - 40:13, 40:16
**morphine** [3] - 53:9, 56:11, 97:1
**most** [7] - 7:20, 94:6, 99:1, 117:3, 131:18, 145:15, 161:23
**Most** [1] - 140:1
**mostly** [1] - 10:20
**mother** [7] - 12:11, 13:15, 17:15, 18:14, 18:17, 127:13, 140:23
**mothers** [1] - 134:25
**motion** [1] - 121:25
**Mount** [3] - 68:25, 97:2, 98:22
**move** [17] - 15:8, 46:25, 47:11, 47:22, 48:10, 49:15, 50:8, 51:15, 54:9, 54:25, 55:17, 56:6, 56:21, 57:14, 58:18, 59:24, 60:9, 63:12, 67:21, 71:16, 71:25, 85:15, 87:20, 93:1, 102:8, 103:4, 146:6
**moved** [5] - 20:21, 51:19, 72:11, 75:2, 120:13
**moving** [2] - 13:11, 167:3
**MR** [391] - 2:3, 2:4, 2:5, 2:5, 2:6, 2:6, 2:7, 2:8, 2:8, 4:4, 4:6, 5:3, 5:5, 5:10, 5:19, 5:22, 6:7, 9:1, 9:12, 13:17, 13:19, 14:7, 14:8, 14:19, 14:22, 15:7, 15:11, 15:12, 15:15, 15:7, 17:10, 18:4, 18:7, 18:15, 18:19, 18:24, 19:1, 19:11, 19:13, 19:15, 19:18,

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(276) 207-7 8 -Filed*

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 182 of 192   Pageid#: 10116

20:5, 31:18, 31:21,
32:18, 32:21, 32:23,
39:6, 39:7, 39:15,
39:18, 39:20, 40:22,
40:24, 41:2, 41:11,
41:12, 41:23, 42:10,
46:6, 46:8, 46:16,
46:17, 46:25, 47:4,
47:5, 47:11, 47:15,
47:17, 47:22, 48:1,
48:3, 48:10, 48:14,
48:17, 49:3, 49:5,
49:15, 49:19, 49:20,
50:8, 50:12, 50:13,
51:14, 51:18, 51:23,
53:24, 54:1, 54:7,
54:13, 54:18, 54:20,
54:25, 55:4, 55:7,
55:11, 55:12, 55:17,
55:21, 55:25, 56:1,
56:6, 56:10, 56:15,
56:16, 56:21, 56:24,
57:1, 57:7, 57:9,
57:14, 57:18, 58:11,
58:12, 58:17, 58:23,
59:1, 59:14, 59:24,
60:2, 60:3, 60:8,
60:16, 60:19, 60:20,
60:24, 60:25, 61:13,
62:24, 63:2, 63:4,
63:5, 63:12, 63:16,
65:4, 65:8, 65:9,
65:18, 65:19, 66:10,
66:13, 66:14, 67:5,
67:8, 67:20, 68:1,
71:16, 71:22, 72:9,
72:21, 72:22, 75:14,
75:16, 75:19, 75:21,
77:20, 77:21, 79:8,
79:16, 80:7, 80:10,
81:1, 81:2, 81:25,
82:2, 83:10, 83:13,
83:20, 85:15, 85:19,
86:1, 87:14, 87:16,
87:20, 87:24, 88:2,
89:22, 89:23, 91:6,
91:7, 92:3, 92:4,
92:22, 92:24, 93:14,
93:16, 93:20, 93:23,
94:5, 94:8, 95:11,
95:14, 96:6, 96:7,
97:7, 97:9, 98:6, 98:7,
98:15, 98:17, 99:2,
99:3, 99:11, 99:12,
100:14, 100:16,
101:23, 102:6,
102:11, 102:13,
102:17, 102:25,
103:18, 103:20,
103:22, 103:23,
104:23, 105:1,

105:10, 105:11,
105:23, 106:1, 106:7,
106:10, 106:11,
106:20, 106:22,
107:14, 107:17,
108:1, 108:2, 108:15,
108:17, 109:8,
109:11, 110:14,
110:16, 111:7,
111:10, 112:11,
112:13, 112:22,
112:23, 113:2, 113:5,
113:25, 114:2,
115:14, 115:16,
117:3, 117:13,
117:19, 118:13,
118:14, 118:22,
118:25, 119:25,
120:10, 120:11,
121:5, 121:10,
121:13, 121:18,
122:2, 122:8, 122:10,
122:23, 123:1,
123:12, 123:15,
124:4, 124:9, 125:15,
125:16, 126:6,
126:10, 126:25,
127:4, 127:23, 128:1,
128:6, 128:7, 129:1,
129:3, 129:10,
129:12, 130:6, 130:8,
130:24, 130:25,
132:2, 132:3, 132:25,
133:1, 133:5, 133:6,
133:9, 133:11,
133:17, 133:18,
133:24, 133:25,
134:7, 134:8, 135:7,
135:8, 135:23,
135:24, 136:13,
136:14, 137:5, 137:8,
137:17, 137:19,
138:20, 138:21,
139:5, 139:6, 139:18,
139:19, 140:8, 140:9,
141:1, 141:2, 141:12,
141:13, 141:19,
141:23, 142:14,
142:16, 143:20,
144:3, 144:7, 144:8,
144:16, 144:17,
144:24, 145:1, 146:4,
146:11, 146:13,
146:22, 146:24,
147:4, 147:5, 147:11,
147:12, 147:17,
147:18, 148:8,
148:10, 148:21,
148:24, 149:3, 151:7,
152:8, 152:22, 157:6,
157:10, 157:11,

157:15, 157:20,
157:21, 158:2, 158:5,
158:6, 158:14,
158:21, 159:3, 159:6,
159:9, 159:10,
160:22, 161:4, 161:9,
161:11, 162:7, 162:9,
164:3, 164:6, 164:10,
164:13, 164:15,
164:17, 164:19,
165:1, 165:16,
165:22, 166:6,
166:10, 168:6
**mri** [1] - 96:23
**MRI** [1] - 125:14
**MS** [4] - 64:23, 65:7,
65:14, 102:25
**mscontin** [1] - 131:3
**MSContin** [1] -
131:20
**Mullins** [2] - 91:22,
91:24
**multiple** [3] - 50:5,
86:9, 150:3
**municipal** [1] - 43:6
**must** [2] - 41:16,
131:24

# N

**naive** [1] - 6:1
**name** [24] - 9:16,
9:18, 11:5, 13:20,
15:20, 16:7, 17:21,
22:4, 22:23, 22:25,
34:22, 42:14, 63:25,
64:4, 64:14, 71:3,
81:7, 88:13, 90:20,
95:20, 95:21, 118:17,
150:24, 153:19
**named** [6] - 11:4,
70:24, 72:24, 74:21,
119:10, 161:1
**names** [14] - 36:14,
36:17, 88:16, 92:5,
92:6, 103:7, 103:8,
106:14, 108:4, 114:7,
114:19, 119:16,
122:20, 142:18
**narcotics** [1] - 156:1
**narrow** [1] - 79:22
**Nasser** [1] - 130:16
**National** [1] - 10:16
**neabor** [1] - 136:17
**necessary** [3] - 4:16,
41:15, 114:11
**necessity** [1] -
120:23
**Need** [1] - 113:23
**need** [46] - 4:3, 4:8,
4:11, 6:3, 7:8, 7:17,

7:25, 8:3, 8:15, 8:19,
31:25, 41:19, 61:2,
87:12, 89:12, 91:21,
91:24, 96:20, 101:11,
101:23, 102:23,
107:15, 111:22,
114:10, 115:1, 120:5,
121:25, 125:17,
129:18, 132:19,
134:16, 134:20,
134:25, 135:19,
135:20, 136:2,
142:18, 147:6, 148:2,
150:16, 151:1, 151:4,
159:16, 166:16,
166:21
**needed** [2] - 21:19,
33:10
**needing** [1] - 141:5
**needs** [5] - 8:15,
41:20, 90:8, 113:18,
143:11
**Neil** [3] - 132:8,
133:3, 133:12
**nerve** [1] - 51:12
**never** [6] - 30:16,
78:21, 110:8, 124:11,
126:16
**new** [16] - 4:18, 38:3,
91:1, 91:12, 92:1,
92:9, 93:9, 93:13,
95:17, 96:5, 118:16,
125:25, 129:18,
144:13, 145:15,
145:23
**New** [1] - 69:13
**news** [3] - 99:22,
99:23, 167:5
**next** [70] - 8:25,
19:17, 41:21, 61:24,
62:2, 75:7, 76:2,
76:10, 76:14, 77:20,
77:22, 78:10, 79:8,
79:12, 79:13, 89:22,
89:25, 90:7, 90:14,
91:6, 91:21, 92:3,
92:22, 95:11, 96:23,
98:15, 99:2, 100:4,
100:25, 101:4, 102:6,
105:10, 106:20,
107:25, 108:1,
109:19, 109:20,
110:14, 113:2,
115:14, 115:19,
115:20, 117:3,
117:20, 118:22,
121:17, 125:15,
126:25, 128:4,
131:24, 133:12,
134:17, 136:5,

136:13, 136:17,
137:5, 139:5, 139:13,
139:18, 140:21,
141:19, 142:14,
143:20, 143:24,
160:14, 166:22,
166:23, 167:1, 167:6
**Next** [1] - 132:22
**Niel** [6] - 132:18,
136:2, 136:10,
136:25, 147:6, 147:9
**night** [6] - 18:3,
26:19, 94:4, 107:24,
119:3, 132:23
**nighted** [1] - 98:23
**ninth** [2] - 16:24,
122:13
**noises** [1] - 34:15
**non** [5] - 13:8, 13:10,
52:14, 52:19
**non-controlled** [2] -
52:14, 52:19
**non-responsive** [3] -
13:8, 13:10
**noon** [1] - 91:25
**normally** [3] - 41:6,
86:6, 109:15
**North** [4] - 49:1,
129:5, 134:4, 144:21
**north** [1] - 117:22
**NOT** [1] - 115:23
**notate** [1] - 52:9
**notates** [2] - 76:2,
76:10
**notation** [4] - 76:18,
88:13, 91:18, 160:13
**notations** [1] - 67:17
**note** [10] - 67:13,
82:6, 83:2, 84:8,
84:11, 84:15, 84:18,
84:19, 85:3, 85:6
**noted** [1] - 102:19
**notes** [1] - 6:6
**nothing** [11] - 9:5,
18:8, 18:9, 19:13,
19:23, 42:3, 72:4,
93:18, 165:2, 165:10,
168:8
**notice** [1] - 166:4
**notified** [1] - 74:2
**noting** [1] - 75:24
**November** [16] -
82:13, 82:15, 84:13,
84:20, 97:5, 113:7,
123:23, 134:9, 135:9,
135:25, 136:15,
136:16, 137:20,
138:22, 147:1
**now..** [1] - 111:3
**number** [36] - 51:25,

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
(276) 628-5116

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 183 of 192   Pageid#: 10117

52:13, 52:19, 52:24, 61:17, 62:2, 65:1, 68:21, 75:24, 85:4, 87:1, 88:10, 88:20, 90:20, 98:4, 98:5, 99:1, 103:6, 105:8, 107:2, 107:3, 107:5, 107:6, 116:8, 116:9, 116:13, 116:14, 123:7, 124:15, 141:9, 145:24, 146:1

**numbers** [5] - 84:23, 85:1, 85:5, 105:18, 109:5

**nursing** [1] - 98:13

# O

**oath** [1] - 24:16
**object** [2] - 46:12, 83:11
**objection** [18] - 15:11, 18:4, 18:5, 18:15, 18:16, 55:3, 59:20, 83:19, 157:6, 157:15, 158:2, 158:4, 158:14, 158:20, 159:2, 159:4, 164:10, 164:14
**obligations** [1] - 167:6
**obtain** [3] - 58:14, 70:5, 71:8
**obtaining** [1] - 74:13
**obvious** [1] - 151:19
**obviously** [3] - 7:13, 62:2, 111:5
**occasion** [1] - 157:5
**occasions** [1] - 69:24
**occupations** [1] - 10:14
**occurred** [4] - 45:21, 70:20, 82:9, 124:2
**occurring** [1] - 104:9
**October** [10] - 126:11, 128:9, 129:8, 129:13, 131:1, 132:4, 133:3, 134:2, 146:19, 148:16
**OD** [3] - 119:3, 119:7, 122:17
**ODed** [1] - 119:11
**OF** [4] - 1:3, 1:5, 1:11, 2:11
**offered** [4] - 22:8, 23:17, 23:25, 24:1
**office** [37] - 2:13, 7:22, 10:9, 22:21, 24:7, 24:11, 27:22, 28:15, 32:3, 32:10,

37:9, 37:11, 37:14, 40:10, 42:23, 44:20, 44:22, 46:24, 47:20, 47:21, 69:22, 79:1, 82:18, 82:24, 97:18, 114:20, 119:2, 122:16, 127:20, 139:17, 140:20, 142:5, 155:8, 161:24, 165:25

**Office** [5] - 1:20, 1:23, 9:17, 9:23, 11:8
**office-office** [1] - 37:14
**Officer** [1] - 17:11
**officer** [4] - 43:2, 43:4, 43:6, 74:1
**official** [1] - 44:13
**often** [1] - 153:16
**Ohio** [2] - 40:6, 69:13
**oil** [1] - 49:25
**ok..** [1] - 144:5
**okie** [1] - 138:2
**Olde** [1] - 65:15
**older** [1] - 17:19
**Older** [1] - 145:15
**ON** [1] - 2:11
**on-site** [2] - 34:25, 35:2
**once** [9] - 11:21, 26:1, 26:3, 28:13, 34:20, 42:24, 107:11, 129:17
**one** [63] - 6:24, 7:14, 8:7, 21:10, 21:13, 27:9, 28:17, 31:18, 35:5, 38:23, 39:4, 43:13, 43:15, 45:9, 45:19, 48:9, 50:5, 52:16, 53:7, 57:10, 62:4, 65:20, 72:10, 79:13, 79:20, 81:11, 82:9, 91:1, 91:2, 91:4, 94:24, 94:25, 95:16, 95:18, 100:10, 100:21, 111:6, 112:6, 117:25, 118:2, 120:2, 120:6, 120:15, 126:6, 127:6, 133:19, 136:8, 136:23, 137:18, 138:9, 141:16, 142:2, 143:21, 146:23, 147:21, 153:12, 156:13, 156:23, 160:18, 160:20, 160:25, 162:15, 163:15
**ones** [7] - 35:3, 38:15, 77:10, 114:23, 114:24, 119:13

**oOo** [1] - 3:15
**Ooooooohhhh** [1] - 110:6
**op** [1] - 140:4
**OP** [2] - 127:5, 140:1
**opana** [1] - 131:21, 137:22, 138:23, 139:1
**opanas** [1] - 118:1
**open** [9] - 8:1, 29:7, 81:17, 88:22, 88:25, 124:18, 126:13, 126:16, 127:20
**opened** [4] - 61:21, 61:23, 99:21, 100:1
**opening** [1] - 91:2
**operating** [1] - 59:10
**operation** [2] - 162:17, 162:23
**operations** [1] - 83:23
**opiates** [1] - 123:22
**opine** [2] - 158:24, 158:25
**opinion** [2] - 4:22, 5:24
**opportunity** [1] - 24:4
**orange** [1] - 57:24
**orange-red** [1] - 57:24
**order** [7] - 23:24, 50:2, 59:3, 86:14, 86:15, 124:24, 152:13
**order/wire** [1] - 136:9
**ordered** [1] - 135:2
**orders** [2] - 115:2, 115:6
**original** [1] - 42:22
**Os** [1] - 117:16
**otha** [1] - 139:13
**otherwise** [2] - 7:7, 162:3
**ou** [1] - 107:21
**ought** [3] - 6:25, 7:10, 7:15
**outgoing** [1] - 76:6
**outright** [1] - 161:25
**outside** [3] - 34:14, 44:8, 165:19
**outsmart** [1] - 112:1
**outstanding** [1] - 140:7
**Outstanding** [3] - 95:5, 115:22, 116:16
**over-the-counter** [1] - 52:20
**overdoses** [1] - 10:24
**overnight** [2] - 99:5,

101:17
**overrule** [6] - 18:5, 18:16, 83:19, 158:19, 159:2, 159:3
**owe** [5] - 78:23, 111:13, 135:13, 151:20, 151:23
**owed** [4] - 136:10, 144:13, 147:9, 152:1
**owing** [1] - 152:11
**own** [7] - 7:10, 7:25, 21:11, 29:17, 29:20, 83:13, 167:18
**oxy** [1] - 108:25
**oxyco** [1] - 96:25
**oxycodone** [8] - 13:23, 14:9, 19:2, 19:6, 53:3, 133:13, 155:22, 155:24
**oxycodones** [1] - 96:25
**OxyContin** [2] - 155:18, 155:23
**oxygen** [1] - 136:1
**oxymorphone** [15] - 19:3, 19:7, 53:5, 54:15, 55:9, 55:23, 57:19, 116:7, 126:4, 133:7, 143:7, 143:13, 155:17, 155:24, 157:2
**OXymorphone** [1] - 127:12

# P

**p.m** [6] - 72:7, 120:7, 120:8, 165:12, 165:13, 168:10
**P.O** [1] - 1:23
**package** [5] - 29:5, 73:12, 73:13, 74:6, 128:20
**Package** [1] - 128:22
**packaged** [2] - 50:21, 58:7
**packages** [1] - 157:3
**packaging** [1] - 52:9
**packed** [2] - 96:25, 166:9
**packets** [2] - 156:25, 157:4
**PAGE** [1] - 2:2
**page** [113] - 15:18, 16:2, 16:10, 24:23, 63:6, 63:17, 63:23, 77:20, 79:8, 79:9, 79:10, 79:12, 80:8, 80:11, 85:20, 86:8, 87:25, 89:22, 91:6, 92:3, 92:22, 93:20,

94:5, 94:6, 94:7, 95:11, 96:6, 97:7, 99:11, 100:14, 102:13, 103:18, 104:23, 105:6, 105:10, 105:23, 105:24, 106:20, 106:23, 107:14, 107:15, 108:1, 108:15, 109:8, 109:9, 110:14, 110:15, 111:7, 112:11, 113:2, 113:3, 113:25, 114:1, 115:14, 115:15, 117:3, 117:4, 117:13, 118:13, 118:22, 122:24, 123:12, 123:14, 123:16, 124:7, 125:15, 126:7, 126:9, 126:25, 127:2, 127:23, 128:6, 129:1, 129:11, 130:7, 130:24, 132:2, 132:25, 133:5, 133:24, 134:7, 135:7, 135:23, 136:13, 137:5, 137:17, 137:18, 138:20, 139:5, 139:18, 140:8, 141:1, 141:12, 141:19, 141:20, 142:14, 142:15, 143:20, 144:7, 144:16, 144:24, 146:11, 146:22, 146:23, 147:4, 147:11, 147:17, 148:9
**paid** [7] - 26:7, 82:20, 112:4, 112:6, 135:11, 135:20, 135:22
**pain** [1] - 108:25
**paper** [9] - 4:6, 51:5, 66:2, 66:3, 66:6, 108:11, 108:13, 113:10
**papers** [5] - 4:9, 4:17, 10:21, 51:7, 82:22
**paperwork** [9] - 24:10, 24:20, 25:2, 25:4, 25:5, 25:18, 52:9, 67:18, 125:22
**paragraph** [1] - 161:16
**parents** [1] - 21:8
**Parral** [2] - 22:5, 22:6
**part** [9] - 13:6, 14:16, 18:22, 82:12, 84:12, 88:3, 112:22, 126:8,

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 638-7118

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 184 of 192   Pageid#: 10118

129:2
**partial** [1] - 85:4
**particular** [2] - 75:23, 150:17
**parties** [3] - 150:12, 154:16, 167:14
**party** [1] - 76:21
**pass** [6] - 31:14, 34:16, 35:7, 36:1, 36:3, 36:5
**passed** [1] - 119:12
**past** [2] - 108:9, 113:21
**patient** [36] - 27:3, 27:7, 30:13, 30:16, 63:9, 63:23, 65:12, 69:16, 71:4, 72:24, 74:21, 80:11, 80:20, 85:14, 91:12, 91:16, 91:22, 94:25, 95:17, 96:5, 103:5, 105:21, 111:15, 111:18, 119:22, 123:5, 123:10, 123:17, 145:16, 146:8, 150:3, 150:17, 160:13, 162:2, 162:6, 163:17
**patient's** [1] - 64:14
**patients** [39] - 28:5, 28:10, 30:22, 37:4, 37:5, 37:22, 38:2, 38:3, 38:25, 40:3, 40:17, 41:3, 41:8, 62:21, 67:18, 68:4, 68:11, 68:22, 68:25, 69:6, 95:1, 103:5, 103:7, 103:8, 105:8, 105:16, 106:5, 118:16, 119:18, 119:20, 122:20, 125:6, 140:20, 151:20, 158:13, 162:25, 163:5, 163:21
**patients'** [1] - 62:19
**Patrick** [5] - 41:23, 42:14, 81:8, 81:9, 81:10
**PATRICK** [2] - 2:7, 42:6
**patrol** [2] - 10:20, 11:11
**patron** [1] - 24:2
**pats** [1] - 131:9
**pattern** [1] - 125:5
**Paula** [3] - 119:1, 119:7, 122:15
**pay** [17] - 26:20, 26:21, 26:25, 27:14, 27:16, 28:5, 28:6, 29:16, 33:10, 100:2,

108:12, 124:14, 131:10, 141:6, 142:22, 146:21, 152:14
**paying** [2] - 135:15, 137:10
**payment** [7] - 26:13, 27:4, 27:6, 33:13, 131:5, 135:11, 141:10
**payments** [2] - 27:19, 107:22
**PC** [1] - 162:6
**peckers** [1] - 132:1
**peeps** [1] - 135:12
**Pennington** [1] - 1:24
**people** [21] - 8:11, 12:13, 23:6, 31:10, 35:7, 36:9, 44:13, 58:7, 103:25, 115:4, 119:6, 119:15, 135:14, 137:16, 138:5, 150:13, 152:11, 152:13, 163:25, 164:1, 167:11
**per** [1] - 129:22
**perfect** [1] - 115:13
**perfectly** [2] - 7:11, 8:2
**period** [1] - 160:14
**periods** [1] - 164:21
**permission** [1] - 15:13
**permit** [1] - 167:7
**person** [11] - 38:14, 64:10, 73:21, 78:10, 84:1, 88:13, 92:7, 92:8, 92:16, 111:15, 160:15
**personal** [1] - 83:14
**persons** [1] - 45:15
**Peter** [14] - 22:22, 22:23, 23:2, 24:9, 26:1, 26:3, 26:9, 26:10, 32:13, 32:14, 37:16, 39:8, 39:11, 39:12
**PH** [1] - 103:1
**Pharm** [1] - 130:16
**pharm** [2] - 139:1, 158:12
**pharmaceutical** [2] - 44:15, 156:4
**pharmaceuticals** [1] - 149:14
**pharmacies** [9] - 44:17, 62:20, 67:16, 68:10, 68:11, 118:4, 150:3, 150:9, 150:23
**pharmacists** [2] -

44:11, 151:2
**Pharmacy** [7] - 2:22, 65:16, 68:17, 117:23, 130:14, 134:16, 135:2
**pharmacy** [8] - 63:10, 64:4, 64:6, 70:19, 129:18, 130:15, 130:17
**Pharmist** [1] - 137:22
**phone** [60] - 71:10, 76:6, 76:20, 85:10, 86:12, 87:18, 88:10, 88:17, 88:19, 90:5, 90:7, 90:17, 90:25, 91:4, 91:8, 91:13, 91:16, 91:20, 92:5, 92:15, 92:18, 92:25, 93:7, 93:24, 94:3, 94:9, 94:12, 94:16, 94:20, 94:22, 95:3, 95:8, 95:15, 95:16, 95:21, 96:12, 96:19, 97:17, 98:21, 99:5, 99:10, 99:13, 100:23, 101:10, 101:13, 101:16, 101:21, 102:7, 103:24, 107:2, 107:5, 113:13, 116:8, 116:9, 117:17, 146:7, 163:22, 163:25, 164:2
**phones** [2] - 71:10, 86:10
**Photo** [8] - 2:12, 2:13, 2:13, 2:14, 2:14, 2:15, 2:16, 2:20
**photo** [2] - 48:7, 104:9
**photographs** [3] - 14:17, 41:20, 104:12
**Photos** [1] - 2:11
**physician** [1] - 160:16
**physicians** [1] - 44:11
**pick** [6] - 107:8, 107:12, 111:25, 112:9, 141:6, 162:18
**picked** [1] - 113:8
**picking** [1] - 137:21
**Pics** [1] - 109:17
**picture** [25] - 15:18, 16:6, 16:10, 16:11, 16:13, 16:18, 16:20, 16:22, 16:24, 17:1, 17:3, 17:5, 46:18, 47:6, 47:18, 49:21, 50:14, 57:10, 105:2, 105:12, 112:14, 133:2, 144:11, 155:14

**pictured** [1] - 144:14
**pictures** [4] - 15:3, 15:16, 46:6, 46:12
**Pikeville** [1] - 110:23
**pile** [1] - 52:5
**pill** [9] - 2:12, 36:4, 38:22, 38:25, 53:7, 109:5, 109:6, 154:2, 156:11
**pills** [35] - 2:16, 2:20, 49:12, 50:1, 50:5, 50:23, 51:7, 51:24, 52:1, 52:23, 52:24, 53:1, 53:3, 53:5, 53:9, 54:22, 55:14, 57:6, 57:11, 57:23, 57:24, 65:1, 65:15, 109:3, 133:19, 155:18, 155:23, 155:25, 156:3, 156:4, 156:19, 156:24, 157:14, 157:19, 157:23
**pilot** [1] - 125:5
**pin** [1] - 68:12
**pins** [3] - 68:3, 68:7, 68:10
**Pinsonfork** [1] - 112:17
**place** [1] - 127:6
**places** [1] - 40:4
**Plaintiff** [1] - 1:6
**PLAINTIFF** [1] - 2:11
**plan** [2] - 139:15, 168:4
**plane** [1] - 120:18
**planning** [1] - 144:1
**Planning** [1] - 99:7
**plans** [1] - 131:5
**plastic** [1] - 58:3
**plate** [1] - 85:5
**play** [1] - 160:5
**PLC** [1] - 1:23
**plenty** [1] - 139:2
**Plus** [1] - 136:10, 144:13, 147:9
**plus** [5] - 99:19, 111:13, 115:12, 135:5, 144:13
**PMP** [3] - 149:14, 149:17, 150:2
**Poca** [3] - 109:22, 109:25, 110:5
**pockets** [1] - 34:2
**Poco** [1] - 109:19
**poco** [2] - 110:3, 110:8
**point** [11] - 5:4, 7:5, 11:12, 15:7, 34:21, 34:22, 60:25, 68:2, 83:11, 142:4, 155:1

**pointing** [1] - 60:21
**Police** [2] - 74:1, 82:18
**police** [4] - 43:4, 43:6, 43:7, 73:11
**policy** [1] - 145:17
**populated** [1] - 88:16
**portion** [6] - 54:8, 85:22, 93:21, 95:12, 107:15, 108:16
**position** [5] - 4:12, 8:11, 45:18, 160:15, 167:17
**possibility** [1] - 31:13
**possible** [6] - 92:19, 137:11, 154:14, 163:24, 164:1, 166:1
**possibly** [1] - 156:20
**post** [2] - 112:5, 127:20
**postal** [1] - 70:7
**potentially** [1] - 65:20, 66:4, 85:6
**poured** [1] - 50:1
**powder** [1] - 156:14
**powdery** [1] - 52:17
**practice** [13] - 67:16, 80:18, 81:17, 82:9, 82:16, 120:24, 151:14, 152:23, 154:24, 155:5, 162:3, 162:5, 164:24
**practiced** [2] - 151:11, 151:13
**practitioner** [3] - 149:17, 159:22, 159:25
**practitioners** [5] - 44:18, 150:23, 151:1, 151:2, 151:4
**preparation** [2] - 66:25, 67:10
**prepare** [1] - 59:12
**prepared** [2] - 62:18, 67:9
**preparing** [1] - 50:16
**prescribed** [7] - 18:13, 18:17, 63:10, 64:2, 64:4, 64:22, 65:2
**Prescription** [1] - 150:21
**prescription** [26] - 15:25, 64:2, 64:3, 64:5, 64:11, 64:18, 64:19, 64:20, 65:13, 65:14, 65:15, 65:24, 66:15, 96:22, 108:25, 118:3, 118:6, 133:2,

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 637-3728

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 185 of 192   Pageid#: 10119

133:7, 133:12, 159:13, 163:11, 163:12, 163:13, 164:23

**prescriptions** [30] - 62:19, 62:21, 63:8, 65:22, 66:1, 66:23, 67:17, 70:5, 70:14, 73:4, 74:13, 74:14, 75:4, 75:10, 77:7, 148:11, 148:15, 148:16, 150:8, 150:9, 152:14, 152:20, 159:14, 160:9, 160:12, 160:13, 160:17, 162:17, 163:8, 164:21

**presence** [6] - 8:22, 56:11, 57:2, 72:18, 122:5, 166:11

**present** [3] - 17:17, 66:23, 121:19

**preside** [1] - 166:20

**PRESIDING** [1] - 1:11

**presumably** [5] - 78:17, 109:4, 153:25, 154:1, 154:3

**presume** [1] - 52:18

**presumed** [3] - 52:6, 52:8, 156:14

**pretty** [7] - 24:8, 45:4, 45:6, 66:18, 151:19, 163:1, 167:3

**prevent** [1] - 66:22

**previous** [3] - 49:24, 105:3, 105:6

**previously** [3] - 24:16, 62:8, 66:12

**primarily** [1] - 37:4

**primary** [1] - 45:14

**Priority** [1] - 61:15

**priority** [1] - 98:25

**Pritt** [8] - 105:15, 108:21, 114:15, 116:4, 127:13, 134:25, 143:14, 143:15

**pritt** [1] - 110:4

**problem** [4] - 78:11, 90:24, 131:19, 142:11

**procedure** [1] - 37:2

**procedures** [3] - 13:7, 25:21, 152:24

**proceed** [2] - 72:8, 122:7

**proceedings** [1] - 6:1

**Proceedings** [14] - 1:25, 4:1, 8:22, 72:3,

72:6, 72:18, 120:3, 120:7, 122:5, 165:9, 165:12, 166:11, 168:2, 168:10

**process** [5] - 34:11, 44:1, 50:2, 71:14, 107:9

**processing** [1] - 67:2

**produced** [1] - 81:12

**profession** [2] - 25:12, 25:15

**professional** [3] - 7:17, 120:23, 164:24

**Professions** [1] - 150:6

**Program** [1] - 150:21

**prolly** [1] - 113:12

**proper** [3] - 4:24, 6:19, 6:20

**properly** [1] - 52:10

**protected** [1] - 66:1

**provide** [5] - 43:20, 59:3, 69:25, 151:25, 152:11

**provided** [10] - 58:17, 71:13, 148:12, 152:19, 157:25, 160:12, 160:22, 162:1, 162:11, 163:17

**providers** [1] - 44:11

**provides** [6] - 87:1, 98:4, 116:8, 116:9, 145:12, 145:19

**providing** [2] - 149:10, 162:4

**pt** [2] - 94:2, 127:8

**pt's** [2] - 98:1, 129:22

**public** [2] - 74:16, 74:17

**publish** [1] - 15:13

**pull** [21] - 13:17, 46:9, 47:15, 48:14, 49:3, 53:24, 54:18, 55:11, 57:7, 59:17, 66:10, 67:5, 75:14, 85:19, 85:21, 87:14, 102:13, 122:23, 134:20, 146:11, 148:8

**pulled** [1] - 94:3

**puppy** [1] - 132:1

**purpose** [1] - 164:24

**pursue** [1] - 18:22

**put** [18] - 8:4, 14:19, 28:11, 28:14, 29:14, 34:22, 36:4, 60:2, 61:10, 74:15, 93:3, 100:7, 111:24, 123:2, 152:25, 156:24, 160:1, 161:4

## Q

**qualifications** [1] - 83:12

**quality** [2] - 66:7

**quantities** [1] - 109:1

**quantity** [5] - 58:8, 64:3, 65:1, 65:14

**queries** [1] - 150:24

**query** [1] - 149:21

**questioned** [2] - 73:12, 73:16

**questioning** [2] - 74:9, 85:5

**questions** [16] - 6:19, 6:22, 8:16, 17:8, 19:11, 32:18, 39:16, 40:22, 41:11, 71:20, 81:12, 138:3, 148:24, 164:15, 164:20, 165:1

**quicker** [3] - 120:13, 120:15, 167:4

**quickly** [2] - 131:19, 167:4

**quit** [1] - 5:14

**quite** [1] - 7:19

**quote** [1] - 163:18

**quotes** [1] - 83:3

## R

**Rabi** [1] - 118:5

**Rachel** [1] - 137:21

**raise** [3] - 9:2, 19:20, 41:25

**raised** [1] - 116:6

**Raleigh** [8] - 9:16, 9:23, 9:24, 10:1, 10:10, 10:19, 11:7, 12:4

**ramifications** [1] - 7:4

**Ramseyer** [2] - 1:18, 165:14

**RAMSEYER** [8] - 5:3, 120:11, 121:5, 121:10, 121:13, 165:16, 165:22, 166:6

**Randall** [1] - 1:18

**range** [1] - 10:22

**ranitidine** [2] - 156:5, 156:6

**raw** [2] - 43:25, 44:16

**RB** [2] - 64:11, 65:11

**RB-2** [2] - 80:8, 161:12

**RD** [1] - 103:1

**read** [18] - 24:24, 77:10, 86:19, 86:20, 96:16, 100:19, 100:20, 101:10,

101:14, 102:21, 103:24, 112:21, 114:10, 145:24, 146:1, 161:16, 161:20

**reading** [4] - 65:11, 96:15, 99:4, 99:16

**reads** [5] - 78:14, 80:6, 97:4, 98:23, 141:4

**ready** [7] - 8:24, 72:8, 72:19, 120:9, 122:6, 124:25, 165:21

**real** [2] - 126:22, 142:2

**really** [16] - 15:21, 28:1, 28:2, 31:10, 35:5, 36:6, 37:11, 37:14, 79:21, 100:3, 100:5, 117:24, 131:22, 134:12, 153:2, 160:4

**reason** [8] - 8:12, 60:16, 66:21, 86:10, 86:13, 89:4, 96:24, 166:1

**reasons** [1] - 86:11

**Rebecca** [10] - 69:5, 105:15, 108:21, 110:4, 114:15, 116:4, 127:13, 134:25, 143:14

**receipt** [2] - 28:23, 112:16, 129:4, 134:1, 144:11, 144:18, 145:8

**receipts** [3] - 26:2, 27:19, 28:23

**receive** [10] - 11:19, 17:22, 26:13, 27:19, 53:21, 73:4, 77:6, 99:18, 115:7, 128:12

**received** [32] - 15:10, 47:3, 47:14, 47:25, 48:13, 49:18, 50:11, 51:22, 54:12, 55:6, 55:20, 56:9, 56:25, 57:17, 58:22, 58:25, 60:1, 60:6, 60:13, 61:6, 63:15, 64:10, 70:14, 72:14, 73:11, 73:13, 75:4, 76:11, 85:18, 87:23, 102:12, 146:10

**RECEIVED** [1] - 2:10

**receiving** [1] - 123:22

**recent** [2] - 39:9, 161:23

**reception** [4] - 37:15, 47:20, 155:7, 155:8

**receptionist** [2] -

26:1, 26:3

**recess** [6] - 71:21, 71:24, 72:5, 120:6, 165:11, 168:9

**recipient** [1] - 112:18

**recognize** [2] - 14:25, 119:16

**recollection** [2] - 25:1, 74:12

**record** [4] - 5:1, 74:16, 84:1, 161:25

**recording** [2] - 84:5, 84:6

**records** [13] - 2:20, 2:21, 54:6, 58:14, 58:20, 59:2, 60:6, 81:22, 124:13, 135:10, 153:18, 163:4, 163:6

**RECROSS** [2] - 2:6, 41:1

**RECROSS-EXAMINATION** [2] - 2:6, 41:1

**rectify** [1] - 60:19

**red** [3] - 57:24, 68:10, 68:12

**REDIRECT** [4] - 2:6, 2:8, 39:19, 164:18

**refer** [1] - 158:22

**reference** [1] - 146:8

**referenced** [1] - 64:11

**references** [2] - 65:1, 76:17

**referred** [2] - 82:18, 84:3

**referring** [1] - 133:21, 161:12

**refill** [1] - 160:2

**refilled** [1] - 159:24

**refills** [1] - 160:2

**reflux** [2] - 156:8, 156:9

**refresh** [1] - 25:1

**reg** [1] - 110:5

**regard** [1] - 8:16

**regarding** [3] - 2:23, 25:15, 157:13

**regardless** [1] - 164:22

**registrants** [1] - 150:22

**registration** [1] - 44:14

**regular** [1] - 97:3

**regulars** [1] - 110:3

**regulation** [3] - 158:21, 159:22, 160:4

**regulations** [5] -

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(276) 237-8 Filed*

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 186 of 192   Pageid#: 10120

43:23, 158:24, 159:17, 164:22, 164:25

**related** [2] - 73:16, 82:23

**relation** [1] - 37:9, 37:18

**relationship** [2] - 39:13, 149:7

**rely** [1] - 109:25

**remember** [39] - 12:2, 12:3, 17:19, 17:21, 22:13, 22:18, 24:12, 24:13, 24:16, 25:7, 26:8, 27:9, 27:21, 28:17, 29:8, 32:4, 32:5, 32:9, 32:11, 33:3, 34:1, 35:4, 36:15, 48:22, 51:1, 51:14, 52:16, 61:22, 62:14, 62:16, 70:14, 70:20, 70:22, 82:5, 95:25, 106:24, 122:11, 139:16

**Remember** [1] - 138:23

**remind** [3] - 129:19, 167:6, 167:19

**removed** [2] - 4:9, 138:6

**renewal** [1] - 152:14

**renovations** [1] - 142:5

**rent** [1] - 82:19

**repeat** [2] - 107:8, 159:7

**repeated** [1] - 162:4

**replace** [1] - 137:23

**replied** [1] - 147:8

**replies** [7] - 87:3, 89:8, 89:20, 95:19, 97:20, 110:6, 115:8

**reply** [3] - 88:24, 98:25, 99:7

**report** [12] - 2:17, 2:18, 2:18, 2:19, 2:19, 54:3, 54:5, 86:12, 86:13, 96:14, 150:9, 155:24

**Reporter** [1] - 1:25

**reporter** [2] - 9:20, 61:3

**reporting** [2] - 45:13, 55:3, 82:22, 86:9

**reports** [4] - 18:2, 55:3, 82:22, 86:9

**represent** [1] - 4:13

**representative** [1] - 61:16

**represented** [2] - 61:11, 63:24

**represents** [3] - 60:5, 63:19, 82:16

**request** [1] - 53:20

**requested** [1] - 6:6

**required** [2] - 149:13, 149:20

**requirements** [1] - 158:15

**research** [3] - 161:24, 167:8, 167:10

**researchers** [1] - 44:19

**residence** [5] - 2:14, 48:8, 48:9, 48:19, 48:25

**residential** [2] - 67:19, 68:5

**respect** [14] - 6:9, 33:24, 34:9, 154:4, 154:23, 155:11, 157:4, 159:18, 160:23, 162:10, 162:24, 163:7, 163:19

**respond** [5] - 10:22, 11:13, 78:24, 88:25, 89:7

**responded** [1] - 124:16

**responds** [61] - 77:25, 78:2, 78:23, 86:24, 90:5, 90:7, 90:17, 90:25, 91:4, 91:13, 91:20, 92:15, 94:3, 94:12, 94:16, 94:20, 94:22, 95:3, 95:8, 95:21, 102:24, 103:13, 104:20, 106:17, 106:25, 108:5, 108:7, 108:11, 108:20, 109:17, 109:24, 110:2, 110:7, 110:11, 110:17, 110:25, 111:22, 113:10, 113:15, 113:16, 114:14, 114:21, 115:10, 115:25, 116:22, 118:11, 118:20, 119:10, 124:23, 125:4, 126:1, 130:2, 131:7, 132:20, 134:13, 135:2, 135:16, 140:3, 140:13, 142:7, 142:17

**response** [1] - 93:17

**responses** [1] - 92:2

**responsibilities** [1] - 43:11

**responsive** [3] - 13:8, 13:10

**rest** [6] - 23:19, 24:9, 37:1, 124:16, 127:23, 138:11

**restaurant** [6] - 21:11, 22:4, 23:11, 23:12, 23:24, 24:2

**result** [2] - 82:20, 157:17

**resumed** [3] - 72:6, 120:7, 165:12

**resuscitate** [1] - 13:5

**retrieve** [1] - 82:25

**retrieved** [1] - 84:13

**return** [8] - 41:15, 41:16, 91:2, 91:13, 91:16, 91:22, 117:23, 166:7

**returns** [2] - 92:2, 92:16

**reverse** [1] - 86:14

**reversed** [1] - 86:6

**reviewing** [1] - 119:22

**Reynolds** [15] - 3:2, 114:6, 115:20, 116:21, 129:13, 136:2, 136:11, 137:21, 145:18, 145:19, 146:8, 147:7, 147:10, 148:12, 148:18

**Richard** [10] - 2:23, 71:2, 71:3, 71:11, 74:21, 76:21, 77:17, 77:25, 78:10, 79:23

**Richmond** [1] - 117:22

**rick** [5] - 93:2, 93:3, 93:8, 93:11, 99:5

**Rick** [13] - 88:19, 88:20, 89:2, 89:10, 89:14, 93:5, 95:15, 96:12, 99:17, 99:25, 100:24, 101:1

**Rick's** [3] - 99:20, 99:21, 101:11

**Ricky** [4] - 2:25, 69:5, 87:17, 96:12

**ride** [1] - 127:9

**ridge** [1] - 51:4

**right-hand** [2] - 14:1, 57:23

**RiJ** [1] - 2:25

**RiJ-1000** [2] - 87:15, 87:21

**RiJ-10000** [1] - 87:23

**risk** [3] - 38:16, 38:19

**road** [2] - 10:20, 11:11

**Roanoke** [3] - 42:21, 42:23, 82:19

**Rob** [1] - 113:20

**robbing** [1] - 137:2

**Robert** [16] - 64:14, 64:22, 65:12, 69:18, 69:19, 70:16, 70:25, 72:25, 80:11, 80:16, 123:5, 123:20, 128:14, 134:18, 161:1, 161:17

**Robinette** [12] - 105:14, 106:25, 108:22, 110:4, 112:17, 114:16, 116:4, 127:14, 127:19, 134:23, 140:23, 143:9

**Robinettes** [1] - 145:11

**Roger** [1] - 125:4

**role** [2] - 33:17, 153:19

**rolling** [1] - 134:16

**roof** [1] - 142:6

**room** [4] - 28:17, 37:18, 46:23, 89:11

**rooms** [2] - 28:18, 37:10

**rough..** [1] - 126:14

**Roxies** [1] - 139:2

**roxy** [7] - 118:1, 126:3, 127:5, 127:11, 143:1, 143:3, 143:13

**roxys** [1] - 143:7

**RP** [1] - 103:1

**rule** [2] - 126:18, 163:18

**ruled** [1] - 4:14

**rules** [1] - 158:24

**run** [5] - 65:10, 74:4, 127:16, 134:14, 149:13

**running** [1] - 64:7

**runs** [1] - 119:14

**rural** [2] - 12:1

**S**

**S-t-e-v-e-n** [1] - 9:21

**safe** [2] - 2:14, 48:8

**Sammy** [3] - 113:19, 123:17, 123:20

**sample** [3] - 34:21, 35:22, 53:20

**samples** [4] - 30:15, 33:19, 33:20, 53:18

**sampling** [1] - 67:16

**Samuel** [2] - 1:19, 111:23

**sat** [3] - 107:22, 108:12, 118:4

**Sat** [1] - 108:7

**Saturday** [14] - 110:18, 110:21, 114:17, 115:11, 116:2, 116:3, 116:15, 125:18, 127:21, 128:4, 128:5, 142:22, 143:24, 144:5

**save** [1] - 109:13

**saving** [1] - 140:4

**saw** [5] - 79:1, 163:1, 163:11

**scanned** [2] - 66:4, 67:2

**scanning** [1] - 66:7

**scares** [1] - 137:16

**scene** [10] - 11:23, 12:8, 12:17, 12:22, 12:23, 13:6, 14:17, 15:3, 15:5, 18:18

**SCH** [5] - 76:18, 76:19, 86:3, 86:17, 86:19

**Schedule** [12] - 53:13, 53:15, 108:25, 155:19, 156:1, 156:20, 159:18, 159:23, 159:25, 160:1, 160:2, 160:16

**schedule** [2] - 89:20, 106:3

**scheduled** [4] - 103:25, 106:5, 125:24, 141:25

**schedules** [1] - 159:17

**scheduling** [1] - 120:12

**school** [2] - 20:24, 22:2

**scope** [2] - 120:23, 164:24

**scores** [1] - 50:18

**Scott** [1] - 105:15

**Scott's** [2] - 124:22, 126:2

**Scotty** [7] - 124:11, 124:14, 124:23, 126:2, 126:3, 134:22, 140:23

**Scotty's** [1] - 126:5

**screen** [11] - 34:18, 36:3, 36:5, 37:12, 50:24, 54:2, 63:2, 66:15, 68:19, 96:11, 161:4

**screening** [4] - 25:19, 25:24, 26:4,

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 637-3478

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 187 of 192   Pageid#: 10121

34:24
**screens** [5] - 31:11, 31:15, 33:15, 33:17, 137:2
**script** [1] - 118:9
**scripts** [20] - 100:4, 101:1, 107:21, 112:2, 113:18, 117:21, 124:24, 124:25, 126:3, 126:5, 126:23, 131:14, 134:13, 136:4, 137:21, 137:24, 141:5, 141:6, 141:10, 141:17
**scum** [1] - 137:16
**seal** [2] - 34:22, 34:23
**sealed** [1] - 34:7
**search** [29] - 32:3, 32:6, 32:9, 39:22, 39:25, 45:24, 46:4, 48:7, 48:20, 48:22, 48:24, 52:4, 52:6, 62:9, 71:8, 81:15, 81:21, 82:7, 82:10, 82:11, 82:12, 82:14, 82:25, 83:5, 84:13, 84:20, 155:1, 155:2, 155:11
**searched** [1] - 154:24
**searches** [1] - 82:9
**searching** [2] - 32:11, 155:6
**seated** [4] - 8:18, 9:7, 19:25, 42:5
**second** [9] - 16:2, 63:23, 79:5, 82:10, 82:12, 82:25, 142:1, 147:13, 160:24
**section** [8] - 79:13, 96:14, 97:8, 98:16, 99:2, 100:15, 101:4, 163:8
**sections** [4] - 79:14, 86:9, 86:13, 86:15
**secure** [2] - 66:2, 118:9
**secured** [1] - 82:25
**See** [1] - 110:17
**see** [42] - 5:2, 8:24, 19:6, 34:4, 35:6, 60:9, 60:21, 66:18, 68:21, 75:18, 89:16, 90:24, 91:2, 91:3, 93:3, 94:16, 96:18, 97:18, 104:5, 104:6, 114:23, 114:24, 117:25, 127:24, 129:22, 134:15, 135:10,

135:17, 135:20, 147:16, 148:19, 149:6, 150:2, 150:13, 152:13, 154:16, 155:24, 163:5, 166:9, 167:21, 167:24, 167:25
**see..** [1] - 140:1
**seeing** [7] - 94:25, 116:12, 127:8, 131:19, 140:20, 150:3, 158:13
**seem** [2] - 100:22, 133:23
**segments** [1] - 160:11
**seized** [6] - 46:3, 48:18, 83:5, 84:11, 84:18, 84:19
**seizing** [1] - 67:1
**selling** [1] - 119:8
**send** [39] - 27:17, 33:21, 34:23, 50:21, 53:18, 77:17, 80:2, 87:2, 96:21, 96:23, 97:3, 99:19, 99:20, 100:3, 100:10, 101:1, 104:20, 106:14, 106:24, 106:25, 108:4, 110:22, 111:6, 114:16, 115:6, 125:8, 126:2, 128:13, 128:20, 131:17, 132:24, 136:4, 136:6, 136:20, 141:11, 144:2, 145:14, 147:15
**sender** [1] - 112:17
**sending** [5] - 102:18, 107:4, 107:7, 110:13, 154:12
**sends** [15] - 77:22, 77:23, 78:5, 79:2, 79:4, 87:10, 88:20, 91:8, 92:5, 107:20, 109:12, 115:17, 118:16, 122:14, 124:10
**sent** [26] - 34:7, 55:14, 56:4, 56:19, 76:7, 76:11, 77:2, 80:12, 87:5, 88:8, 88:11, 88:14, 96:12, 97:5, 103:16, 104:2, 104:15, 105:3, 114:3, 117:10, 118:9, 130:3, 130:10, 148:11, 161:14
**separate** [2] - 50:17, 96:14
**separated** [6] -

51:24, 52:3, 52:12, 57:11, 58:1, 157:2
**separation** [1] - 50:19
**September** [12] - 64:16, 65:13, 92:10, 92:25, 93:25, 94:9, 118:15, 119:20, 122:13, 123:6, 123:23, 124:10
**September-November** [1] - 123:23
**series** [1] - 43:9
**serious** [1] - 154:21
**serve** [1] - 10:21
**service** [6] - 70:9, 70:10, 73:5, 129:19, 135:13
**services** [5] - 151:25, 152:3, 152:9, 152:10, 152:19
**set** [10] - 35:23, 54:22, 57:11, 75:23, 102:2, 102:18, 128:13, 142:1, 150:21, 150:22
**seven** [2] - 111:18, 124:20
**seventh** [1] - 16:20
**several** [5] - 36:8, 117:16, 118:4, 125:6, 156:24
**SH** [1] - 103:1
**shady** [1] - 135:14
**shall** [3] - 9:4, 19:22, 42:2
**Shannon** [2] - 39:13, 69:14
**shape** [3] - 50:17, 52:4, 68:13
**Sharon** [3] - 91:22, 91:23, 91:25
**sheriff** [1] - 43:6
**Sheriff's** [4] - 9:17, 9:23, 11:7, 36:18
**sheriff's** [2] - 10:9, 10:18
**ship** [6] - 7:8, 8:16, 111:2, 142:20, 143:16, 143:17
**shipment** [1] - 145:8
**shipped** [3] - 70:7, 70:8, 144:11
**shipping** [7] - 111:14, 134:1, 134:4, 142:22, 144:13, 144:18, 145:2
**shit** [1] - 117:12
**short** [3] - 165:11, 166:3, 168:8

**shorten** [1] - 131:3
**shortly** [3] - 32:13, 42:18, 42:22
**show** [12] - 41:4, 41:5, 46:6, 59:14, 59:15, 60:15, 66:5, 82:3, 97:15, 154:5
**showed** [5] - 24:8, 24:19, 61:9, 62:11, 155:14
**showing** [10] - 2:21, 54:21, 55:13, 66:15, 76:17, 80:11, 84:7, 84:17, 123:2, 163:20
**shown** [6] - 14:20, 46:13, 61:7, 62:3, 75:16, 83:17
**shows** [3] - 47:18, 123:8, 123:16
**sick** [2] - 93:2, 93:6
**side** [6] - 15:25, 16:4, 68:19, 86:19, 86:20, 129:24
**sign** [2] - 81:9, 130:1
**signed** [2] - 69:22, 74:11
**significant** [1] - 123:22
**significantly** [1] - 165:24
**signs** [1] - 80:3
**silver** [1] - 29:6
**similar** [4] - 50:6, 50:17, 54:21, 105:12
**similarly** [1] - 50:4
**simply** [1] - 131:22
**Simpson** [1] - 75:9
**single** [3] - 30:13, 34:2, 43:14
**sir..** [1] - 78:7
**sister** [1] - 21:8
**sister's** [1] - 95:2
**site** [2] - 34:25, 35:2
**sitting** [1] - 5:11
**situation** [6] - 6:2, 7:9, 98:3, 121:2, 124:22, 156:23
**situations** [1] - 41:3
**six** [2] - 22:19
**sixth** [2] - 16:18, 76:10
**size** [2] - 50:18, 52:4
**skin** [1] - 99:23
**sleeping** [1] - 16:12
**sleeps** [1] - 131:21
**slots** [3] - 124:18, 124:19, 124:20
**small** [3] - 58:3, 95:12, 121:6
**smaller** [1] - 51:5,

57:10, 58:8
**smith** [3] - 108:22, 114:16, 137:2
**Smith** [3] - 110:8, 116:5, 143:2
**Smithers** [205] - 2:24, 2:25, 3:1, 3:2, 4:8, 5:8, 5:20, 5:24, 5:25, 6:16, 6:17, 22:8, 22:9, 22:12, 22:17, 22:20, 23:3, 23:10, 25:2, 25:8, 25:11, 25:18, 26:7, 26:14, 26:25, 27:7, 28:25, 31:23, 32:9, 33:1, 33:4, 38:1, 39:2, 39:21, 39:24, 40:10, 42:17, 45:10, 58:14, 59:10, 70:1, 70:6, 71:4, 71:11, 71:18, 72:24, 73:5, 75:5, 76:7, 76:20, 77:11, 77:16, 77:22, 78:2, 78:5, 78:19, 78:24, 79:2, 79:17, 80:13, 85:14, 87:3, 87:10, 87:18, 88:24, 89:7, 89:19, 89:24, 90:3, 90:6, 90:11, 90:12, 90:18, 90:24, 91:3, 91:11, 91:15, 91:17, 91:25, 92:1, 92:8, 92:17, 92:21, 93:5, 93:13, 93:18, 94:2, 94:11, 94:14, 94:18, 94:21, 94:24, 95:5, 95:6, 95:9, 95:19, 96:2, 97:16, 97:20, 98:9, 98:25, 99:13, 101:11, 101:15, 101:18, 102:22, 102:25, 103:6, 103:7, 103:9, 103:25, 104:15, 104:19, 104:21, 105:16, 106:13, 106:15, 106:16, 106:23, 106:24, 107:1, 107:11, 107:25, 108:4, 108:8, 108:14, 108:19, 109:15, 109:24, 109:25, 110:6, 110:9, 110:10, 110:12, 110:20, 110:24, 111:3, 111:9, 111:21, 112:2, 112:10, 112:18, 113:9, 113:12, 113:17, 114:9, 114:18, 114:19, 115:8, 115:22,

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 237-3780

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 188 of 192   Pageid#: 10122

116:16, 116:24, 117:5, 117:16, 118:8, 118:18, 118:24, 119:5, 119:9, 119:18, 119:20, 122:12, 122:22, 123:6, 123:17, 123:22, 124:16, 125:2, 125:20, 126:14, 127:7, 127:17, 128:24, 129:5, 129:15, 134:1, 137:6, 140:11, 141:15, 144:10, 144:21, 145:9, 146:15, 146:20, 147:2, 147:8, 147:15, 148:13, 149:8, 151:8, 153:16, 155:5, 157:5, 157:9, 161:13, 162:6, 162:12, 162:24, 163:1, 163:21, 163:24, 164:9

**SMITHERS** [1] - 1:8
**Smithers's** [36] - 24:11, 27:22, 29:9, 32:3, 45:24, 46:24, 47:10, 47:21, 48:8, 48:19, 48:25, 49:11, 50:20, 59:4, 61:15, 67:15, 67:17, 67:18, 68:13, 68:14, 71:10, 76:6, 80:24, 82:7, 82:9, 85:10, 87:18, 98:9, 101:10, 102:7, 102:21, 103:24, 134:9, 146:7, 152:23, 154:24
**snitch** [1] - 79:24
**so's** [1] - 22:15
**solemnly** [3] - 9:3, 19:21, 42:1
**solid** [2] - 94:14, 134:11
**someone** [6] - 65:10, 66:22, 76:7, 79:25, 135:15, 154:20
**sometimes** [9] - 30:1, 33:13, 40:11, 40:12, 86:7, 96:8, 152:15
**somewhat** [3] - 7:21, 81:3, 97:10
**son** [2] - 96:20, 138:6
**soon** [4] - 12:9, 96:23, 99:8, 165:25
**SOPs** [1] - 13:6
**sorry** [44] - 5:5, 7:18, 15:22, 21:6, 21:23,

24:15, 27:15, 28:21, 29:18, 29:23, 30:6, 32:1, 35:1, 39:23, 48:16, 51:17, 51:18, 65:7, 79:10, 85:23, 87:4, 89:1, 89:17, 93:4, 93:5, 93:7, 93:19, 95:25, 97:22, 99:17, 100:6, 100:9, 100:23, 111:20, 123:14, 126:8, 126:25, 139:8, 143:14, 145:25, 148:6, 152:8, 161:6, 161:21
**Sorry** [2] - 128:25, 132:12
**sort** [16] - 45:14, 45:16, 50:18, 52:18, 66:2, 73:15, 75:4, 83:22, 84:4, 85:4, 98:11, 120:16, 155:5, 155:8, 156:9, 156:14
**sorted** [1] - 2:17
**soul** [1] - 78:16
**sound** [1] - 22:14
**sounded** [1] - 122:20
**sounds** [3] - 109:16, 125:21, 136:22
**Sounds** [2] - 91:11, 103:13
**source** [3] - 69:23, 74:11, 83:25
**South** [4] - 20:16, 43:4, 43:7, 107:1
**south** [1] - 107:5
**spaced** [2] - 119:3, 122:17
**special** [4] - 42:14, 43:10, 43:11, 44:5
**specifically** [6] - 43:17, 52:16, 57:6, 57:22, 122:13, 123:23
**specificity** [1] - 159:16
**spell** [1] - 9:20
**spend** [2] - 108:6, 155:7
**spent** [2] - 155:4, 155:10
**spoken** [1] - 154:19
**sponsored** [1] - 74:4
**sponsors** [1] - 85:7
**spots** [1] - 95:4
**spreadsheet** [1] - 123:21
**spur** [1] - 8:7
**staff** [1] - 153:14
**stamp** [1] - 90:15
**stamps** [2] - 97:15,

101:3
**stand** [1] - 79:24
**start** [24] - 86:16, 86:22, 93:24, 94:6, 96:16, 97:8, 100:15, 100:20, 105:23, 106:12, 113:6, 113:24, 118:15, 125:22, 128:9, 134:9, 135:9, 138:22, 139:8, 140:10, 141:3, 149:6, 149:22, 153:4
**started** [13] - 23:9, 24:11, 25:9, 25:11, 31:22, 42:22, 42:23, 43:4, 73:2, 99:22, 151:12, 153:7, 153:15
**starting** [5] - 92:23, 95:6, 95:15, 117:15, 145:5
**starts** [3] - 88:7, 126:12, 156:11
**state** [8] - 9:24, 13:15, 20:15, 45:4, 64:5, 89:10, 89:15, 90:12
**statement** [4] - 4:12, 5:12, 157:8, 164:11
**statements** [8] - 6:9, 60:12, 61:5, 61:7, 61:8, 61:11, 62:11, 158:3
**STATES** [2] - 1:2, 1:5
**states** [3] - 86:25, 114:5, 135:25
**States** [6] - 1:18, 1:20, 9:1, 19:18, 46:3, 48:18
**stating** [1] - 87:11
**stationed** [2] - 44:20, 44:22
**stay** [3] - 37:9, 79:22, 81:17
**steady** [1] - 140:2
**steam** [1] - 127:16
**steel** [1] - 111:22
**step** [3] - 41:18, 60:20, 165:3
**stepfather** [1] - 17:19
**Steph's** [1] - 128:24
**Stephiney** [1] - 134:18
**Stepinie** [2] - 128:12, 128:15
**stepping** [1] - 34:11
**steps** [1] - 37:19
**Steral** [1] - 138:16
**Sterling** [3] - 68:25, 97:2, 98:22

**Steven** [4] - 1:18, 9:1, 9:19, 9:20
**STEVEN** [2] - 2:3, 9:8
**stick** [1] - 131:8
**sticker** [1] - 52:8
**still** [5] - 100:1, 111:4, 111:13, 112:2, 117:8
**Stone** [4] - 110:19, 116:2, 128:21, 145:12
**stop** [3] - 12:12, 23:14, 26:23
**store** [2] - 132:20, 132:24
**straight** [2] - 79:22, 112:4
**strategy** [1] - 6:20
**stream** [2] - 104:10, 104:13
**Street** [1] - 1:20
**strength** [2] - 109:4, 109:5
**strengths** [1] - 109:3
**stressed** [1] - 117:24
**string** [1] - 93:15
**strip** [1] - 35:9
**strips** [1] - 35:4
**stuff** [11] - 10:21, 24:9, 25:22, 26:2, 37:14, 40:15, 95:7, 98:1, 128:13, 154:5, 155:18
**style** [1] - 46:23
**subject** [1] - 41:12
**submit** [2] - 50:2, 54:5
**subsequent** [1] - 73:11
**substance** [3] - 52:18, 54:15, 159:19
**Substance** [4] - 158:8, 158:11, 158:19, 159:12
**Substances** [5] - 43:13, 43:16, 43:22, 158:8, 158:16
**substances** [13] - 44:7, 52:14, 52:19, 52:20, 52:21, 53:11, 53:14, 53:15, 55:15, 66:24, 73:13, 73:17, 156:17
**succession** [1] - 86:6
**sufficient** [1] - 83:17
**sufficiently** [1] - 83:17
**suggest** [1] - 7:12
**suggesting** [2] -

132:6, 135:3
**Suite** [1] - 1:20
**summarizes** [1] - 63:8
**summary** [10] - 43:20, 59:3, 59:12, 59:21, 62:18, 67:9, 67:10, 80:17, 123:2, 148:11
**summer** [1] - 20:21
**sun** [1] - 108:12
**Sunday** [2] - 96:1, 118:4
**supervise** [2] - 31:7, 33:19
**supervised** [1] - 45:19
**supervision** [1] - 54:5
**supplement** [2] - 52:18, 156:14
**supply** [3] - 159:23, 160:10, 160:16
**support** [1] - 4:19
**supposed** [5] - 12:9, 31:6, 33:21, 38:15, 119:7
**supposedly** [1] - 162:16
**surely** [1] - 116:3
**surgery** [2] - 96:20, 99:24
**surrounding** [2] - 161:19, 161:23
**suspected** [1] - 83:3
**suspended** [3] - 72:6, 120:7, 165:12
**suspicion** [1] - 34:17
**suspicious** [3] - 35:3, 38:21, 137:7
**sustain** [3] - 157:8, 158:4, 164:14
**swamped** [1] - 138:13
**swear** [3] - 9:3, 19:21, 42:1
**swears** [1] - 124:11
**switching** [1] - 131:19
**sworn** [3] - 9:10, 20:3, 42:8
**synopsis** [1] - 154:5
**system** [2] - 6:21, 45:13

---

**T**

**T"** [1] - 156:12
**table** [2] - 14:15, 15:19

Donna Prather, CCR, RPR, CCP, CCB
Official Court Reporter for the U.S. District Court Western District of Virginia
(276) 237-xxxx

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 189 of 192   Pageid#: 10123

**tables** [1] - 21:19
**tablets** [14] - 49:12, 55:8, 55:22, 56:3, 56:12, 56:19, 57:4, 57:19, 57:24, 64:3, 156:12, 156:13, 156:15, 157:2
**tag** [1] - 85:4
**talks** [1] - 24:4
**tall** [1] - 49:24
**task** [2] - 74:1, 74:2
**Tazewell** [1] - 65:16
**teach** [1] - 24:9
**telephone** [1] - 98:5
**temper** [1] - 7:18
**temperature** [5] - 35:10, 35:11, 35:12, 35:13, 35:14
**tension** [1] - 8:9
**tenth** [1] - 17:1
**term** [8] - 10:25, 43:21, 44:4, 45:7, 83:14, 83:18, 83:21, 84:6
**termed** [1] - 43:17
**terminating** [1] - 82:21
**terms** [1] - 167:11
**test** [9] - 6:2, 33:24, 33:25, 34:16, 35:2, 35:5, 35:7, 35:8
**tested** [6] - 31:2, 38:14, 54:15, 55:8, 56:14, 57:4
**tester** [1] - 30:9
**testified** [6] - 9:10, 20:3, 31:22, 38:13, 42:8, 62:8
**testify** [5] - 6:24, 7:4, 120:19, 121:20, 158:16
**testifying** [5] - 24:13, 24:16, 27:21, 120:21, 120:22
**testimony** [5] - 9:3, 19:21, 24:19, 24:24, 42:1
**testing** [11] - 33:18, 33:20, 34:25, 53:19, 54:23, 56:4, 56:18, 153:4, 153:5, 153:11, 153:23
**tests** [2] - 30:12, 95:7
**Texas** [1] - 120:17
**Text** [5] - 2:23, 2:24, 2:25, 3:1, 3:2
**text** [56] - 71:10, 71:18, 75:23, 76:2, 76:15, 76:17, 78:8,

85:9, 86:5, 87:17, 89:14, 90:4, 90:10, 90:19, 92:10, 98:2, 99:1, 99:8, 100:17, 100:24, 104:5, 104:8, 104:10, 104:11, 104:13, 106:14, 107:5, 116:13, 117:25, 122:11, 122:13, 122:14, 124:1, 128:8, 129:16, 133:21, 134:9, 139:8, 140:11, 141:4, 141:14, 144:9, 145:5, 146:7, 146:14, 146:25, 147:19, 149:6, 151:19, 154:9, 154:12, 154:17, 163:19, 163:23
**text/call** [1] - 145:23
**texts** [3] - 124:5, 154:4, 154:5
**THE** [171] - 1:2, 1:3, 2:11, 4:2, 4:5, 4:8, 4:15, 4:16, 4:18, 4:20, 4:25, 5:2, 5:6, 5:8, 5:17, 5:20, 5:23, 6:14, 6:22, 9:2, 9:6, 9:7, 14:21, 15:9, 15:14, 18:5, 18:6, 18:16, 18:17, 19:12, 19:14, 19:16, 19:20, 19:24, 19:25, 31:20, 32:20, 39:17, 40:23, 41:14, 41:17, 41:18, 41:25, 42:4, 42:5, 46:7, 46:15, 47:2, 47:13, 47:24, 48:12, 49:17, 50:10, 51:17, 51:21, 54:11, 55:2, 55:5, 55:19, 56:8, 56:23, 57:16, 58:21, 58:24, 59:23, 59:25, 60:11, 60:12, 60:14, 60:18, 60:22, 61:2, 61:5, 62:25, 63:3, 63:14, 66:12, 67:23, 67:24, 71:19, 71:23, 71:25, 72:2, 72:4, 72:8, 72:13, 72:15, 72:19, 75:15, 75:18, 83:16, 85:17, 87:22, 102:4, 102:10, 105:25, 106:2, 106:8, 111:9, 117:5, 117:15, 118:24, 119:23, 120:1, 120:4, 120:9, 121:3, 121:8, 121:11, 121:14, 121:24, 122:3, 122:6, 127:24, 133:10, 137:6,

141:21, 143:22, 146:9, 148:23, 149:1, 149:24, 150:1, 150:2, 150:5, 150:7, 150:8, 150:11, 150:14, 150:15, 150:20, 151:3, 151:5, 151:6, 152:6, 152:9, 152:10, 152:12, 152:16, 152:17, 152:18, 152:21, 157:8, 157:18, 158:4, 158:18, 158:25, 159:5, 159:7, 160:7, 160:9, 160:21, 161:7, 161:10, 161:20, 161:21, 164:5, 164:12, 164:14, 164:16, 165:2, 165:4, 165:5, 165:10, 165:14, 165:21, 166:5, 166:7, 166:12, 168:3, 168:7
**third** [7] - 16:6, 63:24, 76:5, 92:7, 92:8, 92:16, 160:19
**three** [9] - 15:19, 23:23, 39:9, 79:24, 99:21, 138:23, 160:11, 160:17, 163:17
**throughout** [1] - 62:2
**throw** [2] - 29:7, 84:4
**thrown** [2] - 45:8
**thumbnail** [1] - 105:5
**Thursday** [25] - 89:16, 90:9, 90:14, 92:18, 93:4, 93:8, 93:18, 94:17, 94:19, 94:25, 97:23, 101:22, 116:21, 117:21, 120:24, 121:17, 124:20, 129:14, 131:10, 148:2, 166:3, 166:22, 166:24, 167:1
**THURSDAY** [1] - 1:12
**Thx** [3] - 79:19, 101:15, 138:19
**til** [3] - 94:14, 117:1, 126:14
**time..** [1] - 131:20
**timeframe** [1] - 70:6
**tips** [1] - 33:12
**tm:-/"** [1] - 107:13
**to..** [1] - 101:24
**today** [27] - 10:3, 97:20, 102:4, 104:18, 107:8, 113:13, 120:18, 121:16,

125:24, 128:17, 129:16, 134:19, 136:1, 136:10, 136:17, 138:7, 138:9, 139:21, 142:9, 143:17, 147:9, 165:15, 166:5, 166:6, 166:14, 166:22, 167:25
**together** [5] - 6:11, 14:15, 123:3, 156:19, 156:21
**tolerence** [1] - 145:16
**tomm** [2] - 131:2, 131:11
**tomorrow** [37] - 88:22, 88:25, 93:1, 93:3, 107:9, 107:21, 107:23, 111:4, 113:12, 113:14, 114:20, 115:2, 115:7, 115:11, 115:21, 118:10, 120:17, 120:19, 120:20, 121:9, 122:1, 124:18, 125:7, 126:13, 127:21, 128:22, 131:18, 136:1, 136:6, 138:6, 165:17, 166:3, 166:16, 166:25, 167:24, 167:25, 168:4
**tomorrow..** [1] - 125:25
**tone** [1] - 154:18
**tonic** [1] - 51:12
**tonight** [3] - 107:12, 107:23, 120:19
**took** [3] - 15:3, 15:19, 61:6
**top** [14] - 15:24, 51:4, 51:5, 87:8, 88:1, 94:6, 95:12, 100:15, 100:21, 100:22, 101:5, 106:23, 126:8, 153:19
**topic** [1] - 114:5
**topper** [1] - 130:1
**total** [9] - 61:9, 61:14, 62:11, 62:14, 113:22, 136:11, 144:12, 147:10, 165:20
**touch** [2] - 13:12, 30:18
**touched** [2] - 13:13, 30:16
**toward** [2] - 5:12, 61:21
**towards** [2] - 38:21,

99:24
**town** [3] - 12:2, 95:1, 165:18
**tracking** [7] - 87:12, 99:1, 99:8, 116:13, 116:14, 129:17, 144:11
**trafficked** [1] - 58:9
**training** [4] - 52:7, 58:4, 98:12, 98:13
**transcribed** [1] - 1:25
**TRANSCRIPT** [1] - 1:11
**Transcription** [1] - 1:25
**transfer** [1] - 112:16
**Transfer** [1] - 112:25
**transitioned** [1] - 43:9
**traveling** [1] - 131:15
**treatment** [2] - 125:17, 162:25
**trial** [4] - 7:14, 69:2, 120:13, 166:20
**TRIAL** [1] - 1:11
**trials** [1] - 8:8
**tried** [4] - 12:11, 13:5, 36:8, 36:22
**trouble** [5] - 65:11, 73:15, 119:7, 120:17, 154:12
**truck** [1] - 111:3
**trucks** [1] - 143:23
**true** [1] - 163:3
**True** [1] - 108:8
**truncated** [2] - 96:9, 97:10
**trust** [4] - 78:12, 136:18, 162:21, 162:22
**truth** [9] - 9:4, 9:5, 19:22, 19:23, 42:2, 42:3
**try** [12] - 20:9, 31:13, 31:14, 36:4, 36:5, 41:7, 94:12, 94:22, 100:25, 107:10, 120:14, 152:24
**trying** [12] - 5:11, 22:15, 23:13, 24:9, 33:3, 34:16, 35:7, 35:18, 79:25, 113:13, 114:21, 126:21
**tuesday** [1] - 92:7
**Tuesday** [8] - 89:3, 91:22, 91:23, 95:2, 95:7, 115:13, 116:20, 135:18
**turn** [1] - 130:6

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(276) 237-Filed 06/09/19*

Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 190 of 192   Pageid#: 10124

**tweaks** [1] - 121:6
**two** [31] - 10:8, 19:2, 23:23, 35:5, 38:7, 38:18, 39:4, 39:9, 40:24, 51:11, 52:23, 64:6, 70:22, 74:25, 76:10, 77:5, 77:11, 77:18, 78:7, 79:2, 79:13, 82:8, 91:5, 91:23, 92:18, 94:21, 104:12, 106:5, 112:4, 117:9, 165:19
**two..** [1] - 118:14
**Ty** [1] - 139:4
**Tylenol** [2] - 51:12, 156:13
**type** [4] - 76:2, 149:14, 151:22, 156:16
**typed** [1] - 154:10
**types** [2] - 57:12, 156:3
**typical** [1] - 54:3
**typo** [1] - 78:18

# U

**U.S** [3] - 46:22, 47:9, 47:19
**ultimate** [1] - 74:14
**ultimately** [1] - 50:21
**ultra** [1] - 137:7
**unattended** [1] - 11:16
**unchangeable** [1] - 131:4
**uncle** [6] - 21:8, 21:17, 21:25, 22:3, 24:6, 86:25
**Uncle** [1] - 21:14
**uncle's** [1] - 23:11
**unconvinced** [1] - 93:4
**under** [5] - 6:18, 6:21, 8:6, 24:16, 161:16
**undercover** [3] - 83:23, 83:24, 84:1
**underlying** [1] - 73:19
**understandable** [1] - 23:20
**unfortunately** [1] - 104:21
**union** [2] - 29:13, 107:10
**unique** [2] - 51:25, 58:1
**UNITED** [2] - 1:2, 1:5
**United** [6] - 1:18,

**1:20, 9:1, 19:18, 46:3, 48:18
**units** [1] - 52:13
**unknown** [1] - 75:1
**unless** [1] - 136:4
**unnecessary** [1] - 5:24
**unrealistic** [1] - 6:1
**unscheduled** [1] - 52:14
**unusual** [1] - 7:19
**Up** [1] - 126:2
**up** [110] - 4:3, 6:23, 6:24, 6:25, 8:20, 13:17, 16:25, 23:4, 34:7, 34:23, 35:6, 38:19, 41:4, 41:5, 46:9, 46:19, 47:15, 48:1, 48:14, 49:3, 53:24, 54:7, 54:18, 55:11, 57:7, 57:10, 59:17, 61:3, 61:21, 61:23, 65:5, 66:5, 66:10, 67:5, 69:13, 69:22, 74:11, 75:14, 75:19, 75:23, 79:19, 80:7, 81:20, 85:19, 85:21, 86:8, 87:15, 88:1, 89:5, 89:11, 90:14, 90:16, 91:12, 92:13, 93:14, 94:2, 94:15, 96:17, 97:14, 97:24, 97:25, 98:18, 99:4, 99:21, 101:19, 102:13, 102:18, 103:6, 106:16, 107:8, 107:12, 109:10, 111:25, 112:4, 112:9, 112:22, 113:8, 117:12, 120:5, 120:15, 122:9, 122:23, 127:3, 129:2, 130:9, 131:5, 134:12, 135:2, 136:5, 137:21, 140:3, 141:6, 142:1, 146:11, 148:8, 149:22, 150:21, 150:22, 155:9, 156:20, 157:13, 157:24, 161:4, 162:18, 166:9
**upper** [1] - 14:1
**ups** [2] - 132:20, 132:24
**UPS** [7] - 73:5, 73:12, 73:14, 73:25, 127:24, 143:16, 143:22
**upset** [3] - 6:8, 13:16
**ur** [10] - 104:20,

113:8, 114:25, 125:17, 127:16, 128:23, 131:13, 135:5, 135:10, 136:6
**Urgent** [1] - 61:15
**urinate** [3] - 31:3, 34:5, 35:14
**urine** [5] - 35:17, 35:18, 36:22, 36:23, 38:20
**us..** [1] - 79:19
**user** [1] - 44:2
**usual** [1] - 35:19

# V

**Va** [1] - 117:22
**VA** [3] - 1:21, 1:24, 100:8
**valid** [1] - 141:9
**various** [8] - 2:14, 43:5, 49:10, 49:11, 82:22, 84:2, 156:4, 156:15
**vary** [1] - 30:1
**vast** [1] - 52:24
**vehicle** [4] - 47:10, 49:11, 50:20, 155:12
**vehicles** [1] - 85:6
**verbally** [1] - 31:25
**verification** [1] - 83:4
**versus** [1] - 150:23
**Veterans** [1] - 97:20
**via** [4] - 73:4, 78:8, 82:9, 136:6
**victim** [4] - 12:17, 16:14, 16:16, 121:11
**view** [1] - 7:21
**Virginia** [22] - 9:17, 9:25, 10:16, 20:18, 40:4, 40:5, 44:24, 45:1, 45:2, 45:5, 45:25, 65:16, 68:22, 69:7, 115:9, 128:4, 129:6, 150:6, 151:12, 151:16, 152:24
**VIRGINIA** [1] - 1:3
**visit** [7] - 27:8, 28:5, 73:6, 132:8, 135:21, 146:21, 163:18
**visitation** [1] - 134:14
**visiting** [1] - 152:13
**visits** [5] - 111:15, 111:18, 128:17, 159:14, 163:25
**visualizing** [1] - 155:8
**vitamins** [1] - 156:20
**Vogt** [48] - 13:17,

46:9, 48:14, 49:3, 53:24, 54:8, 57:7, 58:11, 59:18, 65:4, 65:18, 66:10, 67:5, 75:14, 79:10, 80:7, 85:19, 85:21, 87:14, 87:24, 92:3, 97:8, 98:15, 101:23, 102:13, 103:18, 103:22, 104:23, 106:21, 107:14, 108:1, 109:9, 110:14, 112:22, 113:25, 122:9, 122:23, 123:12, 124:4, 126:6, 127:2, 127:23, 130:6, 132:25, 137:18, 141:19, 146:11, 148:8
**VOGT** [1] - 65:7
**voice** [1] - 90:19
**void** [2] - 65:23, 66:5
**void"s** [1] - 66:19
**Vs** [2] - 159:25, 160:1
**vs** [1] - 1:7
**vulgar** [1] - 5:12

# W

**wait** [6] - 40:17, 100:1, 131:3, 152:6
**waiter** [4] - 21:18, 23:18, 23:19, 33:12
**waiting** [5] - 41:8, 46:19, 97:18, 110:25, 155:7
**walked** [2] - 12:10, 13:8
**walkins** [1] - 125:24
**wallet** [1] - 138:14
**walmart** [4] - 136:9, 136:24, 139:13
**Walmart** [6] - 107:1, 107:5, 125:9, 136:6, 136:7
**wants** [4] - 8:9, 102:3, 141:21, 158:22
**warm** [1] - 35:15
**warn** [1] - 131:24
**warrant** [20] - 32:3, 32:7, 32:9, 39:22, 39:25, 45:24, 46:4, 48:20, 48:22, 62:9, 81:15, 81:21, 82:7, 82:10, 82:12, 82:14, 82:25, 83:5, 84:14, 84:20
**warrants** [2] - 48:24, 71:9
**waste** [1] - 131:20
**watch** [2] - 31:3,

119:12
**watermark** [2] - 66:2, 66:4
**watermarks** [1] - 67:3
**Wayne** [1] - 9:19
**WAYNE** [2] - 2:3, 9:8
**ways** [2] - 36:8, 40:9
**wearing** [1] - 84:16
**Wed** [1] - 124:18
**wedding** [1] - 95:2
**Wednesday** [8] - 94:14, 94:17, 94:23, 95:16, 95:22, 95:24, 96:5, 116:20
**week** [27] - 24:7, 26:11, 26:22, 38:17, 91:9, 94:10, 95:1, 96:23, 100:25, 107:25, 115:19, 115:20, 124:16, 126:17, 129:22, 131:11, 134:11, 134:17, 135:21, 136:5, 139:13, 140:21, 166:3, 166:5, 166:6, 166:22, 167:24
**weekend** [2] - 99:6, 107:22
**weekly** [2] - 26:12, 33:13
**weeks** [5] - 38:18, 39:21, 39:24, 137:25, 138:23
**weird** [1] - 40:8
**welfare** [1] - 107:23
**Wendell** [16] - 22:8, 22:22, 23:17, 23:22, 24:4, 24:8, 29:2, 29:3, 37:1, 39:2, 95:6, 153:7, 153:10
**Wendell's** [1] - 22:25
**Wensday** [2] - 115:11, 128:23
**wensday** [2] - 115:19, 128:18
**West** [8] - 1:20, 9:17, 9:25, 10:16, 40:4, 68:22, 128:3, 129:6
**Western** [2] - 44:24, 45:1
**WESTERN** [1] - 1:3
**western** [2] - 45:4, 107:10
**whatnot** [1] - 129:17
**white** [3] - 92:6, 92:7, 93:1
**White** [1] - 92:13
**whole** [13] - 9:4, 19:22, 23:2, 42:2,

*Donna Prather, CCR, RPR, CCP, CCB*
*Official Court Reporter for the U.S. District Court Western District of Virginia*
*(276) 237-8708*
Case 1:17-cr-00027-JPJ-PMS   Document 237   Filed 06/09/19   Page 191 of 192   Pageid#: 10125

87:25, 109:9, 114:1,
115:15, 118:3, 127:2,
137:18, 141:20,
142:15

**wife** [5] - 98:10,
107:12, 119:11,
142:3, 154:13

**Williams** [115] - 1:22,
1:23, 3:1, 4:13, 4:21,
5:8, 5:17, 6:17, 6:18,
7:7, 8:9, 17:8, 40:2,
40:23, 46:11, 55:2,
59:19, 69:12, 84:16,
102:8, 103:13,
104:17, 105:15,
106:13, 106:17,
106:25, 107:20,
108:5, 108:11,
108:20, 108:21,
109:12, 109:17,
110:2, 110:4, 110:7,
110:11, 110:17,
110:25, 111:22,
112:6, 113:7, 113:10,
113:15, 114:14,
114:15, 114:21,
115:10, 115:17,
115:25, 116:4,
116:19, 116:20,
116:22, 117:21,
118:11, 118:16,
118:20, 119:10,
121:16, 122:12,
122:14, 124:10,
124:23, 125:4, 126:1,
126:2, 126:12,
128:10, 128:20,
129:5, 129:13, 130:2,
131:1, 131:7, 132:4,
132:20, 132:21,
133:21, 134:2,
134:13, 134:22,
135:2, 135:10,
135:16, 135:25,
136:10, 136:15,
137:20, 138:22,
139:9, 139:20, 140:3,
140:13, 140:24,
141:3, 142:7, 142:17,
143:11, 143:12,
144:22, 145:9,
145:11, 145:12,
146:15, 146:20,
147:6, 147:9, 147:15,
149:7, 158:22, 166:9,
168:3

**williams** [1] - 134:17
**WILLIAMS** [57] - 2:4,
2:5, 2:6, 2:8, 4:4, 4:6,
5:5, 5:10, 5:19, 5:22,
6:7, 15:11, 17:10,

18:7, 18:19, 18:24,
19:1, 19:11, 32:23,
39:6, 39:7, 39:15,
40:24, 41:2, 41:11,
55:4, 60:20, 60:24,
83:10, 120:10,
121:18, 122:2, 149:3,
151:7, 152:8, 152:22,
157:10, 157:11,
157:20, 157:21,
158:5, 158:6, 159:3,
159:6, 159:9, 159:10,
160:22, 161:4, 161:9,
161:11, 162:7, 162:9,
164:3, 164:6, 164:15,
166:10, 168:6

**Williams's** [1] -
124:5

**Williams/Lora** [1] -
128:2

**Williamson** [4] -
69:8, 107:1, 107:5

**willing** [2] - 124:14,
129:22

**Wilson** [5] - 23:1,
95:6, 153:7, 153:18,
153:21

**wins** [1] - 91:1
**winter** [1] - 123:23
**wire** [8] - 83:8, 83:9,
83:14, 83:21, 84:16,
125:18, 126:23,
136:24

**wired** [1] - 84:5
**wires** [5] - 83:3, 84:3,
84:5, 113:8, 114:25
**wish** [1] - 142:9
**WITNESS** [35] - 9:6,
18:6, 18:17, 19:24,
32:20, 41:17, 42:4,
60:12, 61:5, 71:25,
105:25, 106:2, 106:8,
111:9, 117:5, 117:15,
118:24, 127:24,
133:10, 137:6,
141:21, 143:22,
148:23, 150:1, 150:5,
150:8, 150:14,
150:20, 151:5,
152:10, 152:16,
152:18, 160:9,
161:21, 165:4

**witness** [18] - 6:5,
8:25, 9:9, 13:18,
19:14, 19:17, 20:2,
41:22, 42:7, 59:15,
83:17, 120:16,
120:20, 165:18,
165:21, 166:2, 166:17

**witnesses** [5] - 4:23,

6:20, 165:15, 166:14
**WITNESSES** [1] - 2:2
**wks** [1] - 142:5
**women** [2] - 37:6,
37:7

**woods** [1] - 91:24
**word** [2] - 43:14,
154:19

**words** [6] - 66:4,
153:3, 154:8, 154:10,
154:11, 163:10

**worker** [2] - 30:5,
30:7

**works** [3] - 6:22,
27:19, 111:5

**workweek** [1] - 30:3
**worries** [3] - 93:5,
96:2, 127:17

**worth** [1] - 112:4
**woW** [1] - 139:23
**Wow** [1] - 119:5
**wrap** [1] - 120:15
**write** [7] - 29:14,
52:7, 117:25, 119:13,
132:9, 159:13, 159:14

**writes** [3] - 131:1,
132:4, 137:20

**written** [15] - 64:2,
64:21, 65:13, 66:1,
133:3, 148:12,
149:15, 154:10,
160:12, 163:8,
163:10, 163:12,
163:13, 164:21,
164:23

**wrote** [1] - 163:11
**Wv** [1] - 117:23
**wv** [3] - 86:25, 87:2,
128:2

## X

**Xanax** [6] - 18:11,
18:13, 18:18, 19:6,
119:3, 122:17

## Y

**y'all** [7] - 34:25, 35:2,
79:23, 92:8, 97:22,
97:25, 109:15

**year** [2] - 20:21,
22:11

**years** [3] - 8:11,
10:11, 79:24

**yellow** [3] - 2:12,
68:7, 95:13

**yessa** [1] - 138:25
**yesterday** [2] - 6:11,
126:14

**York** [3] - 95:22,

95:23, 96:4
**you-all** [5] - 6:4, 8:2,
38:25, 167:20, 167:22
**you-all's** [1] - 53:17
**young** [3] - 134:18,
138:7, 151:8

**young's** [1] - 129:16
**Youngs** [2] - 128:12,
128:15

**yourself** [6] - 7:16,
9:15, 20:6, 24:25,
42:13, 75:8

**Yup** [1] - 118:24

## Z

**Zachary** [1] - 1:19