IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    PLAINTIFF             )<br>                             )<br>v.                          ) CASE NO. : 1:17-CR-027-JPJ-PMS<br>                             )<br>JOEL A. SMITHERS            )<br>    DEFENDANT               ) | |

### MOTION TO SEAL SENTENCING MEMORANDUM AND EXHIBITS

Comes now, the Defendant, Joel A. Smithers, by and through counsel and moves this Honorable Court to seal his Sentencing Memorandum and Exhibits. The Defendant does not object to the Court, Probation Office and U. S. Attorney's Office from viewing the documents, but asks that it be sealed to all other parties due to sensitive information that the Defendant request be kept personal.

Wherefore, the defendant, Joel A. Smithers, asks that the Court seal the Sentencing Memorandum except to those parties stated above.

RESPECTUFLLY SUBMITTED

JOEL A. SMITHERS

BY  COUNSEL

BY:   /s/Don M. Williams, Jr.
DON M. WILLIAMS, JR.
ATTORNEY AT LAW/ATTORNEY FOR DEFENDANT
P. O. BOX 601
PENNINGTON GAP, VA  24277
TEL: 276-546-3087
FAX: 276-546-2642
VSB: 41143
EMAIL: donwilliamsjr@yahoo.com

## **CERTIFICATE OF SERVICE**

      I, Don M. Williams, Jr., hereby certify that I have this the 25th day of September, 2019, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the Assistant United States Attorney.

<u>/s/ Don M. Williams, Jr.</u>

DON M. WILLIAMS, JR.