### IN THE UNITED STATE DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     PLAINTIFF ) | |
| ) | |
| v. ) | CASE NO. : 1:17-CR-027-JPJ-PMS |
| ) | |
| JOEL A. SMITHERS ) | |
|     DEFENDANT ) | |

### MOTION TO WITHDRAW AS COUNSEL

Comes Now Don M. Williams Jr., counsel for the Defendant, and moves this Honorable Court to allow him to withdraw as counsel of record for the Defendant, Joel A. Smithers. Joel A. Smithers has moved this Honorable Court on multiple occasions to remove counsel of record and continues to assert motions he wishes to file regarding counsel's representation of him during trial. Mr. Smithers has also requested papers to file a 2255 motion. Counsel feels it would be best, upon conclusion of the sentencing hearing to appoint new counsel to represent Dr. Smithers in pursuit of future legal remedies, including his appeal and any additional motions that he requests.

Wherefore, the Don M. Williams Jr., asks that he be allowed to withdraw as counsel for the Defendant and the Defendant be appointed new counsel at the conclusion of the sentencing hearing.

RESPECTUFLLY SUBMITTED

JOEL A. SMITHERS

BY COUNSEL

BY: /s/Don M. Williams, Jr.
DON M. WILLIAMS, JR.
ATTORNEY AT LAW/ATTORNEY FOR DEFENDANT
P. O. BOX 601
PENNINGTON GAP, VA 24277
TEL: 276-546-3087
FAX: 276-546-2642
VSB: 41143
EMAIL: donwilliamsjr@yahoo.com

**CERTIFICATE OF SERVICE**

    I, Don M. Williams, Jr., hereby certify that I have this the 25th day of September, 2019, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the Assistant United States Attorney.

/s/ Don M. Williams, Jr.

DON M. WILLIAMS, JR.