**Martha Stringer**  
**8901 Royclift Road**  
**Colfax, NC  27235**  
**Phone 336-707-5205**  
**E-Mail MarthaStringer@triad.rr.com**

September 25, 2019

To Whom It May Concern:

    I have been a registered nurse for over forty years, which has given me the opportunity to observe multiple practitioners encountering their patients.  Dr. Joel Smithers is one of them.

    I observed his caring, compassionate concern for his patients at his clinic.  He spent a great deal of time learning their history and current challenges which is rare among physicians.  He was always creatively looking for naturopathic approaches to relieve pain as well as manipulation of muscles and joints which helped to wean some of them from their narcotics.  He truly cared for many patients that other doctors disposed of.

    Personally, he would give incredible medical advice when needed.  Two years ago, I was dealing with the constant pain from a chronic sinus condition.  Joel advised me on which medication to suggest to my primary care physician.  Two weeks later I was cured and haven't taken any antibiotics since.

    I was also told by my PCP that I needed to retire from nursing due to hypertension at work.  We had tried every approach we knew of.  When Joel learned of this, he immediately told me which drug to suggest that only lasted eight hours for my shift.  My doctor had already learned to listen to his advice, and prescribed it.  I am currently still working with normal blood pressure to this day.

    My mother is a bilateral amputee of her legs and lives alone, wheelchair-bound.  She has suffered for many years with phantom pain which debilitates her.  Her doctor prescribed her with opiates but they didn't seem to help.  Joel immediately stated she didn't need opiates but a certain medication for nerve pain.  He also knew the exact dose since he was experienced with helping veterans.  Her doctor prescribed the med as suggested and my mother has been pain-free for over two years and still lives independently.

    We are truly grateful for all of the giving and caring we have received from him.

*Martha Stringer RN*

Martha Stringer, R.N.