Dear Honorable Judge Jones

Joel has always been an idealistic young man desiring to serve and help others. Poor decisions led him to the point of losing everything. But I beg the court to keep in mind that two years ago no one knew how the drug companies were pushing the drugs on doctors and patients. In some sense, he was a victim of our societal denial about how bad the opioid epidemic really was. That denial has broken down over the last couple of years as the extent of the problem has become more apparent.
>> I know Joel, and I am certain he learned his lesson and he would never do anything like this ever again!
>> Joel is a kind compassionate man. I therefore would beg the court to show mercy on Joel and his three baby girls.
>>
>> Thank you, your Honor, for your time.
>>
>> Susan D. Seaman