**Tonya Bramblett**

6310 Hunt Road
Pleasant Garden, NC 27313
(336)471-0705

May 9, 2019

**Honorable James P. Jones**

180 W. Main Street #104
Abington, VA 24210

Dear Honorable Judge Jones,

I am writing to you on behalf of Joel Smithers, case #1:17-CR-00027.  I would like to be a witness to Joel's character and work ethic.  Joel began working for our family farm on February 25, 2019.

The job description was vague, basically anything we needed done we expected him to tackle.  Joel would do just that and if he didn't know how, he would learn and have a great attitude about it.  From trimming hedges, mending fences, chasing down an escaped horse to repairing barn doors.

Joel came to work for us under a great deal of stress but his work attitude was always willing and always positive.  He was a joy to have around and a blessing to our farm.  He was precise and diligent about his work, making sure the job was done to the best of his ability always.  Even if that was just sweeping the barn.

While engaging Joel in conversations while we worked, he spoke highly of his wife of six years.  He spoke of her courage and strength, so grateful and proud of her.  He also sparkled when he talked about his beautiful little girls and his baby to come.

I have known Joel for a few years.  He has always been kind and respectful. He became a dear friend and family member in just the few short months he worked for our family.  We are heartbroken and are begging you to have mercy.

Sincerely,

Tonya N. Bramblett