September 25, 2019

Re: Sentencing of Joel Smithers

My wife and I have known Joel for about seven years.  His wife and my wife met and became friends when our children were in school together.  While in various social situations with Joel, I have observed a compassionate, personable and intelligent man with a strong faith in God and a positive attitude.  I have witnessed his caring interactions with all his children, treating his biological and his step-children equally.  His wife and children have been devastated by his absence are struggling to make ends meet.

During the time I have known Joel, I have not observed any kind of deception or ill-will towards others.  Joel is clearly proud of being a doctor and frequently spoke of his desire to help others.  He felt very blessed to be in a position to assist his patients.  My hope is that Your Honor will consider these demonstrated positive attributes of his character when determining his sentence.

Regards,
Dan Myers