AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN | DISTRICT OF | VIRGINIA

UNITED STATES OF AMERICA

V.

JOEL A. SMITHERS

## EXHIBIT AND WITNESS LIST

Case Number:  1:17CR00027-001

| PRESIDING JUDGE<br>James P. Jones, USDJ | PLAINTIFF'S ATTORNEY<br>R. Ramseyer, Z. Lee, S. Juhan | DEFENDANT'S ATTORNEY<br>Donald M. Williams, Jr. |
|---|---|---|
| TRIAL DATE (S)<br>10/2/2019 Sentencing | COURT REPORTER<br>Donna Prather, OCR | COURTROOM DEPUTY<br>Lottie Lunsford |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/2/2019 | Yes | Yes | Audio Excerpt 1 of recording of meeting between Joel Smithers and Dr. Mazzola    Patrick Long |
| 2 | | 10/2/2019 | Yes | Yes | Audio Excerpt 2 of recording of meeting between Joel Smithers and Dr. Mazzola    Patrick Long |
| 3 | | 10/2/2019 | Yes | Yes | Audio Excerpt 3 of recording of meeting between Joel Smithers and Dr. Mazzola    Patrick Long |
| 4 | | 10/2/2019 | Yes | Yes | Audio Excerpt 4 of recording of meeting between Joel Smithers and Dr. Mazzola    Patrick Long |
| 5 | | 10/2/2019 | Yes | Yes | Audio Excerpt 5 of recording of meeting between Joel Smithers and Dr. Mazzola    Patrick Long |
| 6 | | 10/2/2019 | Yes | Yes | Audio Excerpt 6 of recording of meeting between Joel Smithers and Dr. Mazzola    Patrick Long |
| 7 | | 10/2/2019 | Yes | Yes | Audio Excerpt 7 of recording of meeting between Joel Smithers and Dr. Mazzola    Patrick Long |
| 8 | | 10/2/2019 | Yes | Yes | Audio Excerpt 8 of recording of meeting between Joel Smithers and Dr. Mazzola    Patrick Long |
| 9 | | 10/2/2019 | Yes | Yes | Audio Excerpt 9 of recording of meeting between Joel Smithers and Dr. Mazzola    Patrick Long |
| 10 | | 10/2/2019 | Yes | Yes | Audio Excerpt 10 of recording of meeting between Joel Smithers and Dr. Mazzola    Patrick Long |
| 11 | | 10/2/2019 | Yes | Yes | Audio Excerpt 11 of recording of meeting between Joel Smithers and Dr. Mazzola    Patrick Long |
| 12 | | 10/2/2019 | Yes | Yes | Audio Excerpt 12 of recording of meeting between Joel Smithers and Dr. Mazzola    Patrick Long |
| 13 | | 10/2/2019 | Yes | Yes | Audio Excerpt 13 of recording of meeting between Joel Smithers and Dr. Mazzola    Patrick Long |
| 14 | | 10/2/2019 | Yes | Yes | Audio Excerpt 14 of recording of meeting between Joel Smithers and Dr. Mazzola    Patrick Long |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.