IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| PLAINTIFF | ) |
| | ) |
| v. | ) CASE NO. : 1:17-CR-027-JPJ-PMS |
| | ) |
| JOEL A. SMITHERS | ) |
| DEFENDANT | ) |

## NOTICE OF APPEAL

Notice is hereby given that, Joel Adams Smithers, defendant in the above named case, hereby appeals, pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, to the United States Court of Appeals for the Fourth Circuit from the final judgment of United States District Court Judge James P. Jones, entered in this action on the 3rd day of October, 2019.

JOEL ADAMS SMITHERS

B Y  C O U N S E L

BY: /s/Don M. Williams, Jr.

DON M. WILLIAMS, JR.
ATTORNEY AT LAW/ATTORNEY FOR DEFENDANT
P. O. BOX 601
PENNINGTON GAP, VA  24277
TEL: 276-546-3087
FAX: 276-546-2642
VSB: 41143
EMAIL: donwilliamsjr@yahoo.com

## CERTIFICATE OF SERVICE

I, Don M. Williams, Jr., hereby certify that I have this the 10th day of October, 2019, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the Assistant United States Attorney.

/s/ Don M. Williams, Jr.