| AO 435 (Rev. 04/18; WDVA Rev. 02/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **TRANSCRIPT ORDER FORM** *Please Read Instructions on Page 2.* | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

| 1. **REQUESTOR'S INFORMATION:** | NAME Khalid Kahloon | TELEPHONE NUMBER 502-261-7200 |
|---|---|---|
| DATE OF REQUEST 8/29/19 | EMAIL ADDRESS *(Transcript will be emailed to this address.)* kahloon@msn.com | |
| MAILING ADDRESS 600 West Main Street Ste 500 | | CITY, STATE, ZIP CODE Louisville, KY 40202 |

| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER Donna Prather OR  CHECK HERE ☐ IF HEARING WAS RECORDED BY FTR | |
|---|---|---|
| CASE NUMBER 1:17-cr-00027-JPJ-Pms | CASE NAME USA v. Joel Smithers | JUDGE'S NAME James P. Jones |
| DATE(S) OF PROCEEDING(S) 4/29/19-5/5/19 | TYPE OF PROCEEDING(S) Trial | LOCATION OF PROCEEDING Abingdon ? |

REQUEST IS FOR: *(Select one)*  ☐ FULL PROCEEDING   OR   ☑ SPECIFIC PORTION(S) *(Must specify below)*

SPECIFIC PORTION(S) REQUESTED *(If applicable)*:

May be able to better select portions once names of witnesses are known.

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
*(See Page 2 for descriptions of each service turnaround category.)*

☑ Ordinary (30-Day)         ☐ Daily
☐ 14-Day                    ☐ Hourly
☐ Expedited (7-Day)         ☐ RealTime
☐ 3-Day

4. **CERTIFICATION:**  By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE 8/29/19 KK 12/16/19 | SIGNATURE /s/Khalid Kahloon |
|---|---|

If you have any questions, please contact the court reporter coordinator at (434) 847-5722 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders at:
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.

**PRINT**                                                **RESET FORM**