UNITED STATES DISTRICT COURT
Western District of Virginia
Office of the Clerk
180 W. Main Street, Room 104
Abingdon, VA 24210

Joel Adams Smithers # 21919-084
FCI Three Rivers
P.O. Box 4200
Three Rivers, TX 78071

Dear Sir/Madam:

In response to your recent correspondence to the Court, please read the marked sections for information regarding your submission.

☒  You have requested copies of documents related to a case. In order to receive the copies requested, you must prepay a fee of 50 cents per page. The total number of copies you have requested is 7 of pages, which will cost a total of $3.50. Please forward payment to Clerk, U. S. District Court, at the address listed above, with a detailed request including the case number, case title. The copies will be mailed to you upon receipt of payment.

☒  The forms/copies you requested are enclosed.

**PLEASE DO NOT USE TAPE ON PLEADINGS. DO NOT INCLUDE SOCIAL SECURITY NUMBERS IN YOUR PLEADINGS, NAMES OF MINOR CHILDREN OR DATES OF BIRTH UNLESS DIRECTED TO DO SO.**

Sincerely,
**LAURA A. AUSTIN, Clerk of Court**

**Date:** 02/23/2024