# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:17cr00027-001 |
| : | |
| **JOEL A. SMITHERS,** : | |
| **Defendant.** : | |

## ORDER GRANTING PRO HAC VICE ADMISSION

Pending before the court is a motion for the pro hac vice admission of Beau B. Brindley, (Docket Item No. 326) ("Motion"), who seeks to represent the defendant in this matter. It is hereby **ORDERED** that the Motion is **GRANTED,** and Beau B. Brindley is admitted pro hac vice as counsel for Joel A. Smithers.

**ENTERED:** March 7, 2024.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE