# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | Case Number: 1:17cr00027 |
| | ) | |
| **JOEL A. SMITHERS,** | ) | |
|    Defendant | ) | |

This matter is before the court on the motion of defense counsel to schedule the trial of this case outside of the Speedy Trial Act times. Based on the arguments and representations of counsel for the defendant, with the Government not objecting, the court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendants in a speedy trial. The court makes this finding because a failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, it is **ORDERED** that the motion is **GRANTED**, and the trial and Speedy Trial Act time in this case are continued until December 2-20, 2024. The defendant's final pretrial conference is scheduled for 2:30 p.m., November 18, 2024.

**ENTERED:** March 8, 2024.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE

1