UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:17-cr-00027-JWB |
| vs. | ) | |
| | ) | |
| | ) | |
| JOEL A. SMITHERS | ) | |

**MOTION FOR EXTENSION OF TIME**

COMES NOW Defendant, JOEL A. SMITHERS, by and through his attorney, Beau B. Brindley, and respectfully requests that this Honorable Court extend the deadline for expert disclosure by 30 days. In support, he states as follows:

Jury trial in this case is schedule for December 2, 2024. The Court has set an expert disclosure deadline for the defense of July 1, 2024.

The defense has identified a potential expert witness, but that potential expert has not yet had sufficient time to analyze the relevant patient files in this case (which are voluminous) and develop even a preliminary opinion. The defense is thus unable to comply with today's expert disclosure deadline. Because the trial date is still 5 months away, a 30-day extensions of time for the expert disclosure will allow for the potential expert to conduct meaningful analysis without prejudicing the government.

WHEREFORE, Defendant Joel Smithers moves this Honorable Court to extend the deadline for expert disclosure by 30 days.

Respectfully submitted,

By: /s/ Beau B. Brindley
Attorney for the Defendant

LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Blvd.

Suite 1410
Chicago, Illinois 60604
(312) 765-8878 (Phone)

## CERTIFICATE OF SERVICE

      I hereby certify that on July 1, 2024, I electronically filed the above Motion with the Clerk of Court using the CM/ECF system, which served to all listed parties in the case.

s/ Beau B. Brindley
53 W Jackson Blvd Ste. 1410
Chicago, IL 60604
(312)765-8878