# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

## CRIMINAL MINUTES – STATUS CONFERENCE AND MOTION HEARING

**Case No.:** 1:17CR27                **Date:** 7/9/2024

**Defendant:** Joel Smithers, Custody            **Counsel:** Beau Brindley, Retained
                                                              Michael Thompson, Retained

PRESENT:   JUDGE:              James P. Jones         TIME IN COURT: 1:37 – 1:47 p.m.
           Deputy Clerk:       Felicia Clark              TOTAL: 10 minutes
           Court Reporter:     Cynthia Bragg, OCR
           U. S. Attorney:     Randy Ramseyer, Corey Hall, and Suzanne Kerney-Quillen
           USPO:               Not Present
           Case Agent:         Michael Long

**PROCEEDINGS:**

Status conference and motion hearing held in re: DE 387 – Motion for Time to File Expert Disclosure and DE 389 – Motion in Limine Request for Lafler/Frye Inquiry. All parties were present and ready to proceed. Oral argument by counsel as to the pending motions. Court granted DE 387 – Motion for Time to File Expert Disclosure. Court set the deadline for 7/31/24. Court granted DE 389 – Motion in Limine Request for Lafler/Frye Inquiry. Court questioned the defendant as to the proposed plea agreement tendered by the Government. Defendant has reviewed the proposed plea agreement and is not going to move forward with the proposed plea agreement. Court discussed status of case with counsel. Court adjourned.