UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 1:17-CR-00027 |
| | ) | |
| **JOEL A. SMITHERS** | ) | |

## ORDER

Upon motion by the United States, and pursuant to Rule 17(c)(1) of the Federal Rules of Criminal Procedure, the Clerk of Court is hereby **ORDERED** to issue subpoenas to (1) United States Air Force Chief, General Litigation Division, Office of the Judge Advocate General, Headquarters Air Force/AAII (FOIA), 1000 Air Force Pentagon, Washington, DC 20330-1000, and (2) Scott Levins, Director, National Personnel Records Center, (NARA) (Military Personnel Records), 1 Archives Drive, St. Louis, Missouri 63138-1002, requiring the production of the DD 214 and any supporting documentary evidence of Joel Adams Smithers, including, but not limited to, the characterization of Smithers' discharge from the United States Air Force and any documentation concerning the type of discharge assigned to Smithers.

It is further **ORDERED** that the subpoenas require the production of the records to the Clerk's Office on or before September 1, 2024.

Once the subpoenaed records are received, the Clerk's Office shall place them on file for review by all counsel and so notify counsel.

It is so **ORDERED**.

**ENTERED**: _____, 2024.

_____
PAMELA MEADE SARGENT
UNITED STATES MAGISTRATE JUDGE