UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:17-cr-00027-JWB |
| vs. | ) | |
| | ) | |
| | ) | |
| JOEL A. SMITHERS | ) | |

**UNOPPOED MOTION TO EXTEND DEADLINE FOR EXPERT DISCLOSURES**

COMES NOW Defendant, JOEL A. SMITHERS ("Mr. Smithers"), by and through his attorney, Beau B. Brindley, and moves this Honorable Court to extend the deadline for expert disclosures to August 12, 2024. In support, he states the following.

1. Defense expert disclosures were due on August 1, 2024.

2. Defense expert, James Murphy, is working on the preparation of his expert report. Due to the large number of charges in this case, the work on this report is intense. Dr. Murphy has expressed to the undersigned that he needs until August 12, 2024 to complete his report. He is still sifting through records and identifying missing items as his report is prepared.

3. The undersigned contacted AUSA Ramseyer who indicates that the government has no objection to an extension to August 12 for the completion of Dr. Murphy's report and his expert disclosure.

WHEREFORE, the Defendant, Joel, Smithers, moves this Honorable Court to extend the deadline for defense expert disclosures to August 12, 2024.

Respectfully submitted,

By: /s/ Beau B. Brindley
     Attorney for the Defendant

LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Blvd.
Suite 1410
Chicago, Illinois 60604
(312) 765-8878 (Phone)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2024, I electronically filed the above Motion with the Clerk of Court using the CM/ECF system, which served to all listed parties in the case.

s/ Beau B. Brindley
53 W Jackson Blvd Ste. 1410
Chicago, IL 60604
(312)765-8878