CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

September 15, 2024

LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 1:17-CR-00027 |
| | : | |
| **JOEL A. SMITHERS** | : | |

## ORDER

The Government has submitted a Motion to Seal the three exhibits cited as proposed attachments to its Motion *in Limine* to Exclude and/or Limit Joel A. Smithers' Proposed Expert Testimony, which was filed on September 13, 2024, as Docket Item No. 421 (the "Motion *in Limine*").

The Court determines that, for the reasons stated by the Government in its Motion to Seal, a sealing order is necessary in this case.

IT IS THEREFORED **ORDERED** that Exhibit 1, Exhibit 2, and Exhibit 3 of the Government's Motion *in Limine* be filed under seal.

_September 15, 2024__                                   _____/s/ James P. Jones_____
Date                                                                        Senior U.S. District Judge