CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED

November 25, 2024

LAURA A. AUSTIN, CLERK
BY: /s/ Kendra Campbell
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 1:17-CR-00027 |
| ) | |
| JOEL A. SMITHERS ) | |

## ORDER TO COMPEL EXPERT REPORT

This matter is before the Court on the Government's motion to Compel Expert Report. ECF No. 460. For the reasons set forth in the motion, and for good cause shown, the motion is GRANTED. Joel A. Smithers is HEREBY ORDERED to produce Dr. James Patrick Murphy's updated expert report to the Government by November 26, 2024.

_11/25/24_
Date

_[signature]_
UNITED STATES DISTRICT JUDGE