# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

## CRIMINAL MINUTES – JURY TRIAL
Day 2

**Case No.:** 1:17CR27      **Date:** 12/3/2024

**Defendant:** Joel Smithers, Custody        **Counsel:** Beau Brindley
                                              Edward McDavid
                                              Michael Thompson

PRESENT:   JUDGE:           James P. Jones
           Deputy Clerk:    Felicia Clark
           Court Reporter:  Cynthia Bragg
           U. S. Attorney:  Randy Ramseyer, Corey Hall, & Suzanne Kerney-Quillen
           USPO:            Not Present
           Case Agent:      Patrick Long

Time In Court: 9:09 a.m. – 10:46 a.m.
               11:01 a.m. – 12:04 p.m.
               1:09 p.m. – 2:40 p.m.
               2:51 p.m. -2:54 p.m.

TOTAL TIME IN COURT: 4 hours 14 minutes

## LIST OF WITNESSES

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Sylvia Fields | 1. |
| 2. Tracy Whitlow | |
| 3. Michelle Smith | |
| 4. Timothy Robertson | |
| 5. Jerry Maynard | |
| 6. Jessica Parsley | |
| 7. Shannon Laemmle | |

PROCEEDINGS:
☒   Government presents evidence.
☒   Defendant remanded to custody.

<u>Additional Information:</u>

9:09 a.m. – Jury Trial – Day 2 held. All parties were present and ready to proceed. Oral argument by counsel as to proposed stipulated exhibits. Court conditionally admitted stipulated exhibits. All original patient files were admitted and will be available to the jurors during deliberations. Jurors were brought into the courtroom. Government presented evidence and questioned witnesses. Court instructed the jurors. Court recessed at 10:46 a.m. Court resumed at 11:01 a.m. Outside the presence of the jury, oral motion for issuance of warrant as to Bryan Harlow. Court granted oral motion for issuance of warrant as to Bryan Harlow.  Court recessed for lunch at 12:04 p.m.  Court resumed at 1:09 p.m. Government continued presenting evidence and questioning witnesses. Court recessed at 2:40 p.m. Court resumed at 2:51 p.m. Court adjourned at 2:54 p.m.