# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

## CRIMINAL MINUTES – JURY TRIAL
### Day 3

**Case No.:  1:17CR27**          **Date:  12/4/2024**

---

**Defendant:  Joel Smithers, Custody**          **Counsel:  Beau Brindley, Retained**
**Edward McDavid, Retained**
**Michael Thompson, Retained**

---

PRESENT:    JUDGE:              James P. Jones
            Deputy Clerk:       Felicia Clark
            Court Reporter:     Cynthia Bragg
            U. S. Attorney:     Randy Ramseyer, Corey Hall, & Suzanne Kerney-Quillen
            USPO:               Not Present
            Case Agent:         Patrick Long

Time In Court: 9:03 a.m. – 10:12 a.m.
              10:37 a.m. – 11:56 a.m.
              1:05 p.m. – 2:05 p.m.
              2:17 p.m. – 4:20 p.m.

TOTAL TIME IN COURT: 6 hours 11 minutes

### LIST OF WITNESSES

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Sharon Mullins | 1. |
| 2. Lora Kicklighter Lee | |
| 3. Juan Angel | |
| 4. Deputy Steven Frey | |
| 5. Deborah Brown | |
| 6. Deborah Reynolds | |

PROCEEDINGS:

☒    Government presents evidence.
☒    Defendant remanded to custody.

<u>Additional Information:</u>

9:03 a.m. – Jury Trial – Day 3 held. All parties were present and ready to proceed. Jurors were brought into the courtroom. Government presented evidence and questioned witnesses. Court recessed at 10:12 a.m. Court resumed at 10:37 a.m. Objection to proposed exhibit 97 by defense counsel. Jurors were taken out of the courtroom. Oral argument by counsel. Court ruled on the objection as set forth in the record. Jurors were brought back into the courtroom. Government continued presenting evidence and questioning witnesses. Court recessed for lunch at 11:56 a.m. Court resumed at 1:05 p.m. Outside the presence of the jury, oral argument by counsel as to reference to "pill mill." Court recessed at 2:05 p.m. Jurors were brought back into the courtroom. Court resumed at 2:17 p.m. Government continued presenting evidence and questioning witnesses. Outside the presence of the jury, court discussed with defense counsel the questioning of government witness (Deborah Reynolds). Jurors were brought back into the courtroom. Court adjourned at 4:20 p.m.