UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CRIMINAL MINUTES – JURY TRIAL
Day 11

Case No.: 1:17CR27                    Date: 12/18/2024

**Defendant:** Joel Smithers, Custody          **Counsel:** Beau Brindley, Retained
                                                Edward McDavid, Retained
                                                Michael Thompson, Retained

PRESENT:   JUDGE:           James P. Jones
           Deputy Clerk:    Felicia Clark
           Court Reporter:  Cynthia Bragg, OCR
           U. S. Attorney:  Randy Ramseyer, Corey Hall, & Suzanne Kerney-Quillen
           USPO:            Not Present
           Case Agent:      Patrick Long

Time In Court: 9:04 a.m. – 10:32 a.m.
               10:55 a.m. – 12:12 p.m.
               2:31 p.m. – 3:46 p.m.

TOTAL TIME IN COURT: 4 hours

LIST OF WITNESSES

| GOVERNMENT | DEFENDANT |
| --- | --- |
| 1. | 1. Joel Smithers |
|    | 2. Dr. James Murphy |

PROCEEDINGS:

☒   Defendant presents evidence.
☒   Defendant remanded to custody.

Additional Information:

9:04 a.m. – Jury Trial – Day 11 held. All parties were present and ready to proceed. Court discussed the government's proposed plea agreement with the defendant. Defendant rejected plea

agreement. Jurors were brought into the courtroom. Court recessed at 10:32 a.m. Court resumed at 10:55 a.m. Jurors were released for the day to return on 12/19/24 at 9:00 a.m. Juror Stowers was excused from the remainder of the jury trial. Outside the presence of the jury, court discussed additional proposed jury instructions with counsel. Court will reconvene at 2:30 p.m. to discuss jury instructions with counsel. Court recessed at 12:12 p.m. Court resumed at 2:31 p.m. Court discussed proposed jury instructions with counsel. Oral argument by counsel.  Court adjourned at 3:46 p.m. Defendant was remanded to custody.