HPMP Contract

Is he legally bound to the contract by him signing?

Christopher Solly

12/20/24

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

DEC 20 2024

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK