To the jury:

Thank you for your question, a copy of which is attached.

You have all of the evidence and instruction on the law that I can provide you and I am unable to respond to this question.

Sincerely yours,


Judge Jones

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ABINGDON, VA
FILED

DEC 20 2024

LAURA A. AUSTIN, CLERK
BY: J. Clark
DEPUTY CLERK