# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

## CRIMINAL MINUTES – JURY TRIAL
Day 14

**Case No.:  1:17CR27**          **Date:  12/21/2024**

---

**Defendant:  Joel Smithers, Custody**          **Counsel:  Beau Brindley, Retained**
                                                          **Edward McDavid, Retained**
                                                          **Michael Thompson, Retained**

---

PRESENT:   JUDGE:              James P. Jones
           Deputy Clerk:       Felicia Clark
           Court Reporter:     Cynthia Bragg, OCR
           U. S. Attorney:     Randy Ramseyer, Corey Hall, & Suzanne Kerney-Quillen
           USPO:               Not Present
           Case Agent:         Patrick Long

Time In Court: 1:36 p.m. – 1:43 p.m.
               3:38 p.m. – 4:17 p.m.

TOTAL TIME IN COURT: 46 minutes

PROCEEDINGS:

☒   Jury returns at 3:38 p.m.
☒   Jury Verdict: Guilty and Not Guilty as noted on the verdict form.
       ☒   Jury polled.
       ☒   Jury discharged.

☒   Sentencing set for March 3, 2025 at 10:00 a.m.
☒   Defendant remanded to custody.

Additional Information:

1:36 p.m .- Jury Trial - Day 14 held. All parties were present and ready to proceed. Jury deliberations continued. Court discussed trial schedule with counsel. Jurors were brought into the courtroom. Court recessed at 1:43 p.m. Court resumed with a verdict at 3:38 p.m. Verdict as noted on the record. Jury dismissed. Defense oral motion for 30 day extension for the filing of post-trial motions. Court granted. Court directed the court reporter to prepare and file on the

docket the transcript of the defendant's testimony. Court adjourned at 4:17 p.m. Defendant was remanded to custody.