CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED

December 23, 2024

LAURA A. AUSTIN, CLERK
BY: /s/ Kendra Campbell
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 1:17CR00027 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **JOEL A. SMITHERS,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendant. | ) | |

It appearing proper, it is **ORDERED** as follows:

1. The government's request for forfeiture and the defendant's sentencing are scheduled for March 3, 2025, at 10 a.m.; and

2. The defendant's oral motion for a 30-day extension for post-verdict motions is GRANTED and such motions are due no later than February 3, 2025.

ENTER: December 23, 2024

/s/ JAMES P. JONES
Senior United States District Judge